UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PETERSEN ENERGÍA INVERSORA, S.A.U.   :
AND PETERSEN ENERGÍA, S.A.U.,        :
                                     :
                 Plaintiffs,         :
                                     :
        -against-                    :
                                     :
ARGENTINE REPUBLIC, AND              :
YPF S.A.,                            :
                                     :
                 Defendants.         :
                                     :
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/15
```

Civil Action No. 15-cv-2739 (TPG)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Reginald Smith for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

Georgia and Texas and that his contact information is as follows:

Reginald R. Smith
King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, TX 77002
713-751-3226
rsmith@kslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: 5/14/15

United States District Judge