# Domb Declaration

# Exhibit 14



# Agreement for the Amicable Settlement and Compromise of Expropriation signed between Argentina and Repsol.

May 8, 2014

**The agreement reached between Argentina and the Spanish Petroleum company regarding the expropriation of 51% of YPF equity is effective as of today.**

On February 27, 2014, the Republic of Argentina signed an "Agreement for the Amicable Settlement and Compromise of Expropriation" with the companies Repsol, Repsol Capital and Repsol Butano related to the expropriation of 51% of YPF S.A. and YPF GAS S.A. equity, as provided for in Law No. 26,741.

The Agreement was duly ratified by the General Shareholders' Meeting of Repsol on March 28, 2014 and was subsequently approved by the Honorable National Congress of Argentina through Law No. 26,932, enacted by Executive Order No. 600/14 and published in the Official Gazette on April 28 2014.

Today, after verification of compliance with the suspensory conditions approved by the parties, the aforementioned Agreement for the Amicable Settlement and Compromise of Expropriation is hereby effective.

Therefore, and pursuant to the terms set forth in the Agreement:

• Repsol has delivered to the Republic of Argentina the documents required for the transfer in its favor of 200,589,525 Class D shares of YPF S.A. and 89,755,383 Class A shares of YPF Gas S.A.

• The Republic of Argentina has delivered the amount of Initial Public Securities set forth in the Agreement and the Additional Public Securities determined by the average market value applicable during the 90-day Calculation Term (from 01/31/2014 to 04/30/2014) until reaching the average market value of 4.67 billion dollars as set forth in the Agreement, pursuant to the detail as follows:

| INITIAL PUBLIC SECURITIES | FACE VALUE (million dollars) |
|---|---|
| BONAR X | 500 |
| DISCOUNT 33 | 1250 |
| BONAR 24 | 3250 |
| ADDITIONAL PUBLIC SECURITIES | FACE VALUE (dollars) |
| BODEN 2015 | 317,361,184 |

Pursuant to the Agreement, Repsol has delivered to the Republic of Argentina the waiver to pursue judicial, administrative and arbitral actions commenced by such company, its affiliates or certain third parties with respect to the expropriation and related matters.

The expropriation provided for in Law No. 26,741 is effective as of today, and therefore, the Republic of Argentina is the permanent holder of 51% of YPF S.A. and YPF GAS S.A. equity.

     



Inicio  >   Prensa  >   Sala de Prensa

# Convenio de Solución Amigable y Avenimiento de Expropiación entre Argentina y Repsol

8 de mayo 2014

 

**En el día de la fecha entró en vigencia el acuerdo alcanzado entre el país y la petrolera española por la expropiación del 51% del patrimonio de YPF**

El pasado 27 de febrero de 2014, la República Argentina celebró con las empresas Repsol, Repsol Capital y Repsol Butano un "Convenio de Solución Amigable y Avenimiento de Expropiación", relativo a la expropiación del 51% del patrimonio de YPF S.A. e YPF GAS S.A. dispuesta por la Ley N° 26.741.

El Convenio fue ratificado oportunamente por la Junta General de Accionistas de Repsol con fecha 28 de marzo de 2014, y posteriormente aprobado por el Honorable Congreso de la

Nación de la República Argentina mediante la Ley N° 26.932, promulgada por el Decreto N° 600/14 y publicada en el Boletín Oficial con fecha 29 de abril de 2014.

En el día de la fecha, luego de que se verificara el cumplimiento de las condiciones suspensivas acordadas por las partes, ha entrado en vigencia el mencionado Convenio de Solución Amigable y Avenimiento de Expropiación.

En virtud de ello y conforme a los términos previstos en el Convenio:

- Repsol ha entregado a la República Argentina los documentos necesarios para la transferencia a su favor de 200.589.525 acciones Clase D de YPF S.A. y de 89.755.383 acciones Clase A de YPF Gas S.A.

- La República Argentina ha entregado la cantidad de Títulos Públicos Iniciales establecida en el Convenio y de los Títulos Públicos Adicionales determinada en función de los valores promedio de mercado vigentes durante el Plazo de Cómputo de 90 días (del 31/01/2014 hasta el 30/04/2014) hasta alcanzar el valor de mercado promedio de 4.670 millones de dólares contemplado en el Convenio, conforme el siguiente detalle:

| TÍTULOS PÚBLICOS INICIALES | VALOR NOMINAL (millones de dólares) |
|---|---|
| BONAR X | 500 |
| DISCOUNT 33 | 1.250 |
| BONAR 24 | 3.250 |

| TÍTULOS PÚBLICOS ADICIONALES | VALOR NOMINAL (dólares) |
|---|---|
| BODEN 2015 | 317.361.184 |

Repsol ha entregado a la República Argentina de acuerdo al Convenio los escritos de desistimiento de las acciones judiciales, administrativas y arbitrales iniciadas por dicha sociedad, sus afiliados y ciertos terceros, en relación con la expropiación y cuestiones

conexas.

     

A partir del día de la fecha queda perfeccionada la expropiación dispuesta por la Ley N° 26.741, y por lo tanto, la República Argentina es definitivamente titular del 51% del patrimonio de YPF S.A. e YPF GAS S.A.

## CERTIFICATE OF ACCURACY OF TRANSLATION

I HEREBY DECLARE that I am a professional translator from Spanish to English (and vice versa); that I am duly licensed in Argentina to perform such translations; that I have translated the document described below from Spanish to English; that attached hereto are copies of the document in its original Spanish and of the English translation that I prepared; and that, to the best of my knowledge and ability, the English translation is an accurate translation of such document.

Document translated:   Press release dated May 8, 2014, titled "Agreement for the Amicable Settlement and Compromise of Expropriation signed between Argentina and Repsol."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Buenos Aires, Argentina on August 28th, 2015.

Valeria Cecilia Calle