

Martin Domb

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel:  212.880.3800
Fax:  212.880.8965

Dir:  212.880.3811
Dir Fax:  212.880.8965
martin.domb@akerman.com

September 16, 2015

VIA ECF

Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U.
        v. Argentine Republic and YPF S.A.*, Case No. 15-cv-2739

Dear Judge Griesa:

We represent defendant the Republic of Argentina (the "Republic").  I am writing to inform Your Honor that, in filing the Republic's motion to dismiss on September 9 (Dkt. 23), I inadvertently entered the wrong deadline for plaintiffs to file their opposition papers:  I entered October 29 instead of October 19.

Under the so-ordered stipulation between plaintiffs and the Republic concerning the briefing schedule for this motion (Dkt. 10), plaintiffs may file their opposition up to 40 days after electronic service of the Republic's motion.  Therefore, the correct deadline for plaintiffs' opposition papers is 40 days after September 9, *i.e.*, October 19.

Yesterday I attempted to correct this minor error with the help of the Court's ECF Help Desk.  At their suggestion, I re-filed the same notice of motion (as Dkt. 39), correcting only the date for opposition.  The Help Desk later informed me that, if it accepts the new notice of motion, we would have to re-file all of the motion's supporting papers (which consist of a memo of law, four declarations, and many exhibits).  To avoid our having to do so, the Help Desk suggested that it could issue a "filing error" for the newly-filed motion (Dkt. 39) and retain the original motion (Dkt. 23); I would then inform counsel and chambers accordingly.  I have already so informed counsel by e-mail yesterday evening (copy enclosed).  I hereby inform Your Honor.  I apologize for any confusion this may have caused counsel or the Court.

Respectfully submitted,

*s/ Martin Domb*

Copy to:
All counsel of record (via ECF)
akerman.com

{36196273;1}

**Domb, Martin (Ptnr-NY)**

| | |
|---|---|
| **From:** | Domb, Martin (Ptnr-NY) |
| **Sent:** | Tuesday, September 15, 2015 5:15 PM |
| **To:** | 'ecf_error@nysd.uscourts.gov' |
| **Cc:** | 'Hansen, Mark C.'; 'Ho, Derek T.'; 'idahan@kslaw.com'; 'rsmith@kslaw.com'; 'Hall, Thomas J.'; 'Blackburn, Marcelo'; Volsky, George (Ptnr-Mia); West, Bryan (Ptnr-Mia); Joelson, Benjamin (Assoc-NY) |
| **Subject:** | FW: 1:15-cv-02739-TPG -- explanation for re-filing a document |

Dear Sir / Madam:

I am writing to confirm my phone conversation with Carlene of your office (I hope I am spelling her name correctly).  Earlier this afternoon, someone else in the ECF office advised me that, in order to correct the date for responses in docket no. 23, I would have to re-file a new motion, which I did, as docket no. 39.  Carlene later phoned me and informed me that, if the ECF office accepted new docket no. 39 as the motion, then the original motion, docket no. 23, would have to be invalidated, and we would have to re-file all of the supporting papers that were linked to docket no. 23.  For obvious reasons we prefer not to re-file the supporting papers (which consist of a memo of law, four declarations, and many exhibits).  Carlene informed me that we could avoid doing that by asking the ECF office, instead, to invalidate docket no. 39 and retain docket no. 23.  <u>I hereby confirm that docket no. 39, which we filed today, should be invalidated, and the original motion, docket no. 23, should be retained</u>.

I am copying and thereby informing counsel of record of the foregoing, and I will separately so inform Judge Griesa's chambers.  I apologize to the court and counsel for any confusion caused by my having inadvertently entered the wrong response date with respect to the motion.

Sincerely, Martin Domb

---

**From:** Domb, Martin (Ptnr-NY)
**Sent:** Tuesday, September 15, 2015 3:56 PM
**To:** 'ecf_error@nysd.uscourts.gov'
**Subject:** 1:15-cv-02739-TPG -- explanation for re-filing a document

Dear Sir / Madam:

I have re-filed the document at Docket No. 23, a motion, because when I filed that document I inadvertently entered the wrong date by which responses are due.  The incorrect date I entered was October 29, 2015.  The correct date is October 19, 2015.  The re-filed motion is now Docket No. 39.  Please contact me if you have questions or need anything further.  Thank you.

Sincerely,

**Martin Domb**
Akerman LLP | 666 Fifth Avenue | 20th Floor | New York, NY 10103
Dir: 212.880.3811 | Main: 212.880.3800 | Fax: 212.880.8965
martin.domb@akerman.com