KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
───
(202) 326-7900
FACSIMILE:
(202) 326-7999

December 7, 2015

*Via ECF*

Hon. Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Petersen Energía Inversora, S.A.U., et al v. Argentine Republic, et al*,
     Case No. 15-cv-2739 (TPG)

Dear Judge Griesa:

  I write on behalf of Plaintiffs Petersen Energía Inversora and Petersen Energía, in response to Mr. Domb's letter regarding the Supreme Court's recent decision in *OBB Personenverkehr AG v. Sachs*, No. 13-1067 (U.S. Dec. 1, 2015) (Dkt. #55). We respectfully submit that the case has little bearing on this one, for two reasons. First, the Supreme Court did nothing more than reaffirm its pre-existing legal standard, which the Second Circuit had already adopted, and which we addressed in detail in our brief. Dkt. #44 at 16-17. Second, in applying that longstanding test to the specific facts of that tort case, the Supreme Court was careful to limit its discussion to personal injury cases and expressly noted that "domestic conduct with respect to different types of commercial activity may play a more significant role in other suits under the first clause of §1605(a)(2)." Slip op. 9 n.2.

               Respectfully submitted,

               Mark C. Hansen

cc: All counsel of record (via ECF)