KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900
FACSIMILE:
(202) 326-7999

June 24, 2016

*Via ECF*

Chief Judge Loretta A. Preska
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U.*
              *v. Argentine Republic and YPF S.A.*, Case No. 15-cv-2739 (LAP)

Dear Chief Judge Preska:

    I write as counsel to the plaintiffs in the above-captioned matter, which was recently reassigned to Your Honor from Judge Griesa. Pursuant to ¶ 2(E) of Your Honor's individual practices, plaintiffs respectfully request oral argument on defendants' pending motions to dismiss (Dkt. Nos. 23, 32), which have been fully briefed since November. Plaintiffs also suggest that a status conference with the Court may be appropriate. We are available at the Court's convenience.

Sincerely,

Mark C. Hansen