```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
PETERSEN ENERGIA INVERSORA,     :
S.A.U., ET AL.,                 :
                                :
                                :   15 CV 2739 (LAP)
                Plaintiff,      :
                                :   SCHEDULING ORDER
        -against-               :
                                :
                                :
ARGENTINE REPUBLIC,             :
                                :
                Defendants.     :
                                :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-27-16

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that the parties are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on July 20, 2016 at 11:00 a.m. for oral argument in the above-captioned action.

SO ORDERED:

Dated: June 27, 2016
New York, NY

_____
LORETTA A. PRESKA, U.S.D.J.