UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PETERSEN ENERGÍA INVERSORA, S.A.U. and
PETERSEN ENERGÍA, S.A.U.,

              Plaintiffs,

  -against-

ARGENTINE REPUBLIC and YPF S.A.,

              Defendants.
-------------------------------------------------------------x

Case No. 15 Civ. 2739 (LAP)

**NOTICE OF INTERLOCUTORY APPEAL**

      Notice is hereby given that defendant the Republic of Argentina (named herein as Argentine Republic) in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 9, 2016, which denied (with certain exceptions) the motion by each defendant to dismiss the claims against it on the ground, among others, that the court lacks subject-matter jurisdiction over the alleged claims and personal jurisdiction over each defendant under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq*.

Dated:    September 23, 2016

                                    AKERMAN LLP
                                    *Attorneys for Defendant*
                                    *Republic of Argentina*
                                    666 Fifth Avenue, 20th Floor
                                    New York, New York 10103
                                    Tel.:  (212) 880-3800

                                    *s/ Martin Domb*
              By:        _____
                                    Martin Domb
                                    martin.domb@akerman.com