UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC, AND YPF S.A., <br><br> Defendants. | 15 Civ. 02739 (LAP) |

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. § 1291, Defendant YPF S.A. ("YPF") hereby appeals to the United States Court of Appeals for the Second Circuit from the Order and Opinion of the United States District Court for the Southern District of New York entered in this action on September 9, 2016, by Judge Loretta A. Preska (Dkt. #63), denying, in part, YPF's motion to dismiss the complaint for, *inter alia*, lack of subject matter jurisdiction and personal jurisdiction based on Defendant YPF's assertion of sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C §§ 1602, et seq., and under the Act of State doctrine, to the extent the Court of Appeals determines to exercise pendent jurisdiction over that issue.

Dated: New York, New York
September 23, 2016

Respectfully submitted,

**CHADBOURNE & PARKE LLP**

By       /s/ Thomas J. Hall      
          Thomas J. Hall
        A Member of the Firm
  1301 Avenue of the Americas
  New York, New York 10019
  (212) 408-5100
  thall@chadbourne.com

*Attorneys for Defendant YPF S.A.*