SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7808
DIRECT FAX
(917) 777-7808
EMAIL ADDRESS
MAURABARRY.GRINALDS@SKADDEN.COM

April 18, 2019

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

        RE: *Petersen Energia Inversora S.A.U. v. Argentine Republic*,
             No. 15 Civ. 02739 (LAP)

Dear Judge Preska:

      We represent Defendant the Argentine Republic ("Argentina") in the above-referenced action. We write on behalf of Defendants Argentina and YPF S.A. to inform the Court that Defendants today filed with the Second Circuit an Emergency Motion, attached hereto as Exhibit A, following the Second Circuit's issuance of the mandate. We respectfully request that the Court refrain from entering any order pursuant to S.D.N.Y. Local Rule 58.1 until the Second Circuit resolves Defendants' Emergency Motion.

                          Respectfully submitted,

                          /s/ Maura Barry Grinalds

                          Maura Barry Grinalds

cc:    All Counsel (via ECF)