UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| PETERSEN ENERGIA INVERSORE, S.A.U. AND PETERSON ENERGIA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendant. | 16 Civ. 8569<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Construing Defendants' April 28, 2019 and April 29, 2019 letters [dkt. no. 34 in 16-CV-8569; dkt. no. 79 in 15-CV-2739] as motions for stays, those motions are granted pending resolution of the <u>certiorari</u> petition currently pending before the Supreme Court of the United States.

1

Plaintiff's request for a conference [dkt. no. 78 in 15-CV-2739] is denied also pending resolution of the <u>certiorari</u> petition.

SO ORDERED.

Dated:   New York, New York
         April 30, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge