UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., | : : : | Case No. 1:15-cv-02739-LAP |
| Plaintiffs, | : : | |
| -against- | : : | |
| ARGENTINE REPUBLIC and YPF S.A., | : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUBSTITUTION OF ATTORNEYS

PLEASE TAKE NOTICE that the firm of AKERMAN LLP hereby withdraws as counsel for Defendant the Argentine Republic ("Argentina") in the above-captioned action and requests such attorneys' names be "terminated" from the court's docket. The firm of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP is replacing AKERMAN LLP as counsel for Argentina in this matter.

Dated: New York, New York
July 8, 2019

| | |
|---|---|
| /s/ Martin Domb | /s/ Maura Barry Grinalds |
| Martin Domb | Maura Barry Grinalds |
| AKERMAN LLP | SKADDEN, ARPS, SLATE, |
| 666 Fifth Avenue, 20th Floor | MEAGHER & FLOM LLP |
| New York, New York 10103 | Four Times Square |
| Tel: (212) 880-3800 | New York, New York, 10036 |
| martin.domb@akerman.com | Tel: (212) 735-3000 |
| | maurabarry.grinalds@skadden.com |

The substitution of attorneys is hereby approved and SO ORDERED:

Date: _____

_____
Hon. Loretta A. Preska