UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETERSEN ENERGÍA  INVERSORA, S.A.U.            :
AND PETERSEN ENERGÍA, S.A.U.,                        :            Case No. 1:15-cv-02739-LAP
                                                                            :
                            Plaintiffs,                           :
                                                                            :
                -against-                                          :
                                                                            :
ARGENTINE REPUBLIC and YPF S.A.,            :
                                                                            :
                            Defendants.                       :
                                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



## <u>NOTICE OF SUBSTITUTION OF ATTORNEYS</u>

PLEASE TAKE NOTICE that the firm of AKERMAN LLP hereby withdraws as counsel

for Defendant the Argentine Republic ("Argentina") in the above-captioned action and requests

such attorneys' names be "terminated" from the court's docket.  The firm of SKADDEN, ARPS,

SLATE, MEAGHER & FLOM LLP is replacing AKERMAN LLP as counsel for Argentina in

this matter.

Dated: New York, New York
          July 8, 2019

/s/ Martin Domb                                    /s/ Maura Barry Grinalds
Martin Domb                                         Maura Barry Grinalds
AKERMAN LLP                                     SKADDEN, ARPS, SLATE,
666 Fifth Avenue, 20th Floor                      MEAGHER & FLOM LLP
New York, New York 10103                      Four Times Square
Tel: (212) 880-3800                                 New York, New York, 10036
martin.domb@akerman.com                       Tel: (212) 735-3000
                                                            maurabarry.grinalds@skadden.com

The substitution of attorneys is hereby approved and SO ORDERED:

Date: _July 24, 2019_

_Loretta A. Preska_
Hon. Loretta A. Preska