# Skadden, Arps, Slate, Meagher & Flom llp

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-7808
DIRECT FAX
(917) 777-7808
EMAIL ADDRESS
MAURABARRY.GRINALDS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

August 20, 2019

**Via ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                RE:    *Petersen Energia Inversora, S.A.U. v. Argentine Republic*, No. 15 Civ. 02739 & *Eton Park Capital Mgmt., L.P. v. Argentine Republic*, No. 16 Civ. 08569

Dear Judge Preska:

      On behalf of Defendants the Argentine Republic and YPF S.A. ("Defendants"), we respectfully write pursuant to Rule 2.A of Your Honor's Individual Rules of Practice to request a pre-motion conference to seek an order permitting Defendants to jointly file a single consolidated memorandum of law of up to 35 pages in support of their anticipated motions to dismiss the above-referenced actions (the "Actions") pursuant to the doctrine of *forum non conveniens*. In accordance with the Stipulation and Order to Set Schedule (*Petersen* Dkt. No. 106; *Eton Park* Dkt. No. 46), Defendants intend to move to dismiss the Actions on August 30, 2019. However, in the interest of judicial economy and providing this Court with a streamlined presentation, Defendants are prepared, and request permission, to jointly file a consolidated brief of up to 35 pages in support of their motions to dismiss both Actions. Plaintiffs have consented to this request, and request 35 pages for their consolidated opposition brief, to which Defendants consent.

Hon. Loretta A. Preska
August 20, 2019
Page 2

Respectfully submitted,

/s/ Maura Barry Grinalds
Maura Barry Grinalds

cc: All counsel of record (via ECF)