UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U, | : | Case Nos. |
| | | 1:15-cv-02739-LAP |
| Plaintiffs, | : | 1:16-cv-08569-LAP |
| - against - | : | |
| ARGENTINE REPUBLIC and YPF S.A, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. and ETON PARK FUND, L.P., | : | **DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** |
| Plaintiffs, | : | |
| - against - | : | |
| ARGENTINE REPUBLIC and YPF S.A, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Michael A. Paskin, declare as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel for Defendant YPF S.A. and am a member of the Bar of this Court. I submit this declaration in support of Defendants' Motion to Dismiss for *Forum Non Conveniens*.

2. Attached hereto are true and correct copies of the following exhibits:

- Exhibit A:  Eton Park's Schedule 13G/A dated December 31, 2016

- Exhibit B:  YPF U.S. IPO Prospectus, Form F-1

- Exhibit C:  Burford Investor Presentation dated July 25, 2018

- Exhibit D:  YPF June 4, 2012 Shareholders' Meeting Minutes

- Exhibit E:  YPF's Form 6-K dated June 5, 2012

- Exhibit F:  YPF's Form 6-K dated May 9, 2014

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2019.

/s/ Michael A. Paskin
Michael A. Paskin