SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-7808
DIRECT FAX
(917) 777-7808
EMAIL ADDRESS
MAURABARRY.GRINALDS@SKADDEN.COM

September 27, 2019

**Via ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE: *Petersen Energia Inversora, S.A.U. v. Argentine Republic*, No. 15 Civ. 02739 & *Eton Park Capital Mgmt., L.P. v. Argentine Republic*, No. 16 Civ. 08569

Dear Judge Preska:

    We write on behalf of the Argentine Republic (the "Republic") in connection with the Court's order, dated September 17, 2019 (*Petersen* Dkt. No. 119; *Eton Park* Dkt. No. 60). The Republic does not oppose the Court's *sua sponte* adjournment of the briefing schedule in both matters. However, while we do not believe the Court intended any such implication, as written, the order could be construed, incorrectly, to suggest that the current administration's legal authority is unclear because there is an election on the horizon. As the Court no doubt will appreciate, any such suggestion is inaccurate and could set a perilous precedent for the Republic or any sovereign state holding a presidential election. Accordingly, the Republic respectfully writes to underscore that the President of Argentina has been duly elected by the Argentine citizenry, and his administration has full authority to make binding decisions for the Republic.

    The Republic also respectfully reserves the right to seek additional time to serve its reply after it receives Plaintiffs' opposition brief.

Hon. Loretta A. Preska
September 27, 2019
Page 2

                                                        Respectfully submitted,

                                                        /s/ Maura Barry Grinalds
                                                        Maura Barry Grinalds

cc:     All counsel of record (via ECF)