# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

| | | |
|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | ALYSSA K. CAPLES / JONATHAN J. KATZ |
| EVAN R. CHESLER | MARK I. GREENE | JENNIFER S. CONWAY / MARGARET SEGALL D'AMICO |
| RICHARD W. CLARY | DAVID R. MARRIOTT | MINH VAN NGO / RORY A. LERARIS |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | KEVIN J. ORSINI / KARA L. MUNGOVAN |
| ROBERT H. BARON | ANDREW J. PITTS | MATTHEW MORREALE / NICHOLAS A. DORSEY |
| DAVID MERCADO | MICHAEL T. REYNOLDS | JOHN D. BURETTA / ANDREW C. ELKEN |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | J. WESLEY EARNHARDT / JENNY HOCHENBERG |
| PETER T. BARBUR | GEORGE E. ZOBITZ | YONATAN EVEN / VANESSA A. LAVELY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | BENJAMIN GRUENSTEIN / G.J. LIGELIS JR. |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | JOSEPH D. ZAVAGLIA / MICHAEL E. MARIANI |
| RICHARD HALL | GARY A. BORNSTEIN | STEPHEN M. KESSING / LAUREN R. KENNEDY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | LAUREN A. MOSKOWITZ / SASHA ROSENTHAL-LARREA |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | DAVID J. PERKINS / ALLISON M. WEIN |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN | JOHNNY G. SKUMPIJA | |
| KATHERINE B. FORREST | DAVID GREENWALD | J. LEONARD TETI, II | |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS | D. SCOTT BENNETT | |
| DAVID J. KAPPOS | PAUL H. ZUMBRO | TING S. CHEN | SPECIAL COUNSEL |
| DANIEL SLIFKIN | ERIC W. HILFERS | CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN | KENNETH C. HALCOM | |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL | DAVID M. STUART | |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA | AARON M. GRUBER | |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK | O. KEITH HALLAM, III | OF COUNSEL |
| FAIZA J. SAEED | LAUREN ANGELILLI | OMID H. NASAB | MICHAEL L. SCHLER |
| RICHARD J. STARK | TATIANA LAPUSHCHIK | DAMARIS HERNÁNDEZ | CHRISTOPHER J. KELLY |

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER'S EMAIL ADDRESS
mpaskin@cravath.com

September 27, 2019

*Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. v. Argentine Republic and YPF S.A.,* No. 15-cv-02739 (LAP);
*Eton Park Capital Management, L.P. et al. v. Argentine Republic and YPF S.A.,* No. 16-cv-8569 (LAP)

Dear Judge Preska:

  We write on behalf of Defendant YPF S.A. ("YPF") in connection with the Court's September 17, 2019 Order (the "Order") adjourning the briefing dates for Defendants' Motion to Dismiss for *Forum Non Conveniens* (the "Motion") in order for the Court to have a "clearer sense of which administration will have the power to speak for the Republic". (*Petersen* ECF No 191; *Eton Park* ECF No. 60.) YPF respectfully submits that adjournment "in light of the upcoming elections in the Republic of Argentina" is unwarranted and that the Order, as written, is capable of being construed to suggest, erroneously, that the present administration's power to represent the Republic is compromised by the fact of the upcoming election.

  Unless and until there is a change, the current administration indisputably has the "power to speak for the Republic". And even if there is a change in administration following the election, Argentina remains a sovereign nation governed by the rule of law, with the governmental institutions in place (including an independent judiciary) to protect as much. And certainly, as an independent publicly traded company, an upcoming presidential election in its home country does not impact YPF's ability to proceed in the litigation.

  Finally, while YPF does not ultimately object to the Court's extension of Plaintiffs' time to respond to the Motion, YPF respectfully reserves its right to request that Defendants' date to reply be extended.

2

        Respectfully Submitted,

        /s/ Michael A. Paskin

        Michael A. Paskin

Honorable Loretta A. Preska
   United States District Court for the Southern District of New York
     Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street
         New York, NY 10007

VIA ECF
Copies to: All Counsel of Record via ECF