**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br>                         Plaintiffs, <br><br>         - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>                       Defendants. | Case Nos. <br><br> 1:15-cv-02739-LAP <br> 1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br>                         Plaintiffs, <br><br>         - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>                       Defendants. | |

## DECLARATION OF JOSÉ MARÍA FIGUERERO

Pursuant to 28 U.S.C. § 1746 and Rule 44.1 of the Federal Rules of Civil Procedure, I, José María Figuerero, hereby declare as follows:

## Introduction

1.      My name is José María Figuerero.  I am 59 years of age.  I am currently employed as Partner at *Fontán Balestra & Asociados*.  My practice is focused on criminal law.

2.      This declaration is based on my personal knowledge of the proceedings and documents described below.

## The Residence of Roberto Monti

3.      I understand that in this ongoing U.S. litigation, Argentina has claimed that one of its potential witnesses, Roberto Monti, a director of YPF, would be unable to testify because he resides in Argentina.  In particular, María Alejandra Etchegorry states in paragraph 15 of her declaration that: "[W]itnesses likely to be called to testify concerning the management of YPF prior to the expropriation are located in Argentina, including former directors of YPF, such as Roberto Monti (who remains a director today)."

4.      Ms. Etchegorry's assertion is inconsistent with Mr. Monti's recent sworn statements.  During my representation of a client on a matter unrelated to this case (or any proceedings related to this case in Argentina), Mr. Monti delivered a personal declaration dated October 23, 2018.  A translation and original copy of Mr. Monti's declaration are attached to this declaration as Exhibit A.  In his declaration, Mr. Monti swore that his statements would be truthful under penalty of law.  As relevant to this case, Mr. Monti stated that his residence is 263 Sugarverry, Houston, Texas 77024, in the United States.

1

5.      Though I have no knowledge of matters beyond the documents described above, these documents strongly suggest that Mr. Monti resides either full- or part-time in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Dec. 4, 2019

_____

José María Figuerero