```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Petersen Energia Inversora,         :
et al.,                             :
                                    :
                                    :    15 Civ. 2739 (LAP)
                    Plaintiff(s),   :
                                    :    SCHEDULING ORDER
        -against-                   :
                                    :
Argentine Republic, et al.,         :
                    Defendant(s).   :
                                    :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on March 11, 2020 at 10:00 a.m. as a return date for the motion for Maura Barry Grinalds to withdraw as counsel for the defendant Argentine Republic.

SO ORDERED.

_____
Loretta A. Preska, Senior U.S.D.J.

Dated:   New York, New York
         February 13, 2020