# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

| | | | |
|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | MARGARET SEGALL D'AMICO | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | RORY A. LERARIS | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | KARA L. MUNGOVAN | CHRISTOPHER J. KELLY |

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER'S EMAIL ADDRESS
mpaskin@cravath.com

June 18, 2020

<u>Eton Park Capital Management, L.P. et al. v. Argentine Republic and YPF S.A.,</u> No. 16-CV-8569 (LAP) ("Eton Park"); <u>Petersen Energía Inversora S.A.U. v. Argentine Republic, and YPF S.A.,</u> No. 15 Civ. 02739 (LAP) ("Petersen")

Dear Judge Preska:

We write jointly on behalf of Defendants YPF S.A. ("YPF") and the Argentine Republic ("Argentina") (collectively, "Defendants") in the above-captioned actions. On June 5, 2020, this Court entered an order denying Defendants' motion to dismiss these actions pursuant to the doctrine of *forum non conveniens*, and directed the parties to confer and inform the Court by letter no later than June 19, 2020, how they wish to proceed. (*Eton Park*, ECF No. 105.)

Pursuant to the Court's order, the parties met and conferred on June 12, 2020, to discuss next steps and agree upon a schedule going forward. Defendants now write to respectfully request that the parties be granted an additional week (*i.e.* until June 26, 2020) to confer and to inform the Court of their proposal(s) for a path forward in both actions. As a courtesy, Plaintiffs have agreed not to oppose a one-week extension but oppose any further delay.

Respectfully,

/s/ Michael A. Paskin

Michael A. Paskin

Honorable Loretta A. Preska, U.S.D.J.
   United States District Court for the Southern District of New York
      Daniel Patrick Moynihan U.S. Courthouse
         500 Pearl Street
           New York, NY 10007

VIA ECF

Copies to: All Counsel of Record via ECF