UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA, S.A.U.   :
and PETERSEN ENERGÍA, S.A.U.,       :
                                     :     15-cv-02739-LAP
                  Plaintiffs,        :
                                     :
       -against-                     :
                                     :
ARGENTINE REPUBLIC and YPF S.A.,    :
                                     :
                  Defendants.        :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO WITHDRAW COUNSEL

PLEASE TAKE NOTICE that the firm of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ("Skadden") hereby respectfully moves the Court, before the Honorable Loretta A. Preska, at the United States District Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Local Civil Rule 1.4 permitting Skadden's withdrawal as counsel of record in this matter for Defendant Argentine Republic ("Argentina"). The firm of SULLIVAN & CROMWELL LLP, which is also counsel of record for Argentina in this matter, will continue as counsel, and no delay in the progress of this action will result from the withdrawal. Argentina has consented to Skadden's withdrawal. No retaining or charging lien is being asserted herein.

2

Dated: New York, New York
July 8, 2020

/s/ Jennifer L. Permesly
Jennifer L. Permesly
Scott D. Musoff
Boris Bershteyn
Michael D. Moritz
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Tel: (212) 735-3000
Fax: (212) 735-2000
jennifer.permesly@skadden.com
scott.musoff@skadden.com
boris.bershteyn@skadden.com
michael.moritz@skadden.com

*Withdrawing Attorneys for*
*Defendant Argentine Republic*