```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Nos. 15 Civ. 2739 (LAP) <br> 16 Civ. 8569 (LAP) <br><br> ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has considered the parties' proposals concerning discovery and case management in the above-captioned actions. (See dkt. nos. 164, 165 in 15 Civ. 2739.)  The Court has also considered the arguments raised by the parties at the conference before the Court on July 9, 2020. (See dkt. no. 167 in 15 Civ. 2739.) In an effort to hasten the final resolution of these consolidated cases, the Court concludes that both expert discovery on issues of

1

Argentine law and fact discovery shall proceed simultaneously. The case shall proceed in accordance with the schedule proposed by Plaintiffs in their letter dated June 26, 2020.  (See dkt. no. 164 in 15 Civ. 2739 at 1-2.)  The parties shall confer and submit a proposed order effectuating the above.

**SO ORDERED.**

Dated:    New York, New York
          July 13, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge