KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

July 17, 2020

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
              *Eton Park Capital Mgmt. v. Argentine Republic*, No. 16-cv-08569

Your Honor:

    Per the Court's order of July 13, 2020 (Dkt. 170 in *Petersen*), I enclose a proposed scheduling order in the consolidated cases captioned above. Counsel for defendants have authorized me to file the proposed order on behalf of all parties.

                                          Respectfully submitted,

                                          /s/ *Mark C. Hansen*

                                          Mark C. Hansen

cc:   All counsel of record