UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>       Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | Nos. 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>       Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

Pursuant to the Court's order of July 13, 2020 (ECF No. 170 in Case 1:15-cv-02739), the parties hereby submit the following schedule for these consolidated cases:

| | |
|---:|---|
| July 14, 2020: | Fact and Expert Discovery Open |
| November 16, 2020: | Fact Discovery Closes |
| December 21, 2020: | Opening Expert Reports Due |
| January 25, 2021: | Rebuttal Expert Reports Due |
| February 8, 2021: | Reply Expert Reports Due |
| February 22, 2021: | Expert Discovery Closes |
| March 8, 2021: | Motions For Summary Judgment Due |

| | |
|---|---|
| March 29, 2021: | Oppositions to Motions for Summary Judgment Due |
| April 9, 2021: | Replies in Support of Motions for Summary Judgment Due |
| June 2021: | Trial |

Dated:  July 17, 2020

SULLIVAN & CROMWELL, LLP

By: */s/ Robert J. Giuffra, Jr.*
Sergio J. Galvis
Robert J. Giuffra, Jr.
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady
125 Broad Street
New York, NY 10004-2498

*Counsel for Defendant Argentine Republic*

CRAVATH, SWAINE & MOORE LLP

By: */s/ Michael A. Paskin*
Michael A Paskin
825 Eighth Avenue
New York, NY 10019

*Counsel for Defendant YPF S.A.*

Respectfully submitted,

KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.

By: */s/ Mark C. Hansen*
Mark C. Hansen
Derek T. Ho
1615 M Street, NW  Suite 400
Washington, D.C.  200036

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

SO ORDERED this 20th day of      July      , 2020.

_____
LORETTA A. PRESKA
Senior United States District Judge