UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGÍA INVERSORA
S.A.U. and PETERSEN ENERGÍA,
S.A.U.,

                    Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND,
LTD., and ETON PARK FUND, L.P.,

                    Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

Nos. 15 Civ. 2739 (LAP)
     16 Civ. 8569 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

      The Court has reviewed Defendants' requests for the issuance
of letters rogatory (dkt. nos. 175, 178 in 15 Civ. 2739).  The
Court will permit issuance of the letters rogatory but, by doing
so, does not make any finding as to the necessity of the
information requested.

      Moreover, the Court is in receipt of Plaintiffs' letter dated
October 5, 2020 (dkt. no. 180 in 15 Civ. 2739) noting what they

1

characterize as Defendants' slow pace of document production. Given the age of this case, the Court will be reluctant to extend the current discovery schedule absent unforeseen and unforeseeable circumstances.  The Court is also hopeful that, given the quality of counsel for both sides, motions to compel will not be necessary.

**SO ORDERED.**

Dated:     New York, New York
           October 6, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge