```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | Nos. 15 Civ. 2739 (LAP)<br>     16 Civ. 8569 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

   With respect to the letters rogatory issued by the Court on October 6, 2020 (dkt. nos. 182-84 in No. 15 Civ. 2739), the Court has noticed two issues with those letters that will require them to be re-issued.  First, two of those letters (dkt. nos. 182-83 in 15 Civ. 2739, dkt. nos. 126-27 in 16 Civ. 8569), did not include a return address, i.e., the address of Chambers, for the executed request.  Second, the letters did not use traditional language for

1

reimbursement of costs, i.e., that "[t]he fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by [the party]." While the above changes are not necessarily required as a formal matter, they will make it more likely that the process proceeds smoothly.

Accordingly, the Clerk of the Court is respectfully directed to strike the following docket entries: dkt. nos. 182-84 in No. 15 Civ. 2739 and dkt. nos. 126-27 in No. 16 Civ. 8569.  The parties shall re-submit the letters rogatory with the above issues corrected no later than October 21, 2020.

**SO ORDERED.**

Dated:    New York, New York
          October 14, 2020

_____*Loretta A. Preska*_____
LORETTA A. PRESKA
Senior United States District Judge