# JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE, 30TH FLOOR

NEW YORK, NEW YORK 10017

(212) 407-1200

WWW.JHA.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX:  (212) 407-1280
EMAIL:  gjoseph@jha.com

November 16, 2020

**By ECF**
Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***Petersen Energía Inversora, S.A.U. v. Argentine Republic, No. 15-cv-02739***
> ***Eton Park Capital Management, L.P. v. Argentine Republic, No. 16-cv-8569***

Dear Judge Preska:

We represent Burford Capital LLC ("Burford") in connection with the letter motion filed by Defendants on Friday requesting that Your Honor enter an order to compel production by Burford (the "Burford Motion").  We will file our responsive letter on Wednesday, November 18, pursuant to your Individual Practice 2(A).

I understand that Your Honor has scheduled a hearing on Defendants' motion to compel production by the Petersen entities for next Monday, November 23, 2020, at 9 a.m. (the "Petersen Motion").  I write to request that Your Honor schedule the hearing on the Burford Motion at a time at or after noon on November 23, as I have a previously-scheduled mediation session in the opioid litigation set for 9 a.m. on that date.  Sullivan & Cromwell, counsel for the Argentine Republic, has graciously agreed to this request, on the understanding that the Petersen Motion will proceed as presently scheduled.

No prior request has been made for the relief sought in this letter.

Respectfully submitted,

*/s/ Gregory P. Joseph*

Gregory P. Joseph

Cc:     All counsel of record via ECF