**JOSEPH HAGE AARONSON LLC**

485 LEXINGTON AVENUE, 30TH FLOOR

NEW YORK, NEW YORK 10017

(212) 407-1200

WWW.JHA.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX:  (212) 407-1280
EMAIL:  gjoseph@jha.com

November 16, 2020

**By ECF**
Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739
    *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

Further to my request of a short while ago, I have just learned of a scheduling conflict on the afternoon of November 23.  Counsel for both Defendants have consented to move the argument to any time on November 24 other than 11 a.m. to noon or 4 to 5 p.m., if that would be convenient for the Court.

I apologize for troubling the Court with multiple letters.

Respectfully submitted,

*/s/ Gregory P. Joseph*

Gregory P. Joseph

Cc: All counsel of record via ECF