# JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JHA.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX: (212) 407-1280
EMAIL: gjoseph@jhany.com

November 18, 2020

**Via ECF**
The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *Petersen v. Argentine Republic and YPF*, No. 15 Civ. 2739 (LAP) ("***Petersen***"); *Eton Park v. Argentine Republic and YPF*, No. 16 Civ. 8569 (LAP) ("***Eton Park***")

Dear Judge Preska:

      Pursuant to Local Rule 5.2, Rule 2(H) of the Individual Practices of this Court, and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (the "**Protective Order**," *Petersen* ECF No.177; *Eton Park* ECF No. 124), non-party Burford Capital LLC ("**Burford**") respectfully moves for an order granting leave to file under seal (i) Burford's enclosed November 18, 2020 letter responding to Defendants' November 13, 2020 letter, and (ii) Exhibit A thereto (the "**Exhibit**"). The Exhibit consists of excerpts of the transcript of the October 29, 2020 deposition of Christopher Bogart that Plaintiffs have provisionally designated as confidential under the Protective Order. Burford seeks leave to file this transcript under seal and to redact the portions of its publicly accessible letter that reference this transcript.

Respectfully submitted,

*/s/ Gregory P. Joseph*

Gregory P. Joseph

cc:   Counsel of Record