# Appendix A



Source:  https://www.repsol.com/imagenes/global/en/72-%20Acuerdo%20YPF_ing_tcm14-41861.pdf



Source:  March 15, 2013 Insolvency Administration Report in Spanish Liquidation Proceedings.

*The two circled entities, the plaintiffs in the *Petersen* action that are undergoing liquidation proceedings in Spain (*see* Petersen Compl. ¶ 6; *Petersen* ECF No. 199-8 (Petersen Claim Prosecution Agreement) at Annex I), were ultimately owned by Petersen Energía Inversora S.A. ("PEISA"), a corporation organized under the laws of the Kingdom of Spain, which was a direct wholly-owned subsidiary of Petersen Energía Inversora Holding GmbH ('PEIH'), a limited liability company . . . organized under the laws of the Republic of Austria. Both PEIH and PEISA are direct and indirect wholly-owned subsidiaries of the Eskenazi Family."  *See* YPF Schedule 13D (May 20, 2008), *available at* https://www.sec.gov/Archives/edgar/data/904851/000090342308000451/petersen-13da3_0521.htm