UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,<br><br>              Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>              Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>              Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Having considered Defendants' letters of November 10, 2020 and November 20, 2020 (dkt. nos. 194, 217) and the November 17, 2020 letter from Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. ("Petersen") (dkt. no. 207), and after consideration of the parties' arguments put forth at the November 23, 2020 conference (the "Conference"), the Court hereby memorializes its instructions given at the Conference to the parties as follows:

1

- Petersen shall produce all documents responsive to Defendants' document requests, including any documents in the possession, custody, or control of the Eskenazi family, and shall make the Eskenazis available for deposition.

- Defendants may reopen the deposition of Mr. Betancor to take additional testimony for (i) an additional one hour on the topic of document preservation and (ii) an additional two hours on the remaining topics identified in Defendants' November 10, 2020 letter (dkt. no. 194, at 7).

- The Parties shall confer on a schedule for expert discovery in light of the 90-day extension of the fact discovery deadline.

- The Parties shall also confer and propose a briefing schedule on the applicability of privileges, if any, under Spanish law.  Counsel for Petersen shall also inform Defendants and the Court whether they have withheld any documents from production on the basis of privilege under Spanish law.

The Court reserves on the issue of privilege and will await the parties' briefing on the issue of the applicability of privileges, if any, under Spanish law.

**SO ORDERED.**

Dated:   New York, New York
         November 23, 2020

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Senior United States District Judge

2