UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As instructed by the Court at the conference held on November 24, 2020, counsel for Defendants and Burford Capital LLC shall meet and confer on the scope of discovery as to Burford.  Counsel shall provide the Court with an update no later than December 23, 2020.

    **SO ORDERED.**

Dated:    New York, New York
           November 23, 2020

                                              *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge