**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA S.A.U., et al., | |
| *Plaintiffs*, | |
| against | Civil Action No. 1:15-cv-02739 |
| ARGENTINE REPUBLIC and YPF S.A., | |
| *Defendants*. | |

| | |
|---|---|
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., ETON PARK FUND, L.P., | |
| *Plaintiffs*, | |
| v. | Case No.: 1:16-CV-08569 (LAP) |
| ARGENTINE REPUBLIC and YPF S.A., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that Donald Francis Donovan of Debevoise & Plimpton LLP hereby appears on behalf of YPF S.A. in the cases captioned above.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to the addresses given below.

Dated: New York, New York          DEBEVOISE & PLIMPTON LLP
       December 9, 2020

                                      By: */s/ Donald Francis Donovan*
                                         Donald Francis Donovan
                                       Debevoise & Plimpton LLP
                                       919 Third Avenue
                                       New York, NY 10022
                                       Tel: 212-909-6233
                                       Email: dfdonovan@debevoise.com

                                       *Counsel to YPF S.A.*

To: Counsel of Record (by ECF)