# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 15, 2020

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY  10007.

    Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No.
           15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine Republic
           and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

        We write to advise the Court of the status of the Hague Convention letters requesting the assistance of the Argentine courts in obtaining documents and testimony from Enrique Eskenazi, Sebastián Eskenazi, Matías Eskenazi Storey, and Ezequiel Eskenazi Storey.

        Following Your Honor's affixing of the seal of the Court and issuance of the letters on Friday, October 23, 2020, we sent the request to the U.S. Department of State on Tuesday, October 27 for transmittal to the Central Authority of Argentina, the Ministry of Foreign Affairs, International Trade and Worship (the "Argentine Ministry of Foreign Affairs").  Upon learning from the Argentine Ministry of Foreign Affairs on or about December 3 that it had not yet received the request, we inquired of the U.S. Department of State (the "State Department") as to the status.  We were informed by the State Department last week that, because of restrictions imposed on personnel at the State Department stemming from COVID-19, the Hague letters of request had not been processed.  As an alternative, State Department personnel advised us to submit the requests directly to the Argentine Ministry of Foreign Affairs.  We retrieved the original Hague letters of request from the State Department yesterday and have forwarded them directly to the Argentine Ministry of Foreign Affairs by courier, with copies by email.

                                        Respectfully,

                                        */s/ Robert J. Giuffra, Jr.*

                                        Robert J. Giuffra, Jr.

The Honorable Loretta A. Preska                                                    -2-


cc:      Counsel of Record