# Exhibit A

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Laura Harris
Partner
Direct Dial: +1 212 790 5360
Direct Fax: +1 212 556 2222
lharris@kslaw.com

December 2, 2020

Michael A. Paskin
Damaris Hernández
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Elizabeth Cassady
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498

Re: *Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. v. Argentine Republic and YPF S.A.*, No. 1:15-CV-02739; *Eton Park Capital Management, L.P., et al. v. Argentine Republic and YPF S.A.*, No. 1:16-CV-08569

Counsel,

We write regarding your representations to the Court last week that discovery from members of the Eskenazi family is essential to your affirmative defenses.  Plaintiffs are continuing in good faith to attempt to obtain documents and testimony from the Eskenazi family.  As previously explained, however, Plaintiffs have no control over the Eskenazis nor do Plaintiffs' counsel represent them.

We trust that Defendants are similarly pursuing the Letters Rogatory process they initiated.  Please describe in detail the efforts Defendants have undertaken to that end since the Court issued the Letters Rogatory on October 6.  The Republic of course stands on both sides of that process; indeed, this is a unique situation where a defendant has issued Letters Rogatory to itself and is fully in control of the execution thereof.  In addition to explaining what the Defendants are doing as the parties seeking discovery, Plaintiffs request that the Republic describe in detail the steps undertaken by the Argentine Ministry of Foreign Affairs, International Trade and Worship to date to process the Letters Rogatory and also provide an estimate of when the Republic expects to transmit the executed requests back to Judge Preska.

Sincerely,

*/s/ Laura Harris*
Laura Harris
Partner