UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC AND YPF S.A., <br><br> Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | 16 Civ. 8569 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of letters from counsel to Defendant (dkt. no. 240 in 15-cv-2739) and Plaintiffs (dkt. no. 241 in 15-cv-2739).  Counsel for the Republic shall provide any response to Plaintiffs' letter no later than December 21, 2020.

Counsel shall appear by telephone for a conference on December 22, 2020 at 10:00 a.m.  The dial-in for that conference is (888) 363-4734, access code: 4645450.

1

**SO ORDERED.**

Dated:   New York, New York
         December 18, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge