KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

December 21, 2020

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Petersen Energía Inversora, S.A.U. v. Argentine Republic,* No. 15-cv-02739;
              *Eton Park Capital Mgmt. v. Argentine Republic,* No. 16-cv-08569

Your Honor:

      Per the Court's order of November 23, 2020 (ECF No. 219 in case 1:15-cv-02739), I enclose a proposed scheduling order in the consolidated cases captioned above. Counsel for defendants have authorized me state that they agree to the enclosed proposal.

                                     Respectfully submitted,

                                     */s/ Mark C. Hansen*

                                     Mark C. Hansen

cc:   All counsel of record