UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSON ENERGÍA, S.A.U.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　In its November 23, 2020 Order, the Court directed the parties to confer and propose a briefing schedule on the applicability of privilege, if any, under Spanish law.  To the extent that Plaintiffs still assert that such a privilege applies in this litigation, the parties shall confer and propose a briefing schedule on this issue.  Additionally, to the extent that Plaintiffs still assert privilege based on a litigation

1

funding arrangement with non-parties, the parties shall confer and propose a briefing schedule on this issue.

    SO ORDERED.

Dated:    New York, New York
           December 22, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge