KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

January 4, 2021

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. 15-cv-2739;
               *Eton Park Capital Mgmt. v. Argentine Republic*, No. 16-cv-08569 (S.D.N.Y.)

Your Honor:

    Since my letter of December 9 (Dkt. #239), we have had extensive discussions with Debevoise & Plimpton and have arrived at the following understanding.

    While Debevoise did engage about potentially representing plaintiffs in this matter in 2015 on a contingent basis and received confidential information in that connection, we have been satisfied that the proposed YPF team was not involved in the consideration of that representation and the firm has assured us that they have appropriate screening in place to prevent the YPF team from being tainted.

    Given its prior advice to Burford about document retention that defendants have attempted to place in issue in this matter, Debevoise has committed not to be involved in any litigation relating to Burford's own retention of documents.

    On that basis and in reliance on the representation that this change in counsel will not affect the schedule for the case, we do not object to the substitution of Debevoise for Cravath as counsel for YPF.

                                    Respectfully submitted,

                                    */s/ Mark C. Hansen*

                                    Mark C. Hansen

Cc: All counsel of record via ECF