UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Cravath, Swaine & Moore LLP's motion to withdraw as counsel of record for YPF S.A (dkt. no. 233 in 15-cv-2739; dkt. no. 174 in 16-cv-8569) is GRANTED.

    **SO ORDERED.**

Dated:   New York, New York
         January 6, 2021

                                          _Loretta A. Preska_____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge