

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

January 8, 2021

<u>BY ECF</u>

The Honorable Loretta A. Preska
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 1007

Re:    *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. 15-cv-2739;
        *Eton Park Capital Mgmt. v. Argentine Republic*, No. 16-cv-08569 (S.D.N.Y.)

Dear Judge Preska:

I write in an abundance of caution to assure the Court and counsel in this matter of our compliance with the ethical rules relating to former law clerks. One of Your Honor's former clerks, Christian Clark, is employed by Debevoise as an associate. Because of his work while clerking for you, we have proceeded on the assumption that Mr. Clark is disqualified from participating in the firm's representation of YPF S.A. ("YPF") in the above-captioned matters.

We further note that Debevoise also employs as an associate Matthew Sorensen, a former clerk to the Honorable Denny Chin, U.S. Court of Appeals for the Second Circuit. During Mr. Sorensen's clerkship, Judge Chin was a member of the Second Circuit panel that considered appeals of this Court's prior decisions in the above-captioned actions. Because of Mr. Sorensen's work while clerking for Judge Chin, we have likewise proceeded on the assumption that Mr. Sorensen is disqualified from participating in the firm's representation of YPF.

Neither Mr. Clark nor Mr. Sorensen will work on this case or speak with anyone at the firm regarding the above-captioned matters. An information screen has been erected that prevents Mr. Clark, Mr. Sorensen and their administrative assistants from accessing any documents relating to the above-captioned matters. The relevant lawyers and staff members at the firm have been notified that they cannot share or discuss any information with Mr. Clark or Mr. Sorensen regarding this case. Mr. Clark and Mr. Sorensen have not and will not in any way participate or assist, directly or indirectly, in this case, and as salaried associates they will not be apportioned any part of the fees earned from it. Mr. Clark and Mr. Sorensen have not disclosed any confidential information related to their work as law clerks concerning these cases and understand that they may not do so.

Hon. Loretta Preska                          2                    January 8, 2021

In these circumstances, Rule 1.12(d)(iv) of the New York Rules of Professional Conduct arguably requires this written notice to the Court and the parties to assure them of this firm's compliance with said rule. As the foregoing information makes clear, we have complied with the rule, and of course will continue to do so in the future.

Respectfully submitted,

*/s/ Mark P. Goodman*

Mark P. Goodman

cc: All counsel of record (by ECF)