**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:15-CV-02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:16-CV-08569 (LAP) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING PLAINTIFFS' PRIVILEGE CLAIMS**

WHEREAS, on December 22, 2020, the Court directed the parties to "confer and propose a briefing schedule" on (i) the issue of Spanish privilege law "[t]o the extent that Plaintiffs still assert that such a privilege applies in this litigation" and (ii) "privilege based on a litigation funding arrangement with non-parties," (*Petersen* ECF No. 249);

NOW THEREFORE, in consideration of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, AND SO ORDERED as follows:

1. Plaintiffs stipulate that they have not withheld any documents based on privileges under Spanish law;

2. Plaintiffs stipulate that they will not rely on any privileges under Spanish law for the remainder of these proceedings;[1] and

3. The parties agree to the following briefing schedule on the applicability of privilege based on a litigation funding arrangement:

- Plaintiffs' moving brief: January 11, 2021
- Defendants' opposition brief: January 25, 2021
- Plaintiffs' reply brief: February 1, 2021.

Dated: January 11, 2021

SULLIVAN & CROMWELL, LLP

By:  */s/ Robert J. Giuffra, Jr.*
Sergio J. Galvis
Robert J. Giuffra, Jr.
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady
125 Broad Street
New York, NY 10004-2498

*Counsel for Defendant Argentine Republic*

DEBEVOISE & PLIMPTON LLP

By:  */s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

Respectfully submitted,

KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.

By:  */s/ Derek T. Ho*
Mark C. Hansen
Derek T. Ho
1615 M Street, NW  Suite 400
Washington, D.C. 20036

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

---

[1] The parties will meet and confer if a document or question implicates the Petersen Plaintiffs' receiver's representation of other parties, because the privilege may be applicable in that circumstance.

919 Third Avenue
New York, NY 10022
*Counsel for Defendant YPF S.A.*

SO ORDERED this \_\_\_\_ day of _____, 2021.

                                                                              LORETTA A. PRESKA
                                                                              Senior United States District Judge