UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | |

### NOTICE OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER WITH RESPECT TO COMMUNICATIONS WITH BURFORD CAPITAL

| | |
|---|---|
| KING & SPALDING LLP | KELLOGG, HANSEN, TODD,<br> FIGEL & FREDERICK, P.L.L.C. |
| Israel Dahan<br>Laura E. Harris<br>1185 Avenue of the Americas<br>New York, New York 10036 | Mark C. Hansen<br>Derek T. Ho<br>Andrew E. Goldsmith<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 |
| Reginald R. Smith *(pro hac vice)*<br>1100 Louisiana Street<br>Houston, Texas 77002 | |

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

PLEASE TAKE NOTICE that, pursuant to the Court's January 11, 2021 Order, Dkt. 262, and the schedule established by the Court, and upon the accompanying memorandum of law, exhibits attached thereto, and all prior proceedings in the above-captioned actions, Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P ("Plaintiffs") move this Court for a protective order precluding discovery of their communications with Burford Capital on the grounds of the attorney-client privilege, the work-product doctrine, and/or such other or further grounds as the Court deems just and proper.

DATED:  January 11, 2021	By:	*/s/ Mark C. Hansen*

| | |
|---|---|
| Israel Dahan | Mark C. Hansen |
| Laura E. Harris | Derek T. Ho |
| KING & SPALDING LLP | Andrew E. Goldsmith |
| 1185 Avenue of the Americas | KELLOGG, HANSEN, TODD, |
| New York, New York 10036 | FIGEL & FREDERICK, P.L.L.C. |
| Phone: (212) 556-2114 | 1615 M Street, N.W., Suite 400 |
| Fax: (212) 556-2222 | Washington, D.C. 20036 |
| Email: idahan@kslaw.com | Phone:  (202) 326-7900 |
| Email: lharris@kslaw.com | Fax:  (202) 326-7999 |
| | Email: mhansen@kellogghansen.com |
| Reginald R. Smith *(pro hac vice)* | Email: dho@kellogghansen.com |
| KING & SPALDING LLP | Email: agoldsmith@kellogghansen.com |
| 1100 Louisiana Street | |
| Houston, Texas 77002 | |
| Phone: (713) 751-3200 | |
| Fax: (713) 751-3290 | |
| Email: rsmith@kslaw.com | |

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

1