UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------- x

Case No.: 1:15-CV-02739 (LAP)

------------------------------- x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------- x

Case No.: 1:16-CV-08569 (LAP)

## DECLARATION OF THOMAS C. WHITE

I, Thomas C. White, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Republic of Argentina in the above-captioned actions. I make this Declaration in order to place before this Court certain documents referenced in Defendant's Opposition to Plaintiffs' Categorical Assertion of Privilege Over All Communications with Burford Capital.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Transcript of the December 22, 2020 conference before the Court | Exhibit 1 |
| Transcript of November 4 and 5, 2020 deposition of Armando Betancor | Exhibit 2 |
| Petersen Energía, S.A Form 13D filed with the United States Securities and Exchange Commission ("SEC") on February 21, 2008 | Exhibit 3 |
| Supplemental Agreement dated February 21, 2008 between Repsol YPF, S.A. and Petersen Energía Pty Ltd., Enrique Eskenazi, Sebastian Eskenazi, Matias Eskenazi Storey, and Ezequiel Eskenazi Storey, filed with the SEC as Exhibit 99.13 to Petersen Energía, S.A.'s Form 13D | Exhibit 4 |
| Agreement for the Amicable Settlement and Compromise of Expropriation dated February 27, 2014 between the Argentine Republic and Repsol S.A., Repsol Capital S.L. and Repsol Butano S.A., (English Translation) | Exhibit 5 |
| Plan of Liquidation dated October 6, 2014, filed with the Third Commercial Court of Madrid, Spain, by Petersen's bankruptcy administrator (English Translation) | Exhibit 6 |
| Letter dated January 14, 2021 from Steven H. Reisberg to Robert J. Giuffra, Jr., *et al.* | Exhibit 7 |
| Joint bid to acquire compensatory rights of Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. dated January 13, 2015 filed in the Third Commercial Court of Madrid, Spain by Langdell Investments, LLC (English Translation) | Exhibit 8 |
| Report on Plan of Liquidation dated March 13, 2015, filed with the Third Commercial Court of Madrid, Spain, by Petersen's bankruptcy administrator (English Translation) | Exhibit 9 |
| Claim Prosecution Agreement dated March 4, 2015 between Prospect Investments LLC and Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. | Exhibit 10 |
| Transcript of October 29, 2020 deposition of Christopher Bogart | Exhibit 11 |
| Capital Provision Agreement dated November 3, 2016 between Eton Park Fund, LP, Eton Park Master Fund, Ltd., and Eton Park Capital Management, L.P. | Exhibit 12 |
| Transcript of Burford Capital Q4 2019 Earnings Call dated April 28, 2020 | Exhibit 13 |
| FY 2019 Annual Report of Burford Capital | Exhibit 14 |

-3-

| | |
|---|---|
| FY 2016 Annual Report of Burford Capital | Exhibit 15 |
| Letter dated October 12, 2020 from Laura Harris to Robert J. Giuffra, Jr., *et al.* | Exhibit 16 |
| Transcript of the November 24, 2020 conference before the Court | Exhibit 17 |
| Article by Daniel Fisher, "As NYC Bar considers ethics of litigation finance, it will keep secret the comments it received from the public," dated June 7, 2019, obtained from website of Legal Newsline | Exhibit 18 |
| Profile of Derek T. Ho, obtained from website of Kellogg, Hansen, Todd, Figel & Frederick PLLC | Exhibit 19 |
| Report from the U.S. Chamber Institute for Legal Reform, "Selling More Lawsuits, Buying More Trouble," dated January 2020 | Exhibit 20 |

Executed on January 25, 2021 in New York, New York.

                                                            */s/ Thomas C. White*
                                                              Thomas C. White