January 29, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

           Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's January 8, 2021 Order (*Petersen* ECF No. 258; *Eton Park* ECF No. 196) requiring Defendants and Burford to provide a "further status report" no later than January 29, 2021 regarding discovery as to Burford.

      Since January 8, 2021, the parties have met and conferred further regarding the scope of searches intended to capture documents responsive to Defendants' outstanding requests. The parties are continuing to negotiate certain aspects of the scope of Burford's response.

      In light of the continued discussions, Defendants and Burford propose to provide a further status report to the Court on these issues by February 15.

Respectfully,

/s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for The Argentine Republic*

/s/ Gregory P. Joseph
Gregory P. Joseph
Pamela Jarvis
Rachel M. Cherington

JOSEPH HAGE & AARONSON LLP
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:   (212) 407-1210
Facsimile:   (212) 407-1280

*Counsel for Buford Capital LLC*

The Honorable Loretta A. Preska	-2-

*/s/ Mark P. Goodman*
Mark P. Goodman
Donald Francis Donovan
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:	(212) 909-6000
Facsimile:	(212) 909-6836

*Counsel for YPF S.A.*


cc:	Counsel of Record