UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | Case Nos.:<br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' February 1, 2021 letter motion requesting to file under seal portions of the Reply Memorandum of Law in Support of Plaintiffs' Assertion of Privilege With Respect to Communications with Burford Capital ("Reply Brief"), Exhibit 3 attached thereto, portions of the declaration of Ignacio Tirado filed in support of the Reply Brief, Exhibit B attached thereto, and portions of Exhibits E, H, and I to the declaration of Andrew E. Goldsmith filed in support of the Reply Brief.  Upon review of the letter motion and all prior proceedings in the above-captioned actions, and otherwise being duly advised, it is hereby ORDERED that:

      Plaintiffs' letter motion is GRANTED.

SO ORDERED this  2   day of  February  , 2021.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge