UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGÍA INVERSORA, S.A.U. and
PETERSEN ENERGÍA, S.A.U.,

                        Plaintiffs,

    -against-

ARGENTINE REPUBLIC and YPF S.A.,

                        Defendants.

ETON PARK CAPITAL MANAGEMENT, L.P.,
ETON PARK MASTER FUND, LTD., and
ETON PARK FUND, L.P.,

                        Plaintiffs,

    -against-

ARGENTINE REPUBLIC and YPF S.A.,

                        Defendants.

Case Nos.:
1:15-cv-02739-LAP
1:16-cv-08569-LAP

## [~~PROPOSED~~] ORDER

Before the Court is Plaintiffs' February 11, 2021 letter motion requesting to file under seal (i) portions of Plaintiffs' Pre-Motion Conference Letter and Report Regarding Status of Discovery, filed February 11, 2021 (the "Report"); and (ii) portions of Exhibits 6 – 8 to the Report. Upon review of the letter motion, it is hereby ORDERED that:

Plaintiffs' letter motion is GRANTED.

SO ORDERED this __12__ day of __February__, 2021.

                                                            *Loretta A. Preska*
                                                         LORETTA A. PRESKA
                                                         Senior United States District Judge