February 15, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY  10007.

        Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's prior orders (*Petersen* ECF Nos. 220, 251, 258; *Eton Park* ECF No. 159, 191, 196) and our January 29, 2021 letter (*Petersen* ECF No. 273; *Eton Park* ECF No. 211) to provide a further status report regarding discovery as to Burford.

      The parties are continuing to negotiate searches intended to capture documents responsive to Defendants' outstanding requests and certain aspects of the scope of Burford's response.  To date, Burford has produced approximately 700 documents, comprising 2,737 pages. Burford is in the process of reviewing approximately 80,000 documents and currently expects to substantially complete its production by March 5, 2021, subject to the resolution of certain open issues.

      In light of the continued discussions and Burford's ongoing production, Defendants and Burford propose to provide a further status report to the Court on these issues by March 12, 2021.

Respectfully,

/s/   Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

/s/   Gregory P. Joseph
Gregory P. Joseph
Pamela Jarvis
Rachel M. Cherington

JOSEPH HAGE & AARONSON LLP
485 Lexington Avenue, 30th Floor
New York, New York  10017
Telephone:    (212) 407-1210
Facsimile:    (212) 407-1280

*Counsel for Buford Capital LLC*

The Honorable Loretta A. Preska                                                                -2-


*/s/ Mark P. Goodman*
Mark P. Goodman
Donald Francis Donovan
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

*Counsel for YPF S.A.*


cc:      Counsel of Record