UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

      The status conference scheduled for February 18, 2021 at 10:00 a.m. EST will occur as a teleconference.  The dial-in information for the teleconference is: (877) 402-9753, access code: 6545179.

      **SO ORDERED.**

Dated:    New York, New York
          February 17, 2021

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge

1