UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>        Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>        Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' February 17, 2021 letter motion requesting to file under seal (i) portions of Plaintiffs' Reply in Support of Pre-Motion Conference Letter and Report Regarding Status of Discovery, filed February 17, 2021 (the "Reply"); (ii) portions of Exhibit 2 to the Reply; and (iii) Exhibit 8 to the Reply in its entirety. Upon review of the letter motion, it is hereby ORDERED that:

Plaintiffs' letter motion is GRANTED.

SO ORDERED this 18 day of February, 2021.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge