**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | Nos. 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | |

## [PROPOSED] SCHEDULING ORDER

Pursuant to the Court's instructions at its February 18, 2021 hearing that the discovery schedule be extended 90 days, and that a status report be submitted in 30 days, Plaintiffs hereby submit, with Defendants' agreement, the following proposed scheduling order for these consolidated cases:

| | |
|---:|---|
| March 22, 2021 | Status report due |
| May 17, 2021 | Fact Discovery Closes |

| | |
|---:|:---|
| June 25, 2021 | Opening Expert Reports Due[1] |
| July 30, 2021 | Rebuttal Expert Reports Due |
| August 13, 2021 | Reply Expert Reports Due |
| August 31, 2021 | Status Conference, 10:00 a.m. EDT |
| September 3, 2021 | Expert Discovery Closes |
| September 24, 2021 | Motions For Summary Judgment Due |
| October 22, 2021 | Oppositions to Motions for Summary Judgment Due |
| November 12, 2021 | Replies in Support of Motions for Summary Judgment Due |
| January 2022 | Trial |

SO ORDERED this \_\_\_ day of _____, 2021.

_____
LORETTA A. PRESKA
Senior United States District Judge

---

[1] Both plaintiffs and defendants may serve reports during each of the three report phases (opening, rebuttal, and reply); and (2) a party's "opening" reports need only address issues on which that party bears the burden of proof.