

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

February 19, 2021

BY ECF

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York  1007

Re:     *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. 15-cv-2739;
        *Eton Park Capital Mgmt. v. Argentine Republic*, No. 16-cv-08569 (S.D.N.Y.)

Dear Judge Preska:

We represent YPF S.A. ("YPF") in the above-referenced matter.  In response to the request Your Honor made at yesterday's status conference, I write to confirm that – consistent with the representations made on page 16 of Defendants' Report Regarding Status of Discovery and Response to Plaintiffs' February 11, 2021 Pre-Motion Conference Submission (*Petersen* DE 284) – YPF will produce to Plaintiffs all non-privileged documents that we identify as being relevant to YPF's asserted affirmative defenses, whether or not they support such defenses.

Respectfully submitted,

*/s/ Mark P. Goodman*

Mark P. Goodman

cc: All counsel of record (by ECF)