February 25, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY 10007.

            Re:     *Petersen Energía Inversora S.A.U.*, *et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

        We write on behalf of Defendants the Republic of Argentina and YPF S.A. and Plaintiffs Petersen Energía, S.A.U., Petersen Energía Inversora, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in connection with the Court's Order at the February 18, 2021 status conference directing the parties to confer and report back to the Court no later than February 25, 2021 with a proposal to resolve certain disputes relating to Plaintiffs' invocation of privilege over certain documents.

        Since the February 18 conference, the parties have met and conferred and are discussing the possibility of agreeing to a stipulation under Federal Rule of Evidence 502(d) for the exchange of information that could narrow the dispute on these issues, as well as narrow potential disputes on similar issues with respect to document production by Burford Capital LLC.

        In light of these discussions, the parties propose to provide a further status report to the Court no later than March 4, 2021.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White
Elizabeth A. Cassady

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*/s/ Mark C. Hansen*
Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:    (202) 326-7900
Facsimile:    (202) 326-7999

The Honorable Loretta A. Preska                                                  -2-


*Counsel for The Argentine Republic*          *Counsel for Petersen Energía Inversora, S.A.U.,*
                                              *Petersen Energía, S.A.U., Eton Park Capital*
                                              *Management, L.P., Eton Park Master Fund, Ltd.,*
                                              *and Eton Park Fund*



*/s/ Mark P. Goodman*
Mark P. Goodman
Donald Francis Donovan
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
7 Times Square
New York, New York  10036
Telephone:     (212) 790-4500
Facsimile:     (212) 790-4545

*Counsel for YPF S.A.*




cc:     Counsel of Record