March 12, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

          Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

     We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's prior orders (*Petersen* ECF Nos. 220, 251, 258, 300; *Eton Park* ECF Nos. 159, 191, 196, 212) and February 15 letter (*Petersen* ECF No. 282; *Eton Park* ECF No. 221) to provide a further status report regarding discovery as to Burford.

     The parties are continuing to negotiate searches intended to capture documents responsive to Defendants' outstanding requests and certain aspects of the scope of Burford's response. Burford expects to substantially complete its production by March 31, 2021, subject to the resolution of certain open issues.

     In light of the continued discussions and Burford's ongoing production, Defendants and Burford propose to provide a further status report to the Court on these issues by April 9, 2021.

Respectfully,

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* | */s/ Gregory P. Joseph* |
| Robert J. Giuffra, Jr. | Gregory P. Joseph |
| Sergio J. Galvis | Pamela Jarvis |
| Joseph E. Neuhaus | Rachel M. Cherington |
| Thomas C. White | |
| Elizabeth A. Cassady | JOSEPH HAGE & AARONSON LLP |
| | 485 Lexington Avenue, 30th Floor |
| SULLIVAN & CROMWELL LLP | New York, New York 10017 |
| 125 Broad Street | Telephone: (212) 407-1210 |
| New York, New York 10004-2498 | Facsimile: (212) 407-1280 |
| Telephone: (212) 558-4000 | |
| Facsimile: (212) 558-3588 | |
| | *Counsel for Burford Capital LLC* |
| *Counsel for The Argentine Republic* | |

The Honorable Loretta A. Preska                                                                                          -2-

*/s/ Mark P. Goodman*
Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:      (212) 909-6836

*Counsel for YPF S.A.*


cc:     Counsel of Record