April 9, 2021

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY  10007.

          Re:     *Petersen Energía Inversora S.A.U.*, *et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

        We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's prior orders (*see Petersen* ECF No. 305; *Eton Park* ECF No. 239) to provide a further status report regarding discovery as to Burford.

        Burford believes that it has substantially completed its production, with the exception of certain documents to be produced subject to the FRE 502(d) order (*Petersen* ECF No. 304; *Eton Park* ECF No. 238), which it expects to produce next week, and documents to be produced subject to an expected stipulation and proposed order restricting access to certain documents to outside counsel (the "OCO Stipulation"), which it expects to produce once the OCO Stipulation is entered.

        In light of the continued discussions concerning the OCO Stipulation and Burford's ongoing production, Defendants and Burford propose to provide a further status report to the Court by April 30, 2021.

Respectfully,


/s/   Robert J. Giuffra, Jr.                    /s/   Gregory P. Joseph
Robert J. Giuffra, Jr.                          Gregory P. Joseph
Sergio J. Galvis                               Pamela Jarvis
Joseph E. Neuhaus                        Rachel M. Cherington
Thomas C. White
Elizabeth A. Cassady                     JOSEPH HAGE & AARONSON LLP
                                     485 Lexington Avenue, 30th Floor
SULLIVAN & CROMWELL LLP       New York, New York  10017
125 Broad Street                         Telephone:   (212) 407-1210
New York, New York  10004-2498   Facsimile:    (212) 407-1280
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

                                   *Counsel for Burford Capital LLC*

*Counsel for The Argentine Republic*

The Honorable Loretta A. Preska                                    -2-


/s/ Mark P. Goodman
Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

*Counsel for YPF S.A.*


cc:     Counsel of Record