UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>       Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | No. 15 Civ. 2739 (LAP)<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

  **PLEASE TAKE NOTICE** that, upon the accompanying Declaration dated April 29, 2021, I hereby move this Court, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Non-Party Burford Capital LLC in the above-captioned action.

  A proposed order granting the motion to withdraw will be separately filed pursuant to the Court's August 1, 2018 Addendum to Electronic Case Filing Rules and Instructions.

Dated: April 29, 2021.

                       JOSEPH HAGE AARONSON LLC

                          /s/ Pamela Jarvis

                       Gregory P. Joseph (GJ-4208)
                       Pamela Jarvis (PJ-9058)
                       Rachel M. Cherington (RC-3673)
                       485 Lexington Avenue, 30th Floor
                       New York, New York 10017
                       Tel. (212) 407-1200
                       *Counsel for Non-Party Burford Capital LLC*