UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) <br><br> **DECLARATION OF PAMELA JARVIS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Pamela Jarvis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in support of my Motion to Withdraw as Counsel for Non-Party Burford Capital LLC.

2. I am leaving my position as partner and litigator at the firm of Joseph Hage Aaronson LLC, and will continue with the firm as "of counsel," solely in the capacity of ethics counsel to the firm.

3. Burford Capital LLC will continue to be represented by their remaining counsel of record. Accordingly, my withdrawal will not cause or result in any delay or prejudice.

4. I am not asserting a retaining or charging lien in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2021

By: _____/s/ Pamela Jarvis_____