UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA, S.A.U.
and PETERSEN ENERGÍA, S.A.U.,

                Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

                Defendants.

No. 15 Civ. 2739 (LAP)

---

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY BURFORD CAPITAL LLC

Upon receiving the Motion to Withdraw of Pamela Jarvis as Counsel for Non-Party Burford Capital LLC (the "**Motion**"), and the Declaration of Pamela Jarvis in Support of the Motion, and good cause appearing,

IT IS ORDERED that the Motion to Withdraw Pamela Jarvis as Counsel for Non-Party Burford Capital LLC, is GRANTED, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Pamela Jarvis from all future ECF notifications in this matter.

Dated: April 29, 2021

                                                                *Loretta A. Preska*
                                                                Hon. Loretta A. Preska
                                                                United States District Court Judge