UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:15-CV-02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:16-CV-08569 (LAP) <br><br> **DECLARATION OF ELIZABETH A. CASSADY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Elizabeth A. Cassady, hereby declare as follows:

1. I am a member of the bar of this Court and Special Counsel at Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions.

2. I submit this Declaration in Support of my Motion to Withdraw as Counsel of Record pursuant to Local Civil Rule 1.4.

3. I am leaving my position as Special Counsel at Sullivan & Cromwell LLP.

4. There will be no prejudice to the Republic by my withdrawal because the Republic

will continue to be represented by Sullivan & Cromwell LLP.

      5.      I am not asserting a retaining or charging lien in this matter.

      6.      Based on the foregoing, it is respectfully requested that I be permitted to withdraw as counsel in these actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on April 30, 2020.

April 30, 2021

                /s/ *Elizabeth A. Cassady*
                Elizabeth A. Cassady
                Sullivan & Cromwell LLP
                1700 New York Ave NW, Suite #700
                Washington, DC 20006

                *Withdrawing Attorney for the Argentine Republic*