**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Nos. 15 Civ. 2739 (LAP) <br><br> 16 Civ. 8569 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |



### [~~PROPOSED~~] SCHEDULING ORDER

WHEREAS, pursuant to the February 19, 2021 Scheduling order (*Petersen* ECF No. 292; *Eton Park* ECF No. 231), fact discovery in these consolidated cases is set to close by May 17, 2021, and the parties jointly agree that limited extensions of the fact discovery deadline and other deadlines are necessary, the parties hereby submit the following proposed scheduling order for these consolidated cases:

| | |
|---|---|
| Fact Discovery Closes | July 30, 2021 |
| Opening Expert Reports Due[1] | September 3, 2021 |
| Rebuttal Expert Reports Due | October 8, 2021 |
| Reply Expert Reports Due | November 5, 2021 |
| Status Conference | November 10, 2021 |
| Expert Discovery Closes | December 3, 2021 |
| Motions for Summary Judgment Due | December 23, 2021 |
| Oppositions to Motions for Summary Judgment Due | January 24, 2022 |
| Replies in Support of Motions for Summary Judgment Due | February 11, 2022 |
| Trial | April 2022 |

SO ORDERED this 17th day of May, 2021.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

---

[1] Both Plaintiffs and Defendants may serve reports during each of the three report phases (opening, rebuttal, and reply); a party's "opening" reports need only address issues on which that party bears the burden of proof.