May 21, 2021

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

           Re: *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Burford Capital LLC ("Burford") in connection with the Court's prior orders (*see Petersen* ECF No. 308; *Eton Park* ECF No. 242) and our April 30 letter (*see Petersen* ECF No. 315; *Eton Park* ECF No. 249) to provide a further status report regarding discovery as to Burford.

      Burford expects to complete its document production and provide a privilege log by Monday, May 24. Defendants' review of Burford's production is ongoing.

      In light of the status of Burford's production, Defendants and Burford respectfully submit that further periodic status reports to the Court regarding Burford's production are not needed at this stage. In the event that any further disputes arise with respect to discovery from Burford, Defendants and Burford will address such disputes in accordance with the applicable rules and Your Honor's individual practices.

Respectfully,

| | |
|---|---|
| /s/ Robert J. Giuffra, Jr. | /s/ Gregory P. Joseph |
| Robert J. Giuffra, Jr. | Gregory P. Joseph |
| Sergio J. Galvis | Rachel M. Cherington |
| Joseph E. Neuhaus | |
| Thomas C. White | JOSEPH HAGE & AARONSON LLP |
| Adam R. Brebner | 485 Lexington Avenue, 30th Floor |
| | New York, New York 10017 |
| SULLIVAN & CROMWELL LLP | Telephone: (212) 407-1210 |
| 125 Broad Street | Facsimile: (212) 407-1280 |
| New York, New York 10004-2498 | |
| Telephone: (212) 558-4000 | |
| Facsimile: (212) 558-3588 | *Counsel for Burford Capital LLC* |

*Counsel for The Argentine Republic*

The Honorable Loretta A. Preska                                                                     -2-

*/s/ Mark P. Goodman*
Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:      (212) 909-6000
Facsimile:       (212) 909-6836

*Counsel for YPF S.A.*


cc:     Counsel of Record