UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel shall confer and inform the Court whether they wish to proceed with the conference scheduled for tomorrow or adjourn it until they have reviewed each other's document productions.

　　**SO ORDERED.**

Dated:　New York, New York
　　　　June 1, 2021

　　　　　　　　　　_/s/ Loretta A. Preska_____
　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　Senior United States District Judge

1