June 1, 2021

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY  10007.

          Re:    *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A. and Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund in response to today's order regarding a status conference previously scheduled for June 2, 2021.  See *Petersen* ECF No. 321.

      The parties wish to <u>adjourn the conference</u>.  We note that a status conference is currently scheduled for November 10, 2021.  See *Petersen* ECF No. 319.

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

/s/ *Mark C. Hansen*
Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC  20036
Telephone:   (202) 326-7900
Facsimile:    (202) 326-7999

*Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund*

SO ORDERED.

*Loretta A. Preska* 6/2/2021

The Honorable Loretta A. Preska                                                                                        -2-

*/s/ Mark P. Goodman*

Donald Francis Donovan
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

*Counsel for YPF S.A.*

cc:     Counsel of Record