UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Nos. 15 Civ. 2739 (LAP) <br><br> 16 Civ. 8569 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |

## [PROPOSED] SCHEDULING ORDER

WHEREAS, pursuant to the May 17, 2021 Scheduling Order (*Petersen* ECF No. 319; *Eton Park* ECF No. 253), fact discovery in these consolidated cases is set to close by July 30, 2021, and the parties jointly agree that limited extensions of the fact discovery deadline and other deadlines are necessary, the parties hereby submit the following proposed scheduling order for these consolidated cases:

-2-

| | |
|---|---|
| Fact Discovery Closes | August 27, 2021 |
| Opening Expert Reports Due[1] | September 24, 2021 |
| Rebuttal Expert Reports Due | October 29, 2021 |
| Reply Expert Reports Due | November 22, 2021 |
| Status Conference | December 7, 2021 |
| Expert Discovery Closes | December 31, 2021 |
| Motions for Summary Judgment Due | January 20, 2022 |
| Oppositions to Motions for Summary Judgment Due | March 3, 2022 |
| Replies in Support of Motions for Summary Judgment Due | March 31, 2022 |
| Trial | May 2022 |

SO ORDERED this 29 day of     July    , 2021.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

---

[1] Both Plaintiffs and Defendants may serve reports during each of the three report phases (opening, rebuttal, and reply); a party's "opening" reports need only address issues on which that party bears the burden of proof.