UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | 16 Civ. 8569 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the schedule set forth in most recent scheduling order (dkt. no. 262 in 16-cv-8569), the status conferences scheduled for August 31, 2021 (see dkt. no. 231) and November 10, 2021 (see dkt. no. 253) are hereby adjourned to December 7, 2021 at 2:00 p.m. EST.

    **SO ORDERED.**

Dated:   New York, New York
           August 26, 2021

                             *Loretta A. Preska*
                             LORETTA A. PRESKA
                             Senior United States District Judge