# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 7, 2021

Via ECF

The Honorable Loretta A. Preska,
   United States District for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

      Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      Pursuant to Local Rule 5.2, Rule 2(H) of the Individual Practices of this Court, and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in this action (*Petersen* ECF No. 177; *Eton Park* ECF No. 124) (the "Protective Order"), Defendant the Argentine Republic ("the Republic"), together with Defendant YPF S.A. ("YPF"), which joins in this letter, respectfully move for an order granting leave to redact Defendants' enclosed October 7, 2021 letter requesting an extension of the expert discovery and summary judgment deadlines. The letter contains references to certain portions of Plaintiffs' expert reports, which Plaintiffs have designated Confidential under the Protective Order.

      The Republic and YPF seek leave to redact portions of the publicly-accessible letter that quote from or describe the expert reports in light of Plaintiffs' designations.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.

cc:    Counsel of Record

```
The sealing request is granted on the basis
that the letter contains information
designated confidential under the protective
order.  SO ORDERED.
```

*Loretta A. Preska*   10/08/2021