**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:15-CV-02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, <br><br> Plaintiff, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:16-CV-08569 (LAP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Amanda Flug Davidoff, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant the Argentine Republic in the above-captioned actions.

Dated: October 13, 2021
        Washington, DC

/s/  *Amanda Flug Davidoff*
Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Ave NW Suite 700,
Washington, DC 20006-5215
Telephone:  (202) 956-7570
Facsimile:  (202) 956-6993
davidoffa@sullcrom.com

*Attorney for Defendant Argentine Republic*