UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA,
S.A.U. AND PETERSON ENERGÍA,
S.A.U.,

                    Plaintiffs,                    15 Civ. 2739 (LAP)

-against-

ARGENTINE REPUBLIC AND YPF
S.A.,

                    Defendants.

---

ETON PARK CAPITAL MANAGEMENT,
L.P. et al.,

                    Plaintiffs,                    16 Civ. 8569 (LAP)

-against-                                          ORDER

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

---

LORETTA A. PRESKA, Senior United States District Judge:

       Further to the scheduling order entered on October 8, 2021
(Dkt. no. 340 in 15-cv-2739), the parties shall appear for a
status conference on January 27, 2022 at 9:00 a.m. in Courtroom
12A.

       SO ORDERED.

Dated:    New York, New York
          December 2, 2021

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge