```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSON ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Further to the scheduling order entered on October 8, 2021 (dkt. no. 340 in 15-cv-2739) and this Court's order of December 2, 2021 (dkt. no. 344 in 15-cv-2739), an in-person status conference is currently scheduled to take place on January 27, 2022 at 9:00 a.m. in Courtroom 12A.

The parties shall confer and submit a joint letter indicating whether they wish to proceed next week and, if so, whether in-person or remotely.

**SO ORDERED.**

Dated:  New York, New York
        January 21, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge