January 25, 2022

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY  10007.

              Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Argentine Republic and YPF S.A., and Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in connection with the Court's January 21 order (*Petersen* ECF No. 345; *Eton Park* ECF No. 275) regarding the status conference scheduled for January 27, 2022.

      The parties respectfully request that the conference be adjourned.  They are negotiating a stipulation to be presented to the Court regarding deadlines for pretrial filings and a trial date, and propose to file the stipulation, or, if they cannot agree, letters setting forth their competing proposed schedules, by February 3, 2022.

Respectfully,

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* | */s/ Mark C. Hansen* |
| Robert J. Giuffra, Jr. | Mark C. Hansen |
| Sergio J. Galvis | Derek T. Ho |
| Joseph E. Neuhaus | Andrew E. Goldsmith |
| Amanda F. Davidoff | |
| Thomas C. White | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC |
| SULLIVAN & CROMWELL LLP | Sumner Square |
| 125 Broad Street | 1615 M Street, NW, Suite 400 |
| New York, New York  10004-2498 | Washington, DC  20036 |
| Telephone:     (212) 558-4000 | Telephone:     (202) 326-7900 |
| Facsimile:     (212) 558-3588 | Facsimile:     (202) 326-7999 |
| *Counsel for The Argentine Republic* | *Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund* |

The Honorable Loretta A. Preska                                                                -2-


*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:      (212) 909-6836

*Counsel for YPF S.A.*


cc:      Counsel of Record