February 3, 2022

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY  10007.

         Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

      We write on behalf of Defendants the Republic of Argentina and YPF S.A., and Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in connection with the Court's January 26 order (*Petersen* ECF No. 347; *Eton Park* ECF No. 277).

      The parties have reached an agreement regarding deadlines for pretrial filings and a trial date and are finalizing a stipulation and proposed order.  The parties propose to file them by February 7, 2022.

Respectfully,

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* | */s/ Andrew E. Goldsmith* |
| Robert J. Giuffra, Jr. | Mark C. Hansen |
| Sergio J. Galvis | Derek T. Ho |
| Joseph E. Neuhaus | Andrew E. Goldsmith |
| Amanda F. Davidoff | |
| Thomas C. White | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC |
| | Sumner Square |
| SULLIVAN & CROMWELL LLP | 1615 M Street, NW, Suite 400 |
| 125 Broad Street | Washington, DC  20036 |
| New York, New York  10004-2498 | Telephone:     (202) 326-7900 |
| Telephone:     (212) 558-4000 | Facsimile:      (202) 326-7999 |
| Facsimile:      (212) 558-3588 | |
| | |
| *Counsel for The Argentine Republic* | *Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund* |

The Honorable Loretta A. Preska                                                                                         -2-

_/s/ Mark P. Goodman_
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:      (212) 909-6836

*Counsel for YPF S.A.*


cc:     Counsel of Record