UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                              Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                              Defendants. | No. 16 Civ. 8569 (LAP) |

**STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING
AND TRIAL SCHEDULE**

WHEREAS, pursuant to the Court's January 26, 2022 Orders, *Petersen* Dkt. No. 347, *Eton Park* Dkt. No. 277, the Parties have conferred regarding summary judgment briefing and the pre-trial and trial schedule for these cases;

WHEREAS, Plaintiffs seek a swift resolution of these cases, particularly in light of their age and the extensions that have already been granted, but in the interests of compromise and not burdening the Court reluctantly accept the modifications to the default deadlines in the Court's Individual Practices set forth below;

WHEREAS, Defendants expect to move for summary judgment to promptly resolve these cases without the need for trial, but have agreed that any schedule should account for the possibility of trial in a manner that is least burdensome and most efficient for the Court and the Parties, by setting deadlines for any pre-trial filings that fall after the Court's decision on such motions, with any trial to follow promptly thereafter; and

WHEREAS, the Parties have reached agreement as to the length of their anticipated summary judgment briefs and as to the case schedule following the Court's ruling on the Parties' motions for summary judgment;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Plaintiffs may submit up to 40 pages of briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief on behalf of Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and one brief for Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park"), or combined into a single brief on behalf of both Petersen and Eton Park.  Defendant Argentine Republic may submit up to 40 pages of briefing in opposition to Plaintiffs' motion(s), and Defendant YPF S.A. may submit up to 35 pages of briefing in opposition to Plaintiffs' motion(s), or Defendants may elect instead to submit a joint brief of up to 75 pages.  Plaintiffs may submit up to 75 pages of reply briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park.

2. Defendant Argentine Republic may submit up to 40 pages of briefing in support of its motion for summary judgment, and Defendant YPF S.A. may submit up to 35 pages of briefing in support of its motion for summary judgment, or Defendants may elect instead to submit a joint brief of up to 75 pages. Plaintiffs may submit up to 75 pages of briefing in opposition to Defendants' motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park. Defendants may each submit up to 20 pages of reply briefing in support of their motions for summary judgment, or may elect instead to submit a joint brief of up to 40 pages.

3. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the joint pretrial order required by this Court's Individual Practice 3.A shall be due 60 days after the Court issues that ruling.

4. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the filings required by this Court's Individual Practice 3.B shall be due 90 days after the Court issues that ruling.

5. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, and subject to the Court's schedule and other immovable conflicts, including other trials involving lead counsel in these cases, trial in these cases shall begin 115 days after the Court issues that ruling.

Dated: February 7, 2022

| **KELLOGG HANSEN TODD FIGEL & FREDERICK P.L.L.C.** | **KING & SPALDING LLP** |
|---|---|
| By: */s/ Andrew E. Goldsmith* | By: */s/ Reginald R. Smith* |
| Mark C. Hansen | Reginald R. Smith |
| Derek T. Ho | Israel Dahan |

| | |
|---|---|
| Andrew E. Goldsmith<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>T: (202) 326-7900<br>*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.* | Laura E. Harris<br>Leigh M. Nathanson<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>T: (212) 556-2100<br>*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.* |

**SULLIVAN & CROMWELL, LLP**

By:  */s/ Robert J. Giuffra, Jr.*
　　Robert J. Giuffra, Jr.
　　Sergio J. Galvis
　　Thomas C. White
　　Joseph E. Neuhaus
125 Broad Street
New York, NY 10004
T: (212) 558-4000

*Counsel for Defendant Argentine Republic*

**DEBEVOISE & PLIMPTON LLP**

By:  */s/ Mark P. Goodman*
　　Mark P. Goodman
　　Shannon Rose Selden
　　Dietmar W. Prager
919 Third Avenue
New York, NY 10022
T: (212) 909-6000

*Counsel for Defendant YPF S.A.*