UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>         Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | No. 16 Civ. 8569 (LAP) |

**[PROPOSED] BRIEFING AND SCHEDULING ORDER**

The Court has considered the Parties' Stipulation Regarding Summary Judgment Briefing and Trial Schedule.  For good cause shown, the Court ORDERS that:

1. Plaintiffs may submit up to 40 pages of briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief on behalf of Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and one brief for Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park"), or combined into a single brief on behalf of both Petersen and Eton Park.  Defendant Argentine Republic may

submit up to 40 pages of briefing in opposition to Plaintiffs' motion(s), and Defendant YPF S.A. may submit up to 35 pages of briefing in opposition to Plaintiffs' motion(s), or Defendants may elect instead to submit a joint brief of up to 75 pages. Plaintiffs may submit up to 75 pages of reply briefing in support of their motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park.

2. Defendant Argentine Republic may submit up to 40 pages of briefing in support of its motion for summary judgment, and Defendant YPF S.A. may submit up to 35 pages of briefing in support of its motion for summary judgment, or Defendants may elect instead to submit a joint brief of up to 75 pages. Plaintiffs may submit up to 75 pages of briefing in opposition to Defendants' motion(s) for summary judgment, which may be divided as they see fit across one brief for Petersen and one brief for Eton Park, or combined into a single brief on behalf of both Petersen and Eton Park. Defendants may each submit up to 20 pages of reply briefing in support of their motions for summary judgment, or may elect instead to submit a joint brief of up to 40 pages.

3. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the joint pretrial order required by this Court's Individual Practice 3.A shall be due 60 days after the Court issues that ruling.

4. If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, the filings required by this Court's Individual Practice 3.B shall be due 90 days after the Court issues that ruling.

5.  If trial is necessary after the Court's ruling on the Parties' motions for summary judgment, and subject to the Court's schedule and other immovable conflicts, including other trials involving lead counsel in these cases, trial in these cases shall begin 115 days after the Court issues that ruling.

SO ORDERED this ___ day of _____, 2022.

_____
LORETTA A. PRESKA
Senior United States District Judge