**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., | Nos.  15 Civ. 2739 (LAP) |
| Plaintiffs, | 16 Civ. 8569 (LAP) |
| -against- | |
| ARGENTINE REPUBLIC and YPF S.A., | |
| Defendants. | |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and  ETON PARK FUND, L.P., | |
| Plaintiffs, | |
| -against- | |
| ARGENTINE REPUBLIC and YPF S.A., | |
| Defendants. | |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, pursuant to the October 8, 2021 Scheduling Order (*Petersen* ECF No. 340; *Eton Park* ECF No. 271), expert discovery in the above-captioned cases is set to close by March 11, 2022;

WHEREAS, for reasons including an illness with respect to one of the parties' experts, as well as witness and counsel scheduling conflicts, the parties have agreed to conduct three expert depositions after March 11;

WHEREAS, the parties agree that the current summary judgment schedule should be modified to reflect a two-week extension of the current deadlines;

IT IS HEREBY STIPULATED AND AGREED, subject to this Court's approval, that the deadlines for expert discovery and for filing the parties' motions for summary judgment are modified as follows:

| Deadline | Previous Deadline | New Deadline |
|---|---|---|
| Expert Discovery Closes | March 11, 2022 | March 30, 2022 |
| Motions for Summary Judgment Due | March 31, 2022 | April 14, 2022 |
| Oppositions to Motions for Summary Judgment Due | May 12, 2022 | May 26, 2022 |
| Replies in Support of Motions for Summary Judgment Due | June 9, 2022 | June 23, 2022 |

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner
Jason E. Kornmehl

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for The Argentine Republic*


*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

*Counsel for YPF S.A.*

*/s/ Mark C. Hansen*
Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC  20036
Telephone:     (202) 326-7900
Facsimile:     (202) 326-7999

*Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund*

SO ORDERED this _____ day of _____, 2022.

LORETTA A. PRESKA
Senior United States District Judge