UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U.; and PETERSEN ENERGÍA, S.A.U.<br><br>*Plaintiffs*,<br><br>v.<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>*Defendants*. | Case No. 1:15-cv-02739 (LAP)<br><br>**DECLARATION OF DONALD FRANCIS DONOVAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Donald Francis Donovan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of this court and Of Counsel at Debevoise & Plimpton LLP, counsel to Defendant YPF S.A. in the above-captioned action.

2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am withdrawing from my full-time advocacy practice at Debevoise & Plimpton, LLP.

3. Mark Goodman, Shannon Rose Selden, and Dietmar Prager of Debevoise & Plimpton, LLP, along with others, will continue to represent YPF S.A. in this proceeding, so my withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

5. Based on the foregoing, it is respectfully requested that I be permitted to withdraw as counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, NY on April 4, 2022.

                                        DEBEVOISE & PLIMPTON LLP

                                        By:  */s/ Donald Francis Donovan*
                                                 Donald Francis Donovan
                                        919 Third Avenue
                                        New York, New York  10022
                                        (212) 909-6000
                                        dfdonovan@debevoise.com

                                        *Attorneys for Defendant YPF S.A*