UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------- x
PETERSEN ENERGÍA INVERSORA,        :
S.A.U. and PETERSEN ENERGÍA, S.A.U.,:
                                   :   Case No.: 1:15-CV-02739 (LAP)
            Plaintiffs,            :
                                   :
      v.                           :
                                   :
ARGENTINE REPUBLIC and YPF S.A.,   :
                                   :
            Defendants.            :
---------------------------------- x


---------------------------------- x
ETON PARK CAPITAL MANAGEMENT,      :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P.,          :
                                   :   Case No.: 1:16-CV-08569 (LAP)
            Plaintiffs,            :
                                   :
      v.                           :
                                   :
ARGENTINE REPUBLIC and YPF S.A.,   :
                                   :
            Defendants.            :
---------------------------------- x
```

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents referenced in the Republic's Memorandum of Law in Support of its Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| YPF Bylaws, with English translation | Exhibit 1 |
| Sebastián Eskenazi Deposition Transcript (Excerpted) | Exhibit 2 |
| Marcy Engel Deposition Transcript (Excerpted) | Exhibit 3 |
| Deposit Agreements between YPF S.A. and The Bank of New York, dated June 17, 1993 and November 6, 2009 (Excerpted) | Exhibit 4 |
| YPF S.A. Registration Statement and Prospectus, dated June 24, 1993 (Excerpted) | Exhibit 5 |
| Sebastián Eskenazi February 10, 2021 Minutes of Hague Convention Testimony, with English translation | Exhibit 6 |
| Daniel R. Fischel Opening Expert Report (Excerpted) | Exhibit 7 |
| Alejandro M. Garro Opening Expert Report (Excerpted) | Exhibit 8 |
| Alfredo L. Rovira Opening Expert Report (Excerpted) | Exhibit 9 |
| Alejandro M. Garro Deposition Transcript (Excerpted) | Exhibit 10 |
| Alberto B. Bianchi Deposition Transcript (Excerpted) | Exhibit 11 |
| Alfredo L. Rovira Rebuttal Expert Report (Excerpted) | Exhibit 12 |
| Alfonso Santiago Deposition Transcript (Excerpted) | Exhibit 13 |
| Alejandro M. Garro Rebuttal Expert Report (Excerpted) | Exhibit 14 |
| Repsol-Argentina Settlement Agreement, with English translation (Excerpted) | Exhibit 15 |
| John C. Coffee, Jr. Rebuttal Expert Report (Excerpted) | Exhibit 16 |
| John C. Coffee, Jr. Deposition Transcript (Excerpted) | Exhibit 17 |
| Daniel R. Fischel Deposition Transcript (Excerpted) | Exhibit 18 |
| John C. Coffee, Jr. Reply Expert Report (Excerpted) | Exhibit 19 |
| Aída Kemelmajer de Carlucci Rebuttal Expert Report (Excerpted) | Exhibit 20 |

| | |
|---|---|
| Transcript of Proceedings of the Argentine Senate Committees on Budget, Treasury, Constitutional Affairs, and Mining, Energy, and Fuels, dated April 17, 2012, English translation (Excerpted) | Exhibit 21 |
| José Antonio Ocampo Rebuttal Expert Report (Excerpted) | Exhibit 22 |
| YPF S.A. SEC Form 20-F for the fiscal year ended December 31, 2020 (Excerpted) | Exhibit 23 |
| Nancy C. Lissemore Opening Expert Report (Excerpted) | Exhibit 24 |
| YPF S.A. SEC Form 20-F for the fiscal year ended December 31, 1993 (Excerpted) | Exhibit 25 |
| December 27, 2000 YPF Shareholders' Meeting Minutes, with English translation | Exhibit 26 |
| April 24, 2008 YPF Shareholders' Meeting Minutes, with English translation | Exhibit 27 |
| YPF S.A. SEC Schedule 13D, dated February 1, 1999 (Excerpted) | Exhibit 28 |
| YPF S.A. SEC Form 20-F for the fiscal year ended December 31, 2013 (Excerpted) | Exhibit 29 |
| Repsol Press Release, dated December 21, 2007 (available at https://www.repsol.com/imagenes/global/en/21122007_repsolypf_petersen_eng_tcm14-13505.pdf) | Exhibit 30 |
| Jeffrey H. Harris Rebuttal Expert Report (Excerpted) | Exhibit 31 |
| Transcript of December 22, 2020 Court Conference | Exhibit 32 |
| YPF, S.A. SEC Schedule 13D, including EX-99.4 and EX-99.13, dated February 21, 2008 | Exhibit 33 |
| Armando Luis Betancor Deposition Transcript (Excerpted) | Exhibit 34 |
| Email and attachment from Ruben Marasca Coianiz to various recipients, dated February 28, 2012 (GP00058005, GP00058007), with English translation | Exhibit 35 |
| YPF June 15, 2012 Schedule 13D/A | Exhibit 36 |
| YPF, S.A. SEC Form 20-F, for the fiscal year ended December 31, 2011 (Excerpted) | Exhibit 37 |
| YPF, S.A. SEC Schedule 13D/A, Item 3, dated May 20, 2011 | Exhibit 38 |

| | |
|---|---|
| YPF S.A. SEC Schedule 13D/A, dated November 18, 2008, Item 21 | Exhibit 39 |
| YPF S.A. SEC Schedule TO-T, dated September 11, 2008, Item B | Exhibit 40 |
| YPF, S.A. SEC Schedule 13D/A, dated May 21, 2008 | Exhibit 41 |
| Goldstein, M., "Eton Park to Shut Down as $3 Trillion Hedge Fund Industry Faces Turmoil," The New York Times (March 23, 2017) (available at https://www.nytimes.com/2017/03/23/business/dealbook/eton-park-hedge-fund-closes.html) | Exhibit 42 |
| Email from Jason Currant to Ricardo Salmon, dated November 5, 2010 (EP_000015278) | Exhibit 43 |
| Email and attachment from Serge Todorovich to Jonathan Gasthalter, dated December 22, 2010 (EP_000062852) | Exhibit 44 |
| Email from Edward Misrahi to Patrick McDonald, dated March 26, 2012 (EP_000027714) | Exhibit 45 |
| Pagni, C., "YPF Podría Agotar En Cinco Años Sus Reservas De Petróleo," La Nación (March 21, 2011) (available at https://www.lanacion.com.ar/economia/ypf-podria-agotar-en-cinco-anos-sus-reservas-de-petroleo-nid1359140/), with English translation | Exhibit 46 |
| Sequeira, M. and Fonseca, L., "YPF Sociedad Anonima, - Political risk clouds exploration potential," Deutsche Bank (May 8, 2011) (Excerpted) | Exhibit 47 |
| YPF S.A. Form 20-F, for the fiscal year ended December 31, 2007 (Excerpted) | Exhibit 48 |
| YPF S.A. Form 20-F, for the fiscal year ended December 31, 2003 (Excerpted) | Exhibit 49 |
| YPF S.A. Form 20-F, for the fiscal year ended December 31, 2004 (Excerpted) | Exhibit 50 |
| "Kirchner reclamó a Repsol y Petrobrás más inversiones en Argentina," Agence France Presse (Nov. 29, 2007), with English translation | Exhibit 51 |
| "Argentina: De Vido takes another swipe at Repsol," La Nación (Apr. 20, 2007) 2007 WLNR 7604358 | Exhibit 52 |
| Rebossio, A., "YPF importará petróleo debido a la escasez en Argentina," El País (Mar. 9, 2010) (available at https://elpais.com/economia/2010/03/10/actualidad/1268209973_850215.html), with English translation | Exhibit 53 |

| | |
|---|---|
| Public Interest Bill 529/12, dated April 16, 2012 (AR00031627), with English translation (Excerpted) | Exhibit 54 |
| Resolution S/N/2012 of the National Chamber of Deputies, dated May 23, 2012, with English translation | Exhibit 55 |
| Resolution S/N/2012 of the National Senate, dated May 30, 2012, with English translation | Exhibit 56 |
| CNV Call for YPF Shareholders' Meeting, dated May 8, 2012 (AR00011109), with English translation | Exhibit 57 |
| June 4, 2012 YPF Shareholders' Meeting Minutes, English translation | Exhibit 58 |
| *Repsol S.A. and others* v. *YPF S.A. s/ordinario*, Juzgado Nacional de Primera Instancia en lo Comercial Nº 3, Secretaría Nº 6, Expte. Nº 103.144/2012, with English translation (Excerpted) | Exhibit 59 |
| Complaint, *De San Martín, José and others* v. *Estado Nacional-PEN S/Proceso de Conocimiento*, Federal Court in Contentious Administrative Matters No. 10, File No. 35167/2013, with English translation (Excerpted) | Exhibit 60 |
| YPF S.A. SEC Schedule 13D/A, dated June 1, 2012 | Exhibit 61 |
| YPF S.A. SEC Schedule 13D, dated November 9, 2012 (YPFEP00004929) | Exhibit 62 |
| Letter from Repsol to PEISA, dated May 19, 2014, with English translation (PT_000031639) | Exhibit 63 |
| Petersen Bankruptcy Petition, dated July 13, 2012 (PT_000019113) (Excerpted) | Exhibit 64 |
| Eric Mindich Deposition Transcript (Excerpted) | Exhibit 65 |
| YPF Note, dated May 9, 2014 (available at https://www.ypf.com/inversoresaccionistas/Lists/HechosRelevantes/BCBAHR-Convenio-de-Finiquito.pdf), with English translation | Exhibit 66 |
| YPF S.A. SEC Form 6-K, dated May 9, 2014 | Exhibit 67 |
| Petersen Liquidation Plan, dated October 6, 2014 | Exhibit 68 |
| Claim Prosecution Agreement between Petersen and Prospect Investments LLC, dated March 4, 2015 (Excerpted) | Exhibit 69 |

| | |
|---|---|
| Capital Provision Agreement between Eton Park and Ireton LLC, dated November 3, 2016 (Excerpted) | Exhibit 70 |
| Burford Capital FY 2019 Annual Report (Excerpted) | Exhibit 71 |
| Law 26,741, dated May 3, 2012 (AR00031972), English translation | Exhibit 72 |
| Decree No. 1106/93, dated May 31, 1993, with English translation | Exhibit 73 |
| Decree No. 530/2012, dated April 16, 2012 (EP_000003603), with English translation | Exhibit 74 |
| Decree No. 732/2012, dated May 11, 2012 (YPFEP00007670), with English translation | Exhibit 75 |
| Letter from Repsol to PEISA, dated April 23, 2013 (PT_000031637), with English translation | Exhibit 76 |
| Solberg, C., "Entrepreneurship in Public Enterprise: General Enrique Mosconi and the Argentine Petroleum," The Business History Review, Vol. 56, No. 3, (1982) (AR00102452) | Exhibit 77 |
| Christopher Bogart Deposition Transcript (Excerpted) | Exhibit 78 |

Executed on April 14, 2022 in New York, New York.

　　　　　　　　　　　　　　*/s/ Robert J. Giuffra, Jr.*
　　　　　　　　　　　　　　Robert J. Giuffra, Jr.