UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case Nos.: <br><br> 1:15-cv-02739-LAP <br> 1:16-cv-08569-LAP <br><br> **ECF Case** |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |

**DECLARATION OF GEORGE W. HICKS, JR.
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, George W. Hicks, Jr. hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a partner of the firm Kirkland & Ellis and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U. (together, "Petersen"), and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs"), in the above-captioned actions.

2. The purpose of this Declaration is to submit documents to the Court in support of Plaintiffs' Motion for Summary Judgment.

**I.    YPF Corporate Documents**

3. Attached as **Exhibit 1** is a true and correct copy of an English certified translation of the Bylaws of YPF S.A., which was previously filed in this litigation as Annex B to the Declaration of Argentine Law of Aída Kelemajer de Calucci, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Sept. 8, 2015), ECF No. 36-2.

4. Attached as **Exhibit 2** is a true and correct copy of the Bylaws of YPF S.A., as produced in this litigation with Bates numbers AR00018934-963.

5. Attached as **Exhibit 3** is a true and correct copy of an English certified translation of the YPF Prospectus filed with the United States Securities and Exchange Commission on June 24, 1993 and previously filed in this litigation as Exhibit B to the Declaration of Michael A. Paskin, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Aug. 30, 2019), ECF No. 112-2.

6. Attached as **Exhibit 4** is a true and correct copy of an English certified translation of the YPF Prospectus, as produced in this litigation with Bates numbers AR00013654-729.

**II.    Court Filings**

   **A.    *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739**

7. Attached as **Exhibit 5** is a true and correct copy of Petersen's Complaint, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Apr. 8, 2015), ECF No. 1.

8. Attached as **Exhibit 6** is a true and correct copy of Republic of Argentina's Memorandum of Law in Support of its Motion to Dismiss, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Sept. 8, 2015), ECF No. 28.

9. Attached as **Exhibit 7** is a true and correct copy of Defendant YPF S.A.'s Memorandum of Law in Support of its Motion to Dismiss, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Sept. 8, 2015), ECF No. 33.

10. Attached as **Exhibit 8** is a true and correct copy of Defendant The Argentine Republic's Answer and Affirmative Defenses to Plaintiffs' Complaint, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed July 8, 2019), ECF No. 98.

11. Attached as **Exhibit 9** is a true and correct copy of the Answer and Defenses of YPF S.A. to Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U.'s Complaint, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed July 8, 2019), ECF No. 99.

12. Attached as **Exhibit 10** is a true and correct copy of the Stipulation and Order to Set Schedule, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed July 24, 2019), ECF No. 106.

13. Attached as **Exhibit 11** is a true and correct copy of the Joint Motion to Dismiss, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Aug. 30, 2019), ECF No. 110.

14. Attached as **Exhibit 12** is a true and correct copy of the Memorandum of Law in Support of the Joint Motion to Dismiss, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Aug. 30, 2019), ECF No. 111.

15. Attached as **Exhibit 13** is a true and correct copy of the Declaration of Marcy Engel, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Dec. 6, 2019), ECF No. 128.

B.  *Eton Park Capital Management, L.P. v. Argentine Republic*, **No. 16-cv-8569**

16. Attached as **Exhibit 14** is a true and correct copy of Eton Park's Complaint, *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569 (S.D.N.Y. filed Nov. 3, 2016), ECF No. 1.

17. Attached as **Exhibit 15** is a true and correct copy of the Answer and Defenses of YPF S.A. to Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.'s Complaint, *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569 (S.D.N.Y. filed July 10, 2020), ECF No. 116.

C.  *Repsol v. Republic of Argentina,* **No. 12-cv-03877**

18. Attached as **Exhibit 16** is a true and correct copy of Repsol's Complaint, *Repsol v. Republic of Argentina*, No. 12-cv-03877 (S.D.N.Y. filed May 15, 2012), ECF No. 1.

19. Attached as **Exhibit 17** is a true and correct copy of the Stipulation of Voluntary Dismissal, *Repsol v. Republic of Argentina*, No. 12-cv-03877 (S.D.N.Y. filed May 9, 2014), ECF No. 31.

**III.  Discovery-Related Materials**

20. Attached as **Exhibit 18** is a true and correct copy of The Argentine Republic's Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated Oct. 5, 2020.

21. Attached as **Exhibit 19** is a true and correct copy of Defendant YPF's Responses and Objections to Plaintiffs' First Set of Requests for Admission to YPF S.A., dated Oct. 5, 2020.

22. Attached as **Exhibit 20** is a true and correct copy of The Argentine Republic's Responses and Objections to Plaintiffs' Second Set of Requests for Admission, dated Nov. 16, 2020.

23. Attached as **Exhibit 21** is a true and correct copy of Defendant YPF's Responses and Objections to Plaintiffs' Second Set of Requests for Admission to YPF S.A., dated Nov. 16, 2020.

24. Attached as **Exhibit 22** is a true and correct copy of the Oct. 9, 2020 Letter from D. Hernandez to A. Goldsmith.

IV. **Expert Materials**

   A. **Plaintiffs' Experts**

25. Attached as **Exhibit 23** is a true and correct copy of the Declaration of Alberto B. Bianchi, dated Dec. 3, 2021 ("Bianchi Dec. 2021 Report for Pls.").

26. Attached as **Exhibit 24** is a true and correct copy of the Expert Report of Richard Blackett, dated Sept. 24, 2021 ("Blackett Sept. 2021 Report for Pls.").

27. Attached as **Exhibit 25** is a true and correct copy of the Expert Report of John C. Coffee, Jr., dated Sept. 22, 2021 ("Coffee Sept. 2021 Report for Pls.").

28. Attached as **Exhibit 26** is a true and correct copy of the Supplemental Expert Report of John C. Coffee, Jr., dated Dec. 1, 2021 ("Coffee Dec. 2021 Report for Pls.").

29. Attached as **Exhibit 27** is a true and correct copy of the Expert Report of Daniel R. Fischel, dated Sept. 24, 2021 (revised Sept. 29, 2021) ("Fischel Sept. 2021 Report for Pls.").

30. Attached as **Exhibit 28** is a true and correct copy of the Expert Rebuttal Report of Daniel R. Fischel, dated Jan. 14, 2022 ("Fischel Jan. 2022 Report for Pls.").

31. Attached as **Exhibit 29** is a true and correct copy of the Expert Report of Professor Alejandro M. Garro, dated Sept. 24, 2021 ("Garro Sept. 2021 Report for Pls.").

32. Attached as **Exhibit 30** is a true and correct copy of the Rebuttal Expert Report of Professor Alejandro M. Garro, dated Dec. 3, 2021 ("Garro Dec. 2021 Report for Pls.").

33. Attached as **Exhibit 31** is a true and correct copy of the Expert Report of Nancy C. Lissemore, dated Sept. 24, 2021 ("Lissemore Sept. 2021 Report for Pls.").

34. Attached as **Exhibit 32** is a true and correct copy of the Reply Expert Report of Nancy C. Lissemore, dated Jan. 14, 2022 ("Lissemore Jan. 2022 Report for Pls.").

35. Attached as **Exhibit 33** is a true and correct copy of the Declaration of Dr. Alfredo L. Rovira, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Oct. 19, 2015), ECF No. 46 ("Rovira Decl. for Pls.").

36. Attached as **Exhibit 34** is a true and correct copy of the Declaration of Dr. Alfredo L. Rovira, dated Sept. 24, 2021 ("Rovira Sept. 2021 Report for Pls.").

37. Attached as **Exhibit 35** is a true and correct copy of the Declaration of Dr. Alfredo L. Rovira, dated Dec. 3, 2021 ("Rovira Dec. 2021 Report for Pls.").

38. Attached as **Exhibit 36** is a true and correct copy of the Reply Expert Report of Dr. Alfredo L. Rovira, dated Jan. 14, 2022 ("Rovira Jan. 2022 Report for Pls.").

39. Attached as **Exhibit 37** is a true and correct copy of the Affidavit of Alberto B. Bianchi in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 7, 2022.

40. Attached as **Exhibit 38** is a true and correct copy of the Affidavit of Richard Blackett in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 14, 2022.

41. Attached as **Exhibit 39** is a true and correct copy of the Affidavit of Charles W. Calomiris in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 7, 2022.

42. Attached as **Exhibit 40** is a true and correct copy of the Affidavit of John C. Coffee, Jr., in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 14, 2022.

43. Attached as **Exhibit 41** is a true and correct copy of the Affidavit of Daniel Fischel in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 14, 2022.

44. Attached as **Exhibit 42** is a true and correct copy of the Affidavit of Alejandro M. Garro in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 7, 2022.

45. Attached as **Exhibit 43** is a true and correct copy of the Affidavit of Nancy C. Lissemore in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 7, 2022.

46. Attached as **Exhibit 44** is a true and correct copy of the Affidavit of Dr. Alfredo L. Rovira in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 11, 2022.

47. Attached as **Exhibit 45** is a true and correct copy of the Affidavit of Ignacio Tirado in Support of Plaintiffs' Motion for Summary Judgment, dated Apr. 14, 2022.

**B.      Defendants' Experts**

48. Attached as **Exhibit 46** is a true and correct copy of the English version of the Expert Report of Julio Pablo Comadira, dated Sept. 24, 2021 ("Comadira Sept. 2021 Report for YPF").

49. Attached as **Exhibit 47** is a true and correct copy of the Rebuttal Expert Report of Jeffrey H. Harris Ph.D., dated Dec. 3, 2021 ("Harris Dec. 2021 Report for Defs.").

50. Attached as **Exhibit 48** is a true and correct copy of the Rebuttal Expert Report of Aída Kemelmajer de Carlucci on Behalf of YPF S.A., dated Dec. 3, 2021 ("Kemelmajer Dec. 2021 Report for YPF").

51. Attached as **Exhibit 49** is a true and correct copy of the Rebuttal Expert Report of Daniel Marx on Behalf of YPF S.A., dated Dec. 3, 2021 ("Marx Dec. 2021 Report for YPF").

52. Attached as **Exhibit 50** is a true and correct copy of José Antonio Ocampo, Ph.D., dated Dec. 3, 2021 ("Ocampo Dec. 2021 Report for Argentina").

53. Attached as **Exhibit 51** is a true and correct copy of the Rebuttal Expert Report of Harold Sharon, dated Jan. 14, 2022 ("Sharon Jan. 2022 Report for Defs.").

54. Attached as **Exhibit 52** is a true and correct copy of the Rebuttal Report of Prof. Steven Davidoff Solomon, dated Dec. 3, 2021 ("Solomon Dec. 2021 Report for Defs.").

**V.     Deposition Transcripts**

55. Attached as **Exhibit 53** is a true and correct copy of excerpts from the transcript of the Aug. 13, 2021 deposition of Matias Eskenazi in this litigation ("Eskenazi Tr.").

56. Attached as **Exhibit 54** is a true and correct copy of excerpts from the transcript of the Mar. 3, 2022 deposition of Aída Kemelmajer de Carlucci in this litigation ("Kemelmajer Tr.").

57. Attached as **Exhibit 55** is a true and correct copy of excerpts from the transcript of the Mar. 8, 2022 deposition of Daniel Marx in this litigation ("Marx Tr.").

58. Attached as **Exhibit 56** is a true and correct copy of excerpts from the transcript of the Nov. 13, 2020 deposition of Eric Mindich in this litigation ("Mindich Tr.").

59. Attached as **Exhibit 57** is a true and correct copy of excerpts from the transcript of the Nov. 3, 2020 deposition of Edward Misrahi in this litigation ("Misrahi Tr.").

60. Attached as **Exhibit 58** is a true and correct copy of excerpts from the transcript of the Feb. 11, 2022 deposition of José Antonio Ocampo in this litigation ("Ocampo Tr.").

61. Attached as **Exhibit 59** is a true and correct copy of excerpts from the transcript of the Aug. 6, 2021 deposition of Diego Pando in this litigation ("Pando Tr.").

62. Attached as **Exhibit 60** is a true and correct copy of excerpts from the transcript of the Feb. 7, 2022 deposition of Harold Sharon in this litigation ("Sharon Tr.").

63. Attached as **Exhibit 61** is a true and correct copy of excerpts from the transcript of the Mar. 10, 2022 deposition of Steven Davidoff Solomon in this litigation ("Solomon Tr.").

64. Attached as **Exhibit 62** is a true and correct copy of excerpts from the transcript of the Feb. 8, 2022 deposition of Alejandro Uslenghi in this litigation ("Uslenghi Tr.").

## VI. Production Materials

65. Attached as **Exhibit 63** is a true and correct copy of an English certified translation of Argentine Republic – National Executive Branch, Ministry of Economy and Production, Order MEyP 68/2008 Instructions for the special shareholders' meeting of Petersen, prior consent and authorization to make a tender offer, dated May 30, 2008, as produced in this litigation with Bates numbers AR00009412-416.

66. Attached as **Exhibit 64** is a true and correct copy of an English certified translation of Argentine Republic – National Executive Branch, Ministry of Economy and Public Finance, Resolution MEyFP 222/2011 Approval of the "Acquisition of control under the terms of article 7 section d) paragraph ii) notified by the shareholder Petersen Energía Inversora S.A. (PEISA)," dated May 13, 2011, as produced in this litigation with Bates numbers AR00009417-420.

67. Attached as **Exhibit 65** is a true and correct copy of an English certified translation of the May 12, 2011 Letter No. 611/2011 from Undersecretary of Financial Services to the Secretary of Ministry of Economy and Public Finance regarding RECORD S01: 0165888/2011, Special Meeting for Class "A" Shareholders of YPF S.A. to be held on May 13, 2011, as produced in this litigation with Bates numbers AR00010116-118.

68. Attached as **Exhibit 66** is a true and correct copy of an English certified translation of Argentine Republic – National Executive Branch, Ministry of Economy and Production, NOTE SSSF No. 500/08 b, dated June 2, 2008, as produced in this litigation with Bates number AR00012180.

69. Attached as **Exhibit 67** is a true and correct copy of an English certified translation of Ministry of the Economy and Public Finance Resolution 222, dated May 13, 2011, as produced in this litigation with Bates numbers AR00013174-176.

70. Attached as **Exhibit 68** is a true and correct copy of an English certified translation of the May 21, 2008 Letter from YPF to CNV re Stock Tender Offer by Petersen, as produced in this litigation with Bates numbers AR00019185-186.

71. Attached as **Exhibit 69** is a true and correct copy of an English certified translation of the Transcript of the Argentine Senate, Plenary Session of the Senate Committees on Budget and Finance, Constitutional Affairs, and Mining, Energy and Fuel, dated Apr. 17, 2012, as produced in this litigation with Bates numbers AR00019489-581.

72. Attached as **Exhibit 70** is a true and correct copy of YPF Sociedad Anónima Exhibit 99.4 to Schedule 13D, Shareholders' Agreement between Repsol YPF, S.A., et al., and Petersen Energía, S.A., dated Feb. 21, 2008, as produced in this litigation with Bates numbers AR00036645-7048.

73. Attached as **Exhibit 71** is a true and correct copy of an English certified translation of a Plan Fenix Report: Regaining Control of YPF is a Strategic Decision, dated May 2012, as produced in this litigation with Bates numbers AR00050790-794.

74. Attached as **Exhibit 72** is a true and correct copy of an English certified translation of the Mar. 23, 2008 letter from YPF to the Secretary of Finance of the Ministry of Economy and Production regarding Notice of Class A Meeting of YPF S.A. – Stock Tender Offer of PEISA, as produced in this litigation with Bates numbers AR00053005-058.

75. Attached as **Exhibit 73** is a true and correct copy of an English certified translation of Office of the Attorney General of the Treasury, File No. 020-000674/93, dated July 6, 1993, as produced in this litigation with Bates numbers AR00053507-672.

76. Attached as **Exhibit 74** is a true and correct copy of an English certified translation of the Dec. 7, 2010 Remarks by the President of the Nation, Cristina Fernandez, at the

Presentation Ceremony of YPF's Exploratory and Productive Development Program 2010-2014, as produced in this litigation with Bates numbers AR00056196-199.

77. Attached as **Exhibit 75** is a true and correct copy of an English certified translation of YPF "Relevant Fact[s]" regarding Petersen's purchase of shares, as produced in this litigation with Bates numbers AR00066972-975.

78. Attached as **Exhibit 76** is a true and correct copy of an English certified translation of the Feb. 21, 2012 Email from W. Kunz to R. Baratta and D. Cameron, as produced in this litigation with Bates numbers AR00069033-044.

79. Attached as **Exhibit 77** is a true and correct copy of Cleary Gottlieb, Guide to Public ADR Offerings in the United States, dated Mar. 21, 2016, as produced in this litigation with Bates numbers AR00092403-489.

80. Attached as **Exhibit 78** is a true and correct copy of the Sept. 8, 2008 Letter from Cleary Gottlieb, as counsel for Petersen, to SEC, regarding Proposed Tender Offers by Petersen, as produced in this litigation with Bates numbers AR00092490-514.

81. Attached as **Exhibit 79** is a true and correct copy of a document that was produced in this litigation with Bates numbers CSSU_Petersen_0310-316.

82. Attached as **Exhibit 80** is a true and correct copy of the Mar. 18, 2012 Email from R. Salmon to E. Mindich, D. Valdez-Franco, and E. Misrahi re YPF, as produced in this litigation with Bates numbers EP_000006324-325.

83. Attached as **Exhibit 81** is a true and correct copy of an English certified translation of the Jan. 30, 2012 Email from R. Salmon to R. Salmon re Page-12 Economy The debate to recover our oil company.htm, as produced in this litigation with Bates numbers EP_000016307-309.

84. Attached as **Exhibit 82** is a true and correct copy of a document that was produced in this litigation with Bates numbers GP00026001-047.

85. Attached as **Exhibit 83** is a true and correct copy of the Feb. 21, 2008 Credit Agreement among Petersen Energía SA as borrower, the Lenders and Credit Suisse London Branch as Administrative Agent, and HSBC Bank PLC, as produced in this litigation with Bates numbers PT_000000608-1324.

86. Attached as **Exhibit 84** is a true and correct copy of the May 24, 2012 Letter from Credit Suisse to The Bank of New York Mellon re Credit Agreement dated as of May 4, 2011, as produced in this litigation with Bates numbers PT_000003894-897.

87. Attached as **Exhibit 85** is a true and correct copy of the May 24, 2012 Letter from Credit Suisse to HSBC Bank plc re Credit Agreement dated as of Feb 21, 2008, as produced in this litigation with Bates numbers PT_000003922-326.

88. Attached as **Exhibit 86** is a true and correct copy of Horacio Verbitsky, *The Country – A Solution for YPF Before It Gets Cold; General Winter*, Página 12, Mar. 18, 2012, as produced in this litigation with Bates numbers PT_000006866-870.

89. Attached as **Exhibit 87** is a true and correct copy of the Nov. 12, 2012 Letter from Repsol S.A. to Petersen re Seller Agreement dated as of May 19, 2011, as produced in this litigation with Bates numbers PT_000007120-121.

90. Attached as **Exhibit 88** is a true and correct copy of the Nov. 12, 2012 Letter from Repsol S.A. to Petersen re Seller Agreement dated as of Feb. 21, 2008, as produced in this litigation with Bates numbers PT_000007226-227.

91. Attached as **Exhibit 89** is a true and correct copy of the May 19, 2011 Seller Credit Agreement among Petersen as borrower, Repsol YPF SA as seller, and The Bank of New

York Mellon as Collateral Agent, as produced in this litigation with Bates numbers PT_000012493-561.

92. Attached as **Exhibit 90** is a true and correct copy of the May 11, 2012 Letter from Credit Suisse to Petersen re Credit Agreement dated as of May 4, 2011, as produced in this litigation with Bates numbers PT_000015263-266.

93. Attached as **Exhibit 91** is a true and correct copy of the May 16, 2012 Letter from Credit Suisse to Petersen re Credit Agreement dated as of May 4, 2011, as produced in this litigation with Bates numbers PT_000015267-270.

94. Attached as **Exhibit 92** is a true and correct copy of the June 13, 2012 Letter from Credit Suisse to Petersen re Credit Agreement dated as of May 4, 2011, as produced in this litigation with Bates numbers PT_000015271-273.

95. Attached as **Exhibit 93** is a true and correct copy of an English certified translation of Petersen's Request for the Declaration of a Voluntary Bankruptcy to the Commercial Court Number 3 of Madrid, dated July 13, 2012, as produced in this litigation with Bates numbers PT_000043270-295.

96. Attached as **Exhibit 94** is a true and correct copy of Brink Lindsey, *How Argentina Got into This Mess*, Wall St. J., Jan. 9, 2002, *reprinted in* Cato Institute, https://www.cato.org/commentary/how-argentina-got-mess, as produced in this litigation with Bates numbers PT_BLACKETT_000000291-295.

97. Attached as **Exhibit 95** is a true and correct copy of Robert Grosse and Juan Yañes, *Carrying out a successful privatization: The YPF case*, The Academy of Management Executive (1993-2005), Vol. 12, No. 2 (May 1998), as produced in this litigation with Bates numbers PT_COFFEE_000000033-046.

98. Attached as **Exhibit 96** is a true and correct copy of Chakib Khelil, *Argentine Hydrocarbon Sector Privatization*, World Bank, Mar. 26, 1993, as produced in this litigation with Bates numbers PT_COFFEE_000000182-046.

99. Attached as **Exhibit 97** is a true and correct copy of Ben Bartenstein, Sydney Maki, and Marisa Gertz, *One Country, Nine Defaults: Argentina Is Caught in a Vicious Cycle*, Bloomberg, Sept. 11, 2019, as produced in this litigation with Bates numbers PT_COFFEE_000000339-349.

100. Attached as **Exhibit 98** is a true and correct copy of Thomas Kamm, *Going Private: South Americans Push Sales of State Assets in Swing to Capitalism – Argentina Is Even Planning to Cut Size of its Oil Firm Despite Major Opposition – Making Up for a "Lost Decade,"* Wall Street Journal, July 9, 1991, as produced in this litigation with Bates numbers PT_COFFEE_000000402-405.

101. Attached as **Exhibit 99** is a true and correct copy of Nathaniel C. Nash, *World Markets; Valuing Argentina's Crown Jewel*, N.Y. Times, May 30, 1993, as introduced in this litigation as Exhibit 2 in the deposition of Diego Pando, dated Aug. 6, 2021.

102. Attached as **Exhibit 100** is a true and correct copy of Nathaniel C. Nash, *Argentina Races to Sell Oil Stake*, N.Y. Times, Apr. 16, 1993, as produced in this litigation with Bates numbers PT_COFFEE_000000416-419.

103. Attached as **Exhibit 101** is a true and correct copy of Jude Webber, *YPF and Repsol shares hit the skids*, Financial Times, Feb. 29, 2012, as produced in this litigation with Bates numbers PT_COFFEE_000000464-467.

104. Attached as **Exhibit 102** is a true and correct copy of YPF Sociedad Anónima Form 6-K, dated Nov. 18, 1998, as produced in this litigation with Bates numbers PT_COFFEE_000000808-810.

105. Attached as **Exhibit 103** is a true and correct copy of YPF Sociedad Anónima Form 20-F, for year ended Dec. 31, 2011, as produced in this litigation with Bates numbers YPFEP00000001-281.

106. Attached as **Exhibit 104** is a true and correct copy of the Stock Purchase and Sale Agreement Representing 10% of the Capital Stock of YPF S.A., dated May 19, 2011, as produced in this litigation with Bates numbers YPFPT00002826-839.

107. Attached as **Exhibit 105** is a true and correct copy of a document that was produced in this litigation with Bates numbers YPFPT00053065-175.

108. Attached as **Exhibit 106** is a true and correct copy of a document that was produced in this litigation with Bates numbers YPFPT00093058-089.

109. Attached as **Exhibit 107** is a true and correct copy of a document that was produced in this litigation with Bates numbers YPFPT00102657-660.

**VII.   Foreign Law and Other Publically Available Materials**

110. Attached as **Exhibit 108** is a true and correct copy of an English certified translation of Decree 530/2012, which was previously filed as Exhibit 11 to the Declaration of Martin Domb, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Sept. 8, 2015), ECF No. 27-11.

111. Attached as **Exhibit 109** is a true and correct copy of an English certified translation of The Argentine Republic and Repsol's Agreement for the Amicable Settlement and Compromise of Expropriation, which was previously filed in this litigation as Exhibit 5 to the

15

Declaration of Thomas C. White, *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739 (S.D.N.Y. filed Dec. 6, 2019), ECF No. 269-5.

112. Attached as **Exhibit 110** is a true and correct copy of an English certified translation of Decree 55/2011, *available at* https://www.boletinoficial.gob.ar/pdf/linkQR/TUNVd25TMzdSR2s9.

113. Attached as **Exhibit 111** is a true and correct copy of an English certified translation of Executive Order 1106/93, as produced in this litigation with Bates numbers AR00009259-320.

114. Attached as **Exhibit 112** is a true and correct copy of an English certified translation of the May 3, 2012 Expropriation Law, Law 26,741, as previously produced in this litigation with Bates numbers AR00109771-773.

115. Attached as **Exhibit 113** is a true and correct copy of an English certified translation of Argentine Civil Code article 505, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

116. Attached as **Exhibit 114** is a true and correct copy of an English certified translation of Argentine Civil Code article 521, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

117. Attached as **Exhibit 115** is a true and correct copy of an English certified translation of Argentine Civil Code article 622, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

118. Attached as **Exhibit 116** is a true and correct copy of an English certified translation of Argentine Civil Code article 889, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

119. Attached as **Exhibit 117** is a true and correct copy of an English certified translation of Argentine Civil Code article 1083, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

120. Attached as **Exhibit 118** is a true and correct copy of an English certified translation of Argentine Civil Code article 1197, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

121. Attached as **Exhibit 119** is a true and correct copy of an English certified translation of Argentine Civil Code article 1723, *available at* http://www.saij.gob.ar/340-nacional-codigo-civil-lns0002653-1869-09-25/123456789-0abc-defg-g35-62000scanyel.

122. Attached as **Exhibit 120** is a true and correct copy of an English certified translation of Axel Kicillof, Diálogos sin corbata (2015).

123. Attached as **Exhibit 121** is a true and correct copy of an English certified translation of page 31 of Versión Taquigráfica – Cámara de Senadores de la Nación - Reunión Plenaria de las Comisiones de Minería, Energía y Combustibles y de Presupuesto y Hacienda, dated Mar. 13, 2014.

124. Attached as **Exhibit 122** is a true and correct copy of an English certified translation of page 52 of Versión Taquigráfica – Cámara de Senadores de la Nación - Reunión Plenaria de las Comisiones de Minería, Energía y Combustibles y de Presupuesto y Hacienda, dated Mar. 13, 2014.

125. Attached as **Exhibit 123** is a true and correct copy of Judith Teichman, *The World Bank and Policy Reform in Mexico and Argentina*, 46 Latin American Politics and Society 39 (2004).

126. Attached as **Exhibit 124** is a true and correct copy of Stanley Reed & Raphael Minder, *Repsol in $5 Billion Settlement with Argentina*, N.Y. Times, Feb. 25, 2014.

127. Attached as **Exhibit 125** is a true and correct copy of SEC Release No. 33-8287, 81 SEC Docket 28 (Sept. 11, 2003).

128. Attached as **Exhibit 126** is a true and correct copy of SEC Release No. 33-6894, 48 SEC Docket 1440 (May 23, 1991).

129. Attached as **Exhibit 127** is a true and correct copy of *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, 2016 WL 4735367 (S.D.N.Y. Sept. 9, 2016) ("*Petersen I*").

130. Attached as **Exhibit 128** is a true and correct copy of *Petersen Energía Inversora S.A.U. v. Argentine Republic*, 895 F.3d 194 (2d Cir. 2018) ("*Petersen II*"), *cert. denied*, 139 S. Ct. 2741 (2019).

131. Attached as **Exhibit 129** is a true and correct copy of *Petersen Energía Inversora S.A.U. v. Argentine Republic*, 2020 WL 3034824 (S.D.N.Y. June 5, 2020) ("*Petersen III*").

132. Attached as **Exhibit 130** is a true and correct copy of YPF Sociedad Anónima Schedule 14D-1, Tender Offer Statement, dated May 3, 1999, as produced in this litigation with Bates numbers PT_LISSEMORE_000000153-481.

133. Attached as **Exhibit 131** is a true and correct copy of U.S. Offer to Purchase for Cash All Outstanding Class A Shares, Class B Shares, Class C Shares and Class D Shares held by U.S. Persons and All Outstanding American Depository Shares of YPF Sociedad Anónima, dated Sept. 11, 2008, as produced in this litigation with Bates numbers PT_FISCHEL_000000185-242.

Executed this 14th day of April, 2022.

/s/ George W. Hicks, Jr.
George W. Hicks, Jr.