UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
 :
        Plaintiffs, :   Case No.:  1:15-CV-02739 (LAP)
 :
        v. :   The Honorable Loretta A. Preska
 :
ARGENTINE REPUBLIC and YPF S.A., :
 :
        Defendants. :
------------------------------- x


------------------------------- x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
 :
        Plaintiffs, :   Case No.:  1:16-CV-08569 (LAP)
 :
        v. :
 :
ARGENTINE REPUBLIC and YPF S.A., :
 :
        Defendants. :
------------------------------- x

**DECLARATION OF ALFONSO SANTIAGO**

      I, Alfonso Santiago, declare under penalty of perjury under the laws of the United States of America that the attached Exhibit is a true and correct Copy of the document listed below:

Alfonso Santiago Rebuttal Expert Report                                           Exhibit 1

Executed in Buenos Aires, Argentina on April 14, 2022.

                                      */s/ Alfonso Santiago*
                                          Alfonso Santiago