UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------ x

Case No.: 1:15-CV-02739 (LAP)

The Honorable Loretta A. Preska

------------------------------ x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------ x

Case No.: 1:16-CV-08569 (LAP)

**DECLARATION OF ALEJANDRO JUAN USLENGHI**

        I, Alejandro Juan Uslenghi, declare under penalty of perjury under the laws of the United States of America that the attached Exhibits are true and correct Copies of the documents listed below:

| | |
|---|---|
| Alejandro Juan Uslenghi Opening Expert Report | Exhibit 1 |
| Alejandro Juan Uslenghi Opening Rebuttal Report | Exhibit 2 |
| Alejandro Juan Uslenghi Opening Reply Report | Exhibit 3 |

-2-

| | |
|---|---|
| *Esquivillón de Igón Matilde Leonie Juana y Elena Rita Igón de Almeyra* v. *Nación Argentina*, Judgment of August 5, 1957 (Fallos: 238:335) | Exhibit 4 |
| *Bauzá, Horacio y Bauzá, Carlos* v. *Administración Nacional de Vialidad Nacional*, Supreme Court of Argentina, Judgment of May 18, 1962 (Fallos: 252:310) | Exhibit 5 |
| *Puerto de San Nicolás v. Provincia de Buenos Aires*, Supreme Court of Argentina, Judgment of February 16, 1911 (Fallos: 114:124) | Exhibit 6 |
| *Ferrocarril Central Argentino v. L. de Fusse*, Supreme Court of Argentina, Judgment of November 21, 2911 (Fallos: 115:59) | Exhibit 7 |
| *Sociedad de Electricidad de Rosario*, Supreme Court of Argentina, Judgment of April 14, 1975 (Fallos: 291:290) | Exhibit 8 |
| *Hidronor, S.A.* v. *Provincia de Río Negro*, Supreme Court of Argentina, Judgment of November 5, 1991 (Fallos: 314:1422) | Exhibit 9 |
| *La Nación & Banco de la Nación* v. *Argal S.A.*, Supreme Court of Argentina, Judgment of May 22, 1957 (Fallos: 237:719) | Exhibit 10 |
| Marienhoff, Miguel S., *Tratado de Derecho Administrativo*, Abeledeo Perrot, Buenos Aires, Vol. IV | Exhibit 11 |

-3-

Executed in Buenos Aires, Argentina on April 14, 2022.

                                                       */s/ Alejandro Juan Uslenghi*
                                                       Alejandro Juan Uslenghi