UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

| | | |
|---|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., | : : : : | Case Nos. |
| Plaintiffs, | : : | |
| v. | : : | 1:15-cv-02739-LAP |
| ARGENTINE REPUBLIC AND YPF S.A., | : : : | 1:16-cv-08569-LAP |
| Defendants. | : : : | |

------------------------------ x

| | |
|---|---|
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P., | : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| ARGENTINE REPUBLIC AND YPF S.A., | : : : |
| Defendants. | : : |

------------------------------ x

**NOTICE OF MOTION BY DEFENDANT YPF S.A.
FOR SUMMARY JUDGMENT ON ALL REMAINING CLAIMS**

PLEASE TAKE NOTICE that Defendant YPF S.A. ("YPF"), upon the accompanying Memorandum of Law in Support of YPF S.A.'s Motion for Summary Judgment ("Memorandum of Law"); the Declaration of Mark P. Goodman (the "Goodman Declaration") and all exhibits and attachments thereto; and YPF's Local Rule 56.1 Statement of Undisputed Material Facts ("SUF") filed herewith, by and through its undersigned counsel, respectfully moves this Court

1007836719

for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment for YPF and dismissing all remaining claims asserted against YPF in the above-captioned cases. The reasons supporting this motion are set forth in the concurrently-filed Memorandum of Law.

Dated: April 14, 2022
      New York, New York

Respectfully Submitted,

*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden
Dietmar W. Prager
Carl Riehl
Wendy B. Reilly
J. Robert Abraham
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
mpgoodman@debevoise.com
srselden@debevoise.com
dwprager@debevoise.com
criehl@debevoise.com
wbreilly@debevoise.com
jrabraham@debevoise.com

*Counsel to Defendant YPF S.A..*