UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

   Plaintiffs,

   v.

ARGENTINE REPUBLIC and YPF S.A.,

   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:15-CV-02739 (LAP)

The Honorable Loretta A. Preska

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

   Plaintiffs,

   v.

ARGENTINE REPUBLIC and YPF S.A.,

   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:  1:16-CV-08569 (LAP)

## DECLARATION OF RAFAEL M. MANÓVIL

  I, Rafael M. Manóvil, declare under penalty of perjury under the laws of the United States of America that the attached Exhibits are true and correct Copies of the documents listed below:

| | |
|---|---|
| Rafael M. Manóvil Opening Expert Report ("Manóvil Opening") | Exhibit 1 |
| Rafael M. Manóvil Rebuttal Expert Report ("Manóvil Rebuttal") | Exhibit 2 |
| Rafael M. Manóvil Reply Expert Report ("Manóvil Reply") | Exhibit 3 |

| | |
|---|---|
| Nissen, Ricardo Augusto, *Ley de Sociedades Comerciales 19550 y modificatorias, comentada, anotada y concordada,* Editorial Astrea, Buenos Aires, 2010, 3rd Ed., Vol. 1. (Excerpted) | Exhibit 4 |
| *Camiño Trigo, Manuel* v. *Garcia, José*, CNCom, Div. A, Dec. 27, 1978, El Derecho, Vol. 82 (Excerpted) | Exhibit 5 |
| *Gatti* v. *Bulad*, CNCom, Div. A, Oct. 22, 1999, El Derecho, Vol. 188 (Excerpted) | Exhibit 6 |
| Zaldívar, Enrique, Manóvil, Rafael M., Ragazzi, Guillermo E., & Rovira, Alfredo L., *Cuadernos de Derecho Societario*, Abeledo Perrot, Buenos Aires, 1983, Vol. III (Excerpted) | Exhibit 7 |
| *García, Néstor E.* v. *Ortea, Luís, y Cía*, Judgment of Feb. 15, 1963 (Fallos 255:21) | Exhibit 8 |
| Sánchez Herrero, A., *La cláusula penal*, La Ley, Buenos Aires, 2020 (Excerpted) | Exhibit 9 |
| Busso, Eduardo B., *Código Civil anotado*, Ediar, Buenos Aires, 1949, Vol. III (Excerpted) | Exhibit 10 |
| Pizzaro, Ramón and Vallespinos, Carlos, G., *Instituciones de Derecho Privado – Obligaciones*, Hammurabi, Buenos Aires, 1999, Vol. II (Excerpted) | Exhibit 11 |

Executed in Buenos Aires, Argentina on April 14, 2022.

                                                   */s/ Rafael M. Manóvil*
                                                        Rafael M. Manóvil