# EXHIBIT 69

Concursos Ordinarios 523/2012 y 405/2012
Petersen Energía Inversora S.A.U.
Petersen Energía S.A.U.



## AL JUZGADO DE LO MERCANTIL Nº 3 DE MADRID

Aviva Will, en nombre y representación de **PROSPECT INVESTMENTS LLC**, como mejor proceda en Derecho, **DIGO:**

I. Que, en relación con los respectivos Planes de Liquidación de las sociedades PETERSEN ENERGÍA INVERSORA S.A.U., en el marco del Concurso Ordinario 523/2012, y PETERSEN ENERGÍA S.A.U., en el Concurso Ordinario 405/2012, ambos seguidos ante este Juzgado, PROSPECT INVESTMENTS LLC procede a presentar una Oferta Conjunta respecto de los derechos indemnizatorios de ambas sociedades.

II. La Oferta Conjunta se acompaña al presente escrito en sobre cerrado.

En virtud de lo expuesto,

**SUPLICO AL JUZGADO** que teniendo por presentado este escrito con la documentación que lo acompaña, se sirva admitirlo y tenga por presentada por parte de PROSPECT INVESTMENTS LLC la oferta conjunta que se acompaña a este escrito en sobre cerrado.

Es Justicia que respetuosamente solicito en Madrid, a 8 de enero de 2015.

**Redacted - Privacy**

Aviva Will

PROSPECT INVESTMENTS LLC

1

Confidential

Insolvency Proceedings No. 523/2012 and 405/2012
Petersen Energía Inversora S.A.U.
Petersen Energía S.A.U.


### TO THE COMMERCIAL COURT NO. 3 OF MADRID


Aviva Will, on behalf of **PROSPECT INVESTMENTS LLC**, as prescribed by law, **STATES:**

**I.** That, in relation to the Liquidation Plans of the companies PETERSEN ENERGÍA INVERSORA S.A.U., within Insolvency Proceedings No. 523/2012, and PETERSEN ENERGÍA S.A.U., within Insolvency Proceedings No. 405/2012, both followed before this Court, PROSPECT INVESTMENTS LLC hereby presents a Joint Bid regarding the indemnification claims of both entities.

**II.** The Joint Bid is attached to this letter in a closed envelope.

Pursuant to the foregoing,

**I PETITION THE COURT** to consider this letter and its attached documentation as filed, to proceed to admit it and to consider as submitted by PROSPECT INVESTMENTS LLC the Joint Bid that is attached to this letter.

As according to law, in Madrid, January 8th 2015.


**Redacted - Privacy**

Aviva Will

PROSPECT INVESTMENTS LLC


1

Confidential

Autos de concursos 523/2012 y 405/2012
Petersen Energía Inversora, S.A.U.
Petersen Energía, S.A.U.

Juzgado de lo Mercantil n° 3 de Madrid

En Madrid, a 8 de enero de 2015.

Aviva Will, en nombre y representación de Prospect Investments LLC, en su condición de Representante Autorizado, y en el marco de los procedimientos de liquidación de las sociedades concursadas Petersen Energía Inversora, S.A.U. ("Petersen Energía Inversora") y Petersen Energía, S.A. ("Petersen Energía" y, conjuntamente con Petersen Energía Inversora, las "Sociedades Petersen"), pongo en conocimiento del Juzgado que Prospect Investments LLC ha decidido presentar esta oferta conjunta.

## TÉRMINOS DE LA OFERTA

1.  Prospect Investments LLC es una sociedad constituida en el estado de Delaware (2711 Centerville Road, Wilmington, DE 19808), Estados Unidos de Norteamérica, de plena propiedad de Burford Capital LLC, que, a su vez, es de plena propiedad de Burford Capital Limited, sociedad que cotiza en el Mercado de Inversión Alternativa de la Bolsa de Londres (London Stock Exchange's AIM market). Su página web es www.burfordcapital.com y en ella se contiene información sobre la actividad, principales accionistas y demás características de Burford Capital Limited.

2.  Esta oferta (en lo sucesivo, la "Oferta") es formulada por Prospect Investments LLC en el trámite de presentación de ofertas contemplado en los planes de liquidación de Petersen Energía Inversora y Petersen Energía (los "Planes de Liquidación"). Los términos y estructura de la Oferta son distintos a aquellos de las opciones previstas en los Planes de Liquidación, si bien se pretende que sean económicamente equivalentes a la Opción D de esos Planes.

3.  En virtud de esta Oferta Prospect Investments LLC ofrece abonar a las Sociedades Petersen, para su integración en la masa activa de sus concursos, cinco millones de Euros (5.000.000,00 Euros) y el 30% del importe que se obtenga de las reclamaciones a las que seguidamente se hará referencia, en contraprestación al otorgamiento a Prospect Investments LLC (i) del derecho exclusivo a dirigir, gestionar, financiar y transigir las reclamaciones de

Redacted - Privacy

Página 1|3

las Sociedades Petersen contra la República de Argentina, YPF, S.A. ("YPF") u otras personas o entidades, derivadas de la expropiación a Repsol, S.A. ("Repsol") o sus sociedades vinculadas o controladas, por la República de Argentina, del 51% de las acciones de YPF, y de los incumplimientos, por la República de Argentina, YPF y otras personas o entidades, de los estatutos de YPF y el Acuerdo de Accionistas, así como de cuestiones conexas (las "Reclamaciones"), y (ii) del derecho a Prospect Investments LLC a hacer suyo el 70% del importe que se obtenga de las Reclamaciones.

4.   Constituyen presupuesto de esta Oferta que las Sociedades Petersen no se extingan durante la pendencia de los procedimientos relativos a las Reclamaciones y que sus masas activas, sus administradores concursales y liquidadores, y los empleados y accionistas de las Sociedades Petersen desplieguen toda aquella diligencia que resulte jurídica y económicamente razonable para colaborar en (a) el planteamiento de las Reclamaciones y para conseguir su razonable conversión en un importe líquido mediante su transacción o resolución y (b) la ejecución y cobro de cualquier transacción o resolución. En consecuencia, si se produjera esa extinción o se dejara de desplegar esa diligencia por parte de las referidas personas u órganos, Prospect Investments LLC podrá dejar sin efecto y resolver, respectivamente, esta Oferta y el contrato a cuya aceptación podría dar lugar. En particular, los liquidadores de las Sociedades Petersen se obligan a no solicitar y, en su caso, a oponerse a, la conclusión de los concursos de las Sociedades Petersen, especialmente por insuficiencia de la masa activa. Prospect Investments LLC está dispuesta a asumir la responsabilidad consistente en promover la sustitución de los administradores concursales/liquidadores de las Sociedades Petersen en el caso de que los actuales desearan renunciar a sus cargos.

5.   Prospect Investments LLC estará plenamente facultada, apoderada y legitimada para decidir sobre el planteamiento de las Reclamaciones por las Sociedades Petersen, así como sobre la consecución de una decisión sobre ellas, incluyendo, sin carácter limitativo, la facultad para transigir sobre las Reclamaciones y para designar a los abogados, peritos o demás profesionales que deban asistir o asesorar a las Sociedades Petersen en las Reclamaciones, con la sola condición de que la actuación de Prospect Investments LLC sea económicamente razonable.

6.   Prospect Investments LLC considera que la formulación y estructuración de esta Oferta de la presente forma responde al mejor interés de las masas activas de las Sociedades Petersen y de Prospect Investments LLC, por cuanto mejora las probabilidades de un planteamiento y resolución de las Reclamaciones con éxito.

7.   La celebración de un acuerdo con Prospect Investments LLC, como sociedad íntegramente controlada por, y de plena propiedad de, Burford Capital Limited, de conformidad con esta Oferta (en lugar de la formulación de una oferta conforme a la Opción D o a cualquiera de

Redacted - Privacy

Página 2|3

PT_000045270

las otras Opciones de los Planes de Liquidación), responde al mejor interés de las Sociedades Petersen y sus masas activas, ya que Burford Capital Limited es el financiador de reclamaciones comerciales similares a las Reclamaciones que posee un mayor tamaño y experiencia a nivel mundial, y podría permitir la maximización de los resultados para las masas activas de las Sociedades Petersen.

8.    Prospect Investments LLC es consciente de que esta Oferta no es estrictamente conforme con ninguna de las Opciones contempladas en los Planes de Liquidación y acepta que la Oferta no sea objeto de consideración en el caso de que se reciba una oferta que sí resulte conforme con alguna de aquellas Opciones.

9.    En el supuesto de que esta Oferta sea objeto de consideración, Prospect Investments LLC prevé la necesidad de desarrollar ulteriores conversiones y negociaciones con los liquidadores de las Sociedades Petersen. En consecuencia, esta Oferta no es, ni deberá ser considerada como, definitiva e irrevocable.

10.    Para la recepción de comunicaciones en relación con esta Oferta, Prospect Investments LLC designa la siguiente dirección de correo electrónico: info@litfinsolutions.com.

Atentamente,

Prospect Investments LLC
p.p.

**Redacted - Privacy**

Aviva Will

Página 3|3

Confidential

Insolvency proceedings no. 523/2012 y 405/2012
Petersen Energía Inversora, S.A.U.
Petersen Energía, S.A.U.

Commercial Court no. 3 of Madrid

In Madrid, January 8, 2015.

Aviva Will, on behalf of Prospect Investments LLC, in her capacity of Authorized Signatory, hereby communicates the Court that Prospect Investments LLC has decided to submit this joint bid, within the liquidation proceedings of the insolvent companies Petersen Energía Inversora, S.A.U. ("Petersen Energía Inversora") and Petersen Energía, S.A. ("Petersen Energía" and, jointly with Petersen Energía Inversora, the "Petersen Entities").

### TERMS AND CONDITIONS OF THE BID

1.  Prospect Investments LLC is a company incorporated in Delaware (2711 Centerville Road, Wilmington, DE 19808), USA, which is wholly owned by Burford Capital LLC, which, in its turn, is wholly owned by Burford Capital Limited, a company listed in the London Stock Exchange's AIM market. Its webpage is www.burfordcapital.com and it contains information on the activity, main shareholders and other features of Burford Capital Limited.

2.  This bid (hereinafter, the "Bid") is made by Prospect Investments LLC within the procedural phase of filing of bids foreseen in the liquidation plans of Petersen Energía Inversora and Petersen Energía (the "Liquidation Plans"). The bid differs in terms and structure from the options listed in the Liquidation Plans, but it is intended to be economically equivalent to Option D of those Plans.

3.  By virtue of this Bid, Prospect Investments LLC offers to pay the Petersen Entities, for the integration in the estates of their insolvency proceedings, five million Euros (Euro 5,000,000.00) and 30% of the proceeds of the below-described claims, in consideration for Prospect Investments LLC (i) receiving the exclusive right to direct, manage, fund and settle the Peterson Entities' claims against the Republic of Argentina, YPF, S.A. ("YPF") and others stemming from the expropriation, by the Republic of Argentina, of 51% of YPF's shares from Repsol, S.A. ("Repsol") or its affiliated or controlled companies, and the Republic of Argentina's, YPF's and others' breaches of the YPF Bylaws and Shareholders

Redacted - Privacy

Page 1|3

Agreement, and related matters (the "Claims"), and (ii) retaining 70% of the proceeds of the Claims.

4.  This Bid is made on the assumption that the Petersen Entities will remain in existence during the pendency of the assertion of the Claims and that the estates, its receivers and liquidators and the Peterson entities' employees and shareholders will use all legally and commercially reasonable efforts to assist in (a) the assertion of the Claims and to bring about their reasonable monetization through settlement or judgment and (b) the enforcement and collection of any such settlement or judgment. Consequently, in case of occurrence of the extinction of the Petersen Entities or the aforementioned persons or bodies fail to use those efforts, Prospect Investments LLC may revoke or terminate, respectively, this Bid and the agreement to which its acceptance may give rise. In particular, the liquidators of the Petersen Entities undertake not to request and, where applicable, to oppose to, the conclusion of the insolvency proceedings of the Petersen Entities, especially for inexistence of estate or assets. Prospect Investments LLC is willing to assume responsibility for obtaining substitute liquidators/receivers should the current ones no longer desire to serve.

5.  Prospect Investments LLC shall have full authority and control over the assertion, by the Petersen Entities, and resolution of the Claims, including, without limitation, settlement authority and power to appoint lawyers, experts or any other professionals assisting or advising the Petersen Entities in the Claims, subject to Prospect Investments LLC acting in a commercially reasonable manner.

6.  Making and structuring the Bid in this way is in the best interests of the Peterson Entities bankruptcy estates as well as Prospect Investments LLC, because it enhances the prospects of successfully asserting and recovering on the Claims.

7.  Entering into a transaction with Prospect Investments LLC, a Company fully controlled and owned by Burford Capital Limited, in accordance with this Bid (as opposed to a bid compliant with Option D or any of the other Options of the Liquidation Plans) is in the best interests of the Peterson Entities and their bankruptcy estates, because Burford Capital Limited is the world's largest and most experienced funder of commercial claims similar to the Claims and would result in a maximization of proceeds to the bankruptcy estates of the Petersen Entities.

8.  Prospect Investments LLC acknowledges that this Bid is not strictly compliant with any of the Options set forth in the Liquidation Plans and recognizes that, if a compliant bid is received, this Bid may not be considered.

Redacted - Privacy

Page 2|3

9.   Prospect Investments LLC anticipates that if this Bid is considered, further discussions and negotiations with the liquidators of the Petersen Entities will be necessary and, therefore, this Bid is not, and should not be considered as, final and irrevocable.

Prospect Investments LLC designates the following e-mail address for the receipt of communications related to this Bid: info@litfinsolutions.com. Yours faithfully,

Prospect Investments LLC

**Redacted - Privacy**

Aviva Will

Page 3|3

Confidential

Insolvency Proceedings No. 523/2012 and 405/2012
Petersen Energía Inversora S.A.U.
Petersen Energía S.A.U.


## TO THE COMMERCIAL COURT NO. 3 OF MADRID


Aviva Will, on behalf of **PROSPECT INVESTMENTS LLC**, as prescribed by law, STATES:

I. That, in relation to the Liquidation Plans of the companies PETERSEN ENERGÍA INVERSORA S.A.U., within Insolvency Proceedings No. 523/2012, and PETERSEN ENERGÍA S.A.U., within Insolvency Proceedings No. 405/2012, both followed before this Court, PROSPECT INVESTMENTS LLC hereby presents a Joint Bid regarding the indemnification claims of both entities.

II. The Joint Bid is attached to this letter in a closed envelope.

Pursuant to the foregoing,

**I PETITION THE COURT** to consider this letter and its attached documentation as filed, to proceed to admit it and to consider as submitted by PROSPECT INVESTMENTS LLC the Joint Bid that is attached to this letter.

As according to law, in Madrid, January 8th 2015.


**Redacted - Privacy**

Aviva Will

PROSPECT INVESTMENTS LLC

Confidential

Insolvency proceedings no. 523/2012 y 405/2012
Petersen Energía Inversora, S.A.U.
Petersen Energía, S.A.U.

Commercial Court no. 3 of Madrid

In Madrid, January 8, 2015.

Aviva Will, on behalf of Prospect Investments LLC, in her capacity of Authorized Signatory, hereby communicates the Court that Prospect Investments LLC has decided to submit this joint bid, within the liquidation proceedings of the insolvent companies Petersen Energía Inversora, S.A.U. ("Petersen Energía Inversora") and Petersen Energía, S.A. ("Petersen Energía" and, jointly with Petersen Energía Inversora, the "Petersen Entities").

## TERMS AND CONDITIONS OF THE BID

1.  Prospect Investments LLC is a company incorporated in Delaware (2711 Centerville Road, Wilmington, DE 19808), USA, which is wholly owned by Burford Capital LLC, which, in its turn, is wholly owned by Burford Capital Limited, a company listed in the London Stock Exchange's AIM market. Its webpage is www.burfordcapital.com and it contains information on the activity, main shareholders and other features of Burford Capital Limited.

2.  This bid (hereinafter, the "Bid") is made by Prospect Investments LLC within the procedural phase of filing of bids foreseen in the liquidation plans of Petersen Energía Inversora and Petersen Energía (the "Liquidation Plans"). The bid differs in terms and structure from the options listed in the Liquidation Plans, but it is intended to be economically equivalent to Option D of those Plans.

3.  By virtue of this Bid, Prospect Investments LLC offers to pay the Petersen Entities, for the integration in the estates of their insolvency proceedings, five million Euros (Euro 5,000,000.00) and 30% of the proceeds of the below-described claims, in consideration for Prospect Investments LLC (i) receiving the exclusive right to direct, manage, fund and settle the Peterson Entities' claims against the Republic of Argentina, YPF, S.A. ("YPF") and others stemming from the expropriation, by the Republic of Argentina, of 51% of YPF's shares from Repsol, S.A. ("Repsol") or its affiliated or controlled companies, and the Republic of Argentina's, YPF's and others' breaches of the YPF Bylaws and Shareholders

<div style="border: 1px solid black; display: inline-block; padding: 8px;">
**Redacted - Privacy**
</div>

Page 1|3

PT_000045277

Agreement, and related matters (the "Claims"), and (ii) retaining 70% of the proceeds of the Claims.

4. This Bid is made on the assumption that the Petersen Entities will remain in existence during the pendency of the assertion of the Claims and that the estates, its receivers and liquidators and the Peterson entities' employees and shareholders will use all legally and commercially reasonable efforts to assist in (a) the assertion of the Claims and to bring about their reasonable monetization through settlement or judgment and (b) the enforcement and collection of any such settlement or judgment. Consequently, in case of occurrence of the extinction of the Petersen Entities or the aforementioned persons or bodies fail to use those efforts, Prospect Investments LLC may revoke or terminate, respectively, this Bid and the agreement to which its acceptance may give rise. In particular, the liquidators of the Petersen Entities undertake not to request and, where applicable, to oppose to, the conclusion of the insolvency proceedings of the Petersen Entities, especially for inexistence of estate or assets. Prospect Investments LLC is willing to assume responsibility for obtaining substitute liquidators/receivers should the current ones no longer desire to serve.

5. Prospect Investments LLC shall have full authority and control over the assertion, by the Petersen Entities, and resolution of the Claims, including, without limitation, settlement authority and power to appoint lawyers, experts or any other professionals assisting or advising the Petersen Entities in the Claims, subject to Prospect Investments LLC acting in a commercially reasonable manner.

6. Making and structuring the Bid in this way is in the best interests of the Peterson Entities bankruptcy estates as well as Prospect Investments LLC, because it enhances the prospects of successfully asserting and recovering on the Claims.

7. Entering into a transaction with Prospect Investments LLC, a Company fully controlled and owned by Burford Capital Limited, in accordance with this Bid (as opposed to a bid compliant with Option D or any of the other Options of the Liquidation Plans) is in the best interests of the Peterson Entities and their bankruptcy estates, because Burford Capital Limited is the world's largest and most experienced funder of commercial claims similar to the Claims and would result in a maximization of proceeds to the bankruptcy estates of the Petersen Entities.

8. Prospect Investments LLC acknowledges that this Bid is not strictly compliant with any of the Options set forth in the Liquidation Plans and recognizes that, if a compliant bid is received, this Bid may not be considered.

> Redacted - Privacy

9.    Prospect Investments LLC anticipates that if this Bid is considered, further discussions and negotiations with the liquidators of the Petersen Entities will be necessary and, therefore, this Bid is not, and should not be considered as, final and irrevocable.

Prospect Investments LLC designates the following e-mail address for the receipt of communications related to this Bid: info@litfinsolutions.com. Yours faithfully,

Prospect Investments LLC

**Redacted - Privacy**

Aviva Will

Page 3|3

Confidential

Autos de concursos 523/2012 y 405/2012
Petersen Energía Inversora, S.A.U.
Petersen Energía, S.A.U.

Juzgado de lo Mercantil n° 3 de Madrid

En Madrid, a 8 de enero de 2015.

Aviva Will, en nombre y representación de Prospect Investments LLC, en su condición de Representante Autorizado, y en el marco de los procedimientos de liquidación de las sociedades concursadas Petersen Energía Inversora, S.A.U. ("Petersen Energía Inversora") y Petersen Energía, S.A. ("Petersen Energía" y, conjuntamente con Petersen Energía Inversora, las "Sociedades Petersen"), pongo en conocimiento del Juzgado que Prospect Investments LLC ha decidido presentar esta oferta conjunta.

## TÉRMINOS DE LA OFERTA

1.   Prospect Investments LLC es una sociedad constituida en el estado de Delaware (2711 Centerville Road, Wilmington, DE 19808), Estados Unidos de Norteamérica, de plena propiedad de Burford Capital LLC, que, a su vez, es de plena propiedad de Burford Capital Limited, sociedad que cotiza en el Mercado de Inversión Alternativa de la Bolsa de Londres (London Stock Exchange's AIM market). Su página web es www.burfordcapital.com y en ella se contiene información sobre la actividad, principales accionistas y demás características de Burford Capital Limited.

2.   Esta oferta (en lo sucesivo, la "Oferta") es formulada por Prospect Investments LLC en el trámite de presentación de ofertas contemplado en los planes de liquidación de Petersen Energía Inversora y Petersen Energía (los "Planes de Liquidación"). Los términos y estructura de la Oferta son distintos a aquellos de las opciones previstas en los Planes de Liquidación, si bien se pretende que sean económicamente equivalentes a la Opción D de esos Planes.

3.   En virtud de esta Oferta Prospect Investments LLC ofrece abonar a las Sociedades Petersen, para su integración en la masa activa de sus concursos, cinco millones de Euros (5.000.000,00 Euros) y el 30% del importe que se obtenga de las reclamaciones a las que seguidamente se hará referencia, en contraprestación al otorgamiento a Prospect Investments LLC (i) del derecho exclusivo a dirigir, gestionar, financiar y transigir las reclamaciones de

Página 1|3

PT_000045281

las Sociedades Petersen contra la República de Argentina, YPF, S.A. ("YPF") u otras personas o entidades, derivadas de la expropiación a Repsol, S.A. ("Repsol") o sus sociedades vinculadas o controladas, por la República de Argentina, del 51% de las acciones de YPF, y de los incumplimientos, por la República de Argentina, YPF y otras personas o entidades, de los estatutos de YPF y el Acuerdo de Accionistas, así como de cuestiones conexas (las "Reclamaciones"), y (ii) del derecho a Prospect Investments LLC a hacer suyo el 70% del importe que se obtenga de las Reclamaciones.

4.    Constituyen presupuesto de esta Oferta que las Sociedades Petersen no se extingan durante la pendencia de los procedimientos relativos a las Reclamaciones y que sus masas activas, sus administradores concursales y liquidadores, y los empleados y accionistas de las Sociedades Petersen desplieguen toda aquella diligencia que resulte jurídica y económicamente razonable para colaborar en (a) el planteamiento de las Reclamaciones y para conseguir su razonable conversión en un importe líquido mediante su transacción o resolución y (b) la ejecución y cobro de cualquier transacción o resolución. En consecuencia, si se produjera esa extinción o se dejara de desplegar esa diligencia por parte de las referidas personas u órganos, Prospect Investments LLC podrá dejar sin efecto y resolver, respectivamente, esta Oferta y el contrato a cuya aceptación podría dar lugar. En particular, los liquidadores de las Sociedades Petersen se obligan a no solicitar y, en su caso, a oponerse a, la conclusión de los concursos de las Sociedades Petersen, especialmente por insuficiencia de la masa activa. Prospect Investments LLC está dispuesta a asumir la responsabilidad consistente en promover la sustitución de los administradores concursales/liquidadores de las Sociedades Petersen en el caso de que los actuales desearan renunciar a sus cargos.

5.    Prospect Investments LLC estará plenamente facultada, apoderada y legitimada para decidir sobre el planteamiento de las Reclamaciones por las Sociedades Petersen, así como sobre la consecución de una decisión sobre ellas, incluyendo, sin carácter limitativo, la facultad para transigir sobre las Reclamaciones y para designar a los abogados, peritos o demás profesionales que deban asistir o asesorar a las Sociedades Petersen en las Reclamaciones, con la sola condición de que la actuación de Prospect Investments LLC sea económicamente razonable.

6.    Prospect Investments LLC considera que la formulación y estructuración de esta Oferta de la presente forma responde al mejor interés de las masas activas de las Sociedades Petersen y de Prospect Investments LLC, por cuanto mejora las probabilidades de un planteamiento y resolución de las Reclamaciones con éxito.

7.    La celebración de un acuerdo con Prospect Investments LLC, como sociedad íntegramente controlada por, y de plena propiedad de, Burford Capital Limited, de conformidad con esta Oferta (en lugar de la formulación de una oferta conforme a la Opción D o a cualquiera de

Redacted - Privacy

Página 2|3

las otras Opciones de los Planes de Liquidación), responde al mejor interés de las Sociedades Petersen y sus masas activas, ya que Burford Capital Limited es el financiador de reclamaciones comerciales similares a las Reclamaciones que posee un mayor tamaño y experiencia a nivel mundial, y podría permitir la maximización de los resultados para las masas activas de las Sociedades Petersen.

8.  Prospect Investments LLC es consciente de que esta Oferta no es estrictamente conforme con ninguna de las Opciones contempladas en los Planes de Liquidación y acepta que la Oferta no sea objeto de consideración en el caso de que se reciba una oferta que sí resulte conforme con alguna de aquellas Opciones.

9.  En el supuesto de que esta Oferta sea objeto de consideración, Prospect Investments LLC prevé la necesidad de desarrollar ulteriores conversiones y negociaciones con los liquidadores de las Sociedades Petersen. En consecuencia, esta Oferta no es, ni deberá ser considerada como, definitiva e irrevocable.

10. Para la recepción de comunicaciones en relación con esta Oferta, Prospect Investments LLC designa la siguiente dirección de correo electrónico: info@litfinsolutions.com.

Atentamente,

Prospect Investments LLC
p.p.

> **Redacted - Privacy**

Aviva Will

Confidential

Confidential

PT_000045284