UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No. 1:15-CV-02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No. 1:16-CV-08569 (LAP) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING BRIEFING ORDER PAGE ALLOCATIONS**

WHEREAS, the stipulation and order entered by the Court on February 8, 2022 regarding summary judgment briefing, *Petersen* ECF No. 350, *Eton Park* ECF No. 280 (the "Briefing Order"), provided that defendant the Argentine Republic (the "Republic") could submit "up to 40 pages of briefing" and defendant YPF S.A. ("YPF," and with the Republic, "Defendants") could submit "up to 35 pages of briefing" in opposition to Plaintiffs' motion for summary judgment, or Defendants could elect to submit a joint brief of up to 75 pages (*id.* ¶ 1); and further provided that on their motions, Defendants could each submit "up to 20 pages of reply briefing . . . or . . . a joint [reply] brief of up to 40 pages." (*Id.* ¶ 2); and

- 2 -

WHEREAS, the parties have now agreed that Defendants should be permitted to allocate the page limits for their opposition and reply briefing as they see fit without altering the total page limits provided by the Briefing Order;

Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs"), and Defendants, by and through their undersigned counsel, hereby STIPULATE AND AGREE, and RESPECTFULLY REQUEST THAT THE COURT ORDER, that the Briefing Order be modified as follows:

1. Defendants may submit up to 75 pages of briefing in opposition to Plaintiffs' motion(s), which may be divided as Defendants see fit between the Republic and YPF, or Defendants may elect instead to submit a joint brief of up to 75 pages; and

2. Defendants may submit up to 40 pages of reply briefing in support of their motions for summary judgment, which may be divided as they see fit between the Republic and YPF, or Defendants may elect instead to submit a joint brief of up to 40 pages.

| | |
|---|---|
| SULLIVAN & CROMWELL LLP<br><br>By: */s/ Robert J. Giuffra, Jr.*<br>Robert J. Giuffra, Jr.<br>Sergio J. Galvis<br>Amanda F. Davidoff<br>Thomas C. White<br>Adam R. Brebner<br>125 Broad Street<br>New York, NY 10004-2498<br><br>*Counsel for Defendant Argentine Republic*<br><br>DEBEVOISE & PLIMPTON LLP<br><br>By: */s/ Mark P. Goodman*<br>Mark P. Goodman<br>Shannon Rose Selden<br>Dietmar W. Prager<br>Carl Riehl<br>Wendy B. Reilly<br>J. Robert Abraham<br>919 Third Avenue<br>New York, NY 10022<br><br>*Counsel for Defendant YPF S.A.* | KIRKLAND & ELLIS LLP<br><br>By: */s/ Paul D. Clement*<br>Paul D. Clement<br>George W. Hicks, Jr.<br>C. Harker Rhodes, IV<br>1301 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br><br>KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.<br><br>By: */s/ Mark C. Hansen*<br>Mark C. Hansen<br>Derek T. Ho<br>Andrew E. Goldsmith<br>1615 M Street, NW Suite 400<br>Washington, D.C. 20036<br><br>KING & SPALDING, LLP<br><br>By: */s/ Reginald R. Smith*<br>Israel Dahan<br>Laura Elizabeth Harris<br>1185 Avenue of the Americas<br>New York, NY 10036<br><br>Reginald R. Smith<br>1100 Louisiana<br>Houston, TX 77002<br><br>*Counsel for Plaintiffs Petersen Energía Inversora S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.* |

**SO ORDERED:**

Dated:  New York, New York
        May __, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge