UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> *Plaintiffs*, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> *Defendants*. | Case No. 1:15-cv-02739 (LAP) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sol Czerwonko of Debevoise & Plimpton LLP hereby appears on behalf of defendant YPF S.A. in the above-captioned case.

Dated: New York, New York
May 24, 2022

DEBEVOISE & PLIMPTON LLP

By:   */s/ Sol Czerwonko*
     Sol Czerwonko
919 Third Avenue
New York, NY 10022
(212) 909-6000
sczerwonko@debevoise.com

*Attorneys for Defendant YPF S.A.*