UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

       Plaintiffs,

       v.

ARGENTINE REPUBLIC and YPF S.A.,

       Defendants.

------------------------------- x

Case No.: 1:15-CV-02739 (LAP)

------------------------------- x

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,

       Plaintiffs,

       v.

ARGENTINE REPUBLIC and YPF S.A.,

       Defendants.

------------------------------- x

Case No.: 1:16-CV-08569 (LAP)

## DECLARATION OF ROBERT J. GIUFFRA, JR.

       I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

       1.    I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents referenced in the Defendants' Memorandum of Law in Opposition to the Plaintiffs' Motion for Summary Judgment.

-2-

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Credit Agreement, dated May 3, 2011 | Exhibit 79 |
| Alberto B. Bianchi Deposition Transcript (Excerpted) | Exhibit 80 |
| Sebastián Eskenazi Deposition Transcript (Excerpted) | Exhibit 81 |
| Matias Eskenazi Deposition Transcript (Excerpted) | Exhibit 82 |
| José Antonio Ocampo Rebuttal Expert Report | Exhibit 83 |
| Edward Misrahi Deposition Transcript (Excerpted) | Exhibit 84 |
| Harold Sharon Rebuttal Expert Report (Excerpted) | Exhibit 85 |
| Harold Sharon Reply Expert Report | Exhibit 86 |
| "YPF-SA-2: Argentina, Company Seen in Good Order > YPF," *Dow Jones Newswires*, June 29, 1993 | Exhibit 87 |
| John C. Coffee, Jr. Deposition Transcript (Excerpted) | Exhibit 88 |
| "Big Argentine IPO Includes Risk Any Way One Wants to Play It," *The Wall Street Journal*, June 25, 1993 | Exhibit 89 |
| Nash, Nathaniel C., "Argentina's Oil Company Going Public," *The New York Times*, June 28, 1993 | Exhibit 90 |
| February 21, 2012 Email Correspondence (AR00069033) | Exhibit 91 |
| Mosconi Report (Excerpted) | Exhibit 92 |
| Alberto B. Bianchi Rebuttal Expert Report (Excerpted) | Exhibit 93 |
| Alfredo L. Rovira Opening Expert Report (Excerpted) | Exhibit 94 |
| Alfredo L. Rovira Rebuttal Expert Report (Excerpted) | Exhibit 95 |
| Alejandro M. Garro Rebuttal Expert Report (Excerpted) | Exhibit 96 |
| Alejandro M. Garro Deposition Transcript (Excerpted) | Exhibit 97 |
| Alfredo L. Rovira Deposition Transcript (Excerpted) | Exhibit 98 |

| | |
|---|---|
| Daniel R. Fischel Rebuttal Expert Report (Excerpted) | Exhibit 99 |
| Daniel R. Fischel Deposition Transcript (Excerpted) | Exhibit 100 |
| YPF Bylaws, as attached to Decree 1106/93, with English translation | Exhibit 101 |
| Jeffrey H. Harris Rebuttal Expert Report | Exhibit 102 |
| Steven D. Solomon Rebuttal Expert Report | Exhibit 103 |
| Steven D. Solomon Deposition Transcript (Excerpted) | Exhibit 104 |
| Nancy C. Lissemore Deposition Transcript (Excerpted) | Exhibit 105 |
| John C. Coffee, Jr. Deposition Transcript (Excerpted) | Exhibit 106 |
| YPF Feb. 29, 2008 Form 13-D | Exhibit 107 |
| April 24, 2008 YPF Shareholders' Meeting Minutes, with English translation | Exhibit 108 |
| YPF May 11, 2011 Form 6-K | Exhibit 109 |
| Julio Pablo Comadira Reply Expert Report (Excerpted) | Exhibit 110 |
| February 29, 2012 Email Correspondence (EP_000006927) | Exhibit 111 |
| Repsol Letter to Petersen, dated May 30, 2012 (PT_000007122) | Exhibit 112 |
| YPF 2007 Form 20-F (Excerpted) | Exhibit 113 |
| YPF 2010 Form 20-F (Excerpted) | Exhibit 114 |
| Law 19,550 (Excerpted), with English translation | Exhibit 115 |
| Eric Mindich Deposition Transcript (Excerpted) | Exhibit 116 |
| Deposit Agreement, dated June 17, 1993 (Excerpted) | Exhibit 117 |
| YPF Bylaws, as attached to Decree 2778/90, with English translation | Exhibit 118 |
| Chris Halverson, "Investors Flock to Latin America As Region's Economies Shape Up," *Christian Science Monitor*, May 2, 1994 | Exhibit 119 |

-4-

Executed on May 26, 2022 in New York, New York.

                                                   */s/ Robert J. Giuffra, Jr.*
                                                    Robert J. Giuffra, Jr.