UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------- x
PETERSEN ENERGÍA INVERSORA,       :
S.A.U. and PETERSEN ENERGÍA, S.A.U.,:
                                  :    Case No.:  1:15-CV-02739 (LAP)
           Plaintiffs,            :
                                  :
      v.                          :
                                  :
ARGENTINE REPUBLIC and YPF S.A.,  :
                                  :
           Defendants.            :
------------------------------- x


------------------------------- x
ETON PARK CAPITAL MANAGEMENT,     :
L.P., ETON PARK MASTER FUND, LTD.,:
and ETON PARK FUND, L.P.,         :
                                  :    Case No.:  1:16-CV-08569 (LAP)
           Plaintiffs,            :
                                  :
      v.                          :
                                  :
ARGENTINE REPUBLIC and YPF S.A.,  :
                                  :
           Defendants.            :
------------------------------- x
```

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the Republic's Reply brief in support of the Republic's Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Alejandro M. Garro Deposition Transcript (Excerpted) | Exhibit 120 |
| Alberto B. Bianchi Deposition Transcript (Excerpted) | Exhibit 121 |
| Exhibit 10 from the Deposition of Alfredo L. Rovira | Exhibit 122 |
| Alfredo L. Rovira Deposition Transcript (Excerpted) | Exhibit 123 |
| Aída Kemelmajer de Carlucci Deposition Transcript (Excerpted) | Exhibit 124 |

Executed on June 23, 2022 in New York, New York.

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.