

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

June 23, 2022

BY ECF

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Petersen Energía Inversora S.A.U. v. Argentine Republic and YPF S.A.,* No. 15 Civ. 2739 (S.D.N.Y.) (LAP) ("*Petersen*"); *Eton Park Capital Mgmt. v. Argentine Republic and YPF S.A.,* No. 16 Civ. 8569 (S.D.N.Y.) (LAP) ("*Eton Park*")

Dear Judge Preska:

We write on behalf of Defendants YPF S.A. and the Argentine Republic (together, "Defendants"). Pursuant to Rule 2(E) of the Individual Practices of this Court, Defendants respectfully request oral argument on the pending motions for summary judgment filed by Defendants and Plaintiffs in the above-captioned actions. *See* Motion for Summary Judgment/Notice of Motion, *Petersen* ECF Nos. 360/367 and 359, respectively; *Eton Park* ECF Nos. 291/294 and 289, respectively. Defendants believe that oral argument will assist the Court in fully evaluating and resolving these cross-motions.

Respectfully submitted,

*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden


cc: Counsel of Record (By ECF)