# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 23, 2022

Via ECF

The Honorable Loretta A. Preska,
   United States District for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

SO ORDERED.

*/s/ Loretta A. Preska*

6/24/2022

Re:   *Petersen Energía Inversora S.A.U.*, et al. v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

Pursuant to Local Rule 5.2, Rule 2(H) of the Individual Practices of this Court, and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in this action (*Petersen* ECF No. 177; *Eton Park* ECF No. 124) (the "Protective Order"), Defendant the Argentine Republic ("the Republic") respectfully moves for an order granting leave to file under seal the Republic's Reply Memorandum of Law in Support of its Motion for Summary Judgment (the "Memorandum") and Exhibits 122 and 123 to the Declaration of Robert J. Giuffra, Jr. (the "Exhibits").

The Exhibits are excerpted portions of deposition transcripts which Plaintiffs have designated Confidential under the Protective Order. The Republic seeks leave to file the Exhibits under seal and to redact portions of the publicly-available Memorandum that quote from or describe the deposition transcripts in light of Plaintiffs' designations.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.

cc:   Counsel of Record