UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA,                :
S.A.U. and PETERSEN ENERGÍA, S.A.U.,       :
                                           :   Case No.:  1:15-CV-02739 (LAP)
            Plaintiffs,                    :
                                           :
      v.                                   :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
            Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETON PARK CAPITAL MANAGEMENT,              :
L.P., ETON PARK MASTER FUND, LTD.,         :
ETON PARK FUND, L.P.,                      :
                                           :   Case No.:  1:16-CV-08569 (LAP)
            Plaintiffs,                    :
                                           :
      v.                                   :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
            Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, on the accompanying declaration, I, Jason E. Kornmehl, hereby move this Court for leave to withdraw as counsel for Defendant the Republic of Argentina (the "Republic") in the above-captioned actions. The remaining counsel of record will continue to represent the Republic in these actions.

Dated: July 25, 2022

Respectfully submitted,

*/s/ Jason E. Kornmehl*
Jason E. Kornmehl
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498

*Counsel for the Republic of Argentina*