UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------- x
PETERSEN ENERGÍA INVERSORA,      :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
                                 :   Case No.: 1:15-CV-02739 (LAP)
        Plaintiffs,              :
                                 :
        v.                       :
                                 :
ARGENTINE REPUBLIC and YPF S.A., :
                                 :
        Defendants.              :
-------------------------------- x

-------------------------------- x
ETON PARK CAPITAL MANAGEMENT,    :
L.P., ETON PARK MASTER FUND, LTD., :
ETON PARK FUND, L.P.,            :
                                 :   Case No.: 1:16-CV-08569 (LAP)
        Plaintiffs,              :
                                 :
        v.                       :
                                 :
ARGENTINE REPUBLIC and YPF S.A., :
                                 :
        Defendants.              :
-------------------------------- x
```

### **DECLARATION OF JASON E. KORNMEHL**

I, Jason E. Kornmehl, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and an associate at Sullivan & Cromwell LLP, counsel to Defendant the Republic of Argentina (the "Republic") in the above-captioned actions.

2. As of August 1, 2022, I will no longer be affiliated with Sullivan & Cromwell LLP.

3. Remaining counsel of record will continue to represent the Republic in this matter.

4. The above-captioned actions have not been set for trial, and my withdrawal will not form the basis for any request for the extension of any deadlines in these cases.

5. I have provided the Republic, through its counsel, with copies of my Notice of Motion to Withdraw as Counsel and this declaration prior to their filing, and the Republic has consented to my withdrawal.  Copies of my Notice of Motion to Withdraw as Counsel and this declaration will also be served on all other parties to the above-captioned actions via ECF.

6. I am not asserting a charging or retaining lien.

Executed on July 25, 2022 in New York, New York.

                */s/ Jason E. Kornmehl*
                Jason E. Kornmehl