UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------- x


------------------------------- x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------- x

# [PROPOSED] ORDER APPROVING WITHDRAWAL AS COUNSEL

This matter having come before the Court by the filing of a Motion to Withdraw as Counsel by Jason E. Kornmehl,

**IT IS HEREBY ORDERED** as follows:

1. Jason E. Kornmehl is hereby withdrawn as counsel of record for Defendant the Republic of Argentina in the above-captioned actions, and is fully discharged from any further representation or obligation in this case.

2. Remaining counsel of record will continue to represent the Republic.

-2-

      3.      Jason E. Kornmehl (email: kornmehlj@sullcrom.com) is removed from the CM/ECF service list for these actions.

      SO ORDERED this ___ day of July 2022 by:

_____
The Honorable Loretta A. Preska
United States District Judge