# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 16, 2022

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     Daniel Patrick Moynihan United States Courthouse,
       500 Pearl Street,
         New York, New York 10007.

      Re:   *Petersen Energía Inversora S.A.U., et al.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

     I write on behalf of Defendant the Argentine Republic in response to the Court's August 10, 2022 Order (*Petersen* ECF No. 427; *Eton Park* ECF No. 356) regarding the request of the Argentine Chamber of Companies (*Cámera de Sociedades*) for leave to file an amicus brief. As Plaintiffs correctly note, there is no district court rule regarding the timing of filing of an amicus brief. Rather, whether to accept an amicus brief filed after the filing of party briefs is a matter addressed to the Court's discretion. *See*, *e.g.*, *Young Advocs. for Fair Educ.* v. *Cuomo*, No. 18-cv-4167, 2018 WL 10561496 (E.D.N.Y. Oct. 30, 2018) (noting that FRAP 29 is not controlling in district court and accepting amicus briefing filed after party briefing). Given the short length, discrete nature, and unique perspective of the Chamber's brief, the Republic joins in YPF's submission that the Chamber's amicus filing should be accepted and considered by the Court in addressing the parties' cross-motions for summary judgment.

                Respectfully,

                */s/ Robert J. Giuffra, Jr.*

                Robert J. Giuffra, Jr.

cc:    Counsel of Record