**Allegaert Berger & Vogel LLP**

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

David A. Berger
Direct: 212.616.7080
dberger@abv.com

August 17, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

*Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U.
v. Argentine Republic and YPF S.A.*
Case No. 1:15-cv-02739 (LAP); and

*Eton Park Capital Management L.P., Eton Park Master Fund, Ltd.,
and Eton Park Fund, L.P. v. Argentine Republic and YPF S.A.*
Case No. 1:16-cv-08569 (LAP)

Dear Judge Preska:

      We write on behalf of proposed *Amicus Curiae* the Chamber of Companies (*Cámara de Sociedades*) ("CS") in brief response to the correspondence from Plaintiffs' counsel of yesterday evening [ECF 359, 430] concerning CS's motion to submit an *amicus* brief in these proceedings.

      Plaintiffs' counsel attaches to its correspondence a news article in the Argentine press in support of the proposition that "that some CS members were surprised to learn of the brief's filing and would prefer not to be involved in this litigation. *See* Sofía Diamante, Nationalization: some companies surprised by defense by organization of YPF in New York Court (Aug. 11, 2022)." Notwithstanding the hearsay nature of this allegation, CS can report that not a single member company has made any complaint about or stated any disagreement

The Honorable Loretta A. Preska
August 17, 2022
Page 2

with CS's board's decision to proceed as proposed *Amicus Curiae* in these proceedings.[1] Of course, even if there were a minority of CS member companies that might not agree with the board's decision (of which, again, CS has no evidence), that would hardly mean that CS's board's decision – like any other bona fide board decision – lacks force and effect.

Moreover, we note that the news article relied on by Plaintiffs contained various errors and misquoted certain statements made to the reporter by CS's Executive Director. Indeed, the same reporter subsequently filed a revised version of the article on August 15, 2022, a copy of which is attached as Exhibit A.  *See* Sofía Diamante, *Nationalization: some companies surprised by defense by organization of YPF in New York Court* (Aug. 11, 2022), https://www.lanacion.com.ar/economia/estatizacion-sorpresa-entre-algunas-empresas-por-la-defensa-de-una-organizacion-a-ypf-en-un-tribunal-nid11082022/ (translation attached hereto as Exhibit A).[2]

Respectfully submitted,

David A. Berger

Attachment
cc: All counsel of record (*via ECF*)

---

[1] In an effort to expedite this submission, we have not attached a declaration confirming that CS has received no such complaint, but we intend to file such a declaration shortly.

[2] Again, in the interest of expediency, the attached translation is not certified, but we will endeavor to provide a certified translation imminently.