UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Republic of Argentina's (the "Republic") motion for reconsideration dated April 14, 2023. (Dkt. no. 439.) Plaintiffs shall respond by April 28, 2023. The Republic shall reply by May 5, 2023.

**SO ORDERED.**

Dated:    New York, New York
         April 18, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge