UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | 15 Civ. 2739 (LAP) <br> 16 Civ. 8569 (LAP) <br><br> ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' letters dated May 31, 2023. (Dkt. nos. 451 & 452.)  The parties shall appear for a telephone conference on June 14, 2023, at 12 PM.  Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:	New York, New York
	June 8, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge