UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA,
S.A.U.,

                    Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

---

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND,
LTD., and ETON PARK FUND, L.P.,

                    Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

---

15 Civ. 2739 (LAP)
16 Civ. 8569 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen
Energía, S.A.U. (together, "Petersen") and Eton Park Capital
Management, L.P., Eton Park Master Fund, Ltd., and Eton Park
Fund, L.P. (together, "Eton Park," and together with Petersen,
"Plaintiffs"), who previously owned stakes in Argentine energy
company YPF S.A. ("YPF"), commenced actions against the
Argentine Republic (the "Republic") and YPF (collectively,
"Defendants").  Following the Court's decision on the parties'

motions for summary judgment and the Republic's motion for reconsideration (dkt. nos. 437 & 450),[1] Plaintiffs and the Republic submitted letters, dated June 16 and 19 2023, regarding a proposed schedule for a trial and submissions related to that trial.  (Dkt. nos. 456, 448-49.)  After careful consideration of these letters, the Court orders that:

- Trial shall commence at 1:00 p.m. on June 26, 2023 and shall conclude by June 28, 2023.  The parties shall have 4 hours to present on June 26 and 5 ½ hours to present on June 27 and 28.

- The parties shall have equal time to use as they wish for openings, closings, testimony, etc.  The parties will be subject to chess timing, with time charged against the party speaking unless some abuse is going on (which the Court does not expect from such accomplished litigators).

- Pre-trial briefs of no more than 10 pages shall be filed on July 14.

- Post-trial briefs of no more than 15 pages shall be filed by August 4.

- To the extent any issues need to be briefed in limine, the parties shall submit letter briefs of no longer than three pages filed on July 14, with responses due July 19, and replies due July 21.

**SO ORDERED.**

Dated:    New York, New York
          June 22, 2023

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

---

[1] All docket references are to the Petersen docket (15-cv-2729).