UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | 15 Civ. 2739 (LAP) <br> 16 Civ. 8569 (LAP) <br><br> AMENDED ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and together with Petersen, "Plaintiffs"), who previously owned stakes in Argentine energy company YPF S.A. ("YPF"), commenced actions against the Argentine Republic (the "Republic") and YPF (collectively, "Defendants").  Following the Court's decision on the parties'

1

motions for summary judgment and the Republic's motion for reconsideration (dkt. nos. 437 & 450),[1] Plaintiffs and the Republic submitted letters, dated June 16 and 19 2023, regarding a proposed schedule for a trial and submissions related to that trial.  (Dkt. nos. 456, 448-49.)  On June 22, 2023 the Court issued an order setting forth its rulings on the various issues in dispute.  (Dkt. no. 462.)  That order contained a typo stating that the trial would commence at 1:00 p.m. on June 26, 2023 and conclude by June 28, 2023.  The trial is not set for June 26-28, it is set for July 26-28.  The order is amended to provide that:

- Trial shall commence at 1:00 p.m. on **July** 26, 2023 and shall conclude by **July** 28, 2023.  The parties shall have 4 hours to present on **July** 26 and 5 ½ hours to present on **July** 27 and 28.

All other provisions of the June 22 Order remain unaltered and in effect.

**SO ORDERED.**

Dated:    New York, New York
          June 23, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

---

[1] All docket references are to the Petersen docket (15-cv-2729).