UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>　　　　　　　Defendants. | 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has received several inquiries from members of the public and the press concerning the upcoming trial in this matter. The Court issues this order to inform members of the public and the press that the trial, which is scheduled to commence on July 26, 2023 at 1:00 P.M., is open to the public and that any person who wishes to attend may do so (subject to space limitations) by simply entering Courtroom 12A at 500 Pearl Street, New York, NY 10007. Members of the public may also

1

listen in using the following listen-only conference line:

Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
          June 29, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge