# Appendix A

**Plaintiffs' Estimated Tender Offer Damages and Prejudgment Interest Calculated Through July 31, 2023 ($ in Billions)[1]**

|     | **April 16, 2012** | **May 7, 2012** |
| --- | --- | --- |
|     | *From Tender Offer Date* | *From Tender Offer Date* |
| 0%  | $8.431 | $4.999 |
| 1%  | $9.383 | $5.560 |
| 2%  | $10.335 | $6.122 |
| 4%  | $12.239 | $7.245 |
| 6%  | $14.142 | $8.368 |
| 8%  | $16.046 | $9.491 |

---

[1] These figures are based on the damages calculated by Plaintiffs and transmitted to the Republic on July 5, 2023.  The interest figures for 1%, 2% and 4% have been added to Plaintiffs' 6% and 8% interest calculations for comparison purposes.