UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

**DECLARATION OF C. HARKER RHODES IV
IN SUPPORT OF PLAINTIFFS' PRE-TRIAL BRIEF**

I, C. Harker Rhodes IV, declare:

1. I am a partner of the firm Clement & Murphy, PLLC, and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U. (together, "Petersen"), and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs"), in the above-captioned actions.

2. The purpose of this Declaration is to submit documents to the Court in support of Plaintiffs' Pre-Trial Brief.

3. Attached as **Exhibit A** is a true and correct copy of Argentine Decree 530/2012, dated April 16, 2012, in original Spanish with accompanying certified English translation, which was previously filed in this litigation as ECF No. 377-16.

4. Attached as **Exhibit B** is a true and correct copy of the Bylaws of YPF S.A., which was previously filed in this litigation as ECF Nos. 364-1 (in English) and 364-2 (in Spanish).

5. Attached as **Exhibit C** is a true and correct copy of the Transcript of the Argentine Chamber of Deputies *Hearing on the Friendly Settlement Agreement and Expropriation Agreement of the Energy and Fuels and Budget and Finance Committees*, dated Apr. 8, 2014, in original Spanish with accompanying certified English translation for selected portions.

6. Attached as **Exhibit D** is a true and correct copy of Argentine Law No. 19,550, the Argentine Companies Law, in Spanish and English, which was previously filed in this litigation as ECF No. 377-37.

7. Attached as **Exhibit E** is a true and correct copy of the Minutes of the March 21, 2012 Meeting of the YPF Board of Directors, which was previously produced in this litigation with Bates numbers YPFPT00080554 – YPFPT00080569 in original Spanish, with accompanying certified English translation.

8. Attached as **Exhibit F** is a true and correct copy of Argentine Law No. 21,499, the General Expropriation Law, which was previously produced in this litigation with Bates numbers AR00076079 – AR00076086 in original Spanish, with accompanying certified English translation.

9. Attached as **Exhibit G** is a true and correct copy of Argentine Law. No. 26,741, the YPF Expropriation Law, in original Spanish with accompanying certified English translation, which was previously filed in this litigation as ECF No. 364-118.

10. Attached as **Exhibit H** is a true and correct copy of an Opinion from the *Tribunal de Tasaciones de la Nación*, dated February 17, 2014, which was previously produced in this litigation with Bates numbers YPFPT-HARRIS00000045 – YPFPT-HARRIS00000067 in original Spanish, with accompanying certified English translation.

11. Attached as **Exhibit I** is a true and correct copy of a chart entitled Closing Prices of YPF ADS's Between April 13, 2012 and May 8, 2012.

12. Attached as **Exhibit J** is a true and correct copy of The Argentine Republic and Repsol's Agreement for the Amicable Settlement and Compromise of Expropriation, which was previously produced in this litigation with Bates numbers AR00019582 – AR00019746 in original Spanish, with accompanying certified English translation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 14th day of July, 2023.

                                              */s/ C. Harker Rhodes IV*
                                              C. Harker Rhodes IV