UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
PETERSEN ENERGÍA INVERSORA,          :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
                                     :   Case No.: 1:15-CV-02739 (LAP)
           Plaintiffs,               :
                                     :
    v.                               :
                                     :
ARGENTINE REPUBLIC and YPF S.A.,     :
                                     :
           Defendants.               :
---------------------------------- x


---------------------------------- x
ETON PARK CAPITAL MANAGEMENT,        :
L.P., ETON PARK MASTER FUND, LTD.,   :
and ETON PARK FUND, L.P.,            :
                                     :   Case No.: 1:16-CV-08569 (LAP)
           Plaintiffs,               :
                                     :
    v.                               :
                                     :
ARGENTINE REPUBLIC and YPF S.A.,     :
                                     :
           Defendants.               :
---------------------------------- x

## ARGENTINA'S COMPENDIUM OF FOREIGN LEGAL AUTHORITIES

In accordance with the agreement of the parties, Argentina is filing herewith the foreign legal authorities and translations its experts may rely upon at trial or that it may refer to in argument or briefing. Argentina reserves the right to supplement its citation of foreign legal authorities in accordance with Federal Rule of Civil Procedure 44.1.

Dated: July 17, 2023

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

Petersen v. Argentine Republic, 15 Civ. 2739 (LAP)
Eton Park v. Argentine Republic, 16 Civ. 8569 (LAP)
Defendant's Compendium of Foreign Legal Authorities (July 18, 2023)

| Def.'s Compendium No. | Begbates | Endbates | Description | Date |
|---|---|---|---|---|
| 1 | AR00110977 | AR00110982 | *Calderaro, Alejandro y otros* v. *Ejecutivo Nacional-Ministerio de Defensa s/ Personal Militar y Civil de las FFAA y de Seg* | 11/6/2019 |
| 2 | AR00110983 | AR00110986 | *Álvarez Armando David* v. *Ejecutivo Nacional-Ministerio de Relaciones Exteriores, Comercio Internacional y Culto y Cancillería* | 9/17/2020 |
| 3 | AR00110987 | AR00110993 | *Instituto Nacional de Tecnología Agropecuaria (Legajo 14443)* v. *Cacace, Juan Eduardo* | 3/12/2021 |
| 4 | AR00110994 | AR00110998 | *Amandule, Mario Guillermo* v. *Ejecutivo Nacional-Ministerio del Interior* | 2/3/2021 |
| 5 | AR00110999 | AR00111010 | *Ortiz, Juan José Manuel* v. *Ejecutivo Nacional – Ministerio de Defensa – Fuerza Aérea Argentina* | 4/20/2021 |
| 6 | AR00111011 | AR00111020 | *Maisonobe Clelia Esther* v. *Ejecutivo Nacional–Consejo de la Magistratura* | 12/13/2017 |
| 7 | AR00111021 | AR00111033 | *Sachs, Pedro Ricardo* v. *Ejecutivo Nacional-Ministerio de Relaciones Exteriores, Comercio Internacional y Culto* | 3/1/2016 |
| 8 | AR00111036 | AR00111048 | *Roca Sanitario S.A.* v. *Blattar S.R.L. s/ ordinario* | 10/8/2019 |
| 9 | AR00111049 | AR00111050 | *Oyhanarte, Mario Eloy* v. *De Simone, Silvana Patricia* | 6/13/2019 |
| 10 | AR00111051 | AR00111067 | *Tech Data Corporation* v. *Soluciones Integrales Corporativas S.A. y otros* | 7/13/2018 |
| 11 | AR00111068 | AR00111070 | *Gargiulo, Alicia Elena* v. *Pedro Peruilh S.A.* | 6/28/2018 |
| 12 | AR00111071 | AR00111072 | *Balogh Kovacs, Nicolás Francisco* v. *Telemultitec S.A. y otros* | 4/10/2018 |
| 13 | AR00111073 | AR00111079 | *Bicondoa Mendioure Mabel Noemí* v. *Zalcwas Marcelo Manuelo* | 12/22/2015 |
| 14 | AR00111080 | AR00111085 | *Vedebe Trading S.A.* c/ *Fideicomiso Josa I* | 11/12/2015 |
| 15 | AR00076079 | AR00076086 | Law No. 21,499 (General Expropriation Law) | 1/17/1977 |
| 16 | AR00075079 | AR00075100 | Constitution of Argentina | |

Case 1:15-cv-02739-LAP   Document 469   Filed 07/17/23   Page 4 of 6

Petersen v. Argentine Republic, 15 Civ. 2739 (LAP)
Eton Park v. Argentine Republic, 16 Civ. 8569 (LAP)
Defendant's Compendium of Foreign Legal Authorities (July 18, 2023)

| Def.'s Compendium No. | Begbates | Endbates | Description | Date |
|---|---|---|---|---|
| 17 | AR00076633 | AR00076707 | Law No. 19,550 (General Corporations Law) | |
| 18 | AR00119035 | AR00119154 | Law No. 24,522 (Bankruptcy Law) | |
| 19 | AR00111086 | AR00111094 | Federal Court of Appeals on Civil and Commercial Matters, Div. I, May 16, 2017, *Estado Nacional Estado Mayor Gral. De la Fuerza Aérea* v. *Scroppo Francisco y otro* | 5/16/2017 |
| 20 | AR00111095 | AR00111106 | Federal Court of Appeals on Civil and Commercial Matters, Div. I, *Scotia Bank Uruguay S.A.* v. *Banco de la Nación* | 4/16/2018 |
| 21 | AR00111107 | AR00111114 | Federal Court of Appeals on Civil and Commercial Matters, Div. III, July 16, 2021, *Pérez Bonino, Rosana* v. *Metlife Seguros de Retiro S.A.* | 7/16/2021 |
| 22 | AR00111115 | AR00111123 | Federal Court of Appeals on Civil and Commercial Matters, Div. III, June 21, 2017, *Bovero Nilda María* v. *Poder Ejecutivo Nacional y otro* | 6/21/2017 |
| 23 | AR00111124 | AR00111138 | Federal Court of Appeals on Civil and Commercial Matters, Div. II, *Sociedad del Estado Casa de Moneda* v. *Carmelo Pulice y Hnos SA* | 2/17/2017 |
| 24 | AR00111139 | AR00111145 | Federal Court of Appeals on Civil and Commercial Matters, Div. II, June 2, 2021, *Bergero, Carolina y otro* v. *Lan Airlines S.A. y otro* | 6/2/2021 |
| 25 | AR00111146 | AR00111158 | *Colome, Eduardo Héctor y Otro* v. *Banco de la Nación Argentina"* | 6/5/2015 |
| 26 | PT_GARRO_000000563 | PT_GARRO_000000566 | *Velez* v. *Gomez*, 8 May 2015, CNCom., Div. B. | 5/8/2015 |
| 27 | PT_GARRO_000000109 | PT_GARRO_000000110 | *B., G.L.* v. *A., S.G.*, CNCiv., Div. C, 16 Aug. 2018 | 8/16/2018 |
| 28 | PT_GARRO_000000262 | PT_GARRO_000000272 | *D. A., M. & C. M. del C.*, 29 Aug. 2018, SC Buenos Aires, 280 ED 408 (2018) | 8/29/2018 |
| 29 | AR00079268 | AR00080034 | Argentine Civil Code (excerpted) | |
| 30 | AR00110956 | AR00110974 | *CSJN - Fallo 315_15803_03_1992 YPF* v. *Corrientes* | 3/3/1992 |
| 31 | AR00081980 | AR00081982 | *CSJN FALLO 327_372114_09_2004 Spitale* | 9/14/2004 |

**Petersen v. Argentine Republic, 15 Civ. 2739 (LAP)**
**Eton Park v. Argentine Republic, 16 Civ. 8569 (LAP)**
**Defendant's Compendium of Foreign Legal Authorities (July 18, 2023)**

| Def.'s Compendium No. | Begbates | Endbates | Description | Date |
|---|---|---|---|---|
| 32 | AR00081983 | AR00081996 | CSJN FALLO S. 527. XXXIV. ORI San Luis v. Puw | 8/12/2008 |
| 33 | AR00081997 | AR00082010 | CSJN FALLO R. 2190. XXXVIII. ORI Reynot | 8/12/2008 |
| 34 | AR00082011 | AR00082019 | CSJN FALLO L. 329. XL. ROR López | 11/12/2008 |
| 35 | AR00082020 | AR00082044 | CSJN FALLO B. 140. XXXVI. ORI Baeza | 4/12/2011 |
| 36 | AR00082087 | AR00082098 | CSJN FALLO S. 191. XLV. ORI San Luis | 2/19/2019 |
| 37 | AR00082099 | AR00082112 | CSJN FALLO E. 136. XLVII. ORI Estado Nacional v. PBA | 11/9/2017 |
| 38 | AR00082282 | AR00082283 | CCAF - González Néstor | 12/1/2017 |
| 39 | AR00110975 | AR00110976 | CSJN Algodonera Lavallol sobre quiebra | 4/20/2010 |
| 40 | AR00081504 | AR00081517 | CCAF Sala V, Cuenca (cromagnon) | 11/1/2021 |
| 41 | | | ROITMAN, Horacio; Companies Law (with comments and explanations), La Ley, 2d. edition, 2011 (excerpted) | 2011 |
| 42 | | | VILLEGAS Carlos Gilberto, Companies in General, Rubinzal - Culzoni, Volume I, (excerpted) | 11/1/1997 |
| 43 | | | ALEGRIA, Héctor, "Some reflections on the concepts of controlling company, controlled company, and situation of control", RDCO 1978 (excerpted) | 1979 |
| 44 | AR00075988 | AR00076007 | Julio R. Comadira, Héctor J. Escola, Julio P. Comadira, Administrative Law Course (excerpted) | 2017 |
| 45 | AR00082307 | AR00082310 | Maiorano, Jorge L., Expropriation in Law 21,499, Cooperadora de Derecho y Ciencias Sociales, Buenos Aires, 1978. Sociales. Buenos Aires. 1978 (excerpted) | 1978 |
| 46 | YPFPT-COMADIRA00000655 | YPFPT-COMADIRA00000658 | MARIENHOFF, Miguel S., Administrative Law Treatise, Vol. IV, sixth updated edition, Abeledo Perrot, Buenos Aires, 1997 (excerpted) | 1997 |

Petersen v. Argentine Republic, 15 Civ. 2739 (LAP)
Eton Park v. Argentine Republic, 16 Civ. 8569 (LAP)
Defendant's Compendium of Foreign Legal Authorities (July 18, 2023)

| Def.'s Compendium No. | Begbates | Endbates | Description | Date |
|---|---|---|---|---|
| 47 | YPFPT-COMADIRA00000496 | YPFPT-COMADIRA00000500 | ESCOLA, Héctor J., Administrative law compendium, Depalma, Buenos Aires, 1984, Vol. II (excerpted) | 1984 |
| 48 | AR00072043 | AR00072288 | *De San Martin José et al.* v. *EN – PEN* (S.C. Comp. 731. L. XLIX) | 12/17/2013 |
| 49 | | | Decree 677/2001 | 5/22/2001 |
| 50 | | | Argentine Civil and Commercial Code - Article 768 | 2/10/2014 |
| 51 | AR00082296 | AR00082298 | Decree 941/1991 | 5/16/1991 |