KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 20, 2023

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-2739
      *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

     I write on behalf of all parties to respectfully request the Court's endorsement of the proposed electronic devices order attached hereto as **Appendix A**, authorizing the listed individuals to bring electronic devices into the courthouse for the trial commencing on July 26, 2023 at 1:00 p.m. in Courtroom 12A.

                                                    Respectfully submitted,

                                                    */s/Andrew E. Goldsmith*
                                                    Andrew E. Goldsmith

Cc:   All counsel of record via ECF