**APPENDIX A – FRE 401, 402, 403 EXHIBITS[1]**

A.   Argentina's Ability to Pay

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 68 | | | IMF Press Release, IMF Executive Board Completes Fourth Review of the Extended Arrangement Under the Extended Fund Facility for Argentina, available at https://www.imf.org/en/News/Articles/2023/03/31/pr23102-imf-completes-fourth-review-of-the-extendeDX-arrangement-under-the-eff-for-argentina | 4/1/2023 |
| 69 | | | IMF, *Inflation rate, average consumer price, available at* https://www.imf.org/external/datamapper/PCPIPCH@WEO/ARG | 7/5/2023 |
| 70 | | | IMF Data Mapper, Argentina Profile, *available at* https://www.imf.org/external/datamapper/profile/ARG | 7/5/2023 |
| 71 | | | Bloomberg, *Why Argentina Faces a 'Critical' Situation as Foreign Reserves Continue to Decline*, available at https://www.bloomberglinea.com/english/why-argentina-faces-a-critical-situation-as-foreign-reserves-continue-to-decline/ | 5/18/2023 |
| 147 | | | Republic of Argentina 2023 Fiscal Year Budget, National Administration – Final Budget Chart *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 147t | | | Republic of Argentina 2023 Fiscal Year Budget - National Administration – Final Budget Chart - English Translation | |
| 148 | | | Republic of Argentina 2023 Fiscal Year Budget – Social Development Ministry (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 148t | | | Republic of Argentina 2023 Fiscal Year Budget – Social Development Ministry (excerpted) - English Translation | |

---

[1] Some exhibits listed on this Appendix are also listed in Appendix B of Hearsay Exhibits.

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 149 | | | Republic of Argentina 2023 Fiscal Year Budget - Ministry of Education (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 149t | | | Republic of Argentina 2023 Fiscal Year Budget - Ministry of Education (excerpted) - English Translation | |
| 150 | | | Republic of Argentina 2023 Fiscal Year Budget – Health Ministry (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 150t | | | Republic of Argentina 2023 Fiscal Year Budget – Health Ministry (excerpted) - English Translation | |
| 153 | | | IMF Country Report No. 23/133 | 4/2023 |
| 155 | | | INDEC Life Conditions Vol 7, N 4 - Incidence of poverty and destitution in 31 urban agglomerates | 7/2022 |
| 155t | | | INDEC Life Conditions Vol 7, N 4 - Incidence of poverty and destitution in 31 urban agglomerates | 7/2022 |
| 156 | | | INDEC Technical Report - Work and Income Vol. 7, No. 6 - Evolution of income distribution | 6/2023 |
| 156t | | | INDEC Technical Report - Work and Income Vol. 7, No. 6 - Evolution of income distribution | 6/2023 |
| 157 | | | INDEC Technical Report - Price Indices (CPI) - Vol. 7, No. 21 | 6/2023 |
| 157t | | | INDEC Technical Report - Price Indices (CPI) - Vol. 7, No. 21 | 6/2023 |
| 158 | | | Republic of Argentina 2012 Fiscal Year Budget, National Administration – Final Budget Chart, *available at* https://www.economia.gob.ar/onp/presupuestos/2012 | 2012 |
| 158t | | | Republic of Argentina 2012 Fiscal Year Budget, National Administration – Final Budget Chart, *available at* https://www.economia.gob.ar/onp/presupuestos/2012 | 2012 |
| 178 | | | Argentine National Spending.xlsx | |
| 179 | | | Incidencia de la pobreza y la indigencia en 31 aglomerados urbanos. Segundo semestre de 2017.pdf | |

B.  **Burford Capital**

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 44 | PT_000008143 | PT_000008172 | Claim Prosecution Agreement between Petersen and Prospect Investments LLC, dated March 4, 2015 (Excerpted) | 3/4/2015 |
| 45 | EP_000061489 | EP_000061524 | Capital Provision Agreement between Eton Park and Ireton LLC, dated November 3, 2016 (Excerpted) | 11/3/2016 |
| 46 | | | Petersen Liquidation Plan (Ex. 8 to Betancor deposition) | 3/15/2015 |
| 46t | | | Petersen Liquidation Plan (Ex. 8 to Betancor deposition) (English translation) | 3/15/2015 |
| 66 | | | Burford Capital Statement on YPF Summary Judgment Ruling, available at https://www.burfordcapital.com/media-room/media-room-container/burforDX-capital-statement-on-ypf-summary-judgment-ruling/#:~:text=The%20Court%20held%20that%20Plaintiffs,subsequent%20sales%20of%20their%20shares. | 4/2/2023 |
| 67 | | | Burford Capital FY 2019 Annual Report, *available at* https://www.burfordcapital.com/media/1734/fy-2019-report.pdf | |
| 84 | | | Burford 2017 Annual Report, *available at* https://s201.q4cdn.com/169052615/files/doc_financials/2017/q4/bur-28711-annual-report-2017-web.pdf | 2017 |

C.  **Petersen's Leveraged Acquisition of Its Stake in YPF**

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 35 | | | Sebastián Eskenazi February 10, 2021 Minutes of Hague Convention Testimony | 2/10/2021 |
| 35t | | | Sebastián Eskenazi February 10, 2021 Minutes of Hague Convention Testimony (English Translation) | 2/10/2021 |
| 36 | | | Matias Eskenazi February 10, 2021 Minutes of Hague Convention Testimony | 2/10/2021 |
| 36t | | | Matias Eskenazi February 10, 2021 Minutes of Hague Convention Testimony (English Translation) | 2/10/2021 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 37 | | | Enrique Eskenazi February 10, 2021 Minutes of Hague Convention Testimony | 2/10/2021 |
| 37t | | | Enrique Eskenazi February 10, 2021 Minutes of Hague Convention Testimony (English Translation) | 2/10/2021 |
| 38 | | | Ezequiel Eskenazi February 10, 2021 Minutes of Hague Convention Testimony | 2/10/2021 |
| 38t | | | Ezequiel Eskenazi February 10, 2021 Minutes of Hague Convention Testimony (English Translation) | 2/10/2021 |
| 47 | PT_000021796 | PT_000021811 | Repsol Press Release Announcing Petersen Deal | 12/21/2007 |
| 47t | PT_000021796 | PT_000021811 | Repsol Press Release Announcing Petersen Deal (English translation) | 12/21/2007 |
| 48 | GP00003431 | GP00003433 | Email from Credit Suisse to Matias Eskenazi and others re "Project Lowlands" | 3/28/2007 |
| 48t | GP00003431 | GP00003433 | Email from Credit Suisse to Matias Eskenazi and others re "Project Lowlands" (English translation) | 3/28/2007 |
| 49 | GP00034785 | GP00034800 | Loan Agreement between Petersen and Chervil | 2/15/2008 |
| 52 | AR00019185 | AR00019186 | Letter from YPF to CNV re Tender Offer by Petersen | 5/21/2008 |
| 52t | AR00019185 | AR00019186 | Letter from YPF to CNV re Tender Offer by Petersen (English translation) | 5/21/2008 |
| 53 | | | *Bloomberg - Eskenazi Said to tell Repsol He Won't Enforce YPF Buyback* (Ex. 19 to Sebastian Eskenazi deposition) | 4/25/2012 |
| 79 | | | Petersen SEC 13-D Filing for May 20, 2008 *available at* https://www.sec.gov/Archives/edgar/data/1428565/000090342308000451/petersen-13da3_0521.htm | 5/20/2008 |
| 85 | | | Petersen-Banco Santander Credit Facility Agreement, *available at* https://www.sec.gov/Archives/edgar/data/904851/000095012308010918/y71140exv99wb.htm | 6/6/2008 |
| 86 | | | Repsol-Banco Santander Guaranty Agreement, *available at* https://www.sec.gov/Archives/edgar/data/904851/000090342308000944/petersen-13da8ex9921_1117.htm | 6/6/2008 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 87 | | | YPF Schedule 13D/A, *available at* https://www.sec.gov/Archives/edgar/data/904851/000090342311000282/petersen-13da11_0520.htm | 5/20/2011 |
| 96 | | | Petersen Energía, S.A., Argentine Offer to Purchase Prospectus, *available at* https://www.sec.gov/Archives/edgar/data/1435384/000095012308010918/y71140exv99waw1waw2.htm | 9/5/2008 |
| 137 | CSSU_Petersen_0800 | CSSU_Petersen_0815 | Letter from Credit Suisse to Petersen Energia, S.A. re Credit Agreement dated as of February 21, 2008 | 6/22/2012 |
| 138 | CSSU_Petersen_1144 | CSSU_Petersen_1159 | Letter from Credit Suisse to Petersen Energia Inversora, S.A.U. re Credit Agreement dated as of May 4, 2011 | 6/22/2012 |
| 139 | PT_000031637 | PT_000031638 | Letter from Repsol to Petersen Energia Inversora, S.A.U. re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Invesora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 4/23/2013 |
| 139t | PT_000031637 | PT_000031638 | Letter from Repsol to Petersen Energia Inversora, S.A.U. re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Invesora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 4/23/2013 |
| 140 | PT_000031639 | PT_000031640 | Letter from Repsol to Petersen Energia Inversora, S.A.U., re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Inversora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 5/19/2014 |
| 140t | PT_000031639 | PT_000031640 | Letter from Repsol to Petersen Energia Inversora, S.A.U., re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Inversora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 5/19/2014 |

D.  Eton Park's Transactions After May 7, 2012

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 40 | EP_000065379 | EP_000065382 | June 2012 email chain between Ricardo Salmon, Eric Mindich, and Daniel Valdez-Franco | 6/3/2012 |
| 41 | EP_000067807 | EP_000067811 | Email from Ricardo Salmon to himself attaching "YPF bullet points" | 4/26/2012 |
| 102 | EP_000029277 | EP_000029277 | Email from J. Curran to #Trade Executions US re sold 1 mm YPF 12.90001 w/ BNP total on the day | 7/18/2012 |
| 103 | EP_000029290 | EP_000029290 | Email from J. Curran to #Trade Executions US re YPF trades | 11/19/2012 |
| 104 | EP_000035990 | EP_000035990 | Email from J. Curran to #Trade Executions US re sold 40k YPF 15.3651 w/ Redi | 3/22/2013 |
| 105 | EP_000035992 | EP_000035992 | Email from J. Curran to #Trade Executions US re sold 200k YPF 15.0275 w/ Jones | 7/17/2013 |
| 106 | EP_000035993 | EP_000035993 | Email from J. Curran to #Trade Executions US re sold 250k YPF 14.50 w/ Jones | 6/26/2013 |
| 107 | EP_000035994 | EP_000035994 | Email from J. Curran to #Trade Executions US re sold 229,211 YPF 15.33 w/ BTG Pactual | 3/25/2013 |
| 108 | EP_000035995 | EP_000035995 | Email from J. Curran to #Trade Executions US re sold 250k YPF 15.35 w/ BTG Pactual | 3/21/2013 |
| 109 | EP_000035996 | EP_000035996 | Email from J. Curran to #Trade Executions US re sold 100k YPF 13.70 w/ Knight - total on the day | 5/17/2013 |
| 110 | EP_000035997 | EP_000035997 | Email from J. Curran to #Trade Executions US re sold 500k YPF 13.8130 w/ MS | 5/20/2013 |
| 111 | EP_000035998 | EP_000035998 | Email from J. Curran to #Trade Executions US re sold 35k YPF 15.4686 w/ Redi | 3/21/2013 |
| 112 | EP_000035999 | EP_000035999 | Email from J. Curran to #Trade Executions US re sold 750k YPF 14.5234 w/ Jones - total on the day | 6/21/2013 |
| 113 | EP_000036003 | EP_000036003 | Email from J. Curran to #Trade Executions US re sold 175k YPF 15.3095 w/ Redi | 1/24/2013 |
| 114 | EP_000036004 | EP_000036004 | Email from J. Curran to #Trade Executions US re sold 80k YPF 15.5013 w/ Redi | 1/25/2013 |
| 115 | EP_000036006 | EP_000036006 | Email from J. Curran to #Trade Executions US re sold 500k YPF 14.4115 w/ Jones | 6/24/2013 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 116 | EP_000036008 | EP_000036008 | Email from J. Curran to #Trade Executions US re sold 100k YPF 14.50 w/ Jones | 5/22/2013 |
| 117 | EP_000036010 | EP_000036010 | Email from J. Curran re Trade Executions US re sold 415,789 YPF 14.70 w/ Jones | 6/27/2013 |
| 118 | EP_000036011 | EP_000036011 | Email from J. Curran to #Trade Executions US re sold 360k YPF 14.31 w/ MS | 6/4/2013 |
| 119 | EP_000036012 | EP_000036012 | Email from J. Curran to #Trade Executions US re sold 125k YPF 15.15 w/ BNP | 1/18/2013 |
| 120 | EP_000036013 | EP_000036013 | Email from J. Curran to #Trade Executions US re sold 85k YPF 14.7983 w/ Redi | 5/30/2013 |
| 121 | EP_000036014 | EP_000036014 | Email from J. Curran to #Trade Executions US re sold 28,793 YPF 15.20 w/ Redi - total on the day | 1/22/2013 |
| 122 | EP_000036015 | EP_000036015 | Email from J. Curran to #Trade Executions US re sold 10.5 YPF 15.5355 w/ MKM Partners | 1/23/2013 |
| 123 | EP_000036016 | EP_000036016 | Email from J. Curran to #Trade Executions US re sold 100k YPF 15.2345 w/ Redi | 1/23/2013 |
| 124 | EP_000036019 | EP_000036019 | Email from J. Curran to #Trade Executions US re sold 125k YPF 15.25 w/ Citi | 1/25/2013 |
| 125 | EP_000036021 | EP_000036021 | Email from J. Curran to #Trade Executions US re sold 150k YPF 15.60 w/ Citi | 1/28/2013 |
| 126 | EP_000036022 | EP_000036022 | Email from J. Curran to #Trade Executions US re sold 10,707k YPF 15.5109 w/ Redi | 1/28/2013 |
| 127 | EP_000036027 | EP_000036027 | Email from J. Curran to #Trade Executions US re sold 60k YPF 14.8223 w/ Redi | 5/29/2013 |
| 128 | EP_000036028 | EP_000036028 | Email from J. Curran to #Trade Executions US re sold 350k YPF 13.3020 w/ Redi | 3/1/2013 |
| 129 | EP_000036029 | EP_000036029 | Email from J. Curran to #Trade Executions US re sold 95k YPD 15.18 w/ UBS | 1/16/2013 |
| 130 | EP_000036033 | EP_000036033 | Email from J. Curran to #Trade Executions US re sold 100k YPF 14.6093 w/ Redi | 2/26/2013 |
| 131 | EP_000036034 | EP_000036034 | Email from J. Curran to #Trade Executions US re sold 25k YPF 14.7522 w/ Redi | 2/27/2013 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 132 | EP_000036035 | EP_000036035 | Email from J. Curran to #Trade Executions US re sold 200k YPF 15.2023 w/ Jones | 6/11/2013 |
| 133 | EP_000036036 | EP_000036036 | Email from J. Curran to #Trade Executions US re sold 200k YPF 16.80 w/ Susquehanna | 2/14/2013 |
| 134 | EP_000039839 | EP_000039839 | Email from J. Curran to #Trade Executions US re YPF trades | 12/3/2012 |
| 135 | EP_000041049 | EP_000041049 | Email from J. Curran to #Trade Executions US re sold 100k YPF 15.00 w/ Susquehanna | 2/22/2013 |
| 136 | EP_000068614 | EP_000068614 | Email from J. Curran to #Trade Executions US re sold 250k YPF 14.05 w/ MS | 5/24/2013 |
| 143 | | | Eton Park Capital Management, L.P., Form 13F *available at* https://www.sec.gov/Archives/edgar/data/1314588/000131458812000006/ep063012.txt | 6/30/2012 |
| 144 | | | Eton Park Capital Management, L.P., Form 13F *available at* https://www.sec.gov/Archives/edgar/data/1314588/000131458813000002/ep093012.txt | 9/30/2012 |
| 145 | | | Eton Park Capital Management, L.P., Form 13F *available at* https://www.sec.gov/Archives/edgar/data/1314588/000131458813000004/ep123112.txt | 12/31/2012 |
| 146 | | | Eton Park Capital Management, L.P., Form 13F *available at* https://www.sec.gov/Archives/edgar/data/1314588/000131458813000006/ep03312013.txt | 3/31/2013 |

E.   **Evidence of the Theoretical Value of YPF's Shares**

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 163 | | | YPF Dividend Payout Ratio.xlsx | |
| 166 | | | YPF ADR and Tender Offer Prices (1994 - 2014).xlsx | |
| 168 | | | YPF Market Capitalization.xlsx | |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 170 | | | YPF ADR and Tender Offer Prices (2007 - 2014).xlsx | |
| 172 | | | Takeover Premia.xlsx | |
| 181 | | | Jensen (1983) The Market For Corporate Control.pdf | |
| 182 | | | Berk and DeMarzo (2013) - Corporate Finance 3rd Ed (excerpt).pdf | |
| 183 | | | Refinitiv Eikon Tender Offers.xlsx | |
| 194 | | | Europe Brent Spot Price.xlsx | |