## APPENDIX B – HEARSAY EXHIBITS[1]

A.  News Articles and Argentine Publications

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 53 | | | *Bloomberg - Eskenazi Said to tell Repsol He Won't Enforce YPF Buyback* (Ex. 19 to Sebastian Eskenazi deposition) | 4/25/2012 |
| 68 | | | IMF Press Release, IMF Executive Board Completes Fourth Review of the Extended Arrangement Under the Extended Fund Facility for Argentina, available at https://www.imf.org/en/News/Articles/2023/03/31/pr23102-imf-completes-fourth-review-of-the-extendeDX-arrangement-under-the-eff-for-argentina | 4/1/2023 |
| 69 | | | IMF, *Inflation rate, average consumer price, available at* https://www.imf.org/external/datamapper/PCPIPCH@WEO/ARG | 7/5/2023 |
| 70 | | | IMF Data Mapper, Argentina Profile, *available at* https://www.imf.org/external/datamapper/profile/ARG | 7/5/2023 |
| 71 | | | Bloomberg, *Why Argentina Faces a 'Critical' Situation as Foreign Reserves Continue to Decline*, available at https://www.bloomberglinea.com/english/why-argentina-faces-a-critical-situation-as-foreign-reserves-continue-to-decline/ | 5/18/2023 |
| 165 | | | CreditWatch on ASTRA Revised to Developing S&P Global Ratings.pdf | |
| 181 | | | Jensen (1983) The Market For Corporate Control.pdf | |
| 182 | | | Berk and DeMarzo (2013) - Corporate Finance 3rd Ed (excerpt).pdf | |

---

[1] Some exhibits listed on this Appendix are also listed in Appendix A of FRE 401, 402, 403 Exhibits.

B. **Non-Party Statements**

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 47 | PT_000021796 | PT_000021811 | Repsol Press Release Announcing Petersen Deal | 12/21/2007 |
| 47t | PT_000021796 | PT_000021811 | Repsol Press Release Announcing Petersen Deal (English translation) | 12/21/2007 |
| 48 | GP00003431 | GP00003433 | Email from Credit Suisse to Matias Eskenazi and others re "Project Lowlands" | 3/28/2007 |
| 48t | GP00003431 | GP00003433 | Email from Credit Suisse to Matias Eskenazi and others re "Project Lowlands" (English translation) | 3/28/2007 |
| 66 | | | Burford Capital Statement on YPF Summary Judgment Ruling, available at https://www.burfordcapital.com/media-room/media-room-container/burforDX-capital-statement-on-ypf-summary-judgment-ruling/#:~:text=The%20Court%20held%20that%20Plaintiffs,subsequent%20sales%20of%20their%20shares. | 4/2/2023 |
| 67 | | | Burford Capital FY 2019 Annual Report, *available at* https://www.burfordcapital.com/media/1734/fy-2019-report.pdf | |
| 83 | GP00026797 | GP00026797 | Email from Presman Diego Martin to Sebastian Eskenazi (April 9, 2015) | 4/9/2015 |
| 83t | GP00026797 | GP00026797 | Email from Presman Diego Martin to Sebastian Eskenazi (April 9, 2015) (English translation) | 4/9/2015 |
| 84 | | | Burford 2017 Annual Report, *available at* https://s201.q4cdn.com/169052615/files/doc_financials/2017/q4/bur-28711-annual-report-2017-web.pdf | 2017 |
| 137 | CSSU_Petersen_0800 | CSSU_Petersen_0815 | Letter from Credit Suisse to Petersen Energia, S.A. re Credit Agreement dated as of February 21, 2008 | 6/22/2012 |
| 138 | CSSU_Petersen_1144 | CSSU_Petersen_1159 | Letter from Credit Suisse to Petersen Energia Inversora, S.A.U. re Credit Agreement dated as of May 4, 2011 | 6/22/2012 |
| 139 | PT_000031637 | PT_000031638 | Letter from Repsol to Petersen Energia Inversora, S.A.U. re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Invesora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 4/23/2013 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 139t | PT_000031637 | PT_000031638 | Letter from Repsol to Petersen Energia Inversora, S.A.U. re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Invesora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 4/23/2013 |
| 140 | PT_000031639 | PT_000031640 | Letter from Repsol to Petersen Energia Inversora, S.A.U., re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Inversora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 5/19/2014 |
| 140t | PT_000031639 | PT_000031640 | Letter from Repsol to Petersen Energia Inversora, S.A.U., re Contrato de Garantia de 6 de junio de 2008 entre Petersen Energia Inversora, S.A.U., Repsol, S.A., y Banco Santander, S.A. | 5/19/2014 |
| 153 | | | IMF Country Report No. 23/133 | 4/2023 |

C.   **Argentine Government Reports**

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 42 | AR00010381 | AR00010471 | Mosconi Report | 6/1/2012 |
| 42t | AR00010381 | AR00010471 | Mosconi Report (English translation) | 6/1/2012 |
| 64 | AR00069819 | AR00069879 | Intervention Report | 5/1/2012 |
| 64t | AR00069819 | AR00069879 | Intervention Report (English translation) | 5/1/2012 |
| 74 | AR00009427 | AR00009429 | Settlement agreement administrative file (MECON background to the settlement proposal report) | 2/20/2014 |
| 74t | AR00009427 | AR00009429 | Settlement agreement administrative file (MECON background to the settlement proposal report) (English translation) | 2/20/2014 |
| 75 | AR00009584 | AR00009591 | Settlement agreement - Finance Secretariat Report | 2/24/2014 |
| 75t | AR00009584 | AR00009591 | Settlement agreement - Finance Secretariat Report (English translation) | 2/24/2014 |
| 91 | | | *Report on Oil and Gas Production (from 1999-2008)*, Argentine State, Ministry of Economy, Secretary of Energy, Undersecretary of Hydrocarbons, *available at* | 1999-2008 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 92 | | | https://www.argentina.gob.ar/economia/energia/hidrocarburos/produccion-de-petroleo-y-gas<br><br>*Report on Oil and Gas Production (from 2009-2023),* Argentine State, Ministry of Economy, Secretary of Energy, Undersecretary of Hydrocarbons, *available at* https://www.argentina.gob.ar/economia/energia/hidrocarburos/produccion-de-petroleo-y-gas | 2009-2023 |
| 147 | | | Republic of Argentina 2023 Fiscal Year Budget, National Administration – Final Budget Chart *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 147t | | | Republic of Argentina 2023 Fiscal Year Budget - National Administration – Final Budget Chart - English Translation | |
| 148 | | | Republic of Argentina 2023 Fiscal Year Budget – Social Development Ministry (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 148t | | | Republic of Argentina 2023 Fiscal Year Budget – Social Development Ministry (excerpted) - English Translation | |
| 149 | | | Republic of Argentina 2023 Fiscal Year Budget - Ministry of Education (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 149t | | | Republic of Argentina 2023 Fiscal Year Budget - Ministry of Education (excerpted) - English Translation | |
| 150 | | | Republic of Argentina 2023 Fiscal Year Budget – Health Ministry (excerpted) *available at* https://www.economia.gob.ar/onp/presupuestos/2023 | |
| 150t | | | Republic of Argentina 2023 Fiscal Year Budget – Health Ministry (excerpted) - English Translation | |
| 155 | | | INDEC Life Conditions Vol 7, N 4 - Incidence of poverty and destitution in 31 urban agglomerates | 7/2022 |
| 155t | | | INDEC Life Conditions Vol 7, N 4 - Incidence of poverty and destitution in 31 urban agglomerates | 7/2022 |

| DX No. | Beg Bates | End Bates | Description | Date |
|---|---|---|---|---|
| 156 | | | INDEC Technical Report - Work and Income Vol. 7, No. 6 - Evolution of income distribution | 6/2023 |
| 156t | | | INDEC Technical Report - Work and Income Vol. 7, No. 6 - Evolution of income distribution | 6/2023 |
| 157 | | | INDEC Technical Report - Price Indices (CPI) - Vol. 7, No. 21 | 6/2023 |
| 157t | | | INDEC Technical Report - Price Indices (CPI) - Vol. 7, No. 21 | 6/2023 |
| 158 | | | Republic of Argentina 2012 Fiscal Year Budget, National Administration – Final Budget Chart, *available at* https://www.economia.gob.ar/onp/presupuestos/2012 | 2012 |
| 158t | | | Republic of Argentina 2012 Fiscal Year Budget, National Administration – Final Budget Chart, *available at* https://www.economia.gob.ar/onp/presupuestos/2012 | 2012 |
| 178 | | | Argentine National Spending.xlsx | |
| 179 | | | Incidencia de la pobreza y la indigencia en 31 aglomerados urbanos. Segundo semestre de 2017.pdf | |