KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 17, 2023

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-2739 ("*Petersen*")
         *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569 ("*Eton Park*")

Dear Judge Preska:

     As agreed by the parties, Plaintiffs submit the attached compendium of foreign law sources and translations on which they may rely in the upcoming damages hearing and related briefing. All of Plaintiffs' sources were previously produced or cited by the parties in the course of this litigation.

     Argentina has indicated that it intends to use new foreign legal sources that it has never before produced or relied on, despite the years of discovery, motions, and briefing in this case. It included three such sources in its Compendium of Foreign Legal Authorities, which it reserved the right to supplement. *See* ECF Nos. 469-41, 469-42, 469-43.[1] Argentina has not explained why it failed to produce or cite these decades-old sources earlier. It has not, for example, indicated that its new sources are limited to intervening authorities that have been handed down since the close of expert discovery. *Cf.* Federal Rule of Appellate Procedure 28(j).

     Plaintiffs object to this latest eleventh-hour maneuver by Argentina, which would prejudice Plaintiffs and undermine the efficiency of this litigation. As the Court has already admonished, the fact that the issues in this case have now narrowed to two issues is not an excuse to introduce new evidence and theories on issues that have been present in the case since the outset. *See* ECF No. 464. Argentina should not be allowed to spring new surprises on Plaintiffs and the Court at this late stage. If the Court nevertheless permits Argentina to rely on

---

[1] Docket citations are to *Petersen*, Case No. 15-cv-2739.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

July 17, 2023
Page 2

new materials, there are additional foreign law sources that support Plaintiffs' positions, which fairness would dictate should then be added to Plaintiffs' compendium.

                      Respectfully submitted,

                      /s/Andrew E. Goldsmith

Cc:    All counsel of record via ECF

```
Plaintiffs request that the Court bar the Republic from
submitting additional foreign legal authority is denied.
Plaintiffs cite no authority for the proposition that a party is
precluded from relying on foreign legal authority at trial if
that authority was not previously disclosed.  The Republic may
submit and rely on the sources contained in its Compendium of
Foreign Legal Authorities.  Plaintiffs may supplement their
compendium by July 25, 2023.

SO ORDERED.
```

*Loretta A. Preska*
7/24/2023

Plaintiffs' Compendium of Foreign Legal Authorities

| Exhibit No. | Description | Produced at Beg-Bates | Produced at End-Bates |
|---|---|---|---|
| PLA-1 | National Constitution of Argentina | AR00075079 | AR00075100 |
| PLA-2 | Civil and Commercial Code of Argentina (excerpted | PT_GARRO_000000540 | PT_GARRO_000000562 |
| PLA-3 | Civil and Commercial Code of Argentina (excerpted | | |
| PLA-4 | Civil Code of Argentina (excerpted translations highlighted in Spanish original) | | |
| PLA-5 | Commercial Code (excerpted) | | |
| PLA-6 | Argentine Companies Law (Law 19,550) | | |
| PLA-7 | General Expropriation Law (Law No. 21,499) | AR00076079 | AR00076086 |
| PLA-8 | *Algodonera Lavallol S.A s/quiebra*, Corte Suprema de Justicia de la Nacion, 20 abril 2010 | AR00081894 | AR00081904 |
| PLA-9 | *All Food S.A. s/Concurso Preventivo s/Incidente de Revision de Credito de Garantia de Valores S.G.R.*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 18 July 2019 | PT_GARRO_000000001 | PT_GARRO_000000003 |
| PLA-10 | *Almiron, Santa Brigida c. Origenes Seguros De Retiro S.A. s/Ordinario*, CNCom, Div. A, 6 Mar. 2018 | PT_GARRO_000000004; PT_ROVIRA_000000322 | PT_GARRO_000000022; PT_ROVIRA_000000340 |
| PLA-11 | *Argencip S.A v. Fondo Compensador Para Jubilados Y Pensionades Telefonicos*, Cámara Nacional de Apelaciones en lo Comercial, Sala AC (30/06/2010), TR LALEY 70064466 | PT_GARRO_000000023 | PT_GARRO_000000033 |
| PLA-12 | *Balogh Kovacs, Nicolás Francisco c. Telemultitec SA y otro s/ Ejecutivo*, Cámara Nacional de Apelaciones en lo Comercial, sala C (10/04/2018), TR LALEY AR/JUR/5126/2018 | AR00111071 | AR00111072 |
| PLA-13 | *Banise S.A. c/Monaco Carlos Alberto y Otros s/Ejecutivo*, Cámara Nacional de Apelaciones en lo Comercial, 39.933/2004, 20 April 2018 | PT_ROVIRA_000000425 | PT_ROVIRA_000000431 |
| PLA-14 | *Bargero, Carolina y Otro cl Lan Airlines S.A. y Otro s/Perdida/Daño de Equipaje*, Cámara Nacional de Apelaciones en lo Civil y Comercial Federal, Sala II, 2 June 2021 | | |
| PLA-15 | *Bengen, Alvaro Arcadio c/ HSBC Seguros de Vida Argentina S.A. s/Ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala E, 12 July 2018 | PT_GARRO_000000119 | PT_GARRO_000000130 |
| PLA-16 | *Betbeder y Cia F. c. FF.CC. Provincia de Buneos Aires*, Camara Nacional Comercial, Sala B, agosto 1952 | PT_GARRO_000000589 | PT_GARRO_000000597 |
| PLA-17 | *Bicondoa Mendiboure Mabel Noemi c/ Zalcwas Marcelo Manuel s/ Ejecutivo*, CNCom., Div. C, 22 December 2015 | AR00111073 | AR00111079 |
| PLA-18 | *Bovero Nilda Maria c/ Poder Ejecutivo Nacional y otro s/proceso de conocimiento*, Cámara Civil y Comercial Federal, Sala III, 21 June 2017 | AR00111115 | AR00111123 |
| PLA-19 | Bueres, Alberto J. (director), Highton, Elena I., *Código Civil y normas complementarias. Análisis doctrinario y jurisprudencial*. Tomo 2 A, Buenos Aires, Hammurabi, p. 324 | AR00080585 | AR00080587 |
| PLA-20 | *Bustelo, Cesar D. c. La Meridional, Cfa. de seguros*, Camara Nacional de Apelaciones en lo Comercial, Sala D (29/09/1989), TR LALEY AR/JUR/1140/1989 | PT_ROVIRA_000001057 | PT_ROVIRA_000001062 |
| PLA-21 | *Caserta, Daniel c/ Bovone, Adrian Guillermo s/ Ejecutivo*, Cámara Nacional de Apelaciones en lo Comercial, Sala D, 11 October 2018 | PT_GARRO_000000159; PT_ROVIRA_000000477 | PT_GARRO_000000159; PT_ROVIRA_000000477 |
| PLA-22 | *Chirife, Clara Susana c. García Sale, Jorge Alberto s/ ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala F (27/12/2016), AR/JUR/102057/2016 | PT_GARRO_000000161; PT_ROVIRA_000000546 | PT_GARRO_000000166; PT_ROVIRA_000000551 |
| PLA-23 | *Colome, Eduardo Héctor y Otro c/ Banco de la Nación Argentina s/ Daños y Perjuicios*, Camara Civil y Comercial Federal - Sala I, 5 May 2015 | AR00111146 | AR00111158 |
| PLA-24 | *Edward Roberto Miguel c/ Ormachea Juan Claudio y Otro s/ Ejecutivo*, CNCom., Div. F, 9 February 2010 | PT_GARRO_000000415; PT_ROVIRA_000000507 | PT_GARRO_000000417; PT_ROVIRA_000000509 |
| PLA-25 | *Emindar SRL s/Quiebra s/lncidente de Revision de Credito*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 25 October 2018 | PT_GARRO_000000302 | PT_GARRO_000000306 |
| PLA-26 | *Estado Nacional Estado Mayor Gral. de la Fuerza Aérea c/ Scroppo Francisco y otro s/ Daños y Perjuicios*, Cámara Civil y Comercial Federal - Sala I, 16 May 2017 | AR00111086 | AR00111094 |
| PLA-27 | *Gargiulo Alicia Elena c/ Pedro Peruilh S.A. s/ Ejecutivo*, CNCom., Div. C, 28 June 2018 | AR00111068 | AR00111070 |
| PLA-28 | *Genexa S.A. c. Banco de Galicia y Buenos Aires*, Cámara Nacional de Apelaciones en lo Comercial, Sala A (27/03/2008), AR/JUR/2677/2008 | PT_GARRO_000000358; PT_ROVIRA_000000503 | PT_GARRO_000000361; PT_ROVIRA_000000506 |

**Plaintiffs' Compendium of Foreign Legal Authorities**

| Exhibit No. | Description | Produced at Beg-Bates | Produced at End-Bates |
|---|---|---|---|
| PLA-29 | *Giardino, Carlos S. c. Dentomat S.A*., Suprema Corte de Justicia de la Provincia de Buenos Aires (14/08/1979), TR LALEY AR/JUR/1483/1979 | PT_GARRO_000000362 | PT_GARRO_000000365 |
| PLA-30 | *Metalurgica Morillo, S. R. L. c. Hissuribehere, Italo A*., Camara de Apelaciones en lo Civil y Comercial de Junin (23/05/1989), TR LALEY AR/JUR/2137/1989 | PT_ROVIRA_000000989 | PT_ROVIRA_000000993 |
| PLA-31 | *Oyhanarte, Mario Eloy c. De Simone, Silvana Patricia s/ Ejecutivo, Cámara Nacional de Apelaciones en lo Comercial*, Sala C (13/06/2019), TR LALEY AR/JUR/25033/2019 | AR00111049 | AR00111050 |
| PLA-32 | *Papasidero Gabriel Osvaldo y otros c/Aoky S.A. s/ ejecutivo*, CNCom, Sala D, 30/09/2014 | PT_ROVIRA_000000808 | PT_ROVIRA_000000812 |
| PLA-33 | *Pérez Bonino, Rosana c/ Metlife Seguros de Retiro S.A. s/ amparo*, Cámara Civil y Comercial Federal - Sala III, 16 July 2021 | AR00111107 | AR00111114 |
| PLA-34 | *Perez Monica Lourdes c. Enriquez Miguel Angel s/Ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 22 October 2015 | PT_GARRO_000000446; PT_ROVIRA_000000529 | PT_GARRO_000000462; PT_ROVIRA_000000545 |
| PLA-35 | *Pichoud, Carlos Oscar v. Piffano, Oscar Rodolfo s/ executive*, National Court of Appeals in Commercial Matters, Division F (06/12/2018), TR LALEY AR/JUR/68145/2018 | PT_ROVIRA_000000840 | PT_ROVIRA_000000841 |
| PLA-36 | *Pioltino, Dante C. S.A. c. Deutz Argentina S.A*., Cámara Nacional de Apelaciones en lo Comercial, Sala D (20/06/1996), TR LALEY AR/JUR/835/1996 | PT_ROVIRA_000000459 | PT_ROVIRA_000000472 |
| PLA-37 | Pizarro-Vallespinos. *Tratado de Responsabilidad Civil*, Vol I, Parte General. Rubinzal-Culzoni Editores, Buenos Aires-Santa Fe, 2017, page 302.pdf | PT_ROVIRA_000001455 | PT_ROVIRA_000001457 |
| PLA-38 | Ramon D. Pizarro y Carlos G. Vallespinos,*Instituciones de Derecho Privado. Obligaciones*. Tomo 2, pages 536-540 | AR00080591 | AR00080597 |
| PLA-39 | Ramon D. Pizarro, *La mora del deudor en el Código Civil y Comercial*, TR LALEY AR/DOC/532/2016 | PT_GARRO_000000818 | PT_GARRO_000000834 |
| PLA-40 | *Roca Sanitario S.A c/ Blattar S.R.L. s/ Ordinario*, Cámara Comercial - Sala C, 8 October 2019 | AR00111036 | AR00111048 |
| PLA-41 | *Rodriguez, Dino Omar c/ Malsenido, Cristian Roberto y Otro s/ Ejecutivo*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 2 February 2017 | PT_GARRO_000000470 | PT_GARRO_000000474 |
| PLA-42 | *Ruiz Elsa Maria Rosa y Otro c. Metlife Seguros de Retiro S.A. s/Ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 11 September 2014 | PT_GARRO_000000475; PT_ROVIRA_000000510 | PT_GARRO_000000493; PT_ROVIRA_000000528 |
| PLA-43 | *Salones Acevedo S.A. c. G. C., L. A.*, Camara Nacional de Apelaciones en lo Civil, Sala F (12/05/1997), TR LALEY AR/JUR/645/1997 | PT_ROVIRA_000001042 | PT_ROVIRA_000001049 |
| PLA-44 | Sandra M. Wierzba, *Régimen actual de la mora*, TR LALEY AR/DOC/3527/2017 | PT_GARRO_000000906 | PT_GARRO_000000915 |
| PLA-45 | *Scotia Bank Uruguay S.A c/ Banco de la Nación Argentina s/ Incumplimiento de contrato*, Cámara Civil y Comercial Federal - Sala I, 16 April 2018 | AR00111095 | AR0011106 |
| PLA-46 | *Sociedad def Estado Casa de Moneda c/ Carmelo Pulice y Hnos. S.A. s/ Faltante y/o Averia de Carga Transp Terrestre*, Cámara Nacional de Apelaciones en lo Civil y Comercial Federal - Sala II, 17 February 2017 | AR00111124 | AR00111138 |
| PLA-47 | *Syngenta Agro SA c. Agrocor Insumos SRL s/ ejecutivo, Cámara Nacional de Apelaciones en lo Comercial*, SalaB (27/03/2017), TR LALEY AR/JUR/6953/2017 | PT_ROVIRA_000000838 | PT_ROVIRA_000000839 |
| PLA-48 | *T. EL S., V. c/ P., L. s/ Ordinario*, Cámara Nacional de Apelaciones en lo Comercial - Sala F (14/02/2019), El Derecho - Digital, 2019 ED-DCCCXXXIX-15 | | |
| PLA-49 | *Tech Data Corporation c/ Soluciones Integrales Corporativas S.A. y otros*, CNCom., Div. C, 13 July 2018 | AR00111051 | AR00111067 |
| PLA-50 | *Tonni, Juana Victorina cl Banco de la Provincia de Buenos Aires s/Ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala F, 18 May 2017 | PT_GARRO_000000528 | PT_GARRO_000000535 |
| PLA-51 | *Vedebe Trading S.A. c/ Fideicomiso Josa I s/ Ejecucion Prendaria*, CNCom., Div. C, 12 November 2015 | AR00111080 | AR00111085 |

**Plaintiffs' Compendium of Foreign Legal Authorities**

| Exhibit No. | Description | Produced at Beg-Bates | Produced at End-Bates |
|---|---|---|---|
| PLA-52 | *Vernet Coop de Credito Vicienda y Consumo Ltda c/ Schartez Ariel Gerardo s /Ejecutivo*, CNCom., Div. A, 17 December 2010 | PT_GARRO_000000567; PT_ROVIRA_000000926 | PT_GARRO_000000571; PT_ROVIRA_000000930 |
| PLA-53 | *Yacimientos Petroliferos Fiscales c/ Corrientes, Provincia de y Banco de Corrientes s/ cobro de australes*, Corte Suprema de Justicia de la Nación, 3 March 1992 | AR00110956; PT_BIANCHI_000000664 | AR00110974; PT_BIANCHI_000000706 |