KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
───
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 25, 2023

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-2739 ("*Petersen*")
         *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569 ("*Eton Park*")

Dear Judge Preska:

      Pursuant to Your Honor's July 24 Order, ECF No. 475, Plaintiffs submit the attached supplemental compendium of foreign law sources and translations on which they may rely in the upcoming damages hearing and related briefing.

                                    Respectfully submitted,

                                      */s/Andrew E. Goldsmith*

Cc:    All counsel of record via ECF

**Plaintiffs' Supplemental Compendium of Foreign Legal Authorities**

| Exhibit No. | Description | Produced at Beg-Bates | Produced at End-Bates |
|---|---|---|---|
| PLA-54 | *Aeropuertos Argentina 2000 SA c/ Zara Argentina SA s/ cobro de sumas de dinero* and *Zara Argentina SA c/ Aeropuertos Argentina 2000 SA s/ proceso de conocimiento*, Camara Civil y Comercial Federal - Sala III, 11 October 2022 | | |
| PLA-55 | *Amarillo, Daniel Pablo c. Assist Card Argentina S.A. de Servicios s/ ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala A, 17/10/2022, TR LALEY AR/JUR/145417/2022 | | |
| PLA-56 | *Banco Sudameris c. Belcam S. A. y otra*, Corte Suprema de Justicia de la Nación (17/05/1994), TR LALEY AR/JUR/2390/1994 | | |
| PLA-57 | *Chaied, Jorge Gustavo c/ Basualdo Marta Monica Florentina s/ Ejecutivo s/ Incidente de Apelacion*, Juzgado N. 23, Secretaria N. 25, 29 May 2012 | | |
| PLA-58 | *Cicchini, Ubaldo Roberto c. Play Security S.R.L. y otro s/ Ejecutivo*, Cámara Nacional de Apelaciones en lo Comercial, Sala B (13/06/2019), TR LALEY AR/JUR/25351/2019 | | |
| PLA-59 | Control, Oceano Color Diccionario Enciclopedico Universal (2d ed. 1997) | | |
| PLA-60 | *Delfino Isabel Alicia c/ Jurado Rosa Savadvora s/ Ejecutivo*, Juzgado N. 22, Secretaria N. 43, 28 June 2012 | | |
| PLA-61 | *Entrepids S.A. c/Colorin I.M.S.S.A. s/Ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala E, 11 December 2015 | | |
| PLA-62 | *Figueiredo Orlando Fabian c/ Estado NAC Minist de Just Seg y DDHH Policia Federal s/ Accidente en el Ambito Militar y Fzas de Seg*, Cámara Nacional de Apelaciones en lo Civil y Comercial Federal - Sala II, 7 August 2015 | | |
| PLA-63 | *Garreton Facundo c/ Torres Alcides s/ Ordinario*, Juzgado N. 14, Secretaria N. 27, 19 February 2015 | | |
| PLA-64 | *Gonzalez de Santoro Susana Maria c/ Poder Ejecutivo Nacional s/ Amparo*, Juzgado N. 11, Secretaria N. 21, 26 April 2007 | | |
| PLA-65 | *Grob, Carlos H. y otro v. Poder Ejecutivo Nacional y otro*, Cámara Nacional de Apelaciones en lo Comercial, Sala E (04/10/2012), TR LALEY AP/JUR/3894/2012 | | |
| PLA-66 | *Gusman Gabriel Esteban c/ Estado Nac Minist de Defensa Estado Mayor Gral Armada s/ Daños y Perjuicios*, Cámara Nacional de Apelaciones en lo Civil y Comercial Federal - Sala II, 8 July 2015 | | |
| PLA-67 | *López, Antonio M. c. Explotación Pesquera de la Patagonia S. A.*, Corte Suprema de Justicia de la Nación (10/06/1992), TR LALEY AR/JUR/1185/1992 | | |
| PLA-68 | *Microsoft Corporation c. Global Autos S.R.L. s/ daños y perjuicios*, Cámara Nacional de Apelaciones en lo Civil, Sala I (13/03/2020), TR LALEY AR/JUR/23550/2020 | | |
| PLA-69 | *Prea, Pablo c. Cardona, Santiago L. y otro s/ ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala D (17/05/2013), TR LALEY AR/JUR/26909/2013 | | |
| PLA-70 | *R.R.A. c/ Estado Nae Minist de Just y DD HH Serv Penit Federal s/Accidente de Trabajo/Eriferm. Prof Accion Civil*, Cámara Nacional de Apelaciones en lo Civil y Comercial Federal - Sala II, 11 June 2015 | | |
| PLA-71 | Rique S.A. y Otros c/ Maritima Maruba S.A. c/ Incumpliento de Contrato, Cámara Civil y Comercial Federal - Sala I, 14 July 2020 | | |
| PLA-72 | Alfonso Santiago, Enrique Veramendi, and Santiago Castro Videla, *El Control Del Congreso Sobre La Actividad Normativa Del Poder Ejecutivo* (Ciudad Autónoma de Buenos Aires: La Ley, 2019) (excerpted translations highlighted in Spanish original) | | |
| PLA-73 | Civil Code of Argentina, Article 2 (excerpted translations highlighted in Spanish original) | | |
| PLA-74 | Law 26,122 | | |
| PLA-75 | Rules for the Commercial Courts of the Federal Capital (excerpted translations highlighted in Spanish) | | |
| PLA-76 | Santos Cifuentes, *Codigo Civil - Comentado y Anotado*, Tomo I (3d ed.) | | |
| PLA-77 | *Pinturas Industriales S.A. c. Compañía Química Chromabyt S.A. s/ ordinario*, Cámara Nacional de Apelaciones en lo Comercial, Sala D (06/09/2016), TR LALEY AR/JUR/62352/2016 | | |
| PLA-78 | Bueres, Alberto J., *Compagnucci de Caso*, art. 509 | | |
| PLA-79 | Jorge Joaquín Llambías, *Mora*, pages *160-161* | | |

| Exhibit No. | Description | Produced at Beg-Bates | Produced at End-Bates |
|---|---|---|---|
| PLA-80 | *Carballido, Luis v. Boquete, Mario re/ Enforcement*, National Court of Appeals in Commercial Matters, Division E (12/30/2021), TR LALEY AR/JUR/215952/2021 | | |
| PLA-81 | *Arauz, Mirta Cristina c. Castiglione, Juan Carlos Antonio*, Camara Nacional de Apelaciones en lo Comercial, Sala B (31/08/2007), TR LALEY AR/JUR/9290/2007 | | |
| PLA-82 | Rafael M. Manóvil & Osvaldo J. Marzorati, *Section IV A: The Protection of Foreign Investment* (Biblioteca Jurfdica Virtual del lnstituto de lnvestigaciones Jurfdicas de la UNAM) | | |