KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
───
(202) 326-7900

FACSIMILE:
(202) 326-7999

July 31, 2023

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007

Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*, No. 15-cv-2739; *Eton Park Capital Management, L.P.* v. *Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

     I write on behalf of Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P., regarding evidence offered during the hearing held from July 26 through 28 in the above-referenced cases.

     On the third day of the hearing, the Republic offered a set of exhibits to which Plaintiffs had previously objected.  *See* Tr. 437.  The Court instructed Plaintiffs that they need not repeat objections raised in their pretrial brief, Dkt. No. 473, and could submit a letter if any of the Republic's proposed exhibits were not addressed there, *see* Tr. 438.  Plaintiffs have reviewed the Republic's list, and Plaintiffs did address all of the proposed exhibits in their pretrial brief.  The Court should exclude them for the reasons stated there.  Further, as noted on the record, *see id*., Plaintiffs offered into evidence their own proposed exhibits addressed in the pretrial briefs, and we understand the Court will rule on the Republic's objections to them as needed.  *See* Dkt. No. 476 (arguing for admission of PX-7, PX-8, PX-40, PX-41, PX-42, and the deposition designations of Diego Pando).

                                                 Respectfully submitted,

                                                 */s/ Andrew E. Goldsmith*
                                                 Andrew E. Goldsmith

cc:   Counsel of Record