# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 7, 2023

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
      New York, NY 10007.

        Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); <u>*Eton Park Capital Mgmt. et al.* v. *Argentine Republic and YPF S.A.*</u>, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

    For purposes of the record, the Republic files herewith the demonstrative slides that it used during its trial presentation (all of which were provided to the Court and counsel for Plaintiffs during the trial):

    Ex. A.   Republic Opening (7/26/2023) (*see* Tr. 25:19-22);

    Ex. B.   Manóvil Direct (7/27/2023) (*see* Tr. 251:8-10);

    Ex. C.   Uslenghi Direct (7/27/2023) (*see* Tr. 299:24-300:3);

    Ex. D.   Harris Direct (7/27/2023) (*see* Tr. 328:20-23);

    Ex. E.   Republic Summation (7/28/2023) (*see* Tr. 493:20-21; 496:18-19).

                            Respectfully,

                            <u>/s/ Robert J. Giuffra, Jr.</u>
                            Robert J. Giuffra, Jr.

cc:    Counsel of Record (via ECF)