**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:15-cv-02739-LAP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 13 2023
```

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand twenty-three.

_____

Argentine Republic, YPF S.A.,

       Petitioners,

v.

Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.,

       Respondents.

_____

**ORDER**

Docket Nos. 16-3510(L), 16-3512(CON)

IT IS HEREBY ORDERED that the above-captioned petitions for leave to appeal are DENIED as moot in light of this Court's opinion dated July 10, 2018 in Docket Nos. 16-3303(L), 16-3304(CON).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/13/2023