# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA, S.A.U. and
PETERSEN ENERGÍA, S.A.U.,

                Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

                Defendants.

ETON PARK CAPITAL MANAGEMENT, L.P.,
ETON PARK MASTER FUND, LTD., and
ETON PARK FUND, L.P.,

                Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

                Defendants.

Case Nos.:

1:15-cv-02739-LAP
1:16-cv-08569-LAP

---

## [PROPOSED] FINAL JUDGMENT

It is hereby, ORDERED, ADJUDGED AND DECREED that Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and together with Petersen, "Plaintiffs") shall recover on their claim for breach of contract from defendant the Argentine Republic (the "Republic") as follows:

1. Petersen shall recover from the Republic _____ which figure is comprised of (i) **$7,533,269,948 in damages**; plus (ii) _____ (representing 8% simple prejudgment interest from May 3, 2012 through the date of the

1

entry of judgment, _____, 2023). Petersen shall also recover post-judgment interest under 28 U.S.C. § 1961, calculated from the date of the entry of this judgment at a rate of 5.42% per annum, computed daily to the date of payment and compounded annually.

    2.    Eton Park shall recover from the Republic _____ which figure is comprised of (i) **$897,752,615 in damages**; plus (ii) _____ (representing 8% simple prejudgment interest from May 3, 2012 through the date of the entry of judgment, _____, 2023). Eton Park shall also recover post-judgment under 28 U.S.C. § 1961, calculated from the date of the entry of this judgment at a rate of 5.42% per annum, computed daily to the date of payment and compounded annually.

It is further ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' other claims against defendant the Argentine Republic, including claims for anticipatory breach, breach of the duty of good faith and fair dealing and promissory estoppel, are dismissed and that all of Plaintiffs' claims against defendant YPF S.A. are dismissed.

The Clerk of Court is directed to enter this judgment and to mark this action closed.

SO ORDERED this ___ day of _____, 2023.

 

_____
LORETTA A. PRESKA
Senior United States District Judge