# Exhibit C

**Summary of Total Damages, Including Prejudgment Interest Through September 14, 2023**
**Following The Court's Findings of Fact and Conclusion of Law Dated September 8, 2023**

|  |  | Petersen [1] | Eton Park [2] | TOTAL [3]=[1]+[2] |
|---|---|---|---|---|
| Tender Offer Price | [A] | $88.35 | $88.35 |  |
| Share Price on April 16, 2012 | [B] | $13.12 | $13.12 |  |
| Damages per Share | [C]=[A]-[B] | $75.23 | $75.23 |  |
|  |  |  |  |  |
| Number of Shares Held on April 16, 2012 | [D] | 100,145,077 | 11,950,000 |  |
| Lost Tender Offer Proceeds | [E]=[C]*[D] | $7,533,803,948 | $898,985,351 |  |
|  |  |  |  |  |
| Less: Dividends Received | [F] | $534,000 | $1,232,735 |  |
| **Tender Offer Damages** | [G]=[E]-[F] | **$7,533,269,948** | **$897,752,615** | **$8,431,022,564** |
|  |  |  |  |  |
| Prejudgment Interest Rate | [H] | 8.00% | 8.00% |  |
| Daily Interest Rate | [I]=[H]/365 | 0.02% | 0.02% |  |
| Days of Interest Since May 3, 2012 | [J] | 4,149 | 4,149 |  |
| Total Prejudgment Interest (stated as a %) | [K]=[I]*[J] | 90.94% | 90.94% |  |
| **Total Prejudgment Interest (stated in $)** | [L]=[G]*[K] | **$6,850,528,661** | **$816,389,173** | **$7,666,917,834** |
|  |  |  |  |  |
| **Total Damages** | [M]=[G]+[L] | **$14,383,798,609** | **$1,714,141,788** | **$16,097,940,398** |

Notes
[A] See PDX-003.7 at column [H]; see also Findings of Fact and Conclusions of Law dated September 8, 2023 at 25 noting "the Court finds that Professor Fischel's calculation of the tender offer price is correct and relies on the price/income ratio required by Formula D."
[B] See PDX-003.7 at column [I]. Note, trading in YPF stock was halted after Argentina announced its expropriation on April 16, 2012, so the price reported is YPF's closing price on April 18, 2012, which was the first day trading of YPF stock resumed.
[D] As of March 28, 2011, Petersen held 60,813,798 (see YPF 2010 20-F at 124) and, on May 24, 2011, Petersen acquired 39,331,279 shares (see YPF Q2 2011 financial statements available on July 29, 2011 at 8); Eton Park shareholdings per EP_000053073.
[F] Petersen dividends received per GP00047985-8046 at 8015; Eton Park dividends received per EP_000053073.
[H] See Findings of Fact and Conclusions of Law dated September 8, 2023 at 15.
[J] Equals the number of calendar days between May 3, 2012 (exclusive) and September 14, 2023 (inclusive) minus two days to remove the two extra calendar days due to leap years in 2016 and 2020.

## Summary of Total Damages, Including Prejudgment Interest Through September 15, 2023
## Following The Court's Findings of Fact and Conclusion of Law Dated September 8, 2023

|  |  | Petersen [1] | Eton Park [2] | TOTAL [3]=[1]+[2] |
|---|---|---|---|---|
| Tender Offer Price | [A] | $88.35 | $88.35 |  |
| Share Price on April 16, 2012 | [B] | $13.12 | $13.12 |  |
| Damages per Share | [C]=[A]-[B] | $75.23 | $75.23 |  |
| Number of Shares Held on April 16, 2012 | [D] | 100,145,077 | 11,950,000 |  |
| Lost Tender Offer Proceeds | [E]=[C]*[D] | $7,533,803,948 | $898,985,351 |  |
| Less: Dividends Received | [F] | $534,000 | $1,232,735 |  |
| **Tender Offer Damages** | [G]=[E]-[F] | **$7,533,269,948** | **$897,752,615** | **$8,431,022,564** |
| Prejudgment Interest Rate | [H] | 8.00% | 8.00% |  |
| Daily Interest Rate | [I]=[H]/365 | 0.02% | 0.02% |  |
| Days of Interest Since May 3, 2012 | [J] | 4,150 | 4,150 |  |
| Total Prejudgment Interest (stated as a %) | [K]=[I]*[J] | 90.96% | 90.96% |  |
| **Total Prejudgment Interest (stated in $)** | [L]=[G]*[K] | **$6,852,179,789** | **$816,585,941** | **$7,668,765,729** |
| **Total Damages** | [M]=[G]+[L] | **$14,385,449,737** | **$1,714,338,556** | **$16,099,788,293** |

Notes

[A] See PDX-003.7 at column [H]; see also Findings of Fact and Conclusions of Law dated September 8, 2023 at 25 noting "the Court finds that Professor Fischel's calculation of the tender offer price is correct and relies on the price/income ratio required by Formula D."

[B] See PDX-003.7 at column [I]. Note, trading in YPF stock was halted after Argentina announced its expropriation on April 16, 2012, so the price reported is YPF's closing price on April 18, 2012, which was the first day trading of YPF stock resumed.

[D] As of March 28, 2011, Petersen held 60,813,798 (see YPF 2010 20-F at 124) and, on May 24, 2011, Petersen acquired 39,331,279 shares (see YPF Q2 2011 financial statements available on July 29, 2011 at 8); Eton Park shareholdings per EP_000053073.

[F] Petersen dividends received per GP00047985-8046 at 8015; Eton Park dividends received per EP_000053073.

[H] See Findings of Fact and Conclusions of Law dated September 8, 2023 at 15.

[J] Equals the number of calendar days between May 3, 2012 (exclusive) and September 15, 2023 (inclusive) minus two days to remove the two extra calendar days due to leap years in 2016 and 2020.

# Summary of Total Damages, Including Prejudgment Interest Through September 16, 2023
## Following The Court's Findings of Fact and Conclusion of Law Dated September 8, 2023

|  |  | Petersen [1] | Eton Park [2] | TOTAL [3]=[1]+[2] |
|---|---|---|---|---|
| Tender Offer Price | [A] | $88.35 | $88.35 |  |
| Share Price on April 16, 2012 | [B] | $13.12 | $13.12 |  |
| Damages per Share | [C]=[A]-[B] | $75.23 | $75.23 |  |
|  |  |  |  |  |
| Number of Shares Held on April 16, 2012 | [D] | 100,145,077 | 11,950,000 |  |
| Lost Tender Offer Proceeds | [E]=[C]*[D] | $7,533,803,948 | $898,985,351 |  |
|  |  |  |  |  |
| Less: Dividends Received | [F] | $534,000 | $1,232,735 |  |
| **Tender Offer Damages** | [G]=[E]-[F] | **$7,533,269,948** | **$897,752,615** | **$8,431,022,564** |
|  |  |  |  |  |
| Prejudgment Interest Rate | [H] | 8.00% | 8.00% |  |
| Daily Interest Rate | [I]=[H]/365 | 0.02% | 0.02% |  |
| Days of Interest Since May 3, 2012 | [J] | 4,151 | 4,151 |  |
| Total Prejudgment Interest (stated as a %) | [K]=[I]*[J] | 90.98% | 90.98% |  |
| **Total Prejudgment Interest (stated in $)** | [L]=[G]*[K] | **$6,853,830,916** | **$816,782,708** | **$7,670,613,625** |
|  |  |  |  |  |
| **Total Damages** | [M]=[G]+[L] | **$14,387,100,865** | **$1,714,535,324** | **$16,101,636,188** |

Notes

[A] See PDX-003.7 at column [H]; see also Findings of Fact and Conclusions of Law dated September 8, 2023 at 25 noting "the Court finds that Professor Fischel's calculation of the tender offer price is correct and relies on the price/income ratio required by Formula D."

[B] See PDX-003.7 at column [I]. Note, trading in YPF stock was halted after Argentina announced its expropriation on April 16, 2012, so the price reported is YPF's closing price on April 18, 2012, which was the first day trading of YPF stock resumed.

[D] As of March 28, 2011, Petersen held 60,813,798 (see YPF 2010 20-F at 124) and, on May 24, 2011, Petersen acquired 39,331,279 shares (see YPF Q2 2011 financial statements available on July 29, 2011 at 8); Eton Park shareholdings per EP_000053073.

[F] Petersen dividends received per GP00047985-8046 at 8015; Eton Park dividends received per EP_000053073.

[H] See Findings of Fact and Conclusions of Law dated September 8, 2023 at 15.

[J] Equals the number of calendar days between May 3, 2012 (exclusive) and September 16, 2023 (inclusive) minus two days to remove the two extra calendar days due to leap years in 2016 and 2020.