# Exhibit D

## Summary of Total Damages, Including Prejudgment Interest Through September 12, 2023
## Following The Court's Findings of Fact and Conclusion of Law Dated September 8, 2023

|  |  | Petersen | Eton Park | Total |
|---|---|---|---|---|
| *Damages Without Pre-Judgment Interest* |  |  |  |  |
| Tender Offer Price (pesos) | [A] | 383.88 | 383.88 |  |
| Number of Shares held on May 3, 2012 | [B] | 100,145,077 | 10,000,000 |  |
| Tender Offer Value (pesos) | [C]=[A]*[B] | 38,443,288,473 | 3,838,759,690 |  |
|  |  |  |  |  |
| Exchange Rate on May 3, 2012 (pesos/dollar) | [D] | 4.428 | 4.428 |  |
| Tender Offer Value on May 3, 2012 (dollars) | [E]=[C]/[D] | $8,681,862,799 | $866,928,566 |  |
|  |  |  |  |  |
| Share Price on May 3, 2012 | [F] | $14.15 | $14.15 |  |
| Value of Shares held on May 3, 2012 | [G] = [B]*[F] | $1,417,052,840 | $141,500,000 |  |
| Lost Tender Offer Proceeds | [H] = [E]-[G] | $7,264,809,959 | $725,428,566 |  |
|  |  |  |  |  |
| Less: Dividends Received | [I] | $534,000 | $1,232,735 |  |
| **Damages Without Pre-Judgment Interest** | **[J]=[H]-[I]** | **$7,264,275,959** | **$724,195,831** | **$7,988,471,790** |
|  |  |  |  |  |
| *Pre-Judgment Interest Rate* |  |  |  |  |
| Prejudgment Interest Rate | [K] | 8.00% | 8.00% |  |
| Days of Interest Since May 3, 2012 | [L] | 4,147 | 4,147 |  |
| **Total Prejudgment Interest (dollars)** | **[M]=[J]*[L]/365*[K]** | **$6,602,729,294** | **$658,244,408** | **$7,260,973,702** |
|  |  |  |  |  |
| **Total Damages** | **[N] = [J]+[M]** | **$13,867,005,253** | **$1,382,440,239** | **$15,249,445,492** |

**Notes:**

[A] See PDX-003.7 at column [F]; 02_Fischel_Summary_Table_Backup.xlsx at sheet 2, cell 11:H.

[B] As of March 28, 2011, Petersen held 60,813,798 (see YPF 2010 20-F at 124) and, on May 24, 2011, Petersen acquired 39,331,279 shares (see YPF Q2 2011 financial statements available on July 29, 2011 at 8); Eton Park shareholdings per EP_000053073.

[D] www.bcra.gob.ar.

[E] See Findings of Fact and Conclusions of Law dated September 8, 2023 at 15-17, holding that date of default was May 3, 2012; Opinion & Order dated March 30, 2023 at 59, holding that "the appropriate measure of damages is the equivalent of such foreign currency in terms of dollars, at the rate of exchange prevailing at the date of breach."

[F] See PDX-003.7 at column [I].

[I] Petersen dividends received per GP00047985-8046 at 8015; Eton Park dividends received per EP_000053073.

[K] See Findings of Fact and Conclusions of Law dated September 8, 2023 at 15.

[L] Equals the number of calendar days between May 3, 2012 (exclusive) and September 12, 2023 (inclusive) minus two days to remove the two extra calendar days due to leap years in 2016 and 2020.