# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:15-cv-02739-LAP <br><br> **[PROPOSED]** <br><br> <u>**JUDGMENT**</u> |

It is ORDERED, ADJUDGED AND DECREED that plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Plaintiffs") shall recover from defendant the Argentine Republic on their claim for breach of contract the amount of **$13,870,189,593**, which figure is comprised of $7,264,275,959 in damages and $6,605,913,634 in prejudgment interest calculated at a rate of 8% simple interest from May 3, 2012 through September 14, 2023; and Plaintiffs shall also be entitled to recover post-judgment interest from the date of entry of this judgment at a rate of 5.42% per annum, computed daily to the date of payment and compounded annually in accordance with 28 U.S.C. § 1961.

It is further ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' other claims against defendant the Argentine Republic, including claims for anticipatory breach, breach of the duty of good faith and fair dealing and promissory estoppel, are dismissed with prejudice.

It is further ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims against defendant YPF S.A. are dismissed with prejudice and judgment is entered in favor of YPF, per the Court's March 30, 2023 opinion and order.

      Each party shall bear its own costs.  The Clerk of Court is directed to enter this judgment and to mark this action closed.

SO ORDERED.

Dated: New York, New York
      September ___, 2023.

                                                       Loretta A. Preska, Senior U.S.D.J.