UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U.*,* AND PETERSEN ENERGÍA, S.A.U., <br><br> *Plaintiffs,* <br><br> v. <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br> *Defendants.* | Civil Action No.: 1:15-cv-02739-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P., <br><br> *Plaintiffs*, <br><br> v. <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br> *Defendants*. | Civil Action No.: 1:16-cv-08569-LAP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Randy M. Mastro, with the law firm of King & Spalding LLP,. admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.

Dated: September 22, 2023
       New York, New York

*/s/ Randy M. Mastro*
Randy M. Mastro
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
rmastro@kslaw.com

*Attorneys for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*