

STATE OF NEW YORK     )
                      )
                      )   ss
                      )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document Declaration.

_____
Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this  6th  day of  October , 20 23 .

_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2027

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
 :
 : Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
 :
v. :
 :
ARGENTINE REPUBLIC and YPF S.A., :
 :
Defendants. :
----------------------------------- x


----------------------------------- x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
 : Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
 :
v. :
 :
ARGENTINE REPUBLIC and YPF S.A., :
 :
Defendants. :
----------------------------------- x

## DECLARATION OF EDUARDO PABLO GUILLERMO SETTI

I, Eduardo Pablo Guillermo Setti, submit the following declaration:

1. I am the Secretary of Finance of the Ministry of Economy of the Argentine Republic ("**the Republic**"), a role that I have held since July 10, 2022.

2. This declaration is made in connection with the Republic's application to stay (the "**Stay Application**"), pending determination of its appeal, enforcement of the final judgment entered in the above-captioned cases on September 15, 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418) (the "**Judgment**").

1

3. The Ministry of Economy has been informed that in the above-captioned cases, the Court has ruled for the Plaintiffs on the issue of whether the Republic breached the tender-offer obligations in the YPF Bylaws in connection with the Republic's partial expropriation of YPF, and ordered that the Republic shall pay money damages that, with prejudgment interest, total approximately US$16.1 billion.

4. I have also been informed that the Republic will appeal the Judgment and will seek a stay of any enforcement of the Judgment pending appeal.

5. In this declaration, I address the Republic's current ability to fund the amount of the Judgment or to secure the Judgment through the issuance of government bonds.

6. The Republic currently does not have the ability to issue public debt on the international capital markets. The last debt issuance in the international market by the Argentine Republic was made in January 2018. Since that date, the Republic has not been able to access such markets at borrowing rates that guarantee the sustainability of the external debt. The ratings of the different ratings agencies are the following:

Moodys as of 9/27/2022 – Ca (stable)
S&P as of 3/29/2023 – CCC- (negative)
Fitch as of 3/24/2023 – C

7. Furthermore, to attempt to raise money with international debt instruments would require a Law of Congress, pursuant to the provisions of Law 27,612. This fiscal year's budget does not provide for any international debt issuance. I cannot say how long it would take to obtain congressional approval for any such issuance or if it would be possible to obtain it.

8. The Federal Government is therefore limited to borrowing on the local market in pesos or through dollar-linked bonds paid in pesos. This financing is used to pay debt maturities and other Treasury expenses provided for in the current budget law.

9. Raising money on the local market requires a joint resolution of the Secretariat of the Treasury and the Secretariat of Finance, which are members of the Coordinating Entity for Financial Information Systems. However, the amount of indebtedness authorized in the current budget cannot be increased without a Law of Congress or a DNU [*Necessity and Urgency Decree*] (which could be rejected by Congress).

10. The local market would not be able to absorb additional net financing of the magnitude required to pay the amount of the Judgment, which, in all events, would require the approval of the Argentine Congress, which issue cannot be specified exactly and could take many months to complete.

11. Given the financial context and credit history of the Republic, I also do not believe that there is any private financial institution with the relevant credentials and background in capital markets that would be willing or able to act as a surety for the Judgment in sustainable conditions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Buenos Aires, Argentina on October 5, 2023.


_____[signature]_____

Eduardo Pablo Guillermo Setti

CORTE DE LOS ESTADOS UNIDOS
DEL DISTRITO SUR DE NUEVA YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA,
S.A.U. y PETERSEN ENERGÍA, S.A.U.,

        Demandantes,

        c.

REPÚBLICA ARGENTINA e YPF S.A.,

        Demandadas.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Caso No.: 1:15-CV-02739 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
y ETON PARK FUND, L.P.,

        Demandantes,

        c.

REPÚBLICA ARGENTINA y YPF S.A.,

        Demandadas.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Caso No.: 1:16-CV-08569 (LAP)

## DECLARACIÓN DE EDUARDO PABLO GUILLERMO SETTI

Yo, Eduardo Pablo Guillermo Setti, presento la siguiente declaración:

1. Soy el Secretario de Finanzas del Ministerio de Economía de la República Argentina ("**la República**"), posición en la que me desempeño desde el 10 de julio de 2022.

2. Esta declaración se realiza en relación con la solicitud de suspensión de la República Argentina (la "**Solicitud de Suspensión**"), hasta tanto se resuelva la apelación, de la ejecución de la sentencia final emitida en los casos arriba mencionados el 15 de septiembre de 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418) (la "**Sentencia**").

1

3. El Ministerio de Economía ha sido informado que, en los casos arriba mencionados, la Corte ha fallado a favor de las Demandantes, con respecto a la cuestión sobre si la República violó las obligaciones de oferta pública de adquisición, contenidas en el estatuto de YPF en relación con la expropiación parcial de YPF llevada a cabo por la República, y ordenó que la República pague una indemnización monetaria que, contando los intereses devengados con anterioridad a la sentencia, alcanza aproximadamente los $16,1 mil millones de dólares.

4. También he sido informado de que la República apelará la Sentencia y solicitará que se suspenda la ejecución de la Sentencia mientras esté pendiente la apelación.

5. En esta declaración, me refiero a la capacidad actual de la República para financiar el monto de la Sentencia o para garantizar la Sentencia mediante la emisión de bonos gubernamentales.

6. La República actualmente no tiene la capacidad de emitir deuda pública en los mercados internacionales de capital. La última emisión de deuda en el mercado internacional por parte de la República Argentina se realizó en enero de 2018. Desde esa fecha, la República no ha podido acceder a dichos mercados a tasas de endeudamiento que garanticen la sostenibilidad de la deuda externa. La calificación de las distintas agencias de calificación crediticia es la siguiente:

Moodys al 27/9/2022 – Ca (estable)
S&P al 29/3/2023 – CCC- (negativa)
Fitch al 24/3/2023 – C

7. Además, para intentar captar dinero con instrumentos de deuda internacional se requeriría de una Ley del Congreso, de conformidad con lo dispuesto en la Ley 27.612. El presupuesto de este año fiscal no prevé ninguna emisión de deuda internacional. No puedo decir cuánto tiempo tomaría obtener la aprobación del Congreso para tal emisión o si sería posible obtenerla.

8. Por lo tanto, el Gobierno Federal se ve limitado a endeudarse en el mercado local en pesos o mediante bonos vinculados al dólar y pagaderos en pesos. Esta financiación se utiliza para pagar los vencimientos de deuda y otros gastos del Tesoro previstos en la actual ley de presupuesto.

9. La captación de dinero en el mercado local requiere de una resolución conjunta de la Secretaría de Hacienda y la Secretaría de Finanzas, integrantes del Órgano Coordinador de los Sistemas de Información Financiera. Sin embargo, el monto de endeudamiento autorizado en el presupuesto actual no puede incrementarse sin una Ley del Congreso o un *Decreto de Necesidad y Urgencia* ("DNU") (que podría ser rechazado por el Congreso).

10. El mercado local no podría absorber un financiamiento neto adicional de la magnitud requerida para pagar el monto de la Sentencia, que, en todo caso, requeriría la aprobación del Congreso argentino, dicha cuestión no puede precisarse con exactitud y podría demorar muchos meses en completarse.

11. Dado el contexto financiero y el historial crediticio de la República, tampoco creo que exista actualmente alguna institución financiera privada con credenciales y antecedentes relevantes en el mercado de capitales que esté dispuesta o pueda actuar como fiador de la Sentencia en condiciones sostenibles.

Declaro bajo pena de falso testimonio según las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto.

Firmado en Buenos Aires, Argentina, el 05 de octubre de 2023.

Eduardo Pablo Guillermo Setti