UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:15-CV-02739 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:16-CV-08569 (LAP)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant the Argentine Republic hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on September 15, 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418), as well as all interlocutory orders and rulings prior to that judgment, including, but not limited to, the opinion and order of September 9, 2016 denying Defendants' motions to dismiss (*Petersen* ECF No. 63); the opinion and order of June 5, 2020 denying Defendants' motion to dismiss pursuant to the doctrine of forum non conveniens (*Petersen* ECF No. 161; *Eton Park* ECF No. 105); the opinion and order of March 31, 2023 addressing the motions for summary judgment (*Petersen* ECF No. 437; *Eton Park* ECF

No. 366); the memorandum and order of May 24, 2023 addressing the Argentine Republic's motion for reconsideration (*Petersen* ECF No. 450; *Eton Park* ECF No. 379); and the findings of fact and conclusions of law of September 8, 2023 (*Petersen* ECF No. 493; *Eton Park* ECF No. 414).

                              Respectfully,

Dated:  October 10, 2023          /s/ Robert J. Giuffra, Jr.
                                      Robert J. Giuffra, Jr.
                                      Sergio J. Galvis
                                      Amanda F. Davidoff
                                      Thomas C. White
                                      Adam R. Brebner

                                      SULLIVAN & CROMWELL LLP
                                      125 Broad Street
                                      New York, New York  10004-2498
                                      Telephone:     (212) 558-4000
                                      Facsimile:      (212) 558-3588

                                      *Counsel for the Argentine Republic*