UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

## NOTICE OF CROSS-APPEAL

      PLEASE TAKE NOTICE that Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered on September 15, 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418), and those orders that, for purposes of appeal, merge into the designated Final Judgment, *see* Fed R. App. P. 3(c)(4), including the Opinion and Order entered on March 31, 2023, granting Defendant YPF's motion for summary judgment against Plaintiffs (*Petersen* ECF

Case 1:15-cv-02739-LAP   Document 509   Filed 10/18/23   Page 2 of 3

No. 437; *Eton Park* ECF No. 366), and the Opinion and Order entered on September 9, 2016, granting in part Defendants' motions to dismiss (*Petersen* ECF No. 63).

Dated: October 18, 2023                     Respectfully submitted,

                                            CLEMENT & MURPHY, PLLC

                                            By:      /s/ Paul D. Clement
                                            Paul D. Clement
                                            C. Harker Rhodes IV*
                                            706 Duke Street
                                            Alexandria, VA 22314
                                            Phone:  (202) 742-8900
                                            Fax:  (202) 742-8895
                                            Email:  paul.clement@clementmurphy.com
                                                        harker.rhodes@clementmurphy.com
                                            *Supervised by principals of the firm who are members of the Virginia bar


                                            KELLOGG, HANSEN, TODD, FIGEL
                                                & FREDERICK, P.L.L.C.

                                            Mark C. Hansen
                                            Derek T. Ho
                                            Andrew E. Goldsmith
                                            1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
                                            Phone:  (202) 326-7900
                                            Fax:  (202) 326-7999
                                            Email:  mhansen@kellogghansen.com
                                                        dho@kellogghansen.com
                                                        agoldsmith@kellogghansen.com


                                            KING & SPALDING LLP

                                            Randy M. Mastro
                                            Israel Dahan
                                            Laura Harris
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            Phone:  (212) 556-2114
                                            Fax:  (212) 556-2222
                                            Email:  rmastro@kslaw.com
                                                        idahan@kslaw.com
                                                        lharris@kslaw.com

2

-and-

Reginald R. Smith
1100 Louisiana Street
Houston, TX 77002
Phone: (713) 751-3200
Fax: (713) 751-3290
Email: rsmith@kslaw.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*