UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>Defendants. | 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are letters seeking pre-motion conferences from Plaintiffs Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (together, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and together with Petersen, "Plaintiffs") and the Argentine Republic (the "Republic"). Plaintiffs request a pre-motion conference concerning a motion

1

pursuant to 28 U.S.C. § 1610(c).  (Dkt. no. 500.)[1]  The Republic requests a pre-motion conference concerning a motion to stay pending appeal.  (Dkt. no. 503.)  Having reviewed the parties' submissions, (dkt. nos. 500, 501, 502, 503, 505, 506), the Court directs the parties to submit full briefing concerning the Republic's request for a stay pending appeal as set out below:

- The Republic's opening brief of no more than 20 pages due October 26, 2023;

- Plaintiffs' opposition brief of no more than 20 pages due November 2, 2023; and

- The Republic's reply brief of no more than 10 pages due by November 7, 2023.

Plaintiffs' request for a pre-motion conference is denied without prejudice to renewal following the Court's decision concerning the Republic's request for a stay.  The Clerk of the Court shall close the open motions at dkt. nos. 500 and 503 in Case Number 15-cv-2739.  The Clerk of the Court shall close the open motions at dkt. nos. 420 and 423 in Case Number 16-cv-8569.

**SO ORDERED.**

Dated:   New York, New York
         October 19, 2023

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

---

[1] All docket references are to the Petersen docket (15-cv-2729).