**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC AND YPF S.A., <br><br> Defendants. | Case Nos. <br><br> 1:15-cv-02739-LAP <br><br> 1:16-cv-08569-LAP |

------------------------------ x

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P.,

        Plaintiffs,

    v.

ARGENTINE REPUBLIC AND YPF S.A.,

        Defendants.

------------------------------ x

## NOTICE OF CONDITIONAL CROSS-CROSS-APPEAL OF DEFENDANT YPF S.A.

NOTICE IS HEREBY GIVEN that Defendant YPF S.A. ("YPF"), on a conditional basis only, cross-cross-appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on September 15, 2023 (*Petersen* ECF No. 498; *Eton Park* ECF No. 418), as well as all orders and rulings that, for purposes of appeal, merge into that final judgment, including, but not limited to, the opinion and order of September 9, 2016 (*Petersen* ECF No. 63);

the opinion and order of June 5, 2020 (*Petersen* ECF No. 161; *Eton Park* ECF No. 105); the opinion and order of March 31, 2023 (*Petersen* ECF No. 437; *Eton Park* ECF No. 366); and the findings of fact and conclusions of law of September 8, 2023 (*Petersen* ECF No. 493; *Eton Park* ECF No. 414).

YPF states that it cross-cross-appeals on a conditional basis only, seeking appellate review only in the event that Plaintiffs cross-appeal the dismissal of their claims against YPF and the Court of Appeals does not affirm the final judgment of this court dismissing all claims against YPF.  Conditional cross-appeal is permitted in the Second Circuit and YPF submits this Notice of Conditional Cross-Cross-Appeal within 14 days following the Notice of Appeal in this case, filed by the Republic of Argentina ("Republic") on October 10, 2023 (*Petersen* ECF No. 504; *Eton Park* ECF No. 424).  The Republic's appeal has been docketed in the United States Court of Appeals for the Second Circuit at Case Nos. 23-7370 and 23-7376.

Dated: October 23, 2023
         New York, New York

                                                    Respectfully Submitted,

                                                    */s/ Mark P. Goodman*
                                                    Mark P. Goodman
                                                    Shannon Rose Selden

                                                    DEBEVOISE & PLIMPTON LLP
                                                    66 Hudson Boulevard
                                                    New York, NY 10001
                                                    (212) 909-6000 (phone)
                                                    (212) 909-6836 (fax)
                                                    mpgoodman@debevoise.com
                                                    srselden@debevoise.com

                                                    *Counsel to Defendant YPF S.A.*