**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

------------------------------- x

Case No.: 1:15-CV-02739 (LAP)

**ARGENTINA'S OBJECTIONS TO PLAINTIFFS' NOTICE OF TAXATION OF COSTS**

Pursuant to Rule 54.1 of the Local Rules of the Southern District of New York, the Argentine Republic hereby objects to Plaintiffs' Notice of Taxation of Costs in the above-captioned action (ECF No. 507).

The Notice of Taxation of Costs is premature and should be rejected on that basis. Local Civil Rule 54.1(a) provides that "[c]osts will not be taxed during the pendency of any appeal." Here, the Republic filed a notice of appeal on October 10, 2023, three days before Plaintiffs filed their Notice of Taxation of Costs. (ECF No. 504.) Accordingly, Plaintiffs' notice should be rejected and Plaintiffs must "file a new notice of taxation of costs" "after the determination of [the] appeal." Local Civ. R. 54.1(a); *see Ahmad* v. *East Ramapo Central School Dist.*, 2018 WL 3222543, at *1 (S.D.N.Y. July 2, 2018) (Seibel, J.) (notice of taxation of costs "stayed in accordance with [Local Rule 54.1(a)]" after filing of notice of appeal).

Additionally, the Republic objects to the costs sought, including because Plaintiffs seek costs not contemplated by Fed. R. Civ. P. 54(a) or Local Rule 54.1(c). For example, Plaintiffs seek "interpreting fees" from Day 2 of the trial, in which Plaintiffs brought an interpreter to "check" the official interpreter, which is not taxable. Plaintiffs also seek costs for five *pro hac*

*vice* admissions applications, which are not taxable. *See Division 1181 Amalgamated Transit Union-New York Emp. Pension Fund* v. *D & A Bus Comp., Inc.*, 270 F.Supp.3d 593, 629 (E.D.N.Y. 2017) (Hurley, J.) (finding that "costs associated with the filing of *pro hac vice* applications are generally not reimbursable").

For the foregoing reasons, Plaintiffs' Notice of Taxation of Costs should be rejected.

Dated: October 25, 2023

                                                                                       Respectfully submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for The Argentine Republic*