**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------------ x


------------------------------------ x
:
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------------ x

**NOTICE OF ARGENTINA'S MOTION FOR A STAY OF ENFORCEMENT**
**OF JUDGMENT PENDING APPEAL WITHOUT BOND**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 62(b), Defendant the Argentine Republic hereby moves, by and through its undersigned attorneys, for an order entering a stay of execution or enforcement of the judgment, entered on September 15, 2023, without requiring that the Republic post a supersedeas bond pending appeal. This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of Argentina's Motion, and the Declaration of Robert J. Giuffra, Jr., and the supporting documents filed therewith.

                                                 Respectfully,

Dated:  October 26, 2023                         */s/Robert J. Giuffra, Jr.*
                                                 Robert J. Giuffra, Jr.
                                                 Sergio J. Galvis
                                                 Amanda F. Davidoff
                                                 Thomas C. White
                                                 Adam R. Brebner

                                               SULLIVAN & CROMWELL LLP
                                               125 Broad Street
                                               New York, New York  10004-2498
                                               Telephone:     (212) 558-4000
                                               Facsimile:      (212) 558-3588

                                               *Counsel for the Argentine Republic*