UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA,                :
S.A.U. and PETERSEN ENERGÍA, S.A.U.,       :
                                           :       Case No.: 1:15-CV-02739 (LAP)
           Plaintiffs,                     :
                                           :
      v.                                   :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
           Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETON PARK CAPITAL MANAGEMENT,              :
L.P., ETON PARK MASTER FUND, LTD.,         :
and ETON PARK FUND, L.P.,                  :
                                           :       Case No.: 1:16-CV-08569 (LAP)
           Plaintiffs,                     :
                                           :
      v.                                   :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
           Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF ROBERT J. GIUFFRA, JR.

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the Republic's Motion for a stay of enforcement of judgment pending appeal without bond.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Declaration of Raúl Enrique Rigo, dated October 5, 2023 | Exhibit 1 |
| Declaration of Eduardo Pablo Guillermo Setti, dated October 5, 2023, with English translation | Exhibit 2 |
| Plaintiffs' First Post-Judgment Requests for Production of Documents from Defendant the Argentine Republic, dated October 16, 2023 | Exhibit 3 |

Executed on October 26, 2023 in New York, New York

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.