UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., <br><br>                    Plaintiffs, <br>           - against - <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br>                    Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P., <br><br>                    Plaintiffs, <br>           - against - <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br>                    Defendants. | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF RANDY M. MASTRO**

Pursuant to 28 U.S.C. § 1746, I, Randy M. Mastro, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

2. The purpose of this Declaration is to submit documents to the Court in support of Plaintiffs' Opposition to the Argentine Republic's Motion to Stay Execution of Judgment Pending Appeal Without Bond.

3. Attached hereto as **Exhibit A** is a true and correct copy of the trial transcript for the above-captioned matter for the proceedings taking place on July 28, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter that I sent on behalf of Plaintiffs to counsel for the Republic of Argentina on October 27, 2023.

5. Attached hereto as **Exhibit C** is a true and correct copy of a letter that I received from counsel for the Republic of Argentina on November 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2023.

_____
Randy Mastro