# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

November 3, 2023

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739
*Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

We write on behalf of Plaintiffs regarding Plaintiffs' Opposition to the Argentine Republic's Motion to Stay Execution of Judgment Pending Appeal (ECF 516 and 436, the "Stay Opposition Filing"), which was filed timely on November 2, 2023, in accordance with this Court's briefing schedule (ECF 510 and 430 at 2).

The accompanying Declaration of Charles W. Calomiris (the "Calomiris Declaration") inadvertently omitted the certification required under 28 U.S.C. § 1746 and included an errant confidentiality designation.  Plaintiffs have corrected the Declaration and now re-submit the Stay Opposition Filing, further to instructions from the Clerk's Office.

Page 2

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro

Cc:     All counsel of record via ECF