UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------- x


------------------------------- x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
------------------------------- x

**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the Republic's Reply in support of its motion for a stay of enforcement of judgment pending appeal without bond.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Law No. 26,425, with certified English translation | Exhibit 4 |
| Article 170 of Law No. 11,672, with certified English translation | Exhibit 5 |
| Article 37 of Law No. 24,156, with certified English translation | Exhibit 6 |

Executed on November 7, 2023 in New York, New York

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.