```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Defendant Argentine Republic's request to extend the December 5 deadlines and the interim stay of enforcement is hereby GRANTED.  Although the Court grants this request, the Court reminds the Republic that, as a condition of the stay of enforcement with minimal security, the Court required the Republic to seek expedited review from the Court of Appeals; it is not a matter of agreement between the parties.

   To accommodate the new administration in Argentina, the Court will allow until January 10, 2024 for the Republic to pledge assets to Plaintiffs, as directed in the Court's November 21 Order [dkt.

no. 453]. Additionally, the Court will allow a one-week extension of the Republic's deadline, to January 30, 2024, to file its opening brief and seek expedited review from the Court of Appeals. The temporary stay of enforcement will remain in effect until the earlier of either (1) the Republic's failure to pledge assets to Plaintiffs by January 10, 2024, or (2) January 30, 2024.

Upon the satisfaction of both conditions, that is, (1) pledging of assets as directed in the November 21 Order, and (2) requesting expedited treatment in the Court of Appeals consistent with the parties' now-amended briefing schedule, by no later than January 30, 2024, the Republic is granted a further stay of enforcement pending appeal.

**SO ORDERED.**

Dated:   November 29, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge