UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSON ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>                    Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P. et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Plaintiffs' renewed "request for an order determining that a 'reasonable period of time' following entry of this Court's September 15 Judgment for the purpose of attaching and executing assets that are subject to the restriction provided in Section 1610(c) of the Foreign Sovereign Immunities Act (the 'FISA,' 28 U.S.C. § 1610(c)) is co-extensive with the temporary stay of enforcement that the Court has ordered pursuant to Federal Rule of Civil Procedure 62(b)."

1

(Dkt. no. 534.) The Court deems this to be Plaintiffs' motion for the relief specified. The Republic shall respond by letter no later than 9:00 a.m. on January 8; Plaintiffs may respond no later than noon on January 9.

SO ORDERED.

Dated:   New York, New York
         January 4, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge