UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>       Plaintiffs,<br><br> - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>       Plaintiffs,<br><br> - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | No. 16 Civ. 8569 (LAP) |

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiffs Petersen Energía Inversora S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. ("Plaintiffs") hereby move for an order: (i) permitting Plaintiffs to file under seal (a) all papers supporting this Motion to Seal (the "Sealing Motion") and (b) all papers relating to their post-judgment motion sought to be sealed (the "Post-Judgment Motion"); (ii) directing that all future papers relating to the Sealing Motion and the Post-Judgment Motion be filed under seal; and (iii) causing all papers filed herewith to be entered into the Court's ECF system under seal.

This Sealing Motion is based on the accompanying Memorandum of Law in Support of Motion to Seal and the Proposed Sealing Order filed herewith.

Dated: April 1, 2024

Respectfully submitted,

KING & SPALDING LLP

By:   /s/ *Randy M. Mastro*
Randy M. Mastro
Laura Harris
Thomas C.C. Childs
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2114
Fax: (212) 556-2222
Email: rmastro@kslaw.com
   lharris@kslaw.com
   tchilds@kslaw.com

-and-

Reginald R. Smith
1100 Louisiana Street
Suite 4100
Houston, TX 77002
Phone: (713) 751-3226
Fax: (713) 751-3290
Email: rsmith@kslaw.com


KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.

Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
Email: mhansen@kellogghansen.com
   dho@kellogghansen.com
   agoldsmith@kellogghansen.com


CLEMENT & MURPHY, PLLC

Paul D. Clement
C. Harker Rhodes IV

706 Duke Street
Alexandria, VA 22314
Phone: (202) 742-8900
Fax: (202) 742-8895
Email:  paul.clement@clementmurphy.com
          harker.rhodes@clementmurphy.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*