UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br> - against - <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P., <br><br> Plaintiffs, <br> - against - <br><br> ARGENTINE REPUBLIC AND YPF, S.A., <br><br> Defendants. | No. 16 Civ. 8569 (LAP) |

## [PROPOSED] SEALING ORDER

Upon consideration of Plaintiffs' Motion to Seal (the "Sealing Motion") and all filings and proceedings related thereto, and upon finding that the public filing of the papers relating to the Sealing Motion and Plaintiffs' Motion for Injunction and Turnover would impede the fair and efficient administration of justice,

**IT IS HEREBY ORDERED THAT** the Sealing Motion is GRANTED.

**IT IS FURTHER ORDERED THAT** Plaintiffs are permitted to file under seal all papers relating to the Sealing Motion and the Motion for Injunction and Turnover; and

**IT IS FURTHER ORDERED THAT** all future papers relating to the Sealing Motion and the Motion for Injunction and Turnover shall be filed under seal; and

**IT IS FURTHER ORDERED THAT** and all papers filed with the Sealing Motion shall be entered into the Court's ECF system under seal; and

**IT IS FURTHER ORDERED THAT** all papers relating to the Sealing Motion and the Motion for Injunction and Turnover shall remain under seal pending further Order of this Court.

**SO ORDERED**.

DATED: _____          _____

                                                                                                 Hon. Loretta A. Preska
                                                                                                  United States District Judge