# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 5, 2024

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
      500 Pearl Street,
        New York, NY  10007.

      Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*,
            No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine*
            *Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

        On behalf of the Argentine Republic, I write regarding Plaintiffs' sealed post-judgment motion filed on April 1, 2024 (as referenced in Plaintiffs' April 1, 2024 motion to seal (*Petersen* ECF No. 544)).  Counsel for the Republic has conferred with counsel for Plaintiffs, who consent to the following briefing schedule with respect to this motion:

        Republic's Opposition:      Due on or before May 16, 2024

        Plaintiffs' Reply:        Due fourteen days after filing of the Republic's Opposition

        Under the default briefing rules for motions, *see* S.D.N.Y. Local Civil Rule 6.1(b), the Republic's opposition would otherwise be due on Monday, April 15, 2024.  There have been no previous extensions of the briefing deadlines for this motion.  The Republic respectfully requests that the Court enter the foregoing briefing schedule.

        Respectfully,

        */s/Robert J. Giuffra, Jr.*
        Robert J. Giuffra, Jr.

cc:      Counsel of Record (via ECF)