

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 11, 2024

<u>BY ECF</u>

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Petersen Energía Inversora S.A.U. et al. v. Argentine Republic et al.,* No. 15 Civ. 2739 (S.D.N.Y.) (LAP)*; Eton Park Capital Mgmt. et al. v. Argentine Republic et al.,* No. 16 Civ. 8569 (S.D.N.Y.) (LAP)

Dear Judge Preska:

We respectfully submit this letter on behalf of YPF S.A. ("YPF") in connection with Plaintiffs' notice of motion to seal [Dkt. No. 544] and memorandum of law in support of that motion [Dkt. No. 545], filed on April 1, 2024.

Unlike the Republic of Argentina, YPF was not granted access to the documents filed under seal. On April 8, YPF's counsel asked Plaintiffs' counsel for a copy of the sealed documents. Today, Plaintiffs' counsel declined this request.

While the Court dismissed Plaintiffs' claims against YPF, the Company is a party to the pending appeals in the Second Circuit and has a continuing interest in reviewing all filings with the Court to determine whether they are relevant to the pending appeals or otherwise relevant to YPF. Given that Plaintiffs' counsel did not provide any assurances that the sealed filings are not relevant to the pending appeals or otherwise relevant to YPF, the Company is left to conclude that they are. Accordingly, given that presumed relevance, and that YPF does not have access to Plaintiffs' brief explaining why sealing might be appropriate, YPF respectfully requests that the Court deny Plaintiffs' sealing request as to the memorandum of law [Dkt. No. 545] and any related filings.

www.debevoise.com

The Honorable Loretta A. Preska 2 April 11, 2024

Respectfully submitted,

*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden

mpgoodman@debevoise.com
srselden@debevoise.com

cc: Counsel of Record (by ECF)