UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>       Plaintiffs,<br><br>- against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>       Plaintiffs,<br><br>- against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>       Defendants. | No. 16 Civ. 8569 (LAP) |

**NOTICE OF MOTION FOR INJUNCTION AND TURNOVER**

PLEASE TAKE NOTICE that Plaintiffs Petersen Energía Inversora S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. hereby move pursuant to Federal Rule of Civil Procedure 69(a)(1), New York Civil Practice Law & Rules § 5225(c), and New York UCC § 8-112(e) for an order requiring Defendant the Argentine Republic ("Argentina") to take the following two steps: (i) transfer its Class D shares of YPF S.A. to a global custody account at Bank of New York Mellon ("BNYM") in New York within 14 days from the date of the Court's order; and (ii) instruct BNYM to initiate a transfer of Argentina's ownership interests in its Class D shares of YPF S.A. to Plaintiffs or their designees within one business day of the date on which the shares are deposited into the account.

This motion is based on the accompanying Memorandum of Law in Support of Motion for Injunction and Turnover, the declaration of Randy M. Mastro, the expert reports of John C. Coffee, Jr. and Nancy M. Lissemore, and the proposed order filed herewith.

Dated: April 1, 2024

Respectfully submitted,

KING & SPALDING LLP

By: _/s/ Randy M. Mastro_
Randy M. Mastro
Laura Harris
Thomas C.C. Childs
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2114
Fax: (212) 556-2222
Email: rmastro@kslaw.com
       lharris@kslaw.com
       tchilds@kslaw.com

-and-

Reginald R. Smith
1100 Louisiana Street
Suite 4100
Houston, TX 77002
Phone: (713) 751-3226
Fax: (713) 751-3290
Email: rsmith@kslaw.com

KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.

Mark C. Hansen
Derek T. Ho
Andrew E. Goldsmith
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
Email: mhansen@kellogghansen.com
       dho@kellogghansen.com
       agoldsmith@kellogghansen.com

2

CLEMENT & MURPHY, PLLC

Paul D. Clement
C. Harker Rhodes IV
706 Duke Street
Alexandria, VA 22314
Phone: (202) 742-8900
Fax: (202) 742-8895
Email:  paul.clement@clementmurphy.com
         harker.rhodes@clementmurphy.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*