UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF RANDY M. MASTRO**

Pursuant to 28 U.S.C. § 1746, I, Randy M. Mastro, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

1

2. The purpose of this declaration is to submit documents in support of Plaintiffs' Motion for Injunction and Turnover in the above-captioned actions.

3. The following documents are attached to this declaration in support of Plaintiffs' Motion for Injunction and Turnover:

4. Attached hereto as **Exhibit 1** is a true and correct copy of YPF's annual report on Form 20-F for the fiscal year ended December 31, 2022. This annual report is dated April 11, 2023, and is publicly available at the following internet address:

https://www.sec.gov/Archives/edgar/data/904851/000119312523097822/d357382d20f.htm.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Quillon Law LLP to Sullivan & Cromwell LLP, dated February 8, 2024.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Sullivan & Cromwell LLP to Quillon Law LLP, dated February 16, 2024.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the article "*Argentina ready to appeal in GDP warrants case*" by Charles Newberry, which was published by LatinFinance and is dated March 26, 2024.

8. Attached hereto as **Exhibit 5** is a true and correct copy of YPF's annual report on Form 20-F for the fiscal year ended December 31, 1993. This annual report is dated May 25, 1994.

9. Attached hereto as **Exhibit 6** is a true and correct copy of YPF's annual report on Form 20-F for the fiscal year ended December 31, 2013. This annual report is dated March 28, 2014, and is publicly available at the following internet address:

https://www.sec.gov/Archives/edgar/data/904851/000119312514119270/d699006d20f.htm.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the minutes of YPF's annual shareholder meeting held on April 28, 2023, in both the original Spanish and with a certified English translation.

11. Attached hereto as **Exhibit 8** is a true and correct copy of the article entitled "*YPF: sale Guillermo Nielsen y entra Pablo Gonzalez*" by Alfredo Zaiat, which was published by Página 12 and is dated January 21, 2021, in both the original Spanish and with a certified English translation. This article is publicly available at the following internet address:

https://www.pagina12.com.ar/318410-ypf-sale-guillermo-nielsen-y-entra-pablo-gonzalez.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the article entitled "*Argentina president-elect picks Horacio Marín to run YPF in run-up to selling state shares*" by Charles Newberry, which was published by S&P Global Insights and is dated November 24, 2023. This article is publicly available at the following internet address:

https://www.spglobal.com/commodityinsights/en/market-insights/latest-news/oil/112423-argentina-president-elect-picks-horacio-marn-to-run-ypf-in-run-up-to-selling-state-shares.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the article entitled "*Argentina's YPF seeks to multiply value on Vaca Muerta output surge*" by Candelaria Grimberg, which was published by Reuters and is dated February 6, 2024. This article is publicly available at the following internet address:

https://www.nasdaq.com/articles/argentinas-ypf-seeks-to-multiply-value-on-vaca-muerta-output-surge-source.

14. Attached hereto as **Exhibit 11** is a true and correct copy of the press release entitled "*YPF in $800 Million Bond Offering and Concurrent Tender Offer*," which was published by

Cleary Gottlieb LLP and is dated January 17, 2024. This press release is publicly available at the following internet address:

https://www.clearygottlieb.com/news-and-insights/news-listing/ypf-in-800-million-bond-offering-and-concurrent-tender-offer.

15. Attached hereto as **Exhibit 12** is a true and correct copy of data from the Luxembourg Stock Exchange website concerning YPF's 9.5% Notes due January 17, 2031. This data was last accessed on March 27, 2024 and is publicly available at the following internet address: https://www.luxse.com/security/US984245AX84/395350.

16. Attached hereto as **Exhibit 13** is a true and correct copy of the report entitled "*2022-2023 Depository Information-Gathering Project: A Report for Clients and Participating Depositories*" published by the Association of Global Custodians and dated January 31, 2023.

17. Attached hereto as **Exhibit 14** is a true and correct copy of the report entitled "*WFC Single Disclosure Report 2020*" prepared by Caja de Valores S.A. The report was published by the World Forum of CSDs and is dated November 2, 2020.

18. Attached hereto as **Exhibit 15** is a true and correct copy of the white paper by The Clearing House entitled "*The Custody Services of Banks*," which is dated July 2016.

19. Attached hereto as **Exhibit 16** is a true and correct copy of the document entitled "*Global Custody Network for the 6-Digit Custody Account*" published by The Bank of New York Mellon and dated November 2, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2024

                                        Respectfully,

                                  By: *[signature]*
                                        Randy M. Mastro