

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 1, 2024

<u>BY ECF</u>

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Petersen Energía Inversora S.A.U. et al. v. Argentine Republic et al.,* No. 15 Civ. 2739 (S.D.N.Y.) (LAP); *Eton Park Capital Mgmt. et al. v. Argentine Republic et al.,* No. 16 Civ. 8569 (S.D.N.Y.) (LAP)

Dear Judge Preska:

    We respectfully submit this letter on behalf of YPF S.A. ("YPF" or the "Company") to request an extension of the Company's time – from May 3 to May 8 – to file its response to Plaintiffs' April 30, 2024 letter requesting a pre-motion conference regarding Plaintiffs' intended motion to compel YPF to produce discovery (*Petersen* Dkt. No. 563; *Eton Park* Dkt. No. 490).

    Under Rule 2.A. of the Court's Individual Practices, YPF's response is currently due on May 3. Because YPF's lead counsel are out of the country on business this week and part of next week, YPF sought Plaintiffs' consent to an extension of that deadline. After conferring, YPF and Plaintiffs agreed to an extension to May 8. This is YPF's first request for an extension of this deadline, and we respectfully request that it be granted.

                                               Respectfully submitted,

                                               <u>/s/ Mark P. Goodman</u>
                                               Mark P. Goodman
                                               Shannon Rose Selden

                                               mpgoodman@debevoise.com
                                               srselden@debevoise.com

    cc:    Counsel of Record (by ECF)