UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U., and PETERSEN ENERGIA S.A.U.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>　　Defendants. | 15 Civ. 2739 (LAP)<br>16 Civ. 8569 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ARGENTINE REPUBLIC AND YPF. S.A,<br><br>　　Defendants. | |

## DECLARATION OF LAURA HARRIS

I, Laura Harris, hereby declare as follows:

1. I am a partner at the law firm of King & Spalding LLP, located at 1185 Avenue of the Americas, 34th Floor, New York, New York, 10036. I am an attorney representing Petersen Energía Inversora, S.A.U., Petersen Energía,

S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P., Plaintiffs in the above-captioned matter.

2. I respectfully submit this Declaration in support of Plaintiffs' reply letter to request a premotion conference regarding Plaintiffs' intended motion to compel YPF S.A. ("YPF") to produce certain documents, and to place before the Court the following exhibits attached hereto.

3. Attached as **Exhibit A** is a true and correct copy of the email from Chelsea Corey to Mark P. Goodman et al. of March 25, 2024 and its attachments titled "YPF Deposition Subpoena" and "YPF Document Subpoena."

4. Attached as **Exhibit B** is a true and correct copy of the Affidavit of Service of Sean LaFleur of March 27, 2024.

5. Attached as **Exhibit C** is a true and correct copy of YPF's SEC Form F-3 of February 29, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2024.

/s/ Laura Harris
Laura Harris