UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:15-CV-02739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case No.: 1:16-CV-08569 (LAP) |

### DECLARATION OF ROBERT J. GIUFFRA JR.

I, Robert J. Giuffra Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the Republic's Opposition to Plaintiffs' motion for injunction and turnover.

2. Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Law 26,741, dated May 3, 2012, English translation (*Petersen* ECF No. 363-72) | Exhibit 1 |
| YPF S.A. SEC Form 20-F for the fiscal year ended December 31, 2023 (Excerpted) | Exhibit 2 |
| Brief for the United States as *Amicus Curiae*, *Levin* v. *Bank of N.Y. Mellon*, 22-624 (2d Cir. Nov. 10, 2022) | Exhibit 3 |
| Brief for the United States as *Amicus Curiae*, *Clearstream Banking S.A.* v. *Peterson*, 17-1529 & 17-1534 (U.S. Dec. 2019) | Exhibit 4 |
| Decree No. 2778/90, dated December 31, 1990, with certified translation | Exhibit 5 |

Executed on May 16, 2024 in New York, New York

*/s/ Robert J. Giuffra Jr.*
Robert J. Giuffra Jr.