# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 16, 2024

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY  10007.

> Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

I write on behalf of Defendant the Argentine Republic. Pursuant to Your Honor's Individual Practice Rule 2(E), the Republic respectfully requests oral argument on the pending motion for injunction and turnover filed by Plaintiffs in the above-captioned actions (*Petersen* ECF No. 555). The Republic believes that oral argument will assist the Court in fully evaluating and resolving this motion.

Respectfully,

*/s/Robert J. Giuffra Jr.*
Robert J. Giuffra Jr.

cc:    Counsel of Record (via ECF)