# Exhibit E

**Filed Provisionally Under Seal**