# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

May 24, 2024

*Via CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
           *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Your Honor:

      Plaintiffs respectfully request a 10-page extension of the page limit for their reply in support of their Motion for Injunction and Turnover (*Petersen* ECF 555). On May 7, 2024, the Court granted the Republic's request to file a 30-page opposition to Plaintiffs' motion. *Petersen* ECF 567. Plaintiffs' reply is due on May 30, 2024. *See Petersen* ECF 549. Plaintiffs request the extension so that they can fully address the issues raised in the Republic's opposition, which was accompanied by three expert declarations and more than 40 exhibits. *See Petersen* ECF 577-581. The Republic has consented to this request.

                                      Respectfully,

                                        */s/ Randy M. Mastro*
                                        Randy M. Mastro

```
Plaintiffs' request for a 10-page extension of the
page limit is granted.  SO ORDERED.

Date:   05/24/2024           Loretta A. Preska
                             _____
                             LORETTA A. PRESKA, U.S.D.J.
```