UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF RANDY M. MASTRO**

Pursuant to 28 U.S.C. § 1746, I, Randy M. Mastro, hereby declare under penalty of perjury as follows:

1.  I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

1

2. The purpose of this declaration is to submit documents in further support of Plaintiffs' Motion for Injunction and Turnover in the above-captioned actions.

3. The following documents are attached to this declaration in further support of Plaintiffs' Motion for Injunction and Turnover:

4. Attached hereto as **Exhibit 1** are true and correct copies of each *Constancia de Acciones* (Proof of Shares) issued by Caja de Valores S.A. for YPF since May 21, 2014.

5. Attached hereto as **Exhibit 2** are true and correct copies of each *Constancia de Acciones* (Proof of Shares) issued by Caja de Valores S.A. for YPF during the period from April 6, 2012 to May 16, 2014.

6. Attached hereto as **Exhibit 3** is a true and correct copy of YPF's annual report on Form 20-F for the fiscal year ended December 31, 2023. This annual report is dated April 25, 2024, and is publicly available at the following internet address:

https://www.sec.gov/ix?doc=/Archives/edgar/data/904851/000119312524114066/d804823d20f.htm

7. Attached hereto as **Exhibit 4** is a true and correct copy of the article entitled "*Milei pide a los empresarios españoles que inviertan en Argentina y les promete 'seguridad jurídica'*" by Eduardo Segovia, which was published by Ok Diario and is dated May 18, 2024, in both the original Spanish and with a certified English translation. This article is publicly available at the following internet address:

https://okdiario.com/economia/milei-pide-empresarios-espanoles-que-inviertan-argentina-les-promete-seguridad-juridica-12849533

8. Attached hereto as **Exhibit 5** is a true and correct copy of extracts of the minutes of the YPF S.A. shareholder meetings held on the following dates: September 13, 2012; April 13, 2013; February 5, 2015; April 29, 2016; and April 28, 2017. These extracts are also attached as Exhibit A to the Fifth Expert Report of John C. Coffee, Jr., dated May 30, 2024.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2024

                                          Respectfully,

                                          By:    /s/ *Randy M. Mastro*
                                                Randy M. Mastro