UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA,
S.A.U.,

                    Plaintiffs,                 15 Civ. 2739 (LAP)

-against-

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND,
LTD., and ETON PARK FUND, L.P.,

                    Plaintiffs,                 16 Civ. 8569 (LAP)

-against-                                            ORDER

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are the Republic's letter-motion seeking
leave to file a sur-reply, (dkt. no. 594), and Plaintiffs'
opposition, (dkt. no. 595).[1]

    The decision whether to grant leave to file a sur-reply is
within the "sound discretion of the court."  Sec. & Exch. Comm'n
v. Ripple Labs, Inc., No. 20 Civ. 10832 (AT), 2022 WL 329211, at *3
(S.D.N.Y. Feb. 3, 2022) (citation omitted).  Because the Republic

---

[1] References to the docket use the docket entry numbers in Civil
Case No. 15-cv-2739 (LAP).

identifies new arguments raised for the first time in Plaintiffs'
reply, (dkt. no. 594 at 1-2), the Republic may file its proposed
sur-reply no later than June 28, 2024.

To the extent that Plaintiffs would like to respond to the
Republic's sur-reply, they are permitted to file a sur-reply no
longer than five pages by July 8, 2024.

The Clerk of the Court is directed to close the open
letter-motion filed at dkt. no. 594 in Civil Case No. 15-cv-2739
and dkt. no. 518 in Civil Case No. 16-cv-8569.

**SO ORDERED.**

Dated:      June 26, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge