# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,<br><br>                      Plaintiffs,<br>  - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>                      Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P.,<br><br>                      Plaintiffs,<br>  - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>                      Defendants. | No. 16 Civ. 8569 (LAP) |

## [PROPOSED] SCHEDULING ORDER

Plaintiffs hereby submit the following proposed schedule for the Argentine Republic's (the "Republic") post-judgment production of documents.

| | |
|---|---|
| Parties to agree a search term and custodian proposal | August 14, 2024 |
| Absent agreement, the Republic and Plaintiffs submit custodian and search term proposals to the Court | August 16, 2024 |
| Republic to Complete Production in Response to Requests Propounded on October 16, 2023 and May 15, 2024 | October 4, 2024 |

_____
LORETTA A. PRESKA
Senior United States District Judge