

<div style="text-align: right">
ANTHONY P. BADARACCO
(212) 415-9354 (direct)
(212) 953-7201 (fax)
badaracco.anthony@dorsey.com
</div>

August 5, 2024

<u>VIA ECF</u>

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
*Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16- cv-8569

Dear Judge Preska:

    I write, on behalf of non-party Banco de la Nación Argentina ("BNA"), regarding Plaintiffs' pre-motion letter filed on Thursday, August 1, 2024 (*Petersen* ECF No. 599). That letter seeks, among other things, to compel BNA to produce additional documents.

    Your Honor's Individual Practices allow for three business days to respond to a pre-motion letter (*Id.* § 2(A)) and require that requests for extensions be submitted at least 48 hours before a scheduled deadline (*Id.* § 1(E)). My firm received an email on August 2, 2024 from Plaintiffs' counsel with a copy of the letter-motion and was not otherwise served.

    BNA requests an extension of its time to respond to the pre-motion letter until Tuesday, August 13, 2024, to permit BNA to respond to various factual issues raised by the pre-motion letter. BNA has not made any previous requests for an extension. The undersigned wrote to Plaintiffs' counsel earlier today to request Plaintiffs' consent to the requested extension but has not received a response as of the time of this filing.

<div style="margin-left: 50%">
Respectfully submitted,

<u>/s/ *Anthony P. Badaracco*</u>
Anthony P. Badaracco
</div>

cc:   All counsel of record (by ECF)