

ANTHONY P. BADARACCO
(212) 415-9354 (direct)
(212) 953-7201 (fax)
badaracco.anthony@dorsey.com

August 5, 2024

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
             *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16- cv-8569

Dear Judge Preska:

    I write, on behalf of non-party Banco de la Nación Argentina ("BNA"), regarding Plaintiffs' pre-motion letter filed on Thursday, August 1, 2024 (*Petersen* ECF No. 599). Earlier today, I submitted a letter requesting an extension of time for BNA to respond and stating that I had not received a response to my request for Plaintiffs' consent to the requested extension (*Peterson* ECF No. 605).

    After I filed the letter, Plaintiffs' counsel wrote to forward me a message from earlier this afternoon indicating that Plaintiffs consent to the requested extension. I did not receive the message until later this evening but would like to correct my previous statement, acknowledge Plaintiffs' counsel's timely response and Plaintiffs' consent, and apologize for the additional correspondence that this misunderstanding necessitated.

    Thank you for the Court's consideration of BNA's consented-to request for an extension until Tuesday, August 13, 2024.

                                                                              Respectfully submitted,

                                                                              /s/ *Anthony P. Badaracco*
                                                                              Anthony P. Badaracco

cc:    All counsel of record (by ECF)