UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

PETERSEN ENERGÍA INVESORA, S.A.U. AND
PETERSEN ENERGÍA, S.A.U.,

                Plaintiffs,

    v.

ARGENTINE REPUBLIC AND YPF S.A.,

                Defendants.

------------------------------------------------------------------

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P.,

                Plaintiffs,

    v.

ARGENTINE REPUBLIC AND YPF S.A.,

                Defendants.

------------------------------------------------------------------- x

Case Nos.

1:15-cv-02739-LAP

1:16-cv-08569-LAP

## [PROPOSED] ORDER TO SHOW CAUSE FOR INTERVENTION

Upon the accompanying Declaration of Mark P. Goodman, executed on the 12th day of August, 2024, together with the exhibits annexed thereto, and the Memorandum of Law in Support of Non-Party YPF S.A.'s ("YPF") Order to Show Cause for Intervention, and all other papers filed in these actions,

1

1010304828

IT IS HEREBY ORDERED, that the above named Plaintiffs show cause before the Hon. Loretta A. Preska, at Room 12A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ _____, at _____, o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to Fed. R. Civ. P. Rule 24, allowing YPF to intervene in this litigation for the limited purpose of contesting Plaintiffs' attempt to pursue recovery from YPF in connection with their September 15, 2023 final judgment against the Argentine Republic, *see* Case No. 15-cv-02739, Dkt. 498, including under an alter ego theory of recovery, because such recovery is barred by res judicata.

IT IS FURTHER ORDERED, that service via electronic filing of a copy of this order, memorandum of law, and annexed declaration upon counsel of record on or before _____ o'clock in the _____, on _____ _____, 2024, shall be deemed good and sufficient service thereof.

IT IS FURTHER ORDERED, that any papers in opposition to the application for intervention shall be served via electronic filing on counsel of record on or before _____ o'clock in the_____, on _____ _____, 2024 and any reply papers shall be served via electronic filing on counsel of record on or before _____ o'clock in the ____, on _____ _____, 2024.

Dated: _____     _____

                                                           Hon. Loretta A. Preska
                                                           United States District Court Judge