UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PETERSEN ENERGÍA INVESORA, S.A.U. AND :
PETERSEN ENERGÍA, S.A.U.,                :
                                         :
                    Plaintiffs,          :
                                         :
          v.                             :  Case Nos.
                                         :  1:15-cv-02739-LAP
ARGENTINE REPUBLIC AND YPF S.A.,         :  1:16-cv-08569-LAP
                                         :
                    Defendants.          :
                                         :
---------------------------------------------------------------------- :

ETON PARK CAPITAL MANAGEMENT, L.P., ETON :
PARK MASTER FUND, LTD. AND ETON PARK     :
FUND, L.P.,                              :
                                         :
                    Plaintiffs,          :
                                         :
          v.                             :
                                         :
ARGENTINE REPUBLIC AND YPF S.A.,         :
                                         :
                    Defendants.          :
                                         :
---------------------------------------------------------------------- x

## [PROPOSED] ORDER TO SHOW CAUSE FOR A PERMANENT INJUNCTION

Upon the accompanying Declaration of Mark P. Goodman, executed on the 12th

day of August, 2024, together with the exhibits annexed thereto, and the Memorandum of

Law in Support of Non-Party YPF S.A.'s ("YPF") Order to Show Cause for a Permanent

Injunction, and all other papers filed in these actions,

IT IS HEREBY ORDERED, that the above named Plaintiffs show cause before

the Hon. Loretta A. Preska, at Room 12A, United States Courthouse, 500 Pearl Street, in

the City, County and State of New York, on _____ _____, at _____,

o'clock, or as soon thereafter as counsel may be heard, why an order should not be

issued, pursuant to Fed. R. Civ. P. Rule 69, granting a PERMANENT INJUNCTION

permanently enjoining Plaintiffs from pursuing recovery from YPF in connection with

their September 15, 2023 final judgment against the Argentine Republic, *see* Case No.

15-cv-02739, Dkt. 498, including under an alter ego theory of recovery, because such

recovery is barred by res judicata.

IT IS FURTHER ORDERED, that service via electronic filing of a copy of this

order, memorandum of law, and annexed declaration upon counsel of record on or before

_____ o'clock in the _____, _____ _____, 2024, shall be deemed good and

sufficient service thereof.

IT IS FURTHER ORDERED, that any papers in opposition to the application for

a permanent injunction shall be served via electronic filing on counsel of record on or

before _____ p.m. on _____ _____, 2024 and any reply papers shall be served

via electronic filing on counsel of record on or before _____ o'clock in the _____, on

_____ _____, 2024.

Dated: _____          _____

                                          Hon. Loretta A. Preska
                                          United States District Court Judge

2

1010235121