

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 12, 2024

<u>VIA ECF</u>

The Honorable Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   *Petersen Energía Inversora S.A.U. et al. v. Argentine Republic et al.*, No. 15 Civ. 2739 (S.D.N.Y.) (LAP); *Eton Park Capital Mgmt. et al. v. Argentine Republic et al.*, No. 16 Civ. 8569 (S.D.N.Y.) (LAP)

Dear Judge Preska:

    Pursuant to Rule 2(D) of the Individual Practices of this Court, we write on behalf of Non-Party YPF S.A. ("YPF") to respectfully request oral argument on the pending Order to Show Cause for a Permanent Injunction filed by YPF in the above-captioned actions.  *See* Order to Show Cause for Perm. Injunction, *Petersen*, Dkt. No. 612; *Eton Park*, Dkt. No. 536.  YPF believes that oral argument will assist the Court in fully evaluating and resolving the Order to Show Cause for a Permanent Injunction.

Respectfully submitted,

*/s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden

cc:   Counsel of Record (by ECF)

1010304925