UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF LAURA HARRIS**

I, Laura Harris, hereby declare as follows:

1. I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

1

2.       I respectfully submit this Declaration in support of Plaintiffs' reply letter to request a pre-motion conference regarding four discovery issues set out in Plaintiffs' letter dated August 1, 2024 to place before the Court the following exhibit attached hereto.

3.       Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the Subpoena Package served by Plaintiffs upon Banco de la Nación Argentina on April 22, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2024.

                                Respectfully,

                                By: /s/ *Laura Harris*
                                    Laura Harris