UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>             Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>             Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>             Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>             Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' request for a premotion conference to discuss several post-judgment discovery issues. (Dkt. no. 599.)[1]  The Republic and Banco de la Nación Argentina ("BNA") oppose.  (Dkt. nos. 620, 623.)  The parties and BNA shall appear for a premotion conference in Courtroom 12A on August 27, 2024 at 10:30 a.m.

---

[1] Docket entry numbers refer to the lead case, Petersen Energía Inversora, S.A.U. v. Argentine Republic, Case No. 15-cv-2739.

The Clerk of the Court is directed to close dkt. no. 599 in Civil Case No. 15-cv-2739 and dkt. no. 523 in Civil Case No. 16-cv-8569.

**SO ORDERED.**

Dated:    August 20, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge