**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                Plaintiffs,<br><br>    - against -<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>                Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                Plaintiffs,<br><br>    - against -<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>                Defendants | No. 16 Civ. 8569 (LAP) |

## SCHEDULING ORDER

Plaintiffs' Proposed Scheduling Order is granted. The Court hereby ORDERS that the

Parties adhere to the following schedule for post-judgment discovery:

| | |
|---|---|
| Parties agree to a search term and custodian proposal | August 23, 2024 |
| Absent agreement, Parties submit their respective custodian and search term proposals to the Court | August 26, 2024 |
| The Republic and its e-discovery vendor provide Plaintiffs with progress reports on the ESI collection process, including identification of the custodians and data affected | September 3, 2024 and every 28 days thereafter until the ESI production is complete |
| Republic completes production of all documents (except ESI data requiring restoration) responsive to requests propounded on October 16, 2023 and May 15, 2024, consistent with the | October 4, 2024 |

| Court's prior orders and the Parties' meet-and-confer engagement | |
| --- | --- |
| Republic begins rolling production of restored ESI documents | November 14, 2024 |
| Republic completes its ESI production | December 14, 2024 |

Date:  08/20/24

_Loretta A. Preska_

LORETTA A. PRESKA
Senior United States District Judge