UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA S.A.U.
and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

15 Civ. 2739 (LAP)

---

ETON PARK CAPITAL MANAGEMENT, L.P.,
ETON PARK MASTER FUND, LTD., and
ETON PARK FUND, L.P.,

        Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

16 Civ. 8569 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of (1) YPF's requests to intervene and to enjoin Plaintiffs' efforts to the extent they seek to hold YPF liable or to attach to YPF's assets, (dkt. nos. 609-18), and (2) Plaintiffs' letter-motion to compel YPF to produce alter ego discovery, (dkt. no. 626).[1]  Plaintiffs and YPF shall appear in Courtroom 12A on September 3, 2024 at 10:00 a.m. for a conference on the above issues.

---

[1] Docket entry numbers refer to the lead case, Petersen Energía Inversora, S.A.U. v. Argentine Republic, Case No. 15-cv-2739.

Additionally, in connection with their letter-motion to compel, Plaintiffs request to file Exhibits D and E of the Harris Declaration under seal. (See dkt. no. 625.) Because Exhibits D and E contain material designated as confidential under the Protective Order, Plaintiffs' request is granted.

The Clerk of the Court is directed to close dkt. nos. 617, 625, and 626 in Civil Case No. 15-cv-2739 and dkt. nos. 541, 549, and 550 in Civil Case No. 16-cv-8569.

**SO ORDERED.**

Dated:   August 20, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge