# KING & SPALDING

1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
www.kslaw.com

Randy M. Mastro
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

August 22, 2024

*Via CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
*Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Your Honor:

    We write to request that the Court reschedule the premotion conference currently scheduled for August 27, 2024 at 10:30 a.m. (Dkt. No. 633) to follow the premotion conference scheduled for September 3, 2024 at 10 a.m. (Dkt. No. 635). Due to unavoidable conflicts, including my confirmation hearing for New York City Corporation Counsel, counsel for Plaintiffs are unavailable on August 27. Plaintiffs have consulted counsel for the Republic and Banco de la Nación Argentina, who do not oppose this request.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro

```
The premotion conference scheduled for August 27, 2024 at
10:30 a.m. is adjourned until September 3, 2024 at 2:30 p.m.
SO ORDERED.

Date:   08/22/2024
                          _____
                          LORETTA A. PRESKA, U.S.D.J.
```