# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

August 27, 2024

*Via CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
      *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Your Honor:

      The Republic's letter about the process leading to competing ESI proposals last evening does not fairly reflect the history of the thorough discussions between the parties. However, unless the Court would like us to respond and provide the full history, we will refrain from doing so and simply ask the Court to engage on the substance of the competing proposals.

      Respectfully submitted,

      */s/ Randy M. Mastro*
      Randy M. Mastro

Cc:   All counsel of record via ECF