UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA,
S.A.U.,

                    Plaintiffs,

-against-                                        15 Civ. 2739 (LAP)

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND,
LTD., and ETON PARK FUND, L.P.,

                    Plaintiffs,                  16 Civ. 8569 (LAP)

-against-                                        ORDER

ARGENTINE REPUBLIC and YPF
S.A.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

        To ensure that Plaintiffs and YPF have adequate time to brief
the issues, and the Court has time to review, the conference
currently scheduled for September 3, 2024 at 10:00 a.m. is
adjourned sine die.  SO ORDERED.

**SO ORDERED.**

Dated:    August 29, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge