UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PETERSEN ENERGÍA INVERSORA,                :
S.A.U. and PETERSEN ENERGÍA, S.A.U.,       :
                                           :   Case No.: 1:15-CV-02739 (LAP)
                 Plaintiffs,               :
                                           :
           v.                              :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
                 Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ETON PARK CAPITAL MANAGEMENT,              :
L.P., ETON PARK MASTER FUND,               :
LTD., ETON PARK FUND, L.P.,                :
                                           :   Case No.: 1:16-CV-08569 (LAP)
                 Plaintiffs,               :
                                           :
           v.                              :
                                           :
ARGENTINE REPUBLIC and YPF S.A.,           :
                                           :
                 Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.; Defendant the Argentine Republic; and non-party Banco de la Nación Argentina ("BNA") hereby stipulate and agree as to a briefing schedule and page limits for letter-briefing[1] on the issues discussed during the September 3, 2024 Court conference:

| September 18, 2024 | The Republic to file 10-page opening letter-brief regarding (i) privacy and deliberative process arguments concerning ESI productions; and |

---

[1] All parties' letter-briefing to be in 14-point type.

|  | (ii) arguments concerning four of Plaintiffs' proposed custodians (Massa, L. Caputo, S. Caputo, Michel).<br><br>Plaintiffs to file 10-page opening letter-brief regarding (i) request for alter ego discovery concerning BNA, Aerolíneas Argentinas, Energía Argentina S.A., and Empresa Argentina de Soluciones Satelitales S.A.; and (ii) arguments concerning three "reserved" custodians (de Pedro, Tombolini, Vitobello). |
|---|---|
| October 2, 2024 | Plaintiffs and the Republic to file 10-page letter-brief responses to opening briefs filed on September 18, 2024.<br><br>BNA to file 3-page letter-brief response to Plaintiffs' opening brief relevant to request for alter ego discovery concerning BNA. |
| October 11, 2024 | The Republic to file a 5-page reply in response to Plaintiff's response brief.<br><br>Plaintiffs to file a 7-page reply in response to the Republic's and BNA's response briefs. |

Plaintiffs and the Republic further stipulate and agree that the Republic will provide responses and objections to the Information Subpoena on September 30, 2024.

Dated: New York, New York
September 9, 2024

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

*/s/ Randy M. Mastro*
Randy M. Mastro

KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222

*Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund*

*/s/ Anthony P. Badaracco*
Anthony P. Badaracco

DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York  10019-6119
Telephone:     (212) 415-9200
Facsimile:      (212) 953-7201

*Counsel for Non-party Banco De La Nacion Argentina*

SO ORDERED this ___ day of September, 2024.

_____

LORETTA A. PRESKA

Senior United States District Judge