UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br>      Plaintiffs, <br><br>- against - <br><br>ARGENTINE REPUBLIC and YPF, S.A., <br><br>      Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br>      Plaintiffs, <br><br>- against - <br><br>ARGENTINE REPUBLIC and YPF, S.A., <br><br>      Defendants | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF LAURA HARRIS**

I, Laura Harris, hereby declare as follows:

1.   I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

2.   I respectfully submit this Declaration in support of Plaintiffs' letter brief in support of their request for (i) discovery concerning the Republic's relationship with Aerolíneas

1

Argentinas S.A. ("Aerolíneas"), Banco de la Nación Argentina ("BNA"), Energía Argentina S.A. ("ENARSA"), and Empresa Argentina de Soluciones Satelitales S.A. ("ARSAT") (collectively, the "State-Owned Entities"); and (ii) discovery from the three custodians on whom the Court reserved ruling: Eduardo de Pedro, Matias Tombolini, and Julio Vitobello.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of a certified English translation of the article by Diego Cabot, *Aerolíneas Argentinas. Cuál es la herencia que La Cámpora le deja al próximo gobierno en la línea aérea*, La Nación (Sept. 19, 2023), available at https://www.lanacion.com.ar/economia/Aerolíneas-argentinas-cual-es-la-herencia-que-la-campora-le-deja-al-proximo-gobierno-en-la-linea-nid18092023/.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of a certified English translation of the article *Cuántos fondos destinó el Gobierno nacional a Aerolíneas Argentinas*, Chequeado (July 20, 2023), available at https://chequeado.com/hilando-fino/cuanto-destino-el-gobierno-nacional-a-Aerolíneas-argentinas/.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of a certified English translation of the article by Diego Cabot, *Aerolíneas: polémica por las pérdidas en un año en el que se debatirá sobre el futuro de la línea aérea*, La Nación (Feb. 27, 2023), available at https://www.lanacion.com.ar/economia/aerolineas-polemica-por-las-perdidas-en-un-ano-en-el-que-se-debatira-sobre-el-futuro-de-la-linea-nid26022023/.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a certified English translation of the article by Andrea Bonzo, *Euforia en el recibimiento al dirigente vinculado a La Cámpora que asumió como presidente de Aerolíneas Argentinas*, Infobae (Dec. 13, 2019) https://www.infobae.com/economia/2019/12/13/euforia-en-el-recibimiento-al-dirigente-vinculado-a-la-campora-que-asumio-como-presidente-de-Aerolíneas-argentinas/.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a certified English translation of the article *Tras el paro de Aerolíneas Argentinas, el Gobierno avisó que no hay plata para aumentos y los gremios amenazan con endurecer las medidas de fuerza*, Clarín (Sept. 14, 2024), available at https://www.clarin.com/politica/gobierno-tenso-relacion-gremios-dijo-partir-lunes-terminan-paros-salvajes-aerolineas-argentinas_0_QzJD66rALc.html.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a certified English translation of the article by Diego Cabot, *Aerolíneas: la gestión de La Cámpora usó dinero de los jubilados para esconder los verdaderos números*, La Nación (Dec. 7, 2023), available at https://www.lanacion.com.ar/economia/Aerolíneas-la-gestion-de-la-campora-uso-dinero-de-los-jubilados-para-esconder-los-verdaderos-numeros-nid06122023/.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a certified English translation of the article by Luis Ceriotto, *Aerolíneas emitió deuda por 100 millones de dólares y la Anses le compró la mitad*, Clarín (Oct. 20, 2023), available at https://www.clarin.com/economia/aerolineas-emitio-deuda-100-millones-dolares-anses-compro-mitad_0_93tzVErtZf.html.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a certified English translation of the article by Andres Sanguinetti, *AA2000 y Aerolíneas acuerdan cancelar millonaria deuda*, iProfesional (Nov. 28, 2022), available at https://www.iprofesional.com/negocios/373516-aa2000-y-aerolineas-acuerdan-cancelar-millonaria-deuda.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a certified English translation of relevant pages of Aerolíneas's financial statements as of June 30, 2023.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a certified English translation of the article *Primer desembolso de la era Milei a Aerolíneas Argentinas: le transfieren subsidos por 67 milliones dólares*, Clarín (July 24, 2024), available at https://www.clarin.com/politica/primer-desembolso-milei-aerolineas-argentinas-transfieren-subsidios-67-millones-dolares_0_1hyrWTrpFf.html?srsltid=AfmBOoqW-YZtKSj6BOvozJU9l_tCqwyaa6KCjWrcQ47QBb1jkjFAhmsf.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a certified English translation of Resolution 130/2023, Official Gazette (Feb. 15, 2023, Annex 1) https://www.boletinoficial.gob.ar/web/utils/pdfView?file=%2Fpdf%2Faviso%2Fprimera%2F281399%2F20230217.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a certified English translation of the article *Quieren comprar aviones de Embraer*, La Nación (Sept. 7, 2008) https://www.lanacion.com.ar/politica/quieren-comprar-aviones-de-embraer-nid1047488/.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a certified English translation of the article *Una millonaria compra a Embraer que involucre a la fábrica de aviones de Córdoba, revelará cómo anda la relación Kirchner-Lula*, Urgente 24 (Aug. 22, 2008) https://urgente24.com/archivo/node/185300.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a certified English translation of Aerolíneas's Articles of Incorporation.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a certified English translation of the 2021 Annual Report and Consolidated Balance Sheet of BNA, available at https://www.bna.com.ar/Downloads/MemoriayBalanceGeneralConsolidado_2021.pdf.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a certified English translation of the Republic's Annual Report on Form 18-K (June 22, 2023), available at https://shorturl.at/pXebE.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a certified English translation of BNA's Charter, available at https://rb.gy/8i7gub.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a certified English translation of Decree 110/2023, Banco de la Nación Argentina Designations, Dec. 28, 2023, available at https://www.argentina.gob.ar/normativa/nacional/decreto-110-2023-395692.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a certified English translation of Decree 123/2024, Banco de la Nación Argentina Designations, Feb. 6, 2024, available at https://www.argentina.gob.ar/normativa/nacional/decreto-123-2024-396430/texto.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a certified English translation of Decree 146/2024, Banco de la Nacion Argentina Designations, Feb. 15, 2024, available at https://www.argentina.gob.ar/normativa/nacional/decreto-146-2024-396657.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a certified English translation of Decree 71/2023, Head of Cabinet Ministers Designations, Dec. 21, 2023, available at https://www.argentina.gob.ar/normativa/nacional/decreto-71-2023-395569.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a certified English translation of Decree 823/2021, Financial Administration and Control Systems of the National Public Sector, Dec. 1, 2021, available at https://www.boletinoficial.gob.ar/detalleAviso/primera/253806/20211202.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a certified English translation of the Nación Seguros S.A. Ownership Chart, available at https://www.nacion-seguros.com.ar/wp-content/uploads/2022/07/NS-Accionistas.pdf.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a certified English translation of the article *Alberto Fernández's assets frozen amid insurance scandal*, Mercopress (Apr. 10, 2024), available at https://en.mercopress.com/2024/04/10/alberto-fernandez-s-assets-frozen-amid-insurance-scandal.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a certified English translation of the transcript of *"Nación Seguros": denuncian a Alberto Fernández*, Television Publica Noticias (Nov. 14, 2023), available at https://www.youtube.com/watch?v=yYCMeUQdZuA.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a certified English translation of the webpage *Quiénes Somos?*, Energía Argentina, available at https://www.energia-argentina.com.ar/index.php/la-empresa/.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Republic of Argentina, 18-K SEC Filing, Ex. D (June 22, 2023), https://www.sec.gov/Archives/edgar/data/914021/000119312523172149/d490244dex99d.htm.

30. Attached hereto as **Exhibit 28** is a true and correct copy of The Republic of Argentina, 18-K SEC Filing, Ex. D (Feb. 26, 2019) https://www.sec.gov/Archives/edgar/data/914021/000119312519051894/d711440dex99d.htm.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a certified English translation of the article *Para evitar que se agrave la crisis del gas, Enarsa compró en directa un*

6

*cargamento de GNL a Petrobras*, Econojournal (May 27, 2024) https://econojournal.com.ar/2024/05/crisis-gas-natural-enarsa-gnl-petrobras-cargamento-escobar/.

32. Attached hereto as **Exhibit 30** is a true and correct copy of a certified English translation of the article by Santiago Spaltro, *El Gobierno destina más subsidios a la energía y la mirada está puesta en si congela las tarifas*, Clarín (May 18, 2024), https://www.clarin.com/economia/gobierno-destina-subsidios-energia-mirada-puesta-congelatarifas_0_c921BkQ16X.html.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a certified English translation of Decree 389/2021, available at https://cl.gy/XDfYf.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a certified English translation of Decree 765/2022, available at https://cl.gy/bMmka.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a certified English translation of the article *Milei pone a un abogado de empresas energéticas al frente de Enarsa*, La Política Online (Dec. 26, 2023), https://www.lapoliticaonline.com/politica/milei-pone-a-un-abogado-de-empresas-energeticas-al-frente-de-enarsa/.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a certified English translation of the article *Juan Carlos Doncel Jones es el nuevo presidente de Enarsa*, Mining Press (Dec. 28, 2023), https://miningpress.com/nota/360010/juan-carlos-doncel-jones-es-el-nuevo-presidente-de-enarsa.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a certified English translation of the article *El agujero energético de Milei: los subsidios a las empresas de energía*

*se disparan a los 3.666 millones en 2023*, Periodico Energía (Feb. 3, 2024), available at https://cl.gy/DGHvz.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a certified English translation of the article *Juan Carlos Doncel Jones fue designado como nuevo presidente de Enarsa*, Econojournal (Dec. 26, 2023), https://econojournal.com.ar/2023/12/doncel-jones-designado-presidente-enarsa/.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a certified English translation of the Argentine Government press release *Argentina volvió a extender el período de transición de las concesiones hidroeléctricas de la Patagonia Norte*, Argentina Government Website (Jan. 19, 2024), https://www.argentina.gob.ar/noticias/argentina-volvio-extender-elperiodo-de-transicion-de-las-concesiones-hidroelectricas-de-la.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a certified English translation of Resolución 67/2022, Energy Secretariat, Ministry of Energy, (Feb. 7, 2022), https://www.boletinoficial.gob.ar/detalleAviso/primera/257278/20220209.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a certified English translation of the Argentine Government press release *Argentina volvió a extender el período de transición de las concesiones hidroeléctricas de la Patagonia Norte*, Argentina Government Website (Jan. 19, 2024), available at https://cl.gy/cEHqc.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a certified English translation of the Argentine Government press release *La CAF desembolsa USD 840 millones para el desarrollo de Argentina*, Argentina Government Website (Mar. 7, 2023),

https://www.argentina.gob.ar/noticias/la-caf-desembolsa-usd-840-millones-para-el-desarrollo-de-argentina.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a certified English translation of Resolution 1/2015,

https://www.argentina.gob.ar/normativa/nacional/resoluci%C3%B3n-1-2015-257084/texto.

44. Attached hereto as **Exhibit 42** is a true and correct copy of Exhibit D to the June 22, 2023 Form 18-K filed by Argentina, available at

https://www.sec.gov/Archives/edgar/data/914021/000119312523172149/d490244dex99d.htm.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a certified English translation of the article by Andrés Sanguinetti, *Javier Milei eligió a un "massista" para controlar Arsat hasta que sea privatizada*, iProfesional (Feb. 16, 2024),

https://www.iprofesional.com/politica/399802-un-massista-controlara-arsat-hasta-que-javier-milei-la-privatice.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a certified English translation of the article *Rodrigo de Loredo renunció como presidente de ARSAT*, Canal AR (Jan. 30, 2018), available at https://www.canalar.com.ar/25471-Rodrigo-de-Loredo-renuncio-como-presidente-de-ARSAT.html.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a certified English translation of the article *La OA denunció a Aguad y De Loredo por abandono de la empresa Arsat*, La Nueva Manana (Feb. 26, 2021), available at

https://lmdiario.com.ar/contenido/276429/la-oa-denuncio-a-aguad-y-de-loredo-por-abandono-dela-empresa-arsat.

48.  Attached hereto as **Exhibit 46** is a true and correct copy of a certified English translation of *Estados Contables, Empresa Argentina de Soluciones Satelitales S.A. (ARSAT) / 01-01-2019 – 31-12-2019*, Argentina Government Website (Mar. 30, 2023) available at https://www.agn.gob.ar/informes/Informe-121-2023.

49.  Attached hereto as **Exhibit 47** is a true and correct copy of a certified English translation of the Argentine Government press release *Interior reunió a más de 60 representantes de empresas, cámaras y gremios del petróleo de todo el país para impulsar el desarrollo de proveedores*, Argentine Government Website (Nov. 8, 2023), available at https://www.argentina.gob.ar/noticias/interior-reunio-mas-de-60-representantes-de-empresas-camaras-y-gremios-del-petroleo-de-todo.

50.  Attached hereto as **Exhibit 48** is a true and correct copy of a certified English translation of the Argentine Government press release *Wado de Pedro: "Argentina tiene que cambiar el chip y generar un modelo productivo a largo plazo priorizando inversions,"* Argentine Government Website (May 23, 2023), available at https://www.argentina.gob.ar/noticias/wado-de-pedro-argentina-tiene-que-cambiar-el-chip-y-generar-un-modelo-productivo-largo.

51.  Attached hereto as **Exhibit 49** is a true and correct copy of a certified English translation of the article by Mara Pedrazzoli, *El gasoducto que marcará un antes y un después*, Página12 (Nov. 30, 2022), available at https://www.pagina12.com.ar/502848-el-gasoducto-que-marcara-un-antes-y-un-despues.

52.  Attached hereto as **Exhibit 50** is a true and correct copy of a certified English translation of the article *El gobierno ratifica el megaproyecto para construir una planta de GNL en Bahía Blanca*, Runrún Energético (Mar. 3, 2023), available at

https://www.runrunenergetico.com/el-gobierno-ratifica-el-megaproyecto-para-construir-una-planta-de-gnl-en-bahia-blanca/.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a certified English translation of the article *YPF y Petronas firman un acuerdo con el objetivo de construir una planta de GNL*, MejorEnergía (Aug. 30, 2022), available at https://www.mejorenergia.com.ar/noticias/2022/08/30/469-ypf-y-petronas-firman-un-acuerdo-con-el-objetivo-de-construir-una-planta-de-gnl.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a certified English translation of the article by Joaquín Múgica Díaz, *"Wado" De Pedro, el líder de La Cámpora que construyó su propio poder bajo el paraguas de Cristina Kirchner*, Infobae (Dec. 6, 2019), available at https://www.infobae.com/politica/2019/12/06/wado-de-pedro-el-lider-de-la-campora-que-construyo-su-propio-poder-bajo-el-paraguas-de-cristina-kirchner/.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a certified English translation of Decree 480/2022, available at https://www.boletinoficial.gob.ar/detalleAviso/primera/268405/20220811.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a certified English translation of the Argentine Government press release, *Sergio Massa anunció la incorporación de los combustibles a Precios Justos*, Argentine Government Website (Nov. 28, 2022), available at https://www.argentina.gob.ar/noticias/sergio-massa-anuncio-la-incorporacion-de-los-combustibles-precios-justos.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a certified English translation of the article by Luciana Glezer, *YPF intervino para bajar el precio del barril criollo*

11

*a modo de aporte ante la escalada de precios*, La Política Online (May 10, 2023), available at https://www.lapoliticaonline.com/energia/ypf-intervino-para-bajar-el-precio-del-barril-criollo-como-aporte-ante-la-escalada-inflacionaria/.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a certified English translation of the webpage *Desabastecimiento, congelamiento de precios y restricciones*, FECAC (Aug. 25, 2023), available at https://www.fecac.org.ar/desabastecimiento-congelamiento-de-precios-y-restricciones/.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a certified English translation of the webpage *Estaciones de servicio evalúan cerrar durante la noche en protesta por el congelamiento de combustibles*, Cecha (Aug. 25, 2023), available at http://cecha.org.ar/site/index.php/2023/08/25/estaciones-de-servicio-evaluan-cerrar-durante-la-noche-en-protesta-por-el-congelamiento-de-combustibles/.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a certified English translation of the webpage *Secretaria General – Presidencia de la Nación Administración Central*, Mapa del Estado, available at https://mapadelestado.jefatura.gob.ar/ministerios/Presidencia-de-la-Naci%C3%B3n/3/detalle.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a certified English translation of the article *Cristina Kirchner dejó al actual gobierno una deuda por el uso de dos aviones de YPF para viajar a Santa Cruz*, La Nación (Jan. 18, 2024), available at https://www.lanacion.com.ar/politica/cristina-kirchner-dejo-al-actual-gobierno-una-deuda-por-el-uso-de-dos-aviones-de-ypf-para-viajar-a-nid18012024/.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a certified English translation of the article *Deciden si reabren la causa contra Cristina Kirchner por el uso de aviones oficiales para viajes privados*, Clarín (Jan. 24, 2024), available at https://www.clarin.com/politica/deciden-reabren-causa-cristina-kirchner-uso-aviones-oficiales-viajes-privados_0_BJWvdbMqVm.html?srsltid=AfmBOopjyAGYzxg7Kf4sMz7GjawCSWhNvY3XPzS2hPdnUaoQK5fWoOu8#google_vignette.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a certified English translation of the General Budget of the National Administration, Fiscal Year 2025 (Sept. 2024).

64. Attached hereto as **Exhibit 62** is a true and correct copy of a certified English translation of Law 24,156, enacted on October 26, 1992.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2024.

By: /s/ *Laura Harris*
Laura Harris