UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
PETERSEN ENERGÍA INVESORA, S.A.U. AND
PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC AND YPF S.A.,

        Defendants.

------------------------------------------------------------------------

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC AND YPF S.A.,

        Defendants.

------------------------------------------------------------------------ x

Case Nos.
1:15-cv-02739-LAP
1:16-cv-08569-LAP

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration dated September 19, 2024, I, Carl Riehl, hereby move this Court pursuant to Local Rule 1.4 for an Order permitting my withdrawal as counsel for YPF S.A. in the above-captioned actions. I hereby respectfully move for leave to withdraw because I am leaving Debevoise. Other Debevoise attorneys have appeared and will continue to represent YPF S.A.

As indicated in the attached certificate of service, this motion is being served on all parties through their counsel of record, and a copy has been served on YPF. Accordingly, I respectfully request that the Court allow me to withdraw as counsel for YPF S.A.

Dated: September 19, 2024
      New York, New York

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP

*/s/ Carl Riehl*
Carl Riehl
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
criehl@debevoise.com

*Counsel to YPF S.A.*

## CERTIFICATE OF SERVICE

I, Carl Riehl, hereby certify that, on September 19, 2024, I served copies of the within Motion to Withdraw as Counsel by e-mail to Debevoise's client, YPF S.A., in this action at the following email addresses:

- ignacio.zapiola@ypf.com;
- micaela.deramo@ypf.com; and
- asis.frasette@ypf.com.

I further certify that, on September 19, 2024, I electronically served the foregoing pleading on all counsel of record in this action using the CM/ECF system because all participants in the case are registered CM/ECF users.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2024
   New York, New York

*/s/ Carl Riehl*
Carl Riehl