UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVESORA, S.A.U. AND : 
PETERSEN ENERGÍA, S.A.U., :
: 
        Plaintiffs, :
:
    v. : Case Nos.
: 1:15-cv-02739-LAP
ARGENTINE REPUBLIC AND YPF S.A., : 1:16-cv-08569-LAP
:
        Defendants. :
:

---

ETON PARK CAPITAL MANAGEMENT, L.P., :
ETON PARK MASTER FUND, LTD. AND ETON :
PARK FUND, L.P., :
:
        Plaintiffs, :
:
    v. :
:
ARGENTINE REPUBLIC AND YPF S.A., :
:
        Defendants. :
:

---

## DECLARATION OF CARL RIEHL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Carl Riehl, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of this Court and Counsel at Debevoise & Plimpton LLP, counsel to YPF S.A. in the above-captioned actions.

2. I submit this declaration in compliance with Local Rule 1.4 to notify the

1

Court that I am withdrawing as counsel because I am withdrawing from my practice at Debevoise & Plimpton LLP.

3. Mark P. Goodman and Shannon Rose Selden, along with others from Debevoise & Plimpton, will continue to represent YPF S.A. in this proceeding, so my withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

5. Based on the foregoing, it is respectfully requested that I be permitted to withdraw as counsel from these actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on
September 19, 2024

          Respectfully Submitted,

          DEBEVOISE & PLIMPTON LLP

          */s/ Carl Riehl*
          Carl Riehl
          66 Hudson Boulevard
          New York, NY 10001
          (212) 909-6000 (phone)
          (212) 909-6836 (fax)
          criehl@debevoise.com

          *Counsel to YPF S.A.*