UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- x
PETERSEN ENERGÍA INVESORA, S.A.U. AND    :
PETERSEN ENERGÍA, S.A.U.,                :
                                         :
              Plaintiffs,                :
                                         :
         v.                              :   Case Nos.
                                         :   1:15-cv-02739-LAP
ARGENTINE REPUBLIC AND YPF S.A.,         :   1:16-cv-08569-LAP
                                         :
              Defendants.                :
                                         :
-------------------------------------------------------------------- :
ETON PARK CAPITAL MANAGEMENT, L.P.,      :
ETON PARK MASTER FUND, LTD. AND ETON     :
PARK FUND, L.P.,                         :
                                         :
              Plaintiffs,                :
                                         :
         v.                              :
                                         :
ARGENTINE REPUBLIC AND YPF S.A.,         :
                                         :
              Defendants.                :
                                         :
-------------------------------------------------------------------- x
```

**ORDER GRANTING MOTION TO WITHDRAW**

Upon consideration of the Motion to Withdraw of Carl Riehl as Counsel for YPF S.A., the Declaration of Carl Riehl, and for good cause shown,

IT IS SO ORDERED that the Motion to Withdraw of Carl Riehl as Counsel for YPF S.A., is GRANTED, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove

1

Carl Riehl from all future ECF notifications in these actions.

Dated: 09/20/2024

*Loretta A. Preska*

Hon. Loretta A. Preska
United States District Court Judge