**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>               Plaintiffs,<br><br>  - against -<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>               Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>               Plaintiffs,<br><br>  - against -<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>               Defendants | No. 16 Civ. 8569 (LAP) |

## DECLARATION OF LAURA HARRIS

I, Laura Harris, hereby declare as follows:

1.      I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

1

2.      I respectfully submit this Declaration to place before the Court the following document in support of Plaintiffs' request that the Court modify the current Protective Order consistent with Plaintiffs' proposed revisions.

3.      Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a letter from Enyo Law LLP to Quillon Law LLP dated September 25, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2024.

Respectfully,


By:    <u>/s/ *Laura Harris*    </u>
Laura Harris