UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants | No. 16 Civ. 8569 (LAP) |

**DECLARATION OF LAURA HARRIS**

I, Laura Harris, hereby declare as follows:

1. I am a member of the bar of this Court, a partner at the law firm King & Spalding LLP in New York, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

1

2. I respectfully submit this Declaration in support of Plaintiffs' reply letter regarding several discovery issues set out in the letters submitted by the Republic and Banco de la Nación Argentina dated October 2, 2024, to place before the Court the following exhibits attached hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a certified English translation of Luis Caputo's X post dated October 8, 2024, available at https://x.com/LuisCaputoAR/status/1843766392039854583.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a certified translation of the article *Argentina's largest bank aims for a market comeback*, Bloomberglinea (October 9, 2024), available at https://www.bloomberglinea.com/2024/10/09/el-banco-mas-grande-de-argentina-quierevolver-a-losmercados/#:~:text=El%20Banco%20Naci%C3%B3n%20puso%20en%20marcha%20un%20plan,de%20capital%20por%20primera%20vez%20en%2030%20a%C3%B1os.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2024.

              Respectfully,

            By:  /s/ *Laura Harris*
                Laura Harris