# EXHIBIT 1

Post

totocaputo
@LuisCaputoAR

Today the President @JMilei asked me to close branches of Banco Nación in municipalities that insist on abusing their neighbors by imposing unjustified municipal tax rate hikes, which they are also concealing in national services.
I have already spoken with the president of Banco Nación, Daniel Tillard, who will be responsible for implementing this measure.
All of us Argentines are making an enormous effort to move the country forward, but a large part of politics still want to cling to the model of "privileges for the few and poverty for the many" in effect over the past 20 years.
The Argentine people voted for a change, and it is our duty to comply with their mandate.


Source: https://x.com/LuisCaputoAR/status/1843766392039854583

**THE STATE OF TEXAS**        }

                             }

**COUNTY OF FORT BEND**   }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1.  "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2.  I speak, read, and write fluently in both the English and Spanish languages.

3.  I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts.

I hereby certify that the Spanish to English translation attached hereto: "*X Post by Luis Caputo, dated October 8, 2024*" is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____

MARIA C. SANCHEZ

Sworn to before me this 9th of October, 2024

_____

Notary Public in and for the State of Texas

My commission expires: ____8/4/2027____

CARLOS LAFEE
MY COMMISSION EXPIRES
AUGUST 4, 2027
NOTARY ID: 131838751

Certified Translations.713.444.5964

← **Post**

 **totocaputo** ☑
@LuisCaputoAR                                                    ...

Hoy el Presidente @JMilei me pidió que cerráramos las sucursales del
Banco Nación de aquellos municipios que insisten con abusar de sus
vecinos mediante subas de tasas municipales injustificadas, que
además esconden en servicios nacionales.
Ya he hablado con el presidente del Banco Nación, Daniel Tillard, quién
será el encargado de llevar adelante esta medida.
Estamos todos los argentinos haciendo un esfuerzo enorme por sacar al
país adelante, pero hay todavía una buena parte de la política que quiere
aferrarse al modelo de "privilegios para pocos y pobreza para muchos"
de los últimos 20 años.
El pueblo argentino votó un cambio, y es nuestro deber cumplir con su
mandato. 🇦🇷🇦🇷🇦🇷

Fuente: https://x.com/LuisCaputoAR/status/1843766392039854583