# **EXHIBIT 2**

# Argentina's largest bank aims for a market comeback

Banco Nación has launched a plan to return to the international capital markets for the first time in 30 years. In addition, it aims to reduce its workforce by 6%.

[Image]
Argentina's Economy Caps Strong Second Half With December Rebound Iconic headquarters of Banco Nación, across from the presidential palace in Buenos Aires.(Photograph by: Sarah Pabst/Bloomber/Sarah Pabst)

By Ignacio Olivera Doll
October 09, 2024 | 12:30 PM

The **new president of Argentina's largest bank** has launched his plan to reorganize the institution, adopting an austerity style similar to that promoted by Javier Milei for government sectors, and **to return to the international capital markets for the first time in 30 years.**

**Daniel Tillard**, an experienced banker, **was appointed by Milei in December to transform Banco de la Nación**, the government-owned entity that holds two and a half times the assets of its closest competitor in Argentina, Banco Galicia. The executive is eager to make quick progress.

First, **his plan is to eliminate 1,000 jobs this year**, which represents **6% of the bank's total workforce**, as part of Milei's government-wide adjustment plan. His team **has been working in recent months to clean up a balance sheet burdened by bad loans.** Its objective is to adopt a public-private banking model similar to that of Banco do Brasil, where the national government owns half of the entity.

These are all **steps toward a return to the markets**—a small gesture of Argentina's effort to attract international investment following the restructuring of its sovereign debt in 2020.

"**We will do whatever is possible** under the circumstances. **First, a debt issuance in the local capital market, and then an international one**," Tillard, 67, told Bloomberg News, without elaborating on when or how much debt he would seek to sell or at what interest rate. "**Our goal is to emulate the Banco do Brasil model**," he added.

**Tillard and Milei had to temper some of their ambitions** earlier this year when **opposition legislators compelled the government to remove Banco Nación from the list of government-owned companies slated for privatization.** Now, the government is no longer explicitly discussing the privatization of the bank, nor is it seeking a private partner or planning a public offering of shares; instead, it is focused on securing financing through debt issuance.

**Banco Nación last issued bonds in the international markets in early 1993.** The issuance was a three-year bond worth US$150 million, with a coupon rate of 9% per annum.



[Image: The ten largest banks in Argentina. The assets held by each bank. Source: Banco Central de Argentina. Note: Data up to July 31, reflecting the value of cash with liquidation, prior to considering Banco Galicia's acquisition of HSBC.]

Founded in 1891, the bank is woven into the fabric and volatile identity of Argentina. Its monumental headquarters is situated directly across from the Casa Rosada, the presidential palace in Buenos Aires, symbolizing the ambitions the country held a century ago.

**The solvency of the government-owned bank has been threatened throughout its 133 years** by the mismanagement of military, populist, and conservative governments. The **most recent blow** came from the agricultural company **Vicentin, which borrowed over US$300 million from the entity shortly before defaulting in 2019**.

**Tillard takes pride in having implemented a similar transformation** during his eight years as president of BanCor, the government-owned bank in the province of

Córdoba. **Under his tenure, BanCor reduced its workforce from 2,700 to 2,000 employees and tripled the number of savings accounts**, according to central bank data. The return on assets rose from 1.9% to 2.7% during his tenure.

Banco Nación invests only half as much as its competitors in technological development, and Tillard aims for the bank to be better prepared as lending grows at a double-digit rate. Argentine banks have started offering mortgage loans in recent months for the first time in six years.

"**We need to turn to the capital markets for additional financing to expand our lending and close the technology gap with our competitors**," Tillard argued.

[Image]

The iconic headquarters of Banco Nación, located across from the presidential palace in Buenos Aires. Photograph by: Sarah Pabst/Bloomberg

Tillard maintains that his IPO hopes are not permanently dashed. "It's feasible to pursue, but it depends on congressional approval. If it needs to be done, it will be done eventually," he says.

Seven months ago, his bank hired the Argentine law firm Liendo & Asociados to convert it into a limited company structure, a type of organization that limits shareholders' liability to the capital they contributed. The new project aims to amend the company's bylaws, address organizational deficiencies, and prevent errors in the loans it grants, among other objectives.

Still, **Tillard's ultimate goal is for the entity to mirror its Brazilian counterpart.** Banco do Brasil is a publicly traded institution controlled by the federal government, which owns approximately 50% of its shares. It is the second-largest bank in Latin America, with 3,980 branches and nearly 20 subsidiaries across 15 countries.

"**If you see something is successful, you try to emulate it**," Tillard said.

©2024 Bloomberg L.P.

Source: https://www.bloomberglinea.com/2024/10/09/el-banco-mas-grande-de-argentina-quiere-volver-a-los-mercados/#:~:text=El%20Banco%20Naci%C3%B3n%20puso%20en%20marcha%20un%20plan,de%20capital%20por%20primera%20vez%20en%2030%20a%C3%B1os.

THE STATE OF TEXAS        }
                          }
COUNTY OF FORT BEND       }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Maria C. Sanchez, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts.

I hereby certify that the Spanish to English translation attached hereto: "*Argentina's largest bank wants to return to the markets*" is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this 10th of October, 2024

_____
Notary Public in and for the State of Texas
My commission expires: 8/4/2027

CARLOS LAFEE
MY COMMISSION EXPIRES
AUGUST 4, 2027
NOTARY ID: 131838751

Certified Translations.713.444.5964

# El banco más grande de Argentina quiere volver a los mercados

El Banco Nación puso en marcha un plan para regresar a los mercados internacionales de capital por primera vez en 30 años. Además, buscará recortar el 6% de su plantilla



Argentina's Economy Caps Strong Second Half With December ReboundEmblemática sede del Banco Nación frente al palacio presidencial de Buenos Aires.(Fotógrafo: Sarah Pabst/Bloomber/Sarah Pabst)

Por **Ignacio Olivera Doll**
09 de octubre, 2024 | 12:30 PM

El **nuevo presidente del banco más grande de Argentina** puso en marcha su plan para reordenar la institución, con un estilo de austeridad similar al que Javier Milei promueve para las áreas de Gobierno, y **regresar a los mercados internacionales de capital por primera vez en 30 años**.

**Daniel Tillard**, un experimentado banquero, fue **nombrado por Milei en diciembre para transformar el Banco de la Nación**, la entidad estatal que tiene dos veces y media los activos de su siguiente competidor en Argentina, el Banco Galicia. El ejecutivo no quiere perder tiempo.

En primer lugar, **su plan consiste en recortar este año 1.000 puestos de trabajo**, es decir, el **6% de la plantilla total del banco**, como parte del plan de ajuste que Milei impulsa en todo el gobierno. Su equipo **trabajó en estos meses para sanear un balance cargado de malos préstamos**. Y su objetivo es adoptar

un modelo de banca público-privada como el Banco do Brasil, en que el Estado nacional posee la mitad de la entidad.

Todos estos **son pasos hacia el regreso a los mercados** —una pequeña muestra del intento de Argentina de atraer inversiones internacionales tras la reestructuración de su deuda soberana en 2020.

"**Vamos a hacer lo que sea posible** de acuerdo a las circunstancias. **Primero, una emisión de deuda en el mercado de capitales local; y luego, una internacional**", dijo Tillard, de 67 años, a Bloomberg News, sin dar detalles sobre cuándo o cuánta deuda buscaría vender o a qué tasa de interés. **"Nuestra aspiración es imitar el modelo del Banco do Brasil"**, sostuvo.

**Tillard y Milei tuvieron que moderar algunas de sus ambiciones** a principios de este año cuando los legisladores de la **oposición obligaron al gobierno a retirar al Banco Nación de la lista de empresas estatales que serían privatizadas**. Ahora, el gobierno ya no habla explícitamente de la privatización del banco, ni de buscar un socio privado ni de lanzar una oferta pública de acciones, sino de buscar financiación mediante la emisión de deuda.

**El Banco Nación emitió bonos por última vez en los mercados internacionales a principios de 1993**. La emisión fue de US$150 millones a tres años con un cupón del 9% anual.



[Imagen: Los diez bancos más grandes de Argentina. Activo de cada banco. Fuente: Banco central de Argentina. Nota: Datos hasta el 31 de julio al valor del contado con liquidación, previos a considerar compra del Banco Galicia sobre el HSBC.]

Fundado en 1891, el banco forma parte de la estructura y la volátil identidad de Argentina: su monumental sede se encuentra justo frente a la Casa Rosada, el palacio presidencial de Buenos Aires, y muestra las ambiciones que tenía el país hace un siglo.

**La solvencia del banco estatal se vio amenazada a lo largo de sus 133 años** por la mala gestión de gobiernos militares, populistas y conservadores. El **golpe más reciente** fue el de la empresa agropecuaria **Vicentin, que tomó prestados más de US$300 millones de la entidad poco antes de caer en default, en 2019.**

**Tillard se jacta de haber implementado una transformación** similar en sus ocho años como presidente de BanCor, el banco estatal de la provincia de Córdoba. **Bajo su mandato, BanCor redujo su número de empleados de 2.700 a 2.000, y triplicó el número de cuentas de ahorro**, según datos del banco central. El retorno sobre los activos de esa entidad aumentó de 1,9% a 2,7% durante su mandato.

El Banco Nación invierte la mitad que sus competidores en desarrollo tecnológico y Tillard quiere que esté mejor preparado, en un momento en que el otorgamiento de créditos crece a un ritmo de dos dígitos. Los bancos argentinos empezaron a ofrecer préstamos hipotecarios en los últimos meses por primera vez en seis años.

"**Tenemos que acudir al mercado de capitales en busca de financiación adicional para profundizar nuestros préstamos**" y cerrar la brecha tecnológica con los competidores, sostuvo Tillard.



Emblemática sede del Banco Nación frente al palacio presidencial de Buenos Aires. Fotógrafo: Sarah Pabst/Bloomberg

Tillard dice que sus esperanzas de salida a bolsa no han terminado para siempre. "Es factible hacerla, pero depende de la aprobación del Congreso. Si hay que hacerlo, se hará en algún momento", afirma.

Hace siete meses, su banco contrató al bufete argentino Liendo & Asociados para transformarse en una sociedad limitada, un tipo de organización que limita la responsabilidad de los accionistas al capital que aportaron. El nuevo proyecto busca modificar los estatutos de la sociedad, mejorar las deficiencias de la organización y evitar errores en los préstamos que concede, entre otras cosas.

Aun así, **el objetivo final de Tillard es que la entidad se parezca a su par brasileño**. El Banco do Brasil es una institución privada que cotiza en bolsa y está controlada por el gobierno federal, que posee aproximadamente el 50% de las acciones. Es el segundo banco de América Latina, con 3.980 sucursales y casi 20 filiales en 15 países.

"**Si ves que algo tiene éxito, tratas de imitarlo**", dijo Tillard.

©2024 Bloomberg L.P.

Fuente: https://www.bloomberglinea.com/2024/10/09/el-banco-mas-grande-de-argentina-quiere-volver-a-los-mercados/#:~:text=El%20Banco%20Naci%C3%B3n%20puso%20en%20marcha%20un%20plan,de%20capital%20por%20primera%20vez%20en%2030%20a%C3%B1os.