# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

November 8, 2024

*By CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739;
*Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Your Honor:

We write with respect to the Statement of Interest submitted by the United States on November 6. *See Petersen* ECF No. 679; *Eton Park* ECF No. 601. Plaintiffs request leave to file a five-page, single-spaced letter response to the Statement of Interest on or before November 15.

Respectfully,

/s/ Randy M. Mastro
Randy M. Mastro

---

```
Plaintiffs' request to file the above-referenced response is
granted.  The Clerk of the Court shall close dkt. no. 680 in
Case No. 15-cv-2739 and dkt. no. 602 in Case No. 16-cv-8569.
SO ORDERED.

Date:  11/12/24                     _____
                                    LORETTA A. PRESKA, U.S.D.J.
```