UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

------------------------------x

Case No.: 1:15-CV-02739 (LAP)

------------------------------x

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.

------------------------------x

Case No.: 1:16-CV-08569 (LAP)

## ORDER

      The Court hereby ORDERS that the Parties adhere to the following schedule for post-judgment discovery:

| | |
|---|---|
| Republic begins rolling production of restored ESI documents | December 18, 2024 |
| Republic completes its ESI production | February 18, 2025 |

SO ORDERED this 13th day of November, 2024.

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge