UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                Defendants. | 16 Civ. 8569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are three issues regarding (1) Plaintiffs' motion for an injunction and turnover of the Republic's 51% interest in YPF's Class D shares, (dkt. no. 555);[1] (2) YPF's order to show cause for intervention and to enjoin Plaintiffs' post-judgment proceedings on res judicata grounds, (dkt. nos. 609-10, 612-13), as well as Plaintiffs' motion to compel production from YPF, (dkt. no. 626); and (3) the parties'

---

[1] References to the docket refer to the lead case, Petersen Energía Inversora, S.A.U. v. Argentine Republic, No. 15 Civ. 2739.

supplemental briefing on Plaintiffs' remaining requests for alter ego discovery, (dkt. nos. 657-58). Since the parties submitted briefing on these issues, the Court of Appeals decided Peterson v. Bank Markazi, No. 15-690-CV, 2024 WL 4758719 (2d Cir. Nov. 13, 2024), and determined certain limitations on a court's subject-matter jurisdiction over post-judgment proceedings against a foreign sovereign or its instrumentality.

The parties are therefore directed to submit further briefing concerning the applicability and impact, if any, of Peterson on the resolution of the issues remaining in this case. The parties shall propose a briefing schedule to the Court no later than November 22, 2024. The alter ego discovery already underway is stayed pending a determination of the impact, if any, of Peterson.

**SO ORDERED.**

Dated:    November 15, 2024
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge