# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 22, 2024

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

      Re:   *Petersen Energía Inversora* v. *Argentine Republic*, 15-cv-2739;
            *Eton Park Capital Mgmt.* v. *Argentine Republic*, 16-cv-8569

Dear Judge Preska:

      On behalf of the Argentine Republic, I write with the consent of Plaintiffs, YPF S.A. ("YPF"), and the United States in response to the Court's November 15, 2024 Order (*Petersen* ECF No. 685).  We propose the following briefing schedule and page limits for briefing on the issues raised in the Court's Order.  We respectfully request that the Court enter this briefing schedule.

| December 20, 2024 | The Republic and YPF to each file an opening brief of up to 20 pages. |
|---|---|
|  | Plaintiffs to file either (1) two opening briefs of up to 20 pages or (2) one opening brief of up to 40 pages, at their election. |
| January 10, 2025 | The United States to file its brief of up to 20 pages. |

The Honorable Loretta A. Preska                                                          -2-

| January 24, 2025 | The Republic and YPF to each file a response brief of up to 20 pages. |
| --- | --- |
| | Plaintiffs to file either (1) two response briefs of up to 20 pages or (2) one response brief of up to 40 pages, at their election. |

 

Respectfully,

*/s/Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc:   Counsel of Record (via ECF)