UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.

        Plaintiffs,

        v.

ARGETINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------- x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------- x

Case No.: 1:15-CV-02739 (LAP)

The Honorable Loretta A. Preska

Case No.: 1:16-CV-08569 (LAP)

## **MOTION TO WITHDRAW AS COUNSEL**

       Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph E. Neuhaus, hereby move this Court for leave to withdraw as counsel for Defendant the Republic of Argentina (the "Republic") in the above-captioned actions and directing the Clerk of Court to remove my name from the CM/ECF filings service list for this matter. The remaining counsel of record from my firm, Sullivan & Cromwell LLP, will continue to represent the Republic in these actions.

       My withdrawal will not result in any delay in this case, and I am not asserting a retaining or charging lien. Pursuant to Local Rule 1.4, a copy of this motion will be transmitted to all parties.

Dated: December 5, 2024

                                            Respectfully submitted,

                                            */s/ Joseph E. Neuhaus*
                                            Joseph E. Neuhaus
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York  10004-2498
                                            Telephone:     (212) 558-4000
                                            Facsimile:       (212) 558-3588

                                            *Counsel for the Republic of Argentina*