# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 1 0036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Partner
Direct Dial: +1 212 827 4019
RMastro@kslaw.com

January 22, 2025                    *Via CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739-LAP; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569-LAP

Your Honor:

I write on behalf of Plaintiffs to propose that the Court enter a Scheduling Order governing the production of documents identified in the Court's January 14, 2025 Order (*Petersen* ECF No. 703). The parties have conferred, and this request is made with the Defendant's consent. Accordingly, Plaintiffs respectfully request that the Court enter the Proposed Scheduling Order in the form attached hereto.

Respectfully submitted,

*/s/ Randy M. Mastro*
Randy M. Mastro

cc: All Counsel of Record (via ECF)