UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF, S.A., <br><br> Defendants | No. 16 Civ. 8569 (LAP) |

## DECLARATION OF LAURA HARRIS

I, Laura Harris, hereby declare as follows:

1. I am a member of the bar of this Court and a partner at the law firm King & Spalding LLP in New York, and I represent Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

2. I respectfully submit this Declaration in support of Plaintiffs' supplemental letter, also filed today, providing updated evidence in support of Plaintiffs' motion to compel the Republic to produce documents from custodians Luis Caputo and Santiago Caputo and documents concerning its relationship with certain State-Owned Entities to place before the Court the following exhibits attached hereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a certified English translation of the article *La petrolera YPF busca acuerdos para venderle gas a India, Japón y a un país de Europa*, El Cronista (December 5, 2024), available at https://tinyurl.com/3xj7chvc.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a certified English translation of the article *El precio en dólares de los combustibles es el más alto de los últimos seis años*, Infobae (November 4, 2024), available at https://tinyurl.com/nhdrnsz9.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a certified English translation of the article *Horas de ira, las mil versiones sobre Diana Mondino y por qué ahora tiemblan los embajadores*, Noticias del Momento (November 3, 2024), available at https://tinyurl.com/24wmy6ks.

6.  Attached hereto as **Exhibit 4** is a true and correct copy of the article *Es gibt kein Geld*, Frankfurter Allgemeine (February 2, 2025), available at https://tinyurl.com/37haw7as.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of the article *Decisive moments are coming for Aerolíneas Argentinas, after the truce with unions*, CE Noticias Financieras (November 14, 2024).

8.  Attached hereto as **Exhibit 6** is a true and correct copy of the article *State-owned Aerolíneas Argentinas undergoes downsizing ahead of privatization*, Air Data News (January 4, 2025), available at https://tinyurl.com/5e9nbdy3.

9.  Attached hereto as **Exhibit 7** is a true and correct copy of the article *Javier Milei's government dismissed Pablo Biró from the board of Aerolíneas Argentinas*, Ámbito Financiero Online (October 16, 2024), available on Lexis.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the English transcript from Javier Milei's Interview with Lex Fridman, published on November 19, 2024, available at https://lexfridman.com/javier-milei-transcript.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a certified English translation of the article *Sucursales del Banco Nación: por qué las provincias temen a la amenaza de Milei*, El Cronista (October 9, 2024), available at https://tinyurl.com/2cv34kh7.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a certified English translation of the article *Milei explained the reasons why Banco Nación finally decided not to close its nine branches in La Pampa*, CE Noticias Financieras (October 12, 2024).

13. Attached hereto as **Exhibit 11** is a true and correct copy of a certified English translation of BNA's January 27, 2025 Press Release titled *El Banco Nación acelera su transformación en Sociedad Anónima*, available at https://tinyurl.com/ya9hjj5d.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a certified English translation of Guillermo Francos's post on X, dated January 28, 2025, at 3:20 PM, available at https://tinyurl.com/34mwwpnn.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2025.

                Respectfully,

                By: /s/*Laura Harris*
                   Laura Harris