# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 5th, 2025

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY  10007.

          Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Capital Mgmt.* v. *Argentine Republic*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

       On behalf of the Argentine Republic, I write regarding Plaintiffs' February 4, 2025 letter (*Petersen* ECF No. 711), which purports to "provide updated evidence" in support of Plaintiffs' positions with respect to certain discovery requests that were the subject of full briefing in the fall of 2024. (*See Petersen* ECF Nos. 657, 658, 670, 671, 675, 677.)  The Republic intends to respond to Plaintiffs' letter, which attaches twelve exhibits, nine of which are articles published one to four months ago.  While there is no set deadline under the Court's Individual Practices to respond to a supplemental submission in support of prior letter-briefing, the Republic requests leave to file its response one week from Plaintiffs' submission, on February 11, 2025.  Plaintiffs consent to this request on the condition that they be given three business days (until Friday, February 14) to submit any reply.

                                  Respectfully,

                                  */s/ Robert J. Giuffra, Jr.*
                                  Robert J. Giuffra, Jr.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/6/25

The Honorable Loretta A. Preska                                    -2-

cc:   Counsel of Record (via ECF)