UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br>    - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>                    Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P.,<br><br>                    Plaintiffs,<br>    - against -<br><br>ARGENTINE REPUBLIC AND YPF, S.A.,<br><br>                    Defendants. | No. 15 Civ. 2739 (LAP)<br><br><br><br><br><br><br><br>No. 16 Civ. 8569 (LAP) |

### REVISED SCHEDULING ORDER

The Proposed Revised Scheduling Order is granted. The Court hereby ORDERS that the Parties adhere to the following schedule for post-judgment discovery:

| | |
|---|---|
| The Republic and its e-discovery vendor provide Plaintiffs with progress reports on the ESI collection process, including identification of the custodians and data affected | September 2, 2024 and every 28 days thereafter until the ESI production is complete |
| Republic begins rolling production of restored ESI documents | December 18, 2024 |
| Republic completes its previously ordered ESI production except as to José Ignacio de Mendiguren | February 18, 2025 |
| Republic completes its previously ordered ESI production as to José Ignacio de Mendiguren | March 11, 2025 |

Additionally:

| | |
|---|---|
| Republic completes production of documents previously produced in *Bainbridge Fund Ltd.* v. *The Republic of Argentina*, to be supplemented on a rolling basis | January 22, 2025 |
| Republic requests SWIFT messages for diplomatic, consular, and military accounts outside of Argentina and the United States from third-party financial institutions | February 7, 2025 |
| Republic substantially completes production of documents regarding the Republic's accounts in the U.S. | February 7, 2025 |
| Republic begins production of SWIFT messages received from third-party financial institutions for diplomatic, consular, and military accounts outside of Argentina and the United States, to be supplemented on a rolling basis | February 21, 2025 |
| Republic substantially completes production of documents in its possession regarding BCRA's gold reserves | February 28, 2025 |
| Republic substantially completes production of documents regarding the Republic's accounts in Argentina | February 28, 2025 |
| Final completion deadline for the Republic's production of all categories of documents described above | March 14, 2025 |

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge

In addition to the above revised scheduling order, the Republic shall provide Plaintiffs with the following information regarding José Ignacio de Mendiguren's data by February 24, 2025: (1) all other locations that have been searched; and (2) whether any data beyond the date range at issue has been located.  SO ORDERED.

*[signature]*
Loretta A. Preska
United States District Judge

February 18, 2025
New York, New York

2