UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                    Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Diego Negron-Reichard, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Puerto Rico, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured,

1

2

suspended, disbarred, or denied admission or readmission by any court.  Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated:  February 18, 2025                          Respectfully submitted,

                                                                    /s/ Diego Negron-Reichard
                                                                    Diego Negron-Reichard
                                                                    KELLOGG, HANSEN, TODD,
                                                                      FIGEL & FREDERICK, P.L.L.C.
                                                                    1615 M Street, N.W., Suite 400
                                                                    Washington, D.C. 20036
                                                                    Tel:  (202) 326-7900
                                                                    Fax:  (202) 326-7999
                                                                    dnegron-reichard@kelloghansen.com

2