UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br>        Plaintiffs, <br><br>  -against- <br><br>ARGENTINE REPUBLIC and YPF S.A., <br><br>        Defendants. <br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br>        Plaintiffs, <br><br>  -against- <br><br>ARGENTINE REPUBLIC and YPF S.A., <br><br>        Defendants. | Case Nos.: <br><br>1:15-cv-02739-LAP <br>1:16-cv-08569-LAP |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
OF DIEGO NEGRON-REICHARD *PRO HAC VICE***

  I, Diego Negron-Reichard, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.

  I, Diego Negron-Reichard, being duly sworn, do hereby depose and state as follows:

 (a) I have never been convicted of a felony;

1

(b) I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

(c) There are no disciplinary proceedings presently against me; and

(d) Accompanying my affidavit are certificates issued within the past thirty (30) days from the District of Columbia and the Commonwealth of Puerto Rico stating that I am a member in good standing of the bar.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on: February 18, 2025

Diego Negron-Reichard
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dnegron-reichard@kellogghansen.com

District of Columbia

Signed and sworn to (or affirmed) before me on 2/18/25 by Diego Negron-Reichard
Date                          Name(s) of Individuals(s) making statement

Signature of Notarial Officer

Notary Public
Title of Office
My Commission Expires: 4/14/26

Seal

[Notary Seal: Nathalia Melissa Reyes, Notary Public, District of Columbia, Exp. 04/14/2026]

2