UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA, S.A.U. and
PETERSEN ENERGÍA, S.A.U.,

                          Plaintiffs,

      -against-

ARGENTINE REPUBLIC and YPF S.A.,

                          Defendants.

---

ETON PARK CAPITAL MANAGEMENT, L.P.,
ETON PARK MASTER FUND, LTD., and
ETON PARK FUND, L.P.,

                          Plaintiffs,

      -against-

ARGENTINE REPUBLIC and YPF S.A.,

                          Defendants.

Case Nos.:

1:15-cv-02739-LAP
1:16-cv-08569-LAP

## [PROPOSED] ORDER FOR ADMISSION OF
## DIEGO NEGRON-REICHARD *PRO HAC VICE*

      The motion of Diego Negron-Reichard for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Diego Negron-Reichard has declared that he is a member of good standing of the bars of the District of Columbia and the Commonwealth of Puerto Rico; and that his contact information is as follows:

      Applicant's Name: Diego Negron-Reichard
      Firm Name: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
      Address: 1615 M Street, N.W., Suite 400
      City / State / Zip: Washington, D.C. 20036

1

Telephone / Fax: 202-326-7900 / 202-326-7999

Diego Negron-Reichard having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in the above-entitled litigation;

**IT IS HEREBY ORDERED** that Diego Negron-Reichard is admitted to practice *Pro Hac Vice* in the above-entitled litigation in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/20/2025

SO ORDERED.

*Loretta A. Preska*
LORETTA A. PRESKA
United States District Judge

2