**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 25, 2025

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY 10007.

> Re: *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*, No. 15 Civ. 2739 (LAP) ("*Petersen*"); *Eton Park Capital Mgmt.* v. *Argentine Republic*, No. 16 Civ. 8569 (LAP) ("*Eton Park*")

Dear Judge Preska:

On behalf of the Argentine Republic, I respond to the Court's February 19, 2025 Order asking for the parties' "views as to what action, if any, the Court should take in response" to the *ex parte* submission by Republican Action for Argentina, Inc. ("RA4ARG") of February 17, 2025. (*Petersen* ECF No. 720.) The Republic has no affiliation with or knowledge of RA4ARG or its members, nor was the Republic provided with a copy of RA4ARG's submission before its filing with the Court.

Argentina has experienced firsthand how corruption not only impacts specific cases, but also undermines the integrity of republican and democratic institutions. RA4ARG's submission raises serious allegations of corruption. If RA4ARG has evidence to support the allegations raised in its submission with the Court, the Republic would welcome receiving such evidence, including any evidence that the *Petersen* plaintiffs procured the judgment in this action by fraud. Moreover, some of RA4ARG's allegations are currently the subject of an ongoing investigation in Argentina. The Republic respectfully reserves all rights to bring to the Court's attention the results of that or further investigations at the appropriate time, if necessary.

The Argentine legal system, both at the constitutional and statutory levels, contains provisions specifically designed to prevent corrupt practices and

The Honorable Loretta A. Preska                                                                                    -2-

sanction those involved.[1]  The Argentine Government, under President Milei, takes all allegations of corruption very seriously and is committed to investigating any such credible allegations thoroughly.  Because of its strong commitment to fighting corruption, including historical corruption, the Republic would support and fully cooperate with any investigation the U.S. Government might conduct on the issues raised by RA4ARG, without prejudice to its arguments that U.S. courts are not the proper forum for resolving Plaintiffs' claims in this case.

                                                                  Respectfully,

                                                                  */s/ Robert J. Giuffra, Jr.*
                                                                  Robert J. Giuffra, Jr.

cc:     Counsel of Record (via ECF)

---

[1] For example, under Article 36 of Argentina's Constitution, "whoever engages in serious fraudulent crimes against the State that entail enrichment" at the expense of the democratic system, is disqualified from holding public office and is labeled an "infamous traitor to the Nation." The Argentine Republic's commitment to combating corruption is also strengthened by international treaties ratified by the country.  In this respect, the Inter-American Convention against Corruption, approved by Law No. 24,759, mandates combating corruption in public office.  Similarly, the Convention on Combating Bribery of Foreign Public Officials in International Business Transactions (Law No. 25,319) and the United Nations Convention against Corruption (Law No. 26,097) reinforce Argentina's commitment to this fight.  As part of such commitment, Argentine Law No. 25,233 established the Anti-Corruption Office within the former Ministry of Justice and Human Rights to develop and coordinate anti-corruption programs within the National Public Sector.  Currently, this agency is responsible for preventing and investigating corruption offenses within centralized and decentralized public administration, as well as in public and private entities that receive state funding.