UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>Plaintiffs,<br><br>-against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>Defendants. | No. 15 Civ. 2739 (LAP) |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY BURFORD CAPITAL LLC

Upon receiving the Motion to Withdraw of Gregory P. Joseph as Counsel for Non-Party Burford Capital LLC (the "**Motion**"), and the Declaration of Gregory P. Joseph in Support of the Motion, and good cause appearing,

IT IS ORDERED that the Motion to Withdraw Gregory P. Joseph as Counsel for Non-Party Burford Capital LLC, is GRANTED, and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Gregory P. Joseph from all future ECF notifications in this matter.

Dated: 3/24, 2025

_____
Hon. Loretta A. Preska
United States District Court Judge