UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>  Plaintiffs,<br><br>  - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>  Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>  Plaintiffs,<br><br>  - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>  Defendants. | No. 16 Civ. 8569 (LAP) |

### MOTION TO WITHDRAW APPEARANCE OF RANDY M. MASTRO

Pursuant to Local Rule 1.4, Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs"), by undersigned counsel, hereby move this Court for leave to allow the withdrawal of appearance of Randy M. Mastro as counsel for Plaintiffs in the above- captioned action.  Withdrawal is necessary because Mr. Mastro will no longer be at King & Spalding LLP after March 31, 2025.  In connection with the withdrawal, the clerk is requested to remove the name of Randy M. Mastro from the CM/ECF service list for this matter.

Laura Harris and Reginald Smith at King & Spalding LLP will continue to serve as counsel for Plaintiffs in the above-captioned matter.  Mr. Mastro's withdrawal will not occasion a request for an extension of any deadlines.  Mr. Mastro is not asserting a retaining or charging

lien in connection with his departure.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Randy M. Mastro*

Randy M. Mastro
Laura E. Harris
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
rmastro@kslaw.com
lharris@kslaw.com

Reginald R. Smith
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Tel: (713) 751-3200
Fax: (713) 751-3290
rsmith@kslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of March, 2025, I caused the foregoing to be served on all counsel of record by ECF and on Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. by email.

                                            */s/ Randy M. Mastro*
                                            Randy M. Mastro
                                            1185 Avenue of the Americas
                                            New York, New York 10036
                                            (212) 556-2100
                                            rmastro@kslaw.com