UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>      Plaintiffs,<br><br> - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>      Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>      Plaintiffs,<br><br> - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>      Defendants. | No. 16 Civ. 8569 (LAP) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

  The Court has considered Randy M. Mastro's Motion to Withdraw Appearance for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs"). After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the request should be GRANTED.

  IT IS THEREFORE ORDERED by the Court that Randy M. Mastro's motion is hereby granted to withdraw as counsel of record for the Plaintiffs in this matter and the Clerk is ordered to remove Mr. Mastro from this action's CM/ECF service list.

SO ORDERED.

Dated: New York, New York
      March ___, 2025

                                                          LORETTA A. PRESKA
                                                United States District Judge