**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. <br><br><br> ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case Nos.: <br><br> 1:15-cv-02739-LAP <br> 1:16-cv-08569-LAP |

**DECLARATION OF ANDREW E. GOLDSMITH**
**IN SUPPORT OF PLAINTIFFS' LETTER TO THE COURT**

I, Andrew E. Goldsmith, declare:

1. I am a partner of the firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U. (together, "Petersen"), and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs") in the above-captioned actions.

2. The purpose of this Declaration is to submit documents to the Court in support of

Plaintiffs' letter requesting a pre-motion conference regarding Plaintiffs' intended motion to compel the Republic to produce complete answers to Plaintiffs' Information Subpoena.

3. Attached as **Exhibit 1** is a true and correct copy of the Argentine Republic's Responses and Objections to Plaintiffs' Information Subpoena, dated September 30, 2024.

4. Attached as **Exhibit 2** is a true and correct copy of a letter from A. Ávila to A. Davidoff, dated May 2, 2025.

5. Attached as **Exhibit 3** is a true and correct copy of a letter from A. Davidoff to A. Ávila, dated May 23, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of the Outline Legal Submissions on Behalf of the Argentine Republic, *Petersen Energía Inversora S.A.U. v. Argentine Republic*, Case No. H.S.2024.0000158 (Irish High Court Apr. 30, 2025).

7. Attached as **Exhibit 5** is a true and correct copy of a certified English translation of the Written Pleadings of the Applicant/Defendant Following the Instructions of the Court Dated 3/24/2025 in Relation to the Hearing Order of the Filed Applications To Set Aside Dated 27/02/2025 and Application for Stay Proceedings Dated 28/02/2025, *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. Claim 422/2024 (Cyprus High Court Mar. 31, 2025).

8. Attached as **Exhibit 6** is a true and correct copy of a certified English translation of the Interlocutory Pleadings No. 2, *Argentine Republic v. Petersen Energía Inversora S.A.U.*, RG no. 24/03275 (Paris Judicial Court Mar. 24, 2025).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 6th day of June, 2025.

                                                        */s/ Andrew E. Goldsmith*
                                                        Andrew E. Goldsmith