June 9, 2024

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
      500 Pearl Street,
         New York, NY 10007.

         Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

     We write jointly on behalf of Plaintiffs and Defendant in connection with the deadlines for the response and reply to Plaintiffs' pre-motion letter filed on Friday, June 6, 2025 (*Petersen* ECF No. 736). The Republic seeks a one-week extension, to <u>June 18, 2025</u>, of the Republic's June 11, 2025 deadline to respond to Plaintiffs' pre-motion letter. Plaintiffs consent to this request provided that their deadline to submit their reply letter is extended from June 19, 2025 until <u>June 25, 2025</u>.

     There have been no previous extensions of the deadlines for the Republic's response or Plaintiffs' reply with respect to this pre-motion letter. Accordingly, the parties jointly request that the Court grant the extensions set forth above.

Respectfully,

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* | */s/ Andrew E. Goldsmith* |
| Robert J. Giuffra, Jr. | Andrew E. Goldsmith |
| | |
| SULLIVAN & CROMWELL LLP | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK LLP |
| 125 Broad Street | Sumner Square, 1615 M Street, N.W. |
| New York, New York 10004-2498 | Suite 400 |
| Telephone: (212) 558-4000 | Washington, D.C. 20036-3215 |
| Facsimile: (212) 558-3588 | Telephone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |
| *Counsel for The Argentine Republic* | *Counsel for Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund* |

cc:   Counsel of Record (by ECF)