June 9, 2024

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

        Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*,
               No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt. et al.* v. *Argentine
               Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

        We write jointly on behalf of Plaintiffs and Defendant in connection with the deadlines for the response and reply to Plaintiffs' pre-motion letter filed on Friday, June 6, 2025 (*Petersen* ECF No. 736). The Republic seeks a one-week extension, to June 18, 2025, of the Republic's June 11, 2025 deadline to respond to Plaintiffs' pre-motion letter. Plaintiffs consent to this request provided that their deadline to submit their reply letter is extended from June 19, 2025 until June 25, 2025.

        There have been no previous extensions of the deadlines for the Republic's response or Plaintiffs' reply with respect to this pre-motion letter. Accordingly, the parties jointly request that the Court grant the extensions set forth above.

Respectfully,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for The Argentine Republic*

**SO ORDERED**
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/10/25

/s/ *Andrew E. Goldsmith*
Andrew E. Goldsmith

KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK LLP
Sumner Square, 1615 M Street, N.W.
Suite 400
Washington, D.C. 20036-3215
Telephone:   (202) 326-7900
Facsimile:    (202) 326-7999

*Counsel for Petersen Energía Inversora, S.A.U.,
Petersen Energía, S.A.U., Eton Park Capital
Management, L.P., Eton Park Master Fund, Ltd.,
and Eton Park Fund*

cc:    Counsel of Record (by ECF)