<div style="text-align:center">

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

</div>

July 2, 2025

*Via CM/ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-2739
       *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Your Honor:

    Plaintiffs received the Republic's July 1, 2025 letter requesting a pre-motion conference on a planned motion to stay the Court's turnover order.  *See Petersen* Dkt. 743.  Given the Fourth of July holiday, Plaintiffs understand the Court's individual practices and Federal Rule of Civil Procedure 6(a) to require them to respond by July 7, which they intend to do unless directed otherwise.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

</div>

cc:   All counsel of record via ECF