UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>        Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>        Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>        Defendants. | |

**DECLARATION OF C. HARKER RHODES IV
IN SUPPORT OF PLAINTIFFS' RESPONSE TO
ARGENTINA'S JULY 1, 2025 LETTER MOTION**

I, C. Harker Rhodes IV, declare:

1. I am a partner of the firm Clement & Murphy, PLLC, and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U. (together, "Petersen"), and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs") in the above-captioned actions.

2. The purpose of this Declaration is to submit documents to the Court in support of Plaintiffs' response in opposition to the letter motion by the Argentine Republic requesting a pre-

motion conference regarding its intended motion to stay this Court's June 30, 2025 memorandum and order.

3. Attached as **Exhibit A** is a true and correct copy of a certified English translation of a bill submitted to the Argentine National Congress.

4. Attached as **Exhibit B** is a true and correct copy of a certified English translation of Axel Kicillof's press conference on the YPF case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 7th day of July, 2025.

*/s/C. Harker Rhodes IV*
C. Harker Rhodes IV