UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
:
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------x


---------------------------------x
:
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------x

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant the Argentine Republic hereby appeals to the United States Court of Appeals for the Second Circuit from the order granting Plaintiffs' motion for turnover of the Republic's Class D shares of YPF S.A., entered on June 30, 2025 (*Petersen* ECF No. 742; *Eton Park* ECF No. 662).

                                                      Respectfully,

Dated: July 10, 2025                    /s/ Robert J. Giuffra, Jr.
                                                  Robert J. Giuffra, Jr.
                                                  Sergio J. Galvis
                                                  Amanda F. Davidoff
                                                  Thomas C. White
                                                  Adam R. Brebner

                                                  SULLIVAN & CROMWELL LLP
                                                  125 Broad Street
                                                  New York, New York 10004-2498
                                                  Telephone:     (212) 558-4000
                                                  Facsimile:     (212) 558-3588

                                                  *Counsel for the Argentine Republic*