UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>                    Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                    Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>                    Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                    Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

The Court is in receipt of the following documents: (1) Plaintiffs' request for a pre-motion conference regarding Plaintiffs' intended motion to compel Argentina to produce complete answers to Plaintiff's Information Subpoena, (dkt. nos. 736, 741); (2) Argentina's response, (dkt. no. 740).

The parties shall appear for a discovery conference on July 15, 2025 at 10:00 a.m. in Courtroom 12A.

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.

The Clerk of the Court is directed to close dkt. no. 736 on the No. 15 Civ. 02739 docket and dkt. no. 656 on the No. 16 Civ. 08569 docket.

**SO ORDERED.**

Dated:     July 9, 2025
           New York, New York

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge

2