# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-five.

Before:     Steven J. Menashi,
              *Circuit Judge.*

_____

Bainbridge Fund LTD,

        Plaintiff - Appellee,

v.

The Republic of Argentina,

        Defendant - Appellant.
_____
_____

Petersen Energia Inversora, S.A.U.,
Petersen Energia S.A.U.,

        Plaintiffs - Appellees,

v.

Argentine Republic,

        Defendant – Appellant.
_____
_____

Eton Park Capital Management, L.P., et al.

        Plaintiffs - Appellees,

v.

Argentine Republic,

        Defendant – Appellant.
_____

ORDER

Docket No. 25-1686

Docket No. 25-1687

Docket No. 25-1689

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED   7/15/2025

CERTIFIED COPY ISSUED ON 07/15/2025

In each of the above-captioned appeals, Appellant moves for a stay pending the appeal of the District Court's Turnover Order dated June 30, 2025, and seeks an administrative stay in the interim. Appellees have indicated they oppose the motion for a stay pending appeal, but do not oppose the entry of a temporary administrative stay to permit orderly briefing and consideration of the stay motion.

IT IS HEREBY ORDERED that the Court grants a temporary administrative stay of the District Court's Turnover Order pending the resolution of the stay motion by a three-judge panel. Appellees shall file opposition to the motion by July 17, 2025, and Appellant shall file a reply by July 22, 2025. The stay motion will be submitted to the next available panel thereafter.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit