# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

July 26, 2025

<u>**VIA ECF**</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

> **Re**: ***Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569**

Your Honor:

We write to respectfully request permission to make a sealed filing. Pursuant to Rule 2(G) of Your Honor's Individual Practices and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (*Petersen* Dkt. No. 674; *Eton Park* Dkt. No. 596) (the "Protective Order"), Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Plaintiffs") respectfully move for an order granting leave to file under seal (i) Exhibit B to the Parties' Joint Status Report in its entirety; (ii) Exhibit K to the Parties' Joint Status Report in its entirety; (iii) Exhibit O to the Parties' Joint Status Report in its entirety; and (iv) Exhibit P to the Parties' Joint Status Report in its entirety.

Exhibits K and P were produced by the Republic pursuant to discovery in this litigation, and Exhibit O was produced by YPF S.A.  All three documents were designated as confidential under the Protective Order.  Exhibit B is a chart which provides substantive descriptions and summaries of documents designated as confidential under the Protective Order.  Exhibits B, K, O, and P are attached to the Parties' Joint Status Report, and accordingly, Plaintiffs seek leave to file Exhibits B, K, O, and P under seal.

Respectfully submitted,

*/s/Seth L. Levine*
Seth L. Levine

cc:    All counsel of record (via ECF)