# EXHIBIT A

## Exhibit A – Use of WhatsApp for Official Government Business

| Relevant Excerpt/Summary | Date Reported |
|---|---|
| 1. **Sergio Massa**, former Minister of Economy, received complaints via WhatsApp regarding the government's policies around the dollar exchange rate.[1] | 30 Oct 2022 |
| 2. Former Minister of Economy **Sergio Massa** reportedly had a WhatsApp group chat for his team in the Ministry of Economy.[2] | 23 Jun 2023 |
| 3. "Throughout the entire weekend, and especially on Sunday afternoon and evening, **President Javier Milei** went back and forth on his WhatsApp chat with Chief of Staff, **Nicolás Posse**; advisors **Santiago Caputo** and **Federico Sturzenegger**, and the Minister of Economy, **Luis Caputo**."[3] | 22 Jan 2024 |
| 4. "In direct communication with Infobae by Whatsapp, **President Javier Milei** answered these doubts with a single word, written in capital letters: 'LIE'."[4] | 9 Apr 2024 |
| 5. "**President Javier Milei** remained at the Olivos estate while his Ley Bases is debated in the House of Representatives. […] The only information the President receives is via WhatsApp through **Martín Menem**, the speaker of the Lower House."[5] | 29 April 2024 |
| 6. Argentine media cited Time magazine as saying: "US officials say that it is surprisingly easy to work with **Milei** [and that] he is directly reachable on WhatsApp."[6] | 23 May 2024 |
| 7. "On Friday night, the government began distributing the draft of the new version of the Ley Bases via WhatsApp."[7] | 26 May 2024 |

---

[1] La fecha de la devaluación: el secreto peor guardado del Gobierno para pasar la tormenta, La Nacion, 30 October 2022.
[2] Sergio Massa le confirmó a su equipo que continuará al frente de Economía, La Nacion, 23 June 2023.
[3] El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves, La Nación, 22 January 2024.
[4] La verdad sobre la supuesta creación del Ministerio del Libro, Infobae, 9 April 2024.
[5] Ley Bases: Milei receives updates via WhatsApp, Enterate Noticias, 29 April 2024
[6] La revista Time eligió a Milei para la tapa de su última edición y analiza su "plan radical para transformar la Argentina", Infobae, 23 May 2024.
[7] El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado, Pagina 12, 26 May 2024

1

| | |
|---|---|
| 8. "'Done. It [the Ley Bases] was approved. The plane can now leave', **Guillermo Francos** wrote via WhatsApp to **Karina Milei**, at 11.14 p.m. on Wednesday."[8] | 16 Jun 2024 |
| 9. It was reported in July 2024 that **Luis Caputo**, **Santiago Bausili** and **President Milei** shared a WhatsApp group, described as one of the president's most active. The article wrote about a WhatsApp chat entitled "Cabinet" ("Gabinete" in Spanish), which reportedly included President Milei; his sister and General Secretary of the Presidency, **Karina Milei**; Milei's advisor and strategist, **Santiago Caputo**; the President's Spokesperson, **Manuel Adorni**; as well as government ministers and officials.[9] | 20 Jul 2024 |
| 10. "About ten days ago, [former Chief of the Cabinet of Ministers] **Marcos Peña** wrote by WhatsApp to **Santiago Caputo** […] [T]hey exchanged a few messages."[10] | 17 Aug 2024 |
| 11. Chief of the Cabinet of Ministers **Guillermo Francos** quoted, regarding public statements he made about the government's budget: "**[Luis] Caputo** sent me a WhatsApp message and said: 'you spoke out of turn about those 6 billion, because it's not for sure that we are going to have that surplus.'"[11] | 19 Aug 2024 |
| 12. "The government's parliamentary strategy committee, established and coordinated by **President Javier Milei**, will meet again this Monday at the Casa Rosada. […] The budget is one of the central issues, although the privatization of Aerolíneas Argentinas was on the agenda last week. […] [Head of the Commission, **José Luis**] **Espert** has already sent a WhatsApp message to several deputies, assuring them that the meetings will begin next Tuesday, October 1."[12] | 23 Sep 2024 |
| 13. "In the space of a few minutes [**Milei**] exchanged dozens of messages, while out of the corner of his eye he read the headline of Clarín's home page that announced the news [about Argentina's vote against the economic embargo against Cuba at the UN General Assembly]. **Santiago Caputo** had sent him the article by WhatsApp."[13] | 3 Nov 2024 |

---

[8] La euforia de Javier Milei y el mensaje que Victoria Villarruel nunca recibió, Clarín (via Factiva), 16 June 2024.
[9] El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica, La Nacion, 20 July 2024.
[10] Milei y Macri aceitan el vínculo pero siguen los reproches por la gestión y los recelos con el entorno, Infobae, 17 Aug 2024.
[11] Francos con el círculo rojo: el reto de Caputo y el efecto del escándalo de Alberto Fernández, Perfil, 19 August 2024.
[12] El Gobierno apura la negociación en el Congreso para aprobar el Presupuesto y privatizar Aerolíneas Argentinas, Notiar.com.ar, 23 September 2024
[13] Horas de ira, las mil versiones sobre Diana Mondino y por qué ahora tiemblan los embajadores, Clarín (via Factiva), 3 November 2024.

2

| | |
|---|---|
| 14. "**Mauricio Macri** and **Javier Milei** lay the foundations for an eventual electoral alliance via WhatsApp […] Mauricio Macri's vacation in the south of the country has not been an obstacle for him to exchange opinions and projects with Milei via WhatsApp, a means of communication both feel comfortable with, especially while a face-to-face meeting cannot be held."[14] | 12 Jan 2025 |
| 15. La Nacion reported, referencing unnamed WhatsApp group members: "The first [Cabinet members WhatsApp chat] comprised **the entire government team**, including Vice President **Victoria Villarruel**, and became inactive after she started to increasingly distance herself from the Casa Rosada. This paralysis in the chat worsened recently. A new one was then created with all the same members, but without Villarruel."[15] | 31 Jan 2025 |
| 16. "[… T]here were even reports circulating that **Karina [Milei]** had ordered [Deputy Cabinet Chief **José Rolandi**] removed from the WhatsApp group shared by the entire Cabinet, a sign of total distrust toward one of the founders of the Ley Bases and one of [Santiago] Caputo's favorites."[16] | 27 Feb 2025 |
| 17. "[…] President Milei rarely fails to publicly thank **[Pablo] Quirno** and his superior, Minister of Economy **Luis Caputo**, for their 'excellent work.' The Secretary proudly displays his cell phone, which receives messages and calls from the head of state via WhatsApp at all hours of the day and night. The message is clear: a closer connection is hardly possible."[17] | 2 Feb 2025 |
| 18. "[…] **Karina Milei**, was alerted by specialists 12 hours before the President published the tweet [promoting the $LIBRA cryptocurrency]. On Friday morning, the President's sister received a WhatsApp message telling her to stop the announcement because it was going to 'make a mess' of the president. Since Wednesday, February 12, warnings had been circulating on the WhatsApp of various government officials that the president should not promote the token […]".[18] | 18 Feb 2025 |

---

[14] Mauricio Macri y Javier Milei sientan por WhatsApp las bases para una eventual alianza electoral, El Liberal, 12 January 2025.
[15] La cúpula del Gobierno castigó a los dos principales colaboradores de Guillermo Francos, La Nación, 31 January 2025.
[16] Enemigo público N° 1: el karinismo avanza contra Santiago Caputo, Tiempo Argentino, 27 February 2025. A report of a few days earlier had laid out that there were in fact two WhatsApp chats set up for the Cabinet members: the original chat had included all Cabinet members, including Vice President Victoria Villarruel, but had become inactive after President Milei fell out with Villarruel. A second chat was then set up, with all the same members, but excluding Villarruel. Later, Guillermo Francos' deputies in the Chief of the Cabinet of Ministers, José Rolandi and Lisandro Catalán, were removed from that second chat after falling out of favour with the Mileis (La cúpula del Gobierno castigó a los dos principales colaboradores de Guillermo Francos, La Nación, January 31, 2025).
[17] Es gibt kein Geld, Frankfurter Allgemeine Zeitung, 2 February 2025.
[18] El creador de $Libra aseguró que podía "controlar" a Javier Milei por pagos a su hermana, DataClave, 18 February 2025.

3

| | |
|---|---|
| 19. "'I need you to be there tomorrow between 17 and 17:30 (at the Casa Rosada)', was the WhatsApp message that the Secretary General of the Presidency, **Karina Milei**, sent on Thursday to the **members of the Cabinet**. Most of the ministers confirmed their attendance […]".[19] | 12 Apr 2025 |
| 20. "The Minister of Economy, **Luis 'Toto' Caputo**, assured that he 'did not see' Mauricio Macri's video and that he found out about it 'through the **Cabinet's WhatsApp group**.'"[20] | 18 May 2025 |
| 21. "Yesterday, before the beginning of the session in the Senate where the Government would unanimously lose all its battles, **[Santiago] Caputo** sent [Vice President **Victoria Villaruel**] a WhatsApp audio that she opened with curiosity. She heard the voice of the advisor who from the Rosada asked her not to enable the session."[21] | 12 July 2025 |
| 22. "Economy Minister Luis Caputo has confirmed that Argentina's Central Bank has moved at least part of its gold overseas after the leader of the bank workers' union made a public information request on the matter."[22] | 19 July 2024 |

---

[19] El detrás de escena de la salida del cepo: del mensaje de Karina Milei al brindis que no se dio, Todo Noticias, 12 April 2025.
[20] "I found out through the WhatsApp group": Luis "Toto" Caputo's statements, El Tribuno Salta (via Instagram), 18 May 2025
[21] El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia, TN.ar, 12 July 2025
[22] Caputo confirms Argentina has moved some of its gold overseas, Buenos Aires Herald, 24 July 2024; *see also* Argentina refuses to disclose location of Central Bank's gold, Buenos Aires Times, 1 September 2025; The mystery of Argentina's gold: Milei admits that it was transferred abroad, without specifying the quantities or destination, El Pais, 28 July 2024; Argentina must disclose the location of its overseas gold reserves for possible seizure – Judge, Kitco News, 16 January 2025.