# EXHIBIT C

## Exhibit C – Systematic Use of Gmail and Other Non-Official Email Accounts

### i.    *Defense Ministry*

| Entity | Evidence of Use of Parallel Email Infrastructure |
|---|---|
| Argentine Army | 1. The email address argarmy@gmail.com is provided as the contact email for the Argentine Military Attaché in the US.[1] |
| Argentine Navy | 2. The email address argnavattache@gmail.com is provided as the sole contact email for the Argentine Naval Attaché in the US.[2] |
| Argentine Air Force | 3. The email address airattacheassistant.ar@gmail.com is provided as the contact for the Assistant to the Argentine Air Force Attaché in the US.[3] |
| Defence (and National Security) Attachés abroad | 4. The website of the Argentine Embassy in Bolivia uses Gmail, Yahoo, or Hotmail for all five of its military/national security attachés.[4] |
| Argentine Navy | 5. In a list of regional naval delegations on the recruitment website of the Argentine Navy, 6 out of the 12 delegations (including Buenos Aires) provide Hotmail, Gmail or Yahoo contact emails, as do 5 out of 9 regional recruitment offices.[5] |
| Argentine Army | 6. Some contact emails for Army recruitment matters use Gmail addresses, such as graduadoscmn@gmail.com, lic.enf.cmn@gmail.com, and ceremonialesesc@gmail.com.[6] |

### ii.    *Health Ministry*

| Entity | Evidence of Use of Parallel Email Infrastructure |
|---|---|
| National Disability Agency (ANDIS) | 7. Almost half of all provincial disability centres around the country have Gmail, Yahoo or Hotmail email contact addresses.[7] |

---

[1] https://eeeuu.cancilleria.gob.ar/en/content/military-attach%C3%A9s
[2] https://eeeuu.cancilleria.gob.ar/en/content/military-attach%C3%A9s
[3] https://eeeuu.cancilleria.gob.ar/en/contacto-sede
[4] https://ebolv.cancilleria.gob.ar/en/node/2803
[5] https://incorporacion.armada.mil.ar/delegaciones.html
[6] https://esesc.ejercito.mil.ar/; https://www.colegiomilitar.mil.ar/esp/graduados_contacto.php
[7] https://www.argentina.gob.ar/andis/areas-de-discapacidad-en-todo-el-pais

1

| National Food, Drug, and Medical Technology Administration (ANMAT) | 8. The email address caip.anmat@gmail.com was provided as an alternative contact for an "@anmat.gob.ar" email for the person responsible for ANMAT's transparency policy.[8] |
|---|---|
| National Disability Agency (ANDIS) | 9. The addresses afiliacionesincluircaba@gmail.com and afiliacionesincluir@gmail.com were provided for residents of the City of Buenos Aires wishing to apply for medical coverage through the Agency.[9] |

### iii.    *Other Ministries*

| Entity | Evidence of Use of Parallel Email Infrastructure |
|---|---|
| Justice Ministry: Secretariat of Human Rights | 10. Address dnajiconsultas@gmail.com provided for International Legal Affairs in Human Rights, and dnequidad.sdh@gmail.com for Racial Equity, Migrants and Refugees.[10] |
| Ministry of Economy: Secretariat of Coordination of Production | 11. The email address mgedesarrolloproductivo@gmail.com was provided for those wishing to obtain remote access to certain paperwork filed with the Ministry of Economy.[11] |
| Ministry of Economy: Permanent Forum of Budget and Finance Directorates of the Argentine Republic | 12. The main contact email forodepresupuesto@gmail.com is provided on the homepage of the Forum.[12] |

---

[8] https://www.argentina.gob.ar/anmat/transparencia
[9] https://www.argentina.gob.ar/servicio/afiliaciones and https://www.argentina.gob.ar/servicio/prestaciones-medicas
[10] https://www.argentina.gob.ar/derechoshumanos/guia-de-tramites
[11] https://www.argentina.gob.ar/produccion/mesa-entradas#:~:text=1,email%C2%A0protected%5D%20e%20indic%C3%A1%20estos%20datos
[12] https://web.archive.org/web/20241003191614/https:/www.foropresupuesto.org.ar/