# EXHIBIT D

Monday, 29 April 2024 19:34

**Framework Law: Milei receives updates via WhatsApp**

His entourage confirmed to the Buenos Aires newspaper El Destape that the president does not want to watch the debate.

President **Javier Milei** stayed at Quinta de Olivos while his Framework Law was being debated in the House of Representatives. Sources close to him told El Destape that he will not watch what happens in the room "not even for a minute".

"It's boring, he has more important things to do," they said and then added: "The spectacle of some people is pathetic; they're looking for their moment of in the spotlight." The president only interrupted his stay at Olivos on Monday to receive the ship from the U.S. Coast Guard, which arrived to conduct out joint exercises with the Argentine Navy to assist in coastal patrols and to combat illegal fishing, they said.

The only information the President receives is via WhatsApp through **Martín Menem,** the head of the House of Representatives. The President is optimistic about the final result of the vote in the House. He believes that preliminary approval will occur during the day on Tuesday. One of his officials, such as Minister **Guillermo Francos** (who traveled to Rosario) has returned and is already in Congress.

"Throw out the Framework Law, throw out everything that we are going to achieve everything in spite of politics. We achieved the impossible during the first month," he said, taking a provocative tone at last week's Freedom Foundation dinner. Before the weekend, the President warned that he may repeat the modus operandi of the first omnibus law. "If it is blocked, Milei is willing to do the omnibus law, of course," one of the President's top officials told El Destape.

In February, the omnibus law was defeated in the House of Representatives. There were challenges to some sections and articles from certain dialogue-seeking voting blocks and even from official party representatives, and Milei ordered the withdrawal of the bill, returning everything to square one. In the final vote, La Libertad Avanza has been informed that between 135 and 140 deputies will vote in favor of the law. Although the Senate continues to be the great mystery.

Source: https://www.enteratenoticias.com.ar/actualidad/ley-bases-milei-recibe-las-actualizaciones-por-whatsapp/

THE STATE OF TEXAS      }
                        }
COUNTY OF HARRIS        }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Ley Bases: Milei recibe las actualizaciones por WhatsApp"* is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this  ___07/24/25___

_____
Notary Public in and for the State of Texas
My commission expires: ___10/01/28___

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Certified Translations.713.444.5964




ENTERATE NOTICIAS • ACTUALIDAD • MILEI

Lunes, 29 de abril de 2024 19:34

# Ley Bases: Milei recibe las actualizaciones por WhatsApp

Desde su entorno, le confirmaron al diario de Buenos Aires El Destape, que el presidente no quiere ver el debate.

El presidente **Javier Milei** se quedó en la Quinta de Olivos mientras se debate su ley Bases en Diputados. Fuentes de su entorno contaron a El Destape que no mirará "ni un minuto" por televisión lo que suceda en el recinto.

"Es aburrido, tiene cosas más importantes que hacer", afirmaron y agregaron: "Es patético el espectáculo de algunos, buscan su minuto de fama". El mandatario sólo interrumpió su estadía en Olivos este lunes para ir a recibir al buque de la Guardia Costera estadounidense, que llegó para hacer ejercicios conjuntos con la Marina argentina y ayudar a patrullar las costas y combatir, dijeron, la pesca ilegal.

La única información que recibe el Presidente es vía WhatsApp a través de **Martín Menem,** el titular de la Cámara Baja. El mandatario es optimista sobre el resultado final de la votación en Diputados. Cree que habrá media sanción durante el martes. Un funcionario suyo, como el ministro **Guillermo Francos** (que viajó a Rosario) volvió y ya se encuentra en el Congreso.

"Tiren la ley Bases, tiren todo que vamos a lograr todo a pesar de la política. Lo que era imposible lo alcanzamos el primer mes", dijo, con tono provocador en la cena de la Fundación Libertad la semana pasada. Antes del fin de semana, el Presidente avisó que puede repetir el modus operandi de la primera ley ómnibus. "Si se llegara a trabar, Milei está dispuesto a hacer lo de la ley ómnibus, por supuesto", afirmó uno de los principales funcionarios del Presidente a El Destape.

En febrero se cayó la kilométrica ley ómnibus en Diputados. Hubo cuestionamientos a textos y artículos de ciertos sectores dialoguistas y hasta de oficialistas y Milei ordenó levantar el proyecto y volver todo a fojas cero. En el poroteo final, en La Libertad Avanza

☰

**0 comments**

Add a comment...

Facebook Comments Plugin

# Nuestras recomendaciones

