# EXHIBIT E

**President Is Pressing His Deputies to Pass Omnibus Bill on Thursday**

Going back and forth with ministers and advisors over the weekend, Milei accepted "improvements" in the bill, but repeated that his limit is "fiscal balance"

January 22, 2024

2:32 p.m.



The Minister of Economy, Luis Caputo, and the advisor, Federico Sturzenegger, two of the promoters of the omnibus law. Telam

Throughout the weekend, and especially on Sunday afternoon and evening, President **Javier Milei** was chatting over and over again on WhatsApp with the Chief of Cabinet, **Nicolás Posse,** advisors **Santiago Caputo** and **Federico Sturzenegger**, and the Minister of Economy, **Luis Caputo**. "These are the changes, but there may be more," acknowledged a key government official around 9:00 p.m., given the back and forth on "improvements" to the omnibus law, which ended today when the new text was sent; the text has already been submitted to the opposition deputies who could support the law.

In his talks and messages, the President made it clear that his idea is for the law to be debated this Thursday in the House of Deputies. The presidential pressure was concrete and was transferred today to the heads of the committees debating the bill: **José Luis Espert** (Budget), **Gabriel Bornoroni** from Cordoba (General Legislation), and **Nicolás Mayoraz** from Santa Fe (Constitutional Affairs), deputies with whom Milei met on Monday morning. "We are going to go with this bill, it is

Source: https://www.lanacion.com.ar/politica/el-presidente-presiona-a-sus-diputados-para-que-la-ley-omnibus-se-apruebe-el-jueves-nid22012024/

the final version, final," they said in the Casa Rosada, while they assured that the increase in the withholding taxes on soybean and its derivatives—which generates a sting in the producing provinces such as Santa Fe and Córdoba—will be sustained "because they cannot be lowered", as confirmed by somebody in the President's inner circle.

"The producing provinces are proposing this, but it is not possible because we cannot reach zero deficit, which is what the President wants," acknowledged an important office, in line with Milei's position. And they highlighted as an important concession the decision to lower to 0 the withholding taxes to regional economies.



Javier Milei, Caputo, and Nicolás Posse

"All negotiations have limits. And in Davos, businessmen and politicians were asking whether the law would be passed or not," said another government official to explain the speed with which the government intends to process the law, which is vital according to the government to give "signals" inside and outside the country and "take advantage of the opportunity we have" in the first weeks of the administration.

Source: https://www.lanacion.com.ar/politica/el-presidente-presiona-a-sus-diputados-para-que-la-ley-omnibus-se-apruebe-el-jueves-nid22012024/

**Limits in Negotiation**

While repeating to all and sundry that his limit is "fiscal balance," the President follows with "impatience" (as defined by the Minister of the Interior, **Guillermo Francos**) how the regulation is progressing. And his intention, in interviews as the one he gave today morning in Rock and Pop, was to deny the existence of a give and take with the dialogue-oriented blocs in exchange for the votes he needs for the law to be passed and sent to the Senate for its discussion. "We have not given in on anything, there are improvements. When they propose an improvement, we accept it, as in the fishing (law)," said the President in that interview.

In relation to the fishing regulations, and as explained in the new version of the bill, "a great confusion arose as a consequence of the incorporation of the word 'international' in the quota allocation system, even though the bill did not modify the exclusivity of Argentine vessels for fishing activities." That word was, therefore, "removed in this version, clarifying such confusion," states the government in the recitals of the law, which also specifies that the obligation to unload in port and to have Argentine crew for vessels engaged in fishing, as demanded by a sector of the opposition, is maintained.

The dilemma between the ideal and the possible became evident yesterday, when, according to **LA NACION**, the retirement formula generated debates among the ministers themselves. Caputo, for example, argued that there were not enough funds for the formula that was finally agreed upon, with the pension mobility in force in March, and the possibility of indexing pension assets as from April based on INDEC-measured inflation.

"We improved the situation of the most vulnerable, we increased the Universal Child Allowance and the Alimentar plan, and if we did nothing, pensioners were going to lose 2 GDP points; with this we are recovering 1.5 points," said the President in defense of what was finally agreed indoors. The possibility that Peronist governors may also support the law—mentioned yesterday by Francos—contrasts with the discomfort of several of them due to the delay in the reversal of the exemptions for income tax made by the Kirchnerist government. Other opposition leaders, however, are waiting for these improvements in order to support the law, beyond the outright rejection of the law and the Emergency Decree, most of which is currently in force, by leaders such as **Axel Kicillof** from Buenos Aires and **Ricardo Quintela** from La Rioja.

"We are making some modifications in the framework of dialogue, but the general course is not negotiable," said spokesman **Manuel Adorni** at the morning press conference at Casa Rosada. Under pressure, the Deputies aligned with the President will try to speed up the time to pass the law before the end of this week.

By Jaime Rosemberg

Source: https://www.lanacion.com.ar/politica/el-presidente-presiona-a-sus-diputados-para-que-la-ley-omnibus-se-apruebe-el-jueves-nid22012024/

THE STATE OF TEXAS    }
                      }
COUNTY OF HARRIS      }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this ___07/23/25___

_____
Notary Public in and for the State of Texas
My commission expires: ___10/01/28___

[Notary Seal: MARIANA MENDOZA-LEGARIA, Notary Public, STATE OF TEXAS, ID# 13510471-3, My Comm. Exp. October 1, 2028]

Certified Translations.713.444.5964

# LA NACION

  SUSCRIBITE

LA NACION  >  Política

# El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves

En idas y vueltas con ministros y asesores durante el fin de semana, Milei aceptó "mejoras" en el proyecto, pero repitió que su límite es el "equilibrio fiscal"

22 de enero de 2024   •   14:32                                    5 '


**Jaime Rosemberg**
LA NACION

ESCUCHAR NOTA

Inicio        Secciones        Foodit        Club LN        Ingresar



El ministro de Economía, Luis Caputo, y el asesor, Federico Sturzenegger, dos de los impulsores de la ley ómnibus
Telam

  4  

Durante todo el fin de semana, y en especial por la tarde y noche del domingo, el presidente **Javier Milei** trajinó una y otra vez su chat de WhatsApp con el jefe de gabinete, **Nicolás Posse;** los asesores **Santiago Caputo** y **Federico Sturzenegger**, y el ministro de Economía, **Luis Caputo**. "Estos son los cambios, pero puede haber más", reconocía un funcionario clave de la gestión de gobierno cerca de las nueve de la noche, atento a las idas y vueltas con "mejoras" a la ley ómnibus, que terminaron hoy con el envío del nuevo texto, ya presentado a los diputados opositores que podrían apoyar la norma.

Inicio    Secciones    Foodit    Club LN    Ingresar

En sus charlas y mensajes, el Presidente dejó en claro que su idea es que la ley se debata este jueves en la Cámara de Diputados. La presión presidencial fue concreta y se trasladó hoy a los titulares de las comisiones que debaten el proyecto: **José Luis Espert** (Presupuesto), el cordobés **Gabriel Bornoroni** (Legislación General), y el santafesino **Nicolás Mayoraz** (Asuntos Constitucionales), diputados con quienes Milei se reunió en la mañana del lunes. "Vamos a ir con este proyecto, es la versión final, final", afirmaban en la Casa Rosada, mientras aseguraban que el aumento a las retenciones a la soja y sus derivados-que genera escozor en las provincias productoras como Santa Fe y Córdoba-se van a sostener "porque no se pueden bajar", según confirmaron cerca del Presidente.

"Las provincias productoras plantean eso, pero no se puede porque no llegamos al déficit cero, que es lo que quiere el Presidente", reconocían desde un despacho importante, en coincidencia con la postura de Milei. Y destacaban como una concesión importante la decisión de bajar a 0 las retenciones a economías

Inicio    Secciones    Foodit    Club LN    Ingresar

7/22/25, 1:56 PM
Case 1:15-cv-02739-LAP   Document 763-5   Filed 07/26/25   Page 9 of 19
El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves - LA NACION



Javier Milei, Caputo y Nicolás Posse

PUBLICIDAD

"Todas las negociaciones tienen límite. Y en Davos los empresarios y los políticos preguntaban si la ley sale o no", contó otro referente del Gobierno para explicar la velocidad que se pretende imprimir al tratamiento de la norma, vital según el oficialismo para dar "señales" dentro y fuera del país y "aprovechar la oportunidad que tenemos" en las primeras semanas de gestión.

## Límites en la negociación

Mientras repite a propios y extraños que su límite es "el equilibrio fiscal", el Presidente sigue con "impaciencia" (como lo definiera el ministro del Interior, **Guillermo Francos**) la marcha de la norma. Y su intención, en entrevistas como la que dio hoy por la mañana en Rock and Pop, fue negar la existencia de un toma y daca con los bloques dialoguistas a cambio de los votos que necesita para que la norma sea aprobada y girada al Senado para su tratamiento. "No hemos cedido en nada, hay mejoras. Cuando nos proponen una mejora, la aceptamos, como en la (ley de) pesca", dijo el Presidente en esa entrevista.

En relación a la normativa sobre la pesca, y según explican en la nueva versión del proyecto, "una gran confusión se produjo como consecuencia de la incorporación de la palabra internacional en el sistema de asignación de cuotas, aun cuando el proyecto no modificaba la exclusividad de los navíos argentinos para la actividad pesquera". Esa palabra fue, entonces, "removida en esta versión clarificando dicha confusión", sostiene el oficialismo en los considerandos de la norma, que también especifica que se mantiene la obligación de descargar en puerto y contar con tripulación argentina para las embarcaciones dedicadas a la pesca, como pedía un sector de la oposición

Inicio        Secciones        Foodit        Club LN        Ingresar

El dilema entre lo ideal y lo posible quedó patente ayer, cuando según pudo saber **LA NACION** la fórmula jubilatoria generó discusiones entre los propios ministros. Caputo, por caso, adujo que no había fondos suficientes para la fórmula que finalmente se consensuó, con la vigencia de la movilidad jubilatoria en marzo, y la posibilidad de indexar los haberes jubilatorios a partir de abril en base a la inflación que mide el INDEC.

"Mejoramos la situación de los más vulnerables, aumentamos la AUH y el plan Alimentar, y si no hacíamos nada los jubilados iban a perder 2 puntos del PBI, con esto le estamos recuperando 1,5 puntos", dijo el Presidente en defensa de lo finalmente acordado puertas adentro. La posibilidad de que gobernadores peronistas también apoyen la norma-esbozada ayer por Francos-contrasta con la molestia de varios de ellos por la demora en la vuelta atrás de las exenciones por Ganancias dispuestas por el gobierno kirchnerista. Otros mandatarios opositores,

mandatarios como el bonaerense **Axel Kicillof** y el riojano **Ricardo Quintela**, a la ley y el DNU, hoy vigente en su mayor parte.

PUBLICIDAD

"Estamos haciendo algunas modificaciones en el marco del diálogo, pero el rumbo no es negociable", dijo el portavoz **Manuel Adorni** en la conferencia de prensa matinal en Casa Rosada. Bajo presión, los diputados que responden al Presidente intentarán acelerar los tiempos para aprobar la ley antes de que termine esta semana.

Por **Jaime Rosemberg**

Conforme a  The Trust Project

Inicio    Secciones    Foodit    Club LN    Ingresar

# Seguí leyendo



**Caso Chocolate.** La Legislatura bonaerense registra a barras de Estudiantes y otros clubes como empleados y "ñoquis"



**Ley ómnibus.** El Pro acompaña el megaproyecto de Milei, pero la UCR y el bloque de Pichetto analizan ir con dictamen propio



**Contrapropuesta de Milei.** El Gobierno convocó hoy al plenario de comisiones para avanzar con la ley ómnibus

PUBLICIDAD

# Últimas Noticias



**Minuto a minuto.** Javier Milei, en vivo: las últimas medidas del Gobierno

7/22/25, 1:56 PM
Case 1:15-cv-02739-LAP    Document 763-5    Filed 07/26/25    Page 17 of 19
El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves - LA NACION



**La frágil unidad del PJ.** Kicillof comenzó la campaña electoral lejos de Massa y Máximo Kirchner

7/22/25, 1:56 PM                    Case 1:15-cv-02739-LAP   Document 763-5   Filed 07/26/25   Page 18 of 19
El Presidente presiona a sus diputados para que la ley ómnibus se apruebe el jueves - LA NACION



**"Influencia maligna".** El embajador designado por Trump dijo que vendrá para limitar el avance de China, Irán y Venezuela

 Suscriptores

Ahora para comentar debés tener Acceso Digital.

Iniciar sesión o suscribite

INICIAR SESIÓN        SUSCRIBITE



Inicio    Secciones    Foodit    Club LN    Ingresar

https://www.lanacion.com.ar/politica/el-presidente-presiona-a-sus-diputados-para-que-la-ley-omnibus-se-apruebe-el-jueves-nid22012024/    13/14

   

 

© Copyright 2025 SA LA NACION | Todos los derechos reservados. Dirección Nacional del Derecho de Autor DNDA - EXPEDIENTE DNDA (renovación) RL-2023-95334553-APN-DNDA#MJ.
Queda prohibida la reproducción total o parcial del presente diario.

**Protegido por reCAPTCHA:**

Condiciones    Privacidad

Miembro de GDA. Grupo de Diarios América   

Inicio    Secciones    Foodit    Club LN    Ingresar