# EXHIBIT F

**Milei's thoughts on Villarruel and his experiences of a week with extreme economic stress**

The president maintained a permanent dialogue with Caputo and Bausili during the most difficult days; the cabinet chat and the distance with the Vice President

July 20, 2024  - 19:18



July 9 Military Parade on Libertador Avenue. Javier Milei, Jorge Macri, and Victoria Villarruel in the presidential box.
Fabian Marelli

**Javier Milei** closed this Friday an intense week in the economic and political sphere with an interview in which he pointed out, by name and surname, several actors, whom he blamed for several maneuvers to complicate the local scenario. A local scenario in which the Government feels that it managed to overcome a complex week, but that even so the worst is not over: that "the attacks continue" and that they must "keep their guard up," as described very close to the President.

The one who spoke in front of the microphone was Milei in his pure state, who made public what he had been saying in private for days. At the end of the two-hour interview in Neura, the "Cabinet" chat room exploded with messages in which ministers and officials congratulated him for his statements.

Source: https://www.lanacion.com.ar/politica/el-pensamiento-de-milei-sobre-villarruel-y-sus-vivencias-de-una-semana-de-extrema-tension-economica-nid20072024/

The WhatsApp group, in addition to Milei and his ministers, includes his sister **Karina**, Secretary General of the Presidency; presidential advisor and strategist **Santiago Caputo**, spokesman **Manuel Adorni**; Secretary of Legal and Technical Affairs **Javier Herrera Bravo**, and Vice President **Victoria Villarruel**. **She was the only one who did not congratulate him.**



Karina Milei entering Casa Rosada.
Hernán Zenteno - LA NACION

Milei had just referred to the commotion that had arisen after the Vice President's tweet about the discrimination scandal of the national soccer team against France, which escalated in a matter of hours and ended with a visit of **Karina Milei** to the Embassy of that country in Buenos Aires, to apologize. "**It was an unfortunate comment**," the President said tersely about Villarruel's tweet.

Far from the presidential position of encapsulating the issue, **in the Libertarian ranks, the discomfort with the Vice President is absolute. She "fucked up four times,"** they say internally without any euphemisms. The first, they believe, was that "you can't mix a sports issue with a diplomatic one" and that she turned the issue into "a matter of state and with a member of the G-7."

**Then because they understand that her comment "caused enormous damage" to the player Enzo Fernandez** (targeted by the video), because "after that the sanction on him was much worse. Her message made them react against him, when he had already apologized and the froth was beginning to subside," they say. To this they add that the President himself was already holding talks in private, "in the shadows" and through an intermediary to improve the player's situation at Chelsea.

Source: https://www.lanacion.com.ar/politica/el-pensamiento-de-milei-sobre-villarruel-y-sus-vivencias-de-una-semana-de-extrema-tension-economica-nid20072024/



Enzo Fernández during the transmission in which the chants were heard.
Screenshot

Moreover, they believed that "what is worse, with her message she left the doors open for France to ask Argentina about Julio Argentino Roca and the Desert Campaign," in which a brutal slaughter of native peoples took place. The indignation with the head of the Senate even went so far as to say internally: "**She wants to be a friend of the military and denies Roca. No matter how you look at it, what she did is serious**," they added.

Regarding her motivations, they believed that she did it "to seek the spotlight" or "to play it national and popular," while distinguishing that "under no circumstances did they think that she had ulterior motives, 'least of all' that it was to complicate the president's trip to France this week. "It had nothing to do with that, it was more a matter of her ego and of wanting to add followers," they added.

The list of dissatisfaction against her is long and includes, among other things, the fact that she did not renounce to the privileged pensions and was in favor of raising the allowances of legislators, contrary to the Government's line, and that she follows her own agenda. They also **accuse her of having "stepped on the Law of Bases so that the May Pact could not be signed in May"** and that she did not go to the act in Tucumán, allegedly because she had a cold and the following day "she was radiant in the military parade."

Source: https://www.lanacion.com.ar/politica/el-pensamiento-de-milei-sobre-villarruel-y-sus-vivencias-de-una-semana-de-extrema-tension-economica-nid20072024/

**The behind-the-scenes of an economic decision**

Milei had taken the opportunity of the interview with **Alejandro Fantino** to talk about the economic scenario, targeting economists and critics, and above all, hitting those he blamed for part of what had happened. The President was coming from a week in which he had made progress with new monetary policy measures that a little more than a week ago he had outlined together with the Minister of Economy, **Luis Caputo**, and the President of the Central Bank, **Santiago Bausili**.

Those announcements were made from Sun Valley, Idaho, where he participated in a secretive summit. **He discussed that with Caputo on the flight that took them there and once they arrived, together, they talked it over the phone with Bausili.** The three share a WhatsApp group that is one of President's most active groups. But private conversations with the head of the Treasury are always at the top of the presidential telephone. The relationship between the two is "symbiotic" as the President often says and several witnesses attest.



Sturzenegger and Caputo
X


The need for some new measures had begun to be considered a few days before the announcement, when they saw that the parallel dollar exchange rate was rising, they detected that something was not working and that the problem was that the purchase of dollars they were making did not necessarily have a reaction in the demand for money. Then they saw that the only way to cut

Source: https://www.lanacion.com.ar/politica/el-pensamiento-de-milei-sobre-villarruel-y-sus-vivencias-de-una-semana-de-extrema-tension-economica-nid20072024/

it was by issuing money. The maneuver was audacious and the Government considered this Friday that, despite the market's initial reactions, "**it was a week of resounding success.**"

Upon his return from the trip, Milei closely followed market movements. From his office in Casa Rosada or his office in Olivos, the President tried to explain, time and again, the decisions that had led him to take the measures. He did so with his characteristic vehemence, drawing pictures on sheets of paper to detail the moves to his less experienced interlocutors in the technical field of economics and let it be known that he was not worried, but "completely convinced" of what was done. **Milei includes in his conversations that his obsession is to lower inflation, "to lower poverty." "That is his commitment to those who voted for him,"** they say very close to him.

On Wednesday afternoon he was in his office on the second floor of Balcarce 50 finishing a large cup of coffee when he received wholesale price data showing inflation of 2.7%. The information was celebrated by the President at the same time through his social networks after being approached by a person of his extreme confidence. It was about an hour before leaving his office for the World Jewish Congress at the Hilton Hotel where he gave a speech on the 30th anniversary of the terrorist attack against the AMIA. Milei had just met with his Uruguayan counterpart, **Luis Lacalle Pou**, and was preparing to meet Paraguay's **Santiago Peña** after his presentation.

The data, they said, gave them "peace of mind" despite the fall in bonds and the rise in financial dollars, which set the pace of a very complex week in the markets. At the end of the week, they also pointed to the positive monthly economic activity estimator (EMAE) and the positive trade balance, and added that the fiscal surplus for June was about to be received, which is seasonally negative. However, despite this optimism, the Government insisted that "**the worst is not over yet" and that they are not lowering their guard: "The attacks continue,"** they repeat.

By **Cecilia Devanna**

Source: https://www.lanacion.com.ar/politica/el-pensamiento-de-milei-sobre-villarruel-y-sus-vivencias-de-una-semana-de-extrema-tension-economica-nid20072024/

THE STATE OF TEXAS          }
                            }
COUNTY OF HARRIS            }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.


MARIA C. SANCHEZ


Sworn to before me this    07/23/25


Notary Public in and for the State of Texas
My commission expires:    10/01/28

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13610471-3
My Comm. Exp. October 1, 2028


Certified Translations.713.444.5964

# LA NACION

  **SUSCRIBITE**

LA NACION > Política

# El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica

El mandatario mantuvo diálogo permanente con Caputo y Bausili durante los días más difíciles; el chat del gabinete y la distancia con la vicepresidenta

20 de julio de 2024  •  19:18

 7 '

  **Cecilia Devanna**
LA NACION

ESCUCHAR NOTA



Desfile Militar por el 9 de Julio sobre Avenida Libertador. Javier Milei, Jorge Macri y Victoria
Villarruel en el palco presidencial.
Fabian Marelli



**Javier Milei** cerró este viernes una semana intensa en el plano económico y
político con una entrevista en la que apuntó, con nombre y apellido, a diversos
actores, a los que responsabilizó de varias maniobras para complicar el escenario
local. Uno en el que en el Gobierno siente que logró superar una semana compleja,
pero que aún así lo peor no pasó: que "los embates siguen" y que deben "mantener la
guardia alta", según describen muy cerca del presidente.

PUBLICIDAD

Case 1:15-cv-02739-LAP    Document 762-6    Filed 07/26/25    Page 10 of 26

El que habló frente el micrófono fue un Milei en estado puro, que hizo público lo que durante días dijo en privado. **Cuando terminó las dos horas de entrevista en Neura, el chat "Gabinete", explotaba de mensajes en los que los ministros y funcionarios lo felicitaban por sus declaraciones.**

En el grupo de Whatsapp, además de Milei y sus ministros, están su hermana **Karina**, secretaria General de la Presidencia; el asesor y estratega presidencial, **Santiago Caputo**, el vocero **Manuel Adorni**; el secretario de Legal y Técnica, **Javier Herrera Bravo**, y la vicepresidenta **Victoria Villarruel. Ella fue la única que no lo felicitó.**

Case 1:15-cv-02739-LAP    Document 763-6    Filed 07/26/25    Page 11 of 26



Karina Milei ingresando a Casa Rosada.

Hernán Zenteno - LA NACION

PUBLICIDAD

Case 1:15-cv-02739-LAP    Document 762-6    Filed 07/26/25    Page 12 of 26

Milei acababa de referirse al revuelo que se había armado tras el tuit de la vice sobre el escándalo de discriminación de la selección nacional de fútbol contra Francia, que escaló en cuestión de horas y terminó con una visita de **Karina Milei** a la Embajada de ese país en Buenos Aires, para pedir disculpas. "**Fue un comentario desafortunado**", dijo el mandatario escuetamente sobre el tuit de Villarruel.

Lejos de la postura presidencial de encapsular el tema, **en las filas libertarias, el malestar con la vice es total. Se mandó "cuatro cagadas",** dicen sin eufemismos internamente. La primera, creen que fue que "no se puede mezclar una cuestión deportiva con una diplomática" y que convirtió el tema en "una cuestión de Estado y con un miembro del G-7".

**Después porque entienden que con su comentario "le produjo un daño enorme" al jugador Enzo Fernández** (apuntado por el video), porque "después de eso la sanción sobre él fue mucho peor. Su mensaje hizo que reaccionaran sobre él, cuando él ya se había disculpado y la espuma empezaba a bajar", definen. A eso agregan que el propio mandatario ya llevaba charlas en privado, "en las sombras" y a través de un intermediario para lograr mejorar la situación del jugador en el Chelsea.

PUBLICIDAD

Case 1:15-cv-02739-LAP    Document 762-6    Filed 07/26/25    Page 13 of 26



Enzo Fernández durante la transmisión en la que se escucharon los cantos
Captura

Además, creían que "lo que es peor, con su mensaje dejó las puertas abiertas para
que Francia preguntara a la Argentina por Julio Argentino Roca y la Campaña del
Desierto", en el que se produjo una brutal matanza sobre los pueblos originarios. La
indignación con la titular del Senado llegó incluso a que internamente aludieran:

"**Se quiere hacer la amiga de los militares y reniega de Roca. Por dónde se mire es grave lo que hizo**", completaban.

PUBLICIDAD

Sobre sus motivaciones creían que lo hizo "para figurar" o "hacerse la nacional y popular", al tiempo que distinguen que "bajo ningún motivo pensaban que haya tenido segundas intenciones, "menos que menos" que haya sido para complicar el viaje del presidente de esta semana a Francia. "No tuvo que ver con eso, fue más un tema suyo de ego y de querer sumar adeptos", completaban.

El listado del malestar en su contra es largo y ponen allí, entre otras cosas, que ella no renunció a las jubilaciones de privilegio y se mostró a favor de subir las dietas de los legisladores, a contramano de la línea del Gobierno, y que sigue su propia agenda. También **la acusan de haber "pisado la Ley de Bases para que no se pueda firmar el Pacto de Mayo, en mayo"** y que no fue al acto en Tucumán,

Case 1:15-cv-03739-LAP    Document 763-6    Filed 07/26/25    Page 15 of 26

acusando que estaba engripada y al día siguiente "estaba radiante en el desfile militar".

PUBLICIDAD

## La trastienda de una decisión económica

Milei había aprovechado la oportunidad de la entrevista con **Alejandro Fantino** para hablar del escenario económico, apuntar a economistas y críticos, y sobre todo pegar a quienes responsabilizaba de parte de lo sucedido. El mandatario venía de una semana en la que habían avanzado con nuevas medidas de política monetaria que poco más de una semana atrás había delineado junto al ministro de Economía, **Luis Caputo**, y el presidente del Banco Central, **Santiago Bausili**.

Esos anuncios se hicieron desde Sun Valley, Idaho, donde participó de una cumbre reservada. **Con Caputo lo charló en el vuelo que los llevó hasta ahí y una vez arribados, juntos, lo hablaron por teléfono con Bausili.** Los tres comparten un grupo de Whatsapp que es uno de los más activos del mandatario.

Aunque las conversaciones en privado con el titular de Hacienda están siempre al tope del teléfono presidencial. La relación entre ambos es "simbiótica" según suele decir el presidente y avalan varios testigos.

PUBLICIDAD



Sturzenegger y Caputo
X

La necesidad de algunas nuevas medidas se habían empezado a pensar unos días antes del anuncio, cuando vieron que el dólar paralelo subía, detectaron que algo no funcionaba y que el problema era que la compra de dólares que estaban haciendo no necesariamente tenía contraparte de demanda de dinero. Entonces vieron que la única forma de cortarlo era con la emisión de dinero. La maniobra fue audaz y en el Gobierno consideraban este viernes que, pese a los acomodamientos iniciales del Mercado, "**fue una semana de rotundo éxito**".

PUBLICIDAD

Case 1:15-cv-02739-LAP    Document 762-6    Filed 07/26/25    Page 18 of 26

A su vuelta del viaje, Milei siguió de cerca los movimientos del mercado. Desde su despacho en Casa Rosada o su oficina en Olivos, el mandatario buscó explicar, una y otra vez, las decisiones que lo habían llevado a tomar las medidas. Lo hizo con su característica vehemencia, haciendo dibujos en hojas de papel para detallar los movimientos a sus interlocutores menos experimentados en el terreno técnico de la economía y dejó saber que no estaba preocupado, sino "completamente convencido" de lo que se hizo. **Milei incluye en sus conversaciones que su obsesión es bajar la inflación, "para bajar la pobreza". "Es su compromiso con quienes lo votaron",** dicen muy cerca suyo.

El miércoles por la tarde estaba en su despacho del primer piso de Balcarce 50 terminando un tazón de café cuando recibió los datos de precios mayoristas que mostraron una inflación del 2,7%. El dato fue celebrado por el mandatario en ese mismo momento a través de sus redes sociales luego de que se lo acercara una persona de su extrema confianza. Era, cerca de una hora antes de salir de su despacho rumbo al Congreso Judío Mundial en el Hotel Hilton en el que dio un discurso por los 30 años del ataque terrorista a la AMIA. Milei venía de encontrarse con su par uruguayo, **Luis Lacalle Pou**, y se preparaba para luego de su exposición ver al de Paraguay, **Santiago Peña**.

PUBLICIDAD

El dato, afirmaban, les daba "tranquilidad" pese a la caída de los bonos y la suba de los dólares financieros, que marcaron el ritmo de una semana muy compleja en los mercados. En el final de la semana también apuntaban al dato positivo del estimador mensual de actividad económica (EMAE), la balanza comercial positiva y agregaban que se venía de superávit fiscal de junio, que estacionalmente es negativo. No obstante frente a ese optimismo que declamaban, en el Gobierno insistían en que **"lo peor aún no pasó" y que no bajan la guardia**. **"Los embates siguen"**, repiten.

Por **Cecilia Devanna**

La Libertad Avanza

Conforme a   **T**   **The Trust Project**   >

PUBLICIDAD

## Otras noticias de La Libertad Avanza



**"Castrate".** Una activista que vive con 20 gatos y 5 perros quiere ser concejal libertaria en Esteban Echeverría



**Elección bonaerense.** Ritondo, tras el acuerdo con LLA: "Decir que Pro perdió es no ver la película completa"

7/22/25, 1:55 PM    El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica - LA NACION

Case 1:15-cv-02739-LAP    Document 763-6    Filed 07/26/25    Page 22 of 26



**La "nueva casta".** Las listas de La Libertad Avanza se conformaron con candidatos que ocupan cargos claves en el Estado

## Últimas Noticias

7/22/25, 1:55 PM
Case 1:15-cv-02739-LAP Document 763-6 Filed 07/26/25 Page 23 of 26
El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica - LA NACION



**Minuto a minuto.** Javier Milei, en vivo: las últimas medidas del Gobierno

7/22/25, 1:55 PM
El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica - LA NACION
Case 1:15-cv-02739-LAP   Document 763-6   Filed 07/26/25   Page 24 of 26



**La frágil unidad del PJ.** Kicillof comenzó la campaña electoral lejos de Massa y
Máximo Kirchner



**"Influencia maligna".** El embajador designado por Trump dijo que vendrá para limitar el avance de China, Irán y Venezuela



Ahora para comentar debés tener Acceso Digital.

Iniciar sesión o suscribite

INICIAR SESIÓN    **SUSCRIBITE**



7/22/25, 1:55 PM    El pensamiento de Milei sobre Villarruel y sus vivencias de una semana de extrema tensión económica - LA NACION

Case 1:15-cv-02739-LAP    Document 763-6    Filed 07/26/25    Page 26 of 26

   

 

© Copyright 2025 SA LA NACION | Todos los derechos reservados. Dirección Nacional del Derecho de Autor DNDA - EXPEDIENTE DNDA (renovación) RL-2023-95334553-APN-DNDA#MJ.
Queda prohibida la reproducción total o parcial del presente diario.

**Protegido por reCAPTCHA:**

Condiciones    Privacidad



Miembro de GDA. Grupo de Diarios América

