# EXHIBIT G

**The voice message of Santiago Caputo that Villarruel ignored and the report of the plane from the scandal that the Justice is waiting for**

Before the key vote in the Senate, the presidential advisor sought to prevent the Vice President from opening the session in a very challenging week for the Casa Rosada....



Santiago Caputo and Victoria Villarruel. A WhatsApp exchange which was sought after by the presidential advisor but never happened. (Photo: Presidency/NA).

**Victoria Villarruel** had not heard from **Santiago Caputo** for months. The Vice President and strategist cut off all dialogue since the conflict between her and the Iron Triangle became irreversible. During this time, the Vice President only communicates with the Chief of Cabinet, Guillermo Francos—the most dialogue-oriented person in power—and with **Martín Menem**, President of the Chamber of Deputies, with whom she only shares minimal information on the progress of the sessions in each body. Cold, logistical conversations. But yesterday, before the beginning of the Senate session where the Government would unanimously lose all its battles, Caputo sent her a WhatsApp voice message that she opened with curiosity. He heard the voice of the advisor from Casa Rosada asking her not to open the session. He asked her not do it. Villarruel put it on loudspeaker to those accompanying her in her office. She decided not to answer and sent through Francos the message to the Government that she would try to help the ruling party by demanding that the bills without a decision that would be dealt with in the chamber would be approved only if they had the two thirds of the votes of those present. The rest was in plain sight. She opened the session when there was a quorum, and thus began an afternoon in which **a conflict of as yet incalculable dimensions expanded with an uncertain end**: the senators in their benches unanimously approved the pension raise, the moratorium, and the law for the updating of disability contributions, and they gave half sanction to the bills that the governors sent last week to change the distribution of ATN and the distribution of funds from the fuel tax to their territories.

***Read also:*** *Milei branded Villarruel as a traitor after the approval of the increase in pensions and the pension moratorium*

Source: https://tn.com.ar/politica/2025/07/12/el-audio-de-santiago-caputo-que-villarruel-ignoro-y-el-informe-del-avion-del-escandalo-que-espera-la-justicia/

The administration of the events in the Senate was experienced with a revealing disorder. Alfredo Cornejo, from Mendoza; Rogelio Frigerio, from Entre Ríos, and Nacho Torres from Chubut are part of the leaders who launched a line to the Casa Rosada before the beginning of the session to try to defuse the tension. The problem is that they divided the task: one spoke with Francos, the other with Lule Menem and the other with Carlos Guberman, the Secretary of Finance. And each one received a different message: 'stay there and vote against', proposed Lule, while Francos told them not to sit down and Guberman sent another message. 'So much dispersion from the Rosada allowed the governors to perceive themselves as dizzy', laughed yesterday a professional walker in the Senate.

**Tweet war**

'Traitor,' Milei said about Villarruel in his speech at the Stock Exchange. It is an ineffectual fight, they are washing dirty linen in public, and it is hard to believe that it will benefit either side and probably only consolidates the indifference with which society is treating the political class. When on TN we asked Juan Germano, from Isonomía, what people do when they see the fights of the political caste, his answer was blunt: 'they are not there, they do not listen to them, they do not see them.' Yesterday's tweet from the Vice President to Patricia Bullrich will go down in history where—in response to another tweet from the Minister where she accused her of being an accomplice of Kirchnerism—, Villarruel reminded her of her Montonero past and deployed the rules of the republic in front of the Rosada. Crazy things happen: José Mayans, president of the PJ bloc, defended Villarruel a while ago, to whom absolutely no common interest unites him. Everything looks very messy.



The President promised to veto the laws that were approved in the Senate, such as the pension raise, the disability emergency, and the reactivation of the pension moratorium. (Photo: AFP/Oscar del Pozo).

Meanwhile, a dizzying operation commissioned by Francos to the Secretary of Legal and Technical Affairs, María Ibarzabal, to find a tool for the judicialization of the session, was activated since yesterday at the Rosada. They know it is difficult but they will try anyway. It is a way of reacting. The path that follows has been announced a thousand times: the veto of laws passed in the Senate. The problem is that, this time, the mathematics of the votes does not guarantee at all the success in the Chamber of Deputies to sustain a veto. Curiously, they could be in the hands of Mauricio Macri. Whether the Buenos Aires agreement with the PRO can trigger the will of, for example, Vidal or Lospennato—who gave half sanction to the

Source: https://tn.com.ar/politica/2025/07/12/el-audio-de-santiago-caputo-que-villarruel-ignoro-y-el-informe-del-avion-del-escandalo-que-espera-la-justicia/

retirement bills—and make them change their mind now, is an option that probably only depends on the decision of the President of the PRO. With the members of the radical party, things became more and more complicated for the Government.

**Read also:** *[The Court of Appeals ratified that CFK must continue with an electronic anklet and restricted visits](#)*

It is not only the equation of the fiscal calculation that was broken yesterday, but above all, the mathematics of politics with the alliances that the ruling party had built with mechanisms that have been deteriorating in the last months, a threat that Caputo had seen coming for a long time and for which the internal conflict with Karina's representatives at the political table intensified. In clearer words, it could be said that yesterday's events are a prophecy fulfilled in the bosom of power. More than fulfilled, it was self-managed, according to the opinion of Caputo's entourage.

His reasoning follows this logic: if there is no economic balance to improve the distribution of funds to the provinces, the compensation should be with electoral politics in the high season of closing lists and agreements. These are discussions that led Caputo to leave the political small table, at least for now. In the next nine days, the candidates in the eight electoral sections of the province of Buenos Aires will be defined: This list will be a revelation about the power structure. About winners and losers.

**The power plane**

The episode in the Senate took place in the final stretch of a week in which the Government has been on the defensive since Monday with the revelation on TN about the opinion of the prosecutors investigating irregularities in the controls of the plane of businessman Leonardo Scatturice on a flight that arrived in the country on February 26 and remained in transit until March 5 at 8:30 p.m., when it left for Paris. Scatturice, it is known, is a key player in the link between the President and Trump, but especially between the Administration and CPAC (the Conservative Political Action Center). When Carlos Pagni revealed in March that there might have been a lack of effective controls on that flight, Manuel Adorni answered him in a press conference assuring that this was impossible, that there were only five suitcases and that the only passenger on the flight, Laura Arrieta, corporate director of OPC—Scatturice's company—, barely took a carry on suitcase off the Bombardier that brought her from Miami.

**Read also:** *[The prosecutor's office investigating the suitcase scandal is the same one that was behind the Antonini Wilson case](#)*

The prosecutors saw something else and so stated in the ruling, which included a large package of measures being carried out by Judge Pablo Yadarola. It is true that the cases have nothing in common, but it is a colorful coincidence that the story of this plane is being investigated by the same court and the same prosecutor's office that was in charge of the arrival of Antonini Wilson with his suitcase full of dollars.

Source: https://tn.com.ar/politica/2025/07/12/el-audio-de-santiago-caputo-que-villarruel-ignoro-y-el-informe-del-avion-del-escandalo-que-espera-la-justicia/



Arrival of Customs personnel. (Photo: TN).

The list of inconsistencies revealed in the opinion is extensive:

- Why did they declare one airport of origin but depart from another?
- Why did they say the destination was Miami if they were going to Paris?
- Why did ANAC never register the arrival of this plane in the country?
- Why did no one from Customs seal the plane if it was left in transit in a Royal Class hangar with two suitcases inside?
- Why did the Federal Police send intermittent videos of the interior of the hangar while the plane was there?

Why does the airport security officer who intervened in the controls claim to have seen Arrieta pass a call to Cintia Cali, a Customs employee who went to the plane to receive it and that, with the cell phone to her ear, Cali answered 'OK' to someone, we don't know whom?

As the days go by, the story becomes more intriguing: why did the company issue a statement saying that, in addition to the two crew members and the passenger, **there was a flight attendant**? Coincidentally, hours later, Juan Pazo, head of ARCA, in charge of Customs, came out to defend his agency's operation and repeated that there were four of them. Fortunately, the company later corrected itself and remembered that there was no flight attendant. Pazo said no more on the subject.

There is another curious fact: one of the Government's arguments is that the case is the result of a self-reporting by Customs. Strictly speaking, it was a summary report that was processed in the City of Buenos Aires, where Aeroparque is located, and for unknown reasons it ended up at the Customs of Campana, where **Yadarola's court was notified**. Why does Campana intervene on an event in the City of Buenos Aires? The head of the agency is Andrés Veliz and just in April, one month later, he intervened in that branch. In the Criminal Economic Court, they say that it is happening very often that the origin of geographically disparate Customs complaints all come from Campana. Intriguing.

**Read also:** [Suitcase scandal: statement by one of the pilots that puts Customs in the spotlight](#)

Source: https://tn.com.ar/politica/2025/07/12/el-audio-de-santiago-caputo-que-villarruel-ignoro-y-el-informe-del-avion-del-escandalo-que-espera-la-justicia/

Today, Adorni, who had not spoken again on the subject, considered the matter closed because the pilot, Juan Pablo Pinto, came forward to expand his testimony and showed purchases on the Internet identifying his packages. It is strange what that would have to do with the underlying issue, which is whether or not the members of that flight were given a safe-conduct to leave without passing their belongings through the scanner. Adorni, which is even more striking, now says: '**It is a private matter**.' Strange, because even the President gave explanations this week.

Judge Yadarola is awaiting an essential report from the United States. Since it was a private jet and it was leaving the country, he would like to know what kind of controls were made before takeoff. This information is essential to know if at least they checked what was inside the bags and suitcases. The inquiry has been sent. The answer is yet to come.

Source: https://tn.com.ar/politica/2025/07/12/el-audio-de-santiago-caputo-que-villarruel-ignoro-y-el-informe-del-avion-del-escandalo-que-espera-la-justicia/

THE STATE OF TEXAS      }
                        }
COUNTY OF HARRIS        }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this   07/23/25

_____
Notary Public in and for the State of Texas
My commission expires:   10/01/28

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Certified Translations.713.444.5964

TN  >  Política

# El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia

Antes de la votación clave en el Senado, el asesor presidencial buscó que la Vice no abriera la sesión en una semana muy desafiante para la Casa Rosada..



Santiago Caputo y Victoria Villarruel. Un intercambio por WhatsApp que buscó el asesor presidencial pero nunca

  Ingresar   EN VIVO



Escuchar nota       Compartir

**Victoria Villarruel** llevaba meses sin saber nada de **Santiago Caputo**. La vicepresidenta y el

Ad removed. Details

7/22/25, 1:59 PM                El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN

Case 1:15-cv-02739-LAP    Document 763-7    Filed 07/26/25    Page 9 of 16

mínimas sobre el devenir de las sesiones en cada cuerpo. Conversaciones frías y logísticas. Pero ayer, antes del comienzo de la sesión en el Senado donde el Gobierno perdería por unanimidad todas sus batallas, Caputo le mandó un audio de WhatsApp que ella abrió con curiosidad. Escuchó la voz del asesor que desde la Rosada le pedía que no habilite la sesión. Que no lo haga. Villarruel lo puso en altavoz a quienes la acompañaban en su despacho. Decidió no contestar y mandó a través de Francos el mensaje al Gobierno de que intentaría ayudar al oficialismo exigiendo que los proyectos sin dictamen que se tratarían en el recinto se aprobaran solo si tenían los dos tercios de los votos de los presentes. Lo demás quedó a la vista. Abrió la sesión cuando hubo quórum, y arrancó así una tarde donde **un conflicto de dimensiones todavía no calculables se expandió con final incierto**: los senadores que estaban en sus bancas, por unanimidad, aprobaron la corrección jubilatoria, la moratoria, la ley de actualización de los aportes por discapacidad y le dieron media sanción a los proyectos que los gobernadores mandaron la semana pasada para cambiar la distribución de ATN y el reparto de los fondos del impuesto a los combustibles a sus territorios.

*Leé también:* [Milei tildó de traidora a Villarruel tras la aprobación del aumento de jubilaciones y la moratoria previsional](#)

La administración de los eventos en el Senado se vivió con un desorden revelador. Alfredo Cornejo, de Mendoza, Rogelio Frigerio, de Entre Ríos, y Nacho Torres de Chubut, son parte de los mandatarios que lanzaron una línea hacia la Rosada antes del comienzo de la sesión para intentar apaciguar la tensión. El problema es que se repartieron la tarea: uno habló con Francos, el otro con Lule Menem y otro con Carlos Guberman, el secretario de Hacienda. Y cada uno recibió un mensaje diferente: "quédense y voten en contra", propuso Lule, mientras que Francos mandó a decir que no se sienten y Guberman otro mensaje. "Tanta dispersión desde la Rosada les permitió a los gobernadores autopercibirse mareados", se reía ayer un caminante profesional del Senado.

## Guerra de tuits

"Traidora", dijo Milei sobre Villarruel en su discurso en la Bolsa de Comercio. Es una pelea ineficaz, un desparramo de trapitos al sol que cuesta creer que pueda beneficiar a alguna de las partes y probablemente solo consolide la indiferencia con que la sociedad está

7/22/25, 1:59 PM  El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN

Case 1:15-cv-02739-LAP   Document 763-7   Filed 07/26/25   Page 10 of 16

kirchnerismo-, Villarruel le recordó su pasado montonero y desplegó las reglas de la república frente a la Rosada. Pasan cosas locas: José Mayans, presidente del bloque del PJ, defendía hace un rato a Villarruel, a quién absolutamente ningún interés en común lo une. Todo se ve muy desprolijo.



El Presidente prometió vetar las leyes que se aprobaron en el Senado, como lasuba de las jubilaciones, la emergencia en discapacidad, y la reactivación de la moratoria previsional. (Foto: AFP/Oscar del Pozo).

Mientras tanto en la Rosada se activó desde ayer un operativo vertiginoso encargado por Francos a la secretaría de Legal y Técnica, María Ibarzabal, para encontrarle una herramienta a la judicialización de la sesión. Saben que es difícil pero lo intentarán de todos modos. Es una manera de reaccionar. El camino que sigue fue anunciado mil veces: el veto de las leyes aprobadas en el Senado. El problema es que esta vez la matemática de los votos no garantiza para nada el éxito en Diputados para sostener un veto. Curiosamente podrían estar en manos de Mauricio Macri. Si el acuerdo bonaerense con el PRO puede gatillar la voluntad de, por ejemplo Vidal o Lospenatto -que dieron media sanción a los proyectos de jubilaciones- y hacerlas cambiar ahora de parecer, es una opción que probablemente solo dependa de la decisión del Presidente del PRO. Con los

7/22/25, 1:59 PM                El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN

Case 1:15-cv-02739-LAP    Document 763-7    Filed 07/26/25    Page 11 of 16

No es solo la ecuación de la cuenta fiscal la que se rompió ayer sino sobre todo, la matemática de la política con las alianzas que el oficialismo había construido con mecanismos que fueron deteriorándose en los últimos meses, una amenaza que Caputo veía venir hace tiempo y por la que se intensificó la interna con los representantes de Karina en la mesa política. En palabras más claras, podría decirse que lo de ayer es una profecía cumplida en el seno del poder. Más que cumplida, autogestionada, según la opinión del entorno de Caputo.

Su razonamiento sigue esta lógica: si no hay resto económico para mejorar el reparto de partidas a las provincias, la compensación debería ser con la política electoral en temporada alta de cierre de listas y acuerdos. Son discusiones que llevaron la situación a que Caputo abandonara la mesa chica política, por lo menos por ahora. En los próximos nueve días se definirán los candidatos en las ocho secciones electorales de la provincia de Buenos Aires: Ese listado será una revelación sobre el engranaje del poder. Sobre ganadores y perdedores.

## El avión del poder

El episodio del Senado sucedió en el tramo final de una semana donde el Gobierno se mantuvo a la defensiva desde el lunes con la revelación en TN sobre el dictamen de los fiscales que investigan irregularidades en los controles al avión del empresario Leonardo Scatturice en un vuelo que llegó al país el 26 de febrero y quedó en tránsito hasta el 5 de marzo a las 20.30 hs en que se fue a París. Scatturice, se sabe, es una pieza fundamental en el vínculo entre el Presidente y Trump pero sobre todo entre el Gobierno y la CPAC (el Centro de Acción Política Conservadora). Cuando Carlos Pagni reveló en marzo que podrían haber faltado controles eficaces en ese vuelo, Manuel Adorni le respondió por conferencia de prensa asegurando que eso era imposible, que solo había cinco valijas y que la única pasajera del vuelo, Laura Arrieta, directora corporativa de OPC -la compañía de Scatturice-, apenas bajó un carry on del Bombardier que la trajo de Miami.

Leé también: *La fiscalía que investiga el escándalo de las valijas es la misma que estuvo tras el caso de Antonini Wilson*

Los fiscales vieron otra cosa y así lo marcaron en el dictamen que incluyó un paquete



La llegada del personal de Aduanas. (Foto: TN).

La lista de inconsistencias reveladas en el dictamen es extensa:

- ¿Por qué declararon un aeropuerto de origen pero salieron de otro?

- ¿Por qué pusieron destino Miami y se iban a París?

- ¿Por qué la ANAC jamás registró la llegada de ese avión al país?

- ¿Por qué nadie de la Aduana precintó el avión si quedó en tránsito en un hangar de Royal Class con dos valijas adentro?

- ¿Por qué la Policía Federal mandó videos intermitentes sobre el interior del hangar mientras la nave estuvo ahí?

¿Por qué el oficial de la PSA que intervino en los controles asegura haber visto que Arrieta le pasó una llamada a Cintia Cali, delegada de la Aduana que fue hasta el avión a recibirla y que, con el celular en la oreja, Cali respondió "OK" no se sabe a quién?

la empresa después se corrigió y recordó que no había auxiliar de a bordo. Pazo no dijo más nada sobre el tema.

Hay otro dato curioso: uno de los argumentos del Gobierno es que la causa es producto de una autodenuncia de la Aduana. En rigor, se trató de un informe sumarial que se tramitó en Capital -donde está Aeroparque- y por razones que se desconocen fue a parar a la Aduana de Campana, donde **dieron aviso al juzgado de Yadarola**. ¿Por qué Campana interviene sobre un hecho de Capital? El titular del organismo es Andrés Veliz y justo en abril, un mes después, intervino esa seccional. Dicen en el fuero Penal Económico que está sucediendo muy seguido que el origen de denuncias geográficamente dispares de la Aduana provengan todas de Campana. Intriga.

*Leé también:* [*Escándalo de las valijas: la declaración de uno de los pilotos que pone en la mira a la Aduana*](#)

Hoy, Adorni, que no había vuelto sobre el tema, consideró el asunto cerrado porque el piloto, Juan Pablo Pinto, se presentó para ampliar su declaración testimonial y mostró compras en internet identificando sus bultos. Es raro qué tendría que ver eso con el tema de fondo que es, si le hicieron o no un salvoconducto a los integrantes de ese vuelo, para salir sin pasar sus cosas por el escáner. Adorni, más llamativo todavía, ahora dice: "**Es un tema de privados**". Raro, porque hasta el Presidente dio explicaciones esta semana.

El juez Yadarola espera un informe esencial desde Estados Unidos. Como era un jet privado y estaba de salida del país, quiere que le informen qué tipo de controles se hicieron antes de despegar. Esos datos son trascendentales para saber si por lo menos allá se fijaron qué había dentro de los bultos y las valijas. La consulta ya se envió. Falta que llegue la respuesta.

**Temas de la nota**

[ Javier Milei ]   [ Victoria Villarruel ]   [ Santiago Caputo ]   [ avion ]   [ valijas ]

7/22/25, 1:59 PM
Case 1:15-cv-02739-LAP    Document 763-7    Filed 07/26/25    Page 14 of 16
El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN



**Tras la tensión por el cierre de listas, Kicillof puso en marcha la campaña con un desafío a Milei**



**El PRO presentó un proyecto en Diputados para que se investiguen las causas del escándalo del corte de luz**



**Los senadores K pidieron que los policías que participan en operativos no usen los baños del Congreso**

Por **Fernando Fraquelli**

7/22/25, 1:59 PM
El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN
Case 1:15-cv-02739-LAP   Document 763-7   Filed 07/26/25   Page 15 of 16

Los comentarios publicados en TN.com.ar podrán ser reproducidos parcial o totalmente en la pantalla de Todo Noticias, como así también las imágenes de los autores.



© 1996 - 2025, Artear

## Secciones

Últimas noticias

Elecciones 2025

Mundial de Clubes

Deportivo

Show

Economía

Internacional

Opinión

Policiales

Política

Sociedad

Juegos

## Sitios amigos

Grupo Clarín

Artear

eltrece

Ciudad Magazine

El Doce

Cucinare

Canal (á)

Clarín

Olé

Mitre

La 100

Cienradios

TyC Sports

La Voz

Vía País

**Seguinos en las redes**

    

**Descargate la app de TN**

 

7/22/25, 1:59 PM                        El audio de Santiago Caputo que Villarruel ignoró y el informe del avión del escándalo que espera la Justicia | TN

Case 1:15-cv-02739-LAP    Document 763-7    Filed 07/26/25    Page 16 of 16

Políticas de privacidad

Media Kit