# EXHIBIT H

**The Government made concessions and a formal committee resolution on the Framework Law will be taken up in the Senate this week**

The ruling party agreed to changes in the RIGI, the labor reform and government reform. Two key chapters of the dispute remain open: Profits and privatizations.

By **María Cafferata**

May 26, 2024 - 00:01 am

- 
- 
- 
- 
- 
- 
- 



The radical Martín Lousteau is the key to unblocking the bills in the Senate.

Guillermo Francos, José Rolandi and Victoria Villarruel could breathe a sigh of relief after the presidential speech: Javier Milei had not declared war on the Senate. The survival of the Framework Law depended on Milei refraining from insulting senators who are resisting the passage of the mega-bill and who, in their anger with the government and its negotiating dynamics, were almost

Source: https://www.pagina12.com.ar/739792-el-gobierno-cedio-y-la-ley-bases-obtendria-dictamen-esta-sem

eager for the president to give them an excuse to oppose it. This did not happen, and the senators laid down their arms and got busy completing their review of the bill which the government began circulating to legislators on Friday. The government made concessions on the inclusion of changes to the RIGI, the labor reform and government reform, but is reluctant to change two key chapters that the opposition has already decided to overturn on the senate floor: the restitution of profits and the privatization of Aerolineas Argentinas and Correo Argentino. After two failed attempts, the government will attempt to pass the bill next Wednesday, and the opposition anticipates that, with dissents, the third time will be the charm. However, the senate is a different story: the votes are not there and every crisis - such as the revolt in Misiones – is grist for the mill of the opposing vote of *Unión por la Patria*.

On Friday night, the government began distributing the bill containing the new version of the Framework Law via WhatsApp. Wednesday's fiasco had set off alarm bells: the problem was not only that it had failed to pass the bill - yet again - but that the missteps of the negotiators were beginning to turn the indecision of some into open hostility. Martín Lousteau (UCR) was furious and threatened to vote against the law. Lucila Crexell (Neuquén), José Carambia (Santa Cruz) and Guadalupe Tagliaferri (PRO) had not even bothered to participate in the committees. The senators were fed up: there was no bargaining table, the messages coming from Francos and Rolandi were contradictory and no one in the government had taken the trouble to offer a real and concrete counteroffer. Several left early to return to their provinces and the officials had to initiate damage control. It was not until Friday night and Saturday morning that the senators began to receive the ruling party's proposal.

**The counteroffer**

The government's proposal includes changes to the RIGI, labor reform, government reform and money laundering. These would be the agreed changes, that is, the ones that the government agrees it will not attempt to change when the bill returns to the House of Representatives. This is a key point: Martin Menem and Karina Milei are already working on defending the original version of the Framework Law and the tax package, seeking to secure a majority to reverse the unwanted changes adopted by the most intractable chamber (the Senate). Thus, any agreement reached by Edgardo Kueider, Lousteau, Pablo Blanco or Tagliaferri - or any of the undecided members - with the government implies that the government agrees that it will not betray them.

In the case of the Large Investment Incentive Regime - the soul of the Framework Law - the government changed the wording of Article 163 which made it irrelevant whether or not the provinces adhered to the regime (since it annulled any provincial laws that were contrary to the regime, affecting the autonomy of the provinces). It also offered a concession on the inclusion of a safeguard for local industry against the opening of imports that the regime enables for suppliers of investor companies. These changes respond to the demands of radical voting blocks, provincial forces and even industrial centers, but they do not satisfy all senators. For example, Kueider, the senator from the province of Entre Rios, requested the removal of the entire chapter of the Framework Law so that it could be taken up separately. On the other hand, Lousteau raised a number of other objections and it is unknown whether he will agree to only those changes.

The labor reform, which eliminates fines for unregistered work and extends the probationary period, will also include a flag that the radical voting block has been flying since the vote in the House of

Source: https://www.pagina12.com.ar/739792-el-gobierno-cedio-y-la-ley-bases-obtendria-dictamen-esta-sem

Representatives: the initiative against union solidarity quotas. Although it does not eliminate the obligatory nature of the measure - as the UCR had demanded, the government included an article that limits it. It also includes company blockades as grounds for dismissal.

In the case of the delegation of powers chapter, the government agreed to expand the list of agencies that Milei is not allowed to eliminate. The National Genetic Data Bank and INTI will be included on the list. This list - which includes other public agencies, such as CONICET, INCAA or Malbrán - only shields these institutes from being eliminated, however the Executive Branch can still eliminate the scope of their authority or reorganize their internal structure (layoffs).

On the other hand, the government did not include the two major demands from the Patagonian governors: the reversion of profits and privatizations. In the first case, the Patagonians were demanding a 22 percent increase from the base limit - since, as a disadvantaged zone, the cost of living is higher and therefore so are wages - and the negotiations were well underway, but last week Milei turned them down. If there is no change, the changes to profits will easily fail in the senate: the 33 UxP senators will vote against it, along with the nine Patagonian senators. The challenge, however, will be to reach the two-thirds majority required to shield the rejection from review by the House of Representatives.

The same scenario is repeated with the privatization of Aerolíneas Argentinas, Correo Argentino and Radio y Televisión Argentina. The Patagonians want nothing to do with these three privatizations and if there is no differentiation in the committee resolution - separating the annexes of the public companies to be privatized, for example - the ruling party risks failure of the entire chapter on privatizations.

**The committee resolution and the senate**

"It makes no sense to keep postponing, the signatures will be ready on Wednesday," said an opposition senator who had just received the bill from the government. Most of the dissenting senators agree that on Wednesday, when the plenary of committees holds a meeting, the ruling party will finally obtain its majority opinion, although several dissenting opinions are expected. However, the fact that an opinion is issued after three weeks of rejections does not mean that the government will have a majority in the senate. This is absolutely not the case.

In recent days, the fishbowl where UxP seeks votes to overturn the law has expanded. Kueider and "Camau" Espínola - former members of *Frente de Todos* - were always a possibility, as well as Carambia from Santa Cruz, but the government's missteps have allowed it to add actors that were previously unthinkable. One of them is Lousteau. The radical has been one of the most critical voices of the law and has been playing against the rest of his bloc, which - with the exception of Blanco and Maximiliano Abad - was ready to pass the law a long time ago. The others are the two senators from Misiones, Oscar Arce and Sonia Rojas Decut, who until now have always supported the ruling party. However, the social crisis in Misiones, caused by the changes that Milei is making to the provinces, could change the outlook.

Source: https://www.pagina12.com.ar/739792-el-gobierno-cedio-y-la-ley-bases-obtendria-dictamen-esta-sem

THE STATE OF TEXAS       }
                         }
COUNTY OF HARRIS         }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this ___07/24/25___

_____
Notary Public in and for the State of Texas
My commission expires: ___10/01/28___

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Certified Translations.713.444.5964

# Página|12

24 de julio de 2025

Buscar...



Portada > El país

Tras dos intentos fallidos, intentará dictaminar el próximo miércoles

# El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado

El oficialismo aceptó cambios en el RIGI, la reforma laboral y la reforma del Estado. La disputa sigue abierta dos capítulos clave: Ganancias y privatizaciones.

Por María Cafferata

26 de mayo de 2024 - 00:01






7/24/25, 12:12 AM El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado, tras dos intentos fallidos, intentará dictaminar …

Case 1:15-cv-02739-LAP    Document 763-8    Filed 07/26/25    Page 7 of 13



El radical Martín Lousteau es la llave para destrabar los proyectos en la Cámara de Senadores.

7/24/25, 12:12 AM    El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado: tras dos intentos fallidos, intentará dictaminar …

Case 1:15-cv-02739-LAP    Document 763-8    Filed 07/26/25    Page 8 of 13

Guillermo Francos, José Rolandi y Victoria Villarruel pudieron respirar aliviados tras el discurso presidencial: Javier Milei no le había declarado la guerra al Senado. La supervivencia de la Ley Bases dependía de que Milei no insultara a los senadores que se resisten a dictaminar el mega proyecto y que, en su enojo con el gobierno y su dinámica de negociaciones, estaban casi deseosos de que el presidente les diera una excusa para oponerse. No fue así y los senadores bajaron las armas, ocupados en terminar de revisar el borrador que el gobierno empezó a circular el viernes entre los legisladores. El gobierno concedió incluir cambios en el RIGI, la reforma laboral y la reforma del Estado, pero se resiste a modificar dos capítulos clave que la oposición ya definió voltearle en el recinto: la restitución de Ganancias y la privatización de Aerolíneas Argentinas y Correo Argentino. Luego de dos intentos fallidos, el gobierno intentará dictaminar el próximo miércoles, y en la oposición anticipan que, con disidencias, la tercera será la vencida. El recinto, sin embargo, es otra historia: los votos no están y cada crisis - como la revuelta en Misiones - lleva agua al molino del rechazo de Unión por la Patria.

**Javier Milei en Córdoba: sin pacto ni gobernadores y con crisis en el Gabinete**

**Los que bancan al Gobierno sin llegar a fin de mes**

**Los intendentes de Milei en Córdoba que piden obra pública**

El viernes a la noche, el gobierno comenzó a distribuir el borrador de la nueva versión de la Ley Bases por WhatsApp. El fiasco del miércoles había despertado las alarmas: el problema no era solo que no se había logrado dictaminar - una vez más -, sino que la mala praxis de los negociadores estaba comenzando a convertir la indecisión de algunos en abierta hostilidad. Martín Lousteau (UCR) estaba furioso y amenazaba con rechazar la ley. Lucila

Crexell (Neuquén), José Carambia (Santa Cruz) y Guadalupe Tagliaferri (PRO) ni se habían molestado en participar de las comisiones. Los senadores estaban hartos: no había mesa de negociación, los mensajes que llegaban de Francos y Rolandi eran contradictorios y nadie en el gobierno se molestaba en ofrecer una contraoferta real y concreta. Varios partieron más temprano a sus provincias y los funcionarios tuvieron que comenzar a hacer control de daños. Fue recién entre el viernes a la noche y el sábado a la mañana que los senadores comenzaron a recibir la propuesta del oficialismo.

## La contraoferta

La propuesta del oficialismo incluye cambios en el RIGI, la reforma laboral, la reforma del Estado y el blanqueo de capitales. Esos serían las modificaciones acordadas, es decir las que el gobierno se compromete a no intentar dar vuelta cuando el proyecto vuelva a Diputados. Es un punto clave: Martín Menem y Karina Milei ya están trabajando en defender la versión original de la Ley Bases y el paquete fiscal, buscando asegurarse una mayoría que revierta los cambios no deseados que surjan de la cámara más arisca (el Senado). Por lo que cualquier acuerdo que Edgardo Kueider, Lousteau, Pablo Blanco o Tagliaferri - o cualquiera de los indecisos - arriben con el gobierno implica que este se comprometa a no traicionarlos.

En el caso del Régimen de Incentivo a las Grandes Inversiones - el alma de la Ley Bases - el gobierno modificó la redacción del artículo 163 que volvía irrelevante que las provincias se adhirieran o no al régimen (ya que anulaba cualquier normativa provincial que fuera contra el régimen, afectando la autonomía de las provincias). Concedió también incluir una salvaguarda a la industria local frente a la apertura de importaciones que el régimen habilita para los proveedores de las empresas que inviertan. Estos cambios responden a las demandas que habían recibido del radicalismo, fuerzas provinciales e, incluso, de centrales industriales, pero no termina de satisfacer a todos los senadores. El entrerriano Kueider, por ejemplo, solicitó remover todo el capítulo de la Ley Bases para tratarlo por separado.

7/24/25, 12:12 AM	El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado, Los dos flancos fallidos, intentará dictaminar …

Case 1:15-cv-02739-LAP    Document 763-8    Filed 07/26/25    Page 10 of 13

Lousteau, por otro lado, había planteado muchas más objeciones y se desconoce si aceptará solo esos cambios.

La reforma laboral, que elimina las multas por trabajo no registrado y amplía el período de prueba, también incluirá una bandera que el radicalismo viene sosteniendo desde Diputados: el avance contra las cuotas solidarias de los sindicatos. Si bien no termina de eliminar la obligatoriedad - como exigía la UCR -, el gobierno incluye un artículo que la limita. También incluye el bloqueo de empresas como causal de despido.

En el caso del capítulo de delegación de facultades, el gobierno accedió a ampliar el listado de organismos que podrían no ser eliminados por Milei. Se incluirá el Banco Nacional de Datos Genéticos y el INTI. Este listado - que incluye otros organismos públicos, como el CONICET, el INCAA o el Malbrán - solo blinda a estos institutos de ser suprimidos, sin embargo el Ejecutivo todavía puede eliminar sus competencias o reorganizar su estructura interna (despidos).

El gobierno no incluyó, en cambio, los dos grandes reclamos de los gobernadores patagónicos: la reversión de Ganancias y las privatizaciones. En el primer caso, los patagónicos reclamaban un aumento del piso del 22 por ciento - ya que, al ser zona desfavorable, el costo de vida es más alto y, por lo tanto, también los sueldos - y las negociaciones venían bien encaminadas, pero la semana pasada Milei le bajó el pulgar. En el caso de que no haya ningún cambio, la modificación de Ganancias se caerá fácilmente en el recinto: los 33 senadores de UxP votarán en contra, así como también los nueve patagónicos. El desafío, sin embargo, será llegar a los dos tercios para blindar el rechazo de la revisión de la Cámara de Diputados.

El mismo escenario se repite con la privatización de Aerolíneas Argentinas, Correo Argentino y Radio y Televisión Argentina. Los patagónicos no quieren saber nada con estas tres privatizaciones y de no haber alguna diferenciación en el dictamen - separando los anexos de las empresas públicas a privatizar,

Case 1:15-cv-02739-LAP    Document 763-8    Filed 07/26/25    Page 11 of 13

por ejemplo - el oficialismo se arriesga a que se le caiga todo el capítulo de privatizaciones.

## El dictamen y el recinto

"Ya no tiene sentido seguir posponiendo, el miércoles las firmas van a estar", deslizaba una senadora opositora que acababa de recibir el borrador del gobierno. La mayoría de los senadores díscolos coincide en que el miércoles, cuando se reúna el plenario de comisiones, el oficialismo obtendrá finalmente su dictamen de mayoría, aunque con varias disidencias. El lograr emitir dictamen tras tres semanas de rechazos, sin embargo, no se traduce en que el oficialismo tendrá una mayoría en el recinto. En absoluto.

En los últimos días, la pecera en donde UxP busca votos para voltear la ley se ha hecho más amplia. Kueider y "Camau" Espínola - ex compañeros frentetodistas - siempre fueron una posibilidad, así como el santacruceño Carambia, pero la mala praxis del gobierno le ha permitido sumar actores antes impensados. Uno es Lousteau. El radical ha sido una de las voces más críticas de la ley y viene jugando a contramano del resto de su bloque, que - a excepción de Blanco y Maximiliano Abad - estaba listo para sancionar la ley hace rato. Los otros son los dos senadores misioneros, Oscar Arce y Sonia Rojas Decut, que hasta ahora han acompañado siempre al oficialismo. La crisis social que se vive en Misiones, motivada por el ajuste que Milei está haciendo a las provincias, podría, sin embargo, cambiar el panorama.

### Seguí leyendo

**Sturzenegger prepara su desembarco en Economía para reemplazar a Caputo**

**¿Karl Marx o la Revolución de Mayo? El furcio que Javier Milei jamás se perdonará**

**Terremoto en la AFI por la eventual salida de Nicolás Posse**

7/24/25, 12:12 AM  El Gobierno cedió y la Ley Bases obtendría dictamen esta semana en el Senado / Tras dos intentos fallidos, intentará dictaminar …

Case 1:15-cv-02739-LAP    Document 763-8    Filed 07/26/25    Page 12 of 13











## Suscribite a los newsletters del Grupo Octubre

Conocé todas las opciones del contenido que podés recibir en tu correo. Noticias, cultura, ciencia, economía, diversidad, lifestyle y mucho más, con la calidad de información del Grupo Octubre, el motor cultural de América Latina.

**ver más newsletters**



Este es un contenido original realizado por nuestra redacción. Sabemos que valorás la información rigurosa, con una mirada que va más allá de los datos y del bombardeo cotidiano.

Hace 38 años **Página|12** asumió un compromiso con el periodismo, lo sostiene y cuenta con vos para renovarlo cada día.

## Unite a Página|12

Temas en esta nota:
Ley Bases Cámara de Senadores



