# EXHIBIT J

**Francos with the red circle: Caputo's challenge and the effect of Alberto Fernandez's scandal**

The Chief of Cabinet had lunch with members of the domestic establishment, where he sought to reassure them about the reforms. He criticized Governor Quintela and predicted what the wayward provinces will do with the RIGI.



Guillermos Francos - Fundación Mediterránea



**[Ariel Maciel](#)**

08-19-2024 10:30 p.m.

The Chief of Cabinet of Ministers of the Nation, **Guillermo Francos, reassured the exclusive business audience** gathered by the **Fundación Mediterránea**, at a lunch held at the Alvear Palace Hotel in Buenos Aires. He differed from President **Javier Milei** and the Minister of Economy, **Luis Caputo**: he did not beg, nor demand investments, but **guaranteed internal peace** and assured to have **social time to deepen the Libertarian administration plan**, with **reforms and organization** tailored to the red circle. He spoke about the crisis of Peronism, apologized for having said "anything" about fiscal surplus, criticized "Chacho Peñaloza" Quintela and even took time to praise **Domingo Cavallo**.

Within the framework of the **47th anniversary of the Cordoba entity**, Francos entered the Alvear hall flanked by the president of IERAL, **Osvaldo Giordano**, who was his Cabinet colleague during his time at Anses, during the first two months of the Libertarian administration. In the establishment, the politician from Cordoba is recognized for being the **whistleblower in the insurance case** involving former president **Alberto Fernández**, from where the investigation for gender violence against former First Lady Fabiola Yañez and the aftermath of the leak of videos and information about the former head of state's intimate relationships with media figures derived.

Source: https://www.perfil.com/noticias/economia/francos-con-el-circulo-rojo-el-reto-de-caputo-y-el-efecto-del-escandalo-de-alberto-fernandez.phtml

### The hidden inflation data that put Milei and Caputo's goals at risk

"This Government, in addition to the courage led by President Milei to carry out the transformations, also has a **share of luck**, because the political circumstances we live in this country help us give ourselves time. No one is unaware that **these episodes of political decomposition** that we have experienced in the last few days **allow us enough time to generate the transformations** that the country needs," admitted Francos. This sentence sounded like music to the ears of **businessmen**, who **prefer political stability to immediate economic results**.

### Changes in the background

It so happens that the representatives of the economic power that were in the room still have their **questions about the timing** to get rid of the **currency controls**, **lower the tax burden** or reactivate production; but they agree with Francos that the fundamental changes to establish the demanded **"clear rules"** will take **"more time."** "It is true that Argentines want to see all the results in the short term, (but) the change will never be tomorrow, because we come from a very long period of misgovernment in Argentina," said the coordinating minister.

Pía Astori, president of the Fundación Mediterránea, highlighted the contribution of projects carried out by IERAL

In her brief presentation, the president of the Fundación Mediterránea, **María Pía Astori**, highlighted the **importance of the economic institute IERAL**, as a **source of legislative ideas** to advance in **more reforms demanded by the business community**. Not only did she speak to Francos, but she also engaged the president of the La Libertad Avanza bloc, **José Luis Espert**, seated at the main table of the event, in the dialogue.

### The "cake for the few" and the celebration of Milei's adjustment with the red circle

"This initiative is another example of Fundación Mediterránea's commitment to the **strengthening of democracy** and the **social and economic development** of our country. And we will continue to study the major national economic problems, **generating ideas and alternatives** for the welfare of all the Argentine people, and making them **available to our leaders**, having as a fundamental principle the **freedom of the people and equal opportunities**," said Astori, in welcoming the business conclave.

### The challenge, "El Chacho", RIGI, and the wayward provinces

Francos once again showed **signs of being the conciliator**, in the middle of an intense crossroads involving his own and others in the Casa Rosada. "**Caputo sent me a WhatsApp message and told me: 'you are talking nonsense with the 6 billion**,

Source: https://www.perfil.com/noticias/economia/francos-con-el-circulo-rojo-el-reto-de-caputo-y-el-efecto-del-escandalo-de-alberto-fernandez.phtml

because it is not proven that we are going to have that surplus.' And although we are going to end up with a surplus, it will not be with those figures," admitted the Chief of Cabinet, referring to his own statements, a week before at the Council of the Americas, when he predicted a calculation that the **Ministry of Economy has ruled out** due to the lower tax collection and the loss of reserves. Beyond the mistake, **the anecdote sought to show a climate of camaraderie and tolerance** in the Cabinet.

Francos assured that the Government will deepen the economic reform plan

The national official clashed head-on with the governor of La Rioja, **Ricardo Quintela**, for his decision **not to adhere to the Incentive Regime for Large Investments**. "The RIGI poses us rules that allow impressive investments in mining areas and (the issue arises) when I talk to the governors, who are in mining areas, such as the governor of Salta, of Jujuy, of Catamarca; **the governor of La Rioja is a little more complicated, because he is devoted to being the "Chacho"** (in reference to Ángel Vicente Peñaloza, a Riojan leader who took up arms against unitary centralism) instead of thinking about the enormous investment opportunities that exist in that province," he joked.

## Labor reform: 9 changes to be regulated by the Government

Francos took the opportunity to send a message to the rest of the governors who oppose the Libertarian initiative: **"Everyone will understand** and these processes will generate changes and **many provinces that today have not entered** or have not shared these criteria to generate investments, will **eventually end up doing so** because, in the end, in politics, competition also applies. **If one does well and another doesn't, it will generate the imitation process.**"

**Praise of Cavallo, the end of the currency controls, and a millionaire audience**

Milei's Chief of Staff warned, from the outset, that he would not predict the **date of the lifting of the currency controls**, a calendar revised daily by the business community in front of him. He did not want to make the mistake of the surplus that cost him Caputo's challenge, but he was **confident that "it is going to be much sooner than people think."** "The **fall in inflation, the lack of issuance**, show that we have attacked inflation on all fronts," he said, referring to the President's announcement to lift restrictions when inflation and devaluation rates are in line, at around 1%.

The Fundación Mediterránea honored Francos at a luncheon held in the City of Buenos Aires

Francos **defended the Libertarian model**. He highlighted that "for the first time in a long time, **salaries have beaten inflation**" and anticipated a reactivation in the economic activity, pointing out improvements in the **purchase of construction materials and in the automotive production**. "To many political leaders, some of them quite close to the project, and others who are in the opposition talk about lack of

Source: https://www.perfil.com/noticias/economia/francos-con-el-circulo-rojo-el-reto-de-caputo-y-el-efecto-del-escandalo-de-alberto-fernandez.phtml

management. **This bothers me a little, because the brutal reduction of public spending is not obtained without management**," he said.

**Survey: 60% say Alberto Fernandez's case is used by the government to cover up the economic crisis**

The event included the owner of Corporación América, **Eduardo Eurnekian**; the president of Grupo América, **Daniel Vila**; the owner of Laboratorios Richmont, **Marcelo Figueiras**; the coffee businessman **Martín Cabrales**; and the new president of Edenor, **Daniel Marx**. In this context, Francos spoke of Cavallo as the minister who "tried" to deregulate the economy: **"One of the most important personalities that the country has given**, and who has a lot to do with the Fundación Mediterránea, who **was Domingo Cavallo, my friend Mingo**, who has worked during his tenure a lot for the deregulation of all sectors, but he never thought **that 20 years of Kirchnerism would throw overboard everything that had been built.**"

Source: https://www.perfil.com/noticias/economia/francos-con-el-circulo-rojo-el-reto-de-caputo-y-el-efecto-del-escandalo-de-alberto-fernandez.phtml

THE STATE OF TEXAS          }
                            }
COUNTY OF HARRIS            }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Maria C. Sanchez, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Francos con el círculo rojo: el reto de Caputo y el efecto del escándalo de Alberto Fernández"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.


_____
MARIA C. SANCHEZ


Sworn to before me this _____07/23/25_____


_____
Notary Public in and for the State of Texas
My commission expires: _____10/01/28_____

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028


Certified Translations.713.444.5964





**FUNDACIÓN MEDITERRÁNEA**

31 

# Francos con el círculo rojo: el reto de Caputo y el efecto del escándalo de Alberto Fernández

El jefe de Gabinete almorzó con integrantes del establishment doméstico, en donde buscó llevar tranquilidad sobre las reformas. Criticó al gobernador Quintela y pronosticó qué harán las provincias díscolas con el RIGI.



Guillermos Francos. | Fundación Mediterránea

       31 

 **Ariel Maciel**

19-08-2024 22:30

El jefe de Gabinete de Ministros de la Nación, **Guillermo Francos**, le llevó **tranquilidad a la exclusiva platea empresaria** que reunió la **Fundación Mediterránea**, en un almuerzo realizado en el porteño Alvear Palace Hotel. Se diferenció del presidente **Javier Milei** y del ministro de Economía, **Luis Caputo**: no rogó, ni exigió inversiones, sino que **garantizó la paz interna** y aseguró contar con **tiempo social para profundizar el plan de gobierno libertario**, con **reformas y ordenamiento** a medida del círculo rojo. Habló de la crisis del peronismo, su disculpó por haber dicho "cualquier cosa" sobre el superávit fiscal, criticó al "Chacho Peñaloza" Quintela y hasta se guardó tiempo para elogiar a **Domingo Cavallo**.

En el marco del **47 aniversario de la entidad cordobesa**, Francos ingresó al salón Alvear flanqueado por el presidente del IERAL, **Osvaldo Giordano**, quien supo ser compañero de Gabinete, cuando tuvo su paso por el Anses, durante los primeros dos meses de gestión libertaria. En el *establishment* reconocen al cordobés por ser el **denunciante de la causa de los seguros** que involucró al expresidente **Alberto Fernández**, desde donde derivó la investigación por violencia de género contra la exprimera dama **Fabiola Yañez** y las secuelas por la filtración de videos e información sobre relaciones íntimas del exjefe de Estado con figuras del ambiente mediático.

ADVERTISING



**At Whittier Trust, we can unlock possibilities...**

Whittier Trust · Sponsored                    **Learn More**

## El dato oculto de inflación que pone en riesgo los objetivos de Milei y Caputo

"Este Gobierno, además del coraje liderado por el presidente Milei para llevar adelante las transformaciones, también tiene una **cuota de suerte**, porque las circunstancias políticas que vivimos en este país nos ayudan a darnos tiempo. A nadie se le escapa que **estos episodios de descomposición política** que hemos vivido estos últimos días **permiten darnos el tiempo suficiente para generar las transformaciones** que el país necesita", admitió Francos. Esa sentencia sonó como música para los oídos **empresarios**, que **prefieren la estabilidad política al resultado económico inmediato**.

## Los cambios de fondo

Case 1:15-cv-02739-LAP   Document 763-10   Filed 07/36/25   Page 10 of 21

Sucede que los representantes del poder económico que estaban en la sala aún mantienen sus **dudas por los tiempos** que se utilizarán para la salida del **cepo cambiario**, la **baja de la carga impositiva** o la **reactivación productiva**; pero, coinciden con Francos que los **cambios de fondo** para instaurar las reclamadas **"reglas claras"** les **llevará "más tiempo"**. "Es cierto que los argentinos queremos ver todos los resultados en corto plazo, (pero) el cambio nunca va a ser mañana, porque venimos de un período muy largo de desgobierno en la Argentina", se atajó el ministro coordinador.



Pía Astori, presidenta de la Fundación Mediterránea, destacó el aporte de proyectos que realiza el IERAL

En su escueta presentación, la presidenta de la Fundación Mediterránea, **María Pía Astori**, destacó la **importancia del instituto económico IERAL**, como **usina de ideas legislativas** para avanzar en **más reformas que pide el empresariado**. No sólo le habló a Francos, sino que también comprometió en el diálogo al presidente del bloque de La Libertad Avanza, **José Luis Espert**, sentado en la mesa principal del evento.

# La "torta para pocos" y el festejo del ajuste de Milei con el círculo rojo

"Esta iniciativa es una muestra más de la Fundación Mediterránea con el **fortalecimiento democrático** y con el **desarrollo social y económico** de nuestro país. Y continuaremos estudiando los grandes problemas económicos nacionales, **generando ideas y alternativas** para el bienestar de todo el pueblo argentino, y poniendo **a disposición de nuestros gobernantes**, teniendo como principio fundamental el de la **libertad de las personas y la igualdad de oportunidades**", aseguró Astori, en la bienvenida al cónclave empresario.

## El reto, "El Chacho", el RIGI y las provincias díscolas

Francos volvió a dar **muestras de ser el conciliador**, en medio de un cruce intenso de que involucra a propios y ajenos en la Casa Rosada. "**Me mandó un mensaje de whatsapp Caputo y me dijo: 'tiraste cualquier con los 6.000 millones**, porque no está probado que vayamos a tener ese superávit'. Y si bien vamos a terminar con superávit, no será en esos términos", admitió el jefe de Gabinete, al hacer referencia a sus propias afirmaciones, una semana antes en el *Council of the Americas*, cuando vaticinó un cálculo que **en el Ministerio de Economía está descartado** por la menor recaudación fiscal y la pérdida de reservas. Más allá del yerro, **la anécdota buscó mostrar un clima de camaradería y tolerancia** en el Gabinete.



Francos aseguró que el Gobierno profundizará el plan de reformas económicas

El funcionario nacional chocó frontalmente contra el gobernador de La Rioja, **Ricardo Quintela**, por la decisión de **no adherir al Régimen de Incentivo a las Grandes Inversiones**. "El RIGI nos plantea normas que permiten inversiones impresionantes en áreas mineras y (el tema surge) cuando hablo con los gobernadores, que están en zonas mineras, como el de Salta, de Jujuy, de Catamarca; **el de La Rioja es un poco más complicado, porque se dedicó a ser el "Chacho"** (en referencia a Ángel Vicente Peñaloza, un caudillo riojano que se levantó en armas contra el centralismo unitario) en lugar de pensar en las oportunidades enormes de inversión que hay en esa provincia", lo chicaneó.

## Reforma laboral: 9 cambios que reglamentará el Gobierno

Francos aprovechó para enviar un mensaje al resto de los gobernadores que se oponen a la iniciativa libertaria: **"Todos van a ir entendiendo** y estos procesos van a ir generando cambios y **muchas provincias que hoy no han entrado** o no han compartido estos criterios para generar inversiones, **al final lo van a terminar haciendo** porque, en definitiva, en la política también se impone la competencia. **Que a uno le vaya bien y a otro no, va a generar el proceso de imitación"**.

## El elogio a Cavallo, la salida del cepo y una platea millonaria

El jefe de Gabinete de Milei advirtió, de entrada, que no iba a pronosticar la **fecha del levantamiento del cepo cambiario**, un calendario revisado a diario por el empresariado que tenía enfrente. No quiso cometer el error del superávit que le costó el reto de Caputo, pero **se mostró confiado en que "va a ser mucho antes de lo que la gente piensa"**. "La **caída de la inflación, la no emisión**, demuestran que hemos atacado la inflación por todos los frentes", dijo, en referencia al anuncio del presidente de levantar las restricciones cuando las tasas de inflación y de devaluación estén en línea, en torno al 1%.



La Fundación Mediterránea distinguió a Francos, en el almuerzo realizado en Ciudad de Buenos Aires

Francos **defendió el modelo libertario.** Destacó que "por primera vez en mucho tiempo **los salarios le ganaron a la inflación**" y anticipó una reactivación en la actividad económica, al señalar mejoras en la **compra de materiales de construcción y en la producción automotriz.** "A muchos dirigentes políticos, algunos bastante cercanos al proyecto, y otros que están en la oposición hablan de falta de gestión. **A mí eso me molesta un poco, porque la reducción brutal del gasto público no se obtiene sin gestión",** sostuvo.

### Encuesta: el 60% afirma que el caso de Alberto Fernández es utilizado por el gobierno para tapar la crisis económica

Entre los presentes estaban el dueño de Corporación América, **Eduardo Eurnekian;** el presidente del Grupo América, **Daniel Vila;** el titular de

7/22/25, 2:00 PM
Case 1:15-cv-02739-LAP    Document 763-10    Filed 07/26/25    Page 15 of 21
Francos con el círculo rojo, el reto de Caputo y el efecto del escándalo de Alberto Fernández | Perfil

Laboratorios Richmont, **Marcelo Figueiras**; el cafetero **Martín Cabrales**; y el flamante presidente de Edenor, **Daniel Marx**. En ese contexto, Francos habló de Cavallo, como el ministro que "intentó" desregular la economía: **"Una de las personalidades más importantes que ha dado el país**, y que tiene mucho que ver con la Fundación Mediterránea, que **fue Domingo Cavallo, mi amigo Mingo**, que ha trabajado durante su gestión muchísimo para la desregulación de todos los sectores, pero **nunca pensó que iban a venir 20 años de kirchnerismo que tiraran por la borda a todo lo que se había construido"**.



## Disfrutá nuestra newsletter

Recibí en tu email todas las noticias, coberturas, historias y análisis de la mano de nuestros periodistas y editores especializados.

Quiero recibirla

## TAMBIÉN TE PUEDE INTERESAR



El Gobierno desreguló el mercado de gas y eliminó los precios máximos de las garrafas



El dato oculto de inflación que pone en riesgo los objetivos de Milei y Caputo



Dólar e inflación: cómo terminarán el año según economistas y consultoras



Un supermercado aceptará
dólares de cara chica con una
cotización mayor a la de las casas
de cambio

## EN ESTA NOTA

( Fundación Mediterránea )  ( Guillermo Francos )  ( Javier Milei )  ( Luis Caputo )  ( Cepo Cambiario )

| DIVISAS | VENTA | COMPRA |
| --- | --- | --- |
| Dólar Oficial | 1.282,00 | 1.237,00 |
| Dólar Blue | 1.315,00 | 1.295,00 |
| Dólar Tarjeta | | 2.051,20 |
| Euro oficial | 1.394,00 | 1.344,00 |
| Euro blue | 1.429,00 | 1.408,00 |



## COLUMNISTAS




### La Realidad Avanza
*Gustavo González*


### Caputo vende cara su derrota
*Javier Calvo*


### Listas, internas, traiciones
*Nelson Castro*


### Motosierra u hormigonera
*Carlos Fara*


### Los consultores políticos
*Jaime Duran Barba*

**MÁS COLUMNISTAS →**

## LAS MÁS LEÍDAS





1    El parque temático que parece salido de Disney y es gratuito en vacaciones de invierno

2    Revés judicial para los dueños de Grido: Casación revocó el sobreseimiento y se deberá hacer el juicio

3    El plan secreto de Demian Reidel, el hombre nuclear de Milei que sueña con la IA y que "renunció" a pedido de Karina

4    Hace 40 años, Jorge Luis Borges asistía al Juicio a la Juntas para escuchar la declaración de un sobreviviente

5    Cae la imagen de Javier Milei y la evaluación favorable del Gobierno

VER MÁS →



7/22/25, 2:00 PM
Case 1:15-cv-02739-LAP   Document 763-10   Filed 07/26/25   Page 19 of 21
Francos con el círculo rojo el reto de Caputo y el efecto del escándalo de Alberto Fernández | Perfil



### The Firms That Hunt Talent...

**somewhere.com**



### If You Have Moles or Skin...

Do This Immediately If You Have Moles Or Skin...

**TagAway**



### Ask A Pro: "I'm 70 With $1.4...

This Quiz Matches Nearly 50,000 People Each...

**smartasset.com**



### Wear it, pay tribute to it a...

**HOPPBUY**



### 3 Examples of How...

"It may sound like a lot of money,...

**smartasset.com**



### Eat 1 Teaspo...

Cardiologist: How to Quick...

**nomorfat.com**



### Brooklyn: Sign Up...

Complete this short Quiz to...

**AudioNova**




### https://www.laurageller.com/col sellers?

**Laura Geller Beauty**

## MÁS EN **PERFIL**





**Menem: familia en guerra**



**Cazzu: "No hay que permitir que la maldad nos convierta en personas malas o rencorosas"**



**Nicole Neumann y Allegra Cubero lucieron la misma bikini mocha e impusieron la nueva próxima tendencia**



**Nueva Ford Ranger Híbrida Enchufable: autonomía eléctrica y hasta 3.500 kg de remolque**

7/22/25, 2:00 PM
Case 1:15-cv-02739-LAP   Document 763-10   Filed 07/26/25   Page 21 of 21
Francos con el círculo rojo en el reto de Caputo y el efecto del escándalo de Alberto Fernández | Perfil



  

CANALES RSS    QUIENES SOMOS    CONTÁCTENOS    PRIVACIDAD    EQUIPO    REGLAS DE PARTICIPACIÓN    TRÁNSITO

Perfil.com - Editorial Perfil S.A. | © Perfil.com 2006-2025 - Todos los derechos reservados.

Editor responsable: Carlos Piro.

Registro de la propiedad intelectual RL-2024-31002957-APN-DNDA#MJ

Dirección: California 2715, C1289ABI, CABA, Argentina | Teléfono: (+5411) 7091-4921 / (+5411) 7091-4922 | E-mail: perfilcom@perfil.com