# EXHIBIT L



**Embassy in United States**
Argentine Republic

Argentina

IN IS

MENU

RETURN

## 2. Military Attachés

**Defense and Air Force Attaché**

Commodore Carlos Gabriel CENDON

2405 Eye St, NW 6th Floor
Washington, DC 20037
phone (202) 452-8500 fax
(202) 822-8051

www.faaus.org

comunicaciones@faaus.org

**Military Attaché**

Major Colonel Javier Gustavo Lorenzo Martos

1810 Connecticut Ave, NW
Washington, DC 20009
phone (202) 667-4900 fax
(202) 667-4903
Radish: 06-3111

www.amilusa.com

argarmy@gmail.com

**Naval Attaché**

Captain Osvaldo Raúl Chiñi

630 Indiana Ave, NW
Washington, DC 20004
phone (202) 626-2131
fax (202) 899-2635

www.argnavattache-usa.org

argnavattache@gmail.com

Updated date: 30/05/2025

## Contact

**Address:** 1600 New Hampshire Ave., N.W. - Washington **Postal code:** 20009

**Tel:** 00 1 202 238 6400 **Email:**

eeeuu@mrecic.gov.ar

## Social Networks

