# EXHIBIT M

Case 1:15-cv-02739-LAP          Document 763-13          Filed 07/26/25          Page 2 of 23

National Agency for Disability (/andis) /

# Affiliations

It provides medical and health care coverage to all those persons who are holders of non-contributory national pensions.

 **FREE**           **IN-PERSON**           **SOCIAL BENEFITS**

 **HEALTH**

The affiliation is not automatic at the moment the Non-Contributory Pension is granted, but requires a voluntary affiliation process by the holder or legal representative.

##  Who is it aimed at?

Any person who is a **holder of a Non-Contributory Pension (PNC) and does not have medical coverage as a beneficiary of the National Health Insurance System or the Provincial Social Welfare Fund** may join the program.

**It supports the medical and health care coverage to:**

- **Holders of welfare pensions:** mothers with seven or more children (Law 23476), disabled persons, persons with disability (Law 18910), persons over 70 years of age in poverty (Law 13478).

- **Beneficiaries of pensions under special laws:** Malvinas veterans, relatives of the disappeared, precursors of the Argentine Antarctic, Nobel or Olympic Prize winners, prelates, etc.
- **Beneficiaries of special pensions:** persons appointed by legislators of the National Congress.

**Can I enroll a dependent family member?**

In compliance with <u>Resolution 1862/11</u> of the National Ministry of Health, beneficiaries may request the incorporation of any dependent family member into the program, as long as they meet the following requirements:

- It is accredited through the respective medical certificate stating that he/she requires special health care.
- He/she does not meet the requirements to be a holder of a Non-Contributory Pension.

The first requirement for admission is to prove that the family member **requires special health care.** This requirement is understood to be fulfilled when the applicant's family member is **affected by a chronic underlying condition or requires any benefit covered by the Program.**

# ☰ What do I need?

##  If you are a holder:

- ID card of the benefit holder (front and back).
- ID card of the proxy (as long as it appears on the NCP collection receipt).
- Last receipt of payment of the NCP of the holder where the benefit number is stated.
- <u>Membership ABM Form (Annex I)</u>.

 **For a dependent family member:**

- ID card of the benefit holder (front and back).
- ID card of the proxy (as long as it appears on the NCP collection receipt).
- ID card of the family member to be affiliated (front and back).
- Documentation that proves the family relationship (example: Birth certificate; Marriage certificate; Civil union/cohabitation certificate).
- Last receipt of payment of the NCP of the holder where the benefit number is stated.
- Summary of medical history, with certification of the treating physician (signature, seal, and registration), stating the basic chronic pathology in question.
- <u>Membership ABM Form (Annex I)</u>.
- <u>Dependent Affiliation Form (Annex II)</u> for minor children, spouses, or cohabitants.
- <u>Disability assessment form for children with disabilities (when applicable). (Annex III)</u>
- <u>Sample Letter of Resignation for Holder</u>.


✔ **To modify data - holders**

**The modification procedure allows the rectification or updating of one or more personal data, such as data related to the identity or address of the holder of a non-contributory pension.**

- ID card of the benefit holder.
- ID card of the proxy (as long as it appears on the NCP collection receipt).
- ID card of the legal representative in those cases in which the right holder is a minor and no proxy appears on the receipt for payment of the non-contributory pension.

- Last receipt of payment of the NCP of the applicant holder showing the benefit number (this can be obtained from the Bank where the pension is paid or from an ATM, option receipt of payment).
- If the address is not updated in the ID card, a certificate of address issued by the competent authority, i.e. the police or the Office of Vital Records, depending on the jurisdiction to which the beneficiary belongs, must be presented, showing the updated address.
- <u>Membership ABM Form (Annex I)</u>.

 **To amend dependents' information**

- ID card of the benefit holder.
- ID card of proxy (provided that it appears on the NCP collection slip)
- ID card of the legal representative (front and back) in those cases in which the right holder is a minor and no proxy appears on the receipt for payment of the non-contributory pension.
- Last receipt of payment of the NCP of the applicant holder showing the benefit number (this can be obtained from the Bank where the pension is paid or from an ATM, option receipt of payment).
- ID card of the dependent to be modified.
- If the address is not updated in the ID card, a certificate of address issued by the competent authority, i.e. the police or the Office of Vital Records, depending on the jurisdiction to which the beneficiary belongs, must be presented, showing the updated address.
- <u>Membership ABM Form (Annex I)</u>.

**To generate cancel beneficiaries of the Federal Program "Incluir Salud"**

The procedure is free of charge and cancellation can be requested due to resignation or death report. If you have any questions, please contact: direccion.afiliaciones@andis.gob.ar (mailto:direccion.afiliaciones@andis.gob.ar )

**Important:** Once the cancellation due to resignation has taken place, you may request a new registration whenever you wish, with no time limit restrictions.

The cancellation of the registration with the Federal Program Incluir Salud implies the cancellation of the benefits that the beneficiary had in force under the coverage of the Program.

- ID card of the holder of the Non-Contributory Pension.
- ID card of the proxy if any (as appears in the NCP receipt of collection).
- ID card of the legal representative, in the case of minor right holders who do not have a proxy designated in the NCP collection receipt.
- Last receipt of payment from the NCP (showing the benefit number).
- Resignation letter (download resignation letter model from the website of the National Agency on Disability under the Federal Program Incluir Salud).
- Membership ABM Form (Annex I).

In the case of death of a dependent family member, submit:

- Death certificate.

 **To cancel the registration with the Federal Program "Incluir Salud" for dependents**

- ID card of the dependent relative for whom the cancellation of the Program is requested.

- ID card of the legal representative in the event of requesting the cancellation of a minor or disabled person.
- <u>Sample letter of resignation for dependent</u>.

In the case of death of a dependent family member, submit:

- Death certificate.

Once the benefit holder has been terminated, the dependents affiliated to the program will be automatically terminated, as well as all the benefits in force.

---

# How?

1   **If you live in the City of Buenos Aires,** you can write to us at <u>afiliacionesincluirca ba@gmail.com</u> (mailto:afiliacionesincluircaba@gmail.com) and we will give you an appointment to start your procedure.

2   **If you live in the Province of Buenos Aires,** consult the <u>Healthcare</u> Regions

3   **If you live in another province you can consult where to become a member by sending an e-mail to:** direccion.afiliaciones@andis.gob.ar <u>(mailto:direccion.afiliaciones@andis.gob.ar</u> )
If the province that appears in your ID card does not coincide with where you currently live, we will ask you to submit an updated certificate of address.

Case 1:15-cv-02739-LAP    Document 763-13    Filed 07/26/25    Page 8 of 23

**Inquiries**

For any questions or issues, you can send an email to:
direccion.afiliaciones@andis.gob.ar

## $ **What is the cost?**

Free

**THE STATE OF TEXAS**     }
                          }
**COUNTY OF HARRIS**      }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Agencia Nacional de Discapacidad. Afiliaciones"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

MARIA C. SANCHEZ

Sworn to before me this     07/24/25

Notary Public in and for the State of Texas
My commission expires:     10/01/28

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Agencia Nacional de Discapacidad (/andis) /

# Afiliaciones

Brinda cobertura médico-asistencial a todas aquellas personas titulares de pensiones nacionales no contributivas.

 GRATUITO     PRESENCIAL     BENEFICIOS SOCIALES

 SALUD

---

> La afiliación no es automática al momento de darse la Pensión No Contributiva, sino que requiere un trámite voluntario de afiliación por parte del titular o representante legal.

##  ¿A quién está dirigido?

Puede afiliarse al programa toda persona humana, **titular de una Pensión no Contributiva (PNC) que no posea cobertura médica como beneficiario del Sistema Nacional de Seguro de Salud o de la Obra Social Provincial.**

**Financia la cobertura médico-asistencial a:**

- **Titulares de pensiones asistenciales:** madres con siete hijos o más (Ley 23476), personas con discapacidad, con invalidez (Ley 18910), mayores de 70 años en situación de pobreza (Ley 13478).

- **Beneficiarios de pensiones por leyes especiales:** ex-combatientes de Malvinas, familiares de desaparecidos, precursores de la Antártida Argentina, ganadores de Premios Nobel u Olímpicos, prelados, etc.
- **Beneficiarios de pensiones graciables:** personas designadas por legisladores del Congreso Nacional.

**¿Puedo afiliar a un familiar a cargo?**

Cumpliendo con la Resolución 1862/11 del Ministerio de Salud de la Nación los beneficiarios podrán solicitar la incorporación al programa de cualquier familiar a cargo, siempre y cuando reúnan los siguientes requisitos:

- Se acredite a través del certificado médico respectivo donde conste que requiere atención especial de salud.
- No cumpla los requisitos para ser titular de una Pensión No Contributiva.

Como primer requisito de admisión es acreditar que el familiar **requiere atención especial de salud**. Dicha exigencia se entiende cumplida cuando el familiar del solicitante se encuentre **afectado por alguna patología crónica de base o requiera alguna prestación a la que el Programa brinde cobertura.**

 # ¿Qué necesito?

## ✔ Si sos titular:

- DNI del titular del beneficio (frente y dorso).
- DNI del apoderado (siempre que figure en el recibo de cobro de la PNC).
- Último recibo de cobro de la PNC del titular solicitante donde conste el número de beneficio.
- Formulario de ABM de afiliaciones (Anexo I).

 **Para un familiar a cargo:**

- DNI del titular del beneficio (frente y dorso).
- DNI del apoderado (siempre que figure en el recibo de cobro de la PNC).
- DNI del familiar que se pretende afiliar (anverso y reverso).
- Documentación que acredite el vínculo familiar (ejemplo: Partida de nacimiento; Partida de matrimonio; Partida de unión civil / convivencial).
- Último recibo de cobro de la PNC del titular solicitante donde conste el número de beneficio.
- Resumen de historia clínica, con certificación de médico tratante (firma, sello y matrícula), donde conste la patología crónica de base en cuestión.
- Formulario de ABM de afiliaciones (Anexo I).
- Formulario de afiliación de familiar a cargo (Anexo II) para hijos menores de edad, cónyuges o convivientes.
- Formulario de evaluación de discapacidad para hijos con discapacidad (cuando corresponda). (Anexo III)
- Modelo de carta de renuncia para titular.

 **Para generar la Modificación de datos - Titulares**

**El trámite de modificación permite la rectificación o actualización de uno o más datos personales, como ser datos vinculados a la identidad o el domicilio del titular de derecho de una pensión no contributiva.**

- DNI del titular del beneficio.
- DNI del apoderado (siempre que figure en el recibo de cobro de la PNC).
- DNI del representante legal en aquellos casos en que el titular de derecho sea menor de edad y no figure apoderado en el recibo de cobro de la pensión no contributiva.

- Último recibo de cobro de la PNC del titular solicitante donde conste el número de beneficio (el mismo puede obtenerse en el Banco donde cobra la pensión o puede obtenerlo desde un cajero automático, opción recibo de cobro).
- Si el domicilio no está actualizado en el DNI debe presentar un certificación de domicilio expedido por autoridad competente, esto es la policía o el Registro Civil, según la jurisdicción a que pertenece el beneficiario, donde conste el domicilio actualizado.
- Formulario de ABM de afiliaciones (Anexo I).

## ✔️ Para generar las Modificación de datos de familiares a cargo

- DNI del titular del beneficio.
- DNI del apoderado (siempre que figure en el recibo de cobro de la PNC)
- DNI del representante legal (frente y dorso) en aquellos casos en que el titular de derecho sea menor de edad y no figure apoderado en el recibo de cobro de la pensión no contributiva.
- Último recibo de cobro de la PNC del titular solicitante donde conste el número de beneficio (el mismo puede obtenerse en el Banco donde cobra la pensión o puede obtenerlo desde un cajero automático, opción recibo de cobro).
- DNI del familiar a cargo que se pretende modificar.
- Si el domicilio no está actualizado en el DNI debe presentar un certificación de domicilio expedido por autoridad competente, esto es la policía o el Registro Civil, según la jurisdicción a que pertenece el beneficiario, donde conste el domicilio actualizado.
- Formulario de ABM de afiliaciones (Anexo I).

## ✔️ Para generar la baja de beneficiarios del Programa Federal Incluir Salud

El trámite es de carácter gratuito y puede solicitarse la baja por renuncia o informe de fallecimiento. Ante cualquier duda consultar contactando a: direccion.afiliaciones@andis.gob.ar (mailto:direccion.afiliaciones@andis.gob.ar)

**Importante:** Una vez efectuada la baja por renuncia puede solicitar el alta nuevamente cuando lo desee, sin restricción de plazos.

La baja de la afiliación al Programa Federal Incluir Salud implica que se den de baja las prestaciones que el beneficiario tenía vigente bajo cobertura del Programa.

- DNI del titular de la Pensión No Contributiva.
- DNI del apoderado si lo hubiere (consta en el recibo de cobro de la PNC).
- DNI del representante legal, en caso de titulares de derecho menores de edad que no tengan designado un apoderado en el recibo de cobro de la PNC.
- Último recibo de cobro de la PNC (donde conste el número de beneficio).
- Carta de renuncia (Descargar modelo de carta de renuncia de la página Web de la Agencia Nacional de Discapacidad apartado Programa Federal Incluir Salud).
- Formulario de ABM de afiliaciones (Anexo I).

En el caso de fallecimiento de familiar a cargo presentar:

- Partida de defunción.



## Para generar la baja del Programa Federal Incluir Salud en familiares a cargo

- DNI del familiar a cargo respecto de quien se solicita la baja al Programa.

- DNI del representante legal en caso de solicitar la baja de un menor de edad o persona con discapacidad.
- Modelo de carta de renuncia para familiar a cargo.

En el caso de fallecimiento de familiar a cargo presentar:

- Partida de defunción.

> Una vez efectuada la baja del titular del beneficio, se procederá a la baja de manera automática de los familiares a cargo afiliados al programa, al igual que todas las prestaciones vigentes.

# ¿Cómo hago?

1   **Si vivís en la Ciudad de Buenos Aires** podés escribirnos a afiliacionesincluircaba@gmail.com (mailto:afiliacionesincluircaba@gmail.com) y ahí te daremos un turno para iniciar tu trámite.

2   **Si vivís en la Provincia de Buenos Aires**: consultá en las Regiones Sanitarias ⬀.

3   **Si vivís en otra provincia podes consultar donde afiliarte enviando un mail a:** direccion.afiliaciones@andis.gob.ar (mailto:dirección.afiliaciones@andis.gob.ar)
Si la provincia que figura en tu D.N.I. no coincide donde actualmente vivís te vamos a solicitar nos presentes un certificado de domicilio actualizado.

**Consultas**

Por cualquier duda o inconveniente podés enviar un mail a:
direccion.afiliaciones@andis.gob.ar

## $ ¿Cuál es el costo?

Gratuito

---

Agencia Nacional de Discapacidad [National Disability Agency]

**Medical Benefits**

Provides medical and health care coverage to all persons who hold non-contributory national pensions.

 Free of Charge     In Person     Disability

Evaluates, audits and approves the High Cost and Low Incidence Medical Benefits requested by beneficiaries of the Federal Program Include Health through the Provincial Management Units. **Remember that you must be a member of the Program in order to apply for any of these benefits.**

 **Who are the target beneficiaries?**

Holders of a Non-Contributory Pension (PNC) who do not have medical coverage as a beneficiary of the National Health Insurance System or Provincial Health Care System.

 **What do I need?**

 **To request an ultralight/motorized wheelchair I must present:**

- Wheelchair form completed, signed and dated by a physiatrist or traumatologist.
- Physician's order.
- CUD [Disability Certification].
- Last PNC payment receipt.
- Copy of DNI [National Identity Document].
- Medical History Summary.
- Imaging or study that corroborates the injury or justifies the need for the request.
- Socioenvironmental report.
- Anthropometric measurements.

 **To request Supplies and Biomedical Technology Equipment I must present**

- Supplies and biomedical technology form.
- DNI.
- Last PNC payment receipt.

Source: https://www.argentina.gob.ar/servicio/prestaciones-medicas

- CUD.

- Medical studies or imaging or other studies documenting the injuries.

- Complete HC summary plus physician's order.

- Propose primary, secondary and tertiary preventive measures. And establish medical coverage criteria based on scientific evidence.

 **To request the provision of medications (PACBI)**

**Specify in detail without mentioning brands or models**

- [Medication Request Form](.).

- Updated medical prescription.

- Detailed and complete medical HC summary (evolution, previous treatments, current status).

- Diagnostic medical studies (complete laboratory and/or imaging and/or pathological anatomy depending on the pathology).

- Studies of severity and evolution of current disease (laboratory and/or imaging).

- Medical documentation supporting and justifying the requested treatment.

- Photocopy of DNI.

- Photocopy of benefits payment order.

Please remember to enter the appropriate information in clear print.

**What do I need to do?**

1

If you are from the **Province of Buenos Aires**, visit [Regiones Sanitarias](.) to identify where to apply according to your place of residence.

2

If you are from the **Autonomous City of Buenos Aires**, please request an appointment by sending an email to [afiliacionesincluir@gmail.com](.) or in person at Amancio Alcorta 1402, CABA.

3

If you are from another province, you can contact us at [notificaciones.pfis@andis.gob.ar](.)

 **How much does it cost?**

Free of charge

Source: https://www.argentina.gob.ar/servicio/prestaciones-medicas

THE STATE OF TEXAS          }
                            }
COUNTY OF HARRIS            }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1.  "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2.  I speak, read, and write fluently in both the English and Spanish languages.

3.  I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Prestaciones médicas"* is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.


MARIA C. SANCHEZ


Sworn to before me this _____07-25-25_____


_____
Notary Public in and for the State of Texas
My commission expires: _____10-01-28_____

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Certified Translations.713.444.5964

Prestaciones Médicas | argentina.gob.ar

Agencia Nacional de Discapacidad (/andis) /

# Prestaciones Médicas

Brinda cobertura médico-asistencial a todas aquellas personas titulares de pensiones nacionales no contributivas.

 GRATUITO     PRESENCIAL    DISCAPACIDAD

Evalúa, audita y aprueba las Prestaciones Médicas de Alto Costo y Baja Incidencia solicitadas por los beneficiarios del Programa Federal Incluir Salud a través de las Unidades de Gestión Provincial.
**Recordá que para solicitar alguna de estas prestaciones necesitás estar afiliado al Programa.**

 ## ¿A quién está dirigido?

Al titular de una Pensión no Contributiva (PNC) que no posea cobertura médica como beneficiario del Sistema Nacional de Seguro de Salud o de la Obra Social Provincial.

 ## ¿Qué necesito?

✔ **Para solicitar silla de rueda ultraliviana/motorizada debo presentar:**

- <u>Formulario de silla de ruedas</u> completo firmado y fechado por médico fisiatra o en su defecto un traumatólogo.
- Orden médica.
- CUD.
- Ultimo recibo de cobro de la PNC.
- Copia DNI
- Resumen de Historia Clínica.
- Imagen o estudio que corroboren la lesión o justifique la necesidad de la solicitud.
- Informe socio-ambiental.
- Medidas antropométricas.

## ✔️ Para solicitar Insumos y Elementos de Tecnología Biomédica debo presentar

- <u>Formulario de insumos y tecnología biomédica.</u>
- DNI.
- Ultimo recibo de cobro de PNC.
- CUD.
- Estudios médicos de imágenes u otros que documente las lesiones.
- Resumen de HC completo más orden médica.
- Proponer medidas preventivas primarias, secundarias y terciarias. Y establecer criterios de cobertura médica acorde a la evidencia científica.

## ✔️ Para solicitar la provisión de medicamentos (PACBI)

### Especificar detalladamente sin hacer alusión a marcas o modelos

- <u>Formulario de solicitud de medicamentos</u>
- Receta médica actualizada
- Resumen de HC médica detallado y completo (evolución, tratamientos previos, situación actual)

- Estudios médicos de diagnóstico (laboratorio completo y/o imágenes y/o anatomía patológica según la patología)
- Estudios de gravedad y evolución de enfermedad actual (laboratorio y/o imágenes)
- Documentación médica que respalde y justifique la indicación solicitada
- Fotocopia de DNI
- Fotocopia de orden de pago previsional

> Por favor recuerde consignar los datos que correspondan con letra imprenta y clara.

# ¿Cómo hago?

1   Si sos de **Provincia de Buenos Aires** ingresá a Regiones Sanitarias ⧉ para identificar donde hacer la gestión según el lugar donde vivís.

2   Si sos de la **Ciudad Autónoma de Buenos Aires** solicitá turno al siguiente mail afiliacionesincluir@gmail.com (mailto:afiliacionesincluir@gmail.com) o presencialmente a Amancio Alcorta 1402, CABA.

3   Si sos de otra provincia podes consultar al siguiente mail notificaciones.pfis@andis.gob.ar (mailto:notificaciones.pfis@andis.gob.ar)

# $ ¿Cuál es el costo?

Gratuito