# EXHIBIT N

Office of the Secretary of Production Coordination (/production) /

# Remote Access to the General Filing Desk

The procedures that used to be carried out at the Ministry's Filing Desk are now available digitally.

## How to:

1. Before you start, check if the procedure you want to carry out is available on the search engine of the Trámites a distancia (TAD) platform.

2. If your application is not on TAD, send us an email to a mgedesarrolloproductivo@gmail.com (mailto:mgedesarrolloproductivo@gmail.com) and include this information:

- First and last name

- Phone

- Procedure you wish to initiate

- PDF attachments

- Office of the Secretary to which you should send the attachments



> • If you have any questions, please fill in the information below and somebody will contact you as soon as possible.

• https://www.argentina.gob.ar/produccion/mesa-entradas#:~:text=1, email%C2%A0protected%5D and indicate these data

THE STATE OF TEXAS     }
                             }
COUNTY OF HARRIS     }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Secretaría de Coordinación de Producción. Acceso Remoto a la Mesa General de Entradas"* is a true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

*Mmapain Sandys*

MARIA C. SANCHEZ

Sworn to before me this    <u>07/24/25</u>

<u>                        </u>
Notary Public in and for the State of Texas
My commission expires:   <u>10/01/28</u>

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

Case 1:15-cv-02739-LAP   Document 763-14   Filed 07/26/25   Page 4 of 5

Secretaría de Coordinación de Producción (/produccion) /

# Acceso Remoto a la Mesa General de Entradas

Los trámites que se hacían en la Mesa de Entradas del Ministerio, ahora están disponibles de manera digital.

## Cómo hacerlo:

1. Antes de empezar, chequeá si el trámite que querés hacer está disponible en el buscador de la plataforma Trámites a distancia (TAD) ⧉.

2. Si tu trámite no está en TAD, enviá un correo a mgedesarrolloproductivo@gmail.com (mailto:mgedesarrolloproductivo@gmail.com) e indicá estos datos:

- Nombre y apellido

- Teléfono

- Trámite que querés iniciar

- Adjuntos en PDF

- Secretaría a la que debés remitir los adjuntos

---

 Si tenés dudas o consultas, completá los datos y se comunicarán con vos a la brevedad.