UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------------------------------- x

Case No.: 1:15-CV-02739 (LAP)


------------------------------------------------------- x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

        Plaintiffs,

        v.

ARGENTINE REPUBLIC and YPF S.A.,

        Defendants.
------------------------------------------------------- x

Case No.: 1:16-CV-08569 (LAP)

## DECLARATION OF ROBERT J. GIUFFRA JR.

        I, Robert J. Giuffra Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

        1.    I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the parties' Joint Status Report filed at *Petersen* ECF No. 763 and *Eton Park* ECF No. 679.

2.     Attached hereto are true and correct copies of the following:

| | |
|---|---|
| Burford Capital Ltd. Q3 2024 Earnings Call Transcript (Excerpted) | Republic Exhibit 1 |
| Plaintiffs' Second Post-Judgment Requests for Productions of Documents from Defendant the Argentine Republic | Republic Exhibit 2 |
| Letter from Miriam Alinikoff to Amanda Davidoff, dated July 16, 2025 | Republic Exhibit 3 |

Executed on July 26, 2025 in New York, New York

                                              */s/ Robert J. Giuffra Jr.*
                                                    Robert J. Giuffra Jr.