UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U., AND PETERSEN ENERGÍA, S.A.U.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>　　　　Defendants. | Civil Action No.: 1:15-cv-02739-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARGENTINE REPUBLIC and YPF, S.A.,<br><br>　　　　Defendants. | Civil Action No.: 1:16-cv-08569-LAP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Alison M. Bonelli, of the law firm Levine Lee LLP, who is a member in good standing of the bar of this Court, hereby enters her appearance in this action as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.

Dated: July 28, 2025
New York, New York

                                    Respectfully submitted,

                                    */s/ Alison M. Bonelli*
                                    Alison M. Bonelli
                                    **LEVINE LEE LLP**
                                    400 Madison Avenue
                                    New York, New York 10017
                                    Telephone: (212) 257-5929
                                    abonelli@levinelee.com

                                    *Attorneys for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*