August 5, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

      The parties respectfully set forth below the discovery matters that one or both of them seek to raise at the upcoming conference. The parties disagree about whether this list satisfies the Court's direction at the July 29, 2025 Conference but have been unable to reach agreement on making a substantive submission.

1. Requests Regarding Certain Assets in Argentina (Joint Status Report, July 26, 2025 ("JSR") at 10-17);

2. "Off-Channel" or "Non-Government" ESI and Internal Communications for "Alter-Ego" Discovery, and "Alter-Ego" Discovery Regarding Additional Entities (JSR at 28-40; July 29, 2025 Hr'g Tr. at 52:4-8; 53:16-23; 63:17-18; 65:9; 66:2-3);

3. Document Preservation;

4. Information Subpoena Question 31 (JSR at 25-28);

5. Privatizations (JSR at 22-25);

6. SWIFT Messages (JSR at 18-20);

7. Identification of Accounts (JSR at 20-22);

8. Movable Assets (JSR at 9-10);

9. Previous Searches;

10. Motions to Seal;

11. Plaintiffs' Request to Schedule Regular Status Conferences; and

12. Metadata.

                                                    Respectfully Submitted,

| | |
|---|---|
| */s/ Seth L. Levine* | */s/ Robert J. Giuffra Jr* |
| Seth L. Levine | Robert J. Giuffra Jr. |
| Alison M. Bonelli | Sergio J. Galvis |
| Miriam L. Alinikoff | Amanda F. Davidoff |
| LEVINE LEE LLP | Thomas C. White |
| 400 Madison Avenue | Adam R. Brebner |
| New York, New York 10017 | |
| Telephone: (212) 257-4400 | SULLIVAN & CROMWELL LLP |
| slevine@levinelee.com | 125 Broad Street |
| abonelli@levinelee.com | New York, New York 10004-2498 |
| malinikoff@levinelee.com | Telephone: (212) 558-4000 |
| | Facsimile: (212) 558-3588 |
| | giuffrar@sullcrom.com |
| KING & SPALDING LLP | galviss@sullcrom.com |
| Laura Harris | davidoffa@sullcrom.com |
| 1185 Avenue of the Americas | whitet@sullcrom.com |
| New York, NY 10036 | brebnera@sullcrom.com |
| Phone: (212) 556-2100 | |
| Fax: (212) 556-2222 | *Counsel for the Argentine Republic* |
| Email: lharris@kslaw.com | |

-and-

2

Reginald R. Smith
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Phone: (713) 751-3200
Fax: (713) 751-3290
Email: rsmith@kslaw.com

KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.
Andrew E. Goldsmith
Alejandra Ávila
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
agoldsmith@kellogghansen.com
aavila@kellogghansen.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*