UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

          Plaintiffs,

          v.

ARGENTINE REPUBLIC and YPF S.A.,

          Defendants.
------------------------------------------------------- x

Case No.: 1:15-CV-02739 (LAP)

------------------------------------------------------- x
ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

          Plaintiffs,

          v.

ARGENTINE REPUBLIC and YPF S.A.,

          Defendants.
------------------------------------------------------- x

Case No.: 1:16-CV-08569 (LAP)

## DECLARATION OF ROBERT J. GIUFFRA JR.

        I, Robert J. Giuffra Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

        1.     I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court certain documents relevant to the Republic's letter submission at *Petersen* ECF No. 770 and *Eton Park* ECF No. 686.

2.   Attached hereto are true and correct copies of the following:

| | |
|---|---|
| July 30, 2025 List of Ministries Proposed to Plaintiffs | Exhibit A |
| July 31, 2025 List of Additional Ministries Proposed by Plaintiffs | Exhibit B |

Executed on August 5, 2025 in New York, New York

*/s/ Robert J. Giuffra Jr.*
Robert J. Giuffra Jr.