# Exhibit A

Ministry List

**SPANISH**

1. Presidencia de la Nación.
    1.1. Secretaría General.
    1.2. Secretaría Legal y Técnica.
2. Jefatura de Gabinete de Ministros.
    2.1. Secretaría de Asuntos Estratégicos.
        2.1.1. Subsecretaría de Articulación Institucional de Asuntos Estratégicos
        2.1.2. Subsecretaría de Análisis y Planificación Internacional
    2.2. Vicejefatura de Gabinete Ejecutiva.
        2.2.1. Secretaría de Coordinación Legal y Administrativa.
            2.2.1.1. Subsecretaría Legal.
            2.2.1.2. Subsecretaría de Gestión Administrativa
        2.2.2. Secretaría Ejecutiva.
            2.2.2.1. Subsecretaría de Coordinación Interministerial
            2.2.2.2. Subsecretaría de Evaluación Presupuestaria.
            2.2.2.3. Oficina Nacional de Contrataciones.
    2.3. Secretaría de Innovación, Ciencia y Tecnología.
        2.3.1. Subsecretaría de Tecnologías de la Información y las Comunicaciones.
        2.3.2. Subsecretaría de Innovación
        2.3.3. Subsecretaría de Ciencia y Tecnología
        2.3.4. Subsecretaría de Gestión Administrativa de Innovación, Ciencia y Tecnología.
    2.4. Vicejefatura de Gabinete del Interior.
        2.4.1. Secretaría de Coordinación Legal y Administrativa de Interior.
            2.4.1.1. Subsecretaría Legal de Interior.
            2.4.1.2. Subsecretaría de Gestión Administrativa de Interior
3. Ministerio de Relaciones Exteriores, Comercio Internacional y Culto.
    3.1. Subsecretaría de Coordinación y Administración Exterior.
    3.2. Unidad de Gabinete de Asesores.
    3.3. Secretaría de Relaciones Exteriores.
        3.3.1. Subsecretaría de Política Exterior.
    3.4. Secretaría de Relaciones Económicas Internacionales.
        3.4.1. Subsecretaría de Negociaciones Económicas Internacionales e Integración.
        3.4.2. Subsecretaría de Promoción de las Exportaciones, las Inversiones, la Educación, la Ciencia y la Cultura.
4. Ministerio de Economía.
    4.1. Unidad Gabinete de Asesores.
    4.2. Secretaría de Hacienda.
        4.2.1. Subsecretaría de Presupuesto.

- 4.2.2. Subsecretaría de Ingresos Públicos.
- 4.2.3. Subsecretaría de Coordinación Fiscal Provincial.
- 4.3. Secretaría de Finanzas.
  - 4.3.1. Subsecretaría de Financiamiento.
  - 4.3.2. Subsecretaría de Servicios Financieros.
  - 4.3.3. Subsecretaría de Relaciones Financieras Internacionales.
  - 4.3.4. Subsecretaría de Coordinación y Gestión Internacional.
- 4.4. Secretaría de Transporte.
  - 4.4.1. Subsecretaría de Transporte Ferroviario.
  - 4.4.2. Subsecretaría de Transporte Automotor.
  - 4.4.3. Subsecretaría de Transporte Aéreo.
- 4.5. Secretaría Legal y Administrativa.
  - 4.5.1. Subsecretaría Legal.
  - 4.5.2. Subsecretaría de Administración y Normalización Patrimonial.
  - 4.5.3. Subsecretaría de Gestión Administrativa de Producción.
  - 4.5.4. Subsecretaría de Gestión Administrativa de Infraestructura.
- 4.6. Secretaría de Agricultura, Ganadería y Pesca.
  - 4.6.1. Subsecretaría de Economías Regionales y de Pequeños y Medianos Productores.
  - 4.6.2. Subsecretaría de Mercados Agroalimentarios e Inserción Internacional.
  - 4.6.3. Subsecretaría de Producción Agropecuaria y Forestal.
  - 4.6.4. Subsecretaría de Recursos Acuáticos y Pesca.
- 4.7. Secretaría de Industria y Comercio.
  - 4.7.1. Subsecretaría de Política Industrial.
  - 4.7.2. Subsecretaría de Gestión Productiva.
  - 4.7.3. Subsecretaría de Comercio Exterior.
- 4.8. Secretaría de Energía.
  - 4.8.1. Subsecretaría de Transición y Planeamiento Energético.
  - 4.8.2. Subsecretaría de Energía Eléctrica.
  - 4.8.3. Subsecretaría de Combustibles Líquidos.
  - 4.8.4. Subsecretaría de Combustibles Gaseosos.
- 4.9. Secretaría de Minería.
  - 4.9.1. Subsecretaría de Desarrollo Minero.
  - 4.9.2. Subsecretaría de Política Minera.
- 4.10. Secretaría de Política Económica.
  - 4.10.1. Subsecretaría de Programación Macroeconómica.
  - 4.10.2. Subsecretaria de Programación Microeconómica.
- 4.11. Secretaría de Coordinación de Energía y Minería.
- 4.12. Secretaría de Coordinación de Producción.
  - 4.12.1. Subsecretaría de Evaluación y Seguimiento de Gestión de Producción.
- 4.13. Secretaría de Coordinación de Infraestructura.

- 4.14. Secretaría de Obras Públicas.
    - 4.14.1. Subsecretaría de Obras y Servicios.
    - 4.14.2. Subsecretaría de Recursos Hídricos.
    - 4.14.3. Subsecretaría de Integración Socio Urbana.
5. Ministerio de Defensa.
    - 5.1. Estado Mayor Conjunto de las Fuerzas Armadas.
        - 5.1.1. Estado Mayor General del Ejército Argentino.
        - 5.1.2. Estado Mayor General de la Armada Argentina.
        - 5.1.3. Estado Mayor de la Fuerza Áerea Argentina.
    - 5.2. Secretaría de Investigación Política Industrial y Producción para la Defensa.
        - 5.2.1. Subsecretaría de Gestión Administrativa.
        - 5.2.2. Subsecretaría de Defensa Civil y Protección Humanitaria.
        - 5.2.3. Subsecretaría de Planeamiento Operativo y Servicio Logístico de la Defensa.
    - 5.3. Secretaría de Estrategia y Asuntos Militares.
        - 5.3.1. Subsecretaría de Ciberdefensa.
        - 5.3.2. Subsecretaría de Planeamiento Estratégico y Política Militar.
    - 5.4. Secretaría de Asuntos Internacionales Para la Defensa.
6. Ministerio de Seguridad Nacional.
    - 6.1. Secretaría de Coordinación Administrativa.
        - 6.1.1. Subsecretaría de Gestión Administrativa.
        - 6.1.2. Subsecretaría Legal.
    - 6.2. Subsecretaría de Articulación Federal.
    - 6.3. Subsecretaría de Asuntos Penitenciarios.
    - 6.4. Secretaría de Seguridad Nacional.
        - 6.4.1. Subsecretaría de Intervención Federal.
        - 6.4.2. Subsecretaría de Despliegue Territorial.
    - 6.5. Secretaría de Lucha contra el Narcotráfico y la Criminalidad Organizada.
        - 6.5.1. Subsecretaría de Lucha contra el Narcotráfico.
        - 6.5.2. Subsecretaría de Investigación Criminal.
    - 6.6. Policía Federal Argentina.
    - 6.7. Policía de Seguridad Aeroportuaria.
    - 6.8. Unidad Gabinete de Asesores.
    - 6.9. Gendarmería Nacional Argentina.
    - 6.10. Prefectura Naval Argentina.
    - 6.11. Dirección Nacional del Servicio Penitenciario Federal.
    - 6.12. Agencia Federal de Emergencias.
    - 6.13. Registro Nacional de Armas.
7. Sindicatura General de la Nación.

**ENGLISH**

1. Presidency of the Nation.
   1.1. General Secretariat.
   1.2. Legal and Technical Secretariat.
2. Chief of the Cabinet of Ministers.
   2.1. Secretariat of Strategic Affairs.
      2.1.1. Undersecretary for Institutional Coordination of Strategic Affairs.
      2.1.2. Undersecretary for International Analysis and Planning.
   2.2. Deputy Chief of the Executive Cabinet.
      2.2.1. Secretariat for Legal and Administrative Coordination.
         2.2.1.1. Legal Undersecretariat.
         2.2.1.2. Undersecretary of Administrative Management.
      2.2.2. Executive Secretariat.
         2.2.2.1. Undersecretary for Interministerial Coordination.
         2.2.2.2. Undersecretariat for Budget Evaluation.
         2.2.2.3. National Procurement Office.
   2.3. Secretariat of Innovation, Science and Technology.
      2.3.1. Undersecretary of Information and Communications Technology.
      2.3.2. Undersecretary of Innovation.
      2.3.3. Undersecretary of Science and Technology.
      2.3.4. Undersecretary of Administrative Management of Innovation, Science and Technology.
   2.4. Deputy Chief of Staff of the Interior.
      2.4.1. Secretariat for Legal and Administrative Coordination of the Interior.
         2.4.1.1. Legal Undersecretary of the Interior.
         2.4.1.2. Undersecretary of Administrative Management of the Interior.
3. Ministry of Foreign Affairs, International Trade and Worship.
   3.1. Undersecretary for Foreign Coordination and Administration.
   3.2. Advisory Cabinet Unit.
   3.3. Secretariat for Foreign Affairs.
   3.4. Secretariat for International Economic Relations.
      3.4.1. Undersecretary for International Economic Negotiations and Integration.
      3.4.2. Undersecretary for the Promotion of Exports, Investment, Education, Science and Culture.
4. Ministry of Economy.
   4.1. Advisory Cabinet Unit.
   4.2. Secretariat of Finance.
      4.2.1. Undersecretariat of Budget.
      4.2.2. Undersecretariat of Public Revenue.
      4.2.3. Undersecretary for Provincial Fiscal Coordination.
   4.3. Secretariat of Finance.

4.3.1. Undersecretary of Finance.
4.3.2. Undersecretary of Financial Services.
4.3.3. Undersecretary of International Financial Relations.
4.3.4. Undersecretary of International Coordination and Management.
4.4. Transport Secretariat.
    4.4.1. Rail Transport Undersecretariat.
    4.4.2. Undersecretary of Motor Transportation.
    4.4.3. Undersecretary of Air Transport.
4.5. Legal and Administrative Secretariat.
    4.5.1. Legal Undersecretariat.
    4.5.2. Undersecretary of Administration and Asset Standardisation.
    4.5.3. Undersecretary of Administrative Management of Production.
    4.5.4. Undersecretary of Administrative Management of Infrastructure.
4.6. Secretariat of Agriculture, Livestock and Fisheries.
    4.6.1. Undersecretary of Regional Economies and Small and Medium Producers.
    4.6.2. Undersecretary of Agri-Food Markets and International Integration.
    4.6.3. Undersecretary of Agricultural and Forestry Production.
    4.6.4. Undersecretary of Aquatic Resources and Fisheries.
4.7. Secretariat of Industry and Trade.
    4.7.1. Undersecretary of Industrial Policy.
    4.7.2. Undersecretary of Productive Management.
    4.7.3. Undersecretary of Foreign Trade.
4.8. Secretariat of Energy.
    4.8.1. Undersecretary of Energy Transition and Planning.
    4.8.2. Undersecretary of Electric Energy.
    4.8.3. Undersecretary of Liquid Fuels.
    4.8.4. Undersecretary of Gaseous Fuels.
4.9. Secretariat of Mining.
    4.9.1. Undersecretariat of Mining Development.
    4.9.2. Undersecretary of Mining Policy.
4.10. Secretariat of Economic Policy.
    4.10.1. Undersecretary of Macroeconomic Planning.
    4.10.2. Undersecretary of Microeconomic Planning.
4.11. Secretariat for Energy and Mining Coordination.
4.12. Secretariat for Production Coordination.
    4.12.1. Undersecretary for Production Management Evaluation and Monitoring.
4.13. Secretariat for Infrastructure Coordination.
4.14. Secretariat for Public Works.
    4.14.1. Undersecretary of Works and Services.
    4.14.2. Undersecretary of Water Resources.
    4.14.3. Undersecretary of Socio-Urban Integration.

5. Ministry of Defence.
    5.1. Joint Chiefs of Staff of the Armed Forces.
        5.1.1. General Staff of the Argentine Army.
        5.1.2. General Staff of the Argentine Navy.
        5.1.3. Argentine Air Force General Staff.
    5.2. Secretariat of Industrial Policy Research and Production for Defence.
        5.2.1. Undersecretary of Administrative Management.
        5.2.2. Undersecretary of Civil Defence and Humanitarian Protection.
        5.2.3. Undersecretary of Operational Planning and Defence Logistics Services.
    5.3. Secretariat of Strategy and Military Affairs.
        5.3.1. Undersecretariat of Cyber Defence.
        5.3.2. Undersecretary of Strategic Planning and Military Policy.
    5.4. Secretary of International Affairs for Defence.
6. Ministry of National Security.
    6.1. Secretariat of Administrative Coordination.
        6.1.1. Undersecretariat of Administrative Management.
        6.1.2. Undersecretary for Legal Affairs.
    6.2. Undersecretary of Federal Coordination.
    6.3. Undersecretary for Prison Affairs.
    6.4. Secretariat for National Security.
        6.4.1. Undersecretary for Federal Intervention.
        6.4.2. Undersecretary for Territorial Deployment.
    6.5. Secretariat for the Fight against Drug Trafficking and Organised Crime.
        6.5.1. Undersecretary for the Fight against Drug Trafficking.
        6.5.2. Undersecretary for Criminal Investigation.
    6.6. Argentine Federal Police.
    6.7. Airport Security Police.
    6.8. Advisory Cabinet Unit.
    6.9. Argentine National Gendarmerie.
    6.10.    Argentine Naval Prefecture.
    6.11.    National Directorate of the Federal Penitentiary Service.
    6.12.    Federal Emergency Agency.
    6.13.    National Arms Registry.
7. General Comptroller of the Nation.