# Exhibit B

| | |
|---|---|
| **From:** | Alison Bonelli <abonelli@levinelee.com> |
| **Sent:** | Thursday, July 31, 2025 4:25 PM |
| **To:** | Seth Levine; Briggs, Samantha R. |
| **Cc:** | Miriam Alinikoff; Allan Bradley; Avila, Alejandra; Martha Strautman; zzExt-lharris; EXT - A Goldsmith; Julie-Irene Nkodo; Adam King; Davidoff, Amanda Flug; White, Thomas C.; Brebner, Adam R.; Schultz, Arturo C.; Wang, Venus Y.; Zapata, Arturo; Crain, Julia E. |
| **Subject:** | [EXTERNAL] RE: Petersen Energía, et al. v. Argentine Republic, 15-cv-02739, 16-cv-8569 -- M&C |

Sami,

Thanks very much for the below.  We've done a preliminary review of your list in advance of our 5pm meet and confer and propose that you add the following to your list of ministries, secretariats, and undersecretaries:

1. **Vice Presidency of the Nation** (Vicepresidencia de la Nación)
2. **Ministry of Defense – Cabinet Advisors Unit** (Ministerio de Defensa – Unidad Gabinete de Asesores)
3. **Deputy Chief of the Cabinet of the Interior – Secretariat of Provinces and Municipalities** (Vicejefatura de Gabinete Del Interior – Secretaria de Provincios Y Municipios)
4. **Secretariat of Communication and Media** (Secretaría de Comunicación y Medios)
5. **Ministry of Justice** (Ministerio de Justicia), including but not limited to the **Office of the Treasury Attorney** of the Nation (Procuración del Tesoro de la Nación)
6. All of the undersecretariats of the **General Secretariat** (Secretaría General) and the **Legal and Technical Secretariat** (Secretaría Legal y Técnica)
7. **Agency for the Transformation of State-Owned Enterprises** (Agencia De Transformacion De Empresas Publicas)
8. **Agency for the Administration of State Assets** (Agencia de Administración de Bienes del Estado)
9. **National Securities Commission** (Comisión Nacional de Valores)

We reserve the right to propose further additions as we continue our review.

Best,
Alison

LEVINE LEE

Alison M. Bonelli
Levine Lee LLP
400 Madison Avenue
New York, NY 10017
212-257-5929 direct
508-524-2257 mobile
abonelli@levinelee.com
www.levinelee.com
[levinelee.com]