UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
:
Plaintiffs, :
: Case No.: 1:15-CV-02739 (LAP)
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
:
------------------------------ x

------------------------------ x
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD.,:
and ETON PARK FUND, L.P., :
:
Plaintiffs, :
: Case No.: 1:16-CV-08569 (LAP)
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
:
------------------------------ x

## DECLARATION OF SETH L. LEVINE

I, Seth L. Levine, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the bar of the State of New York and of this Court, a partner at the law firm Levine Lee LLP, and one of the attorneys representing Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") in the above-captioned actions.

2. I respectfully submit this declaration in support of Plaintiffs' opposition to the letter motion by the Republic regarding its anticipated motion for reconsideration of the Court's July 29,

2025 Order requiring the Republic to collect and produce communications and documents from personal devices, personal email accounts, and personal messaging applications of certain Republic officials. (Dkt 767.)

3.    Attached hereto as Exhibit A is a true and correct copy of a certified English translation of two excerpts from an interview entitled "Neura Media, Talk, Javier Milei and the economic team LIVE with Alejandro Fantino |TALK," dated July 31, 2025, *available at* https://www.youtube.com/watch?v=FenRh55Vozs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2025 in New York, New York.

/s/ Seth L. Levine
Seth L. Levine