# EXHIBIT A

**Neura Media, Conversatorio, Javier Milei y el equipo económico EN VIVO con Alejandro Fantino | CONVERSATORIO, 31 de julio de 2025**

https://www.youtube.com/watch?v=FenRh55Vozs [Entrevista de Alejandro Fantino con Javier Milei, Luis Caputo, Jose Luis Daza, Pablo Quirno y Santiago Bausili]

**Transcript for timeframe 7:32-9:40.**

- Fantino: Che [dirigiéndose a Santiago Bausili] ¿y vos cómo sos? ¿tranquilo con esas cosas? ¿vivís en un microclima o lees todo lo que se publica? ¿Como es tu vida?

- Santiago Bausili: Microclima total. Sí, ignoro casi todo.

- Fantino: ¿en serio me decís? ¿Ustedes trabajan juntos? O sea, en la oficina.

- Santiago Bausili: Físicamente, no. Físicamente estamos en edificios separados. Eh, pero obviamente estamos en contacto continuo.

- Fantino: ¿Y con él también? [dirigiéndose a Javier Milei]

- Santiago Bausili: Sí, sí.

- Fantino: Claro, ustedes son un grupo.

- Javier Milei: Nosotros tenemos un chat.

- Luis Caputo: Tenemos un chat juntos.

- Fantino: Claro, por eso te digo, pero yo sé que él [dirigiéndose a Javier Milei] no le da, o sea no está conectado libidinalmente. No estás conectado con otras cosas. La política te gusta, pero tampoco es que te vuelve loco. Vos estas más con la parte económica.

- Milei: Yo no. Yo trabajo de manera hiperactiva con seis de los ocho ministerios. O sea, con el 75% de los ministerios, yo trabajo de manera activa.

- Fantino: si, pero la política no te vuelve loco.

- Milei: no, no, pero es que está dividido de otra manera el funcionamiento del gobierno. Digo, esto lo expliqué hace poco. Hay un triángulo de hierro político ahora que es Santiago Caputo como estratega. Mi hermana como armadora, digamos, de la política territorial. Y Guillermo Francos, la política, digamos, o sea, de vincular con el resto de la política. Eso digamos, como funciona la política. Y solamente suben cosas que tienen que ver con, digamos, que necesitan el dedo mío. Y yo estoy abocado 100% a la gestión. Y la gestión tiene una parte que es el largo plazo y otra parte que es la coyuntura. La parte de largo plazo que tiene que ver con las reformas que vienen y que es toda la batería de cosas que aparecen después de octubre, o si vos querés, a partir del 11 de diciembre, hay cuestiones de largo plazo. Entonces, el largo plazo tiene tres elementos centrales. Hay un elemento que es lo que yo llamo los rendimientos crecientes, que es toda la cuestión de

- desregulación. Que es uno de los key value drivers del crecimiento. Digamos, eso es lo que hace Sturzenegger. Ahora digo, eso vos no llenás los rendimientos crecientes de cualquier manera. Ahí juega un rol fundamental el capital humano que es el ministerio de Sandra Petovello.

- Fantino: Interactuás ahí, sí.

- Milei: Y el otro elemento también de largo plazo fundamental es, las relaciones exteriores. Y ahí está Werthein. Eso digamos. Entonces hay una interacción, una interface, llamalo como quieras, que tiene que ver con lo que sería la segunda parte de este mandato.

**Transcript for timeframe 26:09-28:20.**

- Milei: La deuda del Estado Nacional, ya sea la que tomaste desde el Tesoro o la que tomaste del Banco Central. Esa deuda, consolidada, ¿está bien decirle así, consolidada? Sí. Digamos subió 360.000 millones de dólares. De esos 360.000 millones de dólares, 60.000 los tomó Macri. Con lo cual, los otros 300.000 los tomaron los kukas. Es decir, los kukas son los más endeudadores de la historia. Porque la deuda refleja toda la deuda que vos tomaste a lo largo de toda la vida de la economía. Si vos tenés 500.000 millones de dólares y 300.000 los tomaron los kukas, evidentemente, digo, se comieron, son el 60% de la deuda argentina. Digo, son los más endeudadores de la historia.

- [Persona no identificada] Y 150, el último gobierno.

- Milei: Bueno. Si, no, si le sumas la quita es todavía más grande. Estoy totalmente de acuerdo. Y sí porque, digamos, el 75%, la quita del 75%. Bueno, pero al margen de eso, hoy la deuda ¿cuánto es? 450.000 millones de dólares. Es decir, el señor [señalando a Pablo Quirno] se encargó de que, es decir, este señor [señalando a Pablo Quirno] combinado con este señor [señalando a Santiago Bausili], digamos...

- Fantino: ¿con Santiago [Bausili] o con Toto [Luis Caputo]?

- Milei: Exacto. Con Santiago [Bausili]. Bueno, digo, el Toto [refiriéndose a Luis Caputo] es el jefe de ellos. Digo también falta Guberman acá, digamos, o sea, digamos, abrazado a la caja. Igual, digamos, si alguien quisiera tocar eso, después viene papá [señalándose a sí mismo]. Y él sonríe porque lo sabe. Entonces, en ese contexto, el señor [señalando a Pablo Quirno] es el que, por ejemplo, nos salvó del default más bien asumimos.

- Fantino: ¿Por qué?

- Milei: Él [señalando a Pablo Quirno] es el que arregló el quilombo de los 90.000 millones de dólares expresados en pesos que teníamos, que eran nueve bases monetarias. Entre el señor [señalando a Santiago Bausili] y el señor [señalando a Pablo Quirno] arreglaron el quilombo de las LELICS, que eran cuatro bases monetarias. Es decir que nosotros, en el

lapso de tres meses podíamos multiplicar la cantidad de dinero por catorce. Digo, así que los tenés acá a estos dos colosos que arreglaron ese quilombo.

THE STATE OF TEXAS }
}
COUNTY OF HARRIS }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 and graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the transcript and the Spanish to English translation attached hereto, titled *"Entrevista de Alejandro Fantino a Javier Milei y el equipo económico [Luis Caputo, José Luis Daza, Pablo Quirno y Santiago Bausili] EN VIVO | CONVERSATORIO - 31/07"* are true, correct, fair, accurate and complete transcript and English translation to the best of my ability, of the sections 7:32-9:40 and 26:09-28:20 of the original video (https://www.youtube.com/watch?v=FenRh55Vozs) in Spanish.

_____
MARIA C. SANCHEZ

Sworn to before me this ___08-08-25___

_____
Notary Public in and for the State of Texas
My commission expires: ___10-01-28___

MARIANA MENDOZA-LEGARIA
Notary Public
STATE OF TEXAS
ID# 13510471-3
My Comm. Exp. October 1, 2028

---

**TransLite Solutions** | 5773 Woodway Suite 190. Houston Texas 77057 | (281) 402-2514
Certified Translations.713.444.5964

**Neura Media, Talk, Javier Milei and the economic team LIVE with Alejandro Fantino | TALK, July 31, 2025** https://www.youtube.com/watch?v=FenRh55Vozs [Alejandro Fantino's interview with Javier Milei, Luis Caputo, Jose Luis Daza, Pablo Quirno, and Santiago Bausili]

**Transcript for timeframe 7:32-9:40.**

- Fantino: Hey [addressing Santiago Bausili], and how do you handle this? Are you quiet about these things? Do you live in a microclimate or do you read everything that is published? What's your life like?

- Santiago Bausili: An absolute microclimate. Yes, I ignore almost everything.

- Fantino: Are you serious? Do you work together? That is, in the office.

- Santiago Bausili: Physically, no. Physically we are in separate buildings. Huh, but obviously we are in continuous contact.

- Fantino: And with him too? [addressing Javier Milei]

- Santiago Bausili: Yes, yes.

- Fantino: Of course, you are a group.

- Javier Milei: We have a chat group.

- Luis Caputo: We have a chat group together.

- Fantino: Of course, that's why I'm telling you, but I know that he [addressing Javier Milei] doesn't give... That is, he is not libidinally connected. You are not connected with other things. You like politics, but you're not crazy about politics either. You are more into the economic part.

- Milei: I don't. I work hyperactively with six of the eight ministries. In other words, I work actively with 75% of the ministries.

- Fantino: Yes, but politics is not something that drives you crazy.

- Milei: No, no, but the government's functioning is divided in a different way. I mean, I explained this a little while ago. There is a political iron triangle now that includes Santiago Caputo as a strategist. My sister as the architect, let's say, of territory-based politics. And Guillermo Francos is in charge of connecting with the rest of politicians. That is, let's say, how politics works. And they only refer to me things that need my approval, let's say. And I am 100% focused on governance. And governance has a part which is the long term and another part which is the daily situation. The long term part that has to do with the reforms to come and that is the whole battery of things that appear after October, or if you want, as from December 11, there are long-term issues. Thus, the long term has three central elements. There is one element which is what I call increasing

- returns, which is the whole question of deregulation. Which is one of the key value drivers of growth. Let's say, that's what Sturzenegger does. Now I say, that you don't fill in the increasing returns in any manner. Human capital, which is Sandra Petovello's ministry, plays a key role here.
- Fantino: You are involved there, yes.
- Milei: And the other fundamental long-term element is foreign affairs. And there is Werthein. Let's say that. So there is an interaction, an interface, call it what you will, that has to do with what would be the second part of this administration.

**Transcript for timeframe 26:09-28:20.**

- Milei: The National State debt, either the one you took from the Treasury or the one you took from the Central Bank. This debt, consolidated, is it correct to say consolidated? Yes. Let's say, it's up $360 billion. Of that $360 billion, $60 billion was taken by Macri. The other $300 billion were taken by the Kukas. In other words, the Kukas are the group who have taken on the most debt in history. Because the debt reflects all the debt you have taken on throughout the life of the economy. If you have 500 billion dollars and 300 billion were taken by the Kukas, evidently, I mean, they ate, they account for 60% of the Argentine debt. I mean, they are the group who have taken on the most debt in history.
- [Unidentified person] And 150, the last administration.
- Milei: Well... Yes, no, if you add the debt reduction it is even bigger. I fully agree. And yes, because, let's say, 75%, the reduction of 75%. Well, but apart from that, how much is the debt today? $450 billion. That is to say, Mr. [pointing to Pablo Quirno] was in charge of, that is to say, this sir [pointing to Pablo Quirno] combined with this sir [pointing to Santiago Bausili], let's say....
- Fantino: With Santiago [Bausili] or with Toto [Luis Caputo]?
- Milei: Exactly. With Santiago [Bausili]. Well, I mean, Toto [referring to Luis Caputo] is their boss. I mean Guberman is also missing here, let's say, that is, let's say, hugging the box. Still, let's say, if someone wanted to touch that, then comes dad [pointing to himself]. And he smiles because he knows it. So, in that context, this sir [pointing to Pablo Quirno] is the one who, for example, saved us from default as soon as we took office.
- Fantino: Why?
- Milei: He [pointing to Pablo Quirno] is the one who arranged the mess of the $90 billion expressed in pesos that we had, which were nine monetary bases. Between this sir [pointing to Santiago Bausili] and that sir [pointing to Pablo Quirno] they solved the LELICS mess, which were four monetary bases. In other words, in the space of three

months we could multiply the amount of money by fourteen. I mean, so you have here these two giants who solved that mess.