UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

    Plaintiffs,

v.

ARGENTINE REPUBLIC and YPF S.A.,

    Defendants.

Case No.: 1:15-CV-02739 (LAP)

---

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,

    Plaintiffs,

v.

ARGENTINE REPUBLIC and YPF S.A.,

    Defendants.

Case No.: 1:16-CV-08569 (LAP)

---

### DECLARATION OF ROBERT J. GIUFFRA JR.

I, Robert J. Giuffra Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and a partner of Sullivan & Cromwell LLP, counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions. I make this Declaration in order to place before this Court a document cited in the Republic's letter motion for conference filed at *Petersen* ECF No. 767 and *Eton Park* ECF No. 683.

  2. Attached as Exhibit A hereto is a true and correct copy of Decree 780/2024, with a certified translation thereof.

  Executed on August 18, 2025 in New York, New York

            */s/ Robert J. Giuffra Jr.*
             Robert J. Giuffra Jr.