UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., <br><br>            Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>           Defendants. | No. 15-CV-02739 (LAP) <br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL., <br><br>           Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>           Defendants. | No. 16-CV-08569 (LAP) <br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The discovery conference currently scheduled for September 4, 2025 at 10:00 a.m. is adjourned until 11:00 a.m.

**SO ORDERED.**

Dated:    September 3, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge