KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 4, 2025

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patric Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Petersen Energía Inversora, S.A.U. et al. v. Argentine Republic et al.*,
             No. 15-cv-02739

Dear Judge Preska:

     I write on behalf of Plaintiffs regarding the motion to intervene and unseal filed by *pro se* non-party Juan Manuel Ducler, Dkt. 790. This week Mr. Ducler also filed a *pro se* 28 U.S.C. § 1782 application apparently related to this case that was assigned to Judge Broderick. *See In re Ducler*, No. 25-mc-00377 (S.D.N.Y.).

     Although Mr. Ducler's motion before this Court bears a Pacer stamp indicating it was filed on September 1, 2025, *see* Dkt. 790, the motion was not entered on the docket and distributed by the ECF system until after noon on September 4, 2025. *See id.*, docket text ("entered on 9/4/2025"). Mr. Ducler has not otherwise served Plaintiffs, and Plaintiffs did not know of the motion until they received the ECF distribution. Plaintiffs understand that their time to respond to Mr. Ducler's motion runs from September 4, 2025, the date of the ECF distribution.

     In addition to substantive deficiencies that Plaintiffs will address in due course, Mr. Ducler's motion does not mention the Court's pre-motion conference requirement. *See* Hon. Loretta A. Preska, Rules of Individual Practice 2.A. Plaintiffs understand, however, that Mr. Ducler's motion is subject to that requirement and

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

Hon. Loretta A. Preska
September 4, 2025
Page 2

intend to respond consistent with those procedures on or before Tuesday, September 9, 2025, unless the Court directs otherwise.

Respectfully submitted,

*/s/ Andrew E. Goldsmith*