# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

———

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 5, 2025

<u>Via ECF</u>

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

       Re:   <u>*Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)</u>

Dear Judge Preska:

     At the September 4, 2025 conference, the Court set the next discovery conference for October 8, 2025, a date when the Republic stated it was available. This statement was unfortunately made in error as counsel for the Republic is unavailable on October 8. The Republic respectfully requests that the Court adjourn the October 8 conference to October 10 or another date that is convenient for the Court and Plaintiffs. Plaintiffs consent to an adjournment to October 10.

          Respectfully,

          <u>/s/ Robert J. Giuffra, Jr.</u>
          Robert J. Giuffra, Jr.

cc:   Counsel of Record (via ECF)

```
The discovery conference set for
October 8, 2025 is adjourned to
October 21, 2025 at 11:00 a.m.  SO
ORDERED.
```

*Loretta A. Preska* (signature)
_____
```
Loretta A. Preska
United States District Judge

September 8, 2025
New York, New York
```