UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Petersen Energía Inversora, S.A.U., et al.

v.

The Argentine Republic and YPF S.A.
Case No. 15-cv-02739 (LAP)

## Notice of Courtesy Rejection of Informal Service

Dated: September 8, 2025

Please take notice that attached as Exhibit A is an email dated September 8, 2025, from Carmine D. Boccuzzi, Jr. of Cleary Gottlieb Steen & Hamilton LLP, stating that Cleary is not counsel of record for the Argentine Republic in this action and is not authorized to accept service on behalf of the Republic.

This Notice is filed solely to correct the record. Going forward, I will effect service only via CM/ECF to counsel of record and/or pursuant to 28 U.S.C. § 1608, as appropriate. This filing seeks no substantive relief.

Exhibit A: Email from C. Boccuzzi to J.M. Ducler re "Service — Ducler Pro Se Filings re Rule 24 & Limited Intervention (1:25-cv-07018 (LAP))," dated Sept. 8, 2025.

Respectfully submitted,

/s/ Juan Manuel Ducler

Pro Se Movant