**Exhibit A — Email from Carmine D. Boccuzzi, Jr. (Sept. 8, 2025)**

