UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Petersen Energía Inversora, S.A.U., et al.

v.

The Argentine Republic and YPF S.A.
Case No. 15-cv-02739 (LAP)

## Corrected Certificate of Service

Dated: September 8, 2025

I, Juan Manuel Ducler, certify that on September 8, 2025, I served the foregoing [Motion for Pro Se Limited Intervention under Fed. R. Civ. P. 24] by filing it with the Court for docketing via CM/ECF, which automatically sends notice to all counsel of record in this action pursuant to Fed. R. Civ. P. 5(b)(2)(E).

This corrected certificate supersedes and replaces my prior Certificate of Service filed on September 5, 2025, which incorrectly stated that Cleary Gottlieb Steen & Hamilton LLP was counsel of record for the Republic in this matter.

Respectfully submitted,

/s/ Juan Manuel Ducler

Pro Se Movant