UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
PETERSEN ENERGÍA INVERSORA, :
S.A.U. and PETERSEN ENERGÍA, S.A.U., :
: Case No.: 1:15-CV-02739 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------- x


---------------------------------- x
:
ETON PARK CAPITAL MANAGEMENT, :
L.P., ETON PARK MASTER FUND, LTD., :
and ETON PARK FUND, L.P., :
: Case No.: 1:16-CV-08569 (LAP)
Plaintiffs, :
:
v. :
:
ARGENTINE REPUBLIC and YPF S.A., :
:
Defendants. :
---------------------------------- x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant the Argentine Republic hereby appeals to the United States Court of Appeals for the Second Circuit from the July 29, 2025 order of the district court in these actions granting plaintiffs' motions to compel, and overruling the Republic's objections, as to production of certain communications from the personal devices or accounts (referred to in the order as "off-channel communications") of Argentine government officials (*Petersen* ECF No. 772), as to which the district court denied the Republic's motions for reconsideration through orders entered on August 27, 2025 (*Petersen* ECF No. 785; *Eton Park* ECF No. 699).

|  |  |
|---|---|
|  | Respectfully, |
| Dated:  September 26, 2025 | /s/ *Robert J. Giuffra, Jr.* |

Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Counsel for the Argentine Republic*