```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., | |
| Plaintiff, | No. 15-CV-02739 (LAP) |
| -against- | ORDER |
| ARGENTINE REPUBLIC ET AL., | |
| Defendants. | |

| | |
|---|---|
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL., | |
| Plaintiff, | No. 16-CV-08569 (LAP) |
| -against- | ORDER |
| ARGENTINE REPUBLIC ET AL., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

The discovery conference currently scheduled for October 21, 2025 is adjourned to October 9, 2025 at 10:00 a.m.

**SO ORDERED.**

Dated:   September 30, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge