UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>      Plaintiffs,<br><br>  – against –<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>      Defendants. | Case Nos.<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD, AND ETON PARK FUND, L.P.,<br><br>      Plaintiffs,<br><br>  – against –<br><br>ARGENTINE REPUBLIC AND YPF S.A.,<br><br>      Defendants. | |

## ORDER

  Upon consideration of Plaintiffs' Petersen Energía Inversora, S.A.U. and Petersen Energía, S.A.U. (collectively, "Petersen") and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (collectively, "Eton Park" and, with Petersen, "Plaintiffs") Motion to Withdraw Miriam L. Alinikoff as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.

**ACCORDINGLY**, it is hereby

  **ORDERED**, that the Motion is GRANTED, and

**FURTHER ORDERED**, that Miriam L. Alinikoff be withdrawn as Plaintiffs' counsel in this matter.

**SO ORDERED**.  The Clerk of the Court shall close dkt. no. 811 in 15 Civ. 2739 and dkt. no. 718 in 16 Civ. 8569.

*Loretta A. Preska*
_____
Honorable Loretta A. Preska
United States District Judge

Dated: __October 14, 2025_____