UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

**MOTION FOR ADMISSION *PRO HAC VICE***

    Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan R.G. Gonzalez, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in the above-captioned action.

    I am a member in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been

1

2

convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated:  October 15, 2025

Respectfully submitted,

*/s/ Jordan R.G. Gonzalez*
Jordan R.G. Gonzalez
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jgonzalez@kellogghansen.com