UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>         Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>         Plaintiffs,<br><br> -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
OF JORDAN R.G. GONZALEZ *PRO HAC VICE***

  I, Jordan R.G. Gonzalez, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-entitled litigation as counsel *Pro Hac Vice* for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.

  I, Jordan R.G. Gonzalez, being duly sworn, do hereby depose and state as follows:

 (a)  I have never been convicted of a felony;

1

(b) I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

(c) There are no disciplinary proceedings presently against me; and

(d) Accompanying my affidavit are certificates issued within the past thirty (30) days from the District of Columbia stating that I am a member in good standing of the bar.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746, that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on: October 10, 2025

Jordan R.G. Gonzalez
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
jgonzalez@kellogghansen.com

District of Columbia
Signed and sworn to (or affirmed) before me on 10/10/25 by Jordan R.G. Gonzalez

Signature of Notarial Officer

Francisco T. Garcia - Notary Public, District of Columbia
My commission expires February 14, 2030

2