UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. <br><br> ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | Case Nos.: <br><br> 1:15-cv-02739-LAP <br> 1:16-cv-08569-LAP |

**[PROPOSED] ORDER FOR ADMISSION OF
JORDAN R.G. GONZALEZ *PRO HAC VICE***

The motion of Jordan R.G. Gonzalez for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Jordan R.G. Gonzalez has declared that he is a member of good standing of the bars of the District of Columbia and the State of Georgia; and that his contact information is as follows:

Applicant's Name: Jordan R.G. Gonzalez
Firm Name: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
Address: 1615 M Street, N.W., Suite 400
City / State / Zip: Washington, D.C. 20036
Telephone / Fax: 202-326-7900 / 202-326-7999

1

2

Jordan R.G. Gonzalez having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. in the above-entitled litigation;

**IT IS HEREBY ORDERED** that Jordan R.G. Gonzalez is admitted to practice *Pro Hac Vice* in the above-entitled litigation in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

SO ORDERED.

_____
LORETTA A. PRESKA
United States District Judge