UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>    Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>    Defendants. | No. 15-CV-02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>    Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>    Defendants. | No. 16-CV-08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The conference currently set for October 16, 2025 at 12:45 p.m. will begin at 12:00 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated: October 15, 2025
    New York, New York

           */s/ Loretta A. Preska*
           _____
           LORETTA A. PRESKA
           Senior United States District Judge