**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. AND PETERSEN ENERGÍA, S.A.U., Plaintiffs, v. ARGENTINE REPUBLIC AND YPF S.A., Defendants. | Case Nos. 1:15-cv-02739-LAP 1:16-cv-08569-LAP |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD. AND ETON PARK FUND, L.P., Plaintiffs, v. ARGENTINE REPUBLIC AND YPF S.A., Defendants. | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Non-Party YPF S.A. ("YPF") hereby appeals to the United States Court of Appeals for the Second Circuit from the parts of the orders of the Honorable Loretta A. Preska, entered on September 18, 2025 (*Petersen* ECF No. 798; *Eton Park* ECF No. 706), that deny YPF's orders to show cause for intervention and for a permanent injunction.

Dated: October 17, 2025
New York, New York

Respectfully Submitted,

DEBEVOISE & PLIMPTON LLP

By: */s/ Mark P. Goodman*
Mark P. Goodman
Shannon Rose Selden

66 Hudson Boulevard
New York, NY 10001
(212) 909-6000 (phone)
mpgoodman@debevoise.com
srselden@debevoise.com

*Counsel to YPF S.A.*