UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., <br><br>    Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>    Defendants. | No. 15-CV-02739 (LAP) <br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL., <br><br>    Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>    Defendants. | No. 16-CV-08569 (LAP) <br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The discovery conference currently scheduled for October 30, 2025 is adjourned to November 4, 2025 at 12:00 p.m.

**SO ORDERED.**

Dated: October 27, 2025
    New York, New York

              *Loretta A. Preska*
              _____
              LORETTA A. PRESKA
              Senior United States District Judge