# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

October 28, 2025

<u>Via ECF</u>

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY  10007.

Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. <u>*Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)</u>

Dear Judge Preska:

On behalf of the Argentine Republic (the "Republic"), we write to request a three-week extension, until November 21, 2025, of the October 30 deadline by which the Court, on October 9, ordered the Republic to collect and produce "off-channel" communications.  (Oct. 9, 2025 Conf. Tr. 26:23-25.)

In accordance with Your Honor's guidance at the October 9, 2025 conference, and after further extensive consultations over Argentine legal requirements governing the production of information on non-governmental devices and/or platforms, the Republic will request that the 35 custodians to date, which include current Argentine officials along with numerous officials from the prior administration, "cooperate with the government in producing relevant communications contained on [such] devices and/or platforms."  (*Id.* at 3:20-22; *see also id.* at 4:4-7 ("THE COURT:  I understood your position in the letter, though, to be closer to if the government seeks to coerce them that would be impermissible, but why can't you request cooperation?").)  Because the attorneys from the Republic's Office of the Treasury Attorney General responsible for this case were in Washington, D.C. last week for an arbitration and are in New York this week for the merits appeal in this action, and the custodians will want to consult with these attorneys, the Republic anticipates that it will receive responses by no later than

The Honorable Loretta A. Preska                                                    -2-

November 10, 2025.  At that point, the Republic will advise both the Court and Plaintiffs of the extent to which the custodians will cooperate, and then propose a schedule for production, taking into account the extent to which the Republic expects to receive responsive documents.    To facilitate this process, the Republic respectfully requests that the Court extend the October 30, 2025 deadline for compliance ordered at the October 9, 2025 conference (*see id.* at 26:23-25) to November 21, 2025—with the Republic, if needed, to propose a further schedule for production to the extent custodians respond affirmatively based on the time required to collect and review the volume identified.

The Republic sought consent from Plaintiffs, who agreed to the requested extension on the condition that the Republic guarantee that all productions of the requested communications will be completed by no later than November 21, 2025.  While the Republic will make every effort to produce expeditiously all responsive, non-privileged communications, if any, received from custodians, this strict deadline is impracticable because the Republic does not yet know the volume of communications it will receive or when it will receive them.[1]

---

[1] Plaintiffs also sought to impose the condition that the Republic "take no further action to delay compliance with the Court's October 9, 2025 ruling or other orders on the production of off-channel communications."  Plaintiffs' request is unclear; the Republic *is* making all efforts to comply with the Court's October 9, 2025 ruling and its related orders, which is the reason for its extension request.  But it does not currently have access to the documents in question, nor will it, for example, waive its rights and privileges or withdraw its appeal.  There is no basis or need to impose this vague condition.

The Honorable Loretta A. Preska                                     -3-

        This is the Republic's first request for an extension of the October 30 production deadline.

Respectfully,

*/s/* Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.


cc:    Counsel of Record (via ECF)