# EXHIBIT A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 23, 2025

Via E-mail

Seth L. Levine,
   Levine Lee LLP,
      400 Madison Avenue,
         New York, NY 10017.

         Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*,
                No. 15-cv-2739 (S.D.N.Y.)
                *Eton Park Capital Management, L.P.* v. *Argentine Republic*,
                No. 16-cv-8569 (S.D.N.Y.)

Dear Seth:

         We write regarding the production of so-called "off-channel" communications. In accordance with Judge Preska's guidance at the October 9, 2025 conference, and after further consultations over Argentine legal requirements concerning the production of information on non-governmental devices and/or platforms, the Republic has determined to request that the at least 35 custodians, which include senior officials, "cooperate with the government in producing relevant communications contained on [such] devices and/or platforms." (Oct. 9, 2025 Conf. Tr. at 3:20-22.)

         Because the attorneys from the Republic's Office of the Attorney General responsible for this case are in Washington, D.C. this week for an arbitration and in New York next week for the merits appeal, and custodians will want to consult with those attorneys, the Republic anticipates that it will receive responses by no later than November 10, 2025. At that point, the Republic will advise the Court and Plaintiffs of the extent to which custodians will cooperate, and then propose a schedule for production, taking into account the extent to which the Republic expects to receive responsive documents.

         To facilitate this process, the Republic requests that Plaintiffs consent to an extension of the deadline for compliance ordered by the Court at the October 9 conference (*see id.* at 26:23-25) to November 21, subject to the understanding that, if needed, the parties will agree to extend the deadline further to the extent custodians respond affirmatively and possess responsive documents.

Seth L. Levine                                                                                                          -2-

        Please let us know by 12:00 p.m. tomorrow whether Plaintiffs will consent to this extension.

Sincerely,

*/s/ Robert J. Giuffra Jr.*
Robert J. Giuffra Jr.