# EXHIBIT B

# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

October 27, 2025

**VIA E-MAIL**

Robert J. Giuffra Jr.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
giuffrar@sullcrom.com

        Re: *Petersen Energía, et al. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Bob:

      We write in response to your October 23, 2025 letter concerning the Republic's collection of off-channel communications and the Republic's request for an extension of the Court's October 9, 2025 ruling requiring production of off-channel communications by no later than October 30, 2025. Oct. 9 Hr'g Tr. at 26:23-27:1. As a courtesy, Plaintiffs are willing to agree to an extension of the Court's October 30, 2025 deadline, provided that the Republic agrees: (1) to make a complete production of the requested off-channel communications by no later than November 21, 2025; and (2) that it will take no further action to delay compliance with the Court's October 9, 2025 ruling or other orders on the production of off-channel communications. Given that the Republic has consistently sought to delay its production of off-channel communications—even after the Court ruled that the production was required by both U.S. and Argentine law—any further delay is inappropriate and would further prejudice Plaintiffs. Moreover, your apparent acknowledgement now that Argentine law does not impede your contacting custodians (as we have consistently argued, and which you have disputed) demonstrates that any timing issues relating to your compliance with the Court's orders are entirely of your own making.

      Please let us know how you wish to proceed. We are happy to confer on the above and coordinate to discuss any issues concerning production.

                                                Very truly yours,

                                               */s/ Seth L. Levine*
                                               Seth L. Levine
                                               Alison M. Bonelli