UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL., <br><br>              Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>              Defendants. | No. 15-CV-02739 (LAP) <br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL., <br><br>              Plaintiff, <br><br>-against- <br><br>ARGENTINE REPUBLIC ET AL., <br><br>              Defendants. | No. 16-CV-08569 (LAP) <br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

     Based on the Court's holdings at the discovery conference held on November 4, 2025, the Clerk of the Court is directed to close dkt. no. 827 on the No. 15 Civ. 02739 docket and dkt. no. 730 on the No. 16 Civ. 08569 docket.

**SO ORDERED.**

Dated:    November 5, 2025
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge

---

[1] References to the docket refer to the lead case, Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15 Civ. 02739.