# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

December 24, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

    We write regarding a briefing schedule for Plaintiffs' anticipated motion for sanctions and contempt concerning the Republic's failure to produce certain off-channel communications to which the Republic claims it lacks access. Pursuant to the Court's order at the December 9, 2025 conference, the Republic has reaffirmed that it refuses to produce this material. (Dec. 9, 2025 Hr'g Tr. 19:25-20:1.) Plaintiffs respectfully propose the following briefing schedule, which the Republic consents to:

| January 15, 2026 | Plaintiffs' Motion |
| --- | --- |
| February 19, 2026 | The Republic's Opposition |
| March 5, 2026 | Plaintiffs' Reply |

Hon. Loretta A. Preska
December 24, 2025
Page 2

As discussed at the December 9, 2025 conference, Plaintiffs also respectfully reiterate their request that the Court reserve time on its calendar for an evidentiary hearing on the motion. (Dec. 9, 2025 Hr'g Tr. 19:15-22.) The details of any evidentiary hearing would be defined after the Republic sets forth the basis for its factual positions in its opposition, which to date it has not done. The Republic has requested that Plaintiffs note that: "the Republic opposes the scheduling of an undefined and premature evidentiary hearing, and that plaintiffs have not provided any information to the Republic about what they contemplate for this hearing, including the scope, issues and witnesses."

Respectfully Submitted,

/s/ Seth L. Levine
Seth L. Levine

cc: Counsel of Record (via ECF)

```
The request to adopt the proposed briefing schedule is
GRANTED.   The Court shall reserve March 23 and March
24, 2026 for an evidentiary hearing.

SO ORDERED.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

December 30, 2025