UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÃA, S.A.U., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | No.15 Civ.2739 (LAP) |
| EATON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | No.16 Civ. 8569 (LAP) |

**MOTION TO WITHDRAW MARK S. SULLIVAN AS COUNSEL OF RECORD**

Pursuant to Local Civil Rule 1.4, on behalf of Non-Party Banco de la Nación Argentina ("BNA") and by and through their counsel, Dorsey & Whitney LLP ("Dorsey"), respectfully requests the withdrawal of Mark S. Sullivan as counsel on behalf of BNA and further requests that the email address, sullivan.mark@dorsey.com be removed from the ECF service notification list for this case. In support of this Motion, BNA states the following:

1. On August 5, 2025, Mark S. Sullivan entered an appearance to represent BNA in actions PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., (ECF No. 603) and ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P., (ECF No. 527).

4926-5490-8293\1

2

2. Mr. Sullivan is no longer associated with Dorsey & Whitney LLP and will not continue to represent BNA in this case.

3. Anthony Badaracco of Dorsey & Whitney LLP will continue to represent BNA and has entered notice of appearance on behalf of BNA in actions PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., (ECF No. 604) and ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P., (ECF No. 528).

4. Mr. Sullivan's withdrawal will not affect the posture of this action.

5. Mr. Sullivan is not asserting or charging lien in this action.

6. In accordance with Local Rule 1.4. a copy of this Motion is simultaneously being served on Plaintiffs and Defendants.

DATED:   December 30, 2025
         New York, New York

                                        DORSEY & WHITNEY LLP

                                        By: */s/ Mark S. Sullivan*
                                            Mark S. Sullivan
                                            Anthony Badaracco
                                            51 West 52nd Street
                                            New York, NY 10019-6119
                                            Tel: (212) 415-9200
                                            sullivan.mark@dorsey.com
                                            badaracco.anthony@dorsey.com

                                        *Counsel for Non-Party* Banco de la Nación Argentina

4926-5490-8293\1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, I caused a copy of the foregoing to be served via the Court's ECF system on all counsel of record.

>
> */s/ Mark S. Sullivan*
> Mark S. Sullivan
> Anthony Badaracco
> 51 West 52nd Street
> New York, NY 10019-6119
> Tel: (212) 415-9200
> sullivan.mark@dorsey.com
> badaracco.anthony@dorsey.com
>
> *Counsel for Non-Party* Banco de la Nación Argentina