# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

January 12, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-8569

Dear Judge Preska:

Plaintiffs write to respectfully request an expansion of the word limits permitted under Your Honor's Individual Rule 2(B) for the forthcoming briefing on Plaintiffs' motion for sanctions against the Republic (the "Motion"). Dkt. 845. Plaintiffs respectfully request the following word limits:

- Plaintiffs' opening: 11,000 words
- Republic's opposition: 11,000 words
- Plaintiffs' reply: 5,500 words

Plaintiffs respectfully submit that the requested increases are warranted to address the complex and important issues in the Motion. Plaintiffs have conferred with the Republic, who did not object to 9,000 words for the opening brief, 9,000 words for the opposition, and 4,000 words for the reply, but objected to the additional word-limit expansion requested by Plaintiffs.

Respectfully Submitted,

*/s/ Seth L. Levine*
Seth L. Levine
Alison M. Bonelli

granted

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/13/26