UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>         Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

**NOTICE OF MOTION FOR SANCTIONS AND A CONTEMPT FINDING AGAINST THE REPUBLIC OF ARGENTINA**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Seth L. Levine, dated January 15, 2026, the exhibits thereto, and the accompanying Memorandum of Law, Plaintiffs Petersen Energía Inversora, S.A.U, Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs"), will move this Court before the Honorable Loretta A. Preska, as soon as counsel may be heard and at such time as the Court directs, at the United States Courthouse located at 500 Pearl Street, New York, New York, pursuant to Fed. R. Civ. P. 37, Local Civil R. 83.6, and the Court's inherent

powers, for an order granting (1) a preclusion order against the Republic of Argentina (the "Republic"); (2) the imposition of adverse inferences; (3) a finding that the Republic is in contempt of Court; (4) a coercive fine against the Republic payable to the Court; (5) the award of reasonable attorneys' fees and costs payable to Plaintiffs; and (6) granting such other and further relief as this Court deems just, proper and necessary under the circumstances.

Dated: January 15, 2026                                     Respectfully submitted,

                                                            LEVINE LEE LLP

                                                    By:     /s/ Seth L. Levine
                                                            Seth L. Levine
                                                            Alison M. Bonelli
                                                            Julie-Irene A. Nkodo
                                                            Adam M. King
                                                            400 Madison Ave
                                                            New York, New York 10017
                                                            Phone: (212) 223-4400
                                                            Email: slevine@levinelee.com

                                                            KELLOGG, HANSEN, TODD, FIGEL
                                                            & FREDERICK, P.L.L.C.
                                                            Mark C. Hansen
                                                            Derek T. Ho
                                                            Andrew E. Goldsmith
                                                            Alejandra Ávila
                                                            Diego Negrón-Reichard
                                                            1615 M Street, N.W., Suite 400
                                                            Washington, D.C. 20036
                                                            Phone: (202) 326-7900
                                                            Fax: (202) 326-7999
                                                            Email: mhansen@kellogghansen.com

                                                            KING & SPALDING LLP
                                                            Laura Harris
                                                            1185 Avenue of the Americas
                                                            New York, NY 10036

Phone: (212) 556-2100
Fax: (212) 556-2222
Email: lharris@kslaw.com

-and-

Reginald R. Smith
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Phone: (713) 751-3200
Fax: (713) 751-3290
Email: rsmith@kslaw.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*