# EXHIBIT B

**OFFICIAL GAZETTE**
of the Argentine Republic

https://www.boletinoficial.gob.ar/#!DetalleNorma/183063/QR

# CASH TRANSPORT

**Decree No. 416/2018**

**Repeal. Decree No. 1832/1977.**

City of Buenos Aires, 05/07/2018

IN VIEW OF File No. EX-2017-27831364-APN-JGA#MSG, Internal Security Law No. 24,059, as amended, the Organic Charter of the CENTRAL BANK OF THE ARGENTINE REPUBLIC approved by Law No. 24,144, as amended, and Decree No. 1832 dated June 24, 1977; and

WHEREAS:

Decree No. 1832 dated June 24, 1977, regulates, in its articles 2, 3 and 4, the conditions for the transfer of money in amounts exceeding those established in Decree No. 2625 dated April 5, 1973, whether by land (motor vehicle or railroad), sea or river and air, as well as the transfer of Argentine or foreign paper currency and gold by the CENTRAL BANK OF THE ARGENTINE REPUBLIC.

In order to reduce the risk of transferring cash, to take full advantage of new and more efficient means of transportation and to improve the operating costs of the system, it is necessary to update the conditions of the exclusive security regime for the transportation of cash in force for the CENTRAL BANK OF THE ARGENTINE REPUBLIC.

The implementation of the proposed modifications will allow equivalent or even better conditions than those currently in force to be obtained.

The improvement of security procedures in the transportation of Argentine or foreign paper currency and gold carried out by the CENTRAL BANK OF THE ARGENTINE REPUBLIC discourages the commission of criminal acts.

Consequently, it is appropriate to repeal Decree No. 1832 dated June 24, 1977.

Law No. 24,059 establishes that the MINISTRY OF SECURITY, by delegation of the President of the Nation, shall exercise the political leadership of the national police effort, while coordinating the actions of all the bodies that make up the internal security system and shall be in charge of the superior management of the police bodies and security forces of the National State.

The GENERAL DIRECTORATE OF LEGAL AFFAIRS of the MINISTRY OF SECURITY and the then THE GENERAL DIRECTORATE OF LEGAL AFFAIRS of the MINISTRY OF FINANCE has taken the corresponding actions within its scope of authority

**OFFICIAL GAZETTE**
of the Argentine Republic

**OFFICE OF THE PRESIDENT**

Legal and Technical Secretariat | **Dr. Maria Ibarzabal Murphy**

National Directorate of the Official Registry | **Dr. Walter Rubén Gonzalez**


This resolution is issued in exercise of the powers conferred by Article 99, subsections 1 and 2 of the NATIONAL CONSTITUTION.

Therefore,

THE PRESIDENT OF ARGENTINA HEREBY DECREES

THE FOLLOWING:

ARTICLE 1.- The transportation of Argentine or foreign paper currency and gold carried out by the CENTRAL BANK OF THE ARGENTINE REPUBLIC shall comply with such provisions as it may determine.

The CENTRAL BANK OF THE ARGENTINE REPUBLIC, in exercise of its own powers as governing body of the system, shall provide the necessary regulatory requirements in order to regulate the transfer, by any means, of Argentine or foreign paper currency and gold.

ARTICLE 2.- The MINISTRY OF SECURITY shall determine the Federal Force in charge of the custody of the transportation of Argentine or foreign paper currency and gold carried out by the CENTRAL BANK OF THE ARGENTINE REPUBLIC.

For such purposes, prior to the issuance of the relevant regulations, the CENTRAL BANK OF THE ARGENTINE REPUBLIC shall request the intervention of the MINISTRY OF SECURITY which, within FIFTEEN (15) business days, shall issue the corresponding Technical Report.

ARTICLE 3 - It is hereby established that the transportation of legal tender coins is exempted from compliance with the minimum security measures set forth in this decree.

ARTICLE 4 - Decree No. 1832 dated June 24, 1977 is hereby repealed.

ARTICLE 5 - This decree shall become effective FORTY-FIVE (45) days after its publication in the OFFICIAL BULLETIN OF THE ARGENTINE REPUBLIC.

ARTICLE 6. Communicate, publish, deliver to the NATIONAL OFFICIAL REGISTRY and file. - MACRI. - Marcos Peña. - Patricia Bullrich. - Nicolas Dujovne.

e. 05/08/2018 No. 31445/18 version 05/08/2018

2 of 2

**OFFICIAL GAZETTE**
of the Argentine Republic

**OFFICE OF THE PRESIDENT**
Legal and Technical Secretariat | **Dr. Maria Ibarzabal Murphy**
National Directorate of the Official Registry | **Dr. Walter Rubén Gonzalez**

THE STATE OF TEXAS   }
                     }
COUNTY OF FORT BEND  }

### AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. "My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit."

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 and graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the Spanish to English translation attached hereto: *"Decreto 416-2018 Transporte de Caudales aviso_183063 (1)"* is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
MARIA CONCEPCION SANCHEZ

Sworn to before me this  12-08-25

_____
Notary Public in and for the State of Texas
My commission expires:  09/12/2028

[Notary Seal: DANIEL LEGARIA-CAMPUZANO, NOTARY PUBLIC, STATE OF TEXAS, ID #135085663, EXPIRES 09/12/2028]

Certified Translations

Translite Solutions, LLC  |  5773 Woodway Suite 190. Houston Texas 77057  |  (281) 402-2514

BOLETÍN OFICIAL
de la República Argentina

https://www.boletinoficial.gob.ar/#!DetalleNorma/183063/QR

## TRANSPORTE DE CAUDALES

**Decreto 416/2018**

**Derogación. Decreto N° 1832/1977.**

Ciudad de Buenos Aires, 07/05/2018

VISTO el Expediente Nº EX-2017-27831364-APN-JGA#MSG, la Ley de Seguridad Interior N° 24.059 y sus modificatorias, la Carta Orgánica del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA aprobada por la Ley N° 24.144 y sus modificatorias y el Decreto N° 1832 de fecha 24 de junio de 1977, y

CONSIDERANDO:

Que el Decreto N° 1832 de fecha 24 de junio de 1977, regula en sus artículos 2°, 3° y 4° las condiciones del traslado de dinero por montos superiores a los establecidos en el Decreto N° 2625 de fecha 5 de abril de 1973, sea por vía terrestre (automotor o ferrocarril), marítima o fluvial y aérea, así como el traslado de papel moneda argentina o extranjera y oro, por parte del BANCO CENTRAL DE LA REPÚBLICA ARGENTINA.

Que a los fines de lograr disminuir el riesgo del traslado de caudales, el aprovechamiento integral de nuevos y más eficientes medios de transporte y la mejora en los costos operativos del sistema, resulta necesario actualizar las condiciones del régimen de seguridad exclusivo para el transporte de caudales que rige para el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA.

Que la implementación de las modificaciones que se propician permitirá obtener equivalentes o incluso mejores condiciones a las actualmente vigentes.

Que la mejora de los procedimientos de seguridad en el trasporte de papel moneda argentina o extranjera y oro que efectúe el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA desalienta la comisión de hechos delictivos.

Que, en consecuencia, resulta procedente la derogación del Decreto N° 1832 de fecha 24 de junio de 1977.

Que la Ley N° 24.059 establece que el MINISTERIO DE SEGURIDAD por delegación del Presidente de la Nación ejercerá la conducción política del esfuerzo nacional de policía, a la vez que coordinará el accionar de todos los cuerpos que forman el sistema de seguridad interior y tendrá a su cargo la dirección superior de los cuerpos policiales y fuerzas de seguridad del Estado Nacional.

Que la DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS del MINISTERIO DE SEGURIDAD y la entonces DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS del MINISTERIO DE HACIENDA han tomado la intervención que les compete.

BOLETÍN OFICIAL
de la República Argentina

PRESIDENCIA DE LA NACIÓN
Secretaría Legal y Técnica | Dra. María Ibarzabal Murphy
Dirección Nacional del Registro Oficial | Dr. Walter Rubén Gonzalez



**BOLETÍN OFICIAL**
de la República Argentina

https://www.boletinoficial.gob.ar/#!DetalleNorma/183063/QR

Que la presente medida se dicta en ejercicio de las facultades conferidas por el artículo 99, incisos 1 y 2 de la CONSTITUCIÓN NACIONAL.

Por ello,

EL PRESIDENTE DE LA NACIÓN ARGENTINA

DECRETA:

ARTÍCULO 1°.- El transporte de papel moneda argentina o extranjera y oro que efectúe el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA se ajustará a las disposiciones que el mismo determine.

El BANCO CENTRAL DE LA REPÚBLICA ARGENTINA en ejercicio de sus facultades propias como órgano rector del sistema dispondrá las exigencias normativas que resulten necesarias con el objeto de regular el traslado, por cualquier medio, de papel moneda argentina o extranjera y oro.

ARTÍCULO 2°.- El MINISTERIO DE SEGURIDAD determinará la Fuerza Federal que tendrá a cargo la custodia del transporte de papel moneda argentina o extranjera y oro que realice el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA .

A tales efectos, en forma previa al dictado de la normativa pertinente, el BANCO CENTRAL DE LA REPÚBLICA ARGENTINA solicitará la intervención del MINISTERIO DE SEGURIDAD el cual, en un plazo de QUINCE (15) días hábiles, emitirá el Informe Técnico correspondiente.

ARTÍCULO 3°.- Establécese que el transporte de monedas de curso legal queda exceptuado del cumplimiento de las medidas mínimas de seguridad establecidas en el presente decreto.

ARTÍCULO 4°.- Derógase el Decreto N° 1832 de fecha 24 de junio de 1977.

ARTÍCULO 5°.- El presente decreto entrará en vigencia a los CUARENTA Y CINCO (45) días de su publicación en el BOLETIN OFICIAL DE LA REPÚBLICA ARGENTINA.

ARTÍCULO 6°.- Comuníquese, publíquese, dése a la DIRECCIÓN NACIONAL DEL REGISTRO OFICIAL y archívese. — MACRI. — Marcos Peña. — Patricia Bullrich. — Nicolas Dujovne.

e. 08/05/2018 N° 31445/18 v. 08/05/2018



PRESIDENCIA DE LA NACIÓN

Secretaría Legal y Técnica | Dra. María Ibarzabal Murphy
Dirección Nacional del Registro Oficial | Dr. Walter Rubén Gonzalez