# EXHIBIT D

STRATEGIC COMMUNICATIONS DEPARTMENT

Central Bank of Argentina

Press release

## Management of the BCRA's Gold Reserves

The Central Bank of Argentina (BCRA) successfully completed transfers of part of its gold reserves between its different accounts. The BCRA's Charter and Law No. 23928 delegate the daily management of reserves to this monetary authority, including not only gold, but also foreign currency and other foreign assets.

For more than a decade, the BCRA has maintained the same management options for its gold reserves, both in physical format (bars and ingots) and in electronic format (accounts abroad). These rebalancing operations do not alter the total volume of gold reserves, which remains equivalent to approximately USD 4,981 million as published in the balance sheet of August 23, 2024.

The BCRA expresses its concern for the irresponsible dissemination of information, for political purposes, related to these operations before their completion because it put at risk the safety of the assets of all Argentines. Information on the management of the BCRA's reserves has always been handled confidentially in order to preserve its safety. Both the General Audit Office of the Nation and the relevant control entities maintain access to this information under the standards of confidentiality.

*Monday, September 2, 2024*

THE STATE OF TEXAS          }
                            }
COUNTY OF HARRIS            }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the Spanish to English translation attached hereto: *"Administración de las reservas de oro del BCRA"* is true, correct, fair, accurate and complete English translation to the best of my ability, of the original document in Spanish.

_____
ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this 6th day of January 2026

_____
Notary Public in and for the State of Texas
My commission expires:

TODD CAMERON FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2029
Notary ID 129411929



Certified Translations

Translite Solutions, LLC   |   5773 Woodway Suite 190. Houston Texas 77057   |   (281) 402-2514

GERENCIA DE COMUNICACIÓN ESTRATÉGICA 

# Comunicado

## Administración de las Reservas de oro del BCRA

El Banco Central de la República Argentina (BCRA) completó exitosamente transferencias de parte de sus reservas en oro entre sus diferentes cuentas. La Carta Orgánica del BCRA y la Ley 23.928 delegan la administración diaria de reservas en esta autoridad monetaria que incluyen no sólo el oro, sino también divisas y otros activos externos.

Desde hace más de una década, el BCRA mantiene las mismas opciones de administración para sus reservas en oro, tanto en formato físico (barras y lingotes) como en formato electrónico (cuentas en el exterior). Estas operaciones de rebalanceo no alteran el volumen total de las reservas en oro, que se mantienen equivalentes a aproximadamente USD 4.981 millones según lo publicado en el balance del 23 de agosto de 2024.

El BCRA expresa su preocupación por la difusión irresponsable de información, con fines políticos, relacionada con estas operaciones antes de su finalización porque puso en riesgo la seguridad de los activos de todos los argentinos. La información sobre la administración de las reservas del BCRA ha sido siempre manejada de manera confidencial en el afán de preservar su seguridad. Tanto la Auditoría General de la Nación como los entes de control pertinentes mantienen acceso a esa información bajo el mismo manto de confidencialidad.

*Lunes 2 de septiembre de 2024*