# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

January 26, 2026

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
      New York, NY  10007.

        Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and*
             *YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v.
             *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

        In accordance with Local Rule 5.2, Rule 2.G of Your Honor's
Individual Practices, and Paragraph 13 of the stipulation and order governing the
production and exchange of confidential materials in this action (*Petersen* ECF No.
674; *Eton Park* ECF No. 596) (the "Protective Order"), the Republic respectfully
moves for an order granting leave to redact the Republic's response to Plaintiffs'
January 21, 2026 letter and to file under seal Exhibit C thereto.

        The Republic seeks leave to redact portions of the publicly available
response that describe a deposition transcript which it has designated Confidential
under the Protective Order.  The exhibit is a document produced and designated as
confidential by a nonparty to this action in response to a third-party subpoena.  The
Republic seeks leave to file the exhibit under seal in light of the third party's
designations.  A version of the Republic's response containing the Republic's
proposed redactions is being concurrently filed publicly; an unredacted version of
the response with the Republic's proposed redactions in highlighting is being
concurrently submitted to the Court under seal.

The Honorable Loretta A. Preska                                    -2-

Respectfully,

*Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.


cc:    Counsel of Record (via ECF)