# EXHIBIT A

**CONVERTIBILIDAD DEL AUSTRAL**
**Ley Nº 23.928**
Sancionada: Marzo
27 de 1991
Promulgada: Marzo 27 de 1991

TITULO I
DE LA CONVERTIBILIDAD DEL AUSTRAL

[…]

**ARTICULO 6º** — Los bienes que integran las reservas del Banco Central de la República Argentina son inembargables. Hasta el nivel que determine su directorio, se aplicarán exclusivamente al fin contemplado en el inciso q) del artículo 14 de la Carta Orgánica de dicha institución. Las reservas excedentes se denominarán de libre disponibilidad.

Siempre que resulte de efecto monetario neutro, las reservas de libre disponibilidad podrán aplicarse al pago de obligaciones contraídas con organismos financieros internacionales o de deuda externa oficial bilateral.

Cuando las reservas se inviertan en depósitos u otras operaciones a interés, o en títulos públicos nacionales o extranjeros pagaderos en oro, metales preciosos, dólares estadounidenses u otras divisas de similar solvencia, su cómputo a los fines de esta ley se efectuará a valores de mercado.

*(Artículo sustituido por art. 22 de la Ley N° 26.739 B.O. 28/3/2012)*
*(**Nota Infoleg**: por art. 1° del Decreto N° 296/2010 B.O. 1/3/2010 se abroga Decreto N° 2010/2009 B.O. 15/12/2009 que sustituía éste artículo, declarando vigente el texto del artículo 6° de la presente Ley modificado por la Ley N° 26.076 que ratifica el Decreto N° 1599/2005)*
TITULO II



## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into English of the original document entitled "Ley 23928 [Extracto]," which was written in Spanish.

City of Buenos Aires, January 26, 2026.

THE TR COMPANY TRANSLATION SERVICES

_____

Cynthia Farber
Certified Translator
License recorded on Page 226:Book XV
Buenos Aires Translators' Association
CTPCBA No. 5402

**AUSTRAL CONVERTIBILITY**
**Law No. 23,928**
Passed: March 27, 1991
Signed into Law: March 27, 1991

TITLE I

AUSTRAL CONVERTIBILITY

[…]

**SECTION 6.** The assets constituting the reserves of the Central Bank of the Argentine Republic shall be exempt from attachment. Up to the amount determined by its Board of Directors, such reserves shall be used exclusively for the purpose established in Section 14(q) of the Charter of the Central Bank. Any reserves in excess of that amount shall be categorized as freely-available reserves.

Freely-available reserves may be applied to the payment of obligations owed to international financial institutions or the service of bilateral debt owed to foreign governments, provided that the monetary effect of such application is neutral.

Where reserves are invested in interest-bearing deposits or other interest-bearing transactions, or in domestic or foreign government securities that are payable in gold, precious metals, dollars of the United States, or other currencies of comparable creditworthiness, their value shall, for the purposes of this Law, be assessed at market value.

*(Section substituted by virtue of Section 22 of* Law No. 26,739*, Official Gazette of March 28, 2012)*

**(Infoleg Note**: *Section 1 of* Decree No. 296/2010*, Official Gazette of March 1, 2010, repealed* Decree No. 2010/2009*, Official Gazette of December 15, 2009, which had substituted this section, restoring Section 6 of this Law, as amended by* Law No. 26,076—*the law ratifying* Decree No. 1599/2005*.)*

TITLE II