# EXHIBIT B

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 20, 2025

<u>Via E-mail</u>

Laura Harris,
  King & Spalding LLP,
    1185 Avenue of the Americas, 34th Floor,
      New York, NY 10036.

      Re:    *Petersen Energía Inversora S.A.U.* v. *Argentine Republic*,
              No. 15-cv-2739 (S.D.N.Y.)
            *Eton Park Capital Management, L.P.* v. *Argentine Republic*,
            <u>No. 16-cv-8569 (S.D.N.Y.)</u>

Dear Laura:

      On behalf of the Argentine Republic, I write in response to your March 13, 2025 Letter ("Letter"), demanding that the Republic "explain, in detail, why the Republic's officials can provide information to the media related to the [Banco Central de la República Argentina's ("BCRA") gold] reserves, but do not have documents or information to produce in this litigation." (Ltr. at 1.) Plaintiffs' request for information regarding this topic sought "[d]ocuments sufficient to identify, locate, and ascertain the purposes of any gold or other precious metals reserves of Argentina held in the United States or any Foreign Country." (*See* Request No. 26 of Plaintiffs' First Post-Judgment Requests for Production of Documents.) As the Republic has made clear in multiple letters, meet-and-confers, and court filings, the gold reserves are owned and managed by BCRA. As such, BCRA is responsible for reserve management, which encompasses any movement of the reserves. It is therefore not surprising that the Republic's searches did not locate responsive documents "sufficient to identify, locate, and ascertain the purposes of" the BCRA-held reserves. (*See* Ltr. at 1.)

      Nonetheless, to avoid unnecessary disputes, and without waiver of privilege or work product protection, the Republic is willing to describe its document searches pertaining to your request:

- The Republic searched in the *Sistema de Gestión Documental Electrónica* ("GDE"), which, as previously described, houses the Republic's official reports and communications, for communications and documents exchanged between the Ministry of Economy and

Laura Harris                                                                                                    -2-

        BCRA from December 2022 to December 2024.  The Republic then conducted a search within these results for any documents containing the search terms "*oro*" and "*reservas*" (the Spanish terms for "gold" and "reserves").  No responsive documents resulted from this search.

- The Republic also collected and reviewed inboxes, some of which required restoration from backup tapes, of the four custodians it identified as most likely to have information on the location and purpose of the reserves.  This collection entailed: (1) the inbox of Joaquín Alberto Guillermo Cottani, the former Secretary of Economic Policy, for the period he was in office (December 2023 to July 2024); (2) the inbox of José Luis Daza Narbona, the current Secretary of Economic Policy, from September 2024 to December 2024; (3) the inbox of spe@mecon.gov.ar, which is the institutional account for the Secretariat of Economic Policy, from January 2024 to November 2024 (when the account was deactivated); and (4) the inbox of secfinanzas@mecon.gov.ar, which is the institutional account for the Secretariat of Finance, from January 2024 to November 2024 (when the account was deactivated).  Counsel for the Republic then reviewed all emails in this collection that hit on the terms "*oro*" and "*reservas*" and found no responsive documents.

- The Republic also ran the same terms across the back-up tapes previously restored through May 2024 in relation to Plaintiffs' YPF and BCRA Requests, and again found no responsive documents.

        Your demand that the Republic explain the grounds on which it deemed documents non-responsive (*see* Ltr. at 2) is not necessary or appropriate.  "[T]he receiving party [does not have] a right to examine and evaluate the way the production was made or require collaboration in the review protocol and validation process."  *Kaye* v. *New York City Health & Hosps. Corp.*, 2020 WL 283702, at *2 (S.D.N.Y. Jan. 21, 2020); *see Lightsquared Inc.* v. *Deere & Co.*, 2015 WL 8675377, at *8 (S.D.N.Y. Dec. 10, 2015) (declining to "adjudicate any dispute the parties have about the merits of [a party's] proposed search protocol").  However, again without waiver, the Republic is willing to provide the following description of its identification of non-responsive documents from its searches:  the results of the "*oro*" and "*reservas*" searches identified documents only incidentally mentioning gold and other reserves, without reference to the movement or location of reserves or the purpose of the BCRA reserves.  Such documents included foreign securities filings that discuss the amounts of the gold reserves; publicly available IMF Reports and memoranda of understanding; financial market reporting and macro presentations put together by the Secretary of Economic Policy; World Bank materials; and Mercosur meeting agendas.  The majority of this information is publicly available and does little more than discuss the amount of the reserves held by the BCRA.  It does not

Laura Harris                                                                                                                        -3-

assist in "identify[ing], locat[ing], [or] ascertain[ing] the purposes of any gold or other precious metals reserves of Argentina held in the United States or any Foreign Country." (*See* Request No. 26 of Plaintiffs' First Post-Judgment Requests for Production of Documents.)

Plaintiffs further demand that the Republic explain how a high-ranking government official "[came] to obtain [] knowledge" concerning the movement of reserves. Plaintiffs are referring to a July 19, 2024 assertion in the *Buenos Aires Herald* that Minister Caputo "confirmed" the movement of the reserves during an interview on that same day with *LN+*.[1] It is no surprise that a Republic official had general knowledge of the BCRA's movement of gold reserves as of that date, given that, as the interview makes clear, the movement of the reserves out of Argentina had been widely reported by this point.[2] The *Buenos Aires Herald* article does not suggest in any way that the Republic has relevant documents it failed to identify through the above-described searches.

Again, as we have explained, the location of the gold reserves is a matter of reserve management within BCRA's exclusive purview and is handled in a confidential manner by BCRA.[3] I note that this is further confirmed by information about the movements of BCRA's gold reserves that Plaintiffs have elicited through third-party subpoenas, which show that movements of the reserves are arranged by BCRA without involvement of the Republic.[4]

Sincerely,

*/s/ Amanda Flug Davidoff*
Amanda Flug Davidoff

---

[1]     *See* https://www.lanacion.com.ar/economia/mejor-custodiado-afuera-caputo-confirmo-el-giro-de-oro-al-exterior-y-explico-la-decision-nid19072024/.

[2]     *See, e.g., LaPoliticaOnline*, "La Bancaria denuncia que el Central está sacando del país el oro de las reservas," dated July 15, 2024; *El Destape*, "¿Se llevaron el oro de las reservas del BCRA a Londres?" dated July 16, 2024; *Página12*, "Denuncia por las reservas de oro," dated July 16, 2024; *IProfesional,* "El dólar sigue en caída, pero el mercado está alerta: por qué preocupan las reservas," dated July 16, 2024; *Infobae*, "El Banco Central realizó giros de oro al exterior: cuál es su estrategia," dated July 17, 2024.

[3]     https://www.bcra.gob.ar/Noticias/Administracion-Reservas-oro-BCRA-i.asp.

[4]     *See, e.g.,* BA01; BA015; BA028; LI 000002; LI 000005; LI 000015.