UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. ET AL.,<br><br>                Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                Defendants. | No. 15 Civ. 02739 (LAP)<br><br>ORDER |
| ETON PARK CAPITAL MANAGEMENT L.P. ET AL.,<br><br>                Plaintiff,<br><br>-against-<br><br>ARGENTINE REPUBLIC ET AL.,<br><br>                Defendants. | No. 16 Civ. 08569 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:[1]

The evidentiary hearing regarding Plaintiffs' contempt motion, see Dkt. 845, is rescheduled for March 31, 2026 and April 1, 2026. The Court will adjourn the hearing early on April 1 in light of the Passover holiday.

**SO ORDERED.**

*Loretta A. Preska*
Loretta A. Preska
Senior United States District Judge

January 28, 2026

---

[1] All docket numbers refer to the lead case in Petersen Energia Inversora, S.A.U. et al. v. Argentine Republic et al., No. 15-CV-02739.