# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

February 4, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re**: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-08569

Your Honor:

Plaintiffs respectfully submit this letter in response to the Republic's February 3, 2026 letter attaching its proposed order. Dkt. 869.

The proposed order that Plaintiffs submitted to the Court yesterday, annotated with citations to the January 29 conference transcript and attached as Exhibit A, reflects Plaintiffs' good-faith understanding of the Court's rulings as stated on the record following letter briefing and oral argument. Dkts. 858, 864. Plaintiffs did not understand the Court to invite or permit re-argument of these issues. *See* Jan. 29 Tr. at 16:14–15 ("I am going to ask for a draft order reflecting what we have done here today."); 67:13–14.

Accordingly, absent further direction from the Court, Plaintiffs do not believe it is appropriate to respond point-by-point to the Republic's more-than-five-page submission, which largely seeks to relitigate matters already argued and resolved at the January 29 conference. This includes, for example, the Republic's renewed suggestion that it intends to refuse to provide the location of the Republic's gold reserves and wishes to argue executability before Plaintiffs know where the assets

Hon. Loretta A. Preska
February 4, 2026
Page 2

are located, *see* Dkt. 869 at 2—an approach the Court has repeatedly rejected in this context and generally. *See, e.g.*, Jan. 29 Tr. at 30:20–25; 35:15–17; 40:19–25.

  To the extent the parties' proposed orders differ, Plaintiffs do not presume to instruct the Court as to its own rulings. Plaintiffs have endeavored simply to reflect, as accurately as possible, what the Court directed on the record.

  Plaintiffs respectfully urge the Court not to countenance (1) the Republic's conduct in connection with the deposition of its proffered Rule 30(b)(6) witness on the Republic's gold reserves (where the Republic intentionally and egregiously made no meaningful effort to obtain information about the gold reserves before producing that witness), (2) premature argument regarding executability before disclosure of the location of the gold, and (3) further opportunities for the Republic to supplement the record without specificity. Indeed, proceeding without consequence would be inappropriate, substantially prejudicial, and would incentivize the Republic to continue to delay and obstruct discovery, contrary to the Court's repeated directives.

  Plaintiffs therefore respectfully submit that their proposed order most faithfully implements the Court's rulings as stated at the January 29, 2026 conference.

            Respectfully submitted,

            */s/ Seth L. Levine*
            Seth L. Levine
            Alison M. Bonelli

cc: All counsel of record via ECF