**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 5, 2026

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY 10007.

> Re: *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

In accordance with Local Rule 5.2, Rule 2.G of Your Honor's Individual Practices, and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in this action (*Petersen* ECF No. 674; *Eton Park* ECF No. 596) (the "Protective Order"), the Republic respectfully moves for an order granting leave to redact the Declaration of José Ignacio García Hamilton, and to file under seal Exhibit D thereto, submitted as exhibits to the Republic's February 5, 2026 letter.

The Republic seeks leave to redact portions of the publicly available Declaration that describe Exhibit D, which contains a document produced and designated as confidential by a nonparty to this action in response to a third-party subpoena. The Republic seeks leave to file Exhibit D under seal in light of the third party's designations. A version of the Republic's Declaration containing the Republic's proposed redactions is being filed publicly; an unredacted version of the Declaration with the Republic's proposed redactions in highlighting is being concurrently submitted to the Court under seal.

The Honorable Loretta A. Preska                                                          -2-

                                                Respectfully,

                                                */s/ Robert J. Giuffra, Jr.*
                                                Robert J. Giuffra, Jr.

cc:    Counsel of Record (via ECF)