UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., Plaintiffs, v. ARGENTINE REPUBLIC and YPF S.A., Defendants. | Case No.: 1:15-CV-02739 (LAP) |

| | |
|---|---|
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., Plaintiffs, v. ARGENTINE REPUBLIC and YPF S.A., Defendants. | Case No.: 1:16-CV-08569 (LAP) |

**DECLARATION OF JOSÉ IGNACIO GARCÍA HAMILTON**

I, José Ignacio García Hamilton, submit the following declaration:

1. I am the Legal and Administrative Secretary of the Ministry of Economy of the Argentine Republic ("the Republic"), a role that I have held since December 11, 2023.

2. I submit this declaration in response to the Court's order requiring the Republic to provide an affidavit identifying the countries and accounts in which gold reserves held by the Central Bank of Argentina ("BCRA") are located, to the extent such information is available to the Republic. *See* Jan. 29, 2026 Hr'g Tr. at 37:6-13; *see also id.* at 39:11-12.

3. I describe herein the Republic's efforts to obtain information concerning the location and accounts of the BCRA's gold reserves. First, I explain the legal relationship

between the BCRA and the Republic. Second, I describe the search that the Republic undertook for information concerning the location of the BCRA's gold reserves in response to Plaintiffs' requests for this information. Third, I describe the requests issued by the Procuración del Tesoro de la Nación (the "PTN") to the BCRA and the Ministry of Security for information concerning the location of the BCRA's gold reserves, and their responses to these requests. Fourth, I describe the productions from third parties in this case concerning the BCRA's gold reserves. Finally, I describe my consultations with the Minister of Economy, Luis Andrés Caputo.

4. Based on the information described above, I declare that beyond public information and information produced by third parties in this case, the Republic does not have information regarding the countries in which the BCRA holds its gold reserves or the accounts in which such reserves are held. There is a BCRA report from 2024 stating that a transfer occurred, and there are media reports (for which the Republic does not have independent verification) stating that some portion of the BCRA's gold reserves may be held in the United Kingdom or in Switzerland, but the Republic cannot confirm or deny the accuracy of those reports.[1] [redacted]. The Republic is not aware of any information suggesting that the BCRA holds gold reserves in any other countries outside of Argentina.

**A. The BCRA Is a Separate Entity from the Republic.**

5. As set forth in Section 1 of Law 24,144 (the "BCRA Charter"), the BCRA is an autarchic entity under Argentine law.[2] This means that the BCRA is a separate legal entity from the Republic, which can hold its own assets and has budgetary and operational autonomy.

---

[1] *See, e.g.*, BCRA, *Administración de las Reservas de oro del BCRA*, Sept. 2, 2024, *available at* https://www.bcra.gob.ar/archivos/Pdfs/noticias/Administracion-Reservas-oro-BCRA.pdf, a translation of which is attached hereto as Exhibit A; Buenos Aires Herald, *Where are Argentina's gold reserves? Central Bank won't say*, Oct. 18, 2025, available at https://buenosairesherald.com/economics/where-are-argentinas-gold-reserves-central-bank-wont-say.

[2] *See* BCRA Charter, § 1, available at https://www.bcra.gob.ar/en/charter-of-the-bcra-2/.

6. The BCRA Charter also provides that "[i]n carrying out its functions and powers, the BCRA shall neither be subject to any order, indication, or instruction from the National Executive, nor may it undertake any commitment conditioning, restricting or delegating such functions and powers without the express consent of the National Congress."[3] Section 4(d) of the BCRA Charter provides that the BCRA's "functions and powers" include "hold[ing] and administer[ing] its gold and foreign exchange reserves, and other foreign assets."[4] Accordingly, the BCRA owns and administers its gold reserves independently from the Republic.

7. The BCRA publishes information regarding the total amount of its international reserves, which includes its gold reserves. As of February 4, 2026, the BCRA reported that its international reserves are valued at $45.104 billion, including gold, foreign currencies, time deposits and other reserves.[5] As of December 31, 2025, the BCRA reported that it held 1.98 million fine troy ounces of gold reserves valued at $8.585 billion.[6] However, as described below, the BCRA maintains information about the location and movement of its gold reserves as confidential, and the BCRA is not authorized under its Charter to disclose this information publicly or to the Republic.

**B. The Republic's Searches for Information Concerning the BCRA's Gold Reserves.**

8. In response to the Court's orders and Plaintiffs' discovery requests, the Republic conducted a search for documents within its possession concerning the location and purposes of the BCRA's gold reserves. The Republic did not identify any responsive documents from this search.

9. Specifically, in response to Request No. 26 of Plaintiffs' First Post-Judgment Requests for Production of Documents, which sought "[d]ocuments sufficient to identify, locate, and ascertain the purposes of any gold or other precious metals reserves of Argentina

---

[3] *Id.*, § 4.

[4] *Id.*, § 4(d).

[5] *See* BCRA, *Daily Monetary Report*, Feb. 4, 2026, at 5, available at https://www.bcra.gob.ar/archivos/Pdfs/PublicacionesEstadisticas/infomondiai.pdf.

[6] *See* BCRA, *International Reserves/Foreign Liquidity*, at 1, available at https://www.bcra.gob.ar/archivos/Pdfs/PublicacionesEstadisticas/itemp1225.pdf.

held in the United States or any Foreign Country,"[7] the Republic conducted the following search between January and February 2025:

a. The Republic searched in the *Sistema de Gestión Documental Electrónica* ("GDE"), which houses the Republic's official reports and communications, for communications and documents exchanged between the Ministry of Economy and the BCRA from December 2022 to December 2024. The Republic then conducted a search within these results for any documents containing the search terms "*oro*" and "*reservas*" (the Spanish terms for "gold" and "reserves"). No responsive documents resulted from this search.

b. The Republic also collected and reviewed inboxes, some of which required restoration from backup tapes, of the four custodians it identified as most likely to have information on the location and purpose of the reserves. This collection entailed: (1) the inbox of Joaquín Alberto Guillermo Cottani, the former Secretary of Economic Policy, for the period he was in office (December 2023 to July 2024); (2) the inbox of José Luis Daza Narbona, the current Secretary of Economic Policy, from September 2024 to December 2024; (3) the inbox of spe@mecon.gov.ar, which is the institutional account for the Secretariat of Economic Policy, from January 2024 to November 2024 (when the account was deactivated); and (4) the inbox of secfinanzas@mecon.gov.ar, which is the institutional account for the Secretariat of Finance, from January 2024 to November 2024 (when the account was deactivated). Counsel for the Republic then reviewed all emails in this collection that hit on the terms "*oro*" and "*reservas*" and found no responsive documents.

c. The Republic also ran the same terms across the backup tapes previously restored through May 2024 in relation to Plaintiffs' other document requests regarding YPF and the BCRA, and again found no responsive documents.[8]

10. The Republic informed Plaintiffs on February 28, 2025 that it had not identified responsive documents in its possession regarding the BCRA's gold reserves. On Plaintiffs' request, on March 20, 2025, the Republic disclosed its searches for responsive documents regarding the BCRA's reserves to Plaintiffs.

---

[7] *Petersen* ECF No. 867-1 at 13.

[8] *See Petersen* ECF No. 867-12 at 1-2.

**C. The Republic's Requests for Information to the BCRA and the Ministry of Security.**

*1. The BCRA Declined to Provide Information Regarding Its Gold Reserves.*

11. On January 30, 2026, the PTN sent a note to the BCRA, requesting information on the location and accounts of its gold or other precious metals reserves in the United States or in any other foreign country.

12. The BCRA responded to the request on February 3, 2026. Attached hereto as Exhibit B is a copy of the BCRA's response with an English translation.

13. In its response, the BCRA confirmed its independence from the executive branch under Argentine law, noting:

> For the purposes of considering the request from the Office of the Treasury Attorney General of the Argentine Republic ("PTN") within the proper legal framework, it should be noted that, as provided in Section 1 of the BCRA Charter (Law No. 24,144, as amended), "the Central Bank of the Argentine Republic is an autarchic National Government entity." In turn, Section 4 provides that, "in performing its duties and exercising its authority, the BCRA shall not be subject to any orders, directives, or instructions from the National Executive Branch."[9]

14. The BCRA also explained that it has consistently safeguarded the confidentiality of its reserve accounts:

> [T]he BCRA considers any information regarding its international reserves (including its gold reserve accounts) and their location to be of a <u>confidential</u> nature. The protection of such confidential information is the policy that this Institution has consistently upheld with respect to the preservation of information on the reserve management operations, which, as prescribed by its Charter, must meet liquidity requirements in order to be available for the implementation of the monetary and exchange rate policy.[10]

---

[9] Ex. B at 3-4.

[10] *Id.* at 4 (internal citations omitted).

15. The BCRA further explained the importance of international reserves to the functioning of the central bank:

> International reserves operate primarily as an international liquidity insurance policy that central banks accumulate to be able to cope with negative balance of payments shocks, whether such shocks originate from the current account (e.g. a fall in exports or a deterioration in the terms of trade) or from the capital account (e.g. abrupt changes in capital flows). Having international reserves allows central banks to mitigate the effects of domestic economic adjustments (a decline in output and domestic absorption, increased unemployment, exchange rate devaluation, etc.) in the face of adverse external shocks. If such shocks are of a permanent nature, having liquid foreign reserves will allow an extension of the time frame for adopting appropriate corrective policies, and, if such shocks are of a temporary nature, central banks may tap into liquid foreign reserves to redress imbalances until normalcy is restored. Furthermore, given that emerging economies must coexist with an international financial market characterized by high volatility in capital flows and in which crises and their contagion effects are frequent, international reserves play a crucial role in coordinating expectations in times of distress, by improving the perception of an economy's overall debt repayment capacity and increasing the ability to meet potential external liabilities. Thus, international reserves reduce the risk of experiencing a crisis, and, should such crisis occur, there would be ample room for the adoption of crisis management policies.[11]

16. In light of this, the BCRA noted that disclosing the location of the BCRA's gold reserves and their movements "would create unnecessary risks" with "devastating consequences for the normal operation of this central bank." It stated:

> Disclosing the location of BCRA's gold reserves and their movements would create unnecessary risks to the normal management of international reserves, potentially affecting their liquidity and leading to devastating consequences for the normal operation of this central bank. Gold is a high-

[11] *Id.* at 4-5 (internal citations omitted).

> value asset that central banks hold in custody locally (generally in their own vaults) or in accounts abroad. The portion of gold reserves held by central banks in accounts abroad is primarily held for liquidity reasons, since gold is acquired, traded, and exchanged in the main international financial markets. The exchange of this kind of assets, or its rebalancing across different accounts, raises serious security concerns due to its high value and its format. Disclosing any information on correspondent banks, custodians, counterparties, transfers, or destinations jeopardizes not only the security of such assets, but also the mechanisms used by the BCRA to preserve their liquidity and availability, thereby ensuring adequate backing for the banking system's deposits and for the implementation of the BCRA's exchange rate and monetary policy.[12]

17. The BCRA also noted that disclosing the location of the reserves could cause difficulties with counterparties, which could also impact the BCRA's operations:

> [T]he correspondent banks, custodians, and counterparties with which the BCRA usually operates might cease operating or providing services where the disclosure of such information may hinder the normal course of their business, which would reduce the range of options available to the BCRA for managing foreign exchange liquidity cost-effectively, while also affecting price competition in transaction arrangements and the selection of potential correspondent and custody service providers.[13]

18. The BCRA further explained that disclosure of this information "is not authorized" by the Bank's Charter, would "jeopardize the functional independence of the BCRA" and "would significantly limit the effectiveness of those tools that the BCRA can use to manage its foreign currency liquidity and/or its level of international reserves in stress scenarios":

> Revealing the information requested by the Office of the Treasury Attorney General of the Argentine Republic (PTN) is not authorized by the BCRA Charter, as it would

[12] *Id.* at 5.

[13] *Id.* at 5-6.

> jeopardize the functional independence of the BCRA by affecting the liquidity and security of all assets necessary for the proper and normal conduct of its core business. Much less permitted is disclosing such information to third parties, including the plaintiffs in the aforementioned lawsuits. Doing so would be inconsistent with a central bank's normal practices regarding its duty to manage its reserves while preserving their security and liquidity.
>
> Furthermore, it would significantly limit the effectiveness of those tools that the BCRA can use to manage its foreign currency liquidity levels and/or its level of international reserves in stress scenarios, and thus reduce domestic agents' uncertainty over the BCRA's capacity to intervene. As already explained, this would give rise to significantly negative effects from exchange rate and monetary regulations.[14]

19. The BCRA thus concluded that for all of the foregoing reasons, it "cannot," considering the potential impact on "monetary and exchange rate policy" and "the security of the financial system," provide the disclosure:

> In light of the foregoing, and by way of conclusion, the BCRA understands that any piece of information relating to any past, present, or future geographic location of the accounts it uses to hold its reserve assets in custody might have an impact on the monetary and exchange rate policy implemented, on the backing of deposits, and on the security of the financial system itself. It should be further noted that such criterion is aligned with the public interest and the policies implemented by the BCRA for the preservation of its assets, especially regarding the security and the safeguarding of its international reserves.
>
> For the above reasons, we cannot comply with your request.[15]

---

[14] *Id.* at 6 (internal citations omitted).

[15] *Id.*

2. *The Ministry of Security Has No Information Regarding the Location of the BCRA's Gold Reserves.*

20. On February 2, 2026, the PTN sent a note to the Ministry of Security, requesting information on the location and accounts of the gold or other precious metal reserves of the BCRA in the United States or in any other foreign country.

21. The Ministry of Security responded on February 3, 2026. Attached hereto as Exhibit C is a copy of the Ministry of Security's response with an English translation.

22. The Ministry of Security stated that it "has no information on the location or accounts of the gold or other precious metal reserves of the Central Bank of the Argentine Republic in the United States or in any other foreign country."[16]

23. The Ministry of Security further explained that Decree No. 416/2018—which Plaintiffs cited to as evidence that "the Ministry of Security consults regarding gold reserve transportation and produces reports on the same"[17]—"establishes the legal framework governing the transportation of Argentine or foreign banknotes and gold by the BCRA."[18] The Ministry further explained that:

a. Under this Decree, "[t]he extent of this Ministry's involvement is limited exclusively to": "a) [i]ssuing a prior technical report whenever the BCRA issues or amends any general regulations governing the transportation of banknotes or gold," and "b) [d]etermining which Federal Law Enforcement Agency shall provide security services where the BCRA decides to employ federal law enforcement agencies to have such assets protected during transportation within the national territory";[19]

b. The Ministry "is not involved in": (1) "[t]he planning or execution of specific reserve transportation operations"; (2) "[t]he determination of destinations, routes, or methods of transportation for international reserves"; (3) "[t]he determination of the location for reserves abroad or the selection of depository institutions"; or (4) "[t]ransportation operations carried out by the BCRA under contracts with private

---

[16] Ex. C at 3, 9.

[17] *Petersen* ECF No. 858 at 3.

[18] Ex. C at 7.

[19] *Id.* at 8.

cash-in-transit companies or through other means of transportation not requiring custody by federal law enforcement agencies";[20] and

c. "The determination of the location, accounts, destinations, and management policy for international reserves is within the BCRA's exclusive powers, by virtue of the functional autonomy and the powers conferred upon it by its Charter (Law No. 24,144)."[21]

**D. Third-Party Productions in This Case.**

24. I have also reviewed documents produced by third parties in this case, specifically from [redacted] and [redacted].

25. [redacted][23]

26. Based on my review of these documents, and the above-described document searches conducted by the Republic, it is clear that only the BCRA, and not the Republic, was involved [redacted].

**E. Consultations with the Minister of Economy.**

27. I have also consulted with Minister Caputo regarding what information he may have concerning the location of the BCRA's gold reserves.

28. Minister Caputo stated that he has no information on the location and accounts in which the BCRA's gold reserves are held beyond what has been publicly reported.

29. He described that, in the exercise of his duties, it is not necessary for him to have information regarding the specific physical location of the BCRA's gold reserves or the

---

[20] *Id.*

[21] *Id.*

[22] *See, e.g.*, Ex. D.

[23] *Id.*

accounts in which they are held, because the definition and implementation of the economic policy under his responsibility require only general knowledge of the level and composition of the BCRA's reserves. The administration and specific physical location of such assets fall within the exclusive authority of the BCRA and are, moreover, safeguarded as confidential information.

30. Minister Caputo further explained that, when he commented on a movement of the BCRA's gold reserves in an interview with *LN+* that was published in a July 19, 2024 article by *La Nación*, he did not have any information regarding the location or movement of the BCRA's gold reserves. At that time, a movement of the BCRA's gold reserves had already been widely reported in the Argentine press. Minister Caputo was simply commenting on what had been reported and offered his opinion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Buenos Aires, Argentina on February 5, 2026.

______________________________

José Ignacio García Hamilton