# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

February 6, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-08569

Your Honor:

  Pursuant to Rule 2(G) of Your Honor's Individual Practices and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (*Petersen* Dkt. No. 674; *Eton Park* Dkt. No. 596) (the "Protective Order"), and at the Republic's request, Plaintiffs respectfully seek leave to file under seal portions of Exhibit B to Plaintiffs' opposition to the Republic's motion to stay post-judgment discovery and related contempt proceedings pending appeal, dated February 6, 2026.

  Exhibit B quotes from and discusses the deposition transcripts of Messrs. Matias Javier Mana and Luis Alberto Trajtenberg. These individuals were designated by the Republic as 30(b)(6)-style witnesses on the topics of financial agreements with China and the Republic's gold reserves, respectively. The Republic has designated each of these deposition transcripts as "Confidential" pursuant to the Protective Order. Plaintiffs object to the sealing of Exhibit B, as the Republic has provided no specific or sufficient basis for its confidentiality designations, and

2

submit this letter motion solely pursuant to the Protective Order.

                                                Respectfully submitted,

                                                */s/ Seth L. Levine*
                                                Seth L. Levine

cc:    All counsel of record (via ECF)