# EXHIBIT A

El Observador Radio Interview with Juan Stampalija, Deputy Attorney General of the Argentine Treasury, on January 28th, 2026.

00:00:03 Luis Gasulla
Thank you, dear friends for the messages that reached us at 11-3500-1079. Here's another issue that for quite some time has been there in a nebulous state. Is it solved or not? Does Argentina win? Does Argentina lose? How much will the YPF lawsuit cost us? A lot of money. More than $16.1 billion. This is the YPF lawsuit. There is a formal request for the stay of discovery. What is discovery? Well, we are going to be asking the Deputy Attorney General of the Argentine Treasury, Juan Ignacio Stampalija. Juan Ignacio Stampalija.
How are you doing? Luis Gasulla and all the team here.

00:00:39 Juan Ignacio Stampalija
Hello, Luis, good morning. How are you?

00:00:41 Luis Gasulla
Well, thank you for your time. What did you do in the last few hours at the Argentine Treasury Attorney General's Office? The Argentine Treasury Attorney General's Office is a group of lawyers representing the Argentine State. What did they formally file in the United States?

00:00:59 Juan Ignacio Stampalija
Well, we formally filed a request for the stay of discovery, which is what you just mentioned. What is discovery? Well, once the ruling you mentioned against the Argentine State was issued, an enforcement stage of that ruling started. That is, the plaintiffs are trying to collect that amount, even though it is appealed and everything, here in the United States the enforcement can continue. In the United States there is this figure that unfortunately for us with these... with these characteristics does not exist anywhere in the world, but which allows the creditor to request information from the debtor, in this case the Republic of Argentina, in order to try to enforce a judgment. Obviously this should be aimed at finding assets in Argentina that the plaintiffs can execute. But in spite of the fact that we are already two years into this stage where first information on assets was handed over, to give you an idea of what we are talking about, I don't know, information was handed over on all the accounts of all the embassies that Argentina has in the world... which obviously cannot be executed because diplomatic assets are protected. But this shows how we complied with the orders. More than 115,000 pages of documents were handed over to the plaintiffs. What happened? They found nothing to execute. They found nothing to execute. So what did they start doing? They started making more and more aggressive requests for officials' chats, now they are with the Central Bank's reserves. These requests are totally inadmissible for a whole series of legal reasons and as obviously some of them were not successful, as is the case now of the Central Bank reserves, because the Central Bank reserves belong to the Central Bank, the Central Bank is an autonomous entity and is not part of this lawsuit. It is not part of this litigation. They started with all these requests, for example, two weeks ago with the request for contempt order, last week, the request related to the reserves. So, what did the Argentine State say in this filing that took place in the early hours of the morning in New York? We have to stop all this, we ask the judge to stop all this, to stay these proceedings. Until when? Until the Court of Appeals renders a decision on the merits of the appeal, regarding the award appealed.

00:03:13 Luis Gasulla
And when...? Juan Ignacio Stampalija, Deputy Attorney General of the Argentine Treasury, when do you think there will be a decision on this? In other words, this is a request to the U.S. courts. We have to wait for the response from the U.S. courts. Is there a specific deadline?

00:03:28 Juan Ignacio Stampalija
No, there is no deadline. In this case, the opposing party has until Friday to answer our request, then on Monday we have the right to answer again, and then Judge Preska will decide. It can take a few days, it can take a long time, and it can also happen, because let's be realistic, that the judge denies it, and in that case we will have to go, as we have done in other opportunities, to the Second Circuit Court of Appeals and we will also have some more time there. But the important thing is that this has been set in motion because it really seems to us that this kind of now totally out-of-focus and disproportionate requests by the plaintiffs must stop. I would like to make a clarification that seems very important to me, Luis. It is not common for states to submit to this type of discovery. Many states decide not to comply with the discovery, and there is a case that is the most painful for us, which is that during the Kirchnerism era, Argentina was declared in contempt of court three times.

00:04:29 Luis Gasulla
Yes. The famous case of the Fragata Libertad.

00:04:30 Juan Ignacio Stampalija
Well, the holdouts case, yes, not for the Fragata Libertad, but for other issues, the contempt of court was declared by Judge Griesa. When this administration took office, it had to make the decision to move forward with the discovery or fall into contempt.... And it's been two years since this strategic decision was made to accept the discovery proceedings, appealing all the unreasonable decisions and everything, but trying to comply. Why is that? Because we wanted to give and we want to continue to give a clear signal that this Argentina is not the Kirchnerite Argentina, that it is a different country, that it is a country that may not agree with what is happening in this lawsuit, but that plays according to the rules of procedure that are in force in the United States. That is why we find this contempt request so outrageous, because we would understand it if Argentina had said from day one "well, no, we are not going to deliver any documentation, we are not going to comply." But that after two years, after more than 115,000 pages of documents, we find ourselves in this situation. This really seems very unfortunate to us and that is why we are making this request.

00:05:32 Tomás Díaz Cueto
Stampalija, do you believe that there is some kind of... beyond the animosity that you are evidently describing, but do you believe there is some kind of political intention behind this animosity on the part of the judge?

00:05:47 Juan Ignacio Stampalija
Well, I don't know about the judge. I try to be cautious about statements. She made a decision and well, she is trying to get that decision enforced. But I do believe that I have no doubt that the

plaintiffs have a political intention. In fact, they, all these movements they make, all these requests they make, I imagine you will find out, the first thing they do is to inform all the media in Argentina. To give you an idea, these things do not have any repercussion in the American press because the operations they do, they do them in Argentina. That is why we have also started to communicate much more actively, because if they, for example, when there is a hearing, the transcript of the hearing, which is like the transcript of the hearing within one hour, they send it to all the media, well, that shows that they want to spark political distress....

00:06:34 Luis Gasulla
And with your vision and knowledge of the subject, who is behind these vulture funds? A sector of businessmen close to Kirchnerism who were behind YPF?

00:06:48 Juan Ignacio Stampalija
It is very difficult to know that. Argentina has made many requests in the past to the judge to force Burford to inform who the actual beneficiaries of the judgment are. Unfortunately, the judge never agreed. And this lack of transparency, this obscurity about who are the real... Obviously there are North American funds, there is a North American law firm and other funds, but it seems to me that it is very possible that there are local interests that are not entirely transparent, but unfortunately I cannot confirm this because this information was never obtained.

00:07:23 Luis Gasulla
Thank you Juan Ignacio Stampalija, thank you very much for these minutes.

00:07:27 Juan Ignacio Stampalija
Well, thank you very much, Luis and Tomás. Let me know.

00:07:30 Luis Gasulla
Thank you. The Deputy Attorney General of the Argentine Treasury. This is very important because it is a ton of money. Your, your, and your future, Martín, Lupe, also depends on what happens with the YPF lawsuit. It is a ton of money. Imagine Argentina having to pay all that money. The same story again.

00:07:54 Tomás Díaz Cueto
And when it is taking off strong with all the energy investments. Well, we have the pipeline in the middle....

**THE STATE OF TEXAS** }
}
**COUNTY OF HARRIS** }

**AFFIDAVIT OF ACCURACY**

BEFORE ME, the undersigned authority, on this day personally appeared Ana Cristina Didoné, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. My name is Ana Cristina Didoné and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a certified sworn translator since 1988 with a M.A. in Legal Translations from the University of Salvador, Argentina. I am certified by the Argentine Association of Sworn Public Translators to translate from English into Spanish and Spanish into English. I am also certified by the American Translators Association for English to Spanish translations. I hold a degree in Executive Business Management from Rice University.

I hereby certify that the transcript and the Spanish to English translation attached hereto: *"Entrevista de Radio El Observador a Juan Ignacio Stampalija"* are true, correct, fair, accurate and complete transcript and English translation to the best of my ability, of the original recording in Spanish.

ANA CRISTINA DIDONE, MA
Certified by American Translators Association

Sworn to before me this 5th day of February 2026

Notary Public in and for the State of Texas
My commission expires:

TODD CAMERON FEDER
Notary Public, State of Texas
Comm. Expires 05-19-2029
Notary ID 129411929

Certified Translations

Entrevista de Radio El Observador con Juan Stampalija, Subprocurador del Tesoro de la Nación, el 28 de enero de 2026.

00:00:03 Luis Gasulla
Gracias, queridos amigos por los mensajes que nos llegaron al 11-3500-1079. Otro de los temas que desde hace bastante tiempo está ahí en una nebulosa. ¿Se resuelve o no se resuelve? ¿Gana la Argentina? ¿Pierde la Argentina? ¿Cuánto nos costará el juicio de YPF? Muchísima plata. Más de 16.100 millones de dólares. Juicio de YPF. Hay un pedido formal de suspensión del *discovery*. ¿Qué es el *discovery*? Bueno, se lo vamos a estar preguntando al subprocurador del Tesoro de la Nación, Juan Ignacio Stampalija. Juan Ignacio Stampalija. ¿Qué tal? Luis Gasulla y todo el equipo, los saludamos.

00:00:39 Juan Ignacio Stampalija
Hola, Luis, buenos días. ¿Cómo están?

00:00:41 Luis Gasulla
Bueno, gracias por atendernos. ¿Qué es lo que ustedes hicieron en las últimas horas desde la Procuración del Tesoro de la Nación? La Procuración del Tesoro de la Nación es un grupo de abogados que representan al Estado argentino. ¿Qué es lo que presentaron formalmente en los Estados Unidos?

00:00:59 Juan Ignacio Stampalija
Bueno, presentamos formalmente un pedido de suspensión del *discovery* de esto que acabas de mencionar. ¿Qué es el *discovery*? Bueno, una vez que se dictó el fallo este que mencionaste condenando al Estado argentino se abrió una etapa de ejecución de ese fallo. Es decir, los actores intentando cobrarse esa suma, por más que está apelado y todo, aquí en Estados Unidos se puede continuar con la ejecución. En Estados Unidos existe esta figura que lamentablemente para nosotros con estos… con estas características no existe en ningún lugar del mundo, pero que permite que el acreedor pida información del deudor, en este caso sería la República Argentina, para intentar ejecutarse su fallo. Obviamente esto debería apuntar a buscar activos de Argentina que los demandantes puedan ejecutar. Pero a pesar de que ya vamos dos años de esta etapa donde primero se entregó información de activos, para que te des una idea de lo que estamos hablando, no sé, se entregó información de todas las cuentas de todas las embajadas que tiene Argentina en el mundo… que obviamente no se pueden ejecutar porque los bienes diplomáticos tienen protección. Pero esto demuestra todo el cumplimiento que se hizo. Más de 115.000 páginas de documentos se entregaron a los actores. ¿Qué pasó? No encontraron nada para ejecutar. No encontraron nada para ejecutar. ¿Y entonces qué empezaron a hacer? Empezaron a hacer pedidos cada vez más agresivos de chats de funcionarios, ahora están con las reservas del Banco Central. Pedidos que son totalmente improcedentes por toda una serie de razones jurídicas y como obviamente algunos de ellos no prosperaron, como por ejemplo ahora lo de las reservas del Banco Central, porque las reservas del Banco Central son del Banco Central, el Banco Central es una entidad autónoma y no es parte de este juicio. No es parte de este juicio. Empezaron todos estos pedidos, por ejemplo, hace dos semanas el pedido de desacato, la

semana pasada, el pedido relacionado con las reservas. Entonces, ¿qué dijo el Estado argentino en esta presentación que se hizo en la madrugada de Nueva York? Hay que parar con todo esto, le pedimos a la jueza que pare con todo esto, que suspenda este proceso. ¿Hasta cuándo? Hasta que la Cámara de Apelaciones resuelva sobre todo la apelación de fondo, la apelación de la condena.

00:03:13 Luis Gasulla
¿Y cuándo…? Juan Ignacio Stampalija Subprocurador del Tesoro de la Nación, ¿cuándo cree usted que habría resolución sobre esto? O sea, esto es un pedido a la justicia norteamericana, hay que esperar la respuesta a la justicia norteamericana. ¿Hay un plazo determinado?

00:03:28 Juan Ignacio Stampalija
No, no hay un plazo. En este caso la contraparte tiene hasta el viernes para contestar nuestro pedido, después nosotros el lunes tenemos derecho a contestar nuevamente y luego la jueza Preska decidirá. Puede tomarse pocos días, puede tomarse mucho, y también puede pasar, porque seamos realistas, que la jueza lo deniegue, y que en ese caso tengamos que ir, como ya hemos hecho en otras oportunidades, a la Cámara de Apelaciones del Segundo Circuito y también tendremos un tiempo más allí. Pero lo importante es que esto se ha puesto en marcha porque realmente nos parece que este tipo de pedidos ya totalmente fuera de foco y desproporcionados de los actores, deben parar. Yo quiero hacer una aclaración que me parece muy importante, Luis. No es común que los estados se sometan a este tipo de *discovery*. Muchos estados deciden no cumplir con el *discovery*, y hay un caso que es el más doloroso para nosotros, que es que en la época del kirchnerismo, Argentina fue declarada tres veces en desacato.

00:04:29 Luis Gasulla
Sí. Famoso caso de la Fragata Libertad.

00:04:30 Juan Ignacio Stampalija
Bueno, el caso *holdout*, sí, no por la Fragata Libertad, pero por otras cuestiones, fue en desacato por el juez Griesa. Cuando este gobierno asumió, tuvo que tomar la decisión de avanzar con el *discovery* o caer en desacato... Y hace dos años que se tomó esta decisión estratégica de aceptar el *discovery*, apelando todas las decisiones irrazonables y todo, pero intentando cumplirlo. ¿Por qué? Porque queríamos dar y queremos seguir dando la clara señal de que esta Argentina no es la Argentina kirchnerista, que es un país distinto, que es un país que por ahí no está de acuerdo con lo que está ocurriendo en este juicio, pero que juega de acuerdo a las reglas de procesos que están vigentes en Estados Unidos. Entonces por eso nos resulta tan indignante este pedido de desacato, porque uno lo entendería si Argentina desde el día uno hubiera dicho "bueno, no, no vamos a entregar ninguna documentación, no vamos a cumplir". Pero que después de dos años, después de más de 115 mil páginas de documentos nos encontremos en esta situación, realmente nos parece muy desafortunado y por eso estamos haciendo este pedido.

00:05:32 Tomás Díaz Cueto
Stampalija, ¿ustedes creen que hay algún tipo de… más allá de la animosidad que evidentemente está describiendo, pero que hay algún tipo de intención política detrás de esta animosidad que hay por parte de de la jueza?

00:05:47 Juan Ignacio Stampalija
Bueno, yo no sé si de la jueza. Yo trato de ser cauto con respecto a las declaraciones. Ella tomó una decisión y bueno, intenta que esa decisión sea ejecutada. Pero sí creo que no tengo duda que los demandantes tienen una intencionalidad política. De hecho, ellos, todos estos movimientos que hacen, todos estos pedidos que hacen, ustedes imagino que se enterarán, lo primero que hacen es informarlo a todos los medios de Argentina. Para que se den una idea, estas cosas no tienen ninguna repercusión en la prensa norteamericana porque las operaciones que hacen, las hacen en Argentina. Por eso también nosotros hemos empezado a comunicar mucho más activamente, porque si ellos, por ejemplo, cuando hay una audiencia, el *transcript* de la audiencia, que es como la desgrabación de la audiencia a la hora, la mandan a todos los medios, bueno, eso demuestra que ellos quieren generar zozobra política…

00:06:34 Luis Gasulla
Y con su visión y conocimiento del tema. ¿Quién está detrás de estos fondos buitres? Un sector de empresarios cercanos al kirchnerismo que estuvieron detrás de YPF?

00:06:48 Juan Ignacio Stampalija
Es muy difícil saber eso. Argentina hizo muchos pedidos en el pasado a la jueza para que obligue a Burford a informar quiénes son los beneficiarios reales del fallo. Lamentablemente la jueza nunca accedió. Y esta falta de transparencia, esta oscuridad sobre quiénes son los verdaderos... Obviamente hay fondos norteamericanos, hay un estudio norteamericano y otros fondos, pero me parece que sí es muy posible que haya intereses locales no del todo transparentes, pero lamentablemente no lo puedo afirmar porque esa información nunca se logró conseguir.

00:07:23 Luis Gasulla
Gracias Juan Ignacio Stampalija, muchas gracias por estos minutos.

00:07:27 Juan Ignacio Stampalija
Bueno, muchas gracias, Luis y Tomás. A disposición.

00:07:30 Luis Gasulla
Gracias. El subprocurador del Tesoro de la Nación. Es muy importante esto porque es un montón de guita. El futuro de vos, de vos y de vos, Martín, Lupe, están también en lo que pase con el juicio YPF. Es una torta enorme de plata. Imaginate tener que pagar la Argentina toda esa guita. Otra vez de menos 10, otra vez sopa.

00:07:54 Tomás Díaz Cueto

Y cuando está despegando fuerte con todas las inversiones energéticas. Bueno, tenemos en el medio el oleoducto…