UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br> Plaintiffs, <br><br> - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br> Defendants. | No. 16 Civ. 8569 (LAP) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kevin D. Mohr hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P., in the above-captioned action.

I am a member in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached as Exhibit A the affidavit pursuant to Local Rule 1.3.

Dated: February 10, 2026             Respectfully Submitted,

                                         /s/ *Kevin D. Mohr*
                                         Kevin D. Mohr
                                         King & Spalding LLP
                                         1100 Louisiana Street
                                         Suite 4100
                                         Houston, TX 77002
                                         Telephone: (713) 751-3200
                                         Facsimile: (713) 751-3290
                                         Email: KMohr@kslaw.com