**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br>          Plaintiffs, <br><br>    - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>          Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br>          Plaintiffs, <br><br>    - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>          Defendants. | No. 16 Civ. 8569 (LAP) |

## AFFIDAVIT OF KEVIN D. MOHR

Before the undersigned authority duly empowered to administer oaths personally appeared Kevin D. Mohr, who, after being duly sworn, upon his oath stated as follows:

1.      I have not ever been convicted of a felony.

2.      I have not ever been censured, suspended, disbarred, or denied admission or readmission by any court.

3.      There are no disciplinary proceedings presently against me.

4.      Attached hereto as Exhibit 1 is a certificate of good standing issued on February 9, 2026, by the Supreme Court of Texas that states that I am a member in good standing of the bar of

the State of Texas.

    This 10th day of February 2026.

                                      Kevin D. Mohr

Sworn to and subscribed before me, this
10th day of February 2026.

Notary Public

