# **EXHIBIT 1**

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kevin Dane Mohr**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 1997.

    I further certify that the records of this office show that, as of this date

**Kevin Dane Mohr**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of February, 2026.

BLAKE HAWTHORNE, Clerk



*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 2632C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.