**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>          Plaintiffs,<br><br>    - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>          Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>          Plaintiffs,<br><br>    - against -<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>          Defendants. | No. 16 Civ. 8569 (LAP) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Kevin D. Mohr for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

Kevin D. Mohr
King & Spalding LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email: KMohr@kslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.,** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February ___, 2026

_____
United States District Judge