**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U., <br><br>          Plaintiffs, <br><br>    - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>          Defendants. | No. 15 Civ. 2739 (LAP) |
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P., <br><br>          Plaintiffs, <br><br>    - against - <br><br> ARGENTINE REPUBLIC and YPF S.A., <br><br>          Defendants. | No. 16 Civ. 8569 (LAP) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Kevin D. Mohr for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

       Kevin D. Mohr
       King & Spalding LLP
       1100 Louisiana Street, Suite 4100
       Houston, TX 77002
       Telephone: (713) 751-3200
       Facsimile: (713) 751-3290
       Email:  KMohr@kslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.**, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 17, 2026

_Loretta A. Preska_
United States District Judge