# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 18, 2026

Via ECF

The Honorable Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, NY 10007.

> Re: *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

On behalf of the Argentine Republic, we write regarding Plaintiffs' letter to the Court submitted this morning (*Petersen* ECF No. 880). Plaintiffs' letter purports to be a "response" to the Republic's February 5, 2026 submission, but seeks relief from the Court, including requesting a hearing and sanctions. Accordingly, the Republic will construe the letter as a request for a pre-motion conference, and, absent further direction from the Court, the Republic will submit a response on Monday, February 23, 2026, in accordance with Your Honor's Individual Practices. *See* Hon. Loretta A. Preska, Rules of Individual Practice 2.A.

Respectfully,

*/s/ Robert. J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc: Counsel of Record (via ECF)