KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

February 19, 2026

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Petersen Energía Inversora, S.A.U. et al. v. Argentine Republic et al.*, No. 15-cv-02739; *Eton Park Capital Management, L.P. v. Argentine Republic*, No. 16-cv-08569

Dear Judge Preska:

    We write to request permission to file one document with limited redactions, and in response to this Court's ruling on September 17, 2025, in which the Court denied Plaintiffs' motion to seal without prejudice, and ordered the parties to confer and "inform the Court exactly why the materials should be sealed." Dkt. 798 at 15. The Republic does not oppose this motion.

    On April 30, 2024, Plaintiffs moved to seal three documents. *See* Dkt. 561 (moving to seal Dkts. 562, 583, 583-5). The basis for Plaintiffs' motion arose from one email the Republic designated "confidential," bearing the bates number AR00067027. *See* Dkt. 583-5. In addition to filing that document under seal, Plaintiffs filed two other documents under seal, Dkts. 562[1] and 583,[2] merely because those filings characterized the contents of AR00067027. The Republic has now clarified that it seeks only to redact portions of email addresses contained in AR00067027. *See Cohen v. Gerson Lehrman Grp., Inc.*, 2011 WL 4336679, at *2

---

[1] A redacted version of this document is at Dkt. 563.
[2] A redacted version of this document is at Dkt. 584.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Loretta A. Preska
February 19, 2026
Page 2

(S.D.N.Y. Sep. 15, 2011) (permitting redactions to "e-mail addresses"). As to the remaining two documents, Dkts. 562 & 583, the Republic has agreed to permit Plaintiffs to file those documents publicly without any redactions.

For the foregoing reasons, Plaintiffs—with the consent of the Republic—seek to refile Dkt. 583-5 with limited redactions to email addresses. *See* Ex. A. Plaintiffs are simultaneously refiling Dkts. 562 (Ex. B) and 583 (Ex. C) publicly without any redactions.

Respectfully submitted,

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

*Counsel for Plaintiffs*