# Exhibit A

From:     Axel Kicillof <████@gmail.com>
Sent:     Fri 12/14/2012 8:56 PM (GMT-00:00)
To:     <████@gmail.com>; <████@hotmail.com>; ████@mecon.gov.ar <"████@mecon.gov.ar>
Cc:
Bcc:
Subject:     Fwd: Fw: Credito 250 M
Attachments: 43600001.doc; 436 (ANEXO)00002.xls

Matías. OJo que hablé con Maxi para terminar de definir la tasa y el plazo del crédito de YPF. FAlta todavía definir. Axel

Endeudamiento Santa Cruz

El día 6 de noviembre de 2012 el Poder Ejecutivo de la Provincia de Santa Cruz envío a la Cámara de Diputados de la Provincia un proyecto de ley para obtener financiamiento a través de un crédito sindicado a desembolsar por el Banco de Santa Cruz, con el objetivo
de garantizar el pago de salarios y medio aguinaldo de los trabajadores activos
y pasivos de la administración pública central correspondientes al mes de diciembre de 2012.

El monto requerido ascendía a $250.000.000, a pagar en 36 cuotas mensuales, iguales y consecutivas, con una tasa de interés equivalente a la Tasa Badlar, más un margen que no supere los seiscientos ochenta y cinco (685) puntos básicos.

Los vencimientos serían solventados con los fondos que ingresarían a las arcas provinciales en virtud del acuerdo con la operadora YPF S.A. por las prórrogas a sus áreas hidrocarburíferas más las reformas fiscales que se impulsan.

Tanto el monto solicitado como las condiciones de financiamiento y las fuentes ofrecidas para pagar la deuda son DESFAVORABLES para la provincia de Santa Cruz.

En su lugar, se ha alcanzado un acuerdo con YPF, que luego de la expropiación del 51% del paquete accionario impulsado por la presidenta Cristina Fernandez de Kichner cuenta con la dirección del Estado Nacional.

El acuerdo logrado beneficia fuertemente a la provincia de Santa Cruz. En primer término, el monto solicitado asciende a 224 millones de pesos, lo que se ajusta a las necesidades de la provincia para honrar estos compromisos. En segundo lugar, la tasa de interés que cobra YPF es sustancialmente menor que la ofrecida por el Banco de Santa Cruz y alcanza Badlar más 500 puntos básicos, lo que, a igual monto, significa un ahorro para la provincia de más de 8 millones de pesos.

En tercer lugar, el proyecto de endeudamiento presentado por el Gobernador implicaba usar al Banco como intermediario, ya que la fuente de pago eran las regalías de YPF y además comprometía una "reforma fiscal" cuyos recursos se desconocen. Lo que logra

CONFIDENTIAL
AR00067027

de este modo la provincia es recibir un adelanto de regalías que luego será descontado en los sucesivos pagos a la Provincia a razón de 9,5 millones por mes.

El 14 de diciembre de 2012 16:24, Axel Kicillof <█████@gmail.com> escribió:
---------- Mensaje remitido ----------
De: <█████@gmail.com>
Fecha: 14/12/2012 16:09
Asunto: Fw: Credito 250 M
Para: <█████@gmail.com>

Ivovich en la ultima reunion dijo que la tasa iba a ser mas alta, ayer hablo de una badlar "corregida" (?).
Enviado desde mi BlackBerry® de Claro Argentina

---

**From:** Belen Garcia <█████@gmail.com>
**Date:** Fri, 14 Dec 2012 16:07:10 -0300
**To:** matias bezi<█████@gmail.com>
**Subject:** Credito 250 M

Con la demora de nuestros 6MB de conexion