# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 23, 2026

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
       New York, NY 10007.

      Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Capital Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

     On behalf of the Argentine Republic, we write regarding the Republic's February 18, 2026 letter to the Court (*Petersen* ECF No. 883).

     In its letter, the Republic informed the Court that it would submit a response to Plaintiffs' letter from earlier that day (*Petersen* ECF No. 880) "absent further direction from the Court." In light of the Court's intervening order that addressed the parties' prior submissions on the same issues (*Petersen* ECF No. 884), the Republic does not believe that a response to Plaintiffs' letter is required. If our understanding is incorrect, we would be pleased to make any further submissions that would be helpful to the Court.

                                         Respectfully,

                                         */s/ Robert J. Giuffra, Jr.*
                                         Robert J. Giuffra, Jr.

cc:    Counsel of Record (via ECF)