# EXHIBIT A

CONFIDENTIAL

Page 1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Case No. 15-cv-002379-LAP
     Case No. 16-cv-008569-LAP
 3
     - - - - - - - - - - - - - - - - - - - x
 4   PETERSEN ENERGIA INVERSORA,
     S.A.U. and PETERSEN ENERGIA,
 5   S.A.U.,
 6                        Plaintiffs,
 7        - against -
 8   ARGENTINE REPUBLIC and YPF S.A.,
 9                        Defendants.
     - - - - - - - - - - - - - - - - - - - x
10   ETON PARK CAPITAL MANAGEMENT,
     L.P., ETON PARK MASTER FUND,
11   LTD., and ETON PARK FUND, L.P.,
12                        Plaintiffs,
13        - against -
14   ARGENTINE REPUBLIC and YPF S.A.,
15                        Defendants.
     - - - - - - - - - - - - - - - - - - - x
16
17              ** CONFIDENTIAL **
18       REMOTE VIDEOTAPED DEPOSITION OF
19          LUIS ALBERTO TRAJTENBERG
20            Buenos Aires, Argentina
21          Thursday, January 8, 2026
22
23   REPORTED BY:
24   SARA KILLIAN, RPR, RCR, NJ CCR
25
```

CONFIDENTIAL

Page 2

7      January 8, 2026
8      10:06 a.m.

10     Confidential remote video recorded
11     deposition of LUIS ALBERTO TRAJTENBERG, a
12     30(b)(6) Witness herein, with all participants
13     appearing via videoconference, before Sara K.
14     Killian, a Registered Professional Reporter,
15     Realtime Certified Reporter and Notary Public.

CONFIDENTIAL

Page 25

```
 1    documents?
 2         A.        Yeah, I received several
 3    documents from counsel and I got to see some
 4    of them.
 5         Q.        You received documents from
 6    counsel and you were able to see only a
 7    portion of them?
 8         A.        That is correct.
 9         Q.        Did you see any documents that
10    identify the location of gold reserves or
11    any information about gold reserves?
12         A.        ███████████████████████████
13    ███████████████████████████████████████
14    ██████████
15         Q.        Did you see any documents that
16    are from the Republic, governmental
17    documents concerning the identity or
18    location of the gold reserves?
19         A.        No, none.
20         Q.        As part of your preparation as
21    a representative witness, were there any
22    steps undertaken to determine whether such
23    documents exist in the Republic?
24         A.        Not particularly.
25         Q.        I'm sorry, sir.  What do you
```

CONFIDENTIAL

Page 33

1      A.      Yes.
2              MS. DAVIDOFF:  This is a very
3      small point, but Seth is using 208 and
4      Marita is using 280 and the witness is
5      using 280.
6              MR. LEVINE:  Let's clarify this
7      because, in fact, Amanda at 11:15:50,
8      line 25 they have 208 for you as well.
9      So let's just get it right.
10  BY MR. LEVINE:
11     Q.      It's 280 pages?
12     A.      Yes, a little bit -- a little
13  bit more than 280 pages.  I believe the
14  document had in total 286 pages
15  approximately.
16     Q.      You only looked at ten of those
17  pages.
18             Is that correct?
19     A.      That is correct.
20     Q.      And those ten pages you
21  mentioned before you looked at some
22  ████████████████████████████████████████
23  ████████████████████████████████████████
24     A.      ████████████████████████████████
25  ████████████████

CONFIDENTIAL

Page 34

```
 1        Q.       ████████████████████████████
 2   ████████████████████████████████ were there any
 3   other kinds of documents in the ten pages
 4   you saw?
 5        A.       No, none that I can recall.
 6        Q.       Did anybody describe to you the
 7   contents of any other documents?
 8        A.       No.
 9        Q.       I'm going to mispronounce these
10   gentlemen's names, so pardon me in advance.
11                 Do you know Jose Luis Daza
12   Narbona?
13        A.       Jose Luis Daza Narbona is his
14   name.  He's a secretary for economic policy,
15   the secretary of economic policy of the
16   Ministry of Economy of the nation.
17        Q.       Do you report to him?
18        A.       Yes.  Correct.
19        Q.       Did you have any conversations
20   with him concerning any of the topics for
21   today's deposition?
22        A.       No, I did not have any
23   conversation with him in that regard.
24        Q.       Did you review any of his
25   materials that might be relevant to this
```

Page 49

1    of gold?
2         A.     I have no recollection that
3    there was any statement in that regard.
4         Q.     That's a document that you
5    reviewed with counsel and the PTN?
6         A.     Yes.  It was a press release
7    that we saw on the website of the Central
8    Bank dated 2024.
9         Q.     September of '24, do you
10   remember?
11         A.     I believe it was September '24.
12         Q.     Is that one of the ten pages of
13   documents that you mentioned when we talked
14   about what you reviewed before?
15         A.     Yes.
16         Q.     Other than this press release
17   and the materials that you've mentioned, are
18   there any other materials that you reviewed
19   with counsel?
20             I'm not asking you what you
21   discussed, I'm just asking whether there are
22   other materials that you reviewed.
23         A.    [REDACTED]
24   [REDACTED]
25   [REDACTED]

CONFIDENTIAL

Page 63

1                    Right?
2                    MS. DAVIDOFF:  Objection.
3                    Asked and answered.
4                    MR. LEVINE:  You can answer.
5        A.      The only information I have,
6    the only knowledge I have is based on the
7    documents shared by the PTN and counsel ▮
8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Those are the
10   only documents I have.  Beyond that, I have
11   no other information about the location of
12   reserves abroad.
13                   MR. LEVINE:  Thank you very
14      much, sir.  I know this is not the best
15      process to have to sit through and I
16      appreciate that you're doing it, so
17      thanks very much.
18                   I wish you and your family a
19      happy 2026.
20                   THE VIDEOGRAPHER:
21                   Ms. Davidoff, will you be
22      asking questions?
23                   MR. LEVINE:  Can you translate
24      first, please.
25                   (Interpreter translates)

CONFIDENTIAL

Page 65

1   ████████████████████████████████
2              I haven't considered whether --
3   I believe those were designated
4   confidential, so that's the basis for
5   the confidentiality.
6              MR. LEVINE:  Okay.  We could
7   talk about it.  Again, sir, thank you
8   very much.  All the best.
9              INTERPRETER SANTOS:  Do you
10  want me to translate the discussion
11  between counsel?
12             MR. LEVINE:  Yes.
13             (Interpreter translates)
14             MR. LEVINE:  I have one more
15  statement, which is -- this is no
16  disrespect to the witness whatsoever.
17             Plainly, we believe this
18  witness was not properly prepared, does
19  not have any of the information he
20  should have.
21             Therefore, so the record is
22  clear, I'm adjourning this deposition,
23  not concluding it, as we believe that
24  this witness, for reasons that appear
25  to be no fault of his own whatsoever,

| | | | |
|---|---|---|---|
| **agreed** 5:3,9,14 7:14 | 39:8 44:1,23 45:18 55:16 | 28:19 36:10 37:3 38:16 | **attorney** 7:12 **attorneys** 3:5 |
| **aguirre** 3:19 | 56:7,22 57:7 | 40:24 48:13 | 3:15 4:5 |
| **ahead** 66:10 | 58:4 59:9 | 55:12 58:25 | **audience** 66:7 |
| **aires** 1:20 8:24 8:25 | 60:10 63:4 **answered** | 62:2,10,24 **argentina's** | **audio** 6:12 **audit** 40:25 |
| ▆▆▆ 33:23 | 44:22 45:10 | 18:8 | 41:22 42:4,11 |
| ▆▆ 25:12 | 56:5 57:6 63:3 | **argentine** 1:8 | 42:15,20 43:9 |
| 33:24 34:2 | 68:8 | 1:14 4:5 6:18 | 43:21 44:6 |
| 49:24 63:9 | **answers** 68:9 | 14:1 16:7 | 46:10,17,24 |
| 65:1 | **anybody** 26:4 | 18:18 19:5,20 | 47:18 48:9 |
| **al** 71:3 | 34:6 38:19 | 21:6 26:21,25 | **auditor** 41:8,9 |
| **alberto** 1:19 | **apologize** 7:16 | 27:3 28:5,10 | 41:17 51:6,17 |
| 2:11 8:20 | 35:18 41:24 | 30:12 58:16 | 52:4,11,22,25 |
| 35:15 68:3,14 | **app** 37:18 | 59:20 71:2 | 53:6,13 |
| 69:3 71:4,19 | **appear** 65:24 | **articles** 52:2,2 | **auditor's** 52:18 |
| **alison** 3:10 | **appearance** 7:7 | 52:3 | **auditors** 48:24 |
| **allow** 23:4,5 | **appearances** | **arturo** 4:10 | **authoritative** |
| 26:8 43:4 | 7:10,22 | **ascertain** 26:9 | 55:5 |
| **amanda** 4:8 | **appearing** 2:13 | **aside** 26:22 | **authorized** 7:1 |
| 33:7 41:10 | **application** | **asked** 12:15 | **authortic** 18:19 |
| 45:21 50:9 | 38:5 | 44:22 45:10 | **autonomy** |
| 66:10 | **appreciate** | 51:6 54:1 56:5 | 18:21 |
| **americas** 3:16 | 11:15 56:21 | 57:5 63:3 68:7 | **available** 22:5 |
| **amos** 4:17 6:22 | 63:16 | **asking** 49:20,21 | 27:18 55:21 |
| **analyze** 54:3 | **approximately** | 51:16 63:22 | 64:11 |
| **analyzed** 53:4 | 31:24 32:6,11 | **assertion** 66:15 | **avenue** 3:6,16 |
| **answer** 11:11 | 32:13 33:15 | **assets** 27:2,22 | **aware** 7:20 |
| 11:12,20 22:16 | **argentina** 1:20 | **assistance** 67:2 | 26:4,6,7,12,13 |
| 22:19,25 23:7 | 12:25 13:4,9 | **attempt** 18:8 | 26:15 27:4,6 |
| 23:17,25 24:8 | 13:15 15:16,22 | 54:13 | 39:24 40:21 |
| 28:1 29:6 | 16:22 17:15 | **attempts** 18:11 | 43:15 46:8,16 |
| 30:17 35:4 | 18:2,14 20:17 | **attention** 62:8 | 47:8 48:1,3 |
| 36:15 37:8,21 | 20:23 26:11 | | 58:7 |

| b | basis 19:8 | branch 51:21 | 54:23,24 55:10 |
|---|---|---|---|
| **b** 2:12 8:8,8 45:25 58:24 | 44:13 64:14 65:4 | 51:23 52:20 53:9 | 55:23 56:1 57:22,25 58:18 |
| **back** 23:3,9 31:4,7 45:17 50:20,24 | **bcra** 36:12 37:3 37:14 42:5,14 43:12,14,21 44:2 46:9 47:4 47:12,17 48:8 48:10 58:1 59:16,25 60:3 | **branches** 53:9 54:6 | 58:20 59:3 |
| **balance** 55:20 | | **brasch** 4:18 | **caputo's** 57:1 |
| **bank** 14:1,7,18 15:21 16:6,11 17:10,12,17 18:11,14,17,25 19:3,6,10,14,22 20:14 21:5,12 21:17 27:3,8 27:14,21 28:13 28:15,23 30:8 39:4,11,16,19 40:22 42:10,23 44:8 48:18 49:8 50:7 51:19 52:7 55:1,5,18 56:13 57:13,15 58:6 59:20,25 60:6,9 63:8 | | **break** 11:17 30:23 45:14,23 50:10,25 | **carlos** 4:10 |
| | | **breakdown** 15:24 27:16 ▇ 25:12 33:24 34:2 49:24 63:9 65:1 | **carrie** 4:25 |
| | | | **case** 1:2,2 6:21 20:6 35:10 39:15 42:3 51:14 55:24 59:1 64:25 71:2 |
| | | | **cash** 62:2 |
| | **bcra's** 48:14 | | **ccr** 1:24 69:3 69:19 |
| | **beginning** 7:11 | | **central** 14:1,7 14:18 15:21 16:6,10 17:9 17:11,17 18:11 18:14,17,24 19:3,6,10,13,21 20:14,25 21:5 21:12,17 22:6 27:3,8,14,21 28:12,15,23 30:8 39:3,11 39:16,19 40:22 42:10,22 44:8 48:18 49:7 50:7 51:19 52:7 55:1,5,18 56:13 57:13,15 58:6 59:19,25 |
| | **behalf** 13:19 58:24 | | |
| | **believe** 32:12 32:13 33:13 35:14 44:10 49:11 64:14 65:3,17,23 | **broad** 4:6 | |
| | | **buenos** 1:20 8:24,25 | |
| | | **bunch** 10:8 | |
| | **best** 8:7 63:14 64:2 65:8 | **c** | |
| | **beyond** 16:24 21:14 22:6 27:5,16 48:10 55:2 57:21 63:10 | **c** 3:1 4:1 8:2 68:1 | |
| | | **calculation** 61:9 | |
| **bank's** 21:1 22:6 | | **call** 45:11 | |
| **bars** 14:4 15:9 | **big** 32:10 | **called** 40:25 47:3 | |
| **based** 17:16 44:15 46:18 57:8 63:6 | **bills** 15:4 | **calls** 22:11 23:21 | |
| | **bit** 9:9 33:12,13 | | |
| | **blood** 69:10 | **camera** 6:8 | |
| | **bob** 4:18 | **capital** 1:10 | |
| **basically** 52:1 54:20 | **body** 55:5 | **caputo** 36:11 37:2 54:14,18 | |
| | **bonelli** 3:10 | | |

| | | | |
|---|---|---|---|
| disregard 29:9 | **e** | engage 18:10 | excuse 7:15 |
| disrespect 65:16 | e 3:1,1 4:1,1 8:2 8:8,8,8 68:1,1 70:1 | ▬ 17:18 17:21 63:9 | 53:19 |
| distinction 45:15 | | english 8:6,6 12:11,13 | executive 41:4 51:22 52:20 |
| district 1:1,1 6:19,20 | economic 34:14 34:15 35:20 36:11 58:9,11 60:18,19 61:18 | entire 19:4 21:24 | exist 25:23 |
| divulge 23:22 | | entities 46:11 46:24 47:2,3 47:19 48:9 | existing 60:21 |
| document 33:14 38:8 44:10 49:4,23 49:25 50:6 | economy 20:4,9 34:16 54:25 56:8,11,14,15 58:13,16,21 | | expect 64:7 66:5 |
| | | entity 18:20 47:9 | experience 46:18 54:5 57:11 |
| documents 25:1,3,5,9,13 25:15,17,23 26:8,14 32:2,7 32:9 33:22 34:1,3,7 35:6,8 37:25 42:21 43:11,15,19 44:3,9,11 46:4 48:8 49:13 52:8 63:7,10 64:24,25 | effect 5:16 | errata 71:1 | expires 71:24 |
| | efrat 4:17 6:22 | especially 54:23 | explain 10:1 |
| | eight 31:24,25 66:16 | esq 3:8,9,10,11 3:18,19,20 4:8 4:9,10,25 | explained 53:4 53:8 |
| | either 13:14 16:21 22:25 59:12,15 61:18 | | expressed 15:9 19:20 |
| | | est 6:4 31:2,5 50:18,21 67:10 | extent 16:24 22:11 23:20 42:14 45:11 |
| | electronic 14:12 15:15 16:3,16,20 38:8 | et 71:3 | **f** |
| | | eton 1:10,10,11 | fact 33:7 |
| doing 9:10 63:16 | | exactly 32:8 | facts 24:4,10 |
| | electronically 16:12,14 | examination 8:13 68:5 69:4 70:3 | factual 24:13 24:19 39:1 44:18,25 45:6 46:1 51:12 |
| dollar 15:4 | element 26:20 27:7,20 28:6 | | |
| dollars 15:7,9 15:11 | | examined 8:10 | |
| | elements 28:20 | example 28:4 | factually 51:8 |
| domain 52:12 | email 37:17 38:10 56:10 | except 5:10 50:6 64:10 | fair 24:11 |
| due 44:4 | | | fairness 29:5 |
| duly 8:4,9 69:5 | energia 1:4,4 6:18 71:2 | exception 20:25 | false 10:2 42:17 |
| duty 51:22 52:19 | | | familiar 47:1 |
| | | excluded 22:13 | |

**involvement** 60:9
**irene** 3:11
**issue** 50:11 59:4
**issues** 10:19 53:15

**j**

**j** 8:8
**january** 1:21 2:7 6:4 68:6 69:15
**joaquin** 35:15 35:19 36:6
**job** 60:23
**jose** 34:11,13
**journalistic** 52:1
**juan** 3:20
**julie** 3:11
**justified** 64:19

**k**

**k** 2:13 68:1 69:2,19
**keeps** 14:18 17:10
**kept** 14:7,11,20 14:23 15:1,6 15:10,14,20,25 16:2,11,14,20 17:14 18:1 52:6

**kevin** 3:18
**killian** 1:24 2:14 6:25 69:2 69:19
**kind** 14:14 19:15 21:4,18 30:7 37:17 38:4 39:23 43:20 46:17,21
**kinds** 34:3
**king** 3:9,14
**kingdom** 17:21 18:3
**know** 9:17 11:17 17:9,13 17:19 21:14 28:4 29:3,14 30:4 34:11 35:17 36:17 37:23 42:25 43:13 45:14 47:9,14 48:3 50:25 55:9 57:21,23,24 58:5,13 59:23 60:2 61:25 62:15 63:14
**knowing** 62:8
**knowledge** 18:4 63:6

**l**

**l** 8:8,8 68:1 70:4

**l.p.** 1:10,11
**la** 4:22,24
**lap** 1:2,2
**large** 58:13
**law** 60:7
**lawyers** 9:7
**learn** 18:8,11 36:10
**learned** 24:13
**leave** 66:21
**lee** 3:4
**legal** 24:15 37:23 38:6 56:9,19 57:10
**legally** 39:16
**legislative** 41:4 51:21
**levine** 3:4,8 7:13 8:14 9:6 20:11,12 22:15 23:1,15 24:8 28:1 29:19 30:17,24 31:6 31:14,17 32:21 33:6,10 35:4 36:15 37:8,21 40:12,17 41:10 41:19,25 42:2 43:6 44:1,23 45:20 46:7 50:8,22 53:22 53:23 55:16 56:7 57:7 58:4 59:8 63:4,13 63:23 64:8 65:6,12,14 66:23 70:4
**limited** 13:5 48:5 57:16,19
**line** 33:8 71:5
**liquid** 61:11,12
**little** 9:9 33:12 33:12
**llc** 71:1
**llp** 3:4,14 4:4
**loans** 16:13,15
**located** 17:6 18:1,12
**location** 13:9 18:15 19:12 25:10,18 63:11
**look** 32:7
**looked** 32:1,2 32:23 33:16,21 36:20 50:4
**looking** 38:2 62:19,20
**looks** 62:7
 33:25 34:2 49:25 65:1
**lost** 40:12
**lot** 11:22
**luis** 1:19 2:11 6:16 8:20 34:11,13 67:12 68:3,14 69:3 71:4,19