**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

| | |
|---|---|
| PETERSEN ENERGIA INVERSORA, S.A.U. AND PETERSEN ENERGIA, S.A.U.<br><br>Plaintiffs,<br><br>vs.<br><br>ARGENTINE REPUBLIC AND YPF, S.A.<br><br>Defendants. | Civil Action No. 1:15-cv-2739-LAP |

----------------------------------------------------------------- x

| | |
|---|---|
| ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., AND ETON PARK FUND, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARGENTINE REPUBLIC AND YPF, S.A.<br><br>Defendants. | Civil Action No. 1:16-cv-08569-LAP<br><br>**Notice of Motion for a Protective Order Pursuant to FRCP Rule 26(c)** |

----------------------------------------------------------------- x

Non-party respondent IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL (hereinafter "Iberia Airlines") moves pursuant to FRCP Rule 26(c) for a protective order against plaintiff/judgment-creditor PETERSEN ENERGIA INVERSORA, S.A.U. and PETERSEN ENERGIA, S.A.U. ("Petersen Energia"). As set forth in the accompanying Declaration of Anthony U. Battista, Exhibit annexed to the Declaration, and Memorandum of Law, Iberia respectfully requests that the Court grant this motion and order PETERSEN ENERGIA INVERSORA, S.A.U. and PETERSEN ENERGIA, S.A.U. to cease post-judgment discovery into any flights arranged between Argentina and the United Kingdom on behalf of Banco Central de la Republica Argentina ("BCRA") for defendant/judgment-debtor ARGENTINE REPUBLIC.

Dated: 02/23/2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CONDON & FORSYTH LLP

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Anthony U. Battista (AB0783)
　　　　　　　　　　　　　　　　　　　　abattista@condonlaw.com
　　　　　　　　　　　　　　　　　　　　William de Wolff (5908199)
　　　　　　　　　　　　　　　　　　　　wdewolff@condonlaw.com
　　　　　　　　　　　　　　　　　　　　7 Times Square, 18th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel: (212) 490-9100
　　　　　　　　　　　　　　　　　　　　Fax: (212) 370-4453

　　　　　　　　　　　　　　　　　　Attorneys for Non-Party Respondent
　　　　　　　　　　　　　　　　　　IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A.
　　　　　　　　　　　　　　　　　　OPERADORA, SOCIEDAD UNIPERSONAL

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, a true and correct copy of the foregoing **Motion for a Protective Order Pursuant to FRCP Rule 26(c)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

_____
Anthony U. Battista (AB0783)