UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants.<br><br>ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>ARGENTINE REPUBLIC and YPF S.A.,<br><br>                      Defendants. | Case Nos.:<br><br>1:15-cv-02739-LAP<br>1:16-cv-08569-LAP |

**DECLARATION OF ANDREW E. GOLDSMITH
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NON-PARTY IBERIA'S
MOTION FOR A PROTECTIVE ORDER PURSUANT TO FRCP RULE 26(C)**

    I, Andrew E. Goldsmith, declare:

    1.    I am a partner of the firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and one of the attorneys representing Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U. (together, "Petersen"), and Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Eton Park," and with Petersen, "Plaintiffs") in the above-captioned actions.

    2.    The purpose of this Declaration is to submit documents to the Court in support of

Plaintiffs' opposition to the motion for a protective order filed by non-party Iberia Líneas Aéreas de España, S.A. Operadora, Sociedad Unipersonal ("Iberia").

3. Attached as **Exhibit A** is a true and correct copy of the registration information for Iberia Líneas Aéreas De España Sociedad Anónima Operadora from the New York Department of State, Division of Corporations, *available at* https://apps.dos.ny.gov/publicInquiry/EntityDisplay.

4. Attached as **Exhibit B** is a true and correct copy of the registration information for Iberia Líneas Aéreas De España Sociedad Anónima Operadora Co. from the Florida Department of State, Division of Corporations, *available at* https://search.sunbiz.org.

5. Attached as **Exhibit C** is a true and correct copy of the U.S. Department of Transportation Order 2011-4-6, dated February 2, 2011.

6. Attached as **Exhibit D** is a true and correct copy of the Form 5500-SF, Short Form Annual Return/Report of Small Employee Benefit Plan for the Iberia Líneas Aéreas De España Sociedad Anónima Operadora Co. Retirement Plan for the 2024 calendar year.

7. Attached as **Exhibit E** is a true and correct copy of U.S. Patent and Trademark Office Trademark Registration No. 79036773 for an "IBERIA" mark.

8. Attached as **Exhibit F** is a true and correct copy of U.S. Patent and Trademark Office Trademark Registration No. 79148073 for an "IBERIA" mark.

9. Attached as **Exhibit G** is a true and correct copy of U.S. Patent and Trademark Office Trademark Registration No. 79148111 for an "IB" mark.

10. Attached as **Exhibit H** is a true and correct copy of U.S. Patent and Trademark Office Trademark Registration No. 79354054 for an "IBERIA" mark.

11. Attached as **Exhibit I** is a true and correct copy of U.S. Patent and Trademark Office Trademark Application Serial No. 79435681 for an "IBERIA CLUB" mark.

12. Attached as **Exhibit J** is a true and correct copy of the entity information for IAG Cargo Limited from the New York Department of State, Division of Corporations, *available at* https://apps.dos.ny.gov/publicInquiry/EntityDisplay.

13. Attached as **Exhibit K** is a true and correct copy of the registration information for IAG Cargo Limited Incorporated from the Florida Department of State, Division of Corporations, *available at* https://search.sunbiz.org.

14. Attached as **Exhibit L** is a true and correct copy of the Standard Settlement Instructions for Banco de la Nación Argentina, as reflected in a Bankers Almanac report published by LexisNexis Risk Solutions and generated on March 2, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 2nd day of March, 2026.

                                                   */s/ Andrew E. Goldsmith*
                                                   Andrew E. Goldsmith