# Exhibit A

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** IBERIA LINEAS AEREAS DE ESPANA SOCIEDAD ANONIMA OPERADORA
**DOS ID:** 7489337
**FOREIGN LEGAL NAME:** IBERIA LINEAS AEREAS DE ESPANA SOCIEDAD ANONIMA OPERADORA
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** BUSINESS CORPORATION - 1304 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/17/2024
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 12/17/2024
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 12/23/2009
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 12/31/2026
**JURISDICTION:** SPAIN
**NFP CATEGORY:**

**ENTITY DISPLAY**   NAME HISTORY   FILING HISTORY   MERGER HISTORY   ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C/O C T CORPORATION SYSTEM
**Address:** 28 LIBERTY STREET, NEW YORK, NY, UNITED STATES, 10005

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM

**Address:** 28 LIBERTY STREET, NEW YORK, NY, 10005

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services