# Exhibit B



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
IBERIA LINEAS AEREAS DE ESPANA SOCIEDAD ANONIMA OPERADORA CO.

**Filing Information**

| | |
|---|---|
| **Document Number** | F10000004689 |
| **FEI/EIN Number** | 98-0680896 |
| **Date Filed** | 10/25/2010 |
| **State** | OC |
| **Status** | ACTIVE |

**Principal Address**

MARTINEZ VILLERGAS 49
28027 MADRID, sPAIN ES

Changed: 12/01/2017

**Mailing Address**

P.O. BOX 226980
MIAMI, FL 33222

Changed: 01/11/2016

**Registered Agent Name & Address**

CARR. RIGGS AND INGRAM LLC
5805 BLUE LAGOON DR STE 200
MIAMI, FL 33126

Name Changed: 02/18/2026

Address Changed: 02/18/2026

**Officer/Director Detail**

**Name & Address**

Title DIRECTOR

ALVAREZ-ANDERSON, JOSE L.
VELAZQUEZ 130
MADRID 28006 ES

Title MANAGER

GUERRERO HOOVER, CAROL CECILIA
2261 NW 66 AVENUE
BLDG 702 STE 218
MIAMI, FL 33122

Title DIRECTOR

JIMENEZ HOYOS, RAFAEL
MARTINEZ VILLERGAS 49
28027 MADRID ES

Title SECRETARY

GARCIA-TORRES GOMEZ, PEDRO GABRIEL
MARTINEZ VILLERGAS 49
28027 MADRID ES

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2024 | 01/11/2024 |
| 2025 | 01/09/2025 |
| 2026 | 02/18/2026 |

**Document Images**

| | |
| --- | --- |
| 02/18/2026 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2025 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/16/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 12/22/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/06/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2014 -- ANNUAL REPORT | View image in PDF format |
| 10/24/2013 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/25/2013 -- Reg. Agent Change | View image in PDF format |
| 01/22/2013 -- Off/Dir Resignation | View image in PDF format |
| 01/16/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2012 -- ANNUAL REPORT | View image in PDF format |
| 09/29/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2011 -- ANNUAL REPORT | View image in PDF format |
| 10/25/2010 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations

Case 1:15-cv-02739-LAP   Document 902-2   Filed 03/02/26   Page 4 of 4

Florida Department of State, Division of Corporations