# Exhibit D

| Form 5500-SF | Short Form Annual Return/Report of Small Employee Benefit Plan | OMB Nos. 1210-0110 / 1210-0089 |
|---|---|---|
| Department of the Treasury — Internal Revenue Service; Department of Labor — Employee Benefits Security Administration; Pension Benefit Guaranty Corporation | This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).  ▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | **2024** — This Form is Open to Public Inspection |

## Part I  Annual Report Identification Information

For calendar plan year 2024 or fiscal plan year beginning **01/01/2024** and ending **12/31/2024**

**A** This return/report is for:  [X] a single-employer plan   [ ] a multiple-employer plan (not multiemployer) (Pension Plan filers checking this box must attach Schedule MEP. Other plans must attach a list of participating employer information in accordance with the form instructions.)

**B** This return/report is:  [ ] the first return/report   [ ] the final return/report   [ ] an amended return/report   [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:  [X] Form 5558   [ ] automatic extension   [ ] DFVC program   [ ] special extension (enter description)

**D** If the plan is a collectively-bargained plan, check here ............................................................................ ▶ [ ]

**E** If this is a retroactively adopted plan permitted by SECURE Act section 201, check here ......................... ▶ [ ]

## Part II  Basic Plan Information—enter all requested information

**1a** Name of plan: IBERIA LINEAS AEREAS DE ESPANA SOCIEDAD ANONIMA OPERADORA CO RETIREMENT PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan: 07/01/1989

**2a** Plan sponsor's name (employer, if for a single-employer plan); Mailing address; City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
IBERIA LAE SA OPERADORA CO.
PO BOX 226980
MIAMI, FL 33222-6980

**2b** Employer Identification Number (EIN): 98-0680896

**2c** Sponsor's telephone number: 305-267-7747

**2d** Business code (see instructions): 481000

**3a** Plan administrator's name and address  [X] Same as Plan Sponsor.

**3b** Administrator's EIN:

**3c** Administrator's telephone number:

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name
**c** Plan Name
**4b** EIN
**4d** PN

| Item | Description | Value |
|---|---|---|
| 5a | Total number of participants at the beginning of the plan year | 83 |
| 5b | Total number of participants at the end of the plan year | 79 |
| 5c(1) | Number of participants with account balances as of the beginning of the plan year (only defined contribution plans complete this item) | 83 |
| 5c(2) | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 79 |
| 5d(1) | Total number of active participants at the beginning of the plan year | 9 |
| 5d(2) | Total number of active participants at the end of the plan year | 9 |
| 5e | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | 0 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/08/2025 | CAROL CECILIA GUERRERO-HOOVER |
|---|---|---|---|
|  | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE |  |  |  |
|  | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.                    Form 5500-SF (2024)
v. 240311

| | | | | |
|---|---|---|---|---|
| **6a** | Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) | | | X Yes ☐ No |
| **b** | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.) **If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.** | | | X Yes ☐ No |
| **c** | If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ☐ Yes ☐ No ☐ Not determined  If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.) | | | |

### Part III  Financial Information

| 7 | Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 7a | 5502311 | 5088852 |
| b | Total plan liabilities | 7b | | |
| c | Net plan assets (subtract line 7b from line 7a) | 7c | 5502311 | 5088852 |
| 8 | Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
| a | Contributions received or receivable from:  (1) Employers | 8a(1) | 36412 | |
| | (2) Participants | 8a(2) | 45461 | |
| | (3) Others (including rollovers) | 8a(3) | | |
| b | Other income (loss) | 8b | 395563 | |
| c | Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) | 8c | | 477436 |
| d | Benefits paid (including direct rollovers and insurance premiums to provide benefits) | 8d | 890127 | |
| e | Certain deemed and/or corrective distributions (see instructions) | 8e | | |
| f | Administrative service providers (salaries, fees, commissions) | 8f | 768 | |
| g | Other expenses | 8g | | |
| h | Total expenses (add lines 8d, 8e, 8f, and 8g) | 8h | | 890895 |
| i | Net income (loss) (subtract line 8h from line 8c) | 8i | | -413459 |
| j | Transfers to (from) the plan (see instructions) | 8j | | |

### Part IV  Plan Characteristics

**9a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
   2E   2F   2G   2J   2K   2T   3D

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

### Part V  Compliance Questions

| 10 | During the plan year: | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program) | 10a | | X | |
| b | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.) | 10b | | X | |
| c | Was the plan covered by a fidelity bond? | 10c | X | | 500000 |
| d | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 10d | | X | |
| e | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.) | 10e | X | | 18650 |
| f | Has the plan failed to provide any benefit when due under the plan? | 10f | | X | |
| g | Did the plan have any participant loans? (If "Yes," enter amount as of year-end.) | 10g | X | | 5996 |
| h | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 10h | | X | |
| i | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 | 10i | | | |

## Part VI — Pension Funding Compliance

**11** Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and lines 11a and b below.) If this is a defined contribution pension plan, leave line 11 blank and complete line 12 below........ ☐ Yes ☐ No

**a** Enter the unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 ............. **11a**

**b** **PBGC missed contribution reporting requirements.** If the plan is covered by PBGC and the amount reported on line 11a is greater than $0, has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

☐ Yes.

☐ No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

☐ No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

☐ No. Other. Provide explanation _____

**12** Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA?........ (If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.) If this is a defined benefit pension plan, leave line 12 blank and complete line 11 above. ☐ Yes ☒ No

**a** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ................ Month _____ Day _____ Year _____

**If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.**

**b** Enter the minimum required contribution for this plan year ................ **12b**

**c** Enter the amount contributed by the employer to the plan for this plan year ................ **12c**

**d** Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ................ **12d**

**e** Will the minimum funding amount reported on line 12d be met by the funding deadline?........ ☐ Yes ☐ No ☐ N/A

## Part VII — Plan Terminations and Transfers of Assets

**13a** Has a resolution to terminate the plan been adopted in any plan year? ................ ☐ Yes ☒ No

**a** If "Yes," enter the amount of any plan assets that reverted to the employer this year............ **13a**

**b** Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................ ☐ Yes ☒ No

**c** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **13c(1)** Name of plan(s): | **13c(2)** EIN(s) | **13c(3)** PN(s) |
|---|---|---|
|  |  |  |

## Part VIII — IRS Compliance Questions

**14a** Does the plan satisfy the coverage and nondiscrimination tests of Code sections 410(b) and 401(a)(4) by combining this plan with any other plans under the permissive aggregation rules? ☐ Yes ☒ No

**14b** If this is a Code section 401(k) plan, check all boxes that apply to indicate how the plan is intended to satisfy the nondiscrimination requirements for employee deferrals and employer matching contributions (as applicable) under Code sections 401(k)(3) and 401(m)(2).

☐ Design-based safe harbor method

☐ "Prior year" ADP test

☒ "Current year" ADP test

☐ N/A

**15** If the plan sponsor is an adopter of a pre-approved plan that received a favorable IRS Opinion Letter, enter the date of the Opinion Letter 06 / 30 / 2020 (MM/DD/YYYY) and the Opinion Letter serial number Q703244A.



Financial Statements, Supplemental Schedule and Independent Auditor's Report

**Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan**
**(EIN): 98-0680896 Plan #002**

December 31, 2024 and 2023

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan

**Table of Contents**

Independent Auditor's Report ........................................................................................................................... 1-4

Financial Statements:

    Statements of Net Assets Available for Benefits ................................................................................... 5

    Statement of Changes in Net Assets Available for Benefits ............................................................... 6

Notes to Financial Statements ....................................................................................................................... 7-12

Supplemental Schedule:

    Schedule H, Line 4i – Supplemental Schedule of Assets (Held at End of Year) ........................... 13



# INDEPENDENT AUDITOR'S REPORT

To the Plan Committee Members and Plan Administrator of

**Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan:**

**Scope and Nature of the ERISA Section 103(a)(3)(C) Audit of the 2024 Financial Statements**

We have performed audit of the accompanying financial statements of **Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan** (the "Plan"), an employee benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), as permitted by ERISA Section 103(a)(3)(C) ("ERISA Section 103(a)(3)(C) audit"). The financial statements comprise the statement of net assets available for benefits as of December 31, 2024, and the related statement of changes in net assets available for benefits for the year ended December 31, 2024, and the related notes to the financial statements.

Management, having determined it is permissible in the circumstances, has elected to have the audit of the financial statements performed in accordance with ERISA Section 103(a)(3)(C) pursuant to 29 CFR 2520.103-8 of the Department of Labor's ("DOL") Rules and Regulations for Reporting and Disclosure under ERISA. As permitted by ERISA Section 103(a)(3)(C), our audit need not extend to any statements or information related to assets held for investment of the plan (investment information) by a bank or similar institution or insurance carrier that is regulated, supervised, and subject to periodic examination by a state or federal agency, provided that the statements or information regarding assets so held are prepared and certified to by the bank or similar institution or insurance carrier in accordance with 29 CFR 2520.103-5 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA (qualified institution).

Management has obtained a certification from a qualified institution as of December 31, 2024, and for the year ended December 31, 2024, stating that the certified investment information, as described in Note C to the financial statements, is complete and accurate.

**Opinion on the 2024 Financial Statements**

In our opinion, based on our audits and on the procedures performed as described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section

- the amounts and disclosures in the accompanying financial statements, other than those agreed to or derived from the certified investment information, are presented fairly, in all material respects, in accordance with accounting principles generally accepted in the United States of America ("GAAP").

- the certified information in the accompanying financial statements agrees to, or is derived from, in all material respects, the information prepared and certified by an institution that management determined meets the requirements of ERISA Section 103(a)(3)(C).

**Basis for Opinion on the 2024 Financial Statements**

We conducted our audit in accordance with auditing standards generally accepted in the United States of America ("GAAS"). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section of our report. We are required to be independent of the Plan and to meet our other ethical responsibilities in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our ERISA Section 103(a)(3)(C) audit opinion.

**ASSURANCE DIMENSIONS, LLC**
**also d/b/a McNAMARA and ASSOCIATES, LLC**
**TAMPA BAY**: 4920 W Cypress Street, Suite 102 | Tampa, FL 33607 | Office: 813.443.5048 | Fax: 813.443.5053
**JACKSONVILLE**: 7800 Belfort Parkway, Suite 290 | Jacksonville, FL 32256 | Office: 888.410.2323 | Fax: 813.443.5053
**ORLANDO**:  1800 Pembrook Drive, Suite 300 | Orlando, FL 32810 | Office: 888.410.2323 | Fax: 813.443.5053
**SOUTH FLORIDA**:  3111 N. University Drive, Suite 621 | Coral Springs, FL 33065 | Office: 754.800.3400 | Fax: 813.443.5053
www.assurancedimensions.com

"Assurance Dimensions" is the brand name under which Assurance Dimensions, LLC including its subsidiary McNamara and Associates, LLC (referred together as "AD LLC") and AD Advisors, LLC ("AD Advisors"), provide professional services. AD LLC and AD Advisors practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. AD LLC is a licensed independent CPA firm that provides attest services to its clients, and AD Advisors provide tax and business consulting services to their clients. AD Advisors, and its subsidiary entities are not licensed CPA firms.



**Responsibilities of Management for the 2024 Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in accordance with GAAP, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error. Management's election of the ERISA Section 103(a)(3)(C) audit does not affect management's responsibility for the financial statements.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Plan's ability to continue as a going concern for one year after the date the financial statements are available to be issued.

Management is also responsible for maintaining a current plan instrument, including all Plan amendments; administering the Plan; and determining that the Plan's transactions that are presented and disclosed in the financial statements are in conformity with the Plan's provisions, including maintaining sufficient records with respect to each of the participants, to determine the benefits due or which may become due to such participants.

**Auditor's Responsibilities for the Audit of the 2024 Financial Statements**

Except as described in the *Scope and Nature of the ERISA Section 103(a)(3)(C) Audit of the Financial Statements* section of our report, our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Plan's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Plan's ability to continue as a going concern for a reasonable period of time.

**ASSURANCE DIMENSIONS, LLC**
also d/b/a McNAMARA and ASSOCIATES, LLC
**TAMPA BAY**: 4920 W Cypress Street, Suite 102 | Tampa, FL 33607 | Office: 813.443.5048 | Fax: 813.443.5053
**JACKSONVILLE**: 7800 Belfort Parkway, Suite 290 | Jacksonville, FL 32256 | Office: 888.410.2323 | Fax: 813.443.5053
**ORLANDO**:  1800 Pembrook Drive, Suite 300 | Orlando, FL 32810 | Office: 888.410.2323 | Fax: 813.443.5053
**SOUTH FLORIDA**:  3111 N. University Drive, Suite 621 | Coral Springs,  FL 33065 | Office: 754.800.3400 | Fax: 813.443.5053
www. assurancedimensions.com

"Assurance Dimensions" is the brand name under which Assurance Dimensions, LLC including its subsidiary McNamara and Associates, LLC (referred together as "AD LLC") and AD Advisors, LLC ("AD Advisors"), provide professional services. AD LLC and AD Advisors practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. AD LLC is a licensed independent CPA firm that provides attest services to its clients, and AD Advisors provide tax and business consulting services to their clients. AD Advisors, and its subsidiary entities are not licensed CPA firms.



Our audit did not extend to the certified investment information, except for obtaining and reading the certification, comparing the certified investment information with the related information presented and disclosed in the financial statements, and reading the disclosures relating to the certified investment information to assess whether they are in accordance with the presentation and disclosure requirements of GAAP.

Accordingly, the objective of an ERISA Section 103(a)(3)(C) audit is not to express an opinion about whether the financial statements as a whole are presented fairly, in all material respects, in accordance with GAAP.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

**Other Matter – Supplemental Schedule Required by ERISA**

The supplemental schedule, Schedule H, line 4i – Schedule of Assets (Held at End of Year), is presented for purposes of additional analysis and is not a required part of the financial statements but is supplementary information required by the DOL's Rules and Regulations for Reporting and Disclosure under ERISA. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information included in the supplemental schedule, other than that agreed to or derived from the certified investment information, has been subjected to auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with GAAS. For information included in the supplemental schedule that agreed to or is derived from the certified investment information, we compared such information to the related certified investment information.

In forming our opinion on the supplemental schedule, we evaluated whether the supplemental schedule, other than the information agreed to or derived from the certified investment information, including their form and content, are presented in conformity with the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.

In our opinion

- the form and content of the supplemental schedule, other than the information in the supplemental schedule that agreed to or is derived from the certified investment information, is presented, in all material respects, in conformity with the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.

- the certified investment information in the supplemental schedule agrees to or is derived from, in all material respects, the information prepared and certified by an institution that management determined meets the requirements of ERISA Section 103(a)(3)(C).

**ASSURANCE DIMENSIONS, LLC**
**also d/b/a McNAMARA and ASSOCIATES, LLC**
**TAMPA BAY**: 4920 W Cypress Street, Suite 102 | Tampa, FL 33607 | Office: 813.443.5048 | Fax: 813.443.5053
**JACKSONVILLE**: 7800 Belfort Parkway, Suite 290 | Jacksonville, FL 32256 | Office: 888.410.2323 | Fax: 813.443.5053
**ORLANDO:** 1800 Pembrook Drive, Suite 300 | Orlando, FL 32810 | Office: 888.410.2323 | Fax: 813.443.5053
**SOUTH FLORIDA**: 3111 N. University Drive, Suite 621 | Coral Springs, FL 33065 | Office: 754.800.3400 | Fax: 813.443.5053
www.assurancedimensions.com

"Assurance Dimensions" is the brand name under which Assurance Dimensions, LLC including its subsidiary McNamara and Associates, LLC (referred together as "AD LLC") and AD Advisors, LLC ("AD Advisors"), provide professional services. AD LLC and AD Advisors practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. AD LLC is a licensed independent CPA firm that provides attest services to its clients, and AD Advisors provide tax and business consulting services to their clients. AD Advisors, and its subsidiary entities are not licensed CPA firms.



**Other Matter - Report on the 2023 Financial Statements**

The financial statements of Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan as of December 31, 2023, were audited by predecessor auditors. In accordance with ERISA Section 103(a)(3)(C) pursuant to 29 CFR 2520.103-8 of the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA, the prior year audit did not extend to any statements or information related to assets held for investment of the plan that were certified by a qualified institution. Their report dated August 29, 2024 indicated that in their opinion (a) the amounts and disclosures in the 2023 financial statements, other than those agreed to or derived from the certified investment information, were presented fairly, in all material respects, in accordance with accounting principles generally accepted in the United States of America, and (b) the information in the 2023 financial statements related to assets held by and certified to by a qualified institution agrees to, or is derived from, in all material respects, the information prepared and certified by an institution that management determined meets the requirements of ERISA Section 103(a)(3)(C). Their report also indicated that the 2023 supplemental schedule is presented for purpose of additional analysis and is not a required part of the financial statements but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA, and the information in the 2023 supplemental schedule related to assets held by and certified to by a qualified institution agrees to, or is derived from, in all material respects, the information prepared and certified by an institution that management determined meets the requirements of ERISA Section 103(a)(3)(C).

*Assurance Dimensions*

Coral Springs, Florida
October 3, 2025

**ASSURANCE DIMENSIONS, LLC**
also d/b/a **McNAMARA and ASSOCIATES, LLC**
**TAMPA BAY**: 4920 W Cypress Street, Suite 102 | Tampa, FL 33607 | Office: 813.443.5048 | Fax: 813.443.5053
**JACKSONVILLE**: 7800 Belfort Parkway, Suite 290 | Jacksonville, FL 32256 | Office: 888.410.2323 | Fax: 813.443.5053
**ORLANDO**:  1800 Pembrook Drive, Suite 300 | Orlando, FL 32810 | Office: 888.410.2323 | Fax: 813.443.5053
**SOUTH FLORIDA**:  3111 N. University Drive, Suite 621 | Coral Springs,  FL 33065 | Office: 754.800.3400 | Fax: 813.443.5053
www.assurancedimensions.com

"Assurance Dimensions" is the brand name under which Assurance Dimensions, LLC including its subsidiary McNamara and Associates, LLC (referred together as "AD LLC") and AD Advisors, LLC ("AD Advisors"), provide professional services. AD LLC and AD Advisors practice as an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable laws, regulations, and professional standards. AD LLC is a licensed independent CPA firm that provides attest services to its clients, and AD Advisors provide tax and business consulting services to their clients. AD Advisors, and its subsidiary entities are not licensed CPA firms.

## Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Statements of Net Assets Available for Benefits**
**As of December 31, 2024 and 2023**

|  | 2024 | 2023 |
|---|---:|---:|
| Investments, at fair value: |  |  |
|    Mutual funds | $ 2,171,251 | $ 2,091,575 |
|    Guaranteed interest contracts | 2,911,605 | 3,399,082 |
|       Total investments, at fair value | 5,082,856 | 5,490,657 |
|  |  |  |
| Receivables: |  |  |
|    Notes receivable from participants | 147,508 | 153,166 |
|       Total receivables | 147,508 | 153,166 |
|       Net assets available for benefits | $ 5,230,364 | $ 5,643,823 |

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Statement of Changes in Net Assets Available for Benefits**
**For the Year Ended December 31, 2024**

| | |
|---|---:|
| Additions to net assets attributed to: | |
|   Investment income: | |
|     Net appreciation in fair value of investments | $ 395,163 |
|   Interest income from notes receivable | 400 |
|   Contributions: | |
|     Participant | 45,461 |
|     Employer | 36,412 |
|       Total contributions | 81,873 |
|       Total additions | 477,436 |
| Deductions from net assets attributed to: | |
|   Benefits paid to participants | 890,127 |
|   Administrative expenses | 768 |
|     Total deductions | 890,895 |
|     Net decrease | (413,459) |
|     Net assets available for benefits | |
|       Beginning of year | 5,643,823 |
|       End of year | $ 5,230,364 |

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Notes to Financial Statements**
**December 31, 2024 and 2023**

## Note A – Description of Plan

The following description of the Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan (the "Plan") provides only general information. Participants should refer to the Plan document for a more complete description of the Plan's provisions.

### General

The Plan is a defined contribution plan covering all employees of Iberia Líneas Aéreas de España SA Operadora Co. (the "Company" or "Employer"). The Plan was formed and adopted on July 1, 1989 and was last restated January 1, 2022. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

Employees are eligible to participate in the Plan upon attaining age 21 and completing one year of service. The Plan excludes employees covered by a collective bargaining agreement, nonresident aliens who receive no U.S.-source compensation from the Employer, leased employees, and expatriated employees. Employees may enter the Plan on the date they meet the eligibility requirements, which is the date coinciding with or next following the completion of the minimum age and service requirements.

### Administration

The Plan is administered by the Company. The Plan's assets for the year were held and managed by Equitable Financial Life Insurance Company (the "Trustee"). The Plan's recordkeeping services and maintenance of participant account records are managed by the Trustee.

### Contributions

Participants may contribute up to 100% of their compensation to their participant account subject to limitations imposed by the Internal Revenue Code ("IRC"). The maximum participant deferral for the year ended December 31, 2024 was $23,000. A participant who has attained the age of 50 may also make catch up contributions, subject to Internal Revenue Services ("IRS") limitations of $7,500 for the year ended December 31, 2024. Participants may also contribute amounts representing distributions from other qualified plans.

The Company may make discretionary matching or profit-sharing contributions to the Plan. During 2024, the Company is matching 6% of each participant's compensation. Participants must have performed one year of service and be employed on the last day of the Plan year, except in the event of death, disability or retirement during the year, to be eligible to participate. For the year ended December 31, 2024, the Employer did not make a discretionary profit-sharing contribution.

### Participant Accounts

Each participant's account is credited with the participant's contribution and the Company's matching contribution and performance sharing amounts, if applicable. Each participant's account shall be allocated earnings, gains, expenses, and losses with respect to the investments of the participant's account. Allocations of plan earnings or losses are based on each participant's investment fund balance in proportion to the total investment fund balance.

### Vesting

Participants are fully vested in their elective contributions, as well as any rollover contributions plus or minus any earnings or losses thereon. A participant's vested percentage in the portion of his/her account attributable to any Employer discretionary matching and profit-sharing contribution plus actual earnings/losses thereon are 100% vested in the event of death, reaching retirement age, in case of permanent disability, or after 3 years of credited services.

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Notes to Financial Statements**
**December 31, 2024 and 2023**

### Note A – Description of Plan (continued)

**Notes Receivable from Participants**

Loans to participants are allowed in accordance with the provisions of the Plan agreement. A participant may borrow the lesser of 50% of their vested account balance or $50,000, subject to a $1,000 minimum. Loans are secured by the balance in the participant's account. Participants may only have one loan outstanding at any time. Loan interest rate is determined by the prime rate plus 1%. Repayment of the loan is required to be made in level payments of principal and interest through payroll deductions each pay period over a term not exceeding five years, or ten years for loans used for the purchase of a primary residence. Principal and interest payments with respect to the notes are credited solely to the account of the borrowing participant from which the note was made.

Notes receivable from participants are measured at their unpaid principal balances plus any accrued but unpaid interest. The Plan Administrator shall consider a loan in default if any scheduled repayment remains unpaid as of the last business day of the calendar quarter following the calendar quarter in which a loan is initially considered past due.

**Payment of Benefits**

On termination of service due to death, disability or retirement, a participant may elect to receive either a lump-sum amount equal to the value of the participant's vested interest in his or her account or installments paid over various periods, as defined in the Plan agreement. If a participant's vested balance is $5,000 or less, the Company may distribute the entire vested account balance to the participant without their consent. Participants may also obtain distributions from their vested balances while still employed in due to hardships, becoming disabled, or attainment of normal retirement age.

**Forfeitures**

Non-vested benefits of terminated participants are forfeited on the date the participant receives a complete distribution of vested benefits. Forfeitures are used to reduce the Plan's expense and Employer contribution. At December 31, 2024 and 2023, forfeited non-vested accounts totaled approximately $400. During the year ended December 31, 2024, there were no forfeitures used to reduce the Plan's expense and Employer contribution.

**Plan Termination**

Although it has not expressed any intent to do so, the Employer has the right under the Plan to discontinue its contributions at any time and terminate the Plan subject to the provisions of ERISA. In the event of termination of the Plan, each participant's account will become fully vested and non-forfeitable. All appropriate accounting provisions of the Plan will continue to apply until the accounts of all participants have been distributed.

### Note B – Summary of Significant Accounting Policies

**Basis of Presentation**

The accompanying financial statements are presented on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

**Use of Estimates**

The preparation of financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, as well as the reported amounts of changes in net assets during the reporting period. Such estimates include those regarding fair value. Actual results could differ from those estimates.

**Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan**
Notes to Financial Statements
December 31, 2024 and 2023

### Note B – Summary of Significant Accounting Policies (continued)

**Valuation of Investments**

The Plan's investments are stated at fair value. Quoted market prices are used to value investments.

Purchases and sales of investments are recorded on a trade-date basis. Interest income is recorded on the accrual basis. Dividends are recorded on the ex-dividend date.

**Payment of Benefits**

Benefits are recorded when paid.

**Administrative Expenses**

Certain expenses of maintaining the Plan are paid by the Plan, unless otherwise paid by the Employer. Expenses that are paid by the Employer are excluded from these financial statements. Fees related to the administration of notes receivable from participants are charged directly to the participant's account and are included in administrative expenses. Investment related expenses are included in net appreciation of fair value of investments.

**Fair Value Measurements**

The Financial Accounting Standards Board has established a framework for measuring fair value in ASC 820, *Fair Value Measurements*. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements.) The three levels of the fair value hierarchy are described below:

| | |
|---|---|
| *Level 1* | Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access. |
| *Level 2* | Inputs to the valuation methodology include:<br>Quoted prices for similar assets or liabilities in active markets;<br>Quoted prices for identical or similar assets or liabilities in inactive markets;<br>Inputs other than quoted prices that are observable for the asset or liability;<br>Inputs that are derived principally from or corroborated by observable market data by correlation or other means.<br><br>If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability. |
| *Level 3* | Inputs to the valuation methodology are unobservable and significant to the fair value measurement. |

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2024 and 2023.

*Mutual funds*: Valued at the daily closing price as reported by the fund. Mutual funds held by the Plan are open-end mutual funds that are registered with the Securities and Exchange Commission. These funds are required to publish their daily Net Asset Value (NAV) and to transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Notes to Financial Statements**
**December 31, 2024 and 2023**

## Note B – Summary of Significant Accounting Policies (continued)

### Fair Value Measurements (continued)

*Guaranteed Interest Contracts:* This investment is a series of group annuity contracts backed by Equitable Financial Life Insurance Company's claims paying ability whereby the annuity guarantees principal and a minimum interest rate. The non-fully benefit-responsive portion of these contracts provides an opportunity for additional amounts in excess of the guaranteed rate and is reported at fair value and classified within Level 3 of the valuation hierarchy.

The methods described above may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of December 31, 2024 and 2023:

|  | Assets Measured at Fair Value at 12/31/2024 | Quoted Prices in Active Markets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Mutual funds | $ 2,171,251 | $ 2,171,251 | $ - | $ - |
| Guaranteed interest contracts | 2,911,605 |  |  | 2,911,605 |
| Investments at fair value | 5,082,856 | 2,171,251 | - | 2,911,605 |
| Total investments at fair value | $ 5,082,856 |  |  |  |

|  | Assets Measured at Fair Value at 12/31/2023 | Quoted Prices in Active Markets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Mutual funds | $ 2,091,575 | $ 2,091,575 | $ - | $ - |
| Guaranteed interest contracts | 3,399,082 |  |  | 3,399,082 |
| Investments at fair value | 5,490,657 | 2,091,575 | - | 3,399,082 |
| Total investments at fair value | $ 5,490,657 |  |  |  |

The following table sets forth a summary of changes in the fair value of the Plan's Level 3 assets for the year ended December 31, 2024:

| | |
|---|---|
| Balance, beginning of year | $ 3,399,082 |
| Net appreciation | 211,394 |
| Contributions | 72,423 |
| Transfers to/from other investments, net | (771,294) |
| Balance, end of year | $ 2,911,605 |

# Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan
**Notes to Financial Statements**
**December 31, 2024 and 2023**

### Note C – Certified Investments

Certain information related to investments and notes receivable from participants disclosed in the accompanying financial statements and ERISA-required supplemental schedule, including investments and notes receivable from participants held at December 31, 2024 and 2023, and net appreciation in fair value of investments, and interest income on notes receivable from participants for the year ended December 31, 2024, was obtained by management and agreed to or derived from information certified as complete and accurate by Equitable Financial Life Insurance Company, a qualified institution. As of December 31, 2024 and 2023, and for the year ended December 31, 2024, the Plan Administrator instructed the auditors not to perform any auditing procedures with respect to the information certified by Equitable Financial Life Insurance Company, except for comparing such information to the related information included in the financial statements, as permitted by 29 CFR 2520.103-8 of the DOL's Rules and Regulations for Reporting and Disclosure under ERISA.

### Note D – Party-In-Interest Transactions

Fees paid during the year for accounting and other services rendered by parties-in-interest were based on customary and reasonable rates for such services. Certain Plan investments and the related transactions as of December 31, 2024 and 2023, and for the year ended December 31, 2024, were in investment fund managed by the Trustee; therefore, these investments and transactions qualify as party-in-interest transactions. Notes receivable from participants are also considered to be party-in-interest transactions because they are transacted with Plan participants. Fees paid to parties-in-interest by the Plan for services amounted to approximately $800 during the year ended December 31, 2024.

### Note E – Income Tax Status

The Plan has received a determination letter from the IRS dated June 30, 2020, stating that the written form of the underlying prototype document is qualified under Section 401(a) of the IRC, and that any employer adopting this form of the Plan will be considered to have a plan qualified under Section 401(a) of the IRC. Therefore, the related trusts is exempt from taxation. Once qualified, the Plan is required to operate in conformity with IRC to maintain its qualification. Although the Plan has been amended since receiving the determination letter, the Plan Administrator believes the Plan is designed and is currently being operated in compliance with the applicable requirements of the IRC.

Plan management has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2024 and 2023 there are no uncertain positions taken or expected to be taken that would require recognition of a liability (or asset) or disclosure in the financial statements. The Plan is subject to audit by taxing jurisdictions; however, there are currently no audits for any tax periods in progress. Plan management believes it is no longer subject to income tax examinations for years prior to 2021.

### Note F – Risks and Uncertainties

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect participants' account balances and the amounts reported in the statements of net assets available for benefits.

**Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan**
**Notes to Financial Statements**
**December 31, 2024 and 2023**

### Note G – Reconciliation of Financial Statements to Form 5500

The following is a reconciliation of net assets available for benefits per the financial statements to the Form 5500 as of December 31:

|  | **2024** | **2023** |
|---|---:|---:|
| Net assets available for benefits per the financial statements | $ 5,230,364 | $ 5,643,823 |
| Less: Participant loans deemed distributions | (141,512) | (141,512) |
| Net assets available for benefits per the Form 5500 | $ 5,088,852 | $ 5,502,311 |

IRS regulations state that all loans in default or determined to be uncollectible as of the end of the plan year cannot be considered a plan asset. For financial statement purposes, the plan carries the loan until the participant terminates from the plan. Until they do that, there is still the possibility of repayment.

### Note H – Subsequent Events

Subsequent events have been evaluated through October 3, 2025, which is the date the financial statements were available to be issued.

# Supplemental Schedule

**Iberia Líneas Aéreas de España SA Operadora Co. Retirement Plan (EIN): 98-0680896 Plan #002**
Schedule H, Line 4i - Supplemental Schedule of Assets (Held at End of Year)
As of December 31, 2024

| (a) | (b) Identity of issuer/ (c) Description of investment | | (e) Current value |
|---|---|---|---:|
| | (i) Mutual funds: | | |
| * | EQ / COMMON STOCK INDEX | $ | 453,277 |
| * | EQ / EQUITY 500 INDEX | | 311,810 |
| | INVESCO DISCOVERY LARGE CAP A | | 310,041 |
| | INVESCO SMALL CAP GROWTH A | | 162,134 |
| * | EQ/LARGE CAP VALUE MANAGED VOLATILITY | | 146,763 |
| * | EQ/MODERATE ALLOCATION | | 139,158 |
| | ARIEL APPRECIATION FUND A | | 91,254 |
| | MFS RESEARCH INTNTL A | | 87,087 |
| | FRANKLIN MUTUAL SHARES FUND A | | 74,463 |
| | AB SMALL CAP GROWTH FUND A | | 68,335 |
| | AB GLOBAL REAL ESTATE INVESTMENT FUND A | | 57,056 |
| * | EQ/AGGRESSIVE ALLOCATION | | 45,204 |
| | FRANKLIN GOLD & PRECIOUS METALS FND CL A | | 43,240 |
| * | EQ/CONSERVATIVE PLUS ALLOCATION | | 43,192 |
| | COLUMBIA SMALL CAP VALUE FUND A | | 43,134 |
| * | EQ / INTERNATIONAL EQUITY INDEX | | 32,720 |
| * | EQ/CORE BOND INDEX | | 25,304 |
| * | EQ/GLOBAL EQUITY MANAGED VOLATILITY | | 18,256 |
| * | EQ/MODERATE PLUS ALLOCATION | | 17,431 |
| | INVESCO DEVELOPING MARKETS A | | 1,392 |
| | | Total mutual funds | 2,171,251 |
| | (ii) Guaranteed interest account: | | |
| * | GUARANTEED INTEREST OPTION | | 2,911,605 |
| * | Notes receivable from participants (4.25%) | | 147,508 |
| | Total investments and notes receivables from participants | $ | 5,230,364 |

* Party-in-interest as defined by ERISA.