# Exhibit E



| Date | Event |
|---|---|
| Jan. 26, 2017 | INTERNATIONAL REGISTRATION RENEWED |
| Aug. 14, 2015 | NEW REPRESENTATIVE AT IB RECEIVED |
| May 28, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 12, 2014 | NOTICE OF ACCEPTANCE OF SEC. 71 - MAILED |
| May 12, 2014 | REGISTERED-SEC.71 ACCEPTED |
| Apr. 10, 2014 | REGISTERED-SEC.71 FILED |
| May 09, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Apr. 10, 2014 | TEAS SECTION 71 RECEIVED |
| Feb. 17, 2014 | CHANGE OF NAME/ADDRESS REC'D FROM IB |
| Jan. 10, 2013 | CORRECTION FROM IB ENTERED - NO REVIEW REQUIRED |
| Jan. 05, 2013 | CORRECTION TRANSACTION RECEIVED FROM IB |
| Jul. 12, 2011 | CHANGE OF NAME/ADDRESS REC'D FROM IB |
| Apr. 08, 2011 | CHANGE OF OWNER RECEIVED FROM IB |
| Sep. 04, 2008 | FINAL DECISION TRANSACTION PROCESSED BY IB |
| Aug. 08, 2008 | FINAL DISPOSITION NOTICE SENT TO IB |
| Aug. 08, 2008 | FINAL DISPOSITION PROCESSED |
| Jul. 22, 2008 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB |
| Apr. 22, 2008 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 05, 2008 | PUBLISHED FOR OPPOSITION |
| Jan. 16, 2008 | NOTICE OF PUBLICATION |
| Jan. 03, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Jan. 03, 2008 | ASSIGNED TO LIE |
| Nov. 15, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Nov. 15, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 14, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 13, 2007 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Nov. 14, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jun. 01, 2007 | REFUSAL PROCESSED BY IB |
| May 16, 2007 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| May 16, 2007 | REFUSAL PROCESSED BY MPU |
| May 15, 2007 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| May 14, 2007 | NON-FINAL ACTION WRITTEN |
| May 11, 2007 | ASSIGNED TO EXAMINER |
| May 11, 2007 | NEW APPLICATION ENTERED |
| May 10, 2007 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

### International Registration Information (Section 66a)

| | |
|---|---|
| International Registration Number: | 0919725 |
| International Registration Date: | Jan. 08, 2007 |
| Priority Claimed Flag: | Yes |
| Date of Section 67 Priority Claim: | Jul. 10, 2006 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED |
| Date of International Registration Status: | May 10, 2007 |
| Notification of Designation Date: | May 10, 2007 |
| Date of Automatic Protection: | Jul. 03, 2014 |
| International Registration Renewal Date: | Jan. 08, 2027 |
| First Refusal Flag: | Yes |

### TM Staff and Location Information

**TM Staff Information** - None

**File Location**

| | |
|---|---|
| Current Location: | GENERIC WEB UPDATE |
| Date in Location: | May 08, 2018 |

### Assignment Abstract Of Title Information

**Summary**    ▼ Conveyance Filter

| | | | |
|---|---|---|---|
| Total Assignments: | 3 | Registrant: | IBERIA, LINEAS AEREAS DE ESPAÑA, S.A. |

#### Assignment 1 of 3    ▼ Expand All

| | |
|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST |
| Reel/Frame: | 4516/0962 |
| Pages: | 2 |
| Date Recorded: | Apr. 08, 2011 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4516/0962 |

**Assignor**

| | |
|---|---|
| Name: | IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A. |
| Execution Date: | Jan. 28, 2011 |
| Legal Entity Type: | UNKNOWN |
| State or Country Where Organized: | SPAIN |

**Assignee**

| | |
|---|---|
| Name: | IBERIA, LÍNEAS AÉREAS DE ESPAÑA, SOCIEDAD ANÓNIMA OPERADORA (SOCIEDAD UNIPERSONAL) |
| Legal Entity Type: | SOCIEDAD UNIPERSONAL IN ESPAÑA |
| State or Country Where Organized: | No Place of Organization Found |
| Address: | C/ VELÁZQUEZ, 130<br>E-28006 MADRID , |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | IBERIA, LÍNEAS AÉREAS DE ESPAÑA, |
| Correspondent Address: | C/ VELÁZQUEZ, 130<br>E-28006 MADRID<br>SPAIN |

**Domestic Representative** - Not Found

#### Assignment 2 of 3

| | |
|---|---|
| Conveyance: | CHANGE OF NAME |
| Reel/Frame: | 4573/0543 |
| Pages: | 2 |
| Date Recorded: | Jul. 02, 2011 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4573/0543 |

**Assignor**

| | |
|---|---|
| Name: | IBERIA, L?NEAS A?REAS DE ESPA?A, SOCIEDAD AN?NIMA OPERADORA (SOCIEDAD UNIPERSONAL) |
| Execution Date: | Mar. 31, 2011 |
| Legal Entity Type: | UNKNOWN |
| State or Country Where Organized: | SPAIN |

**Assignee**

| | |
|---|---|
| Name: | IBERIA, L?NEAS A?REAS DE ESPA?A, SOCIEDAD AN?NIMA OPERADORA |
| Legal Entity Type: | UNKNOWN |
| State or Country Where Organized: | No Place of Organization Found |
| Address: | C/ VEL?ZQUEZ, 130<br>E-28006 MADRID , |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | IBERIA, L?NEAS A?REAS DE ESPA?A, |
| Correspondent Address: | C/ VEL?ZQUEZ, 130<br>E-28006 MADRID<br>SPAIN |

**Domestic Representative** - Not Found

