# Exhibit F



| | | | |
|---|---|---|---|
| Owner Address: | Calle Martínez Villergas, 49<br>Madrid SPAIN E-28027 | | |
| Legal Entity Type: | Sociedad Anónima Operadora | State or Country Where Organized: | SPAIN |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Elizabeth Lee D'Amore | Docket Number: | CLM-340-TM |
| Attorney Primary Email Address: | info@lmiplaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Elizabeth Lee D'Amore<br>Lucas & Mercanti LLP<br>100 S. Jefferson Road, Suite 202<br>Whippany, NEW JERSEY United States 07981 | | |
| Phone: | 212-661-8000 | Fax: | 212-661-8002 |
| Correspondent e-mail: | info@lmiplaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| Domestic Representative Name: | Elizabeth Lee D'Amore | Phone: | 212-661-8000 |
| Fax: | 212-661-8002 | | |
| Domestic Representative e-mail: | info@lmiplaw.com | Domestic Representative e-mail Authorized: | Yes |

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 09, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 09, 2025 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 09, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 09, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 05, 2025 | TEAS SECTION 71 RECEIVED | |
| Dec. 08, 2024 | COURTESY REMINDER - SEC. 71 (10-YR) E-MAILED | |
| Mar. 21, 2024 | INTERNATIONAL REGISTRATION RENEWED | |
| Dec. 02, 2023 | PARTIAL INVALIDATION PROCESSED BY THE IB | |
| Oct. 30, 2023 | GENERIC MADRID TRANSACTION SENT TO IB | |
| Oct. 30, 2023 | GENERIC MADRID TRANSACTION CREATED | 73787 |
| Oct. 27, 2023 | PARTIAL INVALIDATION OF REG EXT PROTECTION CREATED | |
| Feb. 27, 2023 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Feb. 27, 2023 | REGISTERED - PARTIAL SEC 71 ACCEPTED | |
| Feb. 15, 2023 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Sep. 22, 2022 | INVALIDATION REVIEWED - NO ACTION REQUIRED BY OFFICE | |
| Aug. 26, 2022 | OFFICE ACTION ISSUED POU2 | |
| Aug. 07, 2022 | PARTIAL INVALIDATION OF REG EXT PROTECTION CREATED | |
| Jun. 07, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Dec. 07, 2021 | OFFICE ACTION ISSUED POU1 | |
| Dec. 07, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 24, 2021 | TEAS SECTION 71 RECEIVED | |
| Dec. 08, 2020 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Aug. 19, 2016 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Mar. 31, 2016 | GENERIC MADRID TRANSACTION SENT TO IB | |
| Mar. 31, 2016 | GENERIC MADRID TRANSACTION CREATED | |
| Mar. 08, 2016 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Dec. 11, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Dec. 08, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Nov. 25, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Sep. 22, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 22, 2015 | PUBLISHED FOR OPPOSITION | |
| Sep. 18, 2015 | NOTIFICATION PROCESSED BY IB | |
| Sep. 02, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Sep. 02, 2015 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Sep. 02, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 14, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Aug. 14, 2015 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Aug. 03, 2015 | ASSIGNED TO LIE | |
| Jul. 22, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 22, 2015 | EXAMINER'S AMENDMENT ENTERED | |
| Jul. 22, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jul. 22, 2015 | EXAMINERS AMENDMENT E-MAILED | |
| Jul. 22, 2015 | EXAMINERS AMENDMENT -WRITTEN | |
| Apr. 28, 2015 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Apr. 28, 2015 | LETTER OF SUSPENSION E-MAILED | |
| Apr. 28, 2015 | SUSPENSION LETTER WRITTEN | |
| Mar. 05, 2015 | ASSIGNED TO EXAMINER | |
| Jan. 06, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 05, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 05, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 22, 2014 | REFUSAL PROCESSED BY IB | |
| Jul. 03, 2014 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Jul. 03, 2014 | REFUSAL PROCESSED BY MPU | |
| Jul. 02, 2014 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Jul. 01, 2014 | NON-FINAL ACTION WRITTEN | |
| Jun. 24, 2014 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 20, 2014 | ASSIGNED TO EXAMINER | |
| Jun. 20, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 19, 2014 | LIMITATION FROM ORIGINAL APPLICATION ENTERED | |

