# Exhibit G



| Date | Event | |
|---|---|---|
| Nov. 26, 2023 | PARTIAL INVALIDATION PROCESSED BY THE IB | |
| Oct. 17, 2023 | GENERIC MADRID TRANSACTION SENT TO IB | |
| Oct. 17, 2023 | GENERIC MADRID TRANSACTION CREATED | 73787 |
| Jul. 02, 2023 | PARTIAL INVALIDATION OF REG EXT PROTECTION CREATED | |
| Nov. 02, 2022 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Nov. 02, 2022 | REGISTERED-SEC.71 ACCEPTED | |
| Oct. 31, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 30, 2022 | OFFICE ACTION ISSUED POU2 | |
| Apr. 30, 2022 | OFFICE ACTION ISSUED POU2 | |
| Apr. 19, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Nov. 22, 2021 | OFFICE ACTION ISSUED POU1 | |
| Nov. 18, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 05, 2021 | TEAS SECTION 71 RECEIVED | |
| May 05, 2020 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Nov. 08, 2015 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Sep. 01, 2015 | GENERIC MADRID TRANSACTION SENT TO IB | |
| Sep. 01, 2015 | GENERIC MADRID TRANSACTION CREATED | |
| Aug. 14, 2015 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Aug. 05, 2015 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| May 05, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 03, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2015 | PUBLISHED FOR OPPOSITION | |
| Feb. 14, 2015 | NOTIFICATION PROCESSED BY IB | |
| Jan. 28, 2015 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jan. 28, 2015 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Jan. 28, 2015 | NOTICE OF PUBLICATION | |
| Jan. 13, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jan. 13, 2015 | ASSIGNED TO LIE | |
| Dec. 23, 2014 | EXAMINERS AMENDMENT MAILED | |
| Dec. 22, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 22, 2014 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 22, 2014 | EXAMINERS AMENDMENT -WRITTEN | |
| Jul. 12, 2014 | REFUSAL PROCESSED BY IB | |
| Jun. 24, 2014 | APPLICATION FILING RECEIPT MAILED | |
| Jun. 23, 2014 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Jun. 23, 2014 | REFUSAL PROCESSED BY MPU | |
| Jun. 22, 2014 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Jun. 21, 2014 | NON-FINAL ACTION WRITTEN | |
| Jun. 20, 2014 | ASSIGNED TO EXAMINER | |
| Jun. 20, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jun. 19, 2014 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

### International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| International Registration Number: | 1206070 | International Registration Date: | Feb. 03, 2014 |
| Priority Claimed Flag: | Yes | Date of Section 67 Priority Claim: | Sep. 27, 2013 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: | Jun. 19, 2014 |
| Notification of Designation Date: | Jun. 19, 2014 | Date of Automatic Protection: | Dec. 19, 2015 |
| International Registration Renewal Date: | Feb. 03, 2034 | | |
| First Refusal Flag: | Yes | | |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | GENERIC WEB UPDATE | Date in Location: | Nov. 02, 2022 |

### Assignment Abstract Of Title Information - None recorded

### Proceedings - None recorded

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center


UNITED STATES PATENT AND TRADEMARK OFFICE

**BROWSE BY TOPIC**
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Careers
Contact Us

**ABOUT THIS SITE**
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

**USPTO BACKGROUND**
Federal Activity Inventory Reform Act (FAIR)
USPTO Budget and Performance
Freedom of Information Act
Information Quality Guidelines

**FEDERAL GOVERNMENT**
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy

