# Exhibit H





| | | | |
|---|---|---|---|
| | transport services; airport baggage check-in services; conducting security inspection; booking of travel tickets; ticketing of travel by airline tickets, cruise tickets and train tickets; Booking of travel tickets, namely, issuing of travel tickets; travel agency services, namely, making reservations and bookings for transportation; packaging and storage of merchandise; traveler transport services; all being services offered in the physical or real world, including online | | |
| International Class(es): | 039 - Primary Class | U.S Class(es): | 100, 105 |
| Class Status: | ACTIVE | | |
| For: | Entertainment services, namely, helicopter rides; entertainment services, specifically, providing an online virtual world that includes online travel agency services, escorting of travelers, passenger transport, packaging and storage of merchandise, organization of travel, traveler transport services, temporary accommodation services, restaurant services, hotel services, tourist and holiday accommodation, restaurant services, restaurant services provided by airline companies, organization of meals on passenger flights, ticket reservation services for educational, cultural and sporting activities, all being virtual and non-downloadable for use in virtual environments, for the purpose of simulating these activities in order to entertain the participants in the virtual world; entertainment services, specifically, providing online interactive augmented reality games and entertainment in the nature of videos, and augmented reality content and experiences in the nature of videos and images displayed to end users; interactive entertainment services, namely, providing on-line co-op video games, educational services, namely, provision of educational courses relating to travel, electronic desktop publishing; virtual reality amusement arcade services; virtual reality game services provided online from a computer network; online interactive entertainment, namely, providing temporary use of non-downloadable interactive games; organization of conferences, exhibitions and competitions in the field of virtual reality video games; organizing and conducting of competitions and entertainment events for players of video games, computer games, electronic or interactive multimedia games; supply of electronic publications online, which are not downloadable, namely, publication of electronic books and journals on-line, ticket reservation services for activities and events for education, entertainment and sports | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| For: | Services for providing food and beverages; providing temporary accommodation, restaurant, cafeteria and bar services; catering services; food services by contract; catering of food and drink; consultancy services relating to meals and beverages; food and beverage preparation services; restaurant services for the provision of fast food, provision of advice, information and consultancy services relating to aforesaid services; hotel accommodation services; tourist and vacation accommodation; restaurant services provided by airline companies; organization of meals on passenger flights, namely, providing in-flight meal services in an airplane ; all being services offered in the physical or real world, including online | | |
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | Yes | Currently 66A: | Yes |
| Filed No Basis: | No | Currently No Basis: | No |

### Current Owner(s) Information

| | |
|---|---|
| Owner Name: | IBERIA, LÍNEAS AÉREAS DE ESPAÑA, SOCIEDAD ANÓNIMA OPERADORA |
| Owner Address: | Calle Martínez Villergas 49 E-28027 Madrid SPAIN |
| Legal Entity Type: | sociedad anonima (sa) |
| State or Country Where Organized: | SPAIN |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Elizabeth Lee D'Amore | Docket Number: | CLM-2023-TM |
| Attorney Primary Email Address: | info@imiplaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Elizabeth Lee D'Amore Lucas & Mercanti, LLP 100 S. Jefferson Road, Suite 202 Whippany, NEW JERSEY United States 07981 |
| Phone: | 2126618000 | Fax: | 212-661-8002 |
| Correspondent e-mail: | info@imiplaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| Domestic Representative Name: | Elizabeth Lee D'Amore | Phone: | 2126618000 |
| | | Fax: | 212-661-8002 |
| Domestic Representative e-mail: | info@imiplaw.com | Domestic Representative e-mail Authorized: | Yes |

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 04, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 04, 2025 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 04, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 04, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 02, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Apr. 02, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 16, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 16, 2024 | PUBLISHED FOR OPPOSITION | |
| Jan. 13, 2024 | NOTIFICATION PROCESSED BY IB | |
| Dec. 27, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Dec. 27, 2023 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Dec. 27, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 14, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 13, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 13, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Dec. 13, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Dec. 13, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Dec. 02, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2023 | NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2023 | NON-FINAL ACTION WRITTEN | |
| Nov. 27, 2023 | LIMITATION FROM THE IB - REQUEST EXAM REVIEW | |
| Oct. 29, 2023 | LIMITATION OF GOODS RECEIVED FROM IB | |
| Oct. 26, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 26, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 26, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 10, 2023 | REFUSAL PROCESSED BY IB | |
| Sep. 17, 2023 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Sep. 17, 2023 | REFUSAL PROCESSED BY MPU | |
| Aug. 27, 2023 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Aug. 26, 2023 | NON-FINAL ACTION WRITTEN | |
| Jul. 07, 2023 | ASSIGNED TO EXAMINER | |
| Nov. 08, 2022 | APPLICATION FILING RECEIPT MAILED | |
| Nov. 04, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |

