# Exhibit J



An official website of New York State.   Here's how you know

## Department of State
### Division of Corporations

### Entity Information

[Return to Results]  [Return to Search]

### Entity Details

**ENTITY NAME:** IAG CARGO LIMITED
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 09/28/2012
**EFFECTIVE DATE INITIAL FILING:** 09/28/2012
**FOREIGN FORMATION DATE:** 05/18/2012
**COUNTY:** QUEENS
**JURISDICTION:** UNITED KINGDOM

**DOS ID:** 4301888
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 09/30/2026
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** C T CORPORATION SYSTEM
**Address:** 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005

Electronic Service of Process on the Secretary of State as agent: Not Permitted

#### Chief Executive Officer's Name and Address

**Name:** WILLIAM DAVID SHEPHERD
**Address:** CARRUS CARGO CENTRE, SEALAND RD, LONDON HEATHROW AIRPORT, HOUNSLOW, MIDDLESEX, UNITED KINGDOM, TW6 2JS

#### Principal Executive Office Address

**Address:** CARRUS CARGO CENTRE, SEALAND RD, LONDON HEATHROW AIRPORT, HOUNSLOW, MIDDLESEX, UNITED KINGDOM, TW6 2JS

#### Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM
**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

#### Entity Primary Location Name and Address

**Name:**
**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

#### Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|