# Exhibit K

# 2025 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000002289

**Entity Name:** IAG CARGO LIMITED INCORPORATED

**FILED**
May 16, 2025
Secretary of State
6017223735CC

## Current Principal Place of Business:

CARRUS CARGO CENTRE
SEALAND ROAD, LONDON HEATHROW AIRPORT
HOUNSLOW, MIDDLESEX TWD 2JS

## Current Mailing Address:

11 W 42ND ST
FL 24
NEW YORK, NY 10036 US

**FEI Number:** 37-1699634

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                          Date

## Officer/Director Detail :

| Title | DIRECTOR | | Title | DIRECTOR |
|---|---|---|---|---|
| Name | LOPEZ SOLAS, MARIA JESUS | | Name | BARRIONUEVO URGEL, JOSE ANTONIO |
| Address | CARRUS CARGO CENTRE SEALAND ROAD, LONDON HEATHROW AIRPORT | | Address | CARRUS CARGO CENTRE SEALAND ROAD, LONDON HEATHROW AIRPORT |
| City-State-Zip: | HOUNSLOW  TW6 2JS | | City-State-Zip: | HOUNSLOW  MIDDLESEX  TWD 2JS |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | MCNEELA, NESSA | | Name | SHEPHERD, WILLIAM DAVID |
| Address | CARRUS CARGO CENTRE SEALAND ROAD, LONDON HEATHROW AIRPORT | | Address | CARRUS CARGO CENTRE SEALAND ROAD, LONDON HEATHROW AIRPORT |
| City-State-Zip: | HOUNSLOW  TWD 2JS | | City-State-Zip: | HOUNSLOW  MIDDLESEX  TW6 2JS |
| Title | DIRECTOR | | | |
| Name | CADBURY, NICHOLAS THEODORE | | | |
| Address | CARRUS CARGO CENTRE SEALAND ROAD, LONDON HEATHROW AIRPORT | | | |
| City-State-Zip: | HOUNSLOW  MIDDLESEX  TW6 2JS | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NESSA MCNEELA                                              CFO                              05/16/2025

Electronic Signature of Signing Officer/Director Detail                                                                          Date