# Exhibit L

# Nuñez de Balboa 73

Banco de la Nación Argentina

BA ID: **585**

## Payments

🔒 Sanctions

🔒 SOEs

## Standard Settlement Instructions

This bank has **3** settlement centres. Select which centre you want to see information for:

New York, USA, Branch (NACNUS33, 009119) ▼

SSI information last provided: **NACNUS33** on 24 Dec 2025, **009119** on 15 Aug 2025

**Filters applied:**
Selected currency: all
Selected country/region: all
Selected transactions: all
Selected beneficiary: all



| Currency | SSI Type | Transactions | Correspondent Bank | Correspondent Code | Account No | Payment Routes | Additional Info | Beneficiary Bank Code |
|---|---|---|---|---|---|---|---|---|
| USD | CHIPS | Payments | Citibank NA New York, USA | 0008 | | | | 009119 |
| USD | CHIPS | Payments | JPMorgan Chase Bank, National Association New York, USA | 0002 | | | | 009119 |
| AUD | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 173036 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| CAD | SWIFT SSI | CP | Banco de la Nación Argentina New York, USA | NACNUS33 | 150455 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| CHF | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 101756 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| CNY | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 173157 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |

| Currency | SSI Type | Transactions | Correspondent Bank | Correspondent Code | Account No | Payment Routes | Additional Info | Beneficiary Bank Code |
|---|---|---|---|---|---|---|---|---|
| DKK | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 173208 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| EUR | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 101035 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| GBP | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 101826 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| JPY | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 101392 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| NOK | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 173578 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |

| Currency | SSI Type | Transactions | Correspondent Bank | Correspondent Code | Account No | Payment Routes | Additional Info | Beneficiary Bank Code |
|---|---|---|---|---|---|---|---|---|
| SEK | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 173752 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| USD | SWIFT SSI | CP | Banco de la Nación Argentina New York, USA | NACNUS33 | 101023 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| USD | SWIFT SSI | CP | Banco de la Nación Argentina Miami, USA | NACNUS3M | 4000101000 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |
| USD | SWIFT SSI | CP | Banco de la Nación Argentina Madrid, Spain | NACNESMM | 101000 | Banco de la Nación Argentina Buenos Aires, Argentina SWIFT BIC: NACNARBA | | NACNUS33 |

## Correspondents

| Country/Region | Entity Name |
|---|---|
| Spain | Banco de la Nación Argentina |
| USA | Banco de la Nación Argentina<br>Citibank NA<br>Deutsche Bank Trust Company Americas<br>JPMorgan Chase Bank, National Association<br>Standard Chartered Bank<br>Wells Fargo Bank National Association |