# LEVINE LEE LLP

400 Madison Avenue
New York, NY 10017
212-223-4400 main
www.levinelee.com

**Seth L. Levine**
212-257-4040 direct
slevine@levinelee.com

March 5, 2026

<u>VIA ECF</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>***Petersen Energía Inversora, S.A.U. v. Argentine Republic***, No. 15-cv-02739; ***Eton Park Capital Management, L.P. v. Argentine Republic***, No. 16-cv-08569</u>

Your Honor:

  Pursuant to Rule 2(G) of Your Honor's Individual Practices and Paragraph 13 of the stipulation and order governing the production and exchange of confidential materials in these actions (*Petersen* Dkt. No. 674; *Eton Park* Dkt. No. 596) (the "Protective Order"), and at the Republic's request, Plaintiffs respectfully seek leave to file under seal Exhibits A and B to the Declaration of Seth L. Levine, dated March 5, 2026, accompanying Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Sanctions and a Contempt Finding Against the Republic of Argentina.

  Exhibits A and B consist of WhatsApp communications between Republic officials and the BCRA produced by the Republic. The Republic has designated Exhibits A and B as "Confidential" pursuant to the Protective Order. Plaintiffs object to the sealing of Exhibits A and B, but submit this letter motion solely pursuant to the Protective Order.

Respectfully submitted,

*/s/ Seth L. Levine*
Seth L. Levine
Alison M. Bonelli

cc: All counsel of record (via ECF)