UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
PETERSEN ENERGIA INVERSORA, S.A.U. AND : Civil Action No. 1:15-cv-2739-LAP
PETERSEN ENERGIA, S.A.U. :
:
                Plaintiffs, :
  vs. :
:
ARGENTINE REPUBLIC AND YPF, S.A. :
:
                Defendants.
------------------------------------------------------------- x
ETON PARK CAPITAL MANAGEMENT, L.P., : Civil Action No. 1:16-cv-08569-LAP
ETON PARK MASTER FUND, LTD., AND ETON :
PARK FUND, L.P., :
              Plaintiffs, : **Declaration of Anthony U. Battista**
  vs. : **in Further Support of Non-Party**
: **Iberia's Motion for a Protective**
ARGENTINE REPUBLIC AND YPF, S.A. : **Order Pursuant to FRCP Rule**
: **26(c)**
                Defendants. :
------------------------------------------------------------- x

I, Anthony U. Battista, Esq., state and declare as follows:

    1.    I am an attorney admitted to the Bar of the State of New York and admitted to practice before the United States District Court of the Southern District of New York.

    2.    I am a member of Condon & Forsyth LLP, and counsel for non-party respondent IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL (hereinafter "Iberia").

    3.    I submit this Declaration in Further Support of Iberia's Motion pursuant to FRCP Rule 26(c) for a Protective Order against plaintiffs/judgment-creditors PETERSEN ENERGIA INVERSORA, S.A.U. and PETERSEN ENERGIA, S.A.U. (hereinafter "Petersen Energia").

    4.    This Declaration is based on my personal knowledge. The information contained in this Declaration is true and accurate to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

1

5. Iberia is an airline that operates a "hub-and-spoke" model. Therefore, flights operate to and from its headquarters in Spain.

6. Therefore, Iberia's U.S. operations and personnel exclusively support its flights between the United States and Spain.

7. Iberia has fewer than fifteen employees in the United States of its approximately 11,000 employees that make up its worldwide workforce. As stated in the foregoing paragraph, these employees only support operations between the United States and Spain. They do not assist with or support scheduled or unscheduled/charter operations between South America and Europe. Therefore, there is no connection between Iberia's U.S. operations and the flights in question between Argentina and the United Kingdom.

8. While drafting the accompanying Reply Memorandum of Law, I researched examples of courts using Rule 4(k)(2) as the basis for jurisdiction for non-party post-judgment subpoenas. I could not locate any examples of U.S. courts using Rule 4(k)(2) in this manner.

9. As set forth in the accompanying Reply Memorandum of Law in Further Support of Iberia's Motion for a Protective Order Pursuant to FRCP Rule 26(c), Iberia requests a protective order to prevent plaintiff/judgment-creditors Petersen Energia to conduct discovery into any flights arranged between Argentina and the United Kingdom on behalf of Banco Central de la Republica Argentina ("BCRA") for defendant/judgment-debtor ARGENTINE REPUBLIC.

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct.

Dated: 03/09/2026

                Respectfully submitted,

                CONDON & FORSYTH LLP

                By _____
                   Anthony U. Battista (AB0783)
                   abattista@condonlaw.com
                   7 Times Square, 18th Floor
                   New York, NY 10036
                   Tel: (212) 490-9100
                   Fax: (212) 370-4453

                Attorneys for Non-Party Respondent
                IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A.
                OPERADORA, SOCIEDAD UNIPERSONAL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, a true and correct copy of the foregoing **Declaration of Anthony U. Battista in Further Support of Non-Party Iberia's Motion for a Protective Order Pursuant to FRCP Rule 26(c)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

_____
Anthony U. Battista (AB0783)