UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGIA INVERSORA,

S.A.U. ET AL.,

                    Plaintiff,          No. 15 Civ. 02739 (LAP)

-against-                        ORDER

ARGENTINE REPUBLIC ET AL.,

                    Defendants.

ETON PARK CAPITAL MANAGEMENT

L.P. ET AL.,

                    Plaintiff,          No. 16 Civ. 08569 (LAP)

-against-                        ORDER

ARGENTINE REPUBLIC ET AL.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is aware that the Court of Appeals has issued an order to "stay post-judgment discovery and further proceedings in the district court pending appeal of the judgment[s]" in each of the above-captioned cases. Petersen Energia Invesora, S.A.U. v. Argentine Republic, No. 25-2362, Dkt. 88.1 at 1 (2d Cir. Mar. 18, 2026); Eton Park Capital Management, L.P. v. Argentine Republic, No. 25-2363, Dkt. 75.1 at 1 (2d Cir. Mar. 18, 2026).

Accordingly, the pre-hearing conference scheduled for March 31, 2026 and the April contempt hearing are each adjourned <u>sine die</u>.

**SO ORDERED.**

_____
Loretta A. Preska
Senior United States District Judge

March 20, 2026

2