**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

           Plaintiffs,

           v.

ARGENTINE REPUBLIC and YPF S.A.,

           Defendants.

Case No.:  1:15-CV-02739 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

           Plaintiffs,

           v.

ARGENTINE REPUBLIC and YPF S.A.,

           Defendants.

Case No.:  1:16-CV-08569 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF ARGENTINA'S MOTION
### FOR RECONSIDERATION OR CLARIFICATION UNDER RULE 59(e)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 59(e), Defendant the Argentine Republic hereby moves, by and through its undersigned attorneys, for reconsideration or clarification of this Court's order dated May 4, 2026 (entered on May 5, 2026). (*Petersen* Dkt. 915; *Eton Park* Dkt. 813).  This Motion is based on this Notice of Motion and the accompanying Memorandum of Law in Support of Argentina's Motion.

-2-

Dated:  June 1, 2026

Respectfully,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner
Arturo Carlos Schultz

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
giuffrar@sullcrom.com

*Counsel for the Argentine Republic*