UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

PETERSEN ENERGÍA INVESORA, S.A.U. AND :
PETERSEN ENERGÍA, S.A.U., :
                                   :

           Plaintiffs, :

       v. : Case Nos.
                                     :
ARGENTINE REPUBLIC AND YPF S.A., : 1:15-cv-02739-LAP
                                     :
           Defendants. : 1:16-cv-08569-LAP
                                     :

---------------------------------------------------------------------- :
                                     :

ETON PARK CAPITAL MANAGEMENT, L.P., ETON :
PARK MASTER FUND, LTD. AND ETON PARK :
FUND, L.P., :
                                     :

           Plaintiffs, :

       v. :

ARGENTINE REPUBLIC AND YPF S.A., :

           Defendants. :
                                     :

---------------------------------------------------------------------- x

### NOTICE OF NON-PARTY YPF S.A.'S RULE 59(e) MOTION FOR CLARIFICATION AND/OR RECONSIDERATION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of YPF S.A.'s ("YPF") Motion for Clarification and/or Reconsideration and upon all prior

pleadings and proceedings herein, the undersigned attorneys for YPF hereby move this Court for

an order pursuant to Federal Rule of Civil Procedure 59(e) to clarify and/or reconsider the May

4, 2026 order modifying the Protective Order to permit use of YPF's confidential documents in

international arbitration proceedings against the Republic of Argentina and for such other and

further relief as the Court may deem just and proper.


Dated: June 1, 2026
      New York, New York

                    Respectfully Submitted,


                    DEBEVOISE & PLIMPTON LLP

                    */s/ Mark P. Goodman*
                    Mark P. Goodman
                    Shannon Rose Selden
                    James J. Pastore
                    Wendy B. Reilly
                    J. Robert Abraham

                    66 Hudson Boulevard
                    New York, NY 10001
                    (212) 909-6000 (phone)
                    (212) 909-6836 (fax)
                    mpgoodman@debevoise.com
                    srselden@debevoise.com
                    jjpastore@debevoise.com
                    wbreilly@debevoise.com
                    jrabraham@debevoise.com

                    *Counsel to YPF S.A.*

2