# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand twenty-six,

| | |
|---|---|
| Argentine Republic,<br><br>    Defendant - Appellant-Cross-Appellee,<br><br>  v.<br><br>Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.,<br><br>    Plaintiffs - Appellees-Cross-Appellants,<br><br>  v.<br><br>YPF S.A.,<br><br>    Cross-Defendant - Appellant. | **STATEMENT OF COSTS**<br><br>Docket Nos. 23-7370 (L), 23-7463 (XAP), 23-7614 (XAP) |

IT IS HEREBY ORDERED that costs are taxed in the amount of $8,693.20 in favor of Defendant-Appellant Argentine Republic.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

