UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGÍA INVERSORA,

S.A.U. ET AL.,

          Plaintiffs,

-against-

ARGENTINE REPUBLIC ET AL.,

          Defendants.

No. 15 Civ. 02739 (LAP)

ORDER

ETON PARK CAPITAL MANAGEMENT

L.P. ET AL.,

          Plaintiffs,

-against-

ARGENTINE REPUBLIC ET AL.,

          Defendants.

No. 16 Civ. 08569 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on July 7, 2026 at 10:00 AM regarding the Republic and YPF's pending motions for clarification and/or reconsideration of the Court's May 4, 2026 order. (See Peterson Dkts. 921, 923.) To protect the Republic and YPF's appellate rights, the Court accepts these submissions as Rule 59(e) motions in lieu of a pre-motion letter.

Prior to the conference, the parties shall confer and make good-faith efforts to narrow their disputes through stipulation or

other proposed mutual modifications to the protective order.  Among other things, the Court encourages the parties to explore whether they might reach agreement on the use or exclusion of particular categories of documents in the anticipated arbitration.

After conferring further, the parties shall file a joint letter by July 1, 2026 summarizing the status of the disputes that remain for the July 7 conference.  The Court welcomes any proposals that will streamline resolution of these disputes and spare both parties the burden and expense of duplicative discovery.

**SO ORDERED.**

_____
Loretta A. Preska
Senior United States District Judge

June 10, 2026

2