UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,  :

        Plaintiffs,  :      Case No.:  1:15-CV-02739 (LAP)

        v.  :

ARGENTINE REPUBLIC and YPF S.A.,  :

        Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :

ETON PARK CAPITAL MANAGEMENT,  :
L.P., ETON PARK MASTER FUND, LTD.,  :
and ETON PARK FUND, L.P.,  :      Case No.:  1:16-CV-08569 (LAP)

        Plaintiffs,  :

        v.  :

ARGENTINE REPUBLIC and YPF S.A.,  :

        Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ARGENTINE REPUBLIC'S NOTICE OF
## TAXATION OF COSTS

PLEASE TAKE NOTICE that, upon the attached Bill of Costs, the Declaration of Robert

J. Giuffra, Jr. and Exhibits annexed thereto, and all other pleadings and proceedings in the above-

captioned matter, Defendant the Argentine Republic (the "Republic") will move before the Clerk

of the Southern District of New York at the United States District Courthouse for the Southern

District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time

to be determined by the Court, for an Order pursuant to Rule 54 of the Federal Rules of Civil

Procedure, Rule 54.1 of the Local Rules of the Southern District of New York, and 28 U.S.C. §§ 1821, 1920 granting the costs sought by the Republic.

Dated:  July 10, 2026

Respectfully,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
Sergio J. Galvis
Amanda F. Davidoff
Thomas C. White
Adam R. Brebner
Arturo Carlos Schultz

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
giuffrar@sullcrom.com

*Counsel for the Argentine Republic*