UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

PETERSEN ENERGÍA INVERSORA,
S.A.U. and PETERSEN ENERGÍA, S.A.U.,

Plaintiffs,

v.

ARGENTINE REPUBLIC and YPF S.A.,

Defendants.

------------------------------- x

Case No.:  1:15-CV-02739 (LAP)


------------------------------- x

ETON PARK CAPITAL MANAGEMENT,
L.P., ETON PARK MASTER FUND, LTD.,
and ETON PARK FUND, L.P.,

Plaintiffs,

v.

ARGENTINE REPUBLIC and YPF S.A.,

Defendants.

------------------------------- x

Case No.:  1:16-CV-08569 (LAP)


**DECLARATION OF ROBERT J. GIUFFRA, JR.**

I, Robert J. Giuffra, Jr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am a member in good standing of the bar of this Court and a partner of Sullivan & Cromwell LLP ("S&C"), counsel to Defendant the Argentine Republic (the "Republic") in the above-captioned actions.  I make this Declaration in support of the Republic's Notice of Taxation of Costs.

2.      I confirm that the items named in the Bill of Costs are allowable by law under 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Civil Rule 54.1, are correctly stated, and were necessarily incurred in these actions.  The district court costs total

$226,970.75 for the Republic and are broken out below.[1]  Including the costs as shown on the Mandate of the Court of Appeals, the costs total $235,663.95.

3.      **Fees for Transcripts Necessarily Obtained for use in the Case**

| Type of Cost | Cost[2] |
|---|---|
| Trial Transcript Day 1 (July 26, 2023) – Invoice No. 0554996-IN.  *See* Loc. Civ. R. 54.1(c)(1). | $628.83 |
| Trial Transcript Day 2 (July 27, 2023 – Invoice No. 0554995-IN).  *See* Loc. Civ. R. 54.1(c)(1). | $1,032.75 |
| Trial Transcript Day 3 (July 28, 2023) – Invoice No. 0554994-IN.  *See* Loc. Civ. R. 54.1(c)(1). | $849.15 |
| Deposition Transcript of Alberto Bianchi (Feb. 18, 2022) – Veritext invoice no. 5592352.  Submitted in connection with summary judgment, Dkt. Nos. 363-11; 377-39; 398-2; 409-2.[3]  *See* Loc. Civ. R. 54.1(c)(2).[4] | $1,314.00 |
| Deposition Transcript of Daniel Fischel (Mar. 17, 2022) – Veritext invoice no. 5653527. | $1,898.80 |

---

[1]      The costs reflected herein represent costs incurred by the Republic in the above-captioned actions.  Because those costs were necessarily incurred in connection with both cases and are being sought in connection with both dockets, the Republic has not divided the amounts between the two actions.

[2]      The deposition transcript costs included here are limited to only those invoiced items that were necessary for transcript preparation, *i.e.*, on the Veritext invoices, costs for "Original with 1 Certified Transcript," "Exhibits-Scanned/Searchable/OCR," and "Veritext Exhibit Package (ACE)."

[3]      All docket citations refer to docket entries in *Petersen Energia Inversora, S.A.U.* v. *Argentina Republic*, No. 1:15-cv-02739.

[4]      "[C]ourts in this District have consistently permitted costs to be taxed for deposition transcripts submitted in connection with a summary judgment regardless of how or if the court uses those transcripts in its decision."  *Phoenix Light SF DAC* v. *U.S. Bank Nat'l Ass'n*, 2023 WL 5498928, at *4 (S.D.N.Y. Aug. 25, 2023) (Broderick, J.) (citations omitted).  "There is no requirement that the prevailing party be the one to have introduced a transcript in connection with a dispositive motion or trial for that transcript to be awarded as a cost so long as the prevailing party also purchased the transcript."  *Id.* at *4 n.2.

| | |
|---|---|
| Submitted in connection with summary judgment, Dkt. Nos. 363-18; 398-22.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Rafael Manóvil (Mar. 15, 2022) – Veritext invoice no. 5788884.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 396-4; 437.  *See* Loc. Civ. R. 54.1(c)(2). | $807.20 |
| Deposition Transcript of Alejandro Uslenghi (Feb. 8, 2022) – Veritext invoice no. 5630890.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 364-64; 396-6.  *See* Loc. Civ. R. 54.1(c)(2). | $873.95 |
| Deposition Transcript of Jeffrey Harris (Feb. 25, 2022) – Veritext invoice no. 5609255.<br><br>Submitted in connection with summary judgment, Dkt. No. 405 at 48 n.13.  *See* Loc. Civ. R. 54.1(c)(2). | $574.25 |
| Deposition Transcripts of Armando Betancor (Nov. 4-5, 2020) – Veritext invoice no. 4638138.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 363-34; 377-51.  *See* Loc. Civ. R. 54.1(c)(2).<br><br>Designated as a trial exhibit by the Republic.  *See* Loc. Civ. R. 54.1(c)(2). | $1,139.30 |
| Deposition Transcript of Christopher Bogart (Oct. 29, 2020) – Veritext invoice no. 4624590.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 363-78; 396-19.  *See* Loc. Civ. R. 54.1(c)(2).<br><br>Designated as a trial exhibit by the Republic.  *See* Loc. Civ. R. 54.1(c)(2). | $1,925.90 |
| Deposition Transcript of Sebastián Eskenazi (Aug. 12, 2021) – Veritext invoice no. 5205940.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 363-2; 377-52; 398-3.  *See* Loc. Civ. R. 54.1(c)(2).<br><br>Designated as a trial exhibit by the Republic.  *See* Loc. Civ. R. 54.1(c)(2). | $1,536.75 |
| Deposition Transcript of Eric Mindich (Nov. 13, 2020) – Veritext invoice no. 4658850. | $584.00 |

| | |
|---|---|
| Submitted in connection with summary judgment, Dkt. Nos. 363-65; 364-56; 398-38.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Designated as a trial exhibit by the Republic.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Ricardo Salmon (Nov. 5, 2020) – Veritext invoice no. 4640321. | $677.85 |
| Designated as a trial exhibit by the Republic.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Diego Pando (Aug. 6, 2021) – Veritext invoice no. 5187599. | $1,539.85 |
| Submitted in connection with summary judgment, Dkt. Nos. 364-59; 406-20.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Designated as a trial exhibit by plaintiffs.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Aída Kemelmajer de Carlucci (Mar. 3, 2022) – Veritext invoice no. 5623452. | $1,154.30 |
| Submitted in connection with summary judgment, Dkt. Nos. 364-54; 377-30; 396-8; 400-3; 409-5.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Alejandro Garro (Mar. 7, 2022) – Veritext invoice no. 5642255. | $2,660.25 |
| Submitted in connection with summary judgment, Dkt. Nos. 363-10; 377-33; 398-19; 409-1.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Alfonso Santiago (Feb. 24, 2022) – Veritext invoice no. 5605343. | $869.30 |
| Submitted in connection with summary judgment, Dkt. No. 363-13.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Alfredo Rovira (Mar. 1, 2022) – Veritext invoice no. 5616394. | $1,499.10 |
| Submitted in connection with summary judgment, Dkt. Nos. 377-32; 398-20; 409-4.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Charles Calomiris (Mar. 2, 2022) – Veritext invoice no. 5642239. | $2,501.10 |
| Submitted in connection with summary judgment, Dkt. No. 400-4.  *See* Loc. Civ. R. 54.1(c)(2). | |

| | |
|---|---|
| Deposition Transcript of Daniel Marx (Mar. 8, 2022) – Veritext invoice no. 5947534.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 364-55; 407-2.  *See* Loc. Civ. R. 54.1(c)(2). | $981.00 |
| Deposition Transcript of Edward Misrahi (Nov. 3, 2020) – Veritext invoice no. 4634967.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 364-57; 377-41; 398-6.  *See* Loc. Civ. R. 54.1(c)(2). | $1,119.15 |
| Deposition Transcript of Harold Sharon (Feb. 7, 2022) – Veritext invoice no. 5566432.<br><br>Submitted in connection with summary judgment, Dkt. No. 364-60.  *See* Loc. Civ. R. 54.1(c)(2). | $1,982.75 |
| Deposition Transcript of Ignacio Tirado (Apr. 6, 2022) – Veritext invoice no. 5698940.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 377-76; 396-20.  *See* Loc. Civ. R. 54.1(c)(2). | $1,693.90 |
| Deposition Transcript of John Coffee, Jr. (Mar. 3, 2022) – Veritext invoice no. 5622829.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 363-17; 398-10; 398-28.  *See* Loc. Civ. R. 54.1(c)(2). | $2,855.30 |
| Deposition Transcript of José Antonio Ocampo (Feb. 11, 2022) – Veritext invoice no. 5577852.<br><br>Submitted in connection with summary judgment, Dkt. No. 364-58.  *See* Loc. Civ. R. 54.1(c)(2). | $1,170.15 |
| Deposition Transcript of Julio Pablo Comadira (Mar. 10, 2022) – Veritext invoice no. 5746980.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 377-40; 396-7; 413-2.  *See* Loc. Civ. R. 54.1(c)(2). | $941.50 |
| Deposition Transcript of Manuel Conthe (Feb. 4, 2022) – Veritext invoice no. 5947265.<br><br>Submitted in connection with summary judgment, Dkt. No. 396-15.  *See* Loc. Civ. R. 54.1(c)(2). | $1,040.30 |
| Deposition Transcript of Marcy Engel (Nov. 10, 2020) – Veritext invoice no. 4649110. | $568.80 |

| | |
|---|---|
| Submitted in connection with summary judgment, Dkt. Nos. 363-3; 377-48.  *See* Loc. Civ. R. 54.1(c)(2). | |
| Deposition Transcript of Mariana Pargendler (Feb. 16, 2022) – Veritext invoice no. 5587332.<br><br>Submitted in connection with summary judgment, Dkt. No. 407-12.  *See* Loc. Civ. R. 54.1(c)(2). | $1,456.70 |
| Deposition Transcript of Matías Eskenazi (Aug. 13, 2021) – Veritext invoice no. 5201818.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 364-53; 377-42.  *See* Loc. Civ. R. 54.1(c)(2).<br><br>Designated as a trial exhibit by plaintiffs.  *See* Loc. Civ. R. 54.1(c)(2). | $1,263.85 |
| Deposition Transcript of Nancy Lissemore (Feb. 10, 2022) – Veritext invoice no. 5574891.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 377-47; 398-27.  *See* Loc. Civ. R. 54.1(c)(2). | $1,945.10 |
| Deposition Transcript of Nicolás Diana (Aug. 26, 2021) – Veritext invoice no. 5230358.<br><br>Submitted in connection with summary judgment, Dkt. No. 407-3.  *See* Loc. Civ. R. 54.1(c)(2).<br><br>Designated as a trial exhibit by plaintiffs.  *See* Loc. Civ. R. 54.1(c)(2). | $1,101.55 |
| Deposition Transcript of Steven Solomon (Mar. 10, 2022) – Veritext invoice no. 5639165.<br><br>Submitted in connection with summary judgment, Dkt. Nos. 364-61; 398-26; 400-18.  *See* Loc. Civ. R. 54.1(c)(2). | $2,822.90 |
| Total | **$45,009.58** |

Redacted copies of the invoices associated with these transcript fees are attached as **Exhibit A**.

4.      **Fees for Witnesses**[5]

| Type of Cost | Cost |
|---|---|
| Jeffrey Harris statutory attendance fee for (a) July 26–28, 2023 trial and related travel and (b) Feb. 25, 2022 deposition and related travel. *See* 28 U.S.C. § 1821.[6] | $200.00 |
| Jeffrey Harris travel to New York for deposition. *See* 28 U.S.C. § 1821(c)(1); Loc. Civ. R. 54.1(c)(3). | $384.16 |
| Jeffrey Harris accommodation in New York for deposition. *See* 28 U.S.C. § 1821.[7] | $79.50 |
| Jeffrey Harris travel to New York for trial. *See* 28 U.S.C. § 1821(c)(1); Loc. Civ. R. 54.1(c)(3). | $1,344.61 |
| Jeffrey Harris accommodation in New York for trial. *See* 28 U.S.C. § 1821; Loc. Civ. R. 54.1(c)(3). | $1,100.00 |

---

[5]     Jeffrey Harris and Rafael Manóvil were jointly retained by the Republic and YPF. Accordingly, costs related to depositions for each witness represent the fifty percent of costs that are taxable by the Republic. That includes: statutory attendance fees for depositions and related travel, airfare expenses, meal expenses, and accommodation for depositions. Costs for Mr. Harris' taxi fare for the deposition were solely covered by the Republic. Additionally, trial costs for both witnesses were covered solely by the Republic.

[6]     The statutory attendance fees were calculated using the $40 per day statutory cost "for each day's attendance," at the trial or deposition respectively, as well as "for the time necessarily occupied in going to and returning from the place of attendance at the beginning and end of such attendance or at any time during such attendance." 28 U.S.C. § 1821(b); *see* Loc. Civ. R. 54.1(c)(2) (providing that fees for a deposition witness "are taxable at the same rates as for attendance at trial if the deposition taken was used or received in evidence at the trial").

[7]     Accommodation rates were calculated using the per diem lodging rates assigned by the U.S. General Services Administration for February 2022 for the depositions of Harris and Uslenghi ($159), March 2022 for the deposition of Manóvil ($258), and July 2023 for the trial ($220). *See Per Diem Files*, U.S. Gen. Servs. Admin., https://www.gsa.gov/travel/plan-a-trip/per-diem-rates/per-diem-files.

| | |
|---|---|
| Jeffrey Harris taxi fare to carrier terminal for deposition. *See* 28 U.S.C. § 1821(c)(3). | $69.82 |
| Rafael Manóvil statutory attendance fee for (a) July 26–28, 2023 trial and related travel, and (b) Mar. 15, 2022 deposition and related travel. *See* 28 U.S.C. § 1821. | $260.00 |
| Rafael Manóvil travel to New York for deposition. *See* 28 U.S.C. § 1821(c)(1); Loc. Civ. R. 54.1(c)(3). | $2,070.00 |
| Rafael Manóvil accommodation in New York for deposition. *See* 28 U.S.C. § 1821. | $258.00[8] |
| Rafael Manóvil meal expenses in New York for deposition. *See* 28 U.S.C. § 1821(d). | $48.49 |
| Rafael Manóvil travel to New York for trial. *See* 28 U.S.C. § 1821(c)(1); Loc. Civ. R. 54.1(c)(3). | $12,300.11[9] |
| Rafael Manóvil accommodation in New York for trial. *See* 28 U.S.C. § 1821; Loc. Civ. R. 54.1(c)(3). | $1,320.00 |
| Rafael Manóvil taxi fare from carrier terminal for trial. *See* 28 U.S.C. § 1821(c)(3). | $143.89 |
| Alejandro Uslenghi statutory attendance fee for (a) July 26–28, 2023 trial and related travel, and (b) Feb. 8, 2022 deposition and related travel. *See* 28 U.S.C. § 1821. | $320.00 |
| Alejandro Uslenghi travel to New York for deposition. *See* 28 U.S.C. § 1821(c)(1); Loc. Civ. R. 54.1(c)(3). | $1,218.07 |

---

[8]    The costs requested for Rafael Manóvil's deposition accommodation are limited to fifty percent of two nights.

[9]    The conversion for this cost was made using the exchange rate listed on the accompanying invoice: 274.50 Argentine Pesos per 1 U.S. Dollar. *See* Ex. B at 26.

| | |
|---|---|
| Alejandro Uslenghi accommodation in New York for deposition. *See* 28 U.S.C. § 1821. | $318.00[10] |
| Alejandro Uslenghi taxi fare to/from carrier terminal for deposition and trial. *See* 28 U.S.C. § 1821(c)(3). | $621.56 |
| Total | **$22,056.21** |

Redacted copies of the receipts and invoices, as applicable, associated with the fees for witnesses are attached as **Exhibit B**.

5.    **Fees for Demonstratives**

| Type of Cost | Cost |
|---|---|
| Demonstrative costs for trial. *See* 28 U.S.C. § 1920(4); Loc. Civ. R. 54.1(c)(6). | $150,354.96 |
| Total | **$150,354.96** |

Copies of the receipts and invoices, as applicable, associated with the fees for demonstratives are attached as **Exhibit C**.

6.    **Compensation of Interpreters**

| Type of Cost | Cost |
|---|---|
| Interpreter Fees for Trial Days 2 and 3 (July 27–28, 2023). *See* Loc. Civ. R. 54.1(c)(4). | $3,600.00 |
| Interpreter Fees for Deposition of Alberto Bianchi (Feb. 18, 2022). *See* Loc. Civ. R. 54.1(c)(4). | $3,750.00 |

---

[10]    The costs requested for Alejandro Uslenghi's accommodation in New York are limited to two nights, at the applicable per diem rate.

-10-

| | |
|---|---|
| Interpreter Fees for Deposition of Armando Betancor (Nov. 4–5, 2020). *See* Loc. Civ. R. 54.1(c)(4). | $1,000.00 |
| Interpreter Fees for Deposition of Sebastián Eskenazi (Aug. 12–13, 2021). *See* Loc. Civ. R. 54.1(c)(4). | $1,200.00 |
| Total | **$9,550.00** |

Redacted copies of the receipts associated with the compensation of interpreters are attached as **Exhibit D.**

Executed in New York, N.Y., United States, on July 10, 2026.

*/s/ Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.