# EXHIBIT C

| Dr. Rafael Mariano Manóvil - CUIT ▓▓▓▓▓ | | | |
| Viaje a Nueva York, 9 al 17 de marzo, 2022 | | | |
| importes expresados en USD | Importes | YPF (50%) | PTN (50%) |
| pasaje BUE-NY-BUE (*) | $ 4.140,00 | $ 2.070,00 | $ 2.070,00 |
| Hotel Milennium | $ 3.043,47 | $ 1.521,74 | $ 1.521,74 |
| Comida 10-03 (**) | $ 73,30 | $ 18,33 | $ 18,33 |
| Comida 11-03 | $ 130,00 | $ 32,50 | $ 32,50 |
| Comida 12-03 | $ 114,24 | $ 28,56 | $ 28,56 |
| Comida 13-03 | $ 66,75 | $ 16,69 | $ 16,69 |
| Comida 14-03 | $ 115,41 | $ 28,85 | $ 28,85 |
| Comida 15-03 | $ 78,54 | $ 19,64 | $ 19,64 |
| comida 16-03 | $ 184,98 | $ 46,25 | $ 46,25 |
| Subtotales: | | $ 3.782,54 | $ 3.782,54 |
| impuesto PAIS: | | $ 1.134,76 | $ 1.134,76 |
| Totales | | $ 4.917,30 | $ 4.917,30 |

(*) Pasaje emitido el 19-12-2019 por $ 260.864,95 al tipo de cambio VBN 63,00 = USD 4,140.-

(**) solo se toma en la ND la mitad de cada comida, o sea la parte del Dr. Manóvil, y a su vez esa mitad se adjudica 50% a YPF y 50% a PTN



**A** **Codigo 1**



**Factura: 0011-00079151**

**FECHA:** 19/12/2019

**Swan Turismo S.A.**
Cerrito 822 - Piso 9º A - C1010AAR
BUENOS AIRES - ARGENTINA
Tel: 54-11-7078-SWAN (7926)
Email: info@swanturismo.com.ar
Web: swanturismo.com.ar
EVT: Legajo 6222
RESPONSABLE INSCRIPTO

**C.U.I.T.:** ▉▉▉▉▉
**ING. BRUTOS:** ▉▉▉▉
**INICIO DE ACTIVIDADES: 11/03/1987**

| | |
|---|---|
| **Sr./Sres**  RAFAEL MANOVIL  ▉▉▉▉▉ | **Pasajero:**  BOMCHIL/MARIA CRISTINA  **Ini.Svs:** 10/04/2020   **Fin Svs:** 18/04/2020  **Ref.:**  7868  **CUIT Nº:** ▉▉▉▉ |
| **IVA:**   Responsable Inscripto | |
| **Condiciones de venta:** Cuenta Corriente | **Vencimiento:** 19/12/2019 |

Servicios turísticos contratados por cuenta y orden de  RAFAEL MANOVIL

| Descripción | Cantidad | Precio Unitario | Precio Total |
|---|---|---|---|
| Cia: AMERICAN AIRLINES - Boleto: 3328102664 | | 232.470,00 | 232.470,00 |
| MANOVIL/RAFAEL MARIANO - Salida: 10/04/2020 | D.N.T | | 16.272,90 |
| Ruta: EZEIZA/NEW YORK/EZEIZA | Tasa | | 8.388,50 |
| IMPUESTOS Y OTROS | | | 3.085,58 |

Svs. computables al 21%:          3.085,58
Svs. computables al 10,5%:          0,00
Transporte local exento:          0,00
Bienes y Svs no comp. para la determinacion del imp. al valor agregado 257.131,40

Todos los importes recibidos en concepto de contratacion de servicios TERRESTRES en el exterior o servicios locales cotizados en moneda extranjera, seran considerados como pago a cuenta, hasta que los importes cobrados se encuentren efectivamente acreditados y disponibles para ser transferidos al exterior o al operador local, fecha esta en la que se fijara el tipo de cambio definitivo de la operación.

Tipo de Cambio: 63,00

||||
|---|---|---|
| Svs. No Computables | | 257.131,40 |
| Svs. Computables | | 3.085,58 |
| Subtotal | | 260.216,98 |
| Iva RI.21.00% | | 647,97 |
| RG 3450 | | |
| Iva RI.10.50% | | |
| TOTAL Pesos | | 260.864,95 |

3061816781601001169516741152875201912297

Nro CAE: 69516741152875   Vto: 29/12/2019
Impreso: 19/12/2019 13:49

**ORIGINAL**

147 Teléfono Gratuito CABA, Area de Defensa y Protección al Consumidor.



# MILLENNIUM
## DOWNTOWN
### NEW YORK

**Mr. rafael mariano manovil**
**Argentina**

**INFORMATION INVOICE**

| | |
|---|---|
| Room No. | : 5109 |
| Arrival | : 03-09-22 |
| Departure | : 03-17-22 |
| Page No. | : 1 of 3 |
| Folio No. | : |
| Conf. No. | : 179844723 |
| Cashier No. | : |
| Custom Ref. | : |

Company Name    :
Group Name      :
Guest Name      :

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 03-09-22 | Deposit Transfer at C/I | | 330.48 |
| 03-09-22 | Room Charge | 330.48 | |
| 03-09-22 | Room State Sales Tax | 29.33 | |
| 03-09-22 | Room City Sales Tax | 19.42 | |
| 03-09-22 | Occupancy tax $2 | 2.00 | |
| 03-09-22 | Javits Center tax $1.50 | 1.50 | |
| 03-09-22 | Facility Fee | 25.00 | |
| 03-09-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-09-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-10-22 | Room Charge | 330.48 | |
| 03-10-22 | Room State Sales Tax | 29.33 | |
| 03-10-22 | Room City Sales Tax | 19.42 | |
| 03-10-22 | Occupancy tax $2 | 2.00 | |
| 03-10-22 | Javits Center tax $1.50 | 1.50 | |
| 03-10-22 | Facility Fee | 25.00 | |
| 03-10-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-10-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-11-22 | Room Charge | 308.88 | |
| 03-11-22 | Room State Sales Tax | 27.41 | |
| 03-11-22 | Room City Sales Tax | 18.15 | |
| 03-11-22 | Occupancy tax $2 | 2.00 | |
| 03-11-22 | Javits Center tax $1.50 | 1.50 | |
| 03-11-22 | Facility Fee | 25.00 | |
| 03-11-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-11-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-12-22 | Room Charge | 308.88 | |
| 03-12-22 | Room State Sales Tax | 27.41 | |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

Millennium Downtown New York | 55 Church St, New York, NY 10007
(212) 693-2001
https://www.millenniumhotels.com/en/destinations/united-states/new-york/millennium-downtown-new-york/



# MILLENNIUM
## DOWNTOWN
### NEW YORK

**Mr. rafael mariano manovil**
**Argentina**

**INFORMATION INVOICE**

| | |
|---|---|
| Room No. | : 5109 |
| Arrival | : 03-09-22 |
| Departure | : 03-17-22 |
| Page No. | : 2 of 3 |
| Folio No. | : |
| Conf. No. | : 179844723 |
| Cashier No. | : |
| Custom Ref. | : |

Company Name :
Group Name :
Guest Name :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-12-22 | Room City Sales Tax | 18.15 | |
| 03-12-22 | Occupancy tax $2 | 2.00 | |
| 03-12-22 | Javits Center tax $1.50 | 1.50 | |
| 03-12-22 | Facility Fee | 25.00 | |
| 03-12-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-12-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-13-22 | Room Charge | 280.08 | |
| 03-13-22 | Room State Sales Tax | 24.86 | |
| 03-13-22 | Room City Sales Tax | 16.45 | |
| 03-13-22 | Occupancy tax $2 | 2.00 | |
| 03-13-22 | Javits Center tax $1.50 | 1.50 | |
| 03-13-22 | Facility Fee | 25.00 | |
| 03-13-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-13-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-14-22 | Room Charge | 280.08 | |
| 03-14-22 | Room State Sales Tax | 24.86 | |
| 03-14-22 | Room City Sales Tax | 16.45 | |
| 03-14-22 | Occupancy tax $2 | 2.00 | |
| 03-14-22 | Javits Center tax $1.50 | 1.50 | |
| 03-14-22 | Facility Fee | 25.00 | |
| 03-14-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-14-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-15-22 | Room Charge | 280.08 | |
| 03-15-22 | Room State Sales Tax | 24.86 | |
| 03-15-22 | Room City Sales Tax | 16.45 | |
| 03-15-22 | Occupancy tax $2 | 2.00 | |
| 03-15-22 | Javits Center tax $1.50 | 1.50 | |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

Millennium Downtown New York | 55 Church St. New York, NY 10007
(212) 693-2001
https://www.millenniumhotels.com/en/destinations/united-states/new-york/millennium-downtown-new-york/



# MILLENNIUM
## DOWNTOWN
### NEW YORK

**Mr. rafael mariano manovil**
**Argentina**

**INFORMATION INVOICE**

| | |
|---|---|
| Room No. | : 5109 |
| Arrival | : 03-09-22 |
| Departure | : 03-17-22 |
| Page No. | : 3 of 3 |
| Folio No. | : |
| Conf. No. | : 179844723 |
| Cashier No. | : |
| Custom Ref. | : |

Company Name  :
Group Name  :
Guest Name  :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-15-22 | Facility Fee | 25.00 | |
| 03-15-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-15-22 | Facility Fee-City Tax 5.875% | 1.47 | |
| 03-16-22 | Room Charge | 308.88 | |
| 03-16-22 | Room State Sales Tax | 27.41 | |
| 03-16-22 | Room City Sales Tax | 18.15 | |
| 03-16-22 | Occupancy tax $2 | 2.00 | |
| 03-16-22 | Javits Center tax $1.50 | 1.50 | |
| 03-16-22 | Facility Fee | 25.00 | |
| 03-16-22 | Facility Fee Sales Tax-8.875% | 2.22 | |
| 03-16-22 | Facility Fee-City Tax 5.875% | 1.47 | |

| | | |
|---|---|---|
| **Total Charges** | 3,043.47 | |
| **Total Credits** | | 330.48 |
| **Balance** | | 2,712.99 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

Millennium Downtown New York | 55 Church St, New York, NY 10007
(212) 693-2001
https://www.millenniumhotels.com/en/destinations/united-states/new-york/millennium-downtown-new-york/

```
*****************************************
CHECK # 103                DATE  3/14/22
TABLE # 9                  TIME  8:52PM
=========================================

 -- DINING ROOM : NORBU          --

  ITEMS ORDERED                  AMOUNT

  1 CRISPY RICE W/, r. AVOCADO
                                   24.00
  1 GRILLED SALMON                 37.00
  1 CHEESECAKE                     17.00
  1 FERRARELLE                     10.00
  1 TERRAZAS GL                    18.00

*****************************************

  SUBTOTAL            106.00
        TAX             9.41

-----------------------------------------

  TOTAL  DUE          115.41
-----------------------------------------


*****************************************
*                                       *
*         18%   $19.08                  *
*         20%   $21.20                  *
*         22%   $23.32                  *
*                                       *
*****************************************


              # OF GUESTS         2

*****************************************
              NOBU
          195 BROADWAY
      NEW YORK, NEW YORK 10007
          (212) 219-0500
*****************************************



*****************************************

 Please scan the code below to pay.
```



```
Nobu  -  Downtown
     195 Broadway
  New York NY 10007
     212-219-0500

** TRANSACTION RECORD **
Tran. #: 5905
Lookup #: 05905100313661
RUC: DINING ROOM
Table #: 9
Check #: 103
Group #: 1
Employee #: 175
Employee: NORBU
Trace #: 331613

Purchase
American Express
████████████████

Chip Read
                '   APPROVED

     Amount    $115.41
        TIP     $21.20
     ============
     TOTAL USD$136.61

I agree to pay the above
 total amount according
  to the card issuer
     agreement



          /

  Cardholder Signature

RRN: 000000331268 C
Auth. #: 804788
Mode: Issuer
NBUDWWS14/NBUDWWC14
00 (001)
03/14/2022      9:03:29 PM

AID: A000000025010801
APP Name:
 AMERICAN EXPRESS
TVR: 0000008000
IAD: 06590103602002
TSI: F800      ARC: 00

   Customer Copy

     THANK YOU
     Come Again

         :
```

GUEST COPY



E A T A L Y

Vino e Grano

101 Liberty Street, 4 WTC, Floor 3
New York, NY 10007
(212) 897-2895

| | |
|---|---|
| **Date** | 3/15/22, 8 59 PM |
| **Server** | Eduardo R |
| **Check #** | 5664 |
| **# Guest** | 2 |
| **Order Type** | Dine In |
| **Table** | 197 |

| ITEMS | QTY | PRICE |
|---|---|---|
| Restaurant Fest Prix... | 2 | $38.00 |
| RF GL Barbera del Pi... | 1 | $10.00 |
| Profiteroles Vino &.. | 1 | $12.00 |

| | | |
|---|---|---|
| | Subtotal | $60.00 |
| | Tax | $5.34 |
| | Total | $65.34 |
| | Amount Paid | $0.00 |
| | **Balance Due** | **$65.34** |

**Suggested Tip:**

| | | |
|---|---|---|
| 18% | $10.80 | $76.14 |
| 20% | $12.00 | $77.34 |
| 22% | $13.20 | $78.54 |

Tip recommendations are based on the pre-tax amount*

Suggested gratuity - 18%: / 20%:
Suggested gratuity is based on the subtotal
amount for total check
Thank you for dining with us

E A T A L Y

Vino e Grano

101 Liberty Street, 4 WTC, Floor 3
New York, NY 10007
(212) 897-2895

| | |
|---|---|
| **Date** | 3/15/22, 9:00 PM |
| **Server** | Eduardo R |
| **Check #** | 5664 |
| **# Guest** | 2 |
| **Order Type** | Dine In |
| **Table** | 197 |

| | |
|---|---|
| **Cardholder** | MANOVIL/RM |
| **Card Type** | AMEX- |
| **Auth Code** | 556569 |
| **Entry Method** | Swipe |
| **Status** | Approved |

| | |
|---|---|
| Subtotal | $60.00 |
| Tax | $5.34 |
| **Amount Paid** | $65.34 |

Tip _____ 13⁢²⁰

Total _____ 78⁵⁴

**Suggested Tip:**

| | | |
|---|---|---|
| 18% | $10.80 | $76.14 |
| 20% | $12.00 | $77.34 |
| 22% | $13.20 | $78.54 |

Tip recommendations are based on the pre-tax amount*