# EXHIBIT D



Travel arrangements for **HARRIS/JEFFREY HAROLD**            Agency Locator: **DCTGQG**

Client reference: **036505**

**Please be aware that some hotels are requiring guests to provide proof of vaccination at time of check-in. Failure to comply may result in you being denied check-in. If you have any questions, contact Ovation or the hotel directly prior to the cancellation policy.**

ITINERARY VERSION 1 OF 1 - FEB 17, 2022
We have provided your contact information to all carriers on this itinerary. If you wish to remove it, please contact a travel consultant.

View your itinerary on our app:  iPhone  or Android

*Effective May 3, 2023, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.*

| | From / To | Flight / Provider | Departure / Arrival | | Links | |
|---|---|---|---|---|---|---|
| **Flight** | Thu Feb 24, 2022 Ronald Reagan National, Washington, DC(DCA) - La Guardia, New York, NY(LGA) | American Airlines AA326 | 7:00 AM- 8:14 AM | Check in | > | Traveler Benefits |
| **Limo** | Thu Feb 24, 2022 | | | | > | Facebook |
| **Hotel** | Thu Feb 24, 2022- Fri Feb 25, 2022 HYATT CENTRIC WALL STREE | Hyatt Hotels And Resorts | | | > | LinkedIn |
| **Limo** | Fri Feb 25, 2022 | | | | | |
| **Flight** | Fri Feb 25, 2022 La Guardia, New York, NY(LGA) - Ronald Reagan National, Washington, DC(DCA) | American Airlines AA409 | 8:00 PM- 9:30 PM | Check in | | |

PREFERRED
HOTEL
PARTNERS
PROGRAM

 **Print version**

| ✈ AA 326 | **WASHINGTON D.C.** Ronald Reagan National, Washington, DC (DCA) | > | **NEW YORK CITY** La Guardia, New York, NY (LGA) |
|---|---|---|---|
| **Departure** | Thu Feb 24, 2022 7:00 AM | **Arrival** | Thu Feb 24, 2022 8:14 AM |
| **Departure terminal** | T-C | **Arrival terminal** | T-B |
| **Class** | FIRST | **Airline check in ID** | ETAPDU |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 01:14 | **Ticket number** | 0017691008374 |
| **Seat** | 2C | **Frequent flyer** | ▇▇▇▇ |
| **Equipment** | Airbus A319 | **Air miles** | 0214 |
| **Remarks** | Baggage Allowance: 2 pcs | | |

☑ **Check in**      👜 **Baggage**      More flight information ▶

### 🚐 Limo - Thu Feb 24, 2022

| **Details** | Pick up:LGA AIRPORT AA 326 AT 0814A<br>Drop off:SULLIVAN CROMWELL LLP 125 BROAD ST NEW YORK<br>Confirmation:2584693<br>Rate:252.77 USD FLAT<br>COMMONWEALTH WORLDWIDE<br>TEL 617-787-5575<br>4926997<br>RESERVATION L1 |
|---|---|
| **Remarks** | PICKUP-LGA AIRPORT AA 326<br>FINAL STOP-SULLIVAN CROMWELL LLP 125 BROAD ST NEW YORK<br>CONF-2584693 252.77 USD FLAT<br>VEHICLE-SEDAN<br>MEET-MEET AT THE BAGGAGE AREA<br>NOTES-PROVIDED NUMBER IS FOR REFERENCE. RESERVATION IS NOT CONFIRMED UNTIL YOU RECEIVE AN EMAIL CONFIRMATION FROM COMMONWEALTH.HOURLY TRIP WILL BE PRICED BASED ON GARAGE TO GARAGE DURATION AND QUOTED AS 2 HOUR MINIMUM IF NO DURATION IS SPECIFIED. PRICE WILL BE REFLECTED ON ACTUAL DURATION. QUOTED RATES DOES NOT APPLY TO INTERNATIONAL TRIP. PLEASE CALL US AT 800-558-5466 617-779-4600 FOR AN ESTIMATE.<br>*QUOTED PRICE IS BASE FARE PLUS FUEL AND OTHER ADDITIONAL CHARGES. PARKING, TOLLS, WAIT TIME, STOPS AND OTHER INCIDENTALS ARE NOT INCLUDED. CANCELLATION LESS THAN 2HRS PRIOR TO THE SCHEDULED PICK-UP IN US, AND LESS THEN 24HRS INTERNATIONALLY, WILL RESULT IN A FULL CHARGE. IF YOU DO NOT SEE YOUR CHAUFFEUR, CALL 800-558-5466 617-779-4600 TO AVOID THIS NO SHOW CHARGE. FOR COMPLETE TERMS AND CONDITIONS PLEASE GO TO WWW.COMMONWEALTHLIMO.COM |

## HYATT CENTRIC WALL STREE
## 75 WALL STREET, NEW YORK NY 10005, US

| | | | |
|---|---|---|---|
| **Check in** | Thu Feb 24, 2022 | **Check out** | Fri Feb 25, 2022 |
| **Status** | Confirmed | **Duration** | 1 night |
| **Room** | BCD TRAVEL 1 KING DELUXE<br>1 KING SPACIOUS 450SF 41SM:NY LOFT-STYLE RM:<br>SPECIAL NEGOTIATED RATE. NOT APPLICABLE TO<br>CONVENTION GROUPS.<br>240.00 PER NIGHT STARTING 24FEB FOR 1 NIGHT<br>240.00 TOTAL RATE STARTING 24FEB FOR 1 NIGHT | | |
| **Rate** | USD240.00 | **Approx. total** | USD319.07 |
| **Telephone no.** | 1-212-5901234 | **Fax** | 1-212-5901238 |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Reference** | HY0049483203 | **Freq. guest ID** | ▮▮▮▮▮▮ |
| **Special info.** | | | |
| **Remarks** | VPAY TO AG FOR ALL CHARGES<br>CANCEL 24 HOURS PRIOR TO ARRIVAL TO AVOID PENALTY | | |

## Limo - Fri Feb 25, 2022

| | |
|---|---|
| **Details** | **Pick up:**SULLIVAN AND CROMWELL 125 BROAD ST NEW YORK AT 0530P<br>**Drop off:**LGA AIRPORT AA 409<br>**Confirmation:**2584695<br>**Rate:**358.88 USD FLAT<br>COMMONWEALTH WORLDWIDE<br>TEL 617-787-5575<br>4927061<br>RESERVATION L1 |
| **Remarks** | PICKUP-SULLIVAN AND CROMWELL 125 BROAD ST NEW YORK<br>FINAL STOP-LGA AIRPORT AA 409<br>CONF-2584695 358.88 USD FLAT<br>VEHICLE-SEDAN<br>NOTES-PROVIDED NUMBER IS FOR REFERENCE. RESERVATION<br>IS NOT CONFIRMED UNTIL YOU RECEIVE AN EMAIL<br>CONFIRMATION FROM COMMONWEALTH.HOURLY TRIP WILL BE<br>PRICED BASED ON GARAGE TO GARAGE DURATION AND QUOTED<br>AS 2 HOUR MINIMUM IF NO DURATION IS SPECIFIED. PRICE<br>WILL BE REFLECTED ON ACTUAL DURATION. QUOTED RATES<br>DOES NOT APPLY TO INTERNATIONAL TRIP. PLEASE CALL US<br>AT 800-558-5466 617-779-4600 FOR AN ESTIMATE.<br>*QUOTED PRICE IS BASE FARE PLUS FUEL AND OTHER<br>ADDITIONAL CHARGES. PARKING, TOLLS, WAIT TIME, STOPS<br>AND OTHER INCIDENTALS ARE NOT INCLUDED. CANCELLATION<br>LESS THAN 2HRS PRIOR TO THE SCHEDULED PICK-UP IN US,<br>AND LESS THEN 24HRS INTERNATIONALLY, WILL RESULT IN<br>A FULL CHARGE. IF YOU DO NOT SEE YOUR CHAUFFEUR,<br>CALL 800-558-5466 617-779-4600 TO AVOID THIS NO<br>SHOW CHARGE. FOR COMPLETE TERMS AND CONDITIONS<br>PLEASE GO TO WWW.COMMONWEALTHLIMO.COM |

| ✈ AA 409 | NEW YORK CITY<br>La Guardia, New York, NY (LGA) | ❯ | WASHINGTON D.C.<br>Ronald Reagan National,<br>Washington, DC (DCA) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Departure** | Fri Feb 25, 2022 8:00 PM | **Arrival** | Fri Feb 25, 2022 9:30 PM |
| **Departure terminal** | T-B | **Arrival terminal** | T-C |
| **Class** | FIRST | **Airline check in ID** | ETAPDU |
| **Meal** | | **Status** | Confirmed |
| **Duration** | 01:30 | **Ticket number** | 0017691008374 |
| **Seat** | 2C | **Frequent flyer** | ▮ |
| **Equipment** | Airbus A319 | **Air miles** | 0214 |
| **Remarks** | Baggage Allowance: 2 pcs | | |

☑ **Check in**   🧳 **Baggage**                    More flight information ▶

## Invoice/Ticket information for JEFFREY HAROLD HARRIS

### Client reference: 036505

| | | | | | |
|---|---|---|---|---|---|
| **Total Invoiced Amount**: | $803.31 | | | | |
| **Ticket**: | 0017691008374 | **Invoice**: | 0047030 | **Amount**: | $768.31 |
| **Payment**: | AXXXXXXXXXXX▮ | **Date**: | 17-Feb-2022 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service fee**: | 8900819021008 | **Date**: | 17-Feb-2022 | **Amount**: | $35.00 |
| **Description**: | | | | | AIR TICKET |
| **Payment**: | | | | | AXXXXXXXXXXX▮ |

## Information specific to this trip

- You have purchased a fully refundable fare on American Airlines.
- Many states and countries have quarantine restrictions, vaccine and documentation requirements. These requirements may need to be completed several days prior to arrival. Alternatively, ask your travel consultant to advise of the current requirements. All information related to COVID-19 provided by Ovation is based on the information available at the time of reservation and is subject to change.

  For additional information, Please see the DOS website and CDC website. Due to the evolving nature of COVID-19, we cannot guarantee the accuracy and completeness of any such information provided.

  Ovation does not represent or warrant that any destination set forth on this itinerary is safe, advisable to visit or without risk or that any travel restrictions listed are accurate and up to date. Ovation assumes no liability for any financial damages or health issues that may result from travel to such destinations, including, but not limited to, any damages relating to contracting COVID-19 as a result of reliance on any travel information provided by Ovation.

  Airlines have implemented enhanced security screenings for passengers when departing/arriving at most airports worldwide. Please ensure you allow extra time to complete the check in process and to clear security. Many carriers, airports and local municipalities have implemented new regulations requiring travelers to wear face coverings.

- **Location Code: 50**

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 617-936-5106
Your access code is 3BXH.

## Other information and remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts
- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- Download GOvation, Ovation's complimentary mobile app, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app.  iPhone or Android

## Feedback

**We value your input and welcome you to provide your feedback  here.**

Ovation Travel Group is wholly owned by American Express Global Business Travel (GBT). GBT is a joint venture that is not wholly owned by American Express Company or any of its subsidiaries (American Express). "American Express Global Business Travel", "American Express", and the American Express logo are trademarks of American Express and are used under limited license. "American Express Meetings & Events" is a division of GBT.

View your full itinerary online



**Hyatt Centric Wall Street**
75 Wall Street Entrance On, 75
Water St
New York, NY 10005
Tel: 212-590-1234
Fax: 212-590-1238
hyatt.com/en-US/hotel/new-york/cent
ric-wall-street/nycaw

INVOICE

Sheri Spott
1900 16th Street Suite 1100
Denver CO
United States

| | |
|---|---|
| Room No. | 1704 |
| Arrival | 02-24-22 |
| Departure | 02-25-22 |

Guest   Harris, Jeffrey Harold

| | |
|---|---|
| Page No. | 1 of 1 |

Confirmation No.    4948320301

Group Name

Booking No.    DCTGQG

| | |
|---|---|
| Folio Window | 2 |
| Folio No. | 491283 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-24-22 | Accommodation | | 240.00 | |
| 02-24-22 | Sales Tax | | 21.30 | |
| 02-24-22 | City Occupancy Tax | | 14.10 | |
| 02-24-22 | Unit Occupancy Tax | | 3.50 | |
| 02-24-22 | Destination Fee | | 35.00 | |
| 02-24-22 | Destination Fee - Sales Tax | | 3.11 | |
| 02-24-22 | Destination Fee - City Occupancy Tax | | 2.06 | |
| 02-25-22 | Master Card | XXXXXXXXXXXX▮ XX/XX | | 319.07 |

| | | | |
|---|---|---|---|
| **Total** | | 319.07 | 319.07 |
| **Balance** | | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

Membership:          ▮▮▮▮▮▮▮▮
Bonus Codes:
Qualifying Nights:    1
Eligible Spend:       275.00
Redemption Eligible:  35.00

Summary Invoice, please see front desk
for eligible details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

For inquiries concerning your bill, please call 212-590-1234

We hope you enjoyed your stay at the Hyatt Centric Wall Street. Our goal is to provide
each guest with an exceptional stay and we are interested in hearing your feedback
regarding your visit. Please contact us at Simren.Kaur@hyatt.com.