# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

July 23, 2026

Via ECF

The Honorable Loretta A. Preska,
   United States District Court for the Southern District of New York,
     500 Pearl Street,
      New York, NY  10007.

> Re:   *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

On behalf of the Argentine Republic (the "Republic"), I respond to the notice entered on July 16, 2026 regarding the Republic's Bill of Costs and Notice of Taxation filed on July 10, 2026. (Dkt. 931.)[1]  The notice states that the Republic's Bill of Costs was rejected because "there is a motion for reconsideration of the final judgment pending in the case," and "there is an appeal to the appellate court appealing the entry of final judgment pending in the case."

Under Local Civil Rule 54.1(a), a party seeking to recover costs must file a notice of taxation:  "[w]ithin 30 days after the entry of final judgment, or, in the case of an appeal by any party, within 30 days after the final disposition of the appeal."  On March 27, 2026, the Second Circuit reversed "the district court's entry of judgment for Plaintiffs . . . against the Republic," and affirmed "the district court's dismissal of the promissory estoppel claims against the Republic and YPF," as well as "the district court's grant of judgment for YPF." (Dkt. 925 at 57.)  The Second

---

[1] All docket entries refer to the *Petersen* docket.

The Honorable Loretta A. Preska                                              -2-

Circuit then denied Plaintiffs' petition for rehearing en banc on June 2, 2026,[2] and issued its mandate on June 10, 2026.  (Dkt. 925 at 1.)  Accordingly, under Local Civil Rule 54(a), the Republic had until July 10, 2026 to file its notice of taxation of costs, which it did.  (Dkt. 931.)  No motion for reconsideration of the final judgment nor any appeal of the final judgment is currently pending.[3]

In light of the above, the Republic respectfully requests that the Court authorize the Clerk's Office to reconsider the rejection and permit the Bill of Costs and Notice of Taxation (Dkt. 931) to be entered on the docket, or, in the alternative, advise whether the Republic should refile the notice or take any further steps.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc:    Counsel of Record (via ECF)

---

[2] *Petersen Energía Inversora S.A.U., Petersen Energía S.A.U.* v. *Argentine Republic, YPF S.A.*, Case No. 23-7370 (2d Cir. June 2, 2026), ECF No. 305.

[3] The motions for reconsideration currently pending before this Court concern proposed modifications of the Protective Order entered in this action and are not motions for reconsideration of the final judgment.  *See* Dkts. 921, 923.  In addition, there are appeals in the Second Circuit, currently held in abeyance, which concern matters ancillary to the final judgment.  *See Petersen Energía Inversora S.A.U., Petersen Energía S.A.U.* v. *Argentine Republic, YPF S.A.*, Case No. 25-1687 (2d Cir. Apr. 10, 2026), ECF No. 138; *Petersen Energía Inversora S.A.U., Petersen Energía S.A.U.* v. *Argentine Republic, YPF S.A.*, Case No. 25-2362 (2d Cir. Apr. 10, 2026), ECF No. 92; *Petersen Energía Inversora S.A.U., Petersen Energía S.A.U.* v. *Argentine Republic, YPF S.A.* v. *Republican Action for Argentina, Inc.*, Case No. 25-576 (Apr. 10, 2026), ECF No. 104; *Petersen Energía Inversora, S.A.U.* v. *Y.P.F. S.A.*, Case No. 25-2629 (Apr. 10, 2026), ECF No. 74.