UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETERSEN ENERGÍA INVERSORA, S.A.U. and PETERSEN ENERGÍA, S.A.U.,

Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

Defendants.

ETON PARK CAPITAL MANAGEMENT, L.P., ETON PARK MASTER FUND, LTD., and ETON PARK FUND, L.P.,

Plaintiffs,

-against-

ARGENTINE REPUBLIC and YPF S.A.,

Defendants.

15 Civ. 2739 (LAP)
16 Civ. 8569 (LAP)

AMENDED FINAL JUDGMENT

LORETTA A. PRESKA, Senior United States District Judge:

WHEREAS, pursuant to the decision of the United States Court of Appeals for the Second Circuit dated March 27, 2026, *Petersen Energia Inversora S.A.U.* v. *Argentine Republic*, 172 F.4th 120 (2d Cir. 2026), and the mandate issued on June 10, 2026, *Petersen* Dkt. 925; *Eton Park* Dkt. 824, the September 15, 2023 judgment for plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P. (together, "Plaintiffs") on their breach of contract claims against the Argentine Republic has been

REVERSED, judgment for the Argentine Republic and YPF S.A. dismissing the promissory estoppel claims against them has been AFFIRMED, and the judgment dismissing all other claims against YPF S.A. has been AFFIRMED.

It is hereby ORDERED, ADJUDGED AND DECREED, that the portion of this Court's Final Judgment dated September 15, 2023 granting judgment to Plaintiffs on their claim for breach of contract against defendant the Argentine Republic is VACATED and that claim is dismissed.

It is further hereby ORDERED, ADJUDGED AND DECREED, that the portions of this Court's September 15, 2023 Final Judgment that dismissed Plaintiffs' other claims against the Argentine Republic, including claims for anticipatory breach, breach of the duty of good faith and fair dealing and promissory estoppel, and that dismissed all of Plaintiffs' claims against defendant YPF S.A., remain in force.

The Clerk of Court is directed to enter this amended final judgment in favor of defendants the Argentine Republic and YPF S.A., dismissing all claims against them, and to mark these actions closed.

**SO ORDERED.**

Dated: New York, New York
September __, 2026

___________________________________
LORETTA A. PRESKA
Senior United States District
Judge