October 26, 2026

Via ECF

The Honorable Loretta A. Preska,
United States District Court for the Southern District of New York,
500 Pearl Street,
New York, NY 10007.

Re: *Petersen Energía Inversora S.A.U.* v. *Argentine Republic and YPF S.A.*, No. 15 Civ. 2739 (LAP); *Eton Park Cap. Mgmt.* v. *Argentine Republic and YPF S.A.*, No. 16 Civ. 8569 (LAP)

Dear Judge Preska:

We write in connection with this Court's October 19, 2026 order in the above-captioned cases. *Petersen*, Dkt. 946. In that order, the Court directed the parties to "confer and submit a proposed amended Protective Order conforming to this Memorandum and Order" and to "include a joint letter identifying each remaining dispute and set out the parties' competing language" by today, October 26. *Id.* at 9.

Plaintiffs, the Republic, and YPF are continuing to confer regarding the Court's order and respectfully request that the Court extend the time by which they must respond to October 30, 2026.

Respectfully,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000
giuffrar@sullcrom.com

*Counsel for Defendant Argentine Republic*

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith

KELLOGG HANSEN TODD
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com

*Counsel for Plaintiffs Petersen Energía Inversora, S.A.U., Petersen Energía, S.A.U., Eton Park Capital Management, L.P., Eton Park Master Fund, Ltd., and Eton Park Fund, L.P.*

*<u>/s/ Mark P. Goodman</u>*
Mark P. Goodman

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mpgoodman@debevoise.com

*Counsel to YPF S.A.*

cc: Counsel of Record (via ECF)

**SO ORDERED.**



___________________________________
Loretta A. Preska
Senior United States District Judge

October 27, 2026