KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900
FACSIMILE:
(202) 326-7999

November 3, 2026

*Via ECF*

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Petersen Energía Inversora, S.A.U. v. Argentine Republic,* No. 15-cv-02739;
*Eton Park Capital Mgmt. v. Argentine Republic,* No. 16-cv-08569

Your Honor:

We write to inform the Court, for its information in these cases, that nine amicus briefs have been filed in support of Plaintiffs' petition for certiorari seeking to appeal the Second Circuit's reversal of the Court's judgment. Amici include fifteen U.S. states and territories, a United States Senator, and legal academics and policy groups. *See* No. 26-442, Brief of Unleash Prosperity as *Amicus Curiae* in Support of Petitioners (Nov. 2, 2026); Brief of *Amici Curiae* Investment Professionals in Support of Petitioners (Nov. 2, 2026); Brief of U.S. Senator Eric Schmitt as *Amicus Curiae* in Support of Petitioners (Nov. 2, 2026); Brief of *Amicus Curiae* The Heartland Institute in Support of Petitioners (Nov. 2, 2026); Brief of Professor William Dodge as *Amicus Curiae* in Support of Petitioners (Nov. 2, 2026); Brief of Former Virginia Attorney General Jason Miyares and The American Free Enterprise Chamber of Commerce as *Amici Curiae* in Support of Petitioners (Nov. 2, 2026); Brief for Competitive Enterprise Institute as *Amicus Curiae* in Support of Petitioners (Nov. 2, 2026); Brief of Professor Kevin M. Clermont as *Amicus Curiae* in Support of Petitioners (Nov. 2, 2026); Brief of Missouri and 14 Other States/Territories as *Amici Curiae* in Support of Granting the Petition (Oct. 30, 2026).

Respectfully submitted,

*/s/ Andrew E. Goldsmith*

*Counsel for Plaintiffs*

cc: All counsel of record